1  H. Dean Steward  SBN 85317
2  107 Avenida Miramar, Ste. C
   San Clemente, CA 92672
3  949-481-4900
   Fax: (949) 496-6753
4
5
   Attorney for Defendant
6  Rami Ghanem
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES, | Case No. CR-15-704-SJO |
|---|---|
| Plaintiff, | EX PARTE APPLICATION FOR MEDICAL ORDER; DECLARATION OF COUNSEL; EXHIBITS [Proposed Order Filed Separately] |
| vs. | |
| RAMI ASAD-GHANEM | |
| Defendant. | |

Comes now defendant Rami Ghanem, through counsel, and applies for a medical order to the Federal Bureau of Prisons for examination and treatment of the defendant.

Dated: Feb. 24, 2017      s/ H. Dean Steward
                          H. Dean Steward
                          Counsel for Defendant
                          Rami Ghanem

- 1 -

## I. BACKGROUND AND RELIEF SOUGHT

Defendant has experienced a number of medical problems since he arrived at the Metropolitan Detention Center in April of 2016. He has tried to resolve the issues, with little luck. (Please see ex. "A", forms to MDC staff, asking for medical treatment). He now seeks an order for examination and treatment for:

1. Pain and swelling in his lower extremities, possible blood circulation issues- accompanying lesions on his ankle.
2. A broken and infected tooth[1].
3. Cracking skin on his hands and elsewhere.

## II. EFFORTS TO RESOLVE THE ISSUES

Mr. Ghanem has sought treatment on his own, with little done by the MDC staff. He has used the required methods and forms to strongly request medical care, again with little accomplished.

Government counsel sought to intervene in this matter, and was supplied with some limited medical data regarding the defendant (See attached Ex. "B"). These records show some awareness of the medical problems plaguing the defendant by MDC staff, but little by way of care and treatment.

From the documents released by the MDC, (Ex. "B") the following has occurred recently:

| | |
|---|---|
| 2-9-17 | Examined by a physician's assistant- complaint of leg pain, eye infection, skin issues- appears to be scheduled for an EKG and "Blood glucose" |
| 2-8-17 | (Unclear if this is the same exam as 2-9-17) same complaints |

---

[1] I am aware that this medical issue has been pending since I took over representation more than 6 months ago.

III. MDC REPORT BACK TO THE COURT

Included in the proposed order is a requirement that the MDC medical staff report back to the Court within 14 days of the signing of the order, explaining what has been accomplished and what is still pending regarding Mr. Ghanem.

IV. CONCLUSION

For the reasons above, defendant seeks a medical order to address the issues set out. He has tried to resolve the problems through proper channels, with little by way of results.

Dated: Feb. 24, 2017                         s./ H. Dean Steward
                                             H. Dean Steward
                                             Counsel for Defendant
                                             Rami Ghanem

DECLARATION OF COUNSEL

I, H. Dean Steward, declare:

1. I am retained counsel for defendant Rami Ghanem. I make this declaration in support of his application for a medical order for examination and treatment.

2. The facts in the attached application are true to the best of my knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2-24-17          /s./ H. Dean Steward

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED THAT:

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age.

My business address is 107 Avenida Miramar, Ste. C, San Clemente, CA 92672.

I am not a party to the above entitled action. On 2-24-17, I have caused service of the defendant's:

**Ex Parte Application for Medical Order; Exhibits; Proposed Order**

On the following parties electronically by filing the foregoing with the Clerk of the District Court using its ECF system, which electronically notifies counsel for that party.

**AUSA Melissa Mills**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2-24-17

s/ H. Dean Steward

H. Dean Steward