TRULINCS 73420112 - ASAD-GHANEM, RAMI NAJM - Unit: LOS-F-S

-----------------------------------------------------------------------------------------------

FROM: 73420112
TO: Sick Call
SUBJECT: ***Request to Staff*** ASAD-GHANEM, RAMI, Reg# 73420112, LOS-F-S
DATE: 12/22/2016 08:40:40 PM

To:
Inmate Work Assignment: N/A

I am requesting to be seen immediately.

I have pink eye, my left eye is inflamed, red, painful and extremely irritated.

Please call me out to be seen immediately.

Thank you very much for your time.

TRULINCS  73420112 - ASAD-GHANEM, RAMI NAJM - Unit: LOS-F-S

----------------------------------------------------------------------------------------------------

FROM: Pharmacy
TO: 73420112
SUBJECT: RE:***Inmate to Staff Message***
DATE: 01/04/2017 07:42:02 AM

Glipizide- Refilled on 12/27/2016
Docusate Sodium- No active prescription
Cyanocobalamin- Refilled on 12/27/2016
Vitamin D-Refilled on 01/04/2017 (check evening pill line)

>>> ~^!"ASAD-GHANEM, ~^!RAMI NAJM" <73420112@inmatemessage.com> 1/2/2017 4:58 PM >>>
To: MEDCATION
Inmate Work Assignment: medications I am short of

Dear Pharmacy,

thank you for sending me the medications but unfortunately I did not receive the following:

GLIPIZIDE 5 MG TAB
DOCUSATE SODIUM 100 MG CAP
VITAMIN D (CHOLECALCIFEROL) 1000 UNIT TAB
CYANOCOBALOCMIN 1000 MCG TAB

Thanking you for your consideration and follow up.

God bless
RG



TRULINCS  73420112 - ASAD-GHANEM, RAMI NAJM - Unit: LOS-F-S

--------------------------------------------------------------------------------

FROM: 73420112
TO: Safety Manager
SUBJECT: ***Request to Staff*** ASAD-GHANEM, RAMI, Reg# 73420112, LOS-F-S
DATE: 01/09/2017 07:33:21 PM

To: Dr. Toh
Inmate Work Assignment: orderly

I have server cramps in right leg and it has been unbearable. The pain never demises and I can not tolerate it much longer. I have talked to my personal physician on the telephone and he thinks it may be a blood clot in my leg. Please call me immediately for some sort of treatment!  Thank you!



TRULINCS  73420112 - ASAD-GHANEM, RAMI NAJM - Unit: LOS-F-S
--------------------------------------------------------------------------------------

FROM: 73420112
TO: Sick Call
SUBJECT: ***Request to Staff*** ASAD-GHANEM, RAMI, Reg# 73420112, LOS-F-S
DATE: 01/15/2017 07:59:22 PM

To: Dr Toh
Inmate Work Assignment: trulinks orderly

The issue with my eye is still causing problems and I need to see a optomoligist. Please make me an appointment as soon as possible. Thank you!



TRULINCS  73420112 - ASAD-GHANEM, RAMI NAJM - Unit: LOS-F-S

------------------------------------------------------------------------------------

FROM: 73420112
TO: Sick Call
SUBJECT: ***Request to Staff*** ASAD-GHANEM, RAMI, Reg# 73420112, LOS-F-S
DATE: 01/16/2017 08:09:05 PM

To: Dr. Toh
Inmate Work Assignment: Eye

Please if you have a chance for me to see you for my eye problem .

thank you
-----ASAD-GHANEM, RAMI NAJM on 1/15/2017 7:59 PM wrote:

>

The issue with my eye is still causing problems and I need to see a optomoligist. Please make me an appointment as soon as possible. Thank you!

TRULINCS 73420112 - ASAD-GHANEM, RAMI NAJM - Unit: LOS-F-S

---------------------------------------------------------------------------------

FROM: 73420112
TO: Sick Call
SUBJECT: ***Request to Staff*** ASAD-GHANEM, RAMI, Reg# 73420112, LOS-F-S
DATE: 01/17/2017 02:30:18 PM

To:
Inmate Work Assignment: NA

-----ASAD-GHANEM, RAMI NAJM on 1/16/2017 8:09 PM wrote:

>

Please if you have a chance for me to see you for my eye problem .

thank you
-----ASAD-GHANEM, RAMI NAJM on 1/15/2017 7:59 PM wrote:

>

The issue with my eye is still causing problems and I need to see a optomoligist. Please make me an appointment as soon as possible. Thank you!



TRULINCS  73420112 - ASAD-GHANEM, RAMI NAJM - Unit: LOS-F-S

-------------------------------------------------------------------------------------------

FROM: 73420112
TO: Sick Call
SUBJECT: ***Request to Staff*** ASAD-GHANEM, RAMI, Reg# 73420112, LOS-F-S
DATE: 01/19/2017 05:55:58 PM

To: available dr.
Inmate Work Assignment: Eye infection

I am trying to see the doctor for sometime for my infected left eye, could you please try to call me for doctor checkout.

Thanks & G-d bless
-----ASAD-GHANEM, RAMI NAJM on 1/17/2017 2:30 PM wrote:

>

-----ASAD-GHANEM, RAMI NAJM on 1/16/2017 8:09 PM wrote:

>

Please if you have a chance for me to see you for my eye problem .

thank you
-----ASAD-GHANEM, RAMI NAJM on 1/15/2017 7:59 PM wrote:

>

The issue with my eye is still causing problems and I need to see a optomoligist. Please make me an appointment as soon as possible. Thank you!



TRULINCS  73420112 - ASAD-GHANEM, RAMI NAJM - Unit: LOS-F-S

-------------------------------------------------------------------------------------------------

FROM: 73420112
TO: Sick Call
SUBJECT: ***Request to Staff*** ASAD-GHANEM, RAMI, Reg# 73420112, LOS-F-S
DATE: 02/01/2017 07:52:21 PM

To: CDR Forbes
Inmate Work Assignment: few requists

Please when you have the chance to see me I will be very thankful
-----ASAD-GHANEM, RAMI NAJM on 1/19/2017 5:55 PM wrote:

>

I am trying to see the doctor for sometime for my infected left eye, could you please try to call me for doctor checkout.

Thanks & G-d bless
-----ASAD-GHANEM, RAMI NAJM on 1/17/2017 2:30 PM wrote:

>

-----ASAD-GHANEM, RAMI NAJM on 1/16/2017 8:09 PM wrote:

>

Please if you have a chance for me to see you for my eye problem .

thank you
-----ASAD-GHANEM, RAMI NAJM on 1/15/2017 7:59 PM wrote:

>

The issue with my eye is still causing problems and I need to see a optomoligist. Please make me an appointment as soon as possible. Thank you!



TRULINCS  73420112 - ASAD-GHANEM, RAMI NAJM - Unit: LOS-F-S

--------------------------------------------------------------------------------

FROM: 73420112
TO: AW Programs
SUBJECT: ***Request to Staff*** ASAD-GHANEM, RAMI, Reg# 73420112, LOS-F-S
DATE: 02/02/2017 03:10:18 PM

To: Ms Beachamp
Inmate Work Assignment: orderly

I have attempted numerous times to request the Medical Staff address a skin issue I have on my hands. Additionally, I have an infection in my left eye.. and after numerous request nothing has transpired. Further, my right leg (lower calf) has major circulation problems and once again, all efforts to gain medical attention has fallen on deaf ears and blind eyes. I have submitted "paper cop-outs" as well as emails. All to no avail. I am a diabetic with high blood pressure issues and should not have to pay my private attorney an hourly fee to file petitions with the court asking for a judgment order to get the Bureau of Prison to properly address my critical medical concerns. I have attempted to follow the chain of command procedures and even gone the extra mile to be patient with the cased load of inmates requiring medical attention. I can not continue to neglect my state of health. Having pursued all options.... I solicit your assistance in this urgent matter. Thank you!

