# Bureau of Prisons
## Health Services
### Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | ASAD-GHANEM, RAMI NAJM | | Reg #: | 73420-112 |
| Date of Birth: | 06/13/1966 | Sex: M   Race: WHITE | Facility: | LOS |
| Encounter Date: | 02/09/2017 09:13 | Provider: Forbes, Michael FNP-C, | Unit: | F05 |

Mid Level Provider - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**        **Provider:** Forbes, Michael FNP-C, AANP
**Chief Complaint:** Muscle/Joint Ache
**Subjective:** Morbidly Obese patient c/o bilateral knee pain during colder weather. He is also c/o having what he states was a low blood sugar yesterday with sweats and weakness. Not experiencing those symptoms now. BS was 145. He states body aches also.

He also c/o a discharge from his left eye with redness, without visual disturbance, or pain, or hx of trauma or f/b.

Patient still has a small rash on his thumb, non vesicular and non raised and non macular with itching.

Patient has not been exercising consistently. Encouraged to stretch and perform low impact exercise and be more consistent in order to decrease leg /knee stiffness

O: Redness to left eye mild, with mild yellow crusty discharge. Lungs CTA bilaterally. Steady gait. HRR. Good color. Patient still has a small rash on his thumb, non vesicular and non raised and non macular with itching.
No effusion or discoloration to both knees. No TTP. Patient not limping.

A: viral infection
  Bacterial conjunctivitis
  Bilateral Knee Pain
  dermatitis

P: Warm compresses to knees
  Cipro opth soln
  Motrin from commissary
  Hydrate
  Glucocorticoid cream

**Pain:** Yes
**Pain Assessment**
  **Date:** 02/09/2017 06:26
  **Location:** Multiple Locations
  **Quality of Pain:** Aching
  **Pain Scale:** 6
  **Intervention:** otc motrin, warm soaks
  **Trauma Date/Year:** 07/07/2016
  **Injury:** FELL FROM TOP BUNK TRYING TO NEGOTIATE GETTING DOWN NOW BILATERAL LEGS HURT. MOSTLY THE RIGHT LEG
  **Mechanism:** FELL FROM TOP BUNK TRYING TO NEGOTIATE GETTING DOWN NOW BILATERAL LEGS HURT. MOSTLY THE RIGHT LEG
  **Onset:** 2-6 Months
  **Duration:** 2-6 Months
  **Exacerbating Factors:** walking bending

| Inmate Name: | ASAD-GHANEM, RAMI NAJM | | | | Reg #: | 73420-112 |
|---|---|---|---|---|---|---|
| Date of Birth: | 06/13/1966 | Sex: | M | Race: WHITE | Facility: | LOS |
| Encounter Date: | 02/09/2017 09:13 | Provider: | Forbes, Michael FNP-C, | | Unit: | F05 |

    **Relieving Factors:** medication
    **Comments:**

**OBJECTIVE:**

**Exam:**
    **General**
        **Affect**
            Yes: Pleasant, Cooperative
        **Appearance**
            Yes: Appears Well
    **Skin**
        **General**
            Yes: Dry
        **Lesion Location**
            Yes: First Finger R
    **Pulmonary**
        **Observation/Inspection**
            Yes: Within Normal Limits
    **Cardiovascular**
        **Observation**
            Yes: Within Normal Limits

**Exam Comments**
   read soap

   right leg calve pain, but negative for homan's sign. both calves were symmetrical at 48.5 cm no redness. increased tenderness with flexion of right calve.

**ASSESSMENT:**

   Conjunctivitis, H109 - Current
   Essential (primary) hypertension, I10 - Current
   Hyperlipidemia, unspecified, E785 - Current
   Type 2 diabetes mellitus, E119 - Current
   Unspecified viral infection of central nervous system, A89 - Current - *body aches and weakness*
   Vitamin D deficiency, E559 - Current

**PLAN:**

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| Blood Glucose | BID | 14 days | | Awad, Adel MD/CD |
| EKG | One Time | | | Awad, Adel MD/CD |

| | | |
|---|---|---|
| Inmate Name: ASAD-GHANEM, RAMI NAJM | | Reg #: 73420-112 |
| Date of Birth: 06/13/1966 | Sex: M   Race: WHITE | Facility: LOS |
| Encounter Date: 02/09/2017 09:13 | Provider: Forbes, Michael FNP-C, | Unit: F05 |

**Copay Required:** Yes   **Cosign Required:** Yes
**Telephone/Verbal Order:** Yes   **By:** Awad, Adel MD/CD
**Telephone or Verbal order read back and verified.**

Completed by Forbes, Michael FNP-C, AANP on 02/09/2017 09:16
Requested to be cosigned by Awad, Adel MD/CD.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ASAD-GHANEM, RAMI NAJM | | | Reg #: | 73420-112 |
| Date of Birth: | ██/██/1966 | Sex: M | Race: WHITE | Facility: | LOS |
| Encounter Date: | 02/08/2017 13:00 | Provider: | Forbes, Michael FNP-C, | Unit: | F05 |

Mid Level Provider - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**   Provider: Forbes, Michael FNP-C, AANP

**Chief Complaint:** Muscle/Joint Ache

**Subjective:** Morbidly Obese patient c/o bilateral knee pain during colder weather. He is also c/o having what he states was a low blood sugar yesterday with sweats and weakness. Not experiencing those symptoms now. BS was 145. He states body aches also.

He also c/o a discharge from his left eye with redness, without visual disturbance, or pain, or hx of trauma or f/b.

Patient still has a small rash on his thumb, non vesicular and non raised and non macular with itching.

Patient has not been exercising consistently. Encouraged to stretch and perform low impact exercise and be more consistent in order to decrease leg /knee stiffness

O: Redness to left eye mild, with mild yellow crusty discharge. Lungs CTA bilaterally. Steady gait. HRR. Good color. Patient still has a small rash on his thumb, non vesicular and non raised and non macular with itching.
No effusion or discoloration to both knees. No TTP. Patient not limping.

A: viral infection
   Bacterial conjunctivitis
   Bilateral Knee Pain
   dermatitis

P: Warm compresses to knees
   Cipro opth soln
   Motrin from commissary
   Hydrate
   Glucocorticoid cream

**Pain:** Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 02/09/2017 06:26 |
| Location: | Multiple Locations |
| Quality of Pain: | Aching |
| Pain Scale: | 6 |
| Intervention: | otc motrin, warm soaks |
| Trauma Date/Year: | 07/07/2016 |
| Injury: | FELL FROM TOP BUNK TRYING TO NEGOTIATE GETTING DOWN NOW BILATERAL LEGS HURT. MOSTLY THE RIGHT LEG |
| Mechanism: | FELL FROM TOP BUNK TRYING TO NEGOTIATE GETTING DOWN NOW BILATERAL LEGS HURT. MOSTLY THE RIGHT LEG |
| Onset: | 2-6 Months |
| Duration: | 2-6 Months |
| Exacerbating Factors: | walking bending |

*(watermark: See Amendment)*

| Inmate Name: | ASAD-GHANEM, RAMI NAJM | Sex: M  Race: WHITE | Reg #: 73420-112 |
|---|---|---|---|
| Date of Birth: | 06/13/1966 | Provider: Forbes, Michael FNP-C, | Facility: LOS |
| Encounter Date: | 02/08/2017 13:00 | | Unit: F05 |

**Relieving Factors:** medication
**Comments:**

## OBJECTIVE:

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 02/09/2017 | 06:28 LOS | 98.2 | 36.8 | Oral | Forbes, Michael FNP-C, AANP |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 02/09/2017 | 06:28 LOS | 74 | Via Machine | Regular | Forbes, Michael FNP-C, AANP |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 02/09/2017 | 06:28 LOS | 20 | Forbes, Michael FNP-C, AANP |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 02/09/2017 | 06:28 LOS | 129/84 | Right Arm | Sitting | Adult-large | Forbes, Michael FNP-C, AANP |

**Blood Glucose:**

| Date | Time | Value (mg/dl) | Type | Regular Insulin | Provider |
|---|---|---|---|---|---|
| 02/09/2017 | 06:29 LOS | 144 | Random | | Forbes, Michael FNP-C, |

**Exam:**
  **General**
    **Affect**
      Yes: Pleasant, Cooperative
    **Appearance**
      Yes: Appears Well
  **Skin**
    **General**
      Yes: Dry
    **Lesion Location**
      Yes: First Finger R
  **Pulmonary**
    **Observation/Inspection**
      Yes: Within Normal Limits
  **Cardiovascular**
    **Observation**
      Yes: Within Normal Limits

**Exam Comments**
read soap

right leg calve pain, but negative for homan's sign. both calves were symmetrical at 48.5 cm no redness. increased tenderness with flexion of right calve.

## ASSESSMENT:

Conjunctivitis, H109 - Current

Essential (primary) hypertension, I10 - Current

Hyperlipidemia, unspecified, E785 - Current

Generated 02/09/2017 06:37 by Forbes, Michael FNP-C,    Bureau of Prisons - LOS    Page 2 of 3

*See Amendment* (watermark)

| | | | |
|---|---|---|---|
| Inmate Name: ASAD-GHANEM, RAMI NAJM | | Reg #: 73420-112 | |
| Date of Birth: 06/13/1966 | Sex: M   Race: WHITE | Facility: LOS | |
| Encounter Date: 02/08/2017 13:00 | Provider: Forbes, Michael FNP-C, | Unit: F05 | |

Type 2 diabetes mellitus, E119 - Current

Unspecified viral infection of central nervous system, A89 - Current - *body aches and weakness*

Vitamin D deficiency, E559 - Current

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Ciprofloxacin Ophth Solution 0.3% | 02/08/2017 13:00 | one drop In Affected Eye(s) Left Eye - Two Times a Day x 7 day(s) |
| | Indication: Conjunctivitis | | |
| | Fluocinonide Cream 0.05% | 02/08/2017 13:00 | aaa Topically Fingers - Two Times a Day x 30 day(s) |
| | Indication: Dermatitis, unspecified | | |

**Disposition:**
Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 02/09/2017 | Counseling | Diet | Forbes, Michael | Verbalizes Understanding |

**Copay Required:** Yes    **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Forbes, Michael FNP-C, AANP on 02/09/2017 06:37
Requested to be cosigned by Awad, Adel MD/CD.
Cosign documentation will be displayed on the following page.

*See Amendment* (watermark)

## Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | Reg #: | 73420-112 |
|---|---|---|---|---|---|---|
| Inmate Name: | ASAD-GHANEM, RAMI NAJM | | | | Race: | WHITE |
| Date of Birth: | 06/13/1966 | Sex: | M | | Facility: | LOS |
| Encounter Date: | 02/08/2017 13:00 | Provider: | Forbes, Michael FNP-C, | | | |

Cosigned with New Encounter Note by Awad, Adel MD/CD on 02/09/2017 07:16.



See Amendment

# Bureau of Prisons
## Health Services
### Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ASAD-GHANEM, RAMI NAJM | | | Reg #: | 73420-112 |
| Date of Birth: | 06/13/1966 | Sex: | M | Race: | WHITE |
| Encounter Date: | 02/09/2017 09:13 | Provider: | Forbes, Michael FNP-C, | Facility: | LOS |

Cosigned by Awad, Adel MD/CD on 02/09/2017 09:19.