# EXHIBIT A



# Mohammad Al DABOUBI

AKA: "The General," Mohd Ali Abdel Rahman AL DABOUBI

- Citizen of Jordan
- Former Jordanian Armed Forces Brigadier General
- President of: **Gateway to MENA for Logistic Services**
- GHANEM's business partner
- Email: aldaboubim@gmail.com



65



# Sergiu BANARI

AKA: Sergie BANARI

- Citizen of Moldova
- Vice President of: **Gateway to MENA**
- GHANEM's business partner
- Emails: gerton.businessllp@gmail.com, sergiu.banari@gmail.com





# Omar AZIZ

**AKA:** Omar Abdel AZIZ, Omar Abdelaziz Mostafa ZOHEIRY

- Citizen of Egypt
- Chairman of: **Gateway to Egypt**
- GHANEM's business partner
- Email: omarazeez@live.com



# Sandro KAVSADZE

- Citizen of Repuiblic of Georgia
- Email: Sandro.k.64@gmail.com
- Skype: sandro123987



# Momcilo ARIZANOVIC

AKA: "Momo," Arizanovic MOMCILO

- Citizen of Serbia
- Supplier of weapons and ammunition
- Email: arizanovic.momcilo@gmail.com



69



# Abdul Salam FAKRUN

AKA: Salam FAKROUN, Abdulsalam FAKRUN

- Citizen of Libya
- Chairman of: KAYAN INTERNATIONAL (Libya)
- Email: fakrun1@gmail.com

70



# Khalifa Al-GHWEIL

AKA: Khalifa al-GHAWIL, Khalifa GHAWIL

- Citizen of Libya
- Former Defense Minister and Prime Minister – Libyan National Salvation Government
- Email: engkhalifa64@yahoo.com





71



# Tahsin AMMOURI

- Citizen of United States and Jordan
- President of: **Golden Wings, Inc. (U.S.)**
- Weapons and ammunition broker
- Email: tammouri@gmail.com



# Andrey SACHIK

AKA: Andrey O.S.

- Citizen of Russia; resident of Latvia
- Employee of UZV BALTIJA AS (Russian-owned tank manufacturer)
- Email: hronosvizard@icloud.com
- Skype: Andreyo



# Tomer AVNON

AKA: Tomer Dragon

- Citizen of Israel
- Former Israeli Special Operations
- President of: **TAR Ideal Concepts, LTD. (Israel)**
  **Dragon Ace, LTD. (Hong Kong)**
- Weapons and ammunition supplier
- Emails: tomer@tarideal.com, tomer@dragonacehk.com

74



# David SHIKHASHVILI

AKA: Davit SHIKHASHVILI

- Citizen of Republic of Georgia
- Operates: **KAZAR BUSINESS LTD (Belize)**
- Emails: byronland.inv@gmail.com, gorlus@mail.ru



75



# Zurab PARTSAKHASHVILI

AKA: Zurabi PARTSAXASHVILI

- Citizen of Republic of Georgia







# Gia DEVIDZE

AKA: Georgi DEVIDZE

- Citizen of Republic of Georgia





77



# David GREENHALGH

AKA: Dave GREENHALGH

- Citizen of the United Kingdom
- Operates: **AIRSERVICES UK, LTD**
- Weapons and ammunition broker
- Email: david.greenhalgh@airservicesuk.com
- Skype: davidgreenhalgh33

78



# Chris FARMAKIS

AKA: Dr. Christopher FARMAKIS

- Believed to be a citizen of the United Kingdom
- Financial advisor
- Weapons and ammunition broker
- Email: Chris.F@gle.co.uk
- Skype: chrisfarmakis

79



# Cathy CAI

AKA: Jiazhou CAI, "Mega Cathy"

- Citizen of China
- Associated with Chinese Arms manufacturer NORINCO
- Emails: mega.cathy@gmail.com, 32902635O@qq.com



# Goran DJORDJEVIC

- Citizen of Serbia
- CEO: **CARE TRANSENERGY, LTD (Cyprus)**
- Supplier of weapons and ammunition
- Emails: gd@caretransenergy.com, goranatri@cytanet.com.cy

81





23mm Ammunition



**Ammunition Round Size Comparison**



**7.62mm PKM Medium Machine Gun**





**M-4 Carbine**



12.7mm NSVT machine gun

12.7x108mm Round





**M60 Machine Gun (7.62mm)**



AAC Evolution Suppressor (Silencer)



AK-47 (Kalashnikov)



**AKM 7.62mm Assault Rifle**



**Dragunov Sniper Rifle / SVD 7.62mm**



Barrett Model 82A1 .50 CAL Rifle





**Barrett Model M95 .50 CAL Rifle**

Barrett M99 .50 CAL Rifle

**CZ-999 9mm Pistol**

# Glock 9mm Pistol



(Note: Several variations of Glock 9mm in existance. Glock 19 Gen 5 pictured.)

Kahr Arms CW9 9mm Pistol

# Glock Pistol with Suppresor (Silencer)



Shown: Glock 17 Gen 4 - 9mm

# Kahr Arms Threaded Barrel



# AN-PVS-14
## Monocular Night Vision Device





# AN-AVS-9
## Night Vision Goggles





# PVS-27
## Magnum Universal Night Sight





# Thermal Imaging Scope





Pictured: SPI X22 Thermal FLIR imaging rifle sight scope and view

# AN-PEQ-15

## Advanced Target Pointer Illuminator Aiming Laser



# Laser Range Finder



Shown: L-3 Squad Laser Range Finder

# Hellfire Missile





(Note: AGM-114 P2A Hellfire variant shown)

# TOW Missile System

## BGM-71 TOW ("Tube-launched, Optically tracked, Wire-guided")







14.5mm KPVT machine gun



60mm Mortar Round and Launch Tube

**81mm Mortar Round and Launch Tube**



82mm Mortar Launch Tube and Round

112



120mm Mortar Tube and Round

# 107mm Rocket and Launcher System





Note: Towed and mounted version shown

114

# BM-21 GRAD Rocket Launcher System (122mm Rocket)

