

# D-30 Howitzer



# 155mm Howitzer





Note: Chinese NORINCO 155mm A4H Shown



# 68mm RPG-75 Anti-Tank Rocket Launcher



# RPG-7 Anti-Tank Rocket Propelled Grenade Launcher/85mm

## RPG-7 Anti-Tank Launcher with Telescopic Sight



# RPG-7 HEAT Round



# PG-7V Anti-Tank Grenade Launcher



# PG-7VLT Tandem-Charge Anti-Tank Warhead/PG-7VL 85-mm HEAT Projectile/PG-7VR 85mm HEAT Tandem Projectile



# AGS-17 30mm Grenade Launcher







Fagot 9K111 Anti-Tank Guided Missile Launcher

# 9M111M Fagot Rocket/Fagot 9M111 Anti-Tank Guided Missile



# 9M113 Konkurs Missile System

- Portable, guided anti-tank missile system





# 9M113 Konkurs Anti-Tank Guided Missile



# Konkurs 9P135M Anti-Tank Missile Launcher



# 9M133 Kornet Anti-Tank Guided Missile Launcher



# SKIF Anti-Tank Guided Missile Launcher



# Shershen-D Anti-Tank Guided Missile Launcher



# Metis-M Anti-Tank Guided Missile Launcher/Metis-M Tripod Launcher



# 9M131 Metis-M Anti-Tank Guided Missile (ATGM)







**Kh-29 Air-to-Surface Missile**





M79 Osa 90 mm anti-tank rocket launcher

# M79 Osa 90 mm anti-tank rocket



# Strela-1 MANPADS (9K31)







## 9K32 Strela-2
## Surface-to-Air Missile

## Strela-3 MANPADS (9K34)







**Strela-10 MANPADS (9K35)**



Igla 9K38 Surface-to-Air Missile System

# Igla-S MANPADS and 9M342 Missile





GROM MANPADS



# FIM-92 Stinger MANPADS







AT-6 Spiral Missile (9M114 Kokon)

# 57mm Rocket



Note: S-5M 57mm rocket shown

## 80mm Rocket

Note: S-8 80mm rocket shown



122mm S13T Rocket



122mm S-13 OF Rocket



130mm Rocket



**240mm Rocket**

Note: S-24 Air-to-Ground Shown

# Fugasnaya Aviatsionnaya Bomba (FAB) 100, 250 KG Bombs



FAB 250



FAB 100



MI-24 Rocket Launchers

# Mi-17 Helicopter





Mi-24 Helicopter

# Mi-35 Helicopter



MiG-25 Fighter Jet

# MiG-29 Fighter Jet





# F-1 Fighter Jet





F-4 Fighter Jet

# F-5 Fighter Jet

# F-14 Fighter Jet

# L-39 Aircraft



# 23mm Anti-Aircraft Twin-Barreled Cannon (ZU-23-2)



