

OSA (9K33) SAM System



# 2K12 "Kub" / 2K12E "Kvadrat" ("Cub" / "Quadrat")



# S-125 Pechora Missile System

169





Armored Vehicles

## BTR-80 Armored Personnel Carrier





171



172

**Financial Movement from Libya**

Map showing financial flow: Misrata (Libya) → Gateway to MENA Account (Jordan) → Tbilisi, Georgia and United Arab Emirates → To HSI Undercover Bank Account in Los Angeles

173

# Tbilisi-Istanbul-Misrata

174



## Scope of Defendant's Activity

Countries highlighted: Russian Federation, Mongolia, People's Republic of China, Kyrgyzstan, Georgia, United Arab Emirates, Iran, Iraq, Saudi Arabia, Yemen, Turkey, Syria, Jordan, Egypt, Libya, Sudan, Burundi, Malawi, South Africa, Estonia, Latvia, Poland, Czech Republic, Romania, Serbia, Albania, Greece, Ukraine, Bulgaria, Ghana, Benin, Nigeria, United States of America, Belize, Ecuador, Brazil, Argentina, USA.

176

177