# EXHIBIT B

| Trial Exhibit | Control Number (Beginning) | Bates Number (Beginning) | Original Source of Evidence | Trial Exhibit Volume |
|---|---|---|---|---|
| 0200 | 00109302 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 02 |
| 0201 | 00108745 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 02 |
| 0201 | 00108750 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 02 |
| 0202 | 00088213 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 02 |
| 0202 | 00088219 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 02 |
| 0202 | 00088250 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 02 |
| 0203 | 00141756 | Ghanem-00072445 | iPhone 5s | 02 |
| 0204 | 00142345 | Ghanem-00072445 | Huawei Phone | 02 |
| 0205 | 00073104 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 02 |
| 0206 | 00072971 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 02 |
| 0206 | 00072972 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 02 |
| 0207 | 00076819 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 02 |
| 0207 | 00076820 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 02 |
| 0207 | 00076821 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 02 |
| 0208 | 00099750 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 02 |
| 0209 | 00095920 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 02 |
| 0210 | 00081646 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 02 |
| 0210 | 00081648 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 02 |
| 0211 | 00037866 | Ghanem-00039288 | Macbook Laptop | 02 |
| 0212 | 00097778 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 02 |
| 0213 | 00077383 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 02 |
| 0213 | 00077384 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 02 |
| 0214 | 00088298 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 02 |
| 0215 | 00142405 | Ghanem-00072445 | Huawei Phone | 02 |
| 0216 | 00077842 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 02 |
| 0217 | 00077820 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 02 |
| 0218 | 00089211 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 02 |
| 0219 | 00084141 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 02 |
| 0220 | 00084111 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 02 |
| 0221 | 00084100 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 02 |

| | | | |
|---|---|---|---|
| 0222 | 00076935 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 02 |
| 0223 | 00031702 | Ghanem-00033124 | Samsung S4 Phone | 02 |
| 0224 | 00038425 | Ghanem-00039847 | Samsung S4 Phone (external photos) | 02 |
| 0225 | 00079584 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 02 |
| 0227 | 00033407 | Ghanem-00034829 | Macbook Laptop | 02 |
| 0228 | 00097742 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 02 |
| 0229 | 00033820 | Ghanem-00035242 | Macbook Laptop | 02 |
| 0230 | 00092150 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 02 |
| 0231 | 00141712 | Ghanem-00072445 | iPhone 5s | 02 |
| 0232 | 00085681 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 02 |
| 0233 | 00090990 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 02 |
| 0234 | 00091671 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 02 |
| 0235 | 00091425 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 02 |
| 0235 | 00091426 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 02 |
| 0236 | 00094911 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 02 |
| 0237 | 00085324 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 02 |
| 0237 | 00085327 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 02 |
| 0237 | 00085340 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 02 |
| 0238 | 00124001 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 02 |
| 0300 | 00316644 | Ghanem-00033066 | iPad | 03 |
| 0301 | 00141674 | Ghanem-00072445 | iPhone 5s | 03 |
| 0302 | 00067643 | Ghanem-00032788 | iPad | 03 |
| 0303 | 00031631 | Ghanem-00033053 | iPad | 03 |
| 0304 | 00079945 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 03 |
| 0305 | 00067573 | Ghanem-00032718 | iPad | 03 |
| 0306 | 00141742 | Ghanem-00072445 | iPhone 5s | 03 |
| 0307 | 00054465 | Ghanem-00055887 | iPad | 03 |
| 0308 | 00141854 | Ghanem-00072445 | iPhone 5s | 03 |
| 0309 | 00119142 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 03 |
| 0310 | 00119103 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 03 |
| 0310 | 00119104 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 03 |
| 0311 | 00119088 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 03 |

| | | | | |
|---|---|---|---|---|
| 0311 | 00119089 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 03 |
| 0311 | 00119090 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 03 |
| 0312 | 00118509 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 03 |
| 0313 | 00118336 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 03 |
| 0314 | 00118324 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 03 |
| 0315 | 00106502 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 03 |
| 0316 | 00105264 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 03 |
| 0317 | 00105253 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 03 |
| 0318 | 00104742 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 03 |
| 0319 | 00103133 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 03 |
| 0320 | 00103123 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 03 |
| 0321 | 00102114 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 03 |
| 0322 | 00096040 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 03 |
| 0323 | 00096830 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 03 |
| 0324 | 00096322 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 03 |
| 0325 | 00096335 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 03 |
| 0326 | 00096178 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 03 |
| 0327 | 00093957 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 03 |
| 0328 | 00093567 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 03 |
| 0329 | 00092706 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 03 |
| 0330 | 00142542 | Ghanem-00072445 | Huawei Phone | 03 |
| 0331 | 00092155 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 03 |
| 0332 | 00092160 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 03 |
| 0333 | 00091937 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 03 |
| 0334 | 00091921 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 03 |
| 0335 | 00056465 | Ghanem-00057887 | iPad | 03 |
| 0336 | 00091909 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 03 |
| 0337 | 00091898 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 03 |
| 0338 | 00091841 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 03 |
| 0339 | 00918844 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 03 |
| 0340 | 00091621 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 03 |
| 0341 | 00091618 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 03 |

| | | | |
|---|---|---|---|
| 0342 | 00056456 | Ghanem-00057878 | iPad | 03 |
| 0343 | 00091162 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 03 |
| 0344 | 00091106 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 03 |
| 0345 | 00044554 | Ghanem-00045976 | Samsung S6 | 03 |
| 0346 | 00086188 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 03 |
| 0347 | 00085341 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 03 |
| 0348 | 00034056 | Ghanem-00035478 | Macbook Laptop | 03 |
| 0349 | 00079164 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 03 |
| 0350 | 00078517 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 03 |
| 0351 | 00075191 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 03 |
| 0352 | 00142519 | Ghanem-00072445 | Huawei Phone | 03 |
| 0353 | 00074716 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 03 |
| 0354 | 00056457 | Ghanem-00057879 | iPad | 03 |
| 0355 | 00067561 | Ghanem-00032706 | iPad | 03 |
| 0400 | 00090985 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 04 |
| 0401 | 00090887 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 04 |
| 0402 | 00090314 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 04 |
| 0403 | 00090194 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 04 |
| 0404 | 00090177 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 04 |
| 0405 | 00090154 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 04 |
| 0406 | 00090145 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 04 |
| 0407 | 00090127 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 04 |
| 0408 | 00090105 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 04 |
| 0409 | 00089670 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 04 |
| 0410 | 00089616 | Ghanem_00000241 | | 04 |
| 0411 | 00089240 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 04 |
| 0412 | 00088182 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 04 |
| 0413 | 00031691 | Ghanem-00033113 | iPad | 04 |
| 0414 | 00086342 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 04 |
| 0415 | 00086121 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 04 |
| 0416 | 00085686 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 04 |

| | | | | |
|---|---|---|---|---|
| 0418 | 00085304 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 04 |
| 0419 | 00085045 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 04 |
| 0420 | 00084850 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 04 |
| 0421 | 00084842 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 04 |
| 0422 | 00080565 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 04 |
| 0423 | 00084742 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 04 |
| 0424 | 00084736 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 04 |
| 0425 | 00080556 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 04 |
| 0426 | 00084309 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 04 |
| 0427 | 00080468 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 04 |
| 0428 | 00080437 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 04 |
| 0429 | 00080453 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 04 |
| 0430 | 00080445 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 04 |
| 0431 | 00080434 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 04 |
| 0432 | 00080434 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 04 |
| 0433 | 00080431 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 04 |
| 0434 | 00080430 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 04 |
| 0435 | 00080429 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 04 |
| 0436 | 00080425 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 04 |
| 0437 | 00080422 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 04 |
| 0438 | 00080421 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 04 |
| 0439 | 00083521 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 04 |
| 0440 | 00080416 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 04 |
| 0441 | 00083415 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 04 |
| 0442 | 00083413 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 04 |
| 0443 | 00083273 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 04 |
| 0444 | 00080406 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 04 |
| 0445 | 00083201 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 04 |
| 0446 | 00079361 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 04 |
| 0447 | 00077866 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 04 |
| 0448 | 00077047 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 04 |
| 0449 | 00077009 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 04 |
| 0450 | 00066276 | Ghanem-00067698 | Samsung S4 | |

183

| | | | | |
|---|---|---|---|---|
| 0500 | 00099391 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 05 |
| 0501 | 00099302 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 05 |
| 0502 | 00099244 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 05 |
| 0503 | 00099231 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 05 |
| 0504 | 00099125 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 05 |
| 0505 | 00099023 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 05 |
| 0506 | 00097678 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 05 |
| 0507 | 00097461 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 05 |
| 0508 | 00141816 | Ghanem-00072445 | iPhone 5s | 05 |
| 0509 | 00096875 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 05 |
| 0510 | 00096526 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 05 |
| 0511 | 00095869 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 05 |
| 0512 | 00095576 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 05 |
| 0513 | 00095523 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 05 |
| 0514 | 00094251 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 05 |
| 0515 | 00093787 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 05 |
| 0516 | 00093767 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 05 |
| 0517 | 00093667 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 05 |
| 0518 | 00093603 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 05 |
| 0519 | 00091333 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 05 |
| 0520 | 00091332 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 05 |
| 0521 | 00091331 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 05 |
| 0522 | 00091330 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 05 |
| 0523 | 00091318 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 05 |
| 0524 | 00091303 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 05 |
| 0525 | 00080587 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 05 |
| 0526 | 00091277 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 05 |
| 0527 | 00091103 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 05 |
| 0528 | 00090107 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 05 |
| 0529 | 00080569 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 05 |
| 0530 | 00080561 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 05 |
| 0531 | 00083863 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 05 |

| | | | |
|---|---|---|---|
| 0532 | 00083618 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 05 |
| 0533 | 00082991 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 05 |
| 0534 | 00083004 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 05 |
| 0535 | 00082299 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 05 |
| 0536 | 00081357 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 05 |
| 0537 | 00081328 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 05 |
| 0538 | 00079951 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 05 |
| 0539 | 00079890 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 05 |
| 0540 | 00079664 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 05 |
| 0541 | 00079662 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 05 |
| 0542 | 00079622 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 05 |
| 0543 | 00079090 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 05 |
| 0544 | 00078603 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 05 |
| 0545 | 00078472 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 05 |
| 0546 | 00078579 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 05 |
| 0547 | 00078410 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 05 |
| 0548 | 00078397 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 05 |
| 0549 | 00078299 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 05 |
| 0550 | 00078088 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 05 |
| 0551 | 00076403 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 05 |
| 0552 | 00076230 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 05 |
| 0553 | 00075838 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 05 |
| 0554 | 00143214 | Ghanem-00072445 | Huawei Phone | 05 |
| 0555 | 00079016 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 05 |
| 0556 | 00078421 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 05 |
| 0557 | 00078419 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 05 |
| 0558 | 00077931 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 05 |
| 0559 | 00077474 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 05 |
| 0560 | 00077428 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 05 |
| 0561 | 00077422 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 05 |
| 0562 | 00077385 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 05 |
| 0564 | 00077158 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 05 |

| | | | | |
|---|---|---|---|---|
| 0566 | 00076807 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 05 |
| 0600 | 00076754 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 06 |
| 0601 | 00075759 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 06 |
| 0602 | 00075408 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 06 |
| 0603 | 00075234 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 06 |
| 0604 | 00143148 | Ghanem-00072445 | Huawei Phone | 06 |
| 0605 | 00074871 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 06 |
| 0606 | 00074841 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 06 |
| 0607 | 00074702 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 06 |
| 0608 | 00074637 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 06 |
| 0609 | 00073560 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 06 |
| 0610 | 00073012 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 06 |
| 0611 | 00073009 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 06 |
| 0612 | 00085122 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 06 |
| 0613 | 00085119 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 06 |
| 0614 | 00084773 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 06 |
| 0615 | 00084180 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 06 |
| 0616 | 00083707 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 06 |
| 0617 | 00082135 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 06 |
| 0618 | 00082282 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 06 |
| 0619 | 00082270 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 06 |
| 0620 | 00082165 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 06 |
| 0621 | 00081859 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 06 |
| 0622 | 00081843 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 06 |
| 0623 | 00081826 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 06 |
| 0624 | 00081448 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 06 |
| 0625 | 00081262 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 06 |
| 0626 | 00974442 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 06 |
| 0627 | 00097738 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 06 |
| 0628 | 00097078 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 06 |
| 0629 | 00097068 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 06 |
| 0630 | 00096880 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 06 |

| | | | |
|---|---|---|---|
| 0631 | 00096557 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 06 |
| 0632 | 00096256 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 06 |
| 0633 | 00095719 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 06 |
| 0634 | 00091535 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 06 |
| 0635 | 00091540 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 06 |
| 0636 | 00085527 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 06 |
| 0637 | 00080228 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 06 |
| 0638 | 00079828 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 06 |
| 0639 | 00077472 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 06 |
| 0640 | 00077282 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 06 |
| 0641 | 00077249 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 06 |
| 0642 | 00074546 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 06 |
| 0643 | 00074431 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 06 |
| 0644 | 00074312 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 06 |
| 0645 | 00074285 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 06 |
| 0646 | 00074130 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 06 |
| 0647 | 00073093 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 06 |
| 0648 | 00073106 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 06 |
| 0649 | 00077965 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 06 |
| 0650 | 00078303 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 06 |
| 0651 | 01421161 | Ghanem-00072445 | Huawei Phone | 06 |
| 0700 | 00106463 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 06 |
| 0701 | 00095747 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 07 |
| 0702 | 00095742 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 07 |
| 0703 | 00095732 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 07 |
| 0704 | 00085835 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 07 |
| 0705 | 00084855 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 07 |
| 0706 | 00084816 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 07 |
| 0707 | 00084810 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 07 |
| 0708 | 00084794 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 07 |
| 0709 | 00081376 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 07 |
| 0710 | 00081221 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 07 |

| | | | |
|---|---|---|---|
| 0711 | 00080993 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 07 |
| 0712 | 00080354 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 07 |
| 0713 | 00092275 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 07 |
| 0714 | 00092049 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 07 |
| 0715 | 00099603 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 07 |
| 0717 | 00096759 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 07 |
| 0718 | 00096725 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 07 |
| 0719 | 00096192 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 07 |
| 0720 | 00093802 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 07 |
| 0721 | 00093219 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 07 |
| 0722 | 00092993 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 07 |
| 0723 | 00083511 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 07 |
| 0724 | 00082124 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 07 |
| 0725 | 00079032 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 07 |
| 0726 | 00078942 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 07 |
| 0727 | 00078936 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 07 |
| 0728 | 00078697 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 07 |
| 0729 | 00078666 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 07 |
| 0730 | 00077874 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 07 |
| 0731 | 00076896 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 07 |
| 0732 | 00075479 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 07 |
| 0733 | 00072567 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 07 |
| 0734 | 00142873 | Ghanem-00072445 | Huawei Phone | 07 |
| 0735 | 00142283 | Ghanem-00072445 | Huawei Phone | 07 |
| 0736 | 00085574 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 07 |
| 0800 | 00092999 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 08 |
| 0801 | 00092216 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 08 |
| 0802 | 00089229 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 08 |
| 0803 | 00084824 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 08 |
| 0804 | 00084789 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 08 |
| 0805 | 00080074 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 08 |
| 0806 | 00078542 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 08 |

| | | | | |
|---|---|---|---|---|
| 0807 | 00077628 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 08 |
| 0808 | 00077552 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 08 |
| 0809 | 00076971 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 08 |
| 0810 | 00075583 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 08 |
| 0811 | 00073318 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 08 |
| 0812 | 00073005 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 08 |
| 0813 | 00095693 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 08 |
| 0814 | Ghanem_0006802 | Not Applicable | Ghanem Macbook (ramithe@gmail.com .PST Email File) | 08 |
| 0815 | 00094546 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 08 |
| 0816 | 00090438 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 08 |
| 0817 | 00090085 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 08 |
| 0818 | 00094630 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 08 |
| 0819 | 00091000 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 08 |
| 0820 | 00090971 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 08 |
| 0821 | 00090493 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 08 |
| 0822 | 00090319 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 08 |
| 0823 | 00090113 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 08 |
| 0824 | 00077211 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 08 |
| 0825 | 00077113 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 08 |
| 0826 | 00077036 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 08 |
| 0827 | 00077048 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 08 |
| 0828 | 00077033 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 08 |
| 0829 | 00077003 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 08 |
| 0830 | 00076990 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 08 |
| 0831 | 00076979 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 08 |
| 0832 | 00076953 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 08 |
| 0833 | 00092238 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 08 |
| 0834 | 00099212 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 08 |
| 0835 | 00099165 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 08 |
| 0836 | 00084761 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 08 |
| 0837 | 00085827 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 08 |
| 0838 | 00085823 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 08 |

| | | | |
|---|---|---|---|
| 0839 | 00084605 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 08 |
| 0840 | 00077508 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 08 |
| 0841 | 00083770 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 08 |
| 0842 | 00083805 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 08 |
| 0843 | 00083750 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 08 |
| 0844 | 00083328 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 08 |
| 0845 | 00082394 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 08 |
| 0846 | 00082333 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 08 |
| 0847 | 00082175 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 08 |
| 0848 | 00082120 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 08 |
| 0849 | 00082018 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 08 |
| 0850 | 00082022 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 08 |
| 0851 | 00082014 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 08 |
| 0852 | 00081954 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 08 |
| 0853 | 00081956 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 08 |
| 0854 | 00081978 | Ghanem_00000241 | ramithe@gmail.com Search Warrant | 08 |
| 0855 | 00079456 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 08 |
| 0856 | 00079353 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 08 |
| 0857 | 00079283 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 08 |
| 0858 | 00075995 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 08 |
| 0859 | 00075836 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 08 |
| 0860 | 00075623 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 08 |
| 0861 | 00074594 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 08 |
| 0862 | 00074091 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 08 |
| 0863 | 00074735 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 08 |
| 0864 | 00074723 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 08 |
| 0865 | 00074632 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 08 |
| 0866 | 00074021 | Ghanem-00072443 | ramithe@gmail.com Search Warrant | 08 |

190