**EXHIBIT C**

```
 LOSH0   531.01 *            INMATE HISTORY              *      09-26-2018
PAGE 001 OF 001 *               ADM-REL                  *      15:06:27

 REG NO..: 73420-112 NAME....: ASAD-GHANEM, RAMI NAJM
 CATEGORY: ARS          FUNCTION: PRT         FORMAT:

FCL    ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP  DATE/TIME
LOS    A-PRE      PRE-SENT ADMIT, ADULT        06-28-2018 0527 CURRENT
3-J    RELEASE    RELEASED FROM IN-TRANSIT FACL 06-28-2018 0827 06-28-2018 0827
3-J    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 06-27-2018 2318 06-28-2018 0827
LOS    PRE OTHER  PRE SENT RMV TO OTHER BOP FACL 06-27-2018 2018 06-27-2018 2018
LOS    A-PRE      PRE-SENT ADMIT, ADULT        06-27-2018 0517 06-27-2018 2018
3-J    RELEASE    RELEASED FROM IN-TRANSIT FACL 06-27-2018 0817 06-27-2018 0817
3-J    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 06-26-2018 2325 06-27-2018 0817
LOS    PRE OTHER  PRE SENT RMV TO OTHER BOP FACL 06-26-2018 2025 06-26-2018 2025
LOS    A-PRE      PRE-SENT ADMIT, ADULT        06-25-2018 0614 06-26-2018 2025
3-J    RELEASE    RELEASED FROM IN-TRANSIT FACL 06-25-2018 0914 06-25-2018 0914
3-J    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 06-24-2018 2348 06-25-2018 0914
LOS    PRE OTHER  PRE SENT RMV TO OTHER BOP FACL 06-24-2018 2048 06-24-2018 2048
LOS    A-PRE      PRE-SENT ADMIT, ADULT        06-20-2018 0536 06-24-2018 2048
3-J    RELEASE    RELEASED FROM IN-TRANSIT FACL 06-20-2018 0836 06-20-2018 0836
3-J    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 06-19-2018 2318 06-20-2018 0836
LOS    PRE OTHER  PRE SENT RMV TO OTHER BOP FACL 06-19-2018 2018 06-19-2018 2018
LOS    A-PRE      PRE-SENT ADMIT, ADULT        06-13-2018 1350 06-19-2018 2018
P17    RELEASE 06 RELEASED FROM IN-TRANSIT, JUN 06-13-2018 1650 06-13-2018 1650
P17    A-ADMIT 11 ADMITTED TO IN-TRANSIT, NOV  11-04-2017 0530 06-13-2018 1650
3-J    RELEASE    RELEASED FROM IN-TRANSIT FACL 11-04-2017 0530 11-04-2017 0530
3-J    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 07-07-2017 1117 11-04-2017 0530
LOS    PRE OTHER  PRE SENT RMV TO OTHER BOP FACL 07-07-2017 0817 07-07-2017 0817
LOS    A-PRE      PRE-SENT ADMIT, ADULT        12-20-2016 1402 07-07-2017 0817
LOS    L HOSP USM ESC TRP TO LOC HOSP W/RETN-USM 12-20-2016 0730 12-20-2016 1402
LOS    A-PRE      PRE-SENT ADMIT, ADULT        10-12-2016 1446 12-20-2016 0730
LOS    L HOSP USM ESC TRP TO LOC HOSP W/RETN-USM 10-12-2016 0735 10-12-2016 1446
LOS    A-PRE      PRE-SENT ADMIT, ADULT        07-20-2016 1317 10-12-2016 0735
LOS    L HOSP USM ESC TRP TO LOC HOSP W/RETN-USM 07-20-2016 0751 07-20-2016 1317
LOS    A-PRE      PRE-SENT ADMIT, ADULT        07-15-2016 1818 07-20-2016 0751
LOS    L HOSP USM ESC TRP TO LOC HOSP W/RETN-USM 07-15-2016 0853 07-15-2016 1818
LOS    A-PRE      PRE-SENT ADMIT, ADULT        04-26-2016 1738 07-15-2016 0853




 G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

BP-A0396
JUNE 10
U.S. DEPARTMENT OF JUSTICE

**Certificate of Record** CDFRM

FEDERAL BUREAU OF PRISONS

I Tammi Greer                              , hereby certify and attest that I am the
CASE MANAGEMENT COORDINATOR and as such that I am the official custodian of the
records of this Institution whose official name and address is:

Metropolitan Detention Center, Los Angeles
535 N. Alameda Street
Los Angeles, CA 90012

and that the following and attached records are true and correct copies of
records of said institution pertaining to:

Name: ASAD-GHANEM, Rami Najm                  Register No. 73420-112

and consisting of:  (1) Photograph    (2) Fingerprint card    (3) Commitment
                    (4) Other: SENTRY Printout of "ARS" INMATE HISTORY" (1 page)


IN WITNESS WHEREOF, I have hereunto set my hand at

Los Angeles, California
this 5th                day of October                              20 2018 .

*Tammie Greer, Acting CMC*
Custodian of Records
*Tammi Greer, Acting CMC*

STATE OF California
COUNTY OF Los Angeles
Subscribed and sworn to before me this 5th    day of October      , 20 18 .

Signature of Officer Authorized to
Administer Oaths (18 U.S.C. 4004)

Record Copy – Requester; Copy – Central File

SUBSCRIBED AND SWORN BEFORE ME
THIS 5TH DAY OF October 20 18
FEDERAL BUREAU OF PRISONS, MDC LOS ANGELES
LOS ANGELES COUNTY
D. Twiney, CASE MANAGER
AUTHORIZED BY ACT OF CONGRESS JULY 27, 1988
TO ADMINISTER OATHS
(TITLE 18, U.S.C. SECTION 4004)

PDF                        Prescribed by P5800         Replaces BP-396.058 of MAY 94

193