FILED
CLERK, U.S. DISTRICT COURT

NOV 15 2018

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. CR 15-00704 SJO          Date: 11-15-2018
                                  Time: 9:09

JURY NOTE NUMBER ___1___

_____ THE JURY HAS REACHED A UNANIMOUS VERDICT

✓ THE JURY REQUESTS THE FOLLOWING:
additional 11 copies of indictment

SIGNED    REDACTED
          SIGNATURE