

# United States
# v.
# Rami Ghanem

# CR 15-704 (A)-SJO

# Trial Exhibit Book 3
# 300-399

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT     300

DATE _____ IDEN.

DATE _____ EVID.

BY _____
DEPUTY CLERK
AO 386

Start Time: 9/4/2013 8:04:06 PM(UTC+0)
Last Activity: 4/15/2014 3:08:50 PM(UTC+0)
Participants: andreyo. Andrey O. S., caravaname
From: From: andreyo. andreyo.
Timestamp: 9/4/2013 8:04:06 PM(UTC+0)
Source App: Skype: caravaname
Body:
My friend, I do not see any news from you
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/4/2013 9:32:31 PM(UTC+0)
Source App: Skype: caravaname
Body:
I am waiting for your answer Andrey, last time you said that you are going to get the answer from Oleg, and I am waiting for the
answer!!!!!                today you are saying you did not see any news from me, what's going on do you have a bad
memory?? my friend or are you getting old?? (facepalm) If yes then you can read our previse communications on Skype (think)

Also you did not send me the copy of the contract and you did not answer the princes request regarding to S 400 Triumf
Why you keep asking but you can't answer?? Be a good friend to me as I am to you
-----------------------------
From: From: andreyo. andreyo.
Timestamp: 9/5/2013 3:36:58 AM(UTC+0)
Source App: Skype: caravaname
Body:
???
-----------------------------
From: From: andreyo. andreyo.
Timestamp: 9/5/2013 3:53:44 AM(UTC+0)
Source App: Skype: caravaname
Body:
The answer my friend next-first let Rami will deal with the first issue and will meet its obligations. (wait)
Period of up to 20 September. (waiting)
And it is very strange that you, my friend, are concerned a copy of the contract, there are other reasons for concern.
Prince and Oleg will soon be in the negotiations and there will discuss the necessary contracts (cash)
-----------------------------
From: From: andreyo. andreyo.
Timestamp: 9/5/2013 4:12:57 AM(UTC+0)
Source App: Skype: caravaname
Body:
reference base oils which you sent me is not working, check yourself.
-----------------------------
From: From: andreyo. andreyo.
Timestamp: 9/5/2013 4:14:42 AM(UTC+0)
Source App: Skype: caravaname
Body:
Under the contract, the latter amount is 500 000 you must return until September 2,
-----------------------------
From: From: andreyo. andreyo.
Timestamp: 9/5/2013 9:12:23 PM(UTC+0)
Source App: Skype: caravaname
Body:
?
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/6/2013 12:39:14 AM(UTC+0)
Source App: Skype: caravaname
Body:
??
-----------------------------
From: From: andreyo. andreyo.
Timestamp: 9/6/2013 3:23:19 AM(UTC+0)
Source App: Skype: caravaname
Body:
R%
-----------------------------
From: From: andreyo. andreyo.
Timestamp: 9/6/2013 3:23:26 AM(UTC+0)
Source App: Skype: caravaname
Body:

[05.09.13, 7:53:46] Andrey O.: The answer my friend next-first let Rami will deal with the first issue and will meet its obligations. (wait)
Period of up to 20 September. (waiting)
And it is very strange that you, my friend, are concerned a copy of the contract, there are other reasons for concern.
Prince and Oleg will soon be in the negotiations and there will discuss the necessary contracts (cash)
[05.09.13, 8:13:00] Andrey O.: reference base oils which you sent me is not working, check yourself.
[05.09.13, 8:14:45] Andrey O.: Under the contract, the latter amount is 500 000 you must return until September 2,

-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/6/2013 3:24:05 AM(UTC+0)
Source App: Skype: caravaname
Body:
the answer is not for me it's for HRH

-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/6/2013 3:26:21 AM(UTC+0)
Source App: Skype: caravaname
Body:
Your answer is not good because you are mixing our work with prince's work, he also send me the agreement for me to check it out and send him my opinion

-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/6/2013 3:27:53 AM(UTC+0)
Source App: Skype: caravaname
Body:
your problem as always you look at me as I am not small person thank you Mr. Andrey,

-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/6/2013 3:29:41 AM(UTC+0)
Source App: Skype: caravaname
Body:
And regarding to the contract, it's strange that you can't send me my copy…. It's not strange for me to keep my copy of my obligations

-----------------------------
From: From: andreyo. andreyo.
Timestamp: 9/6/2013 3:32:35 AM(UTC+0)
Source App: Skype: caravaname
Body:
Rami
You get round my main question, when we finish the epic together with drawers?

-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/6/2013 3:34:31 AM(UTC+0)
Source App: Skype: caravaname
Body:
I am stoned of your behaviors with me, always argue with me about issues like I am your enemy.. this is not so good for  me. I am in the middle of my enemy in Africa expecting to have some good support & unfortunately you are not doing so

-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/6/2013 3:35:13 AM(UTC+0)
Source App: Skype: caravaname
Body:
Your question is not understood, repeat it

-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/6/2013 3:35:44 AM(UTC+0)
Source App: Skype: caravaname
Body:
and I never get around your quistion

-----------------------------
From: From: andreyo. andreyo.
Timestamp: 9/6/2013 3:37:25 AM(UTC+0)
Source App: Skype: caravaname
Body:
You promised me every day to inform me about the course of negotiations
and just do not do it
I'm not your enemy, just walk in circles no more time
the problem is solved or not, or

-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/6/2013 3:40:06 AM(UTC+0)

Source App: Skype: caravaname
Body:
Go back to your earlier communications you will see that I am waiting until Monday to meet Vincent's friend for us to move forward, they just finished the elections in Mali and he can help this Monday;  this information was sent to you and I had been waiting for that
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/6/2013 3:40:46 AM(UTC+0)
Source App: Skype: caravaname
Body:
Is it clear for you now?
-----------------------------
From: From: andreyo. andreyo.
Timestamp: 9/6/2013 3:42:34 AM(UTC+0)
Source App: Skype: caravaname
Body:
about Monday, I saw the information is only now
-----------------------------
From: From: andreyo. andreyo.
Timestamp: 9/6/2013 3:46:26 AM(UTC+0)
Source App: Skype: caravaname
Body:
Vincent'*s friend arrives each Monday to talk to someone, or have you been together fly to Abidjan ?
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/6/2013 3:46:51 AM(UTC+0)
Source App: Skype: caravaname
Body:
The information was sent to you on the August 31st @ 7:56 AM
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/6/2013 3:48:13 AM(UTC+0)
Source App: Skype: caravaname
Body:
He will arrive on Monday and we will fly next day to Abidjan
-----------------------------
From: From: andreyo. andreyo.
Timestamp: 9/6/2013 3:49:41 AM(UTC+0)
Source App: Skype: caravaname
Body:
Andrey,

The situation is not so easy I am trying to fix it as much as I can,  Vincent's friend will be coming from Mali RAMI***say*****next week to Ghana, I have to meet with him and discuss the option and see how can he help in the arrangement with the Gen. Ouattara,, according to Vincent the money I have to pay it's to the government and he as Vincent can't do anything about it, so I have to wait until the 10th of September, we will meet his friend and move from there.

We have 2 options, either I get an extension to the 25th of September and let me continue my work or you ask me to pay back the
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/6/2013 3:50:41 AM(UTC+0)
Source App: Skype: caravaname
Body:
yes
-----------------------------
From: From: andreyo. andreyo.
Timestamp: 9/6/2013 3:51:15 AM(UTC+0)
Source App: Skype: caravaname
Body:
it's your letter: Monday about nothing
and Monday - it's one more week
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/6/2013 3:52:08 AM(UTC+0)
Source App: Skype: caravaname
Body:
As you see I send you last week, about this coming Monday
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/6/2013 3:53:10 AM(UTC+0)

Subject to Protective Order

Source App: Skype: caravaname
Body:
10th of September????!!!!
------------------------------
From: From: andreyo. andreyo.
Timestamp: 9/6/2013 3:54:03 AM(UTC+0)
Source App: Skype: caravaname
Body:
well, it's Tuesday September 10!!!
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/6/2013 3:54:45 AM(UTC+0)
Source App: Skype: caravaname
Body:
I know just to be in the safe if he is late
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/6/2013 3:56:55 AM(UTC+0)
Source App: Skype: caravaname
Body:
you see I did send you the information
------------------------------
From: From: andreyo. andreyo.
Timestamp: 9/6/2013 3:59:08 AM(UTC+0)
Source App: Skype: caravaname
Body:
Oleg yesterday said that he was tired of listening to tales of 1001 nights
He needs a final decision and not talk
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/6/2013 3:59:51 AM(UTC+0)
Source App: Skype: caravaname
Body:
!!!!!!!!!!!!!!!!!!
------------------------------
From: From: andreyo. andreyo.
Timestamp: 9/6/2013 4:00:40 AM(UTC+0)
Source App: Skype: caravaname
Body:
I hope you'll be able to finish everything quickly
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/6/2013 4:00:41 AM(UTC+0)
Source App: Skype: caravaname
Body:
<quote author="andreyo." authorname="Andrey O." conversation="andreyo."
guid="xff5b5da52b5917b021406ca58fc0c56d07a3a601996fc05ca3d565c1b9b1d37f" timestamp="1378439374">[6:49:34
AM] Andrey O.: </legacyquote>We have 2 options, either I get an extension to the 25th of September and let me continue my work or
you ask me to pay back the<legacyquote>

<<< </legacyquote></quote>
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/6/2013 4:01:55 AM(UTC+0)
Source App: Skype: caravaname
Body:
I have so much work back in Jordan too, I am losing so much money Andrey and I am not playing in Africa
------------------------------
From: From: andreyo. andreyo.
Timestamp: 9/6/2013 4:03:47 AM(UTC+0)
Source App: Skype: caravaname
Body:
If no persistent information, this time will not
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/6/2013 4:04:20 AM(UTC+0)
Source App: Skype: caravaname
Body:
I don't understand

            Subject to Protective Order

---

From: From: andreyo. andreyo.
Timestamp: 9/6/2013 4:05:44 AM(UTC+0)
Source App: Skype: caravaname
Body:
Of course, I understand you, but we do not have to wait until September 25 is the deadline for all work

---

From: From: andreyo. andreyo.
Timestamp: 9/6/2013 4:07:43 AM(UTC+0)
Source App: Skype: caravaname
Body:
I think you are very tired of this business!?

---

From: From: caravaname Rami Ghanem
Timestamp: 9/6/2013 4:09:23 AM(UTC+0)
Source App: Skype: caravaname
Body:
Yes you don't but this is to be in the safe side for me and to make my dissection without any pushing

---

From: From: andreyo. andreyo.
Timestamp: 9/6/2013 4:12:01 AM(UTC+0)
Source App: Skype: caravaname
Body:
What does Vincent (Larry) --- why they have not fulfilled their part of the work for which he received the money?

---

From: From: caravaname Rami Ghanem
Timestamp: 9/6/2013 4:12:47 AM(UTC+0)
Source App: Skype: caravaname
Body:
I am tired because of the pressure

---

From: From: andreyo. andreyo.
Timestamp: 9/6/2013 4:15:15 AM(UTC+0)
Source App: Skype: caravaname
Body:
Well, be healthy.
See you tomorrow,

---

From: From: caravaname Rami Ghanem
Timestamp: 9/6/2013 4:15:38 AM(UTC+0)
Source App: Skype: caravaname
Body:
I did not see Larry, but Vincent is saying he   used all the money to help him move out, maybe on Tuesday if I see I require your help then you can send the clime to him and to Saidy

---

From: From: caravaname Rami Ghanem
Timestamp: 9/6/2013 4:15:53 AM(UTC+0)
Source App: Skype: caravaname
Body:
befor you go

---

From: From: caravaname Rami Ghanem
Timestamp: 9/6/2013 4:16:09 AM(UTC+0)
Source App: Skype: caravaname
Body:
I want the answer to HRH

---

From: From: caravaname Rami Ghanem
Timestamp: 9/6/2013 4:18:38 AM(UTC+0)
Source App: Skype: caravaname
Body:
Andrey

---

From: From: andreyo. andreyo.
Timestamp: 9/6/2013 4:19:09 AM(UTC+0)
Source App: Skype: caravaname
Body:
Give me the email address Sidi, Vincent I will send them a warning

---

From: From: caravaname Rami Ghanem
Timestamp: 9/6/2013 4:19:36 AM(UTC+0)
Source App: Skype: caravaname
Body:
on Tuesday
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/6/2013 4:19:55 AM(UTC+0)
Source App: Skype: caravaname
Body:
byt I want the answer for the items
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/6/2013 4:20:15 AM(UTC+0)
Source App: Skype: caravaname
Body:
HRH & copy of the contract
----------------------------
From: From: andreyo. andreyo.
Timestamp: 9/6/2013 4:20:21 AM(UTC+0)
Source App: Skype: caravaname
Body:
ок
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/6/2013 4:20:31 AM(UTC+0)
Source App: Skype: caravaname
Body:
when
----------------------------
From: From: andreyo. andreyo.
Timestamp: 9/6/2013 4:21:23 AM(UTC+0)
Source App: Skype: caravaname
Body:
evening today
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/6/2013 4:22:30 AM(UTC+0)
Source App: Skype: caravaname
Body:
thank you, Do you want a copy of the agreement for HRH & Oleg ?
----------------------------
From: From: andreyo. andreyo.
Timestamp: 9/6/2013 4:23:21 AM(UTC+0)
Source App: Skype: caravaname
Body:
of course
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/6/2013 4:24:12 AM(UTC+0)
Source App: Skype: caravaname
Body:
Evening tonight
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/6/2013 4:26:07 AM(UTC+0)
Source App: Skype: caravaname
Body:
Just for your information Prince Saud receive a green line from King to purchase the S 400 this is billions of dollars
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/9/2013 11:35:47 PM(UTC+0)
Source App: Skype: caravaname
Body:
Dear Andrey,

I trust you are well and healthy, I received a phone call from Rakan today talking to me about the message you had sent him (
supposedly from you and from Kosta), also he forward it to my phone which you  requested an urgent meeting with him in Europe any
country any place any time which work for him.!!!!

Subject to Protective Order

Unfortunately you do not have any respect to my communication nor you understand that I am not a little child working with your team, the question I had sent you it about the S4  it was directly from them and you can't have the little courtesy of answering me directly thinking my Saudi partner are like you and your group do not respect me… you are mistaking

I am sorry to inform you I am not interested to c do the business with you any farther, because I do not have any trust with you any more, I did inform Rakan he is free to carry on with you any future business.

<div align="right">I believe that the time you</div>

did not respect me in Russia and Geneva!!!! I was supposed to stop right away
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/9/2013 11:39:09 PM(UTC+0)
Source App: Skype: caravaname
Body:
This is the message Rakan received:                                             زيزعلا انقيدص ريخلا حابص
ناموزلاو دليبلاو ناكملاب ابروا يف لكعم ءاقلللبي بغرلا ملو طلل دمحلاو ريخبو ةحصب نوكت نا نونمتيو مالسلا علبي نيتكنتسنروفو ةيردنا
مارتحالاو ركشلا ىفاف عم انماءعا ىجرا تقو بوقأبو انديسانبي ىذللا
-----------------------------
From: From: andreyo. Andrey O.
Timestamp: 9/10/2013 2:11:57 PM(UTC+0)
Source App: Skype: caravaname
Body:
Dear Rami!
We will not discuss the issue on S4 to address the fundamental question of you.
With Racan- Kostya wants to meet and discuss private matters that you do not in any way relate to!
If you do not want to work with us-it's your right and choice.
Finish what you promised, and I have no back from you any information!
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/10/2013 4:42:23 PM(UTC+0)
Source App: Skype: caravaname
Body:
It's exactly what I am talking about how I can finish a business with somebody not respecting me; I can't believe that as soon as the money arrives to Russia then you will pay it back.
Unfortunately I see from the way you answer me that I can't see any confidence in our relation
-----------------------------
From: From: andreyo. Andrey O.
Timestamp: 9/10/2013 6:00:17 PM(UTC+0)
Source App: Skype: caravaname
Body:
Rami, we have already invested enough money for his part, if you do not believe in us, simply return the money within three days. I'm tired of playing, I believe I do not believe.
-----------------------------
From: From: andreyo. Andrey O.
Timestamp: 9/10/2013 6:05:22 PM(UTC+0)
Source App: Skype: caravaname
Body:
For all the time while we're familiar , cheat and try to deceive us humans of you side.
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/10/2013 6:09:54 PM(UTC+0)
Source App: Skype: caravaname
Body:
I can't understand your last words
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/10/2013 6:55:14 PM(UTC+0)
Source App: Skype: caravaname
Body:
Andrey, as you wish we can stop and I will go somewhere else, I personally carried on with you as of my commitment to you and; today after I had fixed the relation in Abidjan and got everything ready to move the 1st 4 boxes out; meanwhile my Saudi partners where trying to uplift the relation with you (Russia) and I was asked for the supply of the S4 and also to review the agreement between both side…..
Since I started the communication with you about it at least send me a message saying you are going to discuss it directly with the Saudis and I will then inform them; in the other hand you guys send a request to Rakan for a meeting like I do not exist!!!!!
You personally gave up on the business in Africa, but for sure you were mistaking all are good as matter of fact we were trying to be ready for the shipment of the 4 boxes this weekend???
Maybe God do not want us to work together, as you are saying you want your money back,, four sure I will pay it back I am not a thief nor I am a cheater…. I am sorry you have this behavior  with me (no respect  and no trust)
-----------------------------

From: From: andreyo. Andrey O.
Timestamp: 9/10/2013 7:00:08 PM(UTC+0)
Source App: Skype: caravaname
Body:
You promised to deliver the goods to us, we have fulfilled all the conditions.
Be a man and fulfill their promises.
You do not put us about the process of negotiations, and promised a very different ....
Do not look for reasons, that I will perform that personally promised.
Everything.
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/10/2013 7:00:49 PM(UTC+0)
Source App: Skype: caravaname
Body:
I want to talk to costa please
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/10/2013 7:02:22 PM(UTC+0)
Source App: Skype: caravaname
Body:
or to you but Sami not good,
-----------------------------
From: From: andreyo. Andrey O.
Timestamp: 9/10/2013 7:03:57 PM(UTC+0)
Source App: Skype: caravaname
Body:
Kostya on a business trip, you can discuss with me.
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/10/2013 7:04:23 PM(UTC+0)
Source App: Skype: caravaname
Body:
we have to speek
-----------------------------
From: From: andreyo. Andrey O.
Timestamp: 9/10/2013 7:07:00 PM(UTC+0)
Source App: Skype: caravaname
Body:
You know that my English is not very good.
We can talk tomorrow morning with my secretary and me.
Time in Riga at 8:45 am, is it possible?
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/10/2013 7:08:29 PM(UTC+0)
Source App: Skype: caravaname
Body:
I will fly to Abdjan tommorw all are ready for me to close the deal
-----------------------------
From: From: andreyo. Andrey O.
Timestamp: 9/10/2013 7:10:52 PM(UTC+0)
Source App: Skype: caravaname
Body:
Excellent as you're ready to inform sms on my phone <a href="skype:+37129987377">+371 29987377</a> and I'll call on Skype and we negotiate.
What do you think of what time?
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/10/2013 7:13:32 PM(UTC+0)
Source App: Skype: caravaname
Body:
I don't know because the Gen. want to see me as soon as I arrive to Abidjan so I might go to him direct then I will go to my hotel then very busy day
-----------------------------
From: From: andreyo. Andrey O.
Timestamp: 9/10/2013 7:15:08 PM(UTC+0)
Source App: Skype: caravaname
Body:
I have tomorrow from 10.30 to 13.00 meeting with the President of Latvia, after 14.00 I'll be in the office and ready to talk.
-----------------------------

From: From: andreyo. Andrey O.
Timestamp: 9/10/2013 7:18:54 PM(UTC+0)
Source App: Skype: caravaname
Body:
Rami, believe me
I have everything under control, I'll do it right.
Just do not doubt us, we are good people and you are with us are lucky.
To negotiate and let's all well done.
I like you too tired.
-----------------------------
From: From: andreyo. Andrey O.
Timestamp: 9/10/2013 7:20:48 PM(UTC+0)
Source App: Skype: caravaname
Body:
Waiting for news from you tomorrow.
Ready for the call to talk tomorrow from 14.00
I embrace.
No offense, good luck and health.
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/10/2013 7:22:10 PM(UTC+0)
Source App: Skype: caravaname
Body:
Andrey: I am very frustrated of this manners from you to me, for your information one person from you side had offered me to work with another group in Russia and I rejected because I don't stab my friends from behind nor I try to make my friends small… so many things happened which you don't know about; but I kept my word with you without you knowing about it!!!! unfortunately you don't know how to act toward me as I am very faithful to my partners I am sorry it's like that….. Rakan called me saying why they don't reply to you which made me look so bad thank you so much for that, Rakan and HRH called me and said you have to go to the meeting in Europe to see what they want….. I thought at once that you are my friend Andrey….I am sorry you do not value that!!!
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/10/2013 7:24:31 PM(UTC+0)
Source App: Skype: caravaname
Body:
I will call you in the evning we have 4 hour's different so I will be done in the evening Abidjan time after 6-7 PM
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/10/2013 7:25:12 PM(UTC+0)
Source App: Skype: caravaname
Body:
it will be like after 11:00 PM you time
-----------------------------
From: From: andreyo. Andrey O.
Timestamp: 9/10/2013 7:26:27 PM(UTC+0)
Source App: Skype: caravaname
Body:
Rami, let's stop to raise the issue with Racani-one is going to negotiate behind your back.
I promise you that.
-----------------------------
From: From: andreyo. Andrey O.
Timestamp: 9/10/2013 7:28:11 PM(UTC+0)
Source App: Skype: caravaname
Body:
We agreed to talk on the phone, tomorrow at 11 pm in my time.
Good luck, my friend.
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/10/2013 7:30:23 PM(UTC+0)
Source App: Skype: caravaname
Body:
Andrey I am not worried about behind my back I am only asking for us valuing each other's, I don't want to be in any negotiation at all but; please try to respect me that's all. You see I did want to be with HRH during his vist to Moscow it's ok with me but I am asking for  r e s p e c t
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/10/2013 7:31:25 PM(UTC+0)
Source App: Skype: caravaname
Body:
I did not want to be with HRH during his visit to Moscow

----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/10/2013 7:32:34 PM(UTC+0)
Source App: Skype: caravaname
Body:
any way I will contact you tommorw after 11 PM good night.
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/10/2013 7:34:05 PM(UTC+0)
Source App: Skype: caravaname
Body:
please do not update Sami on my current situation......please for now
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/10/2013 7:44:30 PM(UTC+0)
Source App: Skype: caravaname
Body:
Answer about Sami please
----------------------------
From: From: andreyo. Andrey O.
Timestamp: 9/10/2013 7:47:02 PM(UTC+0)
Source App: Skype: caravaname
Body:
C. to worry about not need, he knows nothing.
I promise you that.
See you tomorrow. Once again, good luck!
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/10/2013 7:47:23 PM(UTC+0)
Source App: Skype: caravaname
Body:
thank you and good night
----------------------------
From: From: andreyo. Andrey O.
Timestamp: 9/10/2013 7:47:59 PM(UTC+0)
Source App: Skype: caravaname
Body:
Good Night
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/11/2013 11:22:03 PM(UTC+0)
Source App: Skype: caravaname
Body:
can you send me the # of each bos you had sealed
----------------------------
From: From: andreyo. Andrey O.
Timestamp: 9/12/2013 4:27:30 AM(UTC+0)
Source App: Skype: caravaname
Body:
list was in the bag was kidnapped
are now looking for a duplicate
There are arrangements for sending cargo?
----------------------------
From: From: andreyo. Andrey O.
Timestamp: 9/12/2013 4:40:46 AM(UTC+0)
Source App: Skype: caravaname
Body:
before sending the goods must be checked
I think so
This can be done directly in the plane
for coordination the route of flight and jet should I order three days
----------------------------
From: From: andreyo. Andrey O.
Timestamp: 9/12/2013 8:35:29 AM(UTC+0)
Source App: Skype: caravaname
Body:
I look forward to your suggestions
----------------------------
From: From: caravaname Rami Ghanem

Timestamp: 9/12/2013 12:22:56 PM(UTC+0)
Source App: Skype: caravaname
Body:
I will let you know for now I want to make sure about the 4 boxes you had sealed, I did see them all it look all the same, but I want to conferm.
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/12/2013 12:24:40 PM(UTC+0)
Source App: Skype: caravaname
Body:
in the plane it will not work because they well but it  in the cargo side of the plane
----------------------------
From: From: andreyo. Andrey O.
Timestamp: 9/12/2013 12:27:46 PM(UTC+0)
Source App: Skype: caravaname
Body:
Then you should check out before loading and seal again?
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/12/2013 12:29:24 PM(UTC+0)
Source App: Skype: caravaname
Body:
I am trying
----------------------------
From: From: andreyo. Andrey O.
Timestamp: 9/12/2013 12:35:17 PM(UTC+0)
Source App: Skype: caravaname
Body:
Report as the final contract of shipment
We are looking forward to
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/12/2013 12:35:19 PM(UTC+0)
Source App: Skype: caravaname
Body:
that is why I am asking about the # of Boxes
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/12/2013 12:35:49 PM(UTC+0)
Source App: Skype: caravaname
Body:
what do you mean ??
----------------------------
From: From: andreyo. Andrey O.
Timestamp: 9/12/2013 12:36:27 PM(UTC+0)
Source App: Skype: caravaname
Body:
number of labels until I found
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/12/2013 12:37:12 PM(UTC+0)
Source App: Skype: caravaname
Body:
do you have the No. of Labels?
----------------------------
From: From: andreyo. Andrey O.
Timestamp: 9/12/2013 12:38:24 PM(UTC+0)
Source App: Skype: caravaname
Body:
recording numbers were stolen briefcase
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/12/2013 12:38:43 PM(UTC+0)
Source App: Skype: caravaname
Body:
Ok
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/12/2013 12:39:16 PM(UTC+0)

Source App: Skype: caravaname
Body:
I have to go out for now, I will keep up updated
-----------------------------
From: From: andreyo. Andrey O.
Timestamp: 9/12/2013 8:29:34 PM(UTC+0)
Source App: Skype: caravaname
Body:
(y) ?
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/13/2013 1:08:31 AM(UTC+0)
Source App: Skype: caravaname
Body:
All is good for now
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/13/2013 1:11:20 AM(UTC+0)
Source App: Skype: caravaname
Body:
My 1st concern I want to see the 2-4 boxes I want to carry with me, I am looking for a way to inspect it
-----------------------------
From: From: andreyo. Andrey O.
Timestamp: 9/13/2013 1:12:57 AM(UTC+0)
Source App: Skype: caravaname
Body:
on what day of September to order the aircraft?
how much cargo will send?
and most importantly, how do you feel?!
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/13/2013 1:14:21 AM(UTC+0)
Source App: Skype: caravaname
Body:
I am doing well thak you
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/13/2013 1:14:52 AM(UTC+0)
Source App: Skype: caravaname
Body:
Let me know how will you arrange the plane for me to get the 2-4 boxes to you, are you going to use the one for the company or you will charter one?
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/13/2013 1:16:23 AM(UTC+0)
Source App: Skype: caravaname
Body:
thank you for asking about me? it has been a long time since you had asked :)
-----------------------------
From: From: andreyo. Andrey O.
Timestamp: 9/13/2013 1:16:58 AM(UTC+0)
Source App: Skype: caravaname
Body:
it will be a private jet
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/13/2013 1:17:20 AM(UTC+0)
Source App: Skype: caravaname
Body:
I am satying in Novotel Abidjan
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/13/2013 1:18:24 AM(UTC+0)
Source App: Skype: caravaname
Body:
yes I know it's a private jet, but is it a charter or the one for Ol
-----------------------------
From: From: andreyo. Andrey O.
Timestamp: 9/13/2013 1:19:39 AM(UTC+0)

Source App: Skype: caravaname
Body:
Yes I know, this is the most decent hotel
-----------------------------
From: From: andreyo. Andrey O.
Timestamp: 9/13/2013 1:20:52 AM(UTC+0)
Source App: Skype: caravaname
Body:
jet belongs to friends
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/13/2013 1:20:59 AM(UTC+0)
Source App: Skype: caravaname
Body:
no it's a ver bad hotel
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/13/2013 1:21:13 AM(UTC+0)
Source App: Skype: caravaname
Body:
I asked Saidy and Vincent each to stay in a separate  hotel
-----------------------------
From: From: andreyo. Andrey O.
Timestamp: 9/13/2013 1:22:04 AM(UTC+0)
Source App: Skype: caravaname
Body:
Why?
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/13/2013 1:22:14 AM(UTC+0)
Source App: Skype: caravaname
Body:
very old rooms Tiama hotel is much much nicer
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/13/2013 1:23:06 AM(UTC+0)
Source App: Skype: caravaname
Body:
old rooms bad furniture but it's Ok for now, I have to move our goods
-----------------------------
From: From: andreyo. Andrey O.
Timestamp: 9/13/2013 1:24:56 AM(UTC+0)
Source App: Skype: caravaname
Body:
this week finishing negotiations?
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/13/2013 1:25:07 AM(UTC+0)
Source App: Skype: caravaname
Body:
yes
-----------------------------
From: From: andreyo. Andrey O.
Timestamp: 9/13/2013 1:25:23 AM(UTC+0)
Source App: Skype: caravaname
Body:
VVV!
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/13/2013 1:26:15 AM(UTC+0)
Source App: Skype: caravaname
Body:
I should be ready for the privet Jet early next week,
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/13/2013 1:26:38 AM(UTC+0)
Source App: Skype: caravaname
Body:
what is VVV

---
From: From: andreyo. Andrey O.
Timestamp: 9/13/2013 1:27:40 AM(UTC+0)
Source App: Skype: caravaname
Body:
Victory!
---
From: From: andreyo. Andrey O.
Timestamp: 9/13/2013 1:29:11 AM(UTC+0)
Source App: Skype: caravaname
Body:
When you will know what day next week to order the jet?
---
From: From: caravaname Rami Ghanem
Timestamp: 9/13/2013 1:29:16 AM(UTC+0)
Source App: Skype: caravaname
Body:
I will not say victory until I am out of here with all boxes, I am not so optimistic until I am done (worry)
---
From: From: caravaname Rami Ghanem
Timestamp: 9/13/2013 1:30:14 AM(UTC+0)
Source App: Skype: caravaname
Body:
Tomorrow night or Saturday max by evening
---
From: From: andreyo. Andrey O.
Timestamp: 9/13/2013 1:31:47 AM(UTC+0)
Source App: Skype: caravaname
Body:
To order a jet immediately send an email to my email address! (highfive)
---
From: From: caravaname Rami Ghanem
Timestamp: 9/13/2013 1:33:43 AM(UTC+0)
Source App: Skype: caravaname
Body:
I will, my question to you if you are going to charter a plane can you find one from this region, think about it and let me know, I don't want anybody from the tem with me to be involved but try to see if you can look for one familiar with this region
---
From: From: andreyo. Andrey O.
Timestamp: 9/13/2013 1:38:17 AM(UTC+0)
Source App: Skype: caravaname
Body:
Almost all the jets are registered European and European crews.
We'll find the right plane
Just report the number of boxes and the planned date (cool)
---
From: From: caravaname Rami Ghanem
Timestamp: 9/13/2013 1:39:12 AM(UTC+0)
Source App: Skype: caravaname
Body:
ok, thank you :O
---
From: From: andreyo. Andrey O.
Timestamp: 9/13/2013 1:40:58 AM(UTC+0)
Source App: Skype: caravaname
Body:
if necessary, I arrive at this jet to take you away (flex)
---
From: From: caravaname Rami Ghanem
Timestamp: 9/13/2013 1:42:58 AM(UTC+0)
Source App: Skype: caravaname
Body:
Thank you, I know you can
---
From: From: andreyo. Andrey O.
Timestamp: 9/13/2013 1:43:52 AM(UTC+0)
Source App: Skype: caravaname
Body:
I look forward to your confirmation tomorrow! (wave)

---------------------------

From: From: andreyo. Andrey O.
Timestamp: 9/13/2013 1:45:46 AM(UTC+0)
Source App: Skype: caravaname
Body:
good night (whew) (yn)

---------------------------

From: From: caravaname Rami Ghanem
Timestamp: 9/13/2013 1:45:54 AM(UTC+0)
Source App: Skype: caravaname
Body:
I will, thank you for now and have a good day;  I have to sleep in a ½ hour so good night to me

---------------------------

From: From: caravaname Rami Ghanem
Timestamp: 9/13/2013 1:46:49 AM(UTC+0)
Source App: Skype: caravaname
Body:
(yn) keep it crossed

---------------------------

From: From: andreyo. Andrey O.
Timestamp: 9/13/2013 1:47:42 AM(UTC+0)
Source App: Skype: caravaname
Body:
(happy)

---------------------------

From: From: caravaname Rami Ghanem
Timestamp: 9/13/2013 1:48:59 AM(UTC+0)
Source App: Skype: caravaname
Body:
:D

---------------------------

From: From: andreyo. Andrey O.
Timestamp: 9/13/2013 11:28:35 PM(UTC+0)
Source App: Skype: caravaname
Body:
Good evening, Rami!
what's the news on our core business?

---------------------------

From: From: caravaname Rami Ghanem
Timestamp: 9/14/2013 12:41:12 AM(UTC+0)
Source App: Skype: caravaname
Body:
Sorry Andrey I was sleeping, not yet we are in the final negotiation of the deal, I will let you know tomorrow evening. I had a long day today I am very tired so I have to say good night

---------------------------

From: From: caravaname Rami Ghanem
Timestamp: 9/14/2013 12:42:50 AM(UTC+0)
Source App: Skype: caravaname
Body:
Just want to let you know things are moving well, but you never now I have to be sure of all of my moves

---------------------------

From: From: caravaname Rami Ghanem
Timestamp: 9/14/2013 5:07:56 PM(UTC+0)
Source App: Skype: caravaname
Body:
I am going for my final negotiation with the general tonight at 9:00 PM to his home, wish me luck my friend, I do not trust Bini that's why Vincent had arranged with his guy this meeting

---------------------------

From: From: andreyo. Andrey O.
Timestamp: 9/14/2013 5:56:36 PM(UTC+0)
Source App: Skype: caravaname
Body:
GOOD LUCK (cool) (bandit) (ninja)

---------------------------

From: From: andreyo. Andrey O.
Timestamp: 9/15/2013 12:59:38 AM(UTC+0)
Source App: Skype: caravaname
Body:
(y) or (n) ?

```
-----------------------------
```
From: From: caravaname Rami Ghanem
Timestamp: 9/15/2013 1:09:32 AM(UTC+0)
Source App: Skype: caravaname
Body:
We did not finish yet, tomorrow we will complete,,,, my meeting was with General Ouattara.  Can you arrange for the aircraft to be in Wednesday evening or Thursday?
```
-----------------------------
```
From: From: andreyo. Andrey O.
Timestamp: 9/15/2013 1:12:53 AM(UTC+0)
Source App: Skype: caravaname
Body:
I need to confirm the exact date of departure
and the correct weight of the load
```
-----------------------------
```
From: From: caravaname Rami Ghanem
Timestamp: 9/15/2013 1:14:32 AM(UTC+0)
Source App: Skype: caravaname
Body:
you let me know I will carry 4 boxes = 1 Ton almost
```
-----------------------------
```
From: From: caravaname Rami Ghanem
Timestamp: 9/15/2013 1:16:08 AM(UTC+0)
Source App: Skype: caravaname
Body:
We are negotiating to take 4 boxes and then come back to pay all money and then pick up the 31 Boxes from Ghana _ 40 Boxes from Abidjan
```
-----------------------------
```
From: From: andreyo. Andrey O.
Timestamp: 9/15/2013 1:20:05 AM(UTC+0)
Source App: Skype: caravaname
Body:
ок
```
-----------------------------
```
From: From: andreyo. Andrey O.
Timestamp: 9/15/2013 1:20:08 AM(UTC+0)
Source App: Skype: caravaname
Body:
do as agreed
you accept the date of departure for my email
I order the jet
and confirm the date of your departure
I think that it is possible for Thursday
need your confirmation
```
-----------------------------
```
From: From: caravaname Rami Ghanem
Timestamp: 9/15/2013 1:21:33 AM(UTC+0)
Source App: Skype: caravaname
Body:
I will confirm it to you tomorrow; do you want me an e-mail for the aircraft or on Skype?
```
-----------------------------
```
From: From: andreyo. Andrey O.
Timestamp: 9/15/2013 1:23:35 AM(UTC+0)
Source App: Skype: caravaname
Body:
e-mail & Skype (y)
```
-----------------------------
```
From: From: caravaname Rami Ghanem
Timestamp: 9/15/2013 1:25:33 AM(UTC+0)
Source App: Skype: caravaname
Body:
The General was very upset he made my life very hard but I manage with him I hope until now, I will be happy when I go on the flight with my goods
```
-----------------------------
```
From: From: caravaname Rami Ghanem
Timestamp: 9/15/2013 1:27:22 AM(UTC+0)
Source App: Skype: caravaname
Body:
I am getting very tired having to deal with this work my blood presser is going up and down

```
-----------------------------
From: From: andreyo. Andrey O.
Timestamp: 9/15/2013 1:27:50 AM(UTC+0)
Source App: Skype: caravaname
Body:
I hope very soon to see the happiness on your face
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/15/2013 1:28:14 AM(UTC+0)
Source App: Skype: caravaname
Body:
thank you
-----------------------------
From: From: andreyo. Andrey O.
Timestamp: 9/15/2013 1:29:02 AM(UTC+0)
Source App: Skype: caravaname
Body:
tomorrow when the connection?
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/15/2013 1:29:09 AM(UTC+0)
Source App: Skype: caravaname
Body:
You have to promise me to take me to a god hospital to fix me
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/15/2013 1:29:33 AM(UTC+0)
Source App: Skype: caravaname
Body:
tomorrow night
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/15/2013 1:30:43 AM(UTC+0)
Source App: Skype: caravaname
Body:
good hospital not god (sorry)
-----------------------------
From: From: andreyo. Andrey O.
Timestamp: 9/15/2013 1:31:03 AM(UTC+0)
Source App: Skype: caravaname
Body:
necessarily
the best clinic in Russia
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/15/2013 1:31:11 AM(UTC+0)
Source App: Skype: caravaname
Body:
thank you
-----------------------------
From: From: andreyo. Andrey O.
Timestamp: 9/15/2013 1:32:05 AM(UTC+0)
Source App: Skype: caravaname
Body:
until tomorrow
good rest (handshake)
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/15/2013 1:32:43 AM(UTC+0)
Source App: Skype: caravaname
Body:
I need it thank you and good night
-----------------------------
From: From: andreyo. Andrey O.
Timestamp: 9/15/2013 10:27:40 PM(UTC+0)
Source App: Skype: caravaname
Body:
(*)
-----------------------------
```

From: From: caravaname Rami Ghanem
Timestamp: 9/15/2013 10:31:20 PM(UTC+0)
Source App: Skype: caravaname
Body:
I did not see the general, we went to his home and waited for one hour then he asked his assistant to apologies he is busy in an emergency at work so I will see him tomorrow night
-----------------------------
From: From: andreyo. Andrey O.
Timestamp: 9/16/2013 2:47:48 AM(UTC+0)
Source App: Skype: caravaname
Body:
Not very well,
We will wait for your meeting tomorrow and the final decision
I'll see you tomorrow, good luck
-----------------------------
From: From: andreyo. Andrey O.
Timestamp: 9/16/2013 7:17:42 PM(UTC+0)
Source App: Skype: caravaname
Body:
(*) (*)
-----------------------------
From: From: andreyo. Andrey O.
Timestamp: 9/16/2013 8:29:32 PM(UTC+0)
Source App: Skype: caravaname
Body:
news?
-----------------------------
From: From: andreyo. Andrey O.
Timestamp: 9/16/2013 11:32:51 PM(UTC+0)
Source App: Skype: caravaname
Body:
???
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/16/2013 11:52:37 PM(UTC+0)
Source App: Skype: caravaname
Body:
My friend be patient, I can't pressure the General he have some very important security issues and he send 2 of his guys to take me and Vencint to dinner because he could not make it, and he want me to see him in his home/office.  Do not look at it as it's bad, it's normal... Also if I don't answer you right away becous I did drop coffee on my computer and it's not working,,,,I am without a laptop my life is going very hard and I can't follow up my business,,,,,I am ready to cray  ...I am using my Mobil phone, it's very hard to type
-----------------------------
From: From: andreyo. Andrey O.
Timestamp: 9/16/2013 11:57:15 PM(UTC+0)
Source App: Skype: caravaname
Body:
My friend,simple  told me-agreement has yet or not?
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/16/2013 11:58:12 PM(UTC+0)
Source App: Skype: caravaname
Body:
Not finish
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/16/2013 11:58:28 PM(UTC+0)
Source App: Skype: caravaname
Body:
Almost there
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/16/2013 11:59:37 PM(UTC+0)
Source App: Skype: caravaname
Body:
It look good but we have to finalize
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/17/2013 12:01:17 AM(UTC+0)
Source App: Skype: caravaname

Body:
Yet
----------------------------
From: From: andreyo. Andrey O.
Timestamp: 9/17/2013 12:16:37 AM(UTC+0)
Source App: Skype: caravaname
Body:
X. requires me to end date!
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/17/2013 12:20:35 AM(UTC+0)
Source App: Skype: caravaname
Body:
I did ask you for the 25th you reply to me with the 20th I am fighting my way to finish, I am reporting to you as I promise, all look good
with them but few extra days will be ok with everybody,  don' you think so?
----------------------------
From: From: andreyo. Andrey O.
Timestamp: 9/17/2013 12:25:16 AM(UTC+0)
Source App: Skype: caravaname
Body:
I think that it can not all be resolved in the very last day!
----------------------------
From: From: andreyo. Andrey O.
Timestamp: 9/17/2013 6:23:15 PM(UTC+0)
Source App: Skype: caravaname
Body:
my friend, how is your health? how are you feeling?
I hope today you have a good day!
I wait for news from you.
good luck!
----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/11/2013 6:02:49 PM(UTC+0)
Source App: Skype: caravaname
Body:
Rami^see e-mail
----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/11/2013 7:56:11 PM(UTC+0)
Source App: Skype: caravaname
Body:
komment???
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/11/2013 8:01:46 PM(UTC+0)
Source App: Skype: caravaname
Body:
i will see my e-mail and come back to you
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/11/2013 8:33:28 PM(UTC+0)
Source App: Skype: caravaname
Body:
i did send you an e-mail
----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/11/2013 8:38:40 PM(UTC+0)
Source App: Skype: caravaname
Body:
I organize aircraft (business jet) for your flight to Ekaterinburg.
you will be the only passenger on this flight.
If you want, I'm ready to join you.
I need the date of the flight.
----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/11/2013 8:40:10 PM(UTC+0)
Source App: Skype: caravaname
Body:
I also need the data to the operating company for receiving aircraft

---------------------------

From: From: andreyo. Andrey O. S.
Timestamp: 11/11/2013 8:47:03 PM(UTC+0)
Source App: Skype: caravaname
Body:
in country B. no business jets are based in the local airports.
All aircraft of this class to be ordered from Europe.
You will arrive to European-based aircraft with a European crew.

---------------------------

From: From: andreyo. Andrey O. S.
Timestamp: 11/11/2013 8:53:43 PM(UTC+0)
Source App: Skype: caravaname
Body:
my friend!
now you have enough information?

---------------------------

From: From: andreyo. Andrey O. S.
Timestamp: 11/11/2013 9:00:24 PM(UTC+0)
Source App: Skype: caravaname
Body:
?

---------------------------

From: From: andreyo. Andrey O. S.
Timestamp: 11/11/2013 9:09:59 PM(UTC+0)
Source App: Skype: caravaname
Body:
Rami, you're awake?

---------------------------

From: From: caravaname Rami Ghanem
Timestamp: 11/11/2013 9:11:07 PM(UTC+0)
Source App: Skype: caravaname
Body:
as I had informed you befor an aircraf have to be booked from benin

---------------------------

From: From: andreyo. Andrey O. S.
Timestamp: 11/11/2013 9:13:57 PM(UTC+0)
Source App: Skype: caravaname
Body:
No problem, let the application will be sent to the company which I will give.
and the company will provide the aircraft and its payment.

---------------------------

From: From: caravaname Rami Ghanem
Timestamp: 11/11/2013 9:14:27 PM(UTC+0)
Source App: Skype: caravaname
Body:
i was sleeping whie I was on ANSWERING

---------------------------

From: From: caravaname Rami Ghanem
Timestamp: 11/11/2013 9:14:40 PM(UTC+0)
Source App: Skype: caravaname
Body:
I am not feeling well

---------------------------

From: From: caravaname Rami Ghanem
Timestamp: 11/11/2013 9:15:53 PM(UTC+0)
Source App: Skype: caravaname
Body:
what application

---------------------------

From: From: andreyo. Andrey O. S.
Timestamp: 11/11/2013 9:17:29 PM(UTC+0)
Source App: Skype: caravaname
Body:
sorry, I do not feel well!
we need to quickly finish this book

---------------------------

From: From: caravaname Rami Ghanem
Timestamp: 11/11/2013 9:21:11 PM(UTC+0)
Source App: Skype: caravaname

Body:
My good friend I am trying to recover from being sick then I am ready to fly out ,
-----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/11/2013 9:21:35 PM(UTC+0)
Source App: Skype: caravaname
Body:
you as a private person order a plane at firm X
This company X is drawn to our company.
and we provide order execution!
In my opinion everything is clear and clean!
-----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/11/2013 9:23:36 PM(UTC+0)
Source App: Skype: caravaname
Body:
I'm ready to fly with you, that would to remove all this headache!
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/11/2013 9:25:09 PM(UTC+0)
Source App: Skype: caravaname
Body:
The agent in Benin will arrange the Aircraft for me from a local company in country & he will handle all arrangement to load and I fly out
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/11/2013 9:28:25 PM(UTC+0)
Source App: Skype: caravaname
Body:
as a Russian it will not be good, maybe it will be ok to pick you up from any other country,,,,I am not going to repeat our formal mistakes my friend
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/11/2013 9:30:05 PM(UTC+0)
Source App: Skype: caravaname
Body:
I am tired & want to end this episode
-----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/11/2013 9:30:48 PM(UTC+0)
Source App: Skype: caravaname
Body:
how much will it cost the plane and who will pay for it?
for my plane to pay just fuel!
  As I wrote, the European-based aircraft!
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/11/2013 9:32:25 PM(UTC+0)
Source App: Skype: caravaname
Body:
as agreed befor you will py for the aircraft I am trying to get the best deal
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/11/2013 9:32:51 PM(UTC+0)
Source App: Skype: caravaname
Body:
what is the story now
-----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/11/2013 9:37:43 PM(UTC+0)
Source App: Skype: caravaname
Body:
According to our agreement, we had to finish everything at the beginning of September
now come mid-November
every day the situation is getting worse
I need specific information about the day of departure and conditions, including the cost of the aircraft
-----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/11/2013 9:45:17 PM(UTC+0)
Source App: Skype: caravaname

Body:
Rami, can you give me the date of departure?
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/11/2013 9:47:55 PM(UTC+0)
Source App: Skype: caravaname
Body:
as agreed I am going back on next 2-3 day and then ready to ship as soon s we get te aircraft
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/11/2013 9:48:10 PM(UTC+0)
Source App: Skype: caravaname
Body:

-----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/11/2013 9:51:22 PM(UTC+0)
Source App: Skype: caravaname
Body:
I hope you have some money left to pay for the plane?
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/11/2013 9:51:59 PM(UTC+0)
Source App: Skype: caravaname
Body:

-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/11/2013 9:52:11 PM(UTC+0)
Source App: Skype: caravaname
Body:

-----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/11/2013 9:52:18 PM(UTC+0)
Source App: Skype: caravaname
Body:
This question is now Constantine
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/11/2013 9:52:47 PM(UTC+0)
Source App: Skype: caravaname
Body:
you are doing the same what you where  doing befor
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/11/2013 9:56:56 PM(UTC+0)
Source App: Skype: caravaname
Body:

-----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/11/2013 10:05:33 PM(UTC+0)
Source App: Skype: caravaname
Body:

-----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/11/2013 10:06:53 PM(UTC+0)
Source App: Skype: caravaname
Body:

-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/11/2013 10:09:37 PM(UTC+0)
Source App: Skype: caravaname
Body:

-----------------------------

From: From: andreyo. Andrey O. S.
Timestamp: 11/11/2013 10:10:56 PM(UTC+0)
Source App: Skype: caravaname
Body:

----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/11/2013 10:12:57 PM(UTC+0)
Source App: Skype: caravaname
Body:

----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/11/2013 10:13:10 PM(UTC+0)
Source App: Skype: caravaname
Body:

----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/11/2013 10:15:51 PM(UTC+0)
Source App: Skype: caravaname
Body:

----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/11/2013 10:17:31 PM(UTC+0)
Source App: Skype: caravaname
Body:

----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/11/2013 10:19:24 PM(UTC+0)
Source App: Skype: caravaname
Body:
your operator either does not know what to do, or deceive thee!
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/11/2013 10:23:42 PM(UTC+0)
Source App: Skype: caravaname
Body:

----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/11/2013 10:25:31 PM(UTC+0)
Source App: Skype: caravaname
Body:

----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/11/2013 10:27:07 PM(UTC+0)
Source App: Skype: caravaname
Body:

----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/11/2013 10:28:23 PM(UTC+0)
Source App: Skype: caravaname
Body:

----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/11/2013 10:28:42 PM(UTC+0)
Source App: Skype: caravaname
Body:

----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/11/2013 10:29:12 PM(UTC+0)
Source App: Skype: caravaname

Body:

--------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/11/2013 10:30:02 PM(UTC+0)
Source App: Skype: caravaname
Body:

--------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/11/2013 10:31:13 PM(UTC+0)
Source App: Skype: caravaname
Body:

--------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/11/2013 10:32:16 PM(UTC+0)
Source App: Skype: caravaname
Body:

--------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/11/2013 10:33:25 PM(UTC+0)
Source App: Skype: caravaname
Body:

--------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/11/2013 10:36:08 PM(UTC+0)
Source App: Skype: caravaname
Body:

--------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/11/2013 10:37:56 PM(UTC+0)
Source App: Skype: caravaname
Body:

--------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/11/2013 10:39:46 PM(UTC+0)
Source App: Skype: caravaname
Body:

--------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/11/2013 10:40:33 PM(UTC+0)
Source App: Skype: caravaname
Body:

--------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/11/2013 10:41:09 PM(UTC+0)
Source App: Skype: caravaname
Body:

--------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/11/2013 10:41:56 PM(UTC+0)
Source App: Skype: caravaname
Body:

--------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/11/2013 10:42:29 PM(UTC+0)
Source App: Skype: caravaname
Body:
Confirmed
--------------------------

From: From: caravaname Rami Ghanem
Timestamp: 11/11/2013 10:43:15 PM(UTC+0)
Source App: Skype: caravaname
Body:
I am sure, that's why I am doing what I am doing
-----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/11/2013 10:45:09 PM(UTC+0)
Source App: Skype: caravaname
Body:

-----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/11/2013 10:45:12 PM(UTC+0)
Source App: Skype: caravaname
Body:

-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/11/2013 10:45:52 PM(UTC+0)
Source App: Skype: caravaname
Body:

-----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/11/2013 10:52:22 PM(UTC+0)
Source App: Skype: caravaname
Body:

-----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/11/2013 10:53:12 PM(UTC+0)
Source App: Skype: caravaname
Body:
on page removal is simply the appearance of privacy
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/11/2013 10:54:25 PM(UTC+0)
Source App: Skype: caravaname
Body:

-----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/11/2013 10:59:50 PM(UTC+0)
Source App: Skype: caravaname
Body:
purposelessly
-----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/11/2013 11:02:19 PM(UTC+0)
Source App: Skype: caravaname
Body:
My friend, I expect you to confirm your flight tomorrow and arrangements for sending.
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/11/2013 11:03:04 PM(UTC+0)
Source App: Skype: caravaname
Body:
ok I will try to do that
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/11/2013 11:05:46 PM(UTC+0)
Source App: Skype: caravaname
Body:
I am very tired and ready to go to sleep if you allow me
-----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/13/2013 11:38:31 PM(UTC+0)
Source App: Skype: caravaname

Body:
Rami, g.night,-->when finish?
----------------------------
From; From: andreyo. Andrey O. S.
Timestamp: 11/14/2013 5:38:31 AM(UTC+0)
Source App: Skype: caravaname
Body:
?
----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/16/2013 5:00:11 AM(UTC+0)
Source App: Skype: caravaname
Body:
Rami, it's time to finish everything!
Until November 20, we need our money back. It seems that with the load you do not succeed, wait any longer, we can not.
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/17/2013 11:23:26 AM(UTC+0)
Source App: Skype: caravaname
Body:
did you get my e-mail?
----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/17/2013 5:07:09 PM(UTC+0)
Source App: Skype: caravaname
Body:
Yes, I received your letter.
What to do?
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/17/2013 5:10:12 PM(UTC+0)
Source App: Skype: caravaname
Body:
I am Accra I will arrive to Benin tonight and tomorrow I will inspect all process and let you know to make the transfer for us to fly out with goods
----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/17/2013 5:12:54 PM(UTC+0)
Source App: Skype: caravaname
Body:
for further action:
confirm that the goods in order
confirm time for of shipment
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/17/2013 5:27:51 PM(UTC+0)
Source App: Skype: caravaname
Body:
for sure I will
----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/17/2013 5:29:37 PM(UTC+0)
Source App: Skype: caravaname
Body:
well, I'm waiting for confirmation from you on both points
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/17/2013 5:32:50 PM(UTC+0)
Source App: Skype: caravaname
Body:
 i will will be in my way in 1 houer
----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/17/2013 5:34:16 PM(UTC+0)
Source App: Skype: caravaname
Body:
successful solution of all problems
waiting for positive news from you
----------------------------

          Subject to Protective Order

From: From: caravaname Rami Ghanem
Timestamp: 11/17/2013 5:36:09 PM(UTC+0)
Source App: Skype: caravaname
Body:
please sombody from your side to send Rakan about the meeting he dose not know why I am in west Africa while we had to go to Russia for meeting, please work it out with him from your side
----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/17/2013 5:41:08 PM(UTC+0)
Source App: Skype: caravaname
Body:
We now have no one in Russia
I will try everything to be in order with Racan
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/17/2013 5:41:38 PM(UTC+0)
Source App: Skype: caravaname
Body:
thank you so much
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/17/2013 5:43:46 PM(UTC+0)
Source App: Skype: caravaname
Body:
he want me to be back on Tusday to fly with him the next day & I don't know what to say to him, the work I am doing today no one know about it rom my side
----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/17/2013 5:46:03 PM(UTC+0)
Source App: Skype: caravaname
Body:
let Rakan delay the his visit for one week
if he comes now, he had no one to meet
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/17/2013 5:47:05 PM(UTC+0)
Source App: Skype: caravaname
Body:
this is good ut can you send him that message, so it's not coming from me, please
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/17/2013 5:52:56 PM(UTC+0)
Source App: Skype: caravaname
Body:
I am getting reay to leave so good night
----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/17/2013 5:55:30 PM(UTC+0)
Source App: Skype: caravaname
Body:
ок
----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/18/2013 10:22:02 PM(UTC+0)
Source App: Skype: caravaname
Body:
Rami^News???
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/18/2013 10:22:27 PM(UTC+0)
Source App: Skype: caravaname
Body:
yes for sure, all are great and ready for us to move
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/18/2013 10:24:55 PM(UTC+0)
Source App: Skype: caravaname
Body:
From the date they receive the payment for the aircraft they are going to let us go in 4 days,  almost the required time to confirm the

reservation of the charter and ready to go
----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/18/2013 10:25:09 PM(UTC+0)
Source App: Skype: caravaname
Body:
You can detail?
load looked and checked?
on what date the cargo is ready to send?
----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/18/2013 10:27:11 PM(UTC+0)
Source App: Skype: caravaname
Body:
I need your official address to my mail
please pay for a plane with a description of the situation
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/18/2013 10:27:21 PM(UTC+0)
Source App: Skype: caravaname
Body:
Today I had inspected 1 box as i personally chosen all are good,  they have 2 shipment one I am taking and same size they are sending
to Abu Dhabi
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/18/2013 10:30:58 PM(UTC+0)
Source App: Skype: caravaname
Body:
If all are good from your side I should arrive to Russia on Sunday or Monday
----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/18/2013 10:32:34 PM(UTC+0)
Source App: Skype: caravaname
Body:
write me an email with details for O.
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/18/2013 10:35:12 PM(UTC+0)
Source App: Skype: caravaname
Body:
As the handling agent  confirmed to me that he will confirm the charter as soon as he get the copy of the Swift

What type of details,, all arrangement name of the person boxes qty …ext.?
----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/18/2013 10:36:43 PM(UTC+0)
Source App: Skype: caravaname
Body:
These details, plus details on payment aircraft
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/18/2013 10:37:28 PM(UTC+0)
Source App: Skype: caravaname
Body:
Ok I will do tonight befor I go to sleep you will have it,
----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/18/2013 10:37:54 PM(UTC+0)
Source App: Skype: caravaname
Body:
ok wait
----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/19/2013 7:16:36 AM(UTC+0)
Source App: Skype: caravaname
Body:
See e-mail
----------------------------
From: From: caravaname Rami Ghanem

Timestamp: 11/19/2013 9:09:28 AM(UTC+0)
Source App: Skype: caravaname
Body:
see emails
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/19/2013 10:40:38 AM(UTC+0)
Source App: Skype: caravaname
Body:
see email to K
-----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/19/2013 2:28:35 PM(UTC+0)
Source App: Skype: caravaname
Body:
ok i sent e-m K
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/19/2013 2:52:00 PM(UTC+0)
Source App: Skype: caravaname
Body:
Little Shepherd and lying

In the small village of villages , he lived a small shepherd , the sleep early , and marketed his sheep to the fields and orchards , and remains sponsored throughout the day , then come back to the village with the sunset .

One day, the sponsor small sitting in front of canal , small petting water with his stick , then sprinkled water on the willow tree which sits in the shadow , and suddenly occurred on his head a strange idea ; Why do not you play the game draws the attention of the people of the country to him, and entertained them?

Shepherd remained small thinking, even guided by the idea that enjoy ; consider shepherd to his flock , and then ran towards the village , weeping and shouting: help .. help .. Wolf attack on sheep.

Villagers hurried behind the Little Shepherd , some carrying sticks , others carrying axes ; to protect the sheep from the wolf predator .

When he arrived, the people of the village to the place of the sheep have been looking for a wolf and did not find anything , then returned after reassured sheep and made sure that the wolf was afraid, and fled from them .

Shepherd while taking little laughs and laughs of those people who believe the lie .

The next day, Little Shepherd said to himself: why تلمتأ not the people of the village and رخبا them as I did yesterday?

Shepherd waited until halfway through the day and then take being around the village , shouting : Wolf .. Wolf .. Wolf.

People hurried behind each of whom holds a stick in his hand, until they came to a place that takes care of the sheep , and looked for the wolf did not find him on the impact .. Did not return to the village only after reassured on sheep and made sure that the wolf did not take anything from them .

The scene repeats itself on the third day , and IV , اوكردﺎف of the little shepherd making fun of them and lie to them , and claiming things did not happen .

On the fifth day event unless the unthinkable Little Shepherd ; while he was sitting watching his sheep

Heard the howl of the wolf , and simmer feared was of terror around the village , shouting :

- Rescue .. Rescue .. Wolf .. Wolf.

The villagers looked at him and they do not believe him , did not intercede for him have severe tears and crying , and when he returned to his sheep lonely and scared , he found the wolf may have infected sheep and many of them were killed .

Jana and small sponsor a result of lies and deception to the people of the village is no longer one of them believed in something
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/19/2013 2:52:13 PM(UTC+0)
Source App: Skype: caravaname
Body:
My situation in Benin remind me with a small story, but in our issue I never had any lying to you maybe the other African did, I have to pay the prices LOL LOL
-----------------------------

From: From: andreyo. Andrey O. S.
Timestamp: 11/19/2013 7:05:07 PM(UTC+0)
Source App: Skype: caravaname
Body:
Constantine asked me to tell you:
there is a direct order-no longer pay a cent
need a plane: please feel free will send we my plane
as has been said, make the decision
-----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/20/2013 3:23:09 AM(UTC+0)
Source App: Skype: caravaname
Body:
?
-----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/20/2013 6:42:50 AM(UTC+0)
Source App: Skype: caravaname
Body:
As for the tactics of silence ....
losing
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/20/2013 12:26:07 PM(UTC+0)
Source App: Skype: caravaname
Body:
no no my rother I am tryng to solve hold on
-----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/21/2013 9:35:55 AM(UTC+0)
Source App: Skype: caravaname
Body:
Rami, you're not confirmed his intention to send the goods or refund?
-----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/21/2013 10:04:54 AM(UTC+0)
Source App: Skype: caravaname
Body:
???
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/21/2013 10:35:27 AM(UTC+0)
Source App: Skype: caravaname
Body:
I am working on sending the goods 1st brother
-----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/21/2013 10:37:08 AM(UTC+0)
Source App: Skype: caravaname
Body:
1ST BROTHER?
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/21/2013 10:44:28 AM(UTC+0)
Source App: Skype: caravaname
Body:
I am trying to send the goods first, the owner of the goods he was sending his shipment to UAE, he agreed with me to give me half of it = 60 M based on I paid the handling fee and pay for the aircraft, so handling is paid his people from UAE are paying for the aircraft going from this country, so I am trying to do the same, time is very bad because he is sending the UAE shipment on Monday, I am working had to get the money to him on time because of the situation over hear….
-----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/22/2013 11:53:56 PM(UTC+0)
Source App: Skype: caravaname
Body:
My Friend!
I do not bother you as long as I could.
We are interested in a particular outcome, but does not promise a bright future.
The reality is that you have until tomorrow to report on the delivery time.

Or Monday or Tuesday to return the money.
Or will it be a big scandal.
I think you can help us both to avoid the devastating hurricane for us and our families.
----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/23/2013 5:16:16 AM(UTC+0)
Source App: Skype: caravaname
Body:
???
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/23/2013 9:50:36 AM(UTC+0)
Source App: Skype: caravaname
Body:
Andrey, I am in a middle of argue on moving some of the shipment to you, I am trying to fix the issue of the flight, time is very critical, I am not playing around and presser is not very good resolution for us, we are all adults and big word like big scandal, is not the right time for our communications, also my friend we all have families not me and you only it works in all directions, it sound like a startup of threat which I want to feel like I did not see it for both of our sac.
This coming week will be the final week for us either I will deliver or I will pay.
----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/23/2013 1:03:58 PM(UTC+0)
Source App: Skype: caravaname
Body:
My friend, no threats from my side.
I tell you the real situation.
And I ask you to objectively assess the current situation and make the right decision.
I can not convey what you are putting pressure on me.
Hurry!
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/23/2013 1:04:44 PM(UTC+0)
Source App: Skype: caravaname
Body:
I doing my best Andrey
----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/23/2013 1:06:36 PM(UTC+0)
Source App: Skype: caravaname
Body:
We are already serious problems with the banks on all payments that we have made in Africa.
No inverse supply of goods and transfer of shares under the contracts.
Bank inquiry launched by the Comptroller.
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/23/2013 1:08:40 PM(UTC+0)
Source App: Skype: caravaname
Body:
If you have a problem with the bank then how are you going to receive money and how are you going to deal with it!!!???
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/23/2013 1:11:39 PM(UTC+0)
Source App: Skype: caravaname
Body:
Andrey I am working had to show my faithful relation with my friend, everybody had caused me so much problem, I never say any word about it, please let me finish what I am doing trying my best to fix our problem
----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/23/2013 1:23:15 PM(UTC+0)
Source App: Skype: caravaname
Body:
We have no problems on the spot, there is a problem in Europe.
If we make contracts, they must be sure to close the supply and stocks. This basic rules.
----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/23/2013 1:28:53 PM(UTC+0)
Source App: Skype: caravaname
Body:
From now require us to prove the actual supply of coffee, real transport services, the transfer of shares by real gold deposits

All legal documents that confirm their further verification.
Or return the money to the accounts of unfulfilled commitments by our partners or their receivers.
----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/24/2013 8:04:23 PM(UTC+0)
Source App: Skype: caravaname
Body:
My friend^what news?
----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/24/2013 10:31:46 PM(UTC+0)
Source App: Skype: caravaname
Body:
???
----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/24/2013 11:51:26 PM(UTC+0)
Source App: Skype: caravaname
Body:
???
----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/25/2013 6:29:59 AM(UTC+0)
Source App: Skype: caravaname
Body:
???
----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/25/2013 1:52:22 PM(UTC+0)
Source App: Skype: caravaname
Body:
???-???-???
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/25/2013 2:33:14 PM(UTC+0)
Source App: Skype: caravaname
Body:
(waiting)
----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/25/2013 8:36:13 PM(UTC+0)
Source App: Skype: caravaname
Body:
(waiting)
----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/25/2013 8:37:47 PM(UTC+0)
Source App: Skype: caravaname
Body:
Today 26 November!!!
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/25/2013 8:41:37 PM(UTC+0)
Source App: Skype: caravaname
Body:
and tommorow is the 27th of Nov. I am working my ass to complete
----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/25/2013 8:46:00 PM(UTC+0)
Source App: Skype: caravaname
Body:
sympathy you
but again you do not give the exact dates
O. in a rage
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/25/2013 9:04:03 PM(UTC+0)
Source App: Skype: caravaname
Body:

as soon as all is ready ( thy are fixing it) they wil will let me know the date and thn I will call you to discuss

---------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/25/2013 9:06:27 PM(UTC+0)
Source App: Skype: caravaname
Body:
we are waiting

---------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/25/2013 9:12:23 PM(UTC+0)
Source App: Skype: caravaname
Body:
thank  you

---------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/26/2013 3:46:09 PM(UTC+0)
Source App: Skype: caravaname
Body:
(cash) ?

---------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/26/2013 3:47:48 PM(UTC+0)
Source App: Skype: caravaname
Body:
no no it's not what I am waiting for?

---------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/26/2013 4:04:30 PM(UTC+0)
Source App: Skype: caravaname
Body:
Andrey, I will have to you a final answer on Friday afternoon, this is my last call for the operation, as I am expecting to hear from the
agent and owner around Friday afternoon for lunch to finalize, we are on the same time of London.

---------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/26/2013 5:40:17 PM(UTC+0)
Source App: Skype: caravaname
Body:
Agreed we are waiting!

---------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/28/2013 8:44:28 PM(UTC+0)
Source App: Skype: caravaname
Body:
Rami, goodnight!
tomorrow we are waiting for a delivery date and type of aircraft.
tomorrow deadline.

---------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/29/2013 7:06:13 AM(UTC+0)
Source App: Skype: caravaname
Body:
all data send me an email

---------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/29/2013 9:31:56 PM(UTC+0)
Source App: Skype: caravaname
Body:
Dear friend!
All possible time run out!
It's time ...

---------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/29/2013 9:39:54 PM(UTC+0)
Source App: Skype: caravaname
Body:
???

---------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/29/2013 11:56:34 PM(UTC+0)

Source App: Skype: caravaname
Body:
The situation as follow this shipment is schedule to fly to Abu Dhabi on Saturday night,7th of Dec arriving morning of Sunday all parties had agreed to give me half of it if you can arrange to get a flight going to Abu Dhabi Sunday afternoon, they are willing to arrange to drop for us 5 Boxes each will be 12 M, they will allow me to go with them on the aircraft from Benin to their final destination and then to meet you with a privet aircraft and take our load.
They already paid for their charter and all scheduled had been made
Please let me know
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/29/2013 11:57:24 PM(UTC+0)
Source App: Skype: caravaname
Body:
total wight 690 Kg
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/30/2013 12:04:37 AM(UTC+0)
Source App: Skype: caravaname
Body:
I was a sleep I got malaria, please try to give me your forgiveness as Jesus Christ did to the humanity
------------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 11/30/2013 3:27:38 AM(UTC+0)
Source App: Skype: caravaname
Body:
Conveyed your message, waiting for instructions
your friend
------------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 12/2/2013 10:26:41 AM(UTC+0)
Source App: Skype: caravaname
Body:
See E-m
------------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 12/2/2013 1:15:21 PM(UTC+0)
Source App: Skype: caravaname
Body:
?
------------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 12/2/2013 1:27:06 PM(UTC+0)
Source App: Skype: caravaname
Body:
Rami I wait an answer
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/2/2013 2:33:09 PM(UTC+0)
Source App: Skype: caravaname
Body:
Andrey,I just gottomyroom,no e-mailfromyou!!!
------------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 12/2/2013 2:35:06 PM(UTC+0)
Source App: Skype: caravaname
Body:
Repeter
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/2/2013 2:35:20 PM(UTC+0)
Source App: Skype: caravaname
Body:
ok
------------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 12/2/2013 7:56:54 PM(UTC+0)
Source App: Skype: caravaname
Body:
??

```
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/2/2013 7:57:46 PM(UTC+0)
Source App: Skype: caravaname
Body:
I have to meet tommorow and answer you
----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 12/2/2013 7:58:04 PM(UTC+0)
Source App: Skype: caravaname
Body:
time?
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/2/2013 7:58:44 PM(UTC+0)
Source App: Skype: caravaname
Body:
afternoon my time after 2:00 PM Benin time
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/2/2013 7:59:02 PM(UTC+0)
Source App: Skype: caravaname
Body:
it's now 9:00 PM
----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 12/2/2013 7:59:34 PM(UTC+0)
Source App: Skype: caravaname
Body:
ok I*m wait
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/2/2013 7:59:39 PM(UTC+0)
Source App: Skype: caravaname
Body:
ok
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/2/2013 8:00:00 PM(UTC+0)
Source App: Skype: caravaname
Body:
 Andrey, did you recive my e-mail for the Bitumen
----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 12/2/2013 8:01:15 PM(UTC+0)
Source App: Skype: caravaname
Body:
yes  study proposal
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/2/2013 8:04:14 PM(UTC+0)
Source App: Skype: caravaname
Body:
Please do I lost so much money this year, I lost projects I use to get it every year please see if you can help me with this one, please
please . (yn)
----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 12/2/2013 8:07:35 PM(UTC+0)
Source App: Skype: caravaname
Body:
I do not want to get into a situation as a "somo"
until check the seller- no movement
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/2/2013 8:08:17 PM(UTC+0)
Source App: Skype: caravaname
Body:
i have the products already Andrey
----------------------------
```

From: From: caravaname Rami Ghanem
Timestamp: 12/2/2013 8:08:51 PM(UTC+0)
Source App: Skype: caravaname
Body:
by the way SOMO deal did move with an Indian company
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/2/2013 8:09:36 PM(UTC+0)
Source App: Skype: caravaname
Body:
the Bitumen is in Bahrain
-----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 12/2/2013 8:11:01 PM(UTC+0)
Source App: Skype: caravaname
Body:
I keep in touch with the director of SOMO
see what's next...
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/2/2013 8:11:30 PM(UTC+0)
Source App: Skype: caravaname
Body:
I personally saw it, I am not talking about third party offering me, please we have up to 300,000 MT per year only
-----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 12/2/2013 8:13:38 PM(UTC+0)
Source App: Skype: caravaname
Body:
give me a company profile and its leadership
try to accelerate
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/2/2013 8:41:02 PM(UTC+0)
Source App: Skype: caravaname
Body:
My friend Andrey this company just started in 2013 a part of AlMoualem Group  based in Saudi Arabia the CEO is Mr. Saeed
Mohammad AlMoualem, I was with him when he concluded the deal with Bahrain Refinery, it's a straight  forward deal I can send you a
photo of a small shipment which is being delivered to Turkey
-----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 12/3/2013 5:00:34 PM(UTC+0)
Source App: Skype: caravaname
Body:
Rami, good evening!
I am once again waiting for information
-----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 12/3/2013 6:04:52 PM(UTC+0)
Source App: Skype: caravaname
Body:
???RAMI!!!
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/3/2013 6:39:34 PM(UTC+0)
Source App: Skype: caravaname
Body:
Sorry i just got to my room, give me sme time to clean up pray and then I will send you the information
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/4/2013 1:26:55 AM(UTC+0)
Source App: Skype: caravaname
Body:
Andrey the arrangement is being fixed to be as follow:

Abu Dhabi people had already had chartered an aircraft which it will fly out on Saturday late at night or early morning Sunday Between
(11:00 PM  - 3: 00 AM) as soon as it arrive to final destination which as I understand it's Abu Dhabi or Maybe Irbil they are not letting me
know until I confirm with them,  for sure I will know by Thursday, they allow me based on the instruction of the owner to carry the
following

          Subject to Protective Order

5 boxes each have 12 M total weight about 700 Kg.
No documents will be with the shipment only as personal packages
The idea is you meet me or you have a privet Jet to pick me up from that destination to fly back to Russia.
The owner had informed me if I don't manage to do so then I have to leave the shipment for  the people from Abu Dhabi and they will
take care of it.
If all Ok with you then I will work on concluding
If yes then as soon as the flight ready to take off and fly out of Benin I will call you from the aircraft to confirm that we are flying out.

Because the failure to pay for our aircraft I had to negotiate being in the weak side.  It's in your hand to answer me
------------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 12/5/2013 2:35:39 PM(UTC+0)
Source App: Skype: caravaname
Body:
Dear Friend!
I ask you to give the exact date and airport of arrival in Emirates.
How is your health?
------------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 12/5/2013 8:20:38 PM(UTC+0)
Source App: Skype: caravaname
Body:
?
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/5/2013 8:55:29 PM(UTC+0)
Source App: Skype: caravaname
Body:
I am good,  the flight detail will be giving to me tomorrow at 4:30 PM Benin time, they did not finish the logistic today and they will be
done tomorrow afternoon by the time we meet around 4:00 PM and I will let you know the complete details. Regards
------------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 12/6/2013 4:26:40 AM(UTC+0)
Source App: Skype: caravaname
Body:
ok
------------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 12/6/2013 7:36:41 PM(UTC+0)
Source App: Skype: caravaname
Body:
???
------------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 12/6/2013 8:42:21 PM(UTC+0)
Source App: Skype: caravaname
Body:
?!
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/6/2013 9:27:24 PM(UTC+0)
Source App: Skype: caravaname
Body:
Andrey they already set the flight to leave out of her on Sunday earl in the morning it will be going to Erbil arriving by med day Sunday.
They just released to me the information
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/6/2013 9:27:47 PM(UTC+0)
Source App: Skype: caravaname
Body:
pleaelt me know what is next from your side
------------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 12/6/2013 9:35:12 PM(UTC+0)
Source App: Skype: caravaname
Body:
We weekends, Saturday and Sunday. On Monday, we will book a plane and we will inform when he will arrive you.
------------------------------

From: From: andreyo. Andrey O. S.
Timestamp: 12/6/2013 9:38:28 PM(UTC+0)
Source App: Skype: caravaname
Body:
Erbil- IRAQ?
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/6/2013 9:39:12 PM(UTC+0)
Source App: Skype: caravaname
Body:
no good they will not allow us in Erbil to keep our goods they have their shipment and we don't want to have any conflict with them, if you
don't have any aircraft by the time I arrive then they have an instructions from the owner to take it.
I did do my best to get to this deal,  even if you have an aircraft to pick me and I can fly to meet you
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/6/2013 9:39:15 PM(UTC+0)
Source App: Skype: caravaname
Body:
yes
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/6/2013 9:40:14 PM(UTC+0)
Source App: Skype: caravaname
Body:
As I did wright in my previous communication Abu Dhabi or Erbil
----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 12/6/2013 9:43:24 PM(UTC+0)
Source App: Skype: caravaname
Body:
If this cargo is not ours-urgently need to return the money
will not wait any longer
----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 12/6/2013 9:48:10 PM(UTC+0)
Source App: Skype: caravaname
Body:
What accounts and what amounts II inform you on send a letter
This must be done on Monday
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/6/2013 9:48:49 PM(UTC+0)
Source App: Skype: caravaname
Body:
dont fuck with me Andrey
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/6/2013 9:49:42 PM(UTC+0)
Source App: Skype: caravaname
Body:
i am doing my best to make you happy
----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 12/6/2013 9:49:52 PM(UTC+0)
Source App: Skype: caravaname
Body:
Rami, I'm tired of hearing tales
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/6/2013 9:49:56 PM(UTC+0)
Source App: Skype: caravaname
Body:
and you pleay with me  no good
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/6/2013 9:50:23 PM(UTC+0)
Source App: Skype: caravaname
Body:
no fucking tales

------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/6/2013 9:51:55 PM(UTC+0)
Source App: Skype: caravaname
Body:
pepole are hear trying finish their business and you playing with me about time
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/6/2013 9:52:14 PM(UTC+0)
Source App: Skype: caravaname
Body:
are you so busy this weekend.. sory
------------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 12/6/2013 9:52:27 PM(UTC+0)
Source App: Skype: caravaname
Body:
Look at our conditions and arrangements
All deadlines have passed
Again there are new circumstances
I can not wait for a happy confluence of circumstances
------------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 12/6/2013 9:54:14 PM(UTC+0)
Source App: Skype: caravaname
Body:
We warned that the organization of the flight, we need three working days!
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/6/2013 9:54:45 PM(UTC+0)
Source App: Skype: caravaname
Body:
If you can't arrange then it's you problem not my problem, all head bee set and if I can't arrange for Russia ten I have to leave back tomorrow to Middle east
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/6/2013 9:55:58 PM(UTC+0)
Source App: Skype: caravaname
Body:
it's not in my hand man I am under their arrangements
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/6/2013 9:56:18 PM(UTC+0)
Source App: Skype: caravaname
Body:
I do not control the flight they do
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/6/2013 9:56:57 PM(UTC+0)
Source App: Skype: caravaname
Body:
I wish you had listened to me man
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/6/2013 9:57:56 PM(UTC+0)
Source App: Skype: caravaname
Body:
Those people had aired sent 4 shipments to Abu Dhabi
------------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 12/6/2013 10:00:02 PM(UTC+0)
Source App: Skype: caravaname
Body:
are your partners and your agreement
but there is still that we and our money is needed and time to return
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/6/2013 10:00:38 PM(UTC+0)
Source App: Skype: caravaname

Body:
I do not understand your english
-------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/6/2013 10:01:00 PM(UTC+0)
Source App: Skype: caravaname
Body:
what is are your partners ???
-------------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 12/6/2013 10:03:37 PM(UTC+0)
Source App: Skype: caravaname
Body:
You working with other people and their cargo.
You do not send to us any box.
What do we have to wait?
-------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/6/2013 10:07:00 PM(UTC+0)
Source App: Skype: caravaname
Body:
what do you want to do                                    1- You arrange for the flight  2  I exit from hear
apologies for not able to arrange and fined a flight back to Jordan
The people over hear they do not need me I was supposed to work with them 6 months ago but they already got partner and they were
trying to help me so that can make you happy and relax
-------------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 12/6/2013 10:07:01 PM(UTC+0)
Source App: Skype: caravaname
Body:
Enough to keep changing conditions!
Need a exact date and particular cargo!
Additional circumstances we are not interested.
-------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/6/2013 10:09:47 PM(UTC+0)
Source App: Skype: caravaname
Body:
I am not working with other people you don't think very well, if I did then I could have the boxes delivered to you I am frustrated the Abu
Dhabi group are doing what they doing and they look at me as I interfere with their work I am not liked by the at all
-------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/6/2013 10:12:06 PM(UTC+0)
Source App: Skype: caravaname
Body:
My 100% loyalty to you but you had set me back man, I asked you about the flight to be paid because of situation, but K did not agree
what can I do until the last minute I am all for you, now you accuse me no good man
-------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/6/2013 10:12:25 PM(UTC+0)
Source App: Skype: caravaname
Body:
I am fucking tired
-------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/6/2013 10:13:20 PM(UTC+0)
Source App: Skype: caravaname
Body:
Please don't hang your mistakes on me
-------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/6/2013 10:14:42 PM(UTC+0)
Source App: Skype: caravaname
Body:
It's a simple charter,  use O plane
-------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/6/2013 10:15:53 PM(UTC+0)
Source App: Skype: caravaname

Body:
do somthing and don't waist this opportunity
----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 12/6/2013 10:16:27 PM(UTC+0)
Source App: Skype: caravaname
Body:
When the deadline for the aircraft must be in Irbil?
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/6/2013 10:17:47 PM(UTC+0)
Source App: Skype: caravaname
Body:
Sunday afternoon If  i amon the flight then I will call you to let you know when we flyout
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/6/2013 10:18:06 PM(UTC+0)
Source App: Skype: caravaname
Body:
help me to hlp you man
----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 12/6/2013 10:23:00 PM(UTC+0)
Source App: Skype: caravaname
Body:
Even if I can organize a plane, he will arrive only on Monday.
And the crew will fly back only after the rest -is Tuesday.
This basic rules on flying over the territory of other countries.
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/6/2013 10:27:19 PM(UTC+0)
Source App: Skype: caravaname
Body:
why don't you arrange for a flight from there Erbil, if you want just let it come to Erbil I load if they have to stay one day then I can stay for one day then we will fly next day but I don't want the Abu Dhabi people to take the shipment from me
----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 12/6/2013 10:28:15 PM(UTC+0)
Source App: Skype: caravaname
Body:
You can order the aircraft itself from Irbil now!
On the load you have agreed, you know where to fly.
Question of payment-I can give airlines a letter of guarantee payment flight on Monday.
We'll meet you.
It's very simple.
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/6/2013 10:29:22 PM(UTC+0)
Source App: Skype: caravaname
Body:
god my life is like hell,
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/6/2013 10:30:01 PM(UTC+0)
Source App: Skype: caravaname
Body:
I ix one side a problem open from the other side
----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 12/6/2013 10:30:31 PM(UTC+0)
Source App: Skype: caravaname
Body:
Or stay with the load in Irbil and wait for our plane.
Monday.
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/6/2013 10:31:09 PM(UTC+0)
Source App: Skype: caravaname
Body:

let me make some researches tonight and see charters airlines
-----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 12/6/2013 10:32:19 PM(UTC+0)
Source App: Skype: caravaname
Body:
What else could I do?
Waiting for your decision.
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/6/2013 10:32:51 PM(UTC+0)
Source App: Skype: caravaname
Body:
Andrey habiby I have no control over the aircraft, please understand I can't keep them on hour because I have nothing to do with them
-----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 12/6/2013 10:33:00 PM(UTC+0)
Source App: Skype: caravaname
Body:
Loads-60?
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/6/2013 10:33:13 PM(UTC+0)
Source App: Skype: caravaname
Body:
I will work on it tonght  and see what can I do
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/6/2013 10:33:43 PM(UTC+0)
Source App: Skype: caravaname
Body:
60 yes
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/6/2013 10:33:55 PM(UTC+0)
Source App: Skype: caravaname
Body:
5 Boxes
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/6/2013 10:34:04 PM(UTC+0)
Source App: Skype: caravaname
Body:
12 each
-----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 12/6/2013 10:35:50 PM(UTC+0)
Source App: Skype: caravaname
Body:
Unfortunately I have not got permission for aircraft with a flight to Iraq.
and one day it did not really to get
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/6/2013 10:37:00 PM(UTC+0)
Source App: Skype: caravaname
Body:
ok let me see what I can think ofor what can I do?
-----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 12/6/2013 10:37:57 PM(UTC+0)
Source App: Skype: caravaname
Body:
If you said yesterday about the conditions (as we agreed!), Then 99%, I solved this problem.
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/6/2013 10:38:04 PM(UTC+0)
Source App: Skype: caravaname
Body:
how any hour is flying from erbile to Russia

---
From: From: andreyo. Andrey O. S.
Timestamp: 12/6/2013 10:40:47 PM(UTC+0)
Source App: Skype: caravaname
Body:
to Ekaterinburg- 4000 km- 5 Hour
---
From: From: caravaname Rami Ghanem
Timestamp: 12/6/2013 10:41:41 PM(UTC+0)
Source App: Skype: caravaname
Body:
Andrey I am not liked by this people from Abu Dhabi and they did not want to give me any details until tomorrow Dr. Nassir the owner insisted passing on the information  so that he will help me, my opinion he does not want to keep all his balls in one basket so he want to open with me a channel
---
From: From: andreyo. Andrey O. S.
Timestamp: 12/6/2013 10:44:23 PM(UTC+0)
Source App: Skype: caravaname
Body:
new channel works when organized independently of the old ties.
You know it.
We are now all mixed up in one heap.
---
From: From: caravaname Rami Ghanem
Timestamp: 12/6/2013 10:46:39 PM(UTC+0)
Source App: Skype: caravaname
Body:
I did not understand
---
From: From: andreyo. Andrey O. S.
Timestamp: 12/6/2013 10:48:10 PM(UTC+0)
Source App: Skype: caravaname
Body:
you look to book Jet of Irbil,
---
From: From: andreyo. Andrey O. S.
Timestamp: 12/6/2013 10:51:18 PM(UTC+0)
Source App: Skype: caravaname
Body:
Sunday - the plane -I can not organize any way
---
From: From: caravaname Rami Ghanem
Timestamp: 12/6/2013 10:52:50 PM(UTC+0)
Source App: Skype: caravaname
Body:
ok let me see what can I do
---
From: From: andreyo. Andrey O. S.
Timestamp: 12/6/2013 10:53:27 PM(UTC+0)
Source App: Skype: caravaname
Body:
ok^ I*m wait information
---
From: From: andreyo. Andrey O. S.
Timestamp: 12/7/2013 3:57:45 PM(UTC+0)
Source App: Skype: caravaname
Body:
news?
---
From: From: andreyo. Andrey O. S.
Timestamp: 12/7/2013 7:36:37 PM(UTC+0)
Source App: Skype: caravaname
Body:
?
---
From: From: andreyo. Andrey O. S.
Timestamp: 12/7/2013 9:45:26 PM(UTC+0)
Source App: Skype: caravaname
Body:

Rami, goodnight.
What have you found a solution?
------------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 12/7/2013 11:11:39 PM(UTC+0)
Source App: Skype: caravaname
Body:
???
------------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 12/7/2013 11:46:41 PM(UTC+0)
Source App: Skype: caravaname
Body:
Silence?
------------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 12/7/2013 11:47:32 PM(UTC+0)
Source App: Skype: caravaname
Body:
How do I understand this?
------------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 12/8/2013 9:04:12 AM(UTC+0)
Source App: Skype: caravaname
Body:

------------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 12/8/2013 3:38:35 PM(UTC+0)
Source App: Skype: caravaname
Body:
?!
------------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 12/8/2013 9:57:52 PM(UTC+0)
Source App: Skype: caravaname
Body:
Dear Friend!
You can still go out on the connection
------------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 12/9/2013 12:44:44 PM(UTC+0)
Source App: Skype: caravaname
Body:
RAMI???
------------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 12/9/2013 10:05:05 PM(UTC+0)
Source App: Skype: caravaname
Body:
Rami, I understand that you do not want continue to communicate?
------------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 12/10/2013 4:43:53 AM(UTC+0)
Source App: Skype: caravaname
Body:
Rami you all right?
------------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 12/10/2013 5:56:16 AM(UTC+0)
Source App: Skype: caravaname
Body:
Constantine asks the question : the goods to our address will be?
------------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 12/10/2013 7:43:14 AM(UTC+0)
Source App: Skype: caravaname
Body:
I think you ought to get in touch!

          Subject to Protective Order

---------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 12/10/2013 7:44:59 AM(UTC+0)
Source App: Skype: caravaname
Body:
Hide (wait)  - it's very manly (clap)
---------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 12/11/2013 2:44:30 AM(UTC+0)
Source App: Skype: caravaname
Body:
Rami, come with us to communicate!
I do not want a scandal, but your ignoring my messages leads to this.
---------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 12/11/2013 3:43:38 AM(UTC+0)
Source App: Skype: caravaname
Body:
?
---------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 12/11/2013 7:06:24 PM(UTC+0)
Source App: Skype: caravaname
Body:
?
---------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 12/11/2013 8:42:12 PM(UTC+0)
Source App: Skype: caravaname
Body:
Rami, explain your silence!
---------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/12/2013 12:21:23 PM(UTC+0)
Source App: Skype: caravaname
Body:
thank you, you are the only man everybody else is a peace of shit  and they are crap, you failed to support me last December and this
December.  I could not see my work disappear in front of my eyes as I saw it last Saturday night, you made me for sure  confused, and
frustrated because you are good in talking when t come to a real business  you don't know anything.
Not only I lost time and money, I end up losing faith that there are good solutions coming from your side,
I was in the hospital since Saturday I had a major triggers of elevated blood pressure. Which caused me to be hospitalized for monitoring
my heart in case of a major problem, I am out today after I had wasted so much time with you.
---------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/12/2013 12:24:31 PM(UTC+0)
Source App: Skype: caravaname
Body:
P.S. shipmint was sent to Al Aean airport in UAE sine you already knew about it they said we can't have anybody not involved to know
where are we going until we reach there
---------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 12/12/2013 2:17:02 PM(UTC+0)
Source App: Skype: caravaname
Body:
Rami, I'm sorry that there are problems with your health.
But if you do not manage events and load, then do not put the blame on us.
We need to understand the goods will or not.
Or should we just get our money back.
---------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/12/2013 2:18:12 PM(UTC+0)
Source App: Skype: caravaname
Body:
I want my mony back from you too Andrey
---------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 12/12/2013 2:19:37 PM(UTC+0)
Source App: Skype: caravaname
Body:

We have signed an agreement.
Perform what you signed.
All deadlines have already passed.
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/12/2013 2:20:13 PM(UTC+0)
Source App: Skype: caravaname
Body:
you were to send the flight or pay for it you did not
-----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 12/12/2013 2:22:19 PM(UTC+0)
Source App: Skype: caravaname
Body:
You did not give us any confirmation.
We are warned that we need three working days for the organization of the flight.
And look at the contract-you must return the money by far!
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/12/2013 2:22:40 PM(UTC+0)
Source App: Skype: caravaname
Body:
yes I did go back to your skype
-----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 12/12/2013 2:25:35 PM(UTC+0)
Source App: Skype: caravaname
Body:
cargo you do not have-it-all stories
you promised to resolve the issue in Abidjan, what did you think Benin is your steps.
No evidence of loads you did not give, no!
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/12/2013 2:29:08 PM(UTC+0)
Source App: Skype: caravaname
Body:
I have the documents which was supposed to go in my name, unfortunately the shipment was gone to UAE
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/12/2013 2:36:29 PM(UTC+0)
Source App: Skype: caravaname
Body:
you had more than 3 days
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/12/2013 2:36:31 PM(UTC+0)
Source App: Skype: caravaname
Body:
<quote author="caravaname" authorname="Rami Ghanem" conversation="andreyo."
guid="xae2c0f70a4896351d4f92c5517f74ae3ed670f0fb068401fab769b1d8410ca50"
timestamp="1386120407"><legacyquote>[12/4/2013 4:26:47 AM] Rami Ghanem: </legacyquote>Andrey the arrangement is being fixed
to be as follow:

Abu Dhabi people had already had chartered an aircraft which it will fly out on Saturday late at night or early morning Sunday Between
(11:00 PM  - 3: 00 AM) as soon as it arrive to final destination which as I understand it's Abu Dhabi or Maybe Irbil they are not letting me
know until I confirm with them,  for sure I will know by Thursday, they allow me based on the instruction of the owner to carry the
following

5 boxes each have 12 M total weight about 700 Kg.
No documents will be with the shipment only as personal packages
The idea is you meet me or you have a privet Jet to pick me up from that destination to fly back to Russia.
The owner had informed me if I don't manage to do so then I have to leave the shipment for  the people from Abu Dhabi and they will
take care of it.
If all Ok with you then I will work on concluding
If yes then as soon as the flight ready to take off and fly out of Benin I will call you from the aircraft to confirm that we are flying out.

Because the failure to pay for our aircraft I had to negotiate being in the weak side.  It's in your hand to answer me<legacyquote>

<<< </legacyquote></quote>

-----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 12/12/2013 2:38:43 PM(UTC+0)
Source App: Skype: caravaname
Body:
You told me that the plane December 7 you need in Arbil on December 8.
More than anything I will not comment.
-----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 12/12/2013 2:39:34 PM(UTC+0)
Source App: Skype: caravaname
Body:
Once again, if cost is not, it is time to return the money.
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/12/2013 2:41:00 PM(UTC+0)
Source App: Skype: caravaname
Body:
End of discussion I will fly back to Jordan on Monday we can meet and finalize
-----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 12/18/2013 2:12:55 PM(UTC+0)
Source App: Skype: caravaname
Body:
See E-mail&answer
-----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 12/20/2013 11:18:29 PM(UTC+0)
Source App: Skype: caravaname
Body:
We are waiting for your answer to 24.00 December 21, 2013
-----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 2/9/2014 6:44:46 AM(UTC+0)
Source App: Skype: caravaname
Body:
no shame, no honor, no conscience - is your motto
-----------------------------
From: From: andreyo. Andrey O. S.
Timestamp: 4/9/2014 1:22:00 PM(UTC+0)
Source App: Skype: caravaname
Body:
Dear Rami! Kosta asked me to convey to you the following message: We've been waiting for you perform promises, deadline 15th April,
then do not be angry at us.
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 4/15/2014 3:08:50 PM(UTC+0)
Source App: Skype: caravaname
Body:

-----------------------------

                    Subject to Protective Order

CASE NO.   CR 15-0704 (A)-SJO

_____UNITED STATES OF AMERICA_____
VS.   ____GHANEM____

PLAINTIFF'S EXHIBIT     __301__

DATE   _____IDEN.

DATE_____EVID.

BY _____
                DEPUTY CLERK
AO 386

 7:44 AM  100% 

< **Anastasia Stoljaro...**  📹 📞

11/06, 4:32 PM

You have shared your contact
details

11/30, 3:39 PM

 Hello Rami! Hope I find you
well! Ilya asked me to
arrange a call on Monday.
Will you be able to talk for
example at 13:00-14:00 our
time? Please let me know

12/05, 3:53 PM

The Government of Saudi
Arabia want to purchase an
The S-400 Triumf if you can
get the approval from

Type a message here 

      

00141674.pdf                    Ghanem-00072445

 7:44 AM  100% 

**Anastasia Stoljaro...** ⌄ ◼◢ 📞

12/05, 3:53 PM

The Government of Saudi Arabia want to purchase an The S-400 Triumf if you can get the approval from Russian government, I can arrange from Saudi to complete the deal, please let me know, the Saudi King had already approved it, this information is confidential please let me know

 Hello Rami, thank you for the information. I will pass it to Ilya

Can please see if Ilya

Type a message here 

   

  100% 

**Anastasia Stoljaro...** ✓ ◼️◀ 📞

know


Hello Rami, thank you for the information. I will pass it to Ilya

Can please see if Ilya received this message

Thank you


did you send this to him?

This is a very confidential information


ok, I understand

Yes be he never answer if he received or not

Type a message here  

      

 7:44 AM  100% 



## Anastasia Stoljaro... 

Thank you

did you send this to him?

This is a very confidential
information



ok, I understand

Yes be he never answer if he
received or not



he said that yes, it is
possible, but there is certain
procedure. Only according
to this procedure it can be
done. He said you could
meet, sign an agreement
and he will connect you with

Type a message here 

   

  

**7:44 AM** 100%

**Anastasia Stoljaro...** 

Yes be he never answer if he received or not

he said that yes, it is possible, but there is certain procedure. Only according to this procedure it can be done. He said you could meet, sign an agreement and he will connect you with people. He personally does not want to be involved

I understand but the contact in Saudi is the one who have to sign the agreement with him, I am not in control of this project.  Same way he have a good relation in Russia I have a good relation

Type a message here 

   

00141678.pdf                    Ghanem-00072445

 7:45 AM  100% 

 **Anastasia Stoljaro...** ˅

meet, sign an agreement and he will connect you with people. He personally does not want to be involved

I understand but the contact in Saudi is the one who have to sign the agreement with him, I am not in control of this project. Same way he have a good relation in Russia I have a good relation in the Middle East

If he confirm that the Russian government will approve the project then I will arrange a meting with the Saudi partner

 Ilya says he will investigate it

Type a message here 

   

Case 2:15-cr-00704-SJO   Document 431-1   Filed 05/13/19   Page 57 of 192   Page ID #:5092

 7:45 AM  100% 

**Anastasia  Stoljaro...** 

 Ilya says he will investigate it today

let us arrange a skype call tomorrow maybe same time we had today to discuss this question and today's question

Very good but please the information about Saudi not to be discussed if we have anybody other than you and Ilya

 I understand

Ask him if he know mr. Oleg Sienko?

Type a message here 

   

7:45 AM   100%

  

**Anastasia Stoljaro...** 

 I understand

Ask him if he know mr. Oleg Sienko?

??

 no

ah sorry yes he knows it is UralVagonZavod

Yes The Saudi they have a good access to him Oleg and they want to go through him for the project that's why I want to see if Ilya can arrange I will ask them to make the new contact through Ilya   And I am sure the Saudi trust me in my

Type a message here 

   

 7:45 AM  100% 

**Anastasia Stoljaro...** 

Yes The Saudi they have a good access to him Oleg and they want to go through him for the project that's why I want to see if Ilya can arrange I will ask them to make the new contact through Ilya   And I am sure the Saudi trust me in my advice

 ok, I will pass this to him

If Ilya is strong in a quiet way in Russia then I believe I all direct the Saudi's to do all business through him and it's over 20 B $

12/11, 2:12 PM

Type a message here 

   

  

7:45 AM    100%



**Anastasia Stoljaro...** ✓ ◼◀ 📞



ok, I will pass this to him

If Ilya is strong in a quiet way in Russia then I believe I all direct the Saudi's to do all business through him and it's over 20 B $

12/11, 2:12 PM

Hello Rami
Hope I find you well!
Ilya sked me to tell you that t he can lobby the agreement between Russia an SA.
He want a free from avery purchase and a 3 million $ for the expences regarding this agreement

Type a message here                    

   

 7:45 AM  100% 

**Anastasia Stoljaro...**

---

12/11, 2:12 PM



Hello Rami
Hope I find you well!
Ilya sked me to tell you that
t he can lobby the
agreement between Russia
an SA.
He want a free from avery
purchase and a 3 million $
for the expences regarding
this agreement.

01/16, 12:53 AM

[1/13/2014 7:44:35 PM]
Rami Ghanem: Hello Ilya,
please advice if you know
Mr. Chimizov Sirgi

Type a message here      

         

 7:45 AM  100% 

< **Anastasia Stoljaro...** ∨ ◼◀ 

01/16, 12:53 AM

[1/13/2014 7:44:35 PM]
Rami Ghanem: Hello Ilya,
please advice if you know
Mr. Chimizov Sirgi

< < <

05/31, 11:20 AM

Hello Anastasia, this is Rami
I am today in Egypt I started
a new company to work with
the Egyptian Army, please
check with our friend if he is
interested to work with me
to supply Arms to the
Egyptian Army & Air Force?

Type a message here                    ☺

         

00141685.pdf                    Ghanem-00072445

 7:45 AM  100% 

Anastasia Stoljaro... ∨ 

Hello Anastasia, this is Rami I am today in Egypt I started a new company to work with the Egyptian Army, please check with our friend if he is interested to work with me to supply Arms to the Egyptian Army & Air Force?

11/05, 1:13 PM

Hello Anastasia,  please can you ask Ilya that I have a very large order for ammunitions from Libyan government in Tripoli. Is he interested to sign a contract with me?

Type a message here    ☺

         

CASE NO.   CR 15-0704 (A)-SJO

_____UNITED STATES OF AMERICA_____
VS. ____GHANEM____

PLAINTIFF'S EXHIBIT   ___302___

DATE _____IDEN.

DATE_____EVID.

BY _____
                    DEPUTY CLERK
AO 386

Start Time: 11/9/2013 11:15:19 AM(UTC+0)
Last Activity: 11/6/2014 1:07:05 PM(UTC+0)
Participants: caravaname , ilya.whiteinvest Ilya Plotnikov
From: From: caravaname Rami Ghanem
Timestamp: 11/9/2013 11:15:19 AM(UTC+0)
Source App: Skype: caravaname
Body:

------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/17/2013 3:18:18 PM(UTC+0)
Source App: Skype: caravaname
Body:
Still no answer??
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/26/2013 4:07:09 PM(UTC+0)
Source App: Skype: caravaname
Body:
hello Ilya, did not here from you regarding my projets??
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/5/2013 12:11:38 PM(UTC+0)
Source App: Skype: caravaname
Body:
The Government of Saudi Arabia want to purchase an The S-400 Triumf if you can get the approval from Russian
government,  I can arrange from Saudi to complete the deal, please let me know,  the Saudi King had already approved
it,   this information is confidential please let me know
------------------------------
From: From: ilya.whiteinvest Ilya Plotnikov
Timestamp: 12/6/2013 10:21:29 AM(UTC+0)
Source App: Skype: caravaname
Body:
5-7 min ok
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/6/2013 6:10:11 PM(UTC+0)
Source App: Skype: caravaname
Body:
Dear Ilye,

As discussed the process have to be as follow:

1. The military company in Saudi are owned by HRH Saud bin Mishal bin Abdul Aziz
2. Ilye check out his capability to make arrangement between Rosoboronexport & HRH company
3. If yes then HRH company will sign with Ilye a commission agreement for all future business between Russia and
Saudi
4. Ilye make the necessary arrangement for  HRH company to sign a representative agreement with Rosoboronexport
to handle the business in Saudi Arabia
5. HRH company will bring to Rosoboronexport all approved projects by Saudi Government to finalize it and conclude
the deals
6. Ilye do his lobbying in Russia and in to conclude and approve all contract related to HRH company to be delivered
7. HRH company will pay Ilye his commission

SUBJECT TO PROTECTIVE ORDER

8.
Please let me know what do you think
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/6/2013 6:11:48 PM(UTC+0)
Source App: Skype: caravaname
Body:
The business will be for all projects air defense, air force, tanks, arms….ext.
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/25/2013 10:34:32 AM(UTC+0)
Source App: Skype: caravaname
Body:
Hello Ilya, I am back to Jordan, I talked to my Saudi partners HRH prince Saud about your reply, he have no problem
of paying an agreed fee from every purchases as your expenses  as of the agreement but he is not agreeing to pay any
money upfront, he is doing this business with so many companies from all over the world and he is not used to pay
upfront, all agreement can be arranged with you attorney
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/25/2013 10:38:45 AM(UTC+0)
Source App: Skype: caravaname
Body:
Merry Christmas & Happy new year
------------------------------
From: From: ilya.whiteinvest Ilya Plotnikov
Timestamp: 12/25/2013 11:27:55 AM(UTC+0)
Source App: Skype: caravaname
Body:
Fanks! And you and your family Merry Cristmas. Anastasiya call in Skype. ok
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/25/2013 12:26:42 PM(UTC+0)
Source App: Skype: caravaname
Body:
ok
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 1/10/2014 1:57:42 PM(UTC+0)
Source App: Skype: caravaname
Body:
Happy birthday
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 1/10/2014 10:20:35 PM(UTC+0)
Source App: Skype: caravaname
Body:
hello, I did not hear from you??
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 1/13/2014 3:43:53 PM(UTC+0)
Source App: Skype: caravaname
Body:
Hello Ilya, please advice if you know Mr. Chimizov Sirgi
------------------------------

SUBJECT TO PROTECTIVE ORDER

Ghanem-00032789

From: From: caravaname Rami Ghanem
Timestamp: 1/16/2014 9:18:30 AM(UTC+0)
Source App: Skype: caravaname
Body:
<quote author="caravaname" authorname="Rami Ghanem" conversation="ilya.whiteinvest"
guid="xf7415eb638e43701d188f0200c48234aeb06808d0b2b11833a7a144ef31163ad"
timestamp="1389631475"><legacyquote>[1/13/2014 7:44:35 PM] Rami Ghanem: </legacyquote>Hello Ilya, please
advice if you know Mr. Chimizov Sirgi<legacyquote>

<<< </legacyquote></quote>
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 1/24/2014 6:54:04 AM(UTC+0)
Source App: Skype: caravaname
Body:
good morning any news
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 1/24/2014 4:22:08 PM(UTC+0)
Source App: Skype: caravaname
Body:
hello
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 1/24/2014 6:19:50 PM(UTC+0)
Source App: Skype: caravaname
Body:
hello
-----------------------------
From: From: ilya.whiteinvest Ilya Plotnikov
Timestamp: 1/24/2014 6:23:29 PM(UTC+0)
Source App: Skype: caravaname
Body:
hello Rami i don't speak english sms in anastasija read tekst. And my. ok Fank you.
-----------------------------
From: From: ilya.whiteinvest Ilya Plotnikov
Timestamp: 1/24/2014 6:24:46 PM(UTC+0)
Source App: Skype: caravaname
Body:
ok
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 5/31/2014 7:36:19 AM(UTC+0)
Source App: Skype: caravaname
Body:
Hello Ilya
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/6/2014 1:06:48 PM(UTC+0)
Source App: Skype: caravaname
Body:
Hello Anastasia,  please can you ask Ilya that I have a very large order for ammunitions from Libyan government in
Tripoli. Is he interested to sign a contract with me?
-----------------------------

SUBJECT TO PROTECTIVE ORDER

From: From: caravaname Rami Ghanem
Timestamp: 11/6/2014 1:07:05 PM(UTC+0)
Source App: Skype: caravaname
Body:
no answer, i am ready for order
-----------------------------

SUBJECT TO PROTECTIVE ORDER

Ghanem-00032791

CASE NO.   CR 15-0704 (A)-SJO
        UNITED STATES OF AMERICA
VS.       GHANEM

PLAINTIFF'S EXHIBIT      303

DATE _____IDEN.

DATE_____EVID.

BY _____
              DEPUTY CLERK
AO 386

Start Time: 11/9/2013 11:15:19 AM(UTC+0)
Last Activity: 11/6/2014 1:07:05 PM(UTC+0)
Participants: caravaname , ilya.whiteinvest Ilya Plotnikov
From: From: caravaname Rami Ghanem
Timestamp: 11/9/2013 11:15:19 AM(UTC+0)
Source App: Skype: caravaname
Body:

------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/17/2013 3:18:18 PM(UTC+0)
Source App: Skype: caravaname
Body:
Still no answer??
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/26/2013 4:07:09 PM(UTC+0)
Source App: Skype: caravaname
Body:
hello Ilya, did not here from you regarding my projets??
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/5/2013 12:11:38 PM(UTC+0)
Source App: Skype: caravaname
Body:
The Government of Saudi Arabia want to purchase an The S-400 Triumf if you can get the approval from Russian government,  I can
arrange from Saudi to complete the deal, please let me know,  the Saudi King had already approved it,   this information is confidential
please let me know
------------------------------
From: From: ilya.whiteinvest Ilya Plotnikov
Timestamp: 12/6/2013 10:21:29 AM(UTC+0)
Source App: Skype: caravaname
Body:
5-7 min ok
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/6/2013 6:10:11 PM(UTC+0)
Source App: Skype: caravaname
Body:
Dear Ilye,

As discussed the process have to be as follow:

1. The military company in Saudi are owned by HRH Saud bin Mishal bin Abdul Aziz
2. Ilye check out his capability to make arrangement between Rosoboronexport & HRH company
3. If yes then HRH company will sign with Ilye a commission agreement for all future business between Russia and Saudi
4. Ilye make the necessary arrangement for  HRH company to sign a representative agreement with Rosoboronexport to handle the
business in Saudi Arabia
5. HRH company will bring to Rosoboronexport all approved projects by Saudi Government to finalize it and conclude the deals
6. Ilye do his lobbying in Russia and in to conclude and approve all contract related to HRH company to be delivered
7. HRH company will pay Ilye his commission
8.
Please let me know what do you think
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/6/2013 6:11:48 PM(UTC+0)
Source App: Skype: caravaname
Body:
The business will be for all projects air defense, air force, tanks, arms….ext.
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/25/2013 10:34:32 AM(UTC+0)
Source App: Skype: caravaname
Body:
Hello Ilya, I am back to Jordan, I talked to my Saudi partners HRH prince Saud about your reply, he have no problem of paying an
agreed fee from every purchases as your expenses   as of the agreement but he is not agreeing to pay any money upfront, he is doing
this business with so many companies from all over the world and he is not used to pay upfront, all agreement can be arranged with you
attorney
------------------------------

From: From: caravaname Rami Ghanem
Timestamp: 12/25/2013 10:38:45 AM(UTC+0)
Source App: Skype: caravaname
Body:
Merry Christmas & Happy new year
-----------------------------
From: From: ilya.whiteinvest Ilya Plotnikov
Timestamp: 12/25/2013 11:27:55 AM(UTC+0)
Source App: Skype: caravaname
Body:
Fanks! And you and your family Merry Cristmas. Anastasiya call in Skype. ok
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/25/2013 12:26:42 PM(UTC+0)
Source App: Skype: caravaname
Body:
ok
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 1/10/2014 1:57:42 PM(UTC+0)
Source App: Skype: caravaname
Body:
Happy birthday
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 1/10/2014 10:20:35 PM(UTC+0)
Source App: Skype: caravaname
Body:
hello, I did not hear from you??
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 1/13/2014 3:43:53 PM(UTC+0)
Source App: Skype: caravaname
Body:
Hello Ilya, please advice if you know Mr. Chimizov Sirgi
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 1/16/2014 9:18:30 AM(UTC+0)
Source App: Skype: caravaname
Body:
<quote author="caravaname" authorname="Rami Ghanem" conversation="ilya.whiteinvest"
guid="xf7415eb638e43701d188f0200c48234aeb06808d0b2b11833a7a144ef31163ad"
timestamp="1389631475"><legacyquote>[1/13/2014 7:44:35 PM] Rami Ghanem: </legacyquote>Hello Ilya, please advice if you know
Mr. Chimizov Sirgi<legacyquote>

<<< </legacyquote></quote>
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 1/24/2014 6:54:04 AM(UTC+0)
Source App: Skype: caravaname
Body:
good morning any news
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 1/24/2014 4:22:08 PM(UTC+0)
Source App: Skype: caravaname
Body:
hello
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 1/24/2014 6:19:50 PM(UTC+0)
Source App: Skype: caravaname
Body:
hello
-----------------------------
From: From: ilya.whiteinvest Ilya Plotnikov
Timestamp: 1/24/2014 6:23:29 PM(UTC+0)
Source App: Skype: caravaname
Body:

hello Rami i don't speak english sms in anastasija read tekst. And my. ok Fank you.

----------------------------

From: From: ilya.whiteinvest Ilya Plotnikov
Timestamp: 1/24/2014 6:24:46 PM(UTC+0)
Source App: Skype: caravaname
Body:
ok

----------------------------

From: From: caravaname Rami Ghanem
Timestamp: 5/31/2014 7:36:19 AM(UTC+0)
Source App: Skype: caravaname
Body:
Hello Ilya

----------------------------

From: From: caravaname Rami Ghanem
Timestamp: 11/6/2014 1:06:48 PM(UTC+0)
Source App: Skype: caravaname
Body:
Hello Anastasia,  please can you ask Ilya that I have a very large order for ammunitions from Libyan government in Tripoli. Is he
interested to sign a contract with me?

----------------------------

From: From: caravaname Rami Ghanem
Timestamp: 11/6/2014 1:07:05 PM(UTC+0)
Source App: Skype: caravaname
Body:
no answer, i am ready for order

----------------------------

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   304

DATE _____ IDEN.

DATE_____ EVID.

BY _____
DEPUTY CLERK

AO 386

| | |
|---|---|
| **From:** | Tahsin Ammouri <tammouri@hotmail.com> |
| **Sent:** | Tuesday, May 19, 2015 6:51 AM |
| **To:** | Rami Ghanem <ramithe@gmail.com> |
| **Subject:** | RE: QTY |

Hello. If you go to S.A. offer the S400. or 300. because they could not get from the recent summit ??? any high tech requirements so as to maintain the balance of power with our neighbors. therefore we can offer them the best alternative from our friends
T.A.

Sent from my Windows Phone

-----Original Message-----
From: "Rami Ghanem" <ramithe@gmail.com>
Sent: 19/05/2015 01:41
To: "'Tahsin Ammouri'" <tammouri@hotmail.com>
Subject: QTY

40 Tons = 62,000 – 66,000  pieces  23mm
40 Tons =  164,000 pieces     14.5mm
20 Tons = remaining whatever is the QTY

Rami Ghanem
Gateway to MENA. (GTM)
Egypt Office
Complex 133, Building 7, Apartment 32
Al Rehab City. Cairo  Egypt
Iternational #:  +37282432246
Telephone# 00201127999552
Jordan Office
Tel: 962 6 5685624
Fax: 962 6 5685625
ramithe@gmail.com  or  rami@caravaname.com
US Telephone: 772 675-4363     Skype Address: caravaname
 The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.


Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

CASE NO.   CR 15-0704 (A)-SJO

        UNITED STATES OF AMERICA
VS.      GHANEM

PLAINTIFF'S EXHIBIT      305

DATE                              IDEN.

DATE                              EVID.

BY
              DEPUTY CLERK
AO 386

Start Time: 8/4/2013 8:46:38 PM(UTC+0)
Last Activity: 5/12/2014 10:25:32 PM(UTC+0)
Participants: caravaname , sergiu9100 Banari Sergiu
From: From: sergiu9100 sergiu9100
Timestamp: 8/4/2013 8:46:38 PM(UTC+0)
Source App: Skype: caravaname
Body:
Hello my friend,
-----------------------------
From: From: sergiu9100 Banari Sergiu
Timestamp: 8/4/2013 8:47:22 PM(UTC+0)
Source App: Skype: caravaname
Body:
I did not want to disturb you when you had a weekend
-----------------------------
From: From: sergiu9100 Banari Sergiu
Timestamp: 8/4/2013 8:48:10 PM(UTC+0)
Source App: Skype: caravaname
Body:
Now we send the last problem we have with processing Company and i am sure it will be solved tommorow
-----------------------------
From: From: sergiu9100 Banari Sergiu
Timestamp: 8/4/2013 8:49:11 PM(UTC+0)
Source App: Skype: caravaname
Body:
Please speak with Ahmed about the administration on- line of Banking account and call me tommorow when you can speak
-----------------------------
From: From: sergiu9100 Banari Sergiu
Timestamp: 8/4/2013 8:49:28 PM(UTC+0)
Source App: Skype: caravaname
Body:
I hope we are going to start this week
-----------------------------
From: From: sergiu9100 Banari Sergiu
Timestamp: 8/4/2013 8:49:34 PM(UTC+0)
Source App: Skype: caravaname
Body:
Best regards
-----------------------------
From: From: sergiu9100 Banari Sergiu
Timestamp: 8/4/2013 8:49:39 PM(UTC+0)
Source App: Skype: caravaname
Body:
Sergei
-----------------------------
From: From: sergiu9100 Banari Sergiu
Timestamp: 8/5/2013 1:56:47 PM(UTC+0)
Source App: Skype: caravaname
Body:
Dear Rami
Today we resolved the last problem with Emad. Everything is working perfect. We are ready to start. Emad said that we can start just tommorow. The only question we have is the administration of Banking account. Please speak with

the guys from Bank to offer me the online account administration. I will call you today at 11.00p.m.
Best Regards
Sergei
------------------------------
From: From: sergiu9100 Banari Sergiu
Timestamp: 8/5/2013 7:40:12 PM(UTC+0)
Source App: Skype: caravaname
Body:
Are you here?
------------------------------
From: From: sergiu9100 Banari Sergiu
Timestamp: 9/9/2013 11:32:31 AM(UTC+0)
Source App: Skype: caravaname
Body:
Dear Ramy
I have 2 questions:

1) please contact the guys from processing. Today in the morning i sent them a letter and no answer. You can read it on your email. I think something is going wrong
2) are you still interested in ammo and another products? I found the guy who is the president of the state Company which is selling guns all over the world!!! Please let me know
BR
SERGEI
------------------------------
From: From: sergiu9100 Banari Sergiu
Timestamp: 9/9/2013 1:41:15 PM(UTC+0)
Source App: Skype: caravaname
Body:
Are you here
------------------------------
From: From: sergiu9100 Banari Sergiu
Timestamp: 9/9/2013 1:41:40 PM(UTC+0)
Source App: Skype: caravaname
Body:
Please give me one call and I will be in skype
------------------------------
From: From: sergiu9100 Banari Sergiu
Timestamp: 9/9/2013 1:42:13 PM(UTC+0)
Source App: Skype: caravaname
Body:
I hope very much you are healthy MY BIG BROTHER :))))
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/9/2013 2:03:49 PM(UTC+0)
Source App: Skype: caravaname
Body:
thank you, I am much better
------------------------------
From: From: sergiu9100 Banari Sergiu
Timestamp: 9/9/2013 3:45:01 PM(UTC+0)
Source App: Skype: caravaname
Body:
When can you speak with me???
------------------------------
From: From: sergiu9100 Banari Sergiu

SUBJECT TO PROTECTIVE ORDER

Timestamp: 9/9/2013 3:46:25 PM(UTC+0)
Source App: Skype: caravaname
Body:
Did you find out what is the situation with processing Company ?
-----------------------------
From: From: sergiu9100 Banari Sergiu
Timestamp: 9/9/2013 3:47:59 PM(UTC+0)
Source App: Skype: caravaname
Body:
Are you interested till today in guns or not? Let me know because the person i have is a very important and i do not
want to lose my reputation. Also this person is very interested in AFRICA region
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/9/2013 4:07:26 PM(UTC+0)
Source App: Skype: caravaname
Body:
Very much indeed, I am always interested in the Arms business Africa & Middle East
-----------------------------
From: From: sergiu9100 Banari Sergiu
Timestamp: 9/9/2013 4:10:29 PM(UTC+0)
Source App: Skype: caravaname
Body:
Can you speak
-----------------------------
From: From: sergiu9100 Banari Sergiu
Timestamp: 9/9/2013 4:10:32 PM(UTC+0)
Source App: Skype: caravaname
Body:
Now
-----------------------------
From: From: sergiu9100 Banari Sergiu
Timestamp: 9/9/2013 4:11:01 PM(UTC+0)
Source App: Skype: caravaname
Body:
Or tell me when you can
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/9/2013 4:11:05 PM(UTC+0)
Source App: Skype: caravaname
Body:
in 5 miunts
-----------------------------
From: From: sergiu9100 Banari Sergiu
Timestamp: 9/9/2013 4:11:09 PM(UTC+0)
Source App: Skype: caravaname
Body:
Ok
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/9/2013 4:17:52 PM(UTC+0)
Source App: Skype: caravaname
Body:
ready
-----------------------------

Ghanem-00032720

From: From: caravaname Rami Ghanem
Timestamp: 9/9/2013 4:18:57 PM(UTC+0)
Source App: Skype: caravaname
Body:
are you
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/9/2013 4:36:27 PM(UTC+0)
Source App: Skype: caravaname
Body:
I had my meeting with the counter part from the UAE, hear is the deal:
The company is a front for the government of UAE they are the responsible for the supply of Arms in a covert way to
support the Arab spring such as Libya and now Syria and the Kurds in north of Iraq.
They are looking for supply of Arms and they don't have any EUC also as an example they want to supply the Arms
to the Kurds in north of Iraq but they don't want to get the approval of the central government based on that EUC is
not the only problem they have the concern is that if you have 30-40 shipments of Arms going to Erbil coming from
the same destination it will raise a flag at the central government seeing the high traffic of the flights going to Erbil….

So for us to move the business with them we have to solve the 2 problems.  Please let me know what we can do

Small Arms ammunition
• 9mm 9X 19
• 5.56X45mm
• 7.62X54
• 7.62X54 R (BKC)
• 7.62X39mm
Anti-Tank, Anti-Aircraft Rounds
• 57mm Anti-aircraft (zsu-57-2)
• 37mm (anti-aircraft armor piercing capped trace M51)
• 23mm ( zu-23-2)
• 14.5mm (BS 41)
• 12.7X108mm (Dishka)
Tank Rounds
• 152mm D20 towed howitzer
• 76mm M48
• 122mm D30 towed howitzer heat
Multiple Rocket Launcher
• 122mm grad rocket (fuze & ring)
• 107mm grad rocket
RPG rocket
• RBG 7 heat round
Weapons
• Pistols (CZ999, Gluck
• AK 47
• Dragonov sniper
• BKC
• RBG 7 (with charger)
Kornet + missiles
Konkurs + missiles
Igla 9K38 + missiles
------------------------------
From: From: sergiu9100 Banari Sergiu
Timestamp: 9/9/2013 6:30:29 PM(UTC+0)
Source App: Skype: caravaname
Body:

SUBJECT TO PROTECTIVE ORDER

Dear Rami can you indicate the quantity we are interested in:)
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/9/2013 6:31:38 PM(UTC+0)
Source App: Skype: caravaname
Body:
Not yet until we can confirm that we can and we will let them know the QTY
-----------------------------
From: From: sergiu9100 Banari Sergiu
Timestamp: 9/9/2013 6:31:52 PM(UTC+0)
Source App: Skype: caravaname
Body:
Ok
-----------------------------
From: From: sergiu9100 Banari Sergiu
Timestamp: 9/9/2013 9:02:38 PM(UTC+0)
Source App: Skype: caravaname
Body:
Please send me the possible destinations where the products must be delivered
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/9/2013 9:14:05 PM(UTC+0)
Source App: Skype: caravaname
Body:
Kurdstan + UAE + Jordan
-----------------------------
From: From: sergiu9100 Banari Sergiu
Timestamp: 9/9/2013 9:33:20 PM(UTC+0)
Source App: Skype: caravaname
Body:
Ok
-----------------------------
From: From: sergiu9100 Banari Sergiu
Timestamp: 9/10/2013 4:50:43 PM(UTC+0)
Source App: Skype: caravaname
Body:
Are you here?
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/10/2013 4:55:09 PM(UTC+0)
Source App: Skype: caravaname
Body:
yes I am
-----------------------------
From: From: sergiu9100 Banari Sergiu
Timestamp: 9/10/2013 4:56:06 PM(UTC+0)
Source App: Skype: caravaname
Body:
5 min
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/10/2013 4:56:54 PM(UTC+0)
Source App: Skype: caravaname
Body:

SUBJECT TO PROTECTIVE ORDER

Ghanem-00032722

please becs I have to go and I am flying out at 4:00 AM to Ghana
-----------------------------
From: From: sergiu9100 Banari Sergiu
Timestamp: 9/10/2013 4:57:39 PM(UTC+0)
Source App: Skype: caravaname
Body:
Ok
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/10/2013 4:59:18 PM(UTC+0)
Source App: Skype: caravaname
Body:
you have 2 minutes lift
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/10/2013 4:59:51 PM(UTC+0)
Source App: Skype: caravaname
Body:
you have 1 minute lift
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/10/2013 5:00:10 PM(UTC+0)
Source App: Skype: caravaname
Body:
you call now
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/10/2013 5:14:52 PM(UTC+0)
Source App: Skype: caravaname
Body:
<a href="skype:+962787321000">+962787321000</a>
-----------------------------
From: From: sergiu9100 Banari Sergiu
Timestamp: 9/15/2013 7:26:10 AM(UTC+0)
Source App: Skype: caravaname
Body:
Dear Rami
I sent a letter to guys from MIGS but no answer
-----------------------------
From: From: sergiu9100 Banari Sergiu
Timestamp: 9/15/2013 1:41:19 PM(UTC+0)
Source App: Skype: caravaname
Body:
Dear friend i recieved the letter from Emad and he told that has no info when the Visa Card system will be switch on.
Can you clatify the situation
-----------------------------
From: From: sergiu9100 Banari Sergiu
Timestamp: 9/16/2013 9:48:06 AM(UTC+0)
Source App: Skype: caravaname
Body:
When you are here let me know
Your small brother
-----------------------------
From: From: sergiu9100 Banari Sergiu

Ghanem-00032723

Timestamp: 9/16/2013 8:28:27 PM(UTC+0)
Source App: Skype: caravaname
Body:
Do you have any news?
-----------------------------
From: From: sergiu9100 Banari Sergiu
Timestamp: 9/17/2013 8:16:43 AM(UTC+0)
Source App: Skype: caravaname
Body:
Big Brother
Did you clarify the situation with processing company? Very very strange thing. This the copy of letter I sent to
Mayada today

Dear Mayada , be so kind to explain me what is going on. I send 5 letters and no answer.
BR
Sergei
-----------------------------
From: From: sergiu9100 Banari Sergiu
Timestamp: 9/17/2013 4:16:49 PM(UTC+0)
Source App: Skype: caravaname
Body:
Dear brother, are you offended by me?
-----------------------------
From: From: sergiu9100 Banari Sergiu
Timestamp: 9/17/2013 4:17:55 PM(UTC+0)
Source App: Skype: caravaname
Body:
This is the letter I received from Mayada:


Dear Sergei,



Kindly be informed that the declines resulted from the risk parameters we placed lately.

We have resolved this issue and now there should be no problem.



Regards,

Mayada
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/17/2013 4:18:25 PM(UTC+0)
Source App: Skype: caravaname
Body:
Not at all
-----------------------------
From: From: sergiu9100 Banari Sergiu
Timestamp: 9/17/2013 4:18:37 PM(UTC+0)
Source App: Skype: caravaname
Body:

SUBJECT TO PROTECTIVE ORDER

Ghanem-00032724

The problem is : they do not answer me when Visa System will be connected
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/17/2013 4:19:46 PM(UTC+0)
Source App: Skype: caravaname
Body:
I don't answer you right away becous I did drop coffee on my computer and it's not working,,,,I am without a laptop my life is going very hard and I can't follow up my business,,,,,I am ready to cray
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/17/2013 4:21:25 PM(UTC+0)
Source App: Skype: caravaname
Body:
All my contact #s are on my outlook laptop ,,,,,I am lost
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/17/2013 4:22:32 PM(UTC+0)
Source App: Skype: caravaname
Body:
All computers in Abidjan are in French
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/17/2013 4:22:50 PM(UTC+0)
Source App: Skype: caravaname
Body:
;( (:| ;( (:| ;( (:|
------------------------------
From: From: sergiu9100 Banari Sergiu
Timestamp: 9/17/2013 4:56:50 PM(UTC+0)
Source App: Skype: caravaname
Body:
I am happy that everything is ok
------------------------------
From: From: sergiu9100 Banari Sergiu
Timestamp: 9/17/2013 4:57:07 PM(UTC+0)
Source App: Skype: caravaname
Body:
Did you read the Mayada letter?
------------------------------
From: From: sergiu9100 Banari Sergiu
Timestamp: 9/17/2013 4:58:57 PM(UTC+0)
Source App: Skype: caravaname
Body:
If yes I want to explain you that they have only master card now
------------------------------
From: From: sergiu9100 Banari Sergiu
Timestamp: 9/17/2013 4:59:15 PM(UTC+0)
Source App: Skype: caravaname
Body:
But as you know we need visa very much
------------------------------
From: From: sergiu9100 Banari Sergiu
Timestamp: 9/17/2013 4:59:44 PM(UTC+0)
Source App: Skype: caravaname

SUBJECT TO PROTECTIVE ORDER

Ghanem-00032725

Body:
Please call to Ahmad or somebody else to clarify this situation
-----------------------------
From: From: sergiu9100 Banari Sergiu
Timestamp: 9/17/2013 5:00:27 PM(UTC+0)
Source App: Skype: caravaname
Body:
If you want I can send you another laptop
-----------------------------
From: From: sergiu9100 Banari Sergiu
Timestamp: 9/17/2013 5:00:33 PM(UTC+0)
Source App: Skype: caravaname
Body:
Only tell
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/28/2013 3:06:20 PM(UTC+0)
Source App: Skype: caravaname
Body:
12,7x108 мм патроны МДЗ 12,7x108 mm MDZ cartridges.    Qty  3000000
14,5мм 114 мм патроны МДЗ 14,5mm 114 mm MDZ cartridges. Qty 3000000
12,7 мм пулемет НСВТ 12,7 mm NSVT machine gun qty  198 pcs
14,5 мм пулемет КПВТ 14,5 mm KPVT machine gun. Qty 50 pcs
23 мм патроны ОФЗ 23 mm OFZ cartridges. Qty 2500000
23 мм патроны БЗТ 23 mm BZT cartridges. Qty 1500000
122 мм ракеты С-13Т 122 mm S-13T rocket qty 3000
122 мм ракеты С-13 ОФ 122 mm S-13 OF rocket Qty 3900
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/28/2013 3:16:46 PM(UTC+0)
Source App: Skype: caravaname
Body:
EUC
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 5/11/2014 11:40:24 PM(UTC+0)
Source App: Skype: caravaname
Body:
Happy birthday Sergiu
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 5/11/2014 11:40:35 PM(UTC+0)
Source App: Skype: caravaname
Body:
(^)
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 5/12/2014 10:25:32 PM(UTC+0)
Source App: Skype: caravaname
Body:
Happy Birthday brother
-----------------------------

SUBJECT TO PROTECTIVE ORDER

Ghanem-00032726

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.      GHANEM

PLAINTIFF'S EXHIBIT      306

DATE _____ IDEN.

DATE _____ EVID.

BY _____
            DEPUTY CLERK

AO 386

 7:58 AM  100% 

**Banari Sergiu** ⌄   

I have a very good order for Arms, can you help from any of the countries you know?

 What kind

Ammo and AK and snipers and PKC  very larg

ammo about 70,000,000

 Let start tommorrow with our main question and after that we can try to do something

I need to speak with one of my friend from moscow but he is in vacation and will come back at 16 august

Type a message here ☺

      

8:00 AM   100%

**Banari Sergiu**

📞 Call, no answer

Tavor   QTY 2     and  Uzi Pro
QTY 2:  both full option

09/04, 10:38 AM

Any news

09/04, 3:32 PM

I will call you in 20 minutes

OK

Missed call

09/05, 12:41 PM

Type a message here

CASE NO.   CR 15-0704 (A)-SJO

     UNITED STATES OF AMERICA
VS.     GHANEM

PLAINTIFF'S EXHIBIT     307

DATE _____ IDEN.

DATE_____ EVID.

BY _____
          DEPUTY CLERK
AO 386

Start Time: 8/5/2013 11:53:47 AM(UTC+0)
Last Activity: 11/13/2014 8:02:07 AM(UTC+0)
Participants: caravaname , david.greenhalgh33 David Greenhalgh
From: From: david.greenhalgh33 David Greenhalgh
Timestamp: 8/5/2013 11:53:47 AM(UTC+0)
Source App: Skype: caravaname
Body:
Hi Rami, I'd like to add you on Skype. David Greenhalgh
----------------------------

From: From: caravaname Rami Ghanem
Timestamp: 9/9/2013 3:09:56 AM(UTC+0)
Source App: Skype: caravaname
Body:
Dear David & Chris,
I trust you all are well and Davis back to Africa, I had my meeting with the counter part from the UAE, hear is the deal:
The company is a front for the government of UAE they are the responsible for the supply of Arms in a covert way to support the Arab
spring such as Libya and now Syria and the Kurds in north of Iraq.
They are looking for supply of Arms and they don't have any EUC also as an example they want to supply the Arms to the Kurds in north
of Iraq but they don't want to get the approval of the central government based on that EUC is not the only problem they have the
concern is that if you have 30-40 shipments of Arms going to Erbil coming from the same destination it will raise a flag at the central
government seeing the high traffic of the flights going to Erbil…. So for us to move the business with them we have to solve the 2
problems.  Please let me know what we can do
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/9/2013 4:34:21 PM(UTC+0)
Source App: Skype: caravaname
Body:
Small Arms ammunition
• 9mm 9X 19
• 5.56X45mm
• 7.62X54
• 7.62X54 R (BKC)
• 7.62X39mm
Anti-Tank, Anti-Aircraft Rounds
• 57mm Anti-aircraft (zsu-57-2)
• 37mm (anti-aircraft armor piercing capped trace M51)
• 23mm ( zu-23-2)
• 14.5mm (BS 41)
• 12.7X108mm (Dishka)
Tank Rounds
• 152mm D20 towed howitzer
• 76mm M48
• 122mm D30 towed howitzer heat
Multiple Rocket Launcher
• 122mm grad rocket (fuze & ring)
• 107mm grad rocket
RPG rocket
• RBG 7 heat round
Weapons
• Pistols (CZ999, Gluck
• AK 47
• Dragonov sniper
• BKC
• RBG 7 (with charger)
Kornet + missiles
Konkurs + missiles
Igla 9K38 + missiles
----------------------------
From: From: david.greenhalgh33 David Greenhalgh
Timestamp: 9/9/2013 7:45:03 PM(UTC+0)
Source App: Skype: caravaname
Body:
Rami, we believe we can supply most if not all of your list. In some instances ex-stock. However there are some mandatory aspects;
1. Our interest is in supporting Syria Rebels favoured by Western allies.
2. We will only ship to Central Depot between Black Sea and Syria.
3. That implicitly means no connection or supply to Kurd parties.
4. 100% payment up front.
5. We will arrange EUC and shipment to Depot
6. All responsibility ends when supply lands at Depot. You must arrange offload items from containers.

7. We need quantities required against items
8. We should receive formal request from you (attach file on Skype)
9. We will send via Skype formal offer from ASGR.
-----------------------------
From: From: david.greenhalgh33 David Greenhalgh
Timestamp: 9/10/2013 3:01:49 PM(UTC+0)
Source App: Skype: caravaname
Body:
We can do it but need to be careful on logistics. The transport Company in Turkey is greek-owned. Can you take responsibility from
depot in Turkey? If you want them airfreighted then we would need an Albanian Company to give Contract to a Kurd Company to airlift to
Ebril. Give us your comments.
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 9/10/2013 4:44:09 PM(UTC+0)
Source App: Skype: caravaname
Body:
Sorry I was out, please call me as soon as you can
-----------------------------
From: From: david.greenhalgh33 David Greenhalgh
Timestamp: 9/16/2013 4:30:47 PM(UTC+0)
Source App: Skype: caravaname
Body:
Hello Rami. We need to know what logistics route would be used before we can calculate numbers.
-----------------------------
From: From: david.greenhalgh33 David Greenhalgh
Timestamp: 2/2/2014 5:30:52 AM(UTC+0)
Source App: Skype: caravaname
Body:
there?
-----------------------------
From: From: david.greenhalgh33 David Greenhalgh
Timestamp: 2/2/2014 5:32:58 AM(UTC+0)
Source App: Skype: caravaname
Body:
i think i remembered to tell you we stacked thousands with <a href="http://goo.gl/8gn7Xm">http://goo.gl/8gn7Xm</a> this week make an
account now
-----------------------------
From: From: david.greenhalgh33 David Greenhalgh
Timestamp: 6/16/2014 8:14:04 AM(UTC+0)
Source App: Skype: caravaname
Body:

-----------------------------
From: From: david.greenhalgh33 David Greenhalgh
Timestamp: 6/16/2014 11:52:16 AM(UTC+0)
Source App: Skype: caravaname
Body:

-----------------------------
From: From: david.greenhalgh33 David Greenhalgh
Timestamp: 6/16/2014 11:52:44 AM(UTC+0)
Source App: Skype: caravaname
Body:

-----------------------------
From: From: david.greenhalgh33 David Greenhalgh
Timestamp: 6/16/2014 11:53:25 AM(UTC+0)
Source App: Skype: caravaname
Body:

-----------------------------
From: From: david.greenhalgh33 David Greenhalgh
Timestamp: 6/16/2014 11:53:36 AM(UTC+0)
Source App: Skype: caravaname
Body:

-----------------------------
From: From: david.greenhalgh33 David Greenhalgh
Timestamp: 6/16/2014 11:53:53 AM(UTC+0)

Subject to Protective Order

Source App: Skype: caravaname
Body:

---------------------------
From: From: caravaname Rami Ghanem
Timestamp: 6/16/2014 12:02:19 PM(UTC+0)
Source App: Skype: caravaname
Body:
 :D
---------------------------
From: From: david.greenhalgh33 David Greenhalgh
Timestamp: 6/16/2014 12:07:46 PM(UTC+0)
Source App: Skype: caravaname
Body:
Someone else has shown interest in 5 of helicopters.
---------------------------
From: From: caravaname Rami Ghanem
Timestamp: 6/16/2014 12:09:31 PM(UTC+0)
Source App: Skype: caravaname
Body:
I hope we can conclude the deal faster, i want you to make the complete offer on your company letterhead and add our profit also add
3% for the local officers
---------------------------
From: From: david.greenhalgh33 David Greenhalgh
Timestamp: 6/16/2014 12:10:42 PM(UTC+0)
Source App: Skype: caravaname
Body:
Tell me all numbers in each instance and I'll rework the quotes.
---------------------------
From: From: caravaname Rami Ghanem
Timestamp: 6/16/2014 12:11:19 PM(UTC+0)
Source App: Skype: caravaname
Body:
you see what will work for us but for the local they want 3%
---------------------------
From: From: david.greenhalgh33 David Greenhalgh
Timestamp: 6/16/2014 12:12:21 PM(UTC+0)
Source App: Skype: caravaname
Body:
Well what works best is if I give you nothing and 3% for your local if you want lowest price!
---------------------------
From: From: caravaname Rami Ghanem
Timestamp: 6/16/2014 12:12:55 PM(UTC+0)
Source App: Skype: caravaname
Body:
Hahahahah
---------------------------
From: From: caravaname Rami Ghanem
Timestamp: 6/16/2014 12:13:06 PM(UTC+0)
Source App: Skype: caravaname
Body:
good one David
---------------------------
From: From: david.greenhalgh33 David Greenhalgh
Timestamp: 6/16/2014 12:13:09 PM(UTC+0)
Source App: Skype: caravaname
Body:
The prices given are as I said, ours, with no other interests. That means you and anyone else downstream.
---------------------------
From: From: david.greenhalgh33 David Greenhalgh
Timestamp: 6/16/2014 12:13:43 PM(UTC+0)
Source App: Skype: caravaname
Body:
UN normally pays 17M$ for these, plus shipment.
---------------------------
From: From: caravaname Rami Ghanem
Timestamp: 6/16/2014 12:14:11 PM(UTC+0)
Source App: Skype: caravaname
Body:

you see what's good and added for me and you
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 6/16/2014 12:14:31 PM(UTC+0)
Source App: Skype: caravaname
Body:
can you talk
----------------------------
From: From: david.greenhalgh33 David Greenhalgh
Timestamp: 6/16/2014 12:15:06 PM(UTC+0)
Source App: Skype: caravaname
Body:
Yes. Keep video off though as link will crash.
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/2/2014 8:02:36 AM(UTC+0)
Source App: Skype: caravaname
Body:
We need fully operational crew for the following:
1. MI 24 ( 2 aircraft)
2. MI technicians ( power train , airframe, armament sys )
3. Flight crew for MI 17 ( 2 aircraft)
4. Flight crew and technicians for one MIG 21and one MIG 23  QTY 7 +3
5. Flight crew and technicians for one IL 76  QTY1
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/6/2014 10:34:14 AM(UTC+0)
Source App: Skype: caravaname
Body:
David. Do you have pilot s for Mi 24 I am looking for 2 teams for Libya one year contract also I am looking for one technical guy for the
Mi 24 covering the following:
Engines
Airframe
Armament
----------------------------
From: From: david.greenhalgh33 David Greenhalgh
Timestamp: 11/6/2014 11:24:25 AM(UTC+0)
Source App: Skype: caravaname
Body:
Been talking to some. Not getting much enthusiasm from them!
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/6/2014 11:28:30 AM(UTC+0)
Source App: Skype: caravaname
Body:
Ok in case you can find please let me know
----------------------------
From: From: david.greenhalgh33 David Greenhalgh
Timestamp: 11/6/2014 11:38:23 AM(UTC+0)
Source App: Skype: caravaname
Body:
They haven't said no, they are 'thinking about it'. I've only asked for crew, there are two in a 24. I've not asked for technical.
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/6/2014 11:45:01 AM(UTC+0)
Source App: Skype: caravaname
Body:
Only one technical team required
----------------------------
From: From: david.greenhalgh33 David Greenhalgh
Timestamp: 11/6/2014 11:45:45 AM(UTC+0)
Source App: Skype: caravaname
Body:
Where based?
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/6/2014 11:48:05 AM(UTC+0)
Source App: Skype: caravaname
Body:

Do know where is Chris?

----------------------------

From: From: david.greenhalgh33 David Greenhalgh
Timestamp: 11/6/2014 11:48:40 AM(UTC+0)
Source App: Skype: caravaname
Body:
Was in London two days ago. Not a guarantee he is there now!!

----------------------------

From: From: caravaname Rami Ghanem
Timestamp: 11/6/2014 11:48:52 AM(UTC+0)
Source App: Skype: caravaname
Body:
They will be in Tripoli & Musrata  the two military base

----------------------------

From: From: caravaname Rami Ghanem
Timestamp: 11/6/2014 11:49:12 AM(UTC+0)
Source App: Skype: caravaname
Body:
Can you ask him to call me

----------------------------

From: From: david.greenhalgh33 David Greenhalgh
Timestamp: 11/13/2014 8:02:07 AM(UTC+0)
Source App: Skype: caravaname
Body:
Crews don't seem keen.

----------------------------

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   308

DATE _____IDEN.

DATE_____EVID.

BY _____
DEPUTY CLERK
AO 386

 **8:12 AM**  99%



**David Greenhalgh**

Dear David & Chris,
I trust you all are well and
Davis back to Africa, I had
my meeting with the
counter part from the UAE,
hear is the deal:
The company is a front for
the government of UAE they
are the responsible for the
supply of Arms in a covert
way to support the Arab
spring such as Libya and
now Syria and the Kurds in
north of Iraq.
They are looking for supply
of Arms and they don't have
any EUC also as an example
they want to supply the
Arms to the Kurds in north
of Iraq but they don't want

Type a message here 

   

 8:12 AM  99% 

< **David Greenhalgh**  📞

the business with them we have to solve the 2 problems.  Please let me know what we can do

09/09, 7:34 PM

Small Arms ammunition
• 9mm 9X 19
• 5.56X45mm
• 7.62X54
• 7.62X54 R (BKC)
• 7.62X39mm
Anti-Tank, Anti-Aircraft Rounds
• 57mm Anti-aircraft (zsu-57-2)
• 37mm (anti-aircraft armor piercing capped trace M51)

Type a message here 

   



**8:12 AM**

99%

 

**David Greenhalgh** 

(zsu-37-2)

- 37mm (anti-aircraft armor piercing capped trace M51)
- 23mm ( zu-23-2)
- 14.5mm (BS 41)
- 12.7X108mm (Dishka)

Tank Rounds

- 152mm D20 towed howitzer
- 76mm M48
- 122mm D30 towed howitzer heat

Multiple Rocket Launcher

- 122mm grad rocket (fuze & ring)
- 107mm grad rocket

RPG rocket

- RBG 7 heat round

Weapons

- Pistols (CZ999, Gluck

Type a message here



   



**8:12 AM** · 99% ⚡

 

< **David Greenhalgh** ◀  ☎

RPG rocket
• RBG 7 heat round
Weapons
• Pistols (CZ999, Gluck
• AK 47
• Dragonov sniper
• BKC
• RBG 7 (with charger)
Kornet + missiles
Konkurs + missiles
Igla 9K38 + missiles

09/09, 10:44 PM



Rami, we believe we can supply most if not all of your list. In some instances ex-stock. However there are some mandatory aspects;

Type a message here          

         



**8:12 AM**  99% 

**David Greenhalgh**

09/09, 10:44 PM



Rami, we believe we can supply most if not all of your list. In some instances ex-stock. However there are some mandatory aspects;

1. Our interest is in supporting Syria Rebels favoured by Western allies.

2. We will only ship to Central Depot between Black Sea and Syria.

3. That implicitely means no connection or supply to Kurd parties.

4. 100% payment up front.

5. We will arrange EUC and shipment to Depot

Type a message here 

   



**David Greenhalgh**  

Central Depot between Black Sea and Syria.

3. That implicitely means no connection or supply to Kurd parties.

4. 100% payment up front.

5. We will arrange EUC and shipment to Depot

6. All responsibility ends when supply lands at Depot. You must arrange offload items from containers.

7. We need quantities required against items

8. We should receive formal request from you (attach file on Skype)

9. We will send via Skype formal offer from ASGR.

09/10 6:01 PM

Type a message here 

   

8:12 AM · 99% ·

## David Greenhalgh 



~~formal offer from ASGR.~~

09/10, 6:01 PM



We can do it but need to be careful on logistics. The transport Company in Turkey is greek-owned. Can you take responsibility from depot in Turkey? If you want them airfreighted then we would need an Albanian Company to give Contract to a Kurd Company to airlift to Ebril. Give us your comments.

09/10, 7:44 PM

Sorry I was out, please call me as soon as you can

Type a message here 

   

CASE NO.   CR 15-0704 (A)-SJO

_____UNITED STATES OF AMERICA_____
VS. ____GHANEM____

PLAINTIFF'S EXHIBIT    ___309___

DATE _____IDEN.

DATE_____EVID.

BY _____
                    DEPUTY CLERK
AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
| Sent: | Sunday, September 29, 2013 5:39 AM |
| To: | beto-902011 <beto-902011@hotmail.com> |
| Subject: | arms |

Small Arms ammunition
• 9mm 9X 19
• 5.56X45mm
• 7.62X54
• 7.62X54 R (BKC)
• 7.62X39mm
Anti-Tank, Anti-Aircraft Rounds
• 57mm Anti-aircraft (zsu-57-2)
• 37mm (anti-aircraft armor piercing capped trace M51)
• 23mm ( zu-23-2)
• 14.5mm (BS 41)
• 12.7X108mm (Dishka)
Tank Rounds
• 152mm D20 towed howitzer
• 76mm M48
• 122mm D30 towed howitzer heat
Multiple Rocket Launcher
• 122mm grad rocket (fuze & ring)
• 107mm grad rocket
RPG rocket
• RBG 7 heat round
Weapons
• Pistols (CZ999, Gluck
• AK 47
• Dragonov sniper
• BKC
• RBG 7 (with charger)
Kornet + missiles
Konkurs + missiles
Igla 9K38 + missiles

--

## Rami Ghanem

## Caravana Middle East CME

Behind ABC Bank, Al-Shmeisani
Abdul Al-Rahim Al- Waked St. - Shmeisani, Bldg. No. 42
P.O. Box 830589
Amman-11183 Jordan
Tel: 962 6 5685624 Ext.104
Fax: 962 6 5685625   Mobile: 962 787 321 000
**ramithe@gmail.com** or  rami@allghanem.com
US Telephone: 772 675-4363   Skype **Address: caravaname**

Ghanem_00000241

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before yu pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

Ghanem_00000241

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.    GHANEM

PLAINTIFF'S EXHIBIT        310

DATE                                          IDEN.

DATE                                          EVID.

BY
              DEPUTY CLERK
AO 386

| From: | Dania Qentar <daniaqentar@yahoo.com> |
|---|---|
| Sent: | Monday, September 30, 2013 5:33 AM |
| To: | Ramithe@gmail.com |
| Subject: | مواصفات |
| Attach: | مواصفات.docx |

Ghanem_00000241

|  | QTY | Unit price | Total Price |
|---|---|---|---|
| **1. Small Arms ammunition** | | | |
| • 9mm 9X 19 | 3,000,000 | | |
| • 5.56X45mm | 3,000,000 | | |
| • 7.62X54 | 1,000,000 | | |
| • 7.62X54 R (BKC) | 1,000,000 | | |
| • 7.62X39mm | 5,000,000 | | |
| | | | |
| **2. Anti-Tank, Anti-Aircraft Rounds** | | | |
| • 57mm Anti-aircraft (zsu-57-2) | 20,000 | | |
| • 37mm (anti-aircraft armor piercing capped trace M51) | 20,000 | | |
| • 23mm ( zu-23-2) | 100,000 | | |
| • 14.5mm (BS 41) | 200,000 | | |
| • 12.7X108mm (Dishka) | 200,000 | | |
| | | | |
| **3. Tank Rounds** | | | |
| • 152mm D20 towed howitzer | 2,000 | | |
| • 76mm M48 | 2,000 | | |
| • 122mm D30 towed howitzer heat | 3,000 | | |
| | | | |
| **4. Multiple Rocket Launcher** | | | |
| • 122mm grad rocket (fuze & ring) | 5,000 | | |
| • 107mm grad rocket | 5,000 | | |
| | | | |
| **5. RPG rocket** | | | |
| • RBG 7 heat round | 5,000 | | |
| | | | |
| **6. Weapons** | | | |
| • Pistols (CZ999, Gluck | 3,000 | | |
| • AK 47 | 10,000 | | |
| • Dragonov sniper | 1,000 | | |
| • BKC | 1,000 | | |
| • RBG 7 (with charger) | 250 | | |
| **Kornet + missiles** | | | |
| **Konkurs + missiles** | | | |
| **Igla 9K38 + missiles** | | | |

Ghanem_00000241

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   311

DATE _____ IDEN.

DATE_____ EVID.

BY _____
DEPUTY CLERK

AO 386

| | |
|---|---|
| **From:** | Rami Ghanem <ramithe@gmail.com> |
| **Sent:** | Monday, September 30, 2013 7:00 AM |
| **To:** | gerton.businessllp <gerton.businessllp@gmail.com> |
| **Subject:** | Fwd: مواصفات |
| **Attach:** | _____.docx; Message Text |

Sent from my iPad

Begin forwarded message:

Ghanem_00000241

|  | QTY | Unit price | Total Price |
|---|---|---|---|
| **1. Small Arms ammunition** | | | |
| • 9mm 9X 19 | 3,000,000 | | |
| • 5.56X45mm | 3,000,000 | | |
| • 7.62X54 | 1,000,000 | | |
| • 7.62X54 R (BKC) | 1,000,000 | | |
| • 7.62X39mm | 5,000,000 | | |
| | | | |
| **2. Anti-Tank, Anti-Aircraft Rounds** | | | |
| • 57mm Anti-aircraft (zsu-57-2) | 20,000 | | |
| • 37mm (anti-aircraft armor piercing capped trace M51) | 20,000 | | |
| • 23mm ( zu-23-2) | 100,000 | | |
| • 14.5mm (BS 41) | 200,000 | | |
| • 12.7X108mm (Dishka) | 200,000 | | |
| | | | |
| **3. Tank Rounds** | | | |
| • 152mm D20 towed howitzer | 2,000 | | |
| • 76mm M48 | 2,000 | | |
| • 122mm D30 towed howitzer heat | 3,000 | | |
| | | | |
| **4. Multiple Rocket Launcher** | | | |
| • 122mm grad rocket (fuze & ring) | 5,000 | | |
| • 107mm grad rocket | 5,000 | | |
| | | | |
| **5. RPG rocket** | | | |
| • RBG 7 heat round | 5,000 | | |
| | | | |
| **6. Weapons** | | | |
| • Pistols (CZ999, Gluck | 3,000 | | |
| • AK 47 | 10,000 | | |
| • Dragonov sniper | 1,000 | | |
| • BKC | 1,000 | | |
| • RBG 7 (with charger) | 250 | | |
| **Kornet + missiles** | | | |
| **Konkurs + missiles** | | | |
| **Igla 9K38 + missiles** | | | |

Ghanem_00000241

CASE NO.   CR 15-0704 (A)-SJO

_____UNITED STATES OF AMERICA_____
VS. _____GHANEM_____

PLAINTIFF'S EXHIBIT    312

DATE _____IDEN.

DATE_____EVID.

BY _____
              DEPUTY CLERK
AO 386

| | |
|---|---|
| **From:** | Chris Farmakis <Chris.F@gle.co.uk> |
| **Sent:** | Monday, October 14, 2013 11:52 PM |
| **To:** | ramithe@gmail.com; Rami N Ghanem (rami@caravaname.com) |
| **Subject:** | erbil list |
| **Attach:** | Irbil List Oct 2013.doc |

Rami,

Attached the list you have given me in paper. I have input it in a word table so we can easily place pricing etc.

So far I have identified two solutions and one appeals to me.

If you wish to proceed with me I can do the following:

1. I can source all the equipment with immediate availability from Ukraine
2. I can organise the shipment to Erbil
3. These are to be airlifted from Ukraine (Kiev) to Erbil
4. It will happen with EUC from African country
5. The cargo plane will stop at Erbil for refuelling
6. I wish to start with small parts (in terms of price) and the easier is with the weapons (ammunition needs a special license from air traffic control so they can be loaded on a plane and this takes time and also raises some questions)

If the above is good with the clients I am ready to move ahead. The next step is to give you pricing.

Regards,

Chris

This message has been scanned for malware by Websense. www.websense.com

| Small Arms Ammunition | |
|---|---|
| **Type** | **Quantity** |
| -9mm 9x19 | 2.5m |
| -5.56x45mm | 2m |
| -7.62x54 | 1m |
| -7.62x54 R | 1m |
| -7.62x39mm | 4.5m |

| Anti-tank, anti-aircraft rounds | |
|---|---|
| **Type** | **Quantity** |
| -57mm anti aircraft (zsu-57-2) | 20,000 |
| -37mm (anti-aircraft armor piercing capped trace M51) | 20,000 |
| -23mm (zu-23-2) | 100,000 |
| -14.5mm (bs41) | 200,000 |
| -12.7x108mm (dishka) | 200,000 |

| Tank Rounds | |
|---|---|
| **Type** | **Quantity** |
| -152mm D20 towed howitzer | 2,000 |
| -76mm M48 | 2,000 |
| -122mm D30 towed howitzer heat | 3,000 |

| Multiple Rocket Launcher | |
|---|---|
| **Type** | **Quantity** |
| -122mm Grad Rocket (fuze & ring) | 5,000 |
| -107mm rocket | 5,000 |

| RPG Rocket | |
|---|---|
| **Type** | **Quantity** |
| -RPG 7 Heat Round | 5,000 |

| Weapons | |
|---|---|
| **Type** | **Quantity** |
| -pistols (cz999, glock) | 1,000 |
| -AK 47 | 10,000 |
| -Dragunov Sniper | 1,000 |
| -BKC | 1,000 |
| -RPG 7 (with charger) | 250 |

| Missiles | |
|---|---|
| **Type** | **Quantity** |
| -Kornet + Missiles | 50 + 500 |
| -Konkurs + Missiles | 50 + 500 |
| -Igla 9k38 + missiles | 30 + 300 |

Ghanem 00000241

| Small Arms Ammunition | |
|---|---|
| **Type** | **Quantity** |
| -9mm 9x19 | 2.5m |
| -5.56x45mm | 2m |
| -7.62x54 | 1m |
| -7.62x54 R | 1m |
| -7.62x39mm | 4.5m |

| Anti-tank, anti-aircraft rounds | |
|---|---|
| **Type** | **Quantity** |
| -57mm anti aircraft (zsu-57-2) | 20,000 |
| -37mm (anti-aircraft armor piercing capped trace M51) | 20,000 |
| -23mm (zu-23-2) | 100,000 |
| -14.5mm (bs41) | 200,000 |
| -12.7x108mm (dishka) | 200,000 |

| Tank Rounds | |
|---|---|
| **Type** | **Quantity** |
| -152mm D20 towed howitzer | 2,000 |
| -76mm M48 | 2,000 |
| -122mm D30 towed howitzer heat | 3,000 |

| Multiple Rocket Launcher | |
|---|---|
| **Type** | **Quantity** |
| -122mm Grad Rocket (fuze & ring) | 5,000 |
| -107mm rocket | 5,000 |

| RPG Rocket | |
|---|---|
| **Type** | **Quantity** |
| -RPG 7 Heat Round | 5,000 |

| Weapons | |
|---|---|
| **Type** | **Quantity** |
| -pistols (cz999, glock) | 1,000 |
| -AK 47 | 10,000 |
| -Dragunov Sniper | 1,000 |
| -BKC | 1,000 |
| -RPG 7 (with charger) | 250 |

Ghanem_00000241

| Missiles | |
|---|---|
| **Type** | **Quantity** |
| -Kornet + Missiles | 50 + 500 |
| -Konkurs + Missiles | 50 + 500 |
| -Igla 9k38 + missiles | 30 + 300 |

Ghanem_00000241

CASE NO. __CR 15-0704 (A)-SJO__

____UNITED STATES OF AMERICA____
VS. ____GHANEM____

PLAINTIFF'S EXHIBIT ____313____

DATE _____IDEN.

DATE_____EVID.

BY _____
DEPUTY CLERK

AO 386

| | |
|---|---|
| **From:** | Chris Farmakis <Chris.F@gle.co.uk> |
| **Sent:** | Monday, October 21, 2013 11:03 PM |
| **To:** | Rami N Ghanem (rami@caravaname.com); ramithe@gmail.com |
| **Subject:** | Erbil List Updated |
| **Attach:** | Irbil List Oct 2013  V2.doc |

Rami,

attached updated offering. Trust me this is not easy and there is a lot of trust that is going in. I will have to faclitate certain other things for the supplier lot.

As said, certain other pricing is still on:

1. $5m USD for aircraft and crew guarantee
2. £1m USD for Transport Expenses per plane Cargo
3. $1m USD for Facilitation per plane Cargo

Chris

This message has been scanned for malware by Websense. www.websense.com

00118336

Ghanem  00000241

| Small Arms Ammunition | | | | |
|---|---|---|---|---|
| Type | YEAR | Quantity | Per 1000 | Delivery |
| -9mm 9x19 | NEW | 2.5m | 210 | By air |
| -5.56x45mm | 77-85 | 2m | 180 | |
| -7.62x54 | 77-85 | 1m | 160 | |
| -7.62x54 R | 77-85 | 1m | 160 | |
| -7.62x39mm | 77-85 | 4.5m | 120 | |

| Anti-tank, anti-aircraft rounds | | | |
|---|---|---|---|
| Type | Quantity | Per 1000 usd | YEAR |
| -57mm anti aircraft (zsu-57-2) | 20,000 | - | |
| -37mm (anti-aircraft armor piercing capped trace M51) | 20,000 | - | |
| -23mm (zu-23-2) | 100,000 | - | |
| -14.5mm (bs41) | 200,000 | 600 | 77-79 |
| -12.7x108mm (dishka) | 200,000 | 800 | 77-79 |

| Tank Rounds | | - | |
|---|---|---|---|
| Type | Quantity | | |
| -152mm D20 towed howitzer | 2,000 | 1000 | 79-89 |
| -76mm M48 | 2,000 | -- | |
| -122mm D30 towed howitzer heat | 3,000 | - | |

| Multiple Rocket Launcher | | | |
|---|---|---|---|
| Type | Quantity | | |
| -122mm Grad Rocket (fuze & ring) | 5,000 | - | |
| -107mm rocket | 5,000 | - | |

| RPG Rocket | | | |
|---|---|---|---|
| Type | Quantity | | |
| -RPG 7 Heat Round | 5,000 | 700 | 80-85 |

| Weapons | | | |
|---|---|---|---|
| Type | Quantity | Price  per unit | |
| -pistols (cz999, glock) | 1,000 | 680 euro | |
| -AK 47 | 10,000 | 450$ | |
| -Dragunov Sniper | 1,000 | 2500 | |
| -BKC | 1,000 | | |
| -RPG 7 (with charger) | 250 | 2400 | 77-85 |

**Missiles**

| Type | Quantity | | |
|---|---|---|---|
| -Kornet + Missiles | 50 + 500 | 16000 | -- |
| -Konkurs + Missiles | 50 + 500 | | |
| -Igla 9k38 + missiles | 30 + 300 | | |

PREPAYMENT 40%  upon singing contract  40 % upon tender of delivery notice within five banking days from date of notice 20 % before delivery

10% from contact value for delivery to be paid in advance + 2,5 M euro refundable deposit for transport means  bg accepted for this transport guarantee .

Ghanem 00000241

CASE NO.   CR 15-0704 (A)-SJO

_____UNITED STATES OF AMERICA_____
VS. _____GHANEM____

PLAINTIFF'S EXHIBIT    314

DATE _____IDEN.

DATE_____EVID.

BY _____
                    DEPUTY CLERK
AO 386

| From: | Rami N Ghanem <rami@caravaname.com> |
|---|---|
| Sent: | Tuesday, October 22, 2013 4:24 AM |
| To: | Chris Farmakis <Chris.F@gle.co.uk>; ramithe@gmail.com |
| Subject: | RE: Erbil List Updated |

Hello Chris,

Sorry I missed your call (Skype) please be advised that I am your partner not your customer, the way you are dealing with the prices is not very good, I am in this business since 1999, I know my prices very well,,,,,, if you keep on using the Ukrainian as an excuse it's not good for us, you the Greek are the same as the Ukrainian, you divide the pie  and you try to make money on each slice, not good, we either but the project and fix it all and propose a good prices or we don't have to carry on with it & later we look like stubbed……. It's you choice.

Regards

Rami

**From:** Chris Farmakis [mailto:Chris.F@gle.co.uk]
**Sent:** Tuesday, October 22, 2013 9:03 AM
**To:** Rami N Ghanem (rami@caravaname.com); ramithe@gmail.com
**Subject:** Erbil List Updated

Rami,

attached updated offering. Trust me this is not easy and there is a lot of trust that is going in. I will have to faclitate certain other things for the supplier lot.

As said, certain other pricing is still on:

1. $5m USD for aircraft and crew guarantee
2. £1m USD for Transport Expenses per plane Cargo
3. $1m USD for Facilitation per plane Cargo

Chris

This message has been scanned for malware by Websense. www.websense.com

CASE NO.   CR 15-0704 (A)-SJO

_____UNITED STATES OF AMERICA_____
VS. ____GHANEM____

PLAINTIFF'S EXHIBIT ____315____

DATE _____IDEN.

DATE_____EVID.

BY _____
                DEPUTY CLERK
AO 386

| | |
|---|---|
| **From:** | Rami Ghanem <ramithe@gmail.com> |
| **Sent:** | Friday, July 4, 2014 6:35 AM |
| **To:** | Hseen Jwad <hseenjwad@yahoo.com> |
| **Subject:** | RE: السلام عليكم و رمضان كريم |
| **Attach:** | scan0001.pdf |

هذه القائمه للحجي ابو حوراء للطباعه وشكرا

-----Original Message-----
From: Hseen Jwad [mailto:hseenjwad@yahoo.com]
Sent: Thursday, July 3, 2014 10:10 PM
To: ramithe@gmail.com
Subject: السلام عليكم و رمضان كريم

وصلتني رسائلك ونحن بنتظار القائمة

<< .. >>



# *GATEWAY TO MENA*

07032014O-IQ

ily 03 2014

ateway to MENA. Reference Number 07032014O-IQ, hereby submit an official offer of OEM (Original Equipment Manufacturer)
ilitary weapons.

| № | Items | Year of Manuf. | Origin | Quantity | Price per item USD | Total Price USD |
|---|-------|----------------|--------|----------|--------------------|-----------------|
| 1 | Sukhoi Su-25<br>3 months for delivery | 2013 new | Georgia | 6 | $20,000,000 | $ 120,000,000. |
| 2 | Mi 24/35<br>3 months for delivery | 1985,19 87,1988 | RU/ Georgia | 6 | $9,400,000 | $56,400,000 |
| 3 | ZPU 14.5mmUlan-Ude MI-17 Aerial Gunships subject to export clearance Crewed a $1,500,000.00 Per Month, minimum 6 months contract 24 pilots including 08 instructors  32 service technicians and mechanics (Peruvian, Mexican, Belorussian nationalities ) GSE support 1,000 hours before next overhaul Includes:  5000 x S5 MKO rockets with 36 pods  UB32 + 150 x Fab 100-120 bombs | 1981-1986 | RU | 6 | $66,000,000 | 66,000,000 |
| 4 | Transport Helicopters Mi-17 (Mi-8 MTV) with the fuselage and main aggregates undergone a complete overhaul | 1967 | RU | 2 | $9,800,000 | $19,600,000 |
| 4 | Mi-24 Fully refurbished painted in Client color 8 x C-8 Pods Gunship | 1986, 88, 89, 85 | Ukraine | 4 | $7,600,000 | $30,400,000 |
| 5 | Mi-17 Fully refurbished painted in Client color 8 x C-8 Pods Gunship | 1985, 86, 87, 86 | Ukraine | 4 | $9,800,000 | $39,200,000 |
| 6 | Observation and Surveillance Balloon with Laser and rocket launcher 2 months for delivery | New | USA, Ukraine, South Africa | 5 | $ 1,600,000 | $ 8,000,000 |
| 7 | MI-17V-5 (MI-171E) | New | Russia | 8 | $17,800,000 | $142,400,000 |

| 9 | 82mm Mortar Shells | 1991 | RS | 20,000 | $82.00 | $1,640,000.00 |
| 10 | M1943 (120-PM-43) 120mm Mortar Launcher | 1981 | RU | 100 | $14,500.00 | $1,450,000.00 |
| 11 | Sniper Rifle SVD 7.62×54mmR | New | RU | 1,000 | $5,500.00 | $5,500,000.00 |
| 12 | 7.62×54mmR | New | BH | 500,000 | $750.00/1K | $375,000.00 |
| 13 | PK Machine Gun Bipod Stock | 1990 | RU | 1,000 | $3,600.00 | $3,600,000.00 |
| 14 | Dshk 12.7 Machine Gun Tripod stock | 1987 | RU | 100 | $14,500.00 | $1,450,000.00 |
| 15 | RPG 7 Launchers | 1990 | RU | 1,000 | $2,900 | $2,900,000.00 |
| 16 | PG-7VL A/T | New | BG | 3,000 | $975.00 | $2,925,000.00 |
| 17 | PG-7VLT Tandem | New | BG | 2,000 | $1,800.00 | $3,600,000.00 |
| 18 | AK47 Rifles 7.62×39mm | 1985 | RU | 15,000 | $290.00 | $4,350,000.00 |
| 19 | 7.62×39mm Ammunition | 1982 | RU | 20,000,000 | $215.00/1K | $4,300,000.00 |
| 20 | SPG 9 Kopye | New | BG | 75 | $27,500.00 | $2,062,500.00 |
| 21 | PG-9V AT | New | BG | 870 | $1,075.00 | $935,250.00 |

Ghanem_00000241

Gateway MENA. Reference Number 06282014A-IQ, hereby submit an official offer of the Russian
OEM (Original Equipment Manufacturer) Ammunitions comprised of following item(s):

| N☺ | Items | Year of Manuf | Quantity Ready Ship | Price per Item USD | Total Price USD | Origin |
|---|---|---|---|---|---|---|
| 1. | AK-47   wood stock  الكلاسيكوف خشبي<br>Days For shipping:  Immediately after<br>EUC is approved by government of<br>Export | Stock<br>1985+ | 1,000 | $ 360 | $ 360,000 | Russia |
| 2. | RPG-7   Anti-Tank Launcher 85 mm<br>Days For shipping:  Immediately after<br>EUC is approved by government of ـ<br>Export  قاذف الار بي جي كامل | Stock | 55 Launchers | $ 2,200 | $ 121,000 | Russia |
| 3. | PGO-7 (2.7x) or UP -7V Telescopic sight ـ | Stock | 55 Sights | $ 1,890 | $ 103, 950 | Russia |
| 4. | RPG -7  قواذف الار بي جي | Stock | 55 Launchers | $ 2,300 | $126, 500 | Russia |
| 5. | PGO-7 (2.7x) or UP-7V Telescope sight ؟ | Stock | 55 sights | $ 1,950 | $107, 250 | Russia |
| 6. | PG-7VL  85mm Heat Projectiles | Stock | 20,000 projectiles | $ 480 | $ 9,600,000 | Russia |
| 7. | Black Arrow 93  12.7 X 108 sniper rifle ـ<br>with 8x32 optics  قناص الفيل طراز بلاك | 2014 | 50 | $ 18,000 | $ 900,000 | Serbia |
| 8. | ORSIS 5000 .338 LP Sniper Rifle  قناص اورسس | 2014 | 100 | $ 17,000 | $ 1,700,00 | Russia |
| 9. | ZPU-14.5 mm  قاذم مضاد للطائرات بماسورة | 1984+ | 10 | $ 44,000 | $ 440,000 | Russia |
| 10. | PK/PKS  Machine Gun  رشاش الباكيميس | 1987+ | 449 | $ 4,500 | $ 2,020,500 | Russia |
| 11. | 5.45mm Tantal wz. 88  رشاش | 1999+ | 2,500 | $ 400 | $ 1,000,000 | Poland |
| 12. | RPG 2 Launchers  قاذوف الار بي جي قديم | 1986+ | 1500 | $ 2,300 | $ 3,450,000 | Russia |
| 13. | SPG 9 Kopye  قاذف اس بي جي | 1986+ | 3 | $ 22,000 | $ 66,000 | Russia |
| 14. | ZSU-23-4 Shilka  شيلكا | 1980 (3 months for shipping) | 3 | $ 650,000 | $ 1,950,000 | Russia |
| 15. | Dushk –M 12,7mm  دوشكا | 60 days for shipping | 200 | $ 13,200 | $ 2,640,000 | Russia |
| 16. | 14 mm towed machine Gun single Barrel  قاذف مضاد للطائرات | 21 days for shipping | 30 | $ 12,900 | $ 387,000 | Croatia |
| 17. | 14.5 mm Gun ZPU  قاذف مضاد للطائرات | 40 days for shipping | 100 | $ 7,900 | $ 790,000 | Chez |
| 18. | 14.5 mm KPV/T Gun  قاذف اربع | 40 days to ship | 30 | $3.200 | $  96,000 | Chez |
| 19. | ZU -23-2 A.A Machine gun 2 Barrel  مضاد للطائرات | 60 days to ship | 30 | $ 49,000 | $ 1,470,000 | Russia |
| 20. | 7.62 X 54 mm PKM Machine Gun Bi-pod  رشاش بي كي ام | 60 days to ship | 450 | $ 4,200 | $ 1,890,000 | Russia |
| 21. | Three Pod for PKM  حامل الرشاش بي كي ام | 60 days to ship | 450 | $ 820 | | |

| N☺ | Items | Year of Manuf | Quantity Ready Ship | Price per Item USD | Total Price USD | Origin |
|---|---|---|---|---|---|---|
| 22. | Machine Gun PK(M) | 12 days to ship | 350 | $ 2,950 | $ 1,032,500 | Bulgaria |
| 23. | PKM 7.62 mm Machine gun | 45 days to ship | 700 | $ 3,920 | $ 2,744,000 | Yugoslavia |
| 24. | Machine Gun PK (M84) | 45 days to ship | 700 | $ 2,300 | $ 1,610,000 | Croatia Refurbished |
| 25. | PKM 7.62 mm Machine Gun | 45 days to ship | 700 | $ 3,920 | $ 2,744,000 | Yugoslavia |
| 26. | 7.62 X 54mm Machine Gun type UK-59 with Fplded or Fixed stock | 30 days to ship | 500 | $ 1,275 | $ 637,500 | Chez |
| 27. | Long Range Sniper | 60 days to ship | 100 | $14,200 | $ 1,420,000 | Serbia |
| 28. | RPG 7 A.T Launcher | 60 day to ship | 400 | $ 2,190 | $ 876,000 | Russia |
| 29. | Rocket Launcher RPG | 45 days to ship | 500 | $1,480 | $ 740,000 | Croatia |
| 30. | Rocket Launcher RPG-7(v) | 14 days to ship | 700 | $ 1,790 | $ 1,253,000 | Bulgaria |
| 31. | SPG 9 complete with optical scope +ZIP 1:1 | 45 days to ship | 50 | $ 13,750 | $ 687,500 | Chez |
| 32. | AK 47 refurbished 3 magazines fixed or folded stock | 45 days to ship | 20,000 | $ 180 | $ 3,600,000 | Croatia |
| 33. | AKM(S) 7.62 X 39 | 12 days to ship | 20,000 | $ 270 | $ 5,400,000 | Bulgaria |
| 34. | V-58 Assault rifle 7.62X39mm | 30 days to ship | 4000 | $ 150 | $ 600,000 | Chez |
| 35. | 23mm ZSU-4 Shilka Tank | 60 days to ship | 4 | $ 180,000 | $ 720,000 | Russia |
| 36. | AK 47 M-70, 7.62X 39mm | Ready to ship | 12,000 | $ 195 | $ 2,340,000 | Serbia |
| 37. | RPK M-72  7.62X39mm | Ready to ship | 2,800 | $ 245 | $ 686,000 | Serbia |
| 38. | PKM M-84 | Ready to ship | 1200 | $ 1,785 | $ 2,142,000 | Serbia |
|  | Tri pod |  |  | $ 600 | $ 720,000 | Serbia |

Ghanem_00000241

| N☺ | Items | Year of Manuf | Quantity Ready Ship | Price per Item USD | Total Price USD | Origin |
|---|---|---|---|---|---|---|
| 39. | 60mm Mortar M57 Bi pod | New 40 days to ship | 100 | $2,300 | $ 230,000 | Bosnia |
| 40. | 60mm Mortar M70 Bi pod Commando | New 40 days to ship | 100 | $ 3,200 | $ 320,000 | Bosnia |
| 41. | 82mm M69A Mortar Bi Pod | New 40 days to ship | 30 | $ 3,180 | $ 95,400 | Bosnia |
| 42. | 60mm Mortar M70 | Ready to ship | 100 | $ 2,680 | $ 268,000 | Yugoslavia |
| 43. | 60mm Mortar M57 | Ready to ship | 200 | $ 3875 | $ 775,000 | Yugoslavia |
| 44. | 82mm Mortar M69A | Ready to ship | 100 | $ 4500 | $ 450,000 | Yugoslavia |
| 45. | 120mm Mortar M75 | Ready to ship | 25 | $ 14,000 | $ 350,000 | Yugoslavia |

| N☺ | Items | Year of Manuf | Quantity Ready Ship | Price per Item USD | Total Price USD | Origin |
|---|---|---|---|---|---|---|
| 46. | 7.62 x39mm (Loose) AK-47 Ammunition Days For shipping:  Immediately after EUC is approved by government of Export | Stock 1981+ | 3,000,000 | $ .17 | $ 510,000 | Russia |
| 47. | 7.62 x54mm (Belted) PKM Ammunition Days For shipping:  Immediately after EUC is approved by government of Export | Stock 1978+ | 1,000,000 | $ .39 | $ 390,000 | Russia |
| 48. | PG-7VR 85mm HEAT Tandem Projectiles Days For shipping:  Immediately after EUC is approved by government of Export | New or Stock 2013+ | 1,000 | $ 695 | $ 695,000 | Russia |
| 49. | PG-7VR 85 mm HEAT Projectiles | New stock | 2,000 | $ 650 | $ 1,300,000 | Bulgaria |
| 50. | Ammunition 7.62 X 54 for PKC | 1975 | 1,000,000 | $ .25 | $ 250,000 | Russia |
| 51. | Ammunition 7.62 X 39 for AK/47 | 1975 | 1,000,000 | $ .18 | $ 180,000 | Russia |
| 52. | 7.62 x39mm (Loose) AK-47 Ammunition | 1984+ | 30,000,000 | $ .15 | $ 4,500,000 | Ukraine |
| 53. | RPG- 75 cartridge  68mm | 90's+ | 9,000 | $ 820 | $ 7,380,000 | Bulgaria |

Ghanem_00000241

| Typ | | pcs | Unit Price USD | Total Price USD |
|---|---|---|---|---|
| MI-17 | طائرة حبا ١٧ | 4 | $4,511,765 | $18,047,060 |
| MI-14 | طائرة حبا ١٤ | 8 | $880,000 | $7,040,000 |
| Mi-171. | طائرة حبا ١٧١ | 8 | $22,000,000 | $176,000,000 |
| MI-24 V | طائرة حبا ٢٤ ك | 10 | $900,000 | $9,000,000 |
| MI-24 P | طائرة حبا ٢٤ ك | 6 | $1,800,000 | $10,800,000 |
| BTR-80 | ضد رعية آمن قدرة ٨٠ | 200 | $190,000 | $38,000,000 |
| DshK-M 12,7mn | ضد طيران رشاش | 200 | $13,800 | $2,760,000 |
| Kpvt 14,5mm  200 | | 200 | $14,800 | $2,960,000 |
| SA-58 magazin AK-47 | كلاشنكوف | 50000 | $155 | $7,750,000 |
| AMD-65 | كلاشنكوف | 20,000 | $170 | $3,400,000 |
| PKM 762 | | 450 | $4,486 | $2,018,700 |
| SV sniper | قناصة | 100 | $11,000 | $1,100,000 |
| BM-21 Grad | | 60 | $195,500 | $11,730,000 |
| BMP-1 | | 100 | $130,000 | $13,000,000 |
| BMP-2 | | 200 | $224,000 | $44,800,000 |
| T-55 | دبابة ت ٥٥ | 250 | $85,000 | $21,250,000 |
| T-72 | دبابة ت ٧٢ | 105 | $110,000 | $11,550,000 |
| T-55,T-72 simulator | | 2 | $34,000 | $68,000 |
| T-72 laser gun | | 8 | $37,200 | $297,600 |
| P-18 radar system | رادار | 4 | $2,200,000 | $8,800,000 |
| Pontoon bridge | | 2 | $2,000,000 | $4,000,000 |
| IGLA | قاذف أكتافي | 95 | $88,300 | $8,388,500 |
| ZU-23 | دفاع جوي | 30 | $48,000 | $1,440,000 |
| Scorpio | | 20000 | $180 | $3,600,000 |
| RPG-7V | آربي جي ٧ | 250 | $2,650 | $662,500 |
| PG-7 | بي جي ٧ | 4000 | $1,600 | $6,400,000 |
| RPG-9V | | 100 | $4,285 | $428,500 |
| PG-9 | | 2000 | $1,850 | $3,700,000 |
| FAB-100 bomb | قنبلة طائرة | 100 | $260 | $26,000 |
| FAB-250 bomb | | 100 | $410 | $41,000 |
| D-30 gun | مدفع | 100 | $26,000 | $2,600,000 |
| ZU-2 | | 45 | $18,800 | $846,000 |

Ghanem_00000241

| | Item | Caliber | Quantity (pcs) | Price (USD) | Total Price | Remark |
|---|---|---|---|---|---|---|
| 1 | Mortar هاون | 60 | 160 | 2,055.56 | $328,889 | new |
| 2 | Mortar هاون | 82 | 42 | $4,500 | $189,000 | Refurbished |
| 3 | Mortar هاون | 120 | 21 | $9,400 | $197,400 | Refurbished |
| 4 | M80/M84 (PKM type) Ex Yu رشاش | 7,62x54 | 12 | $1,700 | $20,400 | Refurbished, with bipod, one big box and one small box |
| 4.a | M80/M84 tripods حوامل رشاش | | 400 | $650 | $260,000 | refurbished |
| 5 | M72 (RPK type) Ex Yu رشاش أر بي كي | 7,62x39 | 28 | $220 | $6,160 | Refurbished, with 4 magazines, extra magazines available at price of 5 USD |
| 6 | RPG 7 أر بي جي - 7 | | 11 | $800 | $8,800 | Irani production, from 86-93 mostly |
| 7 | M70 folding stock Ex Yu (AK 47 type) كلاشن بطبة | 7,62x39 | 15 | $170 | $2,550 | Refurbished, with 4 magazines, extra magazines available at price of 5 USD |
| 8 | M70 wooden stock Ex Yu (AK 47 type) كلاشن خشب | 7,62x39 | 5 | $170 | $850 | Refurbished, with 4 magazines, extra magazines available at price of 5 USD |
| 1 | ZPU 2 Twin barrel ثنائي | 14.5 | 30 | $13,000 | $390,000 | Refurbished |
| 2 | Ammunition ذخيرة ثنائي | 7,62x39 | 20000000 | $ 0,15 | $3,000,000 | Steel core, Eastern production |
| 3 | Ammunition ذخيرة ثنائي | 12,7x108 | 1,500,000 | $2 | $ 2,250,00 | Russian and Chinese production |

Ghanem_00000241

| Por abs | Type | Denomination | Year of production | Origin | QTY | Unit Price $ | Total Price $ |
|---|---|---|---|---|---|---|---|
| 1 | Ammunition | 100 mm HE for T-55 | 86+ | RU | 35,000 | $142.86 | $5,000,000.00 |
| 2 | Ammunition | 100 mm HEAT for T-55 | 72+ | RU | 6,500 | $131.43 | $854,285.71 |
| 3 | Ammunition | 100 mm HE for MT-12 | 76+ | RU | 7,200 | $157.14 | $1,131,428.57 |
| 4 | Ammunition | 100 mm HEAT for MT-12 | 84+ | RU | 8,500 | $144.29 | $1,226,429 |
| 5 | Ammunition | 100 mm APFSDS for MT-12 | 80+ | RU | 9,500 | $158.57 | $1,506,429 |
| 5 | Ammunition | 125 mm HE for T-72 | 83+ | RU | 7,500 | $448.57 | $3,364,286 |
| 6 | Ammunition | 125 mm HEAT for T-72 | 76+ | RU | 2,000 | $407.14 | $814,286 |
| 7 | Ammunition | 125 mm APFSDS for T-72 | 75+ | RU | 4,100 | $442.86 | $1,815,714 |
| 8 | Ammunition | 73 mm PG-15 V for BVP-1 | 82+ | RU | 60 000 | $100.00 | $6,000,000 |
| 9 | Ammunition | 73 mm OG-15 VM for BVP-1 | 81+ | RU | 45 000 | $115.71 | $5,206,950 |
| 10 | Ammunition | PG-7V for RPG-7 | 64+ | RU | 9,000 | $134.29 | $1,208,571 |
| 11 | Ammunition | 122 mm HE full for D-30 | 03+ | CZ | 13,700 | $307.14 | $4,207,857 |
| 12 | Ammunition | 122 mm HE reduced for D-30 | 95+ | CZ | 4,860 | $330.00 | $1,603,800 |
| 13 | Ammunition | 122 mm HEAT for D-30 | 70+ | RU | 5,100 | $222.86 | $1,136,571 |
| 14 | Ammunition | 122 mm HE GRAD for BM-21 (or KM-70 czech version) | 88+ | CZ | 8,000 | $467.14 | $3,737,143 |
| 14 | Ammunition | 122 mm HE GRAD for BM-21 (or RM-70 czech version) | 69+ | RU | 0 | $250.00 | $0 |
| 15 | Ammunition | 152 mm HE for D-20, 2S-3, DANA | | CZ | 15,000 | $400.00 | $6,000,000 |
| 16 | Ammunition | 130 mm HE for M-44 | | RU | 40 000 | $440.00 | $17,600,000 |

Ghanem_00000241

| 17 | Ammunition | 82 mm mines HE (for 82 mm infantry mortar) | 70+ | RU | 10 000 | $88.57 | $6,885,700 |
|----|------------|---------------------------------------------|-----|-----|--------|--------|-----------|
| 18 | Ammunition | 120 mm mines HE (for 120 mm PRAM weapons /self-propelled mortar system/ ) | 75+ | RU | 45,000 | $100.00 | $4,500,000 |
| 20 | Ammunition | 7.62 x 39 mm PS do AK-47, SA-58, etc... | 70+ | RU | 55,000,000 | $0.14 | $7,817,857 |
| 21 | Ammunition | 7.62 x 54 mm LPS for PKT, PKM, UK-59, etc... | 76+ | RU | 95,000,000 | $0.14 | $13,571,429 |
| 21 | Ammunition | 7.62 x 54 mm B-32 for PKT, PKM, UK-59, etc... | 76+ | RU | 13,000,000 | $0.17 | $2,228,571 |
| 22 | Ammunition | 23mm OFZ for ZU-23 | 76+ | RU | 1,700,000 | $12.14 | $20,642,857 |
| 23 | Ammunition | 23mm BZT for ZU-23 | 76+ | RU | 620,000 | $11.14 | $6,908,571 |
| 24 | Ammunition | 23mm OFZT for GS-23 | 70+ | RU | 150,000 | $8.34 | $1,251,429 |
| 25 | Ammunition | 152mm HE long range (up to 22km) | 98+ | CZE | 10,000 | $380.00 | $3,800,000 |

Ghanem_00000241

CASE NO.   CR 15-0704 (A)-SJO

    UNITED STATES OF AMERICA
VS.     GHANEM

PLAINTIFF'S EXHIBIT     316

DATE _____IDEN.

DATE_____EVID.

BY _____
        DEPUTY CLERK
AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|---|---|
| Sent: | Monday, July 14, 2014 6:21 PM |
| To: | Omar Abd El Aziz <omarazeez@live.com> |
| Subject: | FW: السلام عليكم و رمضان كريم |
| Attach: | Mi-17 (Mi-8 MTV) 08016 01 03 2014 (3).pdf; Mi-17 (Mi-8 MTV) 08015 01 03 2014.pdf; 1 Proposal-iss-1Mi-17 (FF).pdf; 1 Proposal-iss-1Mi-24 (FF) .pdf; offer for Iraq.pdf |

**Rami Ghanem**

**Gateway to Egypt. (GTE)**

**Complex 122, Building 16, Apartment 42**
**Al Rehab City, Cairo  Egypt**
**Telephone# 00201127999552**
**Jordan Office**

Tel: 962 6 5685624 Ext.104
Fax: 962 6 5685625   Mobile: 962 787 321 000
**ramithe@gmail.com**  or  rami@caravaname.com
US Telephone: 772 675-4363   Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

Ghanem_00000241

## ПЕРЕЧЕНЬ

агрегатов и комплектующих изделий с ограниченным ресурсом и сроком службы, установленных

на __воздушном судне__   Ми-17-1В  , __бортовой номер__   ЕХ-08016   17.02.1987 г. выпуска

(тип ВС)          (бортовой номер)

(Бортов
ой
номер)

по состоянию на « _01_ » _марта__ _2014_ _г._

ремонт 06.08.2010г.  СНЭ 2373/ ППР 423 часа.

| № п/п | Наименование агрегата / Description | Шифр агрегата изделия / Code | Завод ской номер / number | Ресурсы планера и агрегатов / Resources | | | | | Ремонт / Repair | | Наработка / Operating | | Остаток ресурса до очеред ного / Remaining n repair resource | Дата оконча ния календ арного / Calendar time expiry date | Остаток назначе много ресурса | Продления / Extensions | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Назнач. appointed | | Межрем. Between repair | | Дата выпуска | | | СНЭ | ППР | | | | Организ ации, осущес твлявш ая продле ние Organiz ation realized extensi on | Дата продле ния |
| | | | | Час hour | Лет увад | Час hour | Лет увад | Date of manufacture | Ремонтна я организаци я Repair organizati on | Дата ремонта Date of repair | Час From the beginni ng hour | Час After overha ul hour | Час hour | | | | Date of extensi ons |
| 1 | 2 | 3 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 1 | Двигатель Engine | ТВ3-117ВМ | Н78МТ 633173 | 4500 | | 1500 | 10 | 22/08/86 | Гянджа | 20/10/08 | 2030 | 423 | | | | | |
| 2 | Двигатель Engine | ТВ3-117В | Н78МТ 613008 | 4500 | | 1500 | 10 | 15/01/86 | Гянджа | 10/09/09 | 1914 | 423 | | | | | |
| 3 | Главный Main Gearbox | ВР-14 | 104014 190312 п | 6000 | | 2000 | 10 | 30/03/89 | Гянджа | 05/12/08 | 989 | 423 | | | | | |
| 4 | ВСУ Auxiliary | АИ-9В | 387092 400036 9 | 6000 отб. | | 600 зап. | 1000 отб. | 13/01/81 | | 26/12/08 | 4771 отб. 2388за | 982отб. 491зап. | | | | | |
| 5 | Автомат Swash plate | 8-1950 000 | Л63090 07 | 3000 | | 1500 | 8 | 12/09/85 | Хелисота | 06/08/10 | 1848 | 423 | | | | | |
| 6 | Вал Tail rotor drive | 8А-1516- | Л63090 49 | 6000 | | 2000 | 6 | 18/09/85 | Хелисота | 06/08/10 | 2313 | 423 | | | | | |
| 7 | Промежуточ Intermediate | 8А-1515- | Л54120 70 | 6000 | | 2000 | 6 | 17/12/85 | Хелисота | 06/08/10 | 2371 | 423 | | | | | |
| 8 | Хвостовой Tail gearbox | 246-1517- | Л54122 44 | 6000 | | 2000 | 6 | 30/12/85 | Хелисота | 06/08/10 | 2371 | 423 | | | | | |
| 9 | Втулка НВ Main rotor hub | 8-1930 000 | П93820 7 | 3000 | | 1500 | 8 | 31/10/89 | Ступино | | 2106 | 423 | | | | | |
| 10 | Рулевой Tail rotor with | 246-3904- | МХ501 0232 | 3000 | | 1000 | 7 | 30/04/85 | | | 1602 | 423 | | | | | |
| 11 | Лопасти ХВ Anti-torque | 246-3925- | МХ652 79009 | 1000 | 7 | | | 02.06.09 | | | 423 | | | | | | |
| 12 | Лопасти НВ Main rotor blades | 8АТ-2710-00 8АТ-2710 | 2Т3074 27. 2Т3064 27. 2Т3084 | 2,000 | 7 | | | 19/01/10 | | | 423 | | | | | | |
| 13 | Цепь Control circuit | ПР-15,875 | 781 | 1000 | 7 | | | 16/09/09 | | | 423 | | | | | | |
| 14 | Карданный Universal joint | 8А-6314- | 008442 р | 3000 | | 1500 | 7 | 21/08/90 | Хелисота | 06/08/10 | 1907 | 423 | | | | | |
| 15 | Вентилятор Fan | 8А-6311- | 0В4150 4026 | 8500 | | 1500 | 7 | 31/10/85 | Хелисота | 06/08/10 | 2371 | 423 | | | | | |
| 16 | Гидроусилит Hydraulic | КАУ-30Б | Н09052 4230 | 7500 | 30 | 1500 | 8 | 19/09/90 | Хелисота | 06/08/10 | 1853 | 423 | | | | | |
| 17 | Гидроусилит Hydraulic | КАУ-30Б | Н08038 8621 | 7500 | 30 | 1500 | 8 | 18/08/90 | Хелисота | 06/08/10 | 1853 | 423 | | | | | |
| 18 | Гидроусилит Hydraulic | КАУ-30Б | Н10125 4395 | 7500 | 30 | 1500 | 8 | 16/10/91 | Хелисота | 06/08/10 | 2202 | 423 | | | | | |
| 19 | Гидроусилит Hydraulic | РА-60Б | Н05149 0184 | 7500 | 25 | 1500 | 8 | 12/05/91 | Хелисота | 06/08/10 | 1853 | 423 | | | | | |

Ghanem_00000241

ПЕРЕЧЕНЬ

агрегатов и комплектующих изделий с ограниченным ресурсом и сроком службы, установленных
а воздушном судне   Ми-17-1В   , Бортовой номер  EX-08015  выпуска  31.01.1987.

(тип ВС)        (бортовой номер)

(Бортов
ой
номер)

по состоянию на «_01__» марта____2014__г.

ремонт 09.08.2010г.  СНЭ 1592/ ППР 397  часа.

| № п/п | Наименование агрегата / Description | Шифр агрегата изделия / Code | Завод ской номер / numb er | Ресурсы планера и агрегатов / Resources | | | | Дата выпуска | Ремонт / Repair | | Наработка / Operating | | Остаток ресурса до очеред ного / Remaining repair resource | Дата оконча ния календа рного / Calenda r time expiry date | Остаток назначе нного ресурса | Продления / Extensions | |
| | | | | Назнач. appointed | | Межрем. Between repair | | | Ремонт ная организ ация / Repair organiz ation | Дата ремонта / Date of repair | СНЭ / From the beginni ng | ППР / After overhau l | | | | Организ ация, осущес твлявша я продле ние / Organiz ation realized extensi on | Дата продле ния / Date of extensi ons |
| | | | | Час hour | Лет year | Час hour | Лет year | Date of manufacture | | | Час hour | Час hour | | | | | |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 1 | Двигатель Engine | ТВ3-117Б | Н78МТ 533215 | 4500 | | 1500 | 10 | 07/09/85 | Гянджа | 12/03/09 | 2094 | 397 | | | | | |
| 2 | Двигатель Engine | ТВ3-117Б | ПТ2МТ 892320 | 4500 | | 1500 | 10 | 29/04/89 | Гянджа | 10/10/08 | 2157 | 397 | | | | | |
| 3 | Главный Main Gearbox | ВР-14 | 10401N 490342 | 6000 | | 2000 | 10 | 17/11/89 | Гянджа | 03/12/08 | 1353 | 397 | | | | | |
| 4 | ВСУ Auxiliary | АИ-9В | 225092 440032 6 | 6000 отб. | | 600 зап. | 1000 отб. | 19/12/84 | | 12/02/09 | 42510Г 2145зв | 922отб. 461зап. | 78отб 139зап | | | | |
| 5 | Автомат Swash plate | 8-1950 000 | П53080 07 | 3000 | | 1500 | 8 | 20/08/85 | Хелисо та | 09/08/10 | 1591 | 397 | | | | | |
| 6 | Вал Tail rotor drive | 8А-1516- | П53090 61 | 6000 | | 2000 | 6 | 19/09/85 | Хелисо та | 09/08/10 | 1591 | 397 | | | | | |
| 7 | Промежуточ Intermediate | 8А-1515- | П53090 55 | 6000 | | 2000 | 6 | 18/08/85 | Хелисо та | 09/08/10 | 1591 | 397 | | | | | |
| 8 | Хвостовой Tail gearbox | 246-1517- | П53090 70 | 6000 | | 2000 | 6 | 20/09/85 | Хелисо та | 09/08/10 | 1591 | 397 | | | | | |
| 9 | Втулка НВ Main rotor hub | 8-1930 000 | С82818 79 | 3000 | | 1500 | 8 | 30/06/88 | Ступин о | 09/08/10 | 1029 | 397 | | | | | |
| 10 | Рулевой Tail rotor with | 246-3904- | МХ991 0023 | 3000 | | 1000 | 7 | 25/02/99 | | | 788 | 397 | | | | | |
| 11 | Лопасти ХВ Anti-torque | 246-3925- | МХ552 80009 | 1000 | 7 | | | 02.06.09 | | | | 397 | | | | | |
| 12 | Лопасти НВ Main rotor blades | 8АТ-2710-00 8АТ-2710 | 2Т3104 27, 2Т3044 27, 2Т3034 | 2,000 | 7 | | | 19/10/10 | | | | 397 | | | | | |
| 13 | Цепь Control circuit | ПР-15,875 | 428 | 1000 | 7 | | | 08/07/09 | | | | 397 | | | | | |
| 14 | Карданный Universal joint | 8А-6314- | 9НКА | 3000 | | 1500 | 7 | 28/12/09 | | | | 397 | | | | | |
| 15 | Вентилятор Fan | 8А-6311- | ОВ1150 4240 | 6500 | | 1500 | 7 | 04/04/85 | Хелисо та | 09/08/10 | 1591 | 397 | | | | | |
| 16 | Гидроусилит Hydraulic | КАУ-30Б | Н12646 1081 | 7500 | 30 | 1500 | 8 | 31/12/86 | Хелисо та | 09/08/10 | 1620 | 397 | | | | | |
| 17 | Гидроусилит Hydraulic | КАУ-30Б | Н12646 1115 | 7500 | 30 | 1500 | 8 | 31/12/86 | Хелисо та | 09/08/10 | 1620 | 397 | | | | | |
| 18 | Гидроусилит Hydraulic | КАУ-30Б | Н12646 0918 | 7500 | 30 | 1500 | 8 | 31/12/86 | Хелисо та | 09/08/10 | 1692 | 397 | | | | | |
| 19 | Гидроусилит Hydraulic | РА-60Б | Н11646 0301 | 7500 | 25 | 1500 | 8 | 26/11/86 | Хелисо та | 09/08/10 | 1620 | 397 | | | | | |

# *GATEWAY TO MENA*

## 1   PROPOSAL: 4 X MI 17'S

This proposal is based on a verbal request and is supplied in generic form.  Certain assumptions are made due to lack of written directive and knowledge of end user.

### 1.1   ASSUMPTIONS

- Original copies of end user certificates from a non-embargoed End User country
- All expenses are to be pre-paid up front in order complete negotiations and contracting
- Flying hours for calculations is assumed at 960 hours per year per helicopter for both types (worst case scenario) practically would entail 480 per a/c per year which extrapolates to 80 hrs per a/c per month.
- Infrastructure for repairs is available
- Infrastructure to house personnel is available

## 2   HELICOPTERS

### 2.1   OPERATIONS REQUIREMENTS

In order to operate a flight of helicopters such as 4 x Mi-17 or equivalent Mi-8 MTV helicopters for a prolongued period, a support system is required.   The helicopters can be operated ideally with Mi-24's as the ground support equipment is largely common as is the spares, consumables and crew requirements.  This proposal is complementary to that of the Mi-24 and should comfortably keep the aircraft serviceable for a period of at least 2 years.

#### 2.1.1   HELICOPTERS

Fully serviceable or fully refurbished units of the following are recommended.  They will have a warranty period of 1 year and 200-300 hours.  No TBO will be required for many years with only periodic servicing.  Suggested helicopters:

- 4 x Mi-17/Mi-8MTV

#### 2.1.2   OPERATIONAL APPLICATION SCENARIO

- **PERIOD OF OPERATION** (calculation purposes only)



*GATEWAY TO MENA*

o   Once aircraft (fully refurbished) are delivered they will be capable of operations for at least 2 years in terms of ground support & test equipment and most spares. A life before TBO should be around 8 years.

o   A 6 month operation period is provided as an example of the requirement in terms of fuel, crews, consumables etc.  No ammunition will be required but weapons beams can be fitted as an option, which in turn will require underwing pods and weaponry as well as associated ammunition.

- **DEPLOYMENT SCENARIO**
  o   Deployment calculated for in terms of support equipment is as follows:

  - Main facility where aircraft & crews are based.  The following is assumed:
    - Permanent structure of sorts should there be a major repair, such as engine, gearbox change.  It is also necessary to service helicopters under cover. Same structure can be used for spares and ground equipment storage
    - Runway structure of sorts even if short
    - Fuel storage
    - Crew quarters

  o   Deployment bases of temporary nature.  Support equipment for 2 such deployments (in support of Mi-24 aircraft are catered for) each of a week in length with possible equipment and personnel

- **MAINTENANCE DOWNTIME**
  3-5 days at the most will be scheduled for 200hr service which requires around 120 hrs of work.  Scheduling will take place to ensure that 2 aircraft do not have same service requirements at same time.  The personnel recruited to do the operational support are capable of doing all the servicing's required.

## 2.1.3  GROUND SUPPORT & TEST EQUIPMENT

Ground support for the 4 x Mi-17 is proposed.  The list below is a list which will be compatible with that of the Mi-24 and thus has less equipment than normal.  If something additional is required during the 6 month operational deployment this will be optional to the operational budget for miscellaneous mishaps and requirements.



Ghanem_00000241-0003



*GATEWAY TO MENA*

### 2.1.3.1 LIST FOR BASIC EQUIPMENT\

| | Helicopter and engine | Description | QTY |
|---|---|---|---|
| 1 | Tow bar | 8AT-9800-00 | 1 |
| 2 | Hydraulic Jacks | 8AT-9907-00 | 4 |
| 3 | Portable pump unit | ПНА-1М | 1 |
| 4 | Multiporpose Ladder | 8AT-9917-00 | 1 |
| 5 | Wheel chocks | 245-9926-01 | 6 |
| 6 | Baleds Mooring Ropes | 246-9900-3080 | 5 |
| 7 | Swash Plate Sling | 8AT-9920-00 | 1 |
| 8 | Installation for engines preservation | 24-99-00 УКД-1 | 1 |
| 9 | Baled Tracking device | 8AT-9937-00 | 1 |
| 10 | Holder for trim tabs bending | 245-9918-00 | 1 |
| 11 | Goniometer for trim tabs of main rotor blades | 8AT-9939-00 | 1 |
| 12 | Sling for main rotor blades lifting | 8AT-9903-00 | 1 |
| 13 | Sling for main rotor hub lifting | 8AT-9921-00 | 1 |
| 15 | Greaser for oil filling in feathering hinge of tail rotor hub | 8-100 | 1 |
| 16 | Engine lifting beam | 8AT-9908-00 | 1 |
| 17 | Engine transportation and Pre-assembly trolley | 140-9802-00, У6360-0769 | 1 |
| 18 | Tool for blades wear checking | У6360-2455 | 1 |
| 19 | Engine and Main Gearbox Separating Fixture | 8AT-9913-00 | 1 |
| 20 | Tail Rotor Sling | 8AT-9925-100 | 1 |
| 21 | Portable Hydraulic Unit | 246-9977-00 | 1 |
| 22 | Fixture for play measurement | 6360/504 | 1 |
| 23 | Fixture  for measurement of bearing axial play | 6360/714 | 1 |
| 24 | Fixture  for checking of tail rotor wobbling | 8AT-9914-00 | 1 |
| 25 | Fixture  for checking of tail rotor misalignment | 8 0071-20 | 1 |
| 26 | Drain Hose for Fuel | 8A-99010-00A | 3 |
| 27 | Hose for draining of oil from main gearbox | 8AT-9918-00 | 1 |
| 28 | Hose for draining of oil from engine | 245-9981-00 | 1 |
| 29 | Fixture for main gearbox lifting | 8AT-9943-00 | 1 |
| 30 | Extractor for wheel tyres | СШ-04 | 1 |
| 31 | Ultrasonic unit for filters flushing | УЗУ-4-1,6 | 1 |
| 32 | Torque wrench, 7 kgf/m | 8AT-9102-130 | 2 |
| 33 | Torque wrench, 135 kgf/m | 8AT-9103-10 | 2 |
| 34 | Torque wrench, 300 kgf/m | 8AT-9114-00 | 2 |
| 35 | Torque wrench, 20 kgf/m | 8AT-9102-80 | 2 |
| 36 | Torque wrench, 0-200 kgf/m | M9500-100 | 2 |



*GATEWAY TO MENA*

| | | | |
|---|---|---|---|
| 37 | Fixture for fire-extinguisher bottles checking/charging | 6600-1570 | 1 |
| 38 | Special wrench for fire-extinguisher bottles | АПС-6600-240-8 | 1 |
| 39 | Tensometer with torque bushes | ИН-11 | 1 |
| 40 | Oil meter for oil level checking in  hinges | В1911М-02 | 1 |
| 41 | Oil meter for oil level checking in hinges | В1911М-03 | 1 |
| 42 | Tool for measurement of pressure in wheel tube | 246-9904-00 | 1 |
| 43 | Drain hose for AMG-10 | 245-9969-00 | 1 |
| 44 | Stand for main gearbox | 8АТ-9906-00 | 1 |
| 45 | Sling for tail rotor lifting | 8АТ-9925-100 | 1 |
| 46 | Datum leveling bar | 246-9982-00 | 1 |
| 47 | Metallic mirror | 8-AT-9107-01 | 1 |
| 48 | Framed mirror | 8АТ-9101-210 | 1 |
| 49 | Mirror with magnet | 8АТ-9101-150 | 1 |
| 50 | Tape measure 50m | 50m | 1 |
| 51 | Textolite hammer | 6420/0120 | 2 |
| 52 | Duralumin hammer | 6420/0130 | 2 |
| 53 | Set of airborne tools in case | 242-9100-7000 | 1 |
| 54 | Set of universal tools in case | 8АТ-9101-00 | 1 |
| 55 | Special tool | 8ТВ-9112-00 | 1 |
| 56 | Special tool | 8МТ-9102-00 | 1 |
| 57 | Tools set  for radioelectronic equipment | 8АТ-9107-00 | 1 |
| 58 | Tools set for electronic equipment | 8АТ-9106-00 | 1 |
| 59 | Tools set  for instruments | 8АТ-9108-00 | 1 |
| 60 | Tool box for engine | 7818.002 | 1 |
| 61 | Gages set | №2, №3 ГОСТ 882-64 | 2 |
| 62 | Lens 7 | ГОСТ 7594-55 | 1 |
| 63 | Measuring bucket | 4621А | 1 |
| 65 | Funnel for hydrosystem | 1-1-ОСТ110892-73 | 1 |
| 66 | Funnel for sediment collecting | 246-9927-7080 | 1 |
| 67 | Funnel for fuel | 2-2-ОСТ110892-73 | 1 |
| 68 | Littre can | 4623А | 1 |
| 69 | Pan for oil collecting | 242-9927-7100 | 1 |
| 70 | Pan | 4635А-1 | 1 |
| 71 | Funnel with filter | 246-9976-7000 | 1 |
| 72 | 300mm metallic ruler | 300mm | 1 |
| 73 | Main Rotor Hub Bench | 140-9907-00 | 1 |
| | **Aircraft equipment** | | |
| 74 | Grease Gun for generator bearings filling | 8Б-6455000 | 1 |
| 75 | Device for checking of ИВ-500Е | УПИВ-500 УПИВ-У | 1 |
| 76 | Device for ГТ40ПЧ8В generators phasing | 245-9974-00 | 1 |



# GATEWAY TO MENA

| 78 | Device for checking of 2ИА-6 equipment | КП-5 УПТ-1М | 1 |
|---|---|---|---|
| 79 | Control tachometer device | КТУ-1М | 1 |
| 81 | Pitot Static Checkout equipment | КПА-ПВД | 1 |
| 82 | Checkout installation | КПУ-3 | 2 |
| 84 | Device | ВД-10К | 2 |
| 85 | Device | УС-450К | 2 |
| 86 | Megohmmeter, 500V | М-4100/3 | 1 |
| 87 | Installation for manometers checking | ГУПМ-300 | 1 |
| 88 | Tester for checking of РИО-3 | ТПС-3 | 1 |
| 89 | Battery tester | АП | 2 |
| 90 | Re-winder | ПУ-67М | 1 |
| 91 | Variometer | ВАР-30МК | 1 |
| 92 | Installation for checking of АМП | УКАМП | 1 |
| 93 | Check point of ЭРД-3В | ПНК-3В | 1 |
| 94 | Installation for converters checking | УПП-1 УПП-1М УПП2 | 1 |
| 95 | Device for checking of РТ-12-6 | ПКРТ-27 | 1 |
| 96 | Device for three-pointer instruments checking | ЭУПМ-2М | 1 |
| 97 | Installation for fuel gauges checking | КПА-ТПР-1 | 1 |
| 101 | Checkout console of ССП | ПП-ССП | 1 |
| 102 | Checkout for АП-34Б checking | ПАА-34Б | 1 |
| 103 | Checkout for АГБ-3К checking | ПА-АГД-1 | 1 |
| 104 | Resistance box | Р-33 КМС-6 | 1 |
| 105 | Thermocuple exention | Loom-T/C | 1 |
| 106 | AI-9B thermocuple tester | AI-9B Loom-T/C | 1 |
| 107 | Testing Set for ТВ3-117  and  AI-9B Engines Starting Check | ИЧИ-4 | 1 |
| 109 |  Cable for СТГ3-2c Alternator Checking | СТГ-3 Extention loom | 1 |
| 110 | Cable for П-1 Simulator | П-1 Sim | 1 |
| 111 | Cable for ССП-ФК-2С checking | ССП-ФК Loom | 1 |
| 112 | Checking unit (with cables) for САРПП-12 Flight Data Recorder | КПА-САРПП-12 | 1 |
| 113 | BUR Flight Data Recorder Checkout Gear | КПА-4-1 БУР | 1 |
| 114 | Battery Checking Device | 12-САМ | 1 |
| | **Avionics** | | |
| 115 | Device for YADRO-1G1 Radio  checking | Блок 28 | 1 |
| 116 | Device for Baklan-20 Radio checking | КПА-Baklan-20 | 1 |
| 117 | Device for radio altimeters checking | КПА А-037, А-034-4-22 | 1 |
| 118 | Millivoltmeter | В3-13 | 1 |
| 119 | Digital Voltmeter | ВК2-6 | 1 |
| 120 | Microhmmeter | М246 | 1 |



*GATEWAY TO MENA*

| 121 | Pulse generator | Г5-15 | 1 |
|---|---|---|---|
| 122 | Voltammeter | Ц4313 | 1 |
| 123 | Oscillograph | C1-35 | 1 |
| 124 | Generator | Г4-11А | 1 |
| 125 | Noise generator | ГД-398 | 1 |
| 126 | Resistance box | Клас 0,1 | 1 |
| 127 | Megaohmmeter | М1101 М4100/3 | 1 |
| 128 | 100V Megaohmmeter | М4100/1 | 1 |
| 129 | DC Ammeter 0…..10A, 0,5 class | Ammeter 0…..10A | 1 |
| 130 | AC Voltmeter, 0…150V 400Hz, 0,5 class | Voltmeter, 0…150V | 1 |
| 131 | Output Power Meter | В3-10А | 1 |
| 132 | Voltmeter | В7-15, В7-16, В7-28 | 1 |
| 133 | Voltmeter | В3-41,В3-57 | 1 |
| 134 | Stopwatch | СМ-60 | 1 |
| 135 | DC bridge, class 0,5 | DC bridge | 1 |
| 136 | Dynamometer with 0,2kg scale | Dynamometer | 1 |
| 137 | Oscillograph | С1-64 С1-65 | 1 |
| 138 | Digital Voltmeter | В7-20, ВК-10А | 1 |
| 139 | Frequency meter | Д-506/3 | 1 |
| 140 | Frequency meter | Ч3-32, Ч3-54, Ч3-64, Ч3-34 | 1 |
| 141 | Galvanometer | ГМП | 1 |
| 142 | Generator | Г3-111 | 1 |
| 143 | Generator | Г4-106, Г4-107 | 1 |
| 144 | Modulation meter | СК3-46 | 1 |
| 145 | Autotransformer | ЛАТР-1 | 1 |
| 146 | Adjustable voltage source | ИРН-64 | 1 |
| 147 | Ground recorder | РИ-65Н | 1 |
| | **Aircraft armament** | | |
| 148 | Attachment for EKCP-46 checking | 242-9106-50 | 2 |
| 149 | Unit for check of safety angles of pivot bolt block | 245-9919-100 | 1 |
| 150 | Beam elevating key ASO-2V | И-Е7Р/575.80.00.000.0 | 2 |
| 151 | Bush for lock check | ИБДЗ-57КУ.Сб.3 | 2 |
| 152 | Control ball | 9-А-326Ш.Сб. | 2 |
| 153 | Wrench for selsyn | 9-А-020-И-2 | 2 |
| 154 | Control panel  for electric circuit of  missile system | ПКЦ-РС, ПКЦ-РСМ | 2 |
| 155 | Torque wrench 0-200 kg/cm | М9-500-100 | 1 |
| 156 | Caliper 0…250 | ШЦ-1-250 | 1 |
| 157 | Dynamometer  50 kgf/m | Dynamometer  50 | 1 |
| 158 | Tape measure 50m | 50m | 1 |



*GATEWAY TO MENA*

| 159 | Optical quadrant | КО-1, КО-30 | 1 |
|-----|------------------|-------------|---|
| 160 | Set of tools for БДЗ-57КрВ | БДЗ-57КрВ-Т | 1 |
| 161 | Tool | 242-9112-7000 | 1 |
| 162 | Tool | 242-9112-7100 | 1 |
| 163 | Tool | 242-9112-7200 | 1 |
| 164 | Tool | 242-9112-7300 | 1 |
| 165 | Tool | 242-9112-7400 | 1 |
| 166 | Tool | 242-9112-7500 | 1 |
| 167 | Cassette - probe | К1-Е7Р.575.50.00.000.0 | 1 |
| 168 | Cassette - probe | К1-Е7Р.575.60.00.000.0 | 1 |
| 169 | Adapter | 242-9983-20 | 1 |
| 170 | Adapter | 242-9983-30 | 1 |
| 171 | Tube for harmonisation | ТХП-12-80 | 1 |
| 172 | Tube for harmonisation | ТХП-7,62-80, УП-7-160 | 1 |



### 2.1.4  SPARES

The spares list is as below.  No alteration is made for the extra helicopters because of certain commonalities between Mi-24 and Mi-17.  Operational usage might determine certain short comings which will need to be replenished when the helicopters are in use.

| No. | Description | Part Number | QTY |
|---|---|---|---|
| 1 | Engine | ТВ3-117МТ | 1 |
| 2 | Main rotor blade | 8АТ-2710-000 | 1 |
| 3 | Main gearbox | ВР-14 | 1 |
| 4 | Main rotor hub | 8-1930-000 | 1 |
| 5 | Swash plate | 8-1950-000 | 1 |
| 6 | Tail rotor assy | 8-3904-000 | 1 |
| 7 | Fan Shaft Assy | 8А-6314-000 | 1 |
| 8 | Air-to-Oil Radiator | 5349Т | 1 |
| 9 | Shut-Off valve | 768600МА | 1 |
| 10 | Forked end trunnion | 8АП-0710-21 | 2 |
| 11 | Tail shaft | 8А-1516-000 | 1 |
| 12 | Intermediate gearbox | 8А-1515-000 | 1 |
| 13 | Exhaust pipe nozzle | 242-6810-20 | 1 |
| 14 | Lug | 8АП-0730-31 | 2 |
| 15 | Hydraulic damper | СДВ-5000-ОА | 1 |
| 16 | Solenoid valve | 610200А | 1 |
| 17 | Bracket | 8АТ-7502-11 | 2 |
| 18 | Bracket | 56-7511-401-2 | 2 |
| 19 | Bracket | 8АТ-9420С-40 | 2 |
| 20 | Bushing | 2414А57-8-11-7 | 6 |
| 21 | Bushing | 2414А57-8-10-3 | 6 |
| 22 | Bushing | 2414А57-8-11-7 | 6 |
| 23 | Tachometer gauge | Д-2МТ | 1 |
| 24 | Hinge | 8АТ-7502-71 | 2 |
| 25 | Cable assy | 8-5200-08/1 | 2 |
| 26 | Bushing | 2414А57-8-10-6 | 4 |
| 27 | Main Rotor Brake | 56-1400-00 | 1 |
| 28 | Bolt | 3027А-30-3.5 | 5 |
| 29 | Two channel solenoid | ГА-185У | 1 |
| 30 | Cable assy | 8-5200-03/2 | 2 |
| 31 | Hinge | 8АТ-0200-5013 | 1 |
| 32 | Hinge | 8АТ-0200-5035 | 1 |
| 33 | Temperature Controller | ТЭР-1М | 3 |

## GATEWAY TO MENA

| 34 | Lower Hinge | 8AT-0700-23 | 2 |
|----|-------------|-------------|---|
| 35 | Lower Hinge | 8AT-0700-43 | 2 |
| 36 | Upper Hinge | 8AT-0700-13 | 2 |
| 37 | Upper Hinge | 8AT-0700-33 | 2 |
| 38 | Lower Hinge | 8AT-0700-21 | 2 |
| 39 | Lower Hinge | 8AT-0700-41 | 2 |
| 40 | Upper Hinge | 8AT-0700-11 | 2 |
| 41 | Upper Hinge | 8AT-0700-31 | 2 |
| 42 | Bolt | 3014A-8-16-4 | 6 |
| 43 | Brake Cable assy | 56-1400-84 | 2 |
| 44 | Pressure transmitter | ИДТ-8 | |
| 45 | RPM Indicator | ИТЭ-2Т | 1 |
| 46 | Bearing support | 1600-03 | 1 |
| 47 | Bolt | 3051A-6-38-3 | 2 |
| 48 | Bolt | 3001A-8-78 | 2 |
| 49 | Shaft | 1340051-6-32-28,5 | 1 |
| 50 | Inductive sensor | ИД-100 | 1 |
| 51 | Bolt | 3027A-8-6-4 | 2 |
| 52 | Transmitter | УЗП сер. 2 | 1 |
| 53 | Temperature bulb | П-1 | 3 |

### 2.1.5  DOCUMENTS

A full set of documents will be provided.

### 2.1.6  MUNITIONS

No Munitions will be supplied for the Mi-17/Mi-8 MTV unless the beams are ordered as an optional extra together with weaponry pods and thus the ammunition.

### 2.1.7  PERSONNEL

#### 2.1.7.1  FLYING CREW

A total of 20 flying crew is budgeted for to enable leave period every 6 week period on a rotation basis without a break in operations.  There is an overlap of crews to enable effective handover and airline schedules.  Included is an insurance levy as well as a monetary reserve for medical evacuation and repatriation of injured crews. Crews only get paid on station.

#### 2.1.7.2  TECHNICAL CREW

Same as above but crew's total 6 as some of the flying crews double as technical staff.

*GATEWAY TO MENA*

### 2.1.8   FUEL ESTIMATES (WORST CASE SCENARIO)

Mi-17: 80 hr x 4 per month x 1000kg =320000ltr @ $1.50Ltr

## 2.2   MI-8-17-171/2: BASIC

**Product Code:** H-MI17-002
**Support documents:** Technical Proposal (DN: To be issued), Spares (DN: To be provided), Commercial (DN: To be provided)

**Description**

**Clarification of designations**

The Mi -17 is a general reference to the following aircraft with certain varying capability:

- Mi-8 T versions with TV-2-engines with VR-8 gearbox- Earlier models from around 1975 year of manufacture

- Mi-8MCB versions with MI- TB3-117BMA CBM1B 4E engines. Modified VR-14 Main Gearbox.

- Mi-8 MTV versions with TV-3-117MT, MTV versions of engine with associated VR -14 Main Gearbox.

- Mi-17 (export designation of Mi-8 MT/MTV series).  This aircraft has TV-3- 117 MT or MTV engines.  A mix of the two types is logistically compatible

- Mi-171/2 is a new series of "Mi-17" with modifies airframe to include port and starboard doors as well as a rear ramp

### General Description

The Mi-17 is a multifunctional transport helicopter, with superb performance characteristics, capable of performing flights in marginal conditions. This multipurpose transport aircraft is a single-rotor helicopter with a conventional tail rotor.   The main Rotor has five blades with the tail rotor having three blades. The helicopter has tricycle landing gear (with a nose wheel).



# GATEWAY TO MENA

The Mi-17 range of aircraft installed with TV3-117VM engines allow a full performance envelope in operational conditions, especially in high temperatures and reduced air conditions. The auxiliary power unit provides self-regulation of helicopter operation. Mi-17 helicopter in transport and passenger versions can fulfil the following missions:

- transport up to 35 passengers;

- transport up to 4000 kg cargo in the cargo cabin;

- transport up to 4000 kg on the external sling;

- transport of 12 stretcher cases accompanied by medical personnel;

- lifting, loading and unloading of cargoes in flight;

- search and rescue missions;

- fire-fighting operations;

- carrying of up to 14 persons in VIP cabin.

- Weapons capability with weapons beams and systems installed





*Figure 1: Mi-17 with weapons beams 3 x C-8 rocket pods*

**Specification**

Technical:  A separate detailed specification document is available on request. A basic specification follows:

|   |  | **Mi-17** |
|---|---|---|
| 1 | Engine type | TB3-117VM |
| 2 | Max Output power (hp) | 2 x 2200 hp |
| 3 | Engine starting system | APU |



*GATEWAY TO MENA*

| 4 | Operating ceiling (m) | 6000 |
|---|---|---|
| 5 | Definition Dynamic ceiling(m) | 6300 |
| 6 | Practical range (km) | 740 |
| 7 | Fuel consumption (l/h) | 2 x 215 g/hr |
| 8 | Max all up weight (kg) | 13 000 |
| 9 | Standard takeoff weight (kg) | 11100 |
| 10 | Internal cargo, max (kg) | 4 000 |
| 11 | External cargo, max (kg) | 4 000 |
| 12 | Cruise speed at 1000m (km/h) @ standard takeoff weight @ max takeoff weight | 220-230 205-215 |
| 13 | Range with one external Tank | 900km |
| 14 | Maximum ambient temperature @ constant output power | +60°C |

# GATEWAY TO MENA

**Delivery status:**

**Used:**  A delivery in this state is on condition and on availability. (Commercial considerations to be negotiated prior to sourcing)

**Refurbished:** In this instance suitable airframes are found and returned to Original Equipment Manufacturer (OEM) Plant for full refurbishment.  The status on completion is as follows:

- Full resources on airframe: 7000hr and 8 years
- Full resources on major components:
  - Engines ;Time between Overhaul (TBO): 2000hrs and 8 years
  - Auxiliary Power Unit(APU): TBO =1800 starts and 300 hrs
  - Main Gearbox – TBO is 3000hrs and 8 years
  - Maximum resources on all major equipment such as rotor head/swash plates, auxiliary gearboxes etc.

- New main & tail rotor blades.
- Fully corrosion treated and painted in Client colour

**Stock**

|  | New | Used | Refurbished |
|---|---|---|---|
| Availability | Only 171 | Yes conditional | Yes |

**Warranty**

Used:  As is condition.  No warranty usually supplied but is case dependant
Refurbished: Warranty is 300hrs and 1 calendar year.

## 2.3   MI-8/17/171 OPTIONS

The Mi-17 can be modified and fitted with various equipment to standardise its use for specific operations required by certain clients.  These options can be fitted on site after deliveryThe following is a condensed list of items and systems than can be offered:

**Technical Descriptions:**

On request only:

**Optional Equipment**

| No | Description | Included/Excluded |
|---|---|---|
| 1 | Spares 1:1 | Included in spares |
| 2 | NVG modification including Goggles spares package, spares & ground training | Excluded |
| 3 | Chadwick blade balancing system | Excluded |
| 4 | ACO-2B Chaff & Flare | Excluded |
| 5 | BYR-2 Digital data recorder | Excluded |
| 6 | ADROS IR jamming system | Excluded |



| 7 | Weapons Beams | Excluded |
|---|---|---|

*GATEWAY TO MENA*

**Munitions**



The Mi-17 can have weapons beams fitted which can carry all the munitions that the Mi-24 can carry with the exception of the ATAKA guided missile.

*Figure 2: Mi 17 weapons beams*

# *GATEWAY TO MENA*

## 1  PROPOSAL: 4 X MI 24'S

This proposal is based on a verbal request and is supplied in generic form.  Certain assumptions are made due to lack of written directive and knowledge of end user.

### 1.1  ASSUMPTIONS

- Original copies of end user certificates from a non-embargoed End User
- All expenses are to be pre-paid up front in order complete negotiations and contracting
- Flying hours for calculations is assumed at 960 hours per year per helicopter for both types (worst case scenario) practically would entail 480 per a/c per year which extrapolates to 80 hrs per a/c per month.
- Infrastructure for repairs is available
- Infrastructure to house personnel is available

## 2  HELICOPTERS

### 2.1  OPERATIONS REQUIREMENTS

In order to operate a flight of compatible helicopters such as 4 x Mi-24, for any reasonable period, a support system is required.  Ideally 2 x extra Mi-17 should be considered if prolonged operations are required. This is a requirement despite this being only a proposal for Mi-24 Helicopters
To adequately support these helicopters for a limited period, the following is recommended.
Note: helicopters, ground support equipment and spares should be adequate for a period of 2 years:

### 2.1.1  HELICOPTERS

Fully serviceable or fully refurbished units of the following are recommended.  They will have a warranty period of 1 year and 200-300 hours.  No TBO will be required for many years with only periodic servicing.  Suggested helicopters:

- o  4 x Mi-24

### 2.1.2  OPERATIONAL APPLICATION SCENARIO

- ▪ **PERIOD OF OPERATION** (calculation purposes only)

# GATEWAY TO MENA

- o Once aircraft (fully refurbished) are delivered they will be capable of operations for at least 2 years in terms of ground support & test equipment and most spares. A life before TBO should be around 8 years.

- o A 6 month operation period is provided as an example of the requirement in terms of fuel, crews, consumables etc.  Ammunition can be recommended but its use is entirely a Client consideration

- **DEPLOYMENT SCENARIO**
  - o Deployment calculated for in terms of support equipment is as follows:

    - Main facility where aircraft & crews are based.  The following is assumed:
      - Permanent structure of sorts should there be a major repair, such as engine, gearbox change.  It is also necessary to service helicopters under cover. Same structure can be used for spares and ground equipment storage
      - Runway structure of sorts even if short
      - Fuel storage
      - Munitions storage
      - Crew quarters

  - o Deployment bases of temporary nature.  Support equipment for 2 such deployments of a week each is included in possible equipment and personnel

- **MAINTENANCE DOWNTIME**
  3-5 days at the most will be scheduled for 200hr service which requires around 120hrs of work.  Scheduling will take place to ensure that 2 aircraft do not have same service requirements at same time

## 2.1.3   GROUND SUPPORT & TEST EQUIPMENT

Ground support for the 4 x Mi-24 is proposed.  A detail list with part numbers will be available on contracting with the suppliers is available.  This is only reflected as a line item in the commercial table.

## 2.1.4   SPARES

Same as for para 2.1.3

## 2.1.5   DOCUMENTS

A full set of documents will be provided.



*GATEWAY TO MENA*

### 2.1.6  MUNITIONS

A nominal quantity for each type is placed in the commercial table.  Despite many types of munitions being available only C-8 rockets and 12.7mm nose turret gun is reflected.

### 2.1.7  PERSONNEL

#### 2.1.7.1  FLYING CREW

A total of 20 flying crew is budgeted for to enable leave period every 6 week period on a rotation basis without a break in operations.  There is an overlap of crews to enable effective handover and airline schedules.  Included is an insurance levy as well as a monetary reserve for medical evacuation and repatriation of injured crews. Crews only get paid on station.

#### 2.1.7.2  TECHNICAL CREW

Same as above but crew's total 6 as some of the flying crews double as technical staff.

### 2.1.8  FUEL ESTIMATES (WORST CASE SCENARIO)

Mi-24: 80 hr x 4 per month x 1000kg =320000ltr @ $1.50Ltr





*Figure 1: Mi-24*

Ghanem_00000241

*GATEWAY TO MENA*

## 2.2   MI-24 V: BASIC DESCRIPTION

**Support documents:** Technical Proposal (DN: To be issued), Spares (DN: To be provided), Commercial (DN: To be provided)

<u>Description</u>

The Mi-24 is a two crew (Pilot & Weapons System Officer) combat helicopter capable of carrying 8 x equipped troops in a cabin.  The helicopter has 2 x TV-117V engines with an output of 2200hp each.

**Stub Wings:** Each stub wing has 3 weapons stations capable of 1200kg of ordinance each.  This mix can be a variation of:

- External fuel tanks
- A variety of bombs up to a maximum of 500 kg per single station
- C5 (57mm) ballistic rockets-older ordinance
- C-8 (80mm)ballistic rockets-in use by most users
- KMGU-23 combined 23mm cannon and grenade launcher
  **Note:** choice of weaponry is a Client prerogative and suspended launchers are optional

**Nose Gun:** The WSO is equipped with sighting, arming systems as well as a 12.7mm turreted cannon.  Round capacity is 1200.  The round a universal 12.7mm and can be taken from any ground forces source.

**Operational advantages:**  The range of the helicopter is around 430km (dependant on conditions) using internal fuel @ max speed of 320km.  Refuelling can be done using gravity, and ammunition loading is by hand with the minimum of ground equipment.

<u>Specification</u>

Technical:  A separate detailed specification document is available on request.

**Delivery status:**

> **Used:**  A delivery in this state is on condition and on availability. (Commercial considerations to be negotiated prior to sourcing)

> **Refurbished:** In this instance suitable airframes are found and returned to Original Equipment Manufacturer (OEM) Plant for full refurbishment.  The status on completion is as follows:

- Full resources on airframe: 4000hr and 8 years
- Full resources on major components:
  - Engines ;Time between Overhaul (TBO): 2000hrs and 8 years



*GATEWAY TO MENA*

- o  Auxiliary Power Unit(APU): TBO =1800 starts and 300 hrs
- o  Main Gearbox – TBO is 3000hrs and 8 years
- o  Maximum resources on all major equipment such as rotor head/swash plates, auxiliary gearboxes etc.

- New main & tail rotor blades.
- Fully corrosion treated and painted in Client colour

**Stock**

|  | New | Used | Refurbished |
|---|---|---|---|
| Availability | Not available | Yes conditional | Yes |

**Warranty**
Used:  As is condition.  No warranty usually supplied but is case dependant
Refurbished: Warranty is 200hrs and 1 calendar year.

## 2.2.1  MI-24 OPTIONS
The Mi-24 can be modified and fitted with various equipment to standardise its use for specific operations required by certain clients.  The following is a condensed list of items and systems than can be offered:  This can in most cases be done after delivery and on site.

**Technical Descriptions:**

On request only:

**Optional Equipment**

| No | Description | Included/Excluded |
|---|---|---|
| 1 | Spares 1:1 | Included in spares list |
| 2 | SAFT Nicad batteries & servicing laboratory | Excluded |
| 3 | NVG modification including Goggles spares package, spares & ground training | Excluded |
| 4 | Chadwick blade balancing system | Excluded |
| 5 | ACO-2B Chaff & Flare | Excluded |
| 6 | BYR-2 Digital data recorder | Excluded |
| 7 | ADROS IR jamming system | Excluded |

**Munitions**

- **12.7mm  Ammunition**



00105283

Ghanem_00000241

# *GATEWAY TO MENA*

- Caliber: 12.7 x 108mm
- Rate of Fire: 4000/4500 rounds per min
- Muzzle velocity: 810 per sec
- Effective range: 1500 m

- **C-8 Rocket**



- Rockets in pod : 20
- length x diameter: 2760 x 520mm
- weight, empty: 160 kg
- weight, loaded: 282 kg

- **ATAKA GUIDED MISSILE**



- Range:1000-5800m
- Mass:  50kg
- Calibre : 130 mm
- Speed: 550 m/sec
- Max on aircraft : 8 per helicopter

- **Universal Cannon container УПК23-250**



- Range: 2000m
- Calibre : 23mm x 2 barrels
- Speed: 550 m/sec
- Rate of fire: 3/400 rounds per sec
- Ammo load: 250 rounds

- **Grenade launcher 9-A-800 (30mm grenade)**



*GATEWAY TO MENA*



- Range: 800-1700m
- Calibre : 30mm
- Weight : 18 kgs
- Rate of fire: 350-400 per min
- Ammo load: 30 grenades per box

Ghanem_00000241



# GATEWAY TO MENA

- **Mine Launcher КМГУ-2**



Launch fragmented fire and accumulative warheads
- Internal units: 8 with mined
- Mass: 540 kg full container
- Application altitude 100 -16000m
- Launch speed: < 500km

- **Rocket C-24(240mm)**



- Range: 2000m
- Calibre : 23mm x 2 barrels
- Speed: 550 m/sec
- Rate of fire: 3/400 rounds per sec
- Ammo load: 250 rounds


# GATEWAY TO MENA

**07032014O-IQ**

July 03 2014
Gateway to MENA. Reference Number 07032014O-IQ, hereby submit an official offer of OEM (Original Equipment Manufacturer) military weapons.

| № | Items | Year of Manuf. | Origin | Quantity | Price per Item USD | Total Price USD |
|---|---|---|---|---|---|---|
| 1 | **Sukhoi Su-25**<br>**3 months for delivery** | 2013 new | Georgia | **6** | **$20,000,000** | **$ 120,000,000.** |
| 2 | **Mi 24/35**<br><br>**3 months for delivery** | 1985,19 87,1988 | RU/ Georgia | **6** | **$9,400,000** | **$56,400,000** |
| 3 | **ZPU 14.5mmUlan-Ude MI-17 Aerial Gunships**<br>**subject to export clearance**<br>**Crewed a $1,500,000.00 Per Month, minimum 6 months contract 24 pilots including 08 instructors  32 service technicians and mechanics**<br>**(Peruvian, Mexican, Belorussian nationalities ) GSE support**<br>**1,000 hours before next overhaul**<br>**Includes:   5000 x S5 MKO rockets with 36 pods  UB32 + 150 x Fab 100-120 bombs** | 1981-1986 | RU | **6** | **$66,000,000** | **66,000,000** |
| 4 | **Transport Helicopters Mi-17 (Mi-8 MTV) with the fuselage and main aggregates undergone a complete overhaul** | 1987 | RU | **2** | **$9,800,000** | **$19,600,000** |
| 4 | **Mi-24 Fully refurbished painted in Client color 8 x C-8 Pods Gunship** | 1986, 88, 89, 85 | Ukraine | **4** | **$7,600,000** | **$30,400,000** |
| 5 | **Mi-17 Fully refurbished painted in Client color 8 x C-8 Pods Gunship** | 1985, 86, 87, 86 | Ukraine | **4** | **$9,800,000** | **$39,200,000** |
| 6 | <u>**Observation and Surveillance Balloon**</u> **with Laser and rocket launcher**<br>**2 months for delivery** | New | USA, Ukraine, South Africa | **5** | **$ 1,600,000** | **$ 8,000,000** |
| 7 | **MI-17V-5 (MI-171E)** | New | Russia | **8** | **$17,800,000** | **$142,400,000** |

| № | Items | Year of Manuf. | Origin | Quantity | Price per Item USD | Total Price USD |
|---|---|---|---|---|---|---|
| 9 | **82mm Mortar Shells** | 1994 | RS | 20,000 | $82.00 | $1,640,000.00 |
| 10 | **M1943 (120-PM-43)** 120mm Mortar Launcher | 1981 | RU | 100 | $14,500.00 | $1,450,000.00 |
| 11 | **Sniper Rifle SVD** 7.62×54mmR | New | RU | 1,000 | $5,500.00 | $5,500,000.00 |
| 12 | **7.62×54mmR** | New | BH | 500,000 | $750.00/1K | $375,000.00 |
| 13 | **PK Machine Gun** Bipod Stock | 1990 | RU | 1,000 | $3,600.00 | $3,600,000.00 |
| 14 | **Dshk 12.7 Machine Gun** Tripod stock | 1987 | RU | 100 | $14,500.00 | $1,450,000.00 |
| 15 | **RPG 7 Launchers** | 1990 | RU | 1,000 | $2,900 | $2,900,000.00 |
| 16 | **PG-7VL A/T** | New | BG | 3,000 | $975.00 | $2,925,000.00 |
| 17 | **PG-7VLT Tandem** | New | BG | 2,000 | $1,800.00 | $3,600,000.00 |
| 18 | **AK47 Rifles** 7.62×39mm | 1985 | RU | 15,000 | $290.00 | $4,350,000.00 |
| 19 | **7.62×39mm Ammunition** | 1982 | RU | 20,000,000 | $215.00/1K | $4,300,000.00 |
| 20 | **SPG 9  Kopye** | New | BG | 75 | $27,500.00 | $2,062,500.00 |
| 21 | **PG-9V  AT** | New | BG | 870 | $1,075.00 | $935,250.00 |
|  |  |  |  |  |  |  |



GATEWAY TO MENA

| N☺ | Items | Year of Manuf | Quantity Ready Ship | Price per Item USD | Total Price USD | Origin |
|---|---|---|---|---|---|---|
| 1. | AK-47   wood stock<br>Days For shipping:  Immediately after EUC is approved by government of Export | Stock 1985+ | 1,000 | $ 360 | $ 360,000 | Russia |
| 2. | **RPG-7  Anti-Tank Launcher 85 mm**<br>Days For shipping:  Immediately after EUC is approved by government of Export | Stock | 55 Launchers | $ 2,200 | $ 121,000 | Russia |
| 3. | **PGO-7 (2.7x) or UP -7V Telescopic sight** | Stock | 55 Sights | $ 1,890 | $ 103, 950 | Russia |
| 4. | RPG -7 | Stock | 55 Launchers | $ 2,300 | $126, 500 | Russia |
| 5. | PGO-7 (2.7x) or  UP-7V Telescope sight | Stock | 55 sights | $ 1,950 | $107, 250 | Russia |
| 6. | PG-7VL  85mm Heat Projectiles | Stock | 20,000 projectiles | $ 480 | $ 9,600,000 | Russia |
| 7. | Black Arrow 93  12.7 X 108 sniper rifle with 8x32 optics | 2014 | 50 | $ 18,000 | $ 900,000 | Serbia |
| 8. | ORSIS 5000 .338 LP Sniper Rifle | 2014 | 100 | $ 17,000 | $ 1,700,000 | Russia |
| 9. | ZPU-14.5 mm | 1984+ | 10 | $ 44,000 | $ 440,000 | Russia |
| 10. | PK/PKS  Machine Gun | 1987+ | 449 | $ 4,500 | $ 2,020,500 | Russia |
| 11. | 5.45mm Tantal wz. 88 | 1999+ | 2,500 | $ 400 | $ 1,000,000 | Poland |
| 12. | RPG 2 Launchers | 1986+ | 1500 | $ 2,300 | $ 3,450,000 | Russia |
| 13. | SPG 9 Kopye | 1986+ | 3 | $ 22,000 | $ 66,000 | Russia |
| 14. | ZSU-23-4 Shilka | 1980 (3 months for shipping) | 3 | $ 650,000 | $ 1,950,000 | Russia |
| 15. | Dushk –M 12,7mm | 60 days for shipping | 200 | $ 13,200 | $ 2,640,000 | Russia |
| 16. | 14 mm towed machine Gun single Barrel | 21 days for shipping | 30 | $ 12,900 | $ 387,000 | Croatia |
| 17. | 14.5 mm Gun ZPU | 40 days for shipping | 100 | $ 7,900 | $ 790,000 | Chez |
| 18. | 14.5 mm KPV/T Gun | 40 days to ship | 30 | $3.200 | $ 96,000 | Chez |
| 19. | ZU -23-2 A.A Machine gun 2 Barrel | 60 days to ship | 30 | $ 49,000 | $ 1,470,000 | Russia |
| 20. | 7.62 X 54 mm PKM Machine Gun Bi-pod | 60 days to ship | 450 | $ 4,200 | $ 1,890,000 | Russia |
| 21. | Three Pod for PKM | 60 days to ship | 450 | $ 820 | | |

Ghanem_00000241-0003



# GATEWAY TO MENA

| N☺ | Items | Year of Manuf | Quantity Ready Ship | Price per Item USD | Total Price USD | Origin |
|---|---|---|---|---|---|---|
| 22. | Machine Gun PK(M) | 12 days to ship | 350 | $ 2,950 | $ 1,032,500 | Bulgaria |
| 23. | PKM 7.62 mm Machine gun | 45 days to ship | 700 | $ 3,920 | $ 2,744,000 | Yugoslavia |
| 24. | **Machine Gun PK (M84)** | 45 days to ship | 700 | $ 2,300 | $ 1,610,000 | Croatia Refurbished |
| 25. | PKM 7.62 mm Machine Gun | 45 days to ship | 700 | $ 3,920 | $ 2,744,000 | Yugoslavia |
| 26. | 7.62 X 54mm Machine Gun type UK-59 with Fplded or Fixed stock | 30 days to ship | 500 | $ 1,275 | $ 637,500 | Chez |
| 27. | Long Range Sniper | 60 days to ship | 100 | $14,200 | $ 1,420,000 | Serbia |
| 28. | RPG 7 A.T Launcher | 60 day to ship | 400 | $ 2,190 | $ 876,000 | Russia |
| 29. | Rocket Launcher RPG | 45 days to ship | 500 | $1,480 | $ 740,000 | Croatia |
| 30. | Rocket Launcher RPG-7(v) | 14 days to ship | 700 | $ 1,790 | $ 1,253,000 | Bulgaria |
| 31. | SPG 9 complete with optical scope +ZIP 1:1 | 45 days to ship | 50 | $ 13,750 | $ 687,500 | Chez |
| 32. | AK 47 refurbished 3 magazines fixed or folded stock | 45 days to ship | 20,000 | $ 180 | $ 3,600,000 | Croatia |
| 33. | AKM(S) 7.62 X 39 | 12 days to ship | 20,000 | $ 270 | $ 5,400,000 | Bulgaria |
| 34. | V-58 Assault rifle 7.62X39mm | 30 days to ship | 4000 | $ 150 | $ 600,000 | Chez |
| 35. | 23mm ZSU-4 Shilka Tank | 60 days to ship | 4 | $ 180,000 | $ 720,000 | Russia |
| 36. | AK 47 M-70  7.62X 39mm | Ready to ship | 12,000 | $ 195 | $ 2,340,000 | Serbia |
| 37. | RPK M-72  7.62X39mm | Ready to ship | 2,800 | $ 245 | $ 686,000 | Serbia |
| 38. | PKM M-84  Tri pod | Ready to ship | 1200 | $ 1,785  $ 600 | $ 2,142,000  $ 720,000 | Serbia  Serbia |



*GATEWAY TO MENA*

| N☺ | Items | Year of Manuf | Quantity Ready Ship | Price per Item USD | Total Price USD | Origin |
|---|---|---|---|---|---|---|
| 39. | 60mm Mortar M57 Bi pod | New 40 days to ship | 100 | $2,300 | $ 230,000 | Bosnia |
| 40. | 60mm Mortar M70 Bi pod Commando | New 40 days to ship | 100 | $ 3,200 | $ 320,000 | Bosnia |
| 41. | **82mm M69A Mortar Bi Pod** | New 40 days to ship | 30 | $ 3,180 | $ 95,400 | Bosnia |
| 42. | 60mm Mortar M70 | Ready to ship | 100 | $ 2,680 | $ 268,000 | Yugoslavia |
| 43. | 60mm Mortar M57 | Ready to ship | 200 | $ 3875 | $ 775,000 | Yugoslavia |
| 44. | 82mm Mortar M69A | Ready to ship | 100 | $ 4500 | $ 450,000 | Yugoslavia |
| 45. | 120mm Mortar M75 | Ready to ship | 25 | $ 14,000 | $ 350,000 | Yugoslavia |

Ghanem_00000241-0005



| N☺ | Items | Year of Manuf | Quantity Ready Ship | Price per Item USD | Total Price USD | Origin |
|---|---|---|---|---|---|---|
| 46. | **7.62 x39mm (Loose)** AK-47 Ammunition Days For shipping:  Immediately after EUC is approved by government of Export | Stock 1981+ | 3,000,000 | $ .17 | $ 510,000 | Russia |
| 47. | **7.62 x54mm (Belted)** PKM Ammunition Days For shipping:  Immediately after EUC is approved by government of Export | Stock 1978+ | 1,000,000 | $ .39 | $ 390,000 | Russia |
| 48. | **PG-7VR** 85mm HEAT Tandem Projectiles Days For shipping: Immediately after EUC is approved by government of Export | New or Stock 2013+ | 1,000 | $ 695 | $ 695,000 | Russia |
| 49. | PG-7VR  85 mm HEAT Projectiles | New stock | 2,000 | $ 650 | $ 1,300,000 | Bulgaria |
| 50. | Ammunition 7.62 X 54 for PKC | 1975 | 1,000,000 | $ .25 | $ 250,000 | Russia |
| 51. | Ammunition 7.62 X 39 for AK 47 | 1975 | 1,000,000 | $ .18 | $ 180,000 | Russia |
| 52. | **7.62 x39mm (Loose)** AK-47 Ammunition | 1984+ | 30,000,000 | $ .15 | $ 4,500,000 | Ukraine |
| 53. | RPG- 75 cartridge  68mm | 90's+ | 9,000 | $ 820 | $ 7,380,000 | Bulgaria |

Ghanem_00000241-0006



# GATEWAY TO MENA

| tem | Type | QTY | Unit Price USD | Total Price USD |
|---|---|---|---|---|
| 1. | MI-17 | 4 | $4,511,765 | $18,047,060 |
| 2. | MI-14 | 8 | $880,000 | $7,040,000 |
| 3. | Mi-171. | 8 | $22,000,000 | $176,000,000 |
| 4. | MI-24 V | 10 | $900,000 | $9,000,000 |
| 5. | MI-24 P | 6 | $1,800,000 | $10,800,000 |
| 6. | BTR-80 | 200 | $190,000 | $38,000,000 |
| 7. | DshK-M 12,7mn | 200 | $13,800 | $2,760,000 |
| 8. | Kpvt 14,5mm | 200 | $14,800 | $2,960,000 |
| 9. | SA-58 magazin AK-47 | 50000 | $155 | $7,750,000 |
| 10. | AMD-65 | 20,000 | $170 | $3,400,000 |
| 11. | PKM 762 | 450 | $4,486 | $2,018,700 |
| 12. | SV sniper | 100 | $11,000 | $1,100,000 |
| 13. | BM-21 Grad | 60 | $195,500 | $11,730,000 |
| 14. | BMP-1 | 100 | $130,000 | $13,000,000 |
| 15. | BMP-2 | 200 | $224,000 | $44,800,000 |
| 16. | T-55 | 250 | $85,000 | $21,250,000 |
| 17. | T-72 | 105 | $110,000 | $11,550,000 |
| 18. | T-55,T-72 simulator | 2 | $34,000 | $68,000 |
| 19. | T-72 laser gun | 8 | $37,200 | $297,600 |
| 20. | P-18 radar system | 4 | $2,200,000 | $8,800,000 |
| 21. | Pontoon bridge | 2 | $2,000,000 | $4,000,000 |
| 22. | IGLA | 95 | $88,300 | $8,388,500 |
| 23. | ZU-23 | 30 | $48,000 | $1,440,000 |
| 24. | Scorpio | 20000 | $180 | $3,600,000 |
| 25. | RPG-7V | 250 | $2,650 | $662,500 |
| 26. | PG-7 | 4000 | $1,600 | $6,400,000 |
| 27. | RPG-9V | 100 | $4,285 | $428,500 |
| 28. | PG-9 | 2000 | $1,850 | $3,700,000 |
| 29. | FAB-100 bomb | 100 | $260 | $26,000 |
| 30. | FAB-250 bomb | 100 | $410 | $41,000 |
| 31. | D-30 gun | 100 | $26,000 | $2,600,000 |
| 32. | ZU-2 | 45 | $18,800 | $846,000 |

# *GATEWAY TO MENA*

| | ITEMS | QTY | Unit price USD | Total price | Production |
|---|---|---|---|---|---|
| 1 | Round with antitank grenade PG – 7V (VM) | 30,000 | 255 | $7,658,823.53 | 2014 |
| 2 | Round with antitank grenade PG-7 | 17,000 | 135 | $2,300,000.00 | after 1985 |
| 3 | Round for RPG-7 with antipersonnel grenade OG – 7V | 50,000 | 115 | $5,764,705.88 | 2014 |
| 4 | Round with antitank grenade PG – 9V | 20,000 | 351 | $7,011,764.71 | 2014 |
| 5 | Round for SPG-9  with antipersonnel grenade OG – 9V | 20,000 | 352 | $7,035,294.12 | 2014 |
| 6 | AT Missile System KONKURS: | | - | $0.00 | |
| | -    Launcher 9P135M1 | 100 | 40,353 | $4,035,294.12 | |
| | -    Missile 9M113 | 300 | 18,176 | $5,452,941.18 | |
| 7 | Cartridge 7,62 x 39 mm | 5,000,000 | 0.14 | $685,714.29 | after 1980 |
| 8 | 12,7 mm (API, APIT) | 1,500,000 | 4 | $5,343,750.00 | after 1980 |
| 9 | 14,5 mm (API, APIT) | 1,000,000 | 6 | $6,250,000.00 | after 1980 |
| 10 | 122 mm Rocket for BM-21 MLRS | 10,000 | 684 | $6,835,294.12 | after 1986 |
| 11 | 57 mm unguided rocket "S – 5/KO,KP/ | 30,000 | 452 | $13,552,941.18 | 2014 |
| 12 | 80 mm unguided rocket "S – 8/KOM | 15,000 | 2,071 | $31,058,823.53 | 2014 |
| 13 | Machine Gun PK(M) | 350 | 2,924 | $1,023,235.29 | New from stock/unused |
| 14 | Light Antitank Rocket Launcher - RPG-7(V) | 700 | 1,792 | $1,254,235.29 | New from stock/unused |
| 15 | 7.62 x 39 mm AKM(S) Assault Rifle | 20,000 | 260 | $5,200,000.00 | New from stock/unused |

Ghanem_00000241-0008



*GATEWAY TO MENA*

| Por_abs | Type | Denomination | Year of production | Origin | QTY | Unit Price $ | Total Price $ |
|---|---|---|---|---|---|---|---|
| 1 | Ammunition | 100 mm HE for T-55 | 86+ | RU | 35,000 | $142.86 | $5,000,000.00 |
| 2 | Ammunition | 100 mm HEAT for T-55 | 72+ | RU | 6,500 | $131.43 | $854,285.71 |
| 3 | Ammunition | 100 mm HE for MT-12 | 76+ | RU | 7,200 | $157.14 | $1,131,428.57 |
| 4 | Ammunition | 100 mm HEAT for MT-12 | 84+ | RU | 8,500 | $144.29 | $1,226,429 |
| 5 | Ammunition | 100 mm APFSDS for MT-12 | 80+ | RU | 9,500 | $158.57 | $1,506,429 |
| 5 | Ammunition | 125 mm HE for T-72 | 83+ | RU | 7,500 | $448.57 | $3,364,286 |
| 6 | Ammunition | 125 mm HEAT for T-72 | 76+ | RU | 2,000 | $407.14 | $814,286 |
| 7 | Ammunition | 125 mm APFSDS for T-72 | 75+ | RU | 4,100 | $442.86 | $1,815,714 |
| 8 | Ammunition | 73 mm PG-15 V for BVP-1 | 82+ | RU | 60 000 | $100.00 | $6,000,000 |
| 9 | Ammunition | 73 mm OG-15 VM for BVP-1 | 81+ | RU | 45 000 | $115.71 | $5,206,950 |
| 10 | Ammunition | PG-7V for RPG-7 | 64+ | RU | 9,000 | $134.29 | $1,208,571 |
| 11 | Ammunition | 122 mm HE full for D-30 | 03+ | CZ | 13,700 | $307.14 | $4,207,857 |
| 12 | Ammunition | 122 mm HE reduced for D-30 | 95+ | CZ | 4,860 | $330.00 | $1,603,800 |
| 13 | Ammunition | 122 mm HEAT for D-30 | 70+ | RU | 5,100 | $222.86 | $1,136,571 |
| 14 | Ammunition | 122 mm HE GRAD for BM-21 (or RM-70 czech version) | 88+ | CZ | 8,000 | $467.14 | $3,737,143 |
| 14 | Ammunition | 122 mm HE GRAD for BM-21 (or RM-70 czech version) | 69+ | RU | 0 | $250.00 | $0 |
| 15 | Ammunition | 152 mm HE for D-20, 2S-3, DANA | | CZ | 15,000 | $400.00 | $6,000,000 |
| 16 | Ammunition | 130 mm HE for M-44 | | RU | 40 000 | $440.00 | $17,600,000 |
| 17 | Ammunition | 82 mm mines HE (for 82 mm infantry mortar) | 70+ | RU | 10 000 | $88.57 | $6,885,700 |
| 18 | Ammunition | 120 mm mines HE (for 120 mm PRAM weapons /self-propelled mortar system/ ) | 75+ | RU | 45,000 | $100.00 | $4,500,000 |

Ghanem_00000241-0009



*GATEWAY TO MENA*

| | | | | | | | |
|----|------------|------------------------------------------|------|-----|--------------|----------|---------------|
| 20 | Ammunition | 7,62 x 39 mm PS do AK-47, SA-58, etc... | 70+ | RU | 55,000,000 | $0.14 | $7,817,857 |
| 21 | Ammunition | 7,62 x 54 mm LPS for PKT, PKM, UK-59, etc... | 76+ | RU | 95,000,000 | $0.14 | $13,571,429 |
| 21 | Ammunition | 7,62 x 54 mm B-32 for PKT, PKM, UK-59, etc... | 76+ | RU | 13,000,000 | $0.17 | $2,228,571 |
| 22 | Ammunition | 23mm OFZ for ZU-23 | 76+ | RU | 1,700,000 | $12.14 | $20,642,857 |
| 23 | Ammunition | 23mm BZT for ZU-23 | 76+ | RU | 620,000 | $11.14 | $6,908,571 |
| 24 | Ammunition | 23mm OFZT for GS-23 | 70+ | RU | 150,000 | $8.34 | $1,251,429 |
| 25 | Ammunition | 152mm HE long range (up to 22km) | 98+ | CZE | 10,000 | $380.00 | $3,800,000 |

| | Item | Caliber | Quantity (pcs) | Price (USD) | Total Price | Remark |
|---|---|---|---|---|---|---|
| 1 | Mortar | 60 | 160 | 2,055.56 | $328,889 | new |
| 2 | Mortar | 82 | 42 | $4,500 | $189,000 | Refurbished |
| 3 | Mortar | 120 | 21 | $9,400 | $197,400 | Refurbished |
| 4 | M80/M84 (PKM type) Ex Yu | 7,62x54 | 12 | $1,700 | $20,400 | Refurbished, with bipod, one big box and one small box |
| 4.a | M80/M84 tripods | | 400 | $650 | $260,000 | refurbished |
| 5 | M72 (RPK type) Ex Yu | 7,62x39 | 28 | $220 | $6,160 | Refurbished, with 4 magazines, extra magazines available at price of 5 USD |
| 6 | RPG 7 | | 11 | $800 | $8,800 | Irani production, from 86-93 mostly |
| 7 | M70 folding stock Ex Yu (AK 47 type) | 7,62x39 | 15 | $170 | $2,550 | Refurbished, with 4 magazines, extra magazines available at price of 5 USD |
| 8 | M70 wooden stock Ex Yu (AK 47 type) | 7,62x39 | 5 | $170 | $850 | Refurbished, with 4 magazines, extra magazines available at price of 5 USD |
| 1 | ZPU 2 Twin barrel | 14,5 | 30 | $13,000 | $390,000 | Refurbished |
| 2 | Ammunition | 7,62x39 | 20000000 | $ 0,15 | $3,000,000 | Steel core, Eastern production |
| 3 | Ammunition | 12,7x108 | 1.500.000 | $2 | $ 2,250,00 | Russian and Chinese production |

Ghanem_00000241-0011

00105292

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   317

DATE _____ IDEN.

DATE_____ EVID.

BY _____
DEPUTY CLERK
AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|-------|----------------------------------|
| Sent: | Monday, July 14, 2014 6:23 PM |
| To: | Omar Abd El Aziz <omarazeez@live.com> |
| Subject: | FW: السلام عليكم و رمضان كريم |
| Attach: | scan0001.pdf |

## Rami Ghanem

## Gateway to Egypt. (GTE)

**Complex 122, Building 16, Apartment 42**
**Al Rehab City, Cairo  Egypt**
**Telephone# 00201127999552**
**Jordan Office**

Tel: 962 6 5685624 Ext.104
Fax: 962 6 5685625   Mobile: 962 787 321 000
**ramithe@gmail.com**  or   rami@caravaname.com
US Telephone: 772 675-4363      Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

Ghanem_00000241



## GATEWAY TO MENA

**070320140-IQ**

ily 03 2014

ateway to MENA. Reference Number 070320140-IQ, hereby submit an official offer of OEM (Original Equipment Manufacturer)
ilitary weapons.

| № | Items | Year of Manuf. | Origin | Quantity | Price per Item USD | Total Price USD |
|---|-------|----------------|--------|----------|--------------------|-----------------| 
| 1 | Sukhoi Su-25 3 months for delivery | 2013 new | Georgia | 6 | $20,000,000 | $ 120,000,000. |
| 2 | Mi 24/35 3 months for delivery | 1985,19 87,1988 | RU/ Georgia | 6 | $9,400,000 | $56,400,000 |
| 3 | ZPU 14.5mmUlan-Ude MI-17 Aerial Gunships subject to export clearance Crewed a $1,500,000.00 Per Month, minimum 6 months contract 24 pilots including 08 instructors  32 service technicians and mechanics (Peruvian, Mexican, Belorussian nationalities ) GSE support 1,000 hours before next overhaul Includes:   5000 x S5 MKO rockets with 36 pods  UB32 + 150 x Fab 100-120 bombs | 1981-1986 | RU | 6 | $66,000,000 | 66,000,000 |
| 4 | Transport Helicopters Mi-17 (Mi-8 MTV) with the fuselage and main aggregates undergone a complete overhaul | 1987 | RU | 2 | $9,800,000 | $19,600,000 |
| | Mi-24 Fully refurbished painted in Client color 8 x C-8 Pods Gunship | 1986, 88, 89, 85 | Ukraine | 4 | $7,600,000 | $30,400,000 |
| 5 | Mi-17 Fully refurbished painted in Client color 8 x C-8 Pods Gunship | 1985, 86, 87, 86 | Ukraine | 4 | $9,800,000 | $39,200,000 |
| 6 | Observation and Surveillance Balloon with Laser and rocket launcher 2 months for delivery | New | USA, Ukraine, South Africa | 5 | $ 1,600,000 | $ 8,000,000 |
| 7 | MI-17V-5 (MI-171E) | New | Russia | 8 | $17,800,000 | $142,400,000 |

NATO I NCAGE ID: U0067.

GOVERNMENT DUM ID: 216735333

| 9 | 82mm Mortar Shells | 1991 | RS | 20,000 | $82.00 | $1,640,000.00 |
|---|---|---|---|---|---|---|
| 10 | M1943 (120-PM-43) 120mm Mortar Launcher | 1981 | RU | 100 | $14,500.00 | $1,450,000.00 |
| 11 | Sniper Rifle SVD 7.62×54mmR | New | RU | 1,000 | $5,500.00 | $5,500,000.00 |
| 12 | 7.62×54mmR | New | BH | 500,000 | $750.00/1K | $375,000.00 |
| 13 | PK Machine Gun Bipod Stock | 1990 | RU | 1,000 | $3,600.00 | $3,600,000.00 |
| 14 | Dshk 12.7 Machine Gun Tripod stock | 1987 | RU | 100 | $14,500.00 | $1,450,000.00 |
| 15 | RPG 7 Launchers | 1990 | RU | 1,000 | $2,900 | $2,900,000.00 |
| 16 | PG-7VL A/T | New | BG | 3,000 | $975.00 | $2,925,000.00 |
| 17 | PG-7VLT Tandem | New | BG | 2,000 | $1,800.00 | $3,600,000.00 |
| 18 | AK47 Rifles 7.62×39mm | 1985 | RU | 15,000 | $290.00 | $4,350,000.00 |
| 19 | 7.62×39mm Ammunition | 1982 | RU | 20,000,000 | $215.00/1K | $4,300,000.00 |
| 20 | SPG 9  Kopye | New | BG | 75 | $27,500.00 | $2,062,500.00 |
| 21 | PG-9V  AT | New | BG | 870 | $1,075.00 | $935,250.00 |

Ghanem_00000241-0002

Gateway MENA. Reference Number 06282014A-IQ, hereby submit an official offer of the Russian OEM (Original Equipment Manufacturer) Ammunitions comprised of following item(s):

| N☺ | Items | Year of Manuf | Quantity Ready Ship | Price per Item USD | Total Price USD | Origin |
|---|---|---|---|---|---|---|
| 1. | AK-47  wood stock لاد نئ ثوت  Days For shipping:  Immediately after EUC is approved by government of Export | Stock 1985+ | 1,000 | $ 360 | $ 360,000 | Russia |
| 2. | RPG-7  Anti-Tank Launcher 85 mm  Days For shipping:  Immediately after EUC is approved by government of Export صاذ ذال ازبح ثى | Stock | 55 Launchers | $ 2,200 | $ 121,000 | Russia |
| 3. | PGO-7 (2.7x) or UP -7V Telescopic sight | Stock | 55 Sights | $ 1,890 | $ 103, 950 | Russia |
| 4. | RPG -7 قوازف الا ازبح ع | Stock | 55 Launchers | $ 2,300 | $126, 500 | Russia |
| 5. | PGO-7 (2.7x) or  UP-7V Telescope sight | Stock | 55 sights | $ 1,950 | $107, 250 | Russia |
| 6. | PG-7VL  85mm Heat Projectiles | Stock | 20,000 projectiles | $ 480 | $ 9,600,000 | Russia |
| 7. | Black Arrow 93  12.7 X 108 sniper rifle with 8x32 optics صنا أل طو ط | 2014 | 50 | $ 18,000 | $ 900,000 | Serbia |
| 8. | ORSIS 5000 .338 LP Sniper Rifle صنافي | 2014 | 100 | $ 17,000 | $ 1,700,00 | Russia |
| 9. | ZPU-14.5 mm   هادفاع ضيك نا صم | 1984+ | 10 | $ 44,000 | $ 440,000 | Russia |
| 10. | PK/PKS Machine Gun  ضى افادبم | 1987+ | 449 | $ 4,500 | $ 2,020,500 | Russia |
| 11. | 5.45mm Tantal wz. 88  برغان ش | 1999+ | 2,500 | $ 400 | $ 1,000,000 | Poland |
| 12. | RPG 2 Launchers  صوذف ار بح صى | 1986+ | 1500 | $ 2,300 | $ 3,450,000 | Russia |
| 13. | SPG 9 Kopye  ابوابح عى | 1986+ | 3 | $ 22,000 | $ 66,000 | Russia |
| 14. | ZSU-23-4 Shilka  نيولكا | 1980 (3 months for shipping) | 3 | $ 650,000 | $ 1,950,000 | Russia |
| 15. | Dushk –M 12,7mm  دوشكا | 60 days for shipping | 200 | $ 13,200 | $ 2,640,000 | Russia |
| 16. | 14 mm towed machine Gun single Barrel  افادبم عل عجلا ن | 21 days for shipping | 30 | $ 12,900 | $ 387,000 | Croatia |
| 17. | 14.5 mm Gun ZPU  افادبم عل عجلا ت | 40 days for shipping | 100 | $ 7,900 | $ 790,000 | Chez |
| 18. | 14.5 mm KPV/T Gun  اصادبم | 40 days to ship | 30 | $3.200 | $  96,000 | Chez |
| 19. | ZU -23-2 A.A Machine gun 2 Barrel  ثنا سيم | 60 days to ship | 30 | $ 49,000 | $ 1,470,000 | Russia |
| 20. | 7.62 X 54 mm PKM Machine Gun Bi-pod  جي ي ي أم | 60 days to ship | 450 | $ 4,200 | $ 1,890,000 | Russia |
| 21. | Three Pod for PKM  صا هلم ال يي كيم | 60 days to ship | 450 | $ 820 | | |

| N☺ | Items | Year of Manuf | Quantity Ready Ship | Price per Item USD | Total Price USD | Origin |
|---|---|---|---|---|---|---|
| 22. | Machine Gun PK(M) بے بے بکا | 12 days to ship | 350 | $ 2,950 | $ 1,032,500 | Bulgaria |
| 23. | PKM 7.62 mm Machine gun بے بکا | 45 days to ship | 700 | $ 3,920 | $ 2,744,000 | Yugoslavia |
| 24. | **Machine Gun PK (M84)** بے بے سی | 45 days to ship | 700 | $ 2,300 | $ 1,610,000 | Croatia Refurbished |
| 25. | PKM 7.62 mm Machine Gun بے بی سید | 45 days to ship | 700 | $ 3,920 | $ 2,744,000 | Yugoslavia |
| 26. | 7.62 X 54mm Machine Gun type UK-59 with Fplded or Fixed stock | 30 days to ship | 500 | $ 1,275 | $ 637,500 | Chez |
| 27. | Long Range Sniper فناحی برب | 60 days to ship | 100 | $14,200 | $ 1,420,000 | Serbia |
| 28. | RPG 7 A.T Launcher ض دف ارجی جی | 60 day to ship | 400 | $ 2,190 | $ 876,000 | Russia |
| 29. | Rocket Launcher RPG تیادفۃ موزاری ارجی هی | 45 days to ship | 500 | $1,480 | $ 740,000 | Croatia |
| 30. | Rocket Launcher RPG-7(v) قذفۃ موزار ارجی هی | 14 days to ship | 700 | $ 1,790 | $ 1,253,000 | Bulgaria |
| 31. | SPG 9 complete with optical scope +ZIP قذف موزاری ال (ایگ بی 1:1 | 45 days to ship | 50 | $ 13,750 | $ 687,500 | Chez |
| 32. | AK 47 refurbished 3 magazines fixed or folded stock کلاشن کوف | 45 days to ship | 20,000 | $ 180 | $ 3,600,000 | Croatia |
| 33. | AKM(S) 7.62 X 39 کلاشن طویل | 12 days to ship | 20,000 | $ 270 | $ 5,400,000 | Bulgaria |
| 34. | V-58 Assault rifle 7.62X39mm کلاشن کوف | 30 days to ship | 4000 | $ 150 | $ 600,000 | Chez |
| 35. | 23mm ZSU-4 Shilka Tank شیلکا | 60 days to ship | 4 | $ 180,000 | $ 720,000 | Russia |
| 36. | AK 47 M-70، 7.62X 39mm کلاشن کوف | Ready to ship | 12,000 | $ 195 | $ 2,340,000 | Serbia |
| 37. | RPK M-72 7.62X39mm کلاشن کیی | Ready to ship | 2,800 | $ 245 | $ 686,000 | Serbia |
| 38. | PKM M-84 بی کی ام Tri pod | Ready to ship | 1200 | $ 1,785  $ 600 | $ 2,142,000  $ 720,000 | Serbia  Serbia |

| N☺ | Items | Year of Manuf | Quantity Ready Ship | Price per Item USD | Total Price USD | Origin |
|---|---|---|---|---|---|---|
| 39. | 60mm Mortar M57 Bi pod هاون ۔۔۔۔ | New 40 days to ship | 100 | $2,300 | $ 230,000 | Bosnia |
| 40. | 60mm Mortar M70 Bi pod Commando هاون ۔۔ كوماندو | New 40 days to ship | 100 | $ 3,200 | $ 320,000 | Bosnia |
| 41. | **82mm M69A Mortar Bi Pod** هاون ۸۲ | New 40 days to ship | 30 | $ 3,180 | $ 95,400 | Bosnia |
| 42. | 60mm Mortar M70 هاون ۔ | Ready to ship | 100 | $ 2,680 | $ 268,000 | Yugoslavia |
| 43. | 60mm Mortar M57 هاون ۔۔ | Ready to ship | 200 | $ 3875 | $ 775,000 | Yugoslavia |
| 44. | 82mm Mortar M69A هاون ۸۲ | Ready to ship | 100 | $ 4500 | $ 450,000 | Yugoslavia |
| 45. | 120mm Mortar M75 هاون ۱۲۰ | Ready to ship | 25 | $ 14,000 | $ 350,000 | Yugoslavia |

Ghanem_00000241-0005

Ghanem_00000241-0006

| N☺ | Items | Year of Manuf | Quantity Ready Ship | Price per Item USD | Total Price USD | Origin |
|---|---|---|---|---|---|---|
| 46. | 7.62 x39mm (Loose) AK-47 Ammunition Days For shipping: Immediately after EUC is approved by government of Export | Stock 1981+ | 3,000,000 | $ .17 | $ 510,000 | Russia |
| 47. | 7.62 x54mm (Belted) PKM Ammunition Days For shipping: Immediately after EUC is approved by government of Export | Stock 1978+ | 1,000,000 | $ .39 | $ 390,000 | Russia |
| 48. | PG-7VR 85mm HEAT Tandem Projectiles Days For shipping: Immediately after EUC is approved by government of Export | New or Stock 2013+ | 1,000 | $ 695 | $ 695,000 | Russia |
| 49. | PG-7VR 85 mm HEAT Projectiles | New stock | 2,000 | $ 650 | $ 1,300,000 | Bulgaria |
| 50. | Ammunition 7.62 X 54 for PKC | 1975 | 1,000,000 | $ .25 | $ 250,000 | Russia |
| 51. | Ammunition 7.62 X 39 for AK/47 | 1975 | 1,000,000 | $ .18 | $ 180,000 | Russia |
| 52. | 7.62 x39mm (Loose) AK-47 Ammunition | 1984+ | 30,000,000 | $ .15 | $ 4,500,000 | Ukraine |
| 53. | RPG- 75 cartridge  68mm | 90's+ | 9,000 | $ 820 | $ 7,380,000 | Bulgaria |

00105254

| Typ | pcs | Unit Price USD | Total Price USD |
|---|---|---|---|
| MI-17 | 4 | $4,511,765 | $18,047,060 |
| MI-14 | 8 | $880,000 | $7,040,000 |
| Mi-171. | 8 | $22,000,000 | $176,000,000 |
| MI-24 V | 10 | $900,000 | $9,000,000 |
| MI-24 P | 6 | $1,800,000 | $10,800,000 |
| BTR-80 | 200 | $190,000 | $38,000,000 |
| DshK-M 12,7mn | 200 | $13,800 | $2,760,000 |
| Kpvt 14,5mm  200 | 200 | $14,800 | $2,960,000 |
| SA-58 magazin AK-47 | 50000 | $155 | $7,750,000 |
| AMD-65 | 20,000 | $170 | $3,400,000 |
| PKM 762 | 450 | $4,486 | $2,018,700 |
| SV sniper | 100 | $11,000 | $1,100,000 |
| BM-21 Grad | 60 | $195,500 | $11,730,000 |
| BMP-1 | 100 | $130,000 | $13,000,000 |
| BMP-2 | 200 | $224,000 | $44,800,000 |
| T-55 | 250 | $85,000 | $21,250,000 |
| T-72 | 105 | $110,000 | $11,550,000 |
| T-55,T-72 simulator | 2 | $34,000 | $68,000 |
| T-72 laser gun | 8 | $37,200 | $297,600 |
| P-18 radar system | 4 | $2,200,000 | $8,800,000 |
| Pontoon bridge | 2 | $2,000,000 | $4,000,000 |
| IGLA | 95 | $88,300 | $8,388,500 |
| ZU-23 | 30 | $48,000 | $1,440,000 |
| Scorpio | 20000 | $180 | $3,600,000 |
| RPG-7V | 250 | $2,650 | $662,500 |
| PG-7 | 4000 | $1,600 | $6,400,000 |
| RPG-9V | 100 | $4,285 | $428,500 |
| PG-9 | 2000 | $1,850 | $3,700,000 |
| FAB-100 bomb | 100 | $260 | $26,000 |
| FAB-250 bomb | 100 | $410 | $41,000 |
| D-30 gun | 100 | $26,000 | $2,600,000 |
| ZU-2 | 45 | $18,800 | $846,000 |

Ghanem_00000241-0007

| | Item | Caliber | Quantity (pcs) | Price (USD) | Total Price | Remark |
|---|---|---|---|---|---|---|
| 1 | Mortar ﺑ ﻮ ﺩ ﻩ | 60 | 160 | 2,055.56 | $328,889 | new |
| 2 | Mortar ﺑ ﻮ ﺩ ﻩ | 82 | 42 | $4,500 | $189,000 | Refurbished |
| 3 | Mortar ﺑ ﻮ ﺩ ﻩ | 120 | 21 | $9,400 | $197,400 | Refurbished |
| 4 | M80/M84 (PKM type) Ex Yu | 7.62x54 | 12 | $1,700 | $20,400 | Refurbished,with bipod, one big box and one small box |
| 4.a | M80/M84 tripods | | 400 | $650 | $260,000 | refurbished |
| 5 | M72 (RPK type) Ex Yu | 7.62x39 | 28 | $220 | $6,160 | Refurbished, with 4 magazines, extra magazines available at price of 5 USD |
| 6 | RPG 7 | | 11 | $800 | $8,800 | Irani production, from 86-93 mostly |
| 7 | M70 folding stock Ex Yu (AK 47 type) | 7.62x39 | 15 | $170 | $2,550 | Refurbished, with 4 magazines, extra magazines available at price of 5 USD |
| 8 | M70 wooden stock Ex Yu (AK 47 type) | 7.62x39 | 5 | $170 | $850 | Refurbished, with 4 magazines, extra magazines available at price of 5 USD |
| 1 | ZPU 2 Twin barrel | 14.5 | 30 | $13,000 | $390,000 | Refurbished |
| 2 | Ammunition | 7.62x39 | 20000000 | $ 0,15 | $3,000,000 | Steel core, Eastern production |
| 3 | Ammunition | 12.7x108 | 1.500.000 | $2 | $ 2,250.00 | Russian and Chinese production |

| Pos | Type | Denomination | Year of production | Origin | QTY | Unit Price $ | Total Price $ |
|---|---|---|---|---|---|---|---|
| 1 | Ammunition | 100 mm HE for T-55 | 86+ | RU | 35,000 | $142.86 | $5,000,000.00 |
| 2 | Ammunition | 100 mm HEAT for T-55 | 72+ | RU | 6,500 | $131.43 | $854,285.71 |
| 3 | Ammunition | 100 mm for MT-12 | 76+ | RU | 7,200 | $157.14 | $1,131,428.57 |
| 4 | Ammunition | 100 mm HEAT for MT-12 | 84+ | RU | 8,500 | $144.29 | $1,226,429 |
| 5 | Ammunition | 100 mm APFSDS for MT-12 | 80+ | RU | 9,500 | $158.57 | $1,506,429 |
| 5 | Ammunition | 125 mm HE for T-72 | 83+ | RU | 7,500 | $448.57 | $3,364,286 |
| 6 | Ammunition | 125 mm HE for T-72 | 76+ | RU | 2,000 | $407.14 | $814,286 |
| 7 | Ammunition | 125 mm APFSDS for T-72 | 75+ | RU | 4,100 | $442.86 | $1,815,714 |
| 8 | Ammunition | 125 mm HEAT for T-72 | 82+ | RU | 60 000 | $100.00 | $6,000,000 |
| 9 | Ammunition | 73 mm OG-15 VM for BVP-1 | 81+ | RU | 45 000 | $115.71 | $5,206,950 |
| 10 | Ammunition | 73 mm PG-15 V for BVP-1 | 64+ | RU | 9,000 | $134.29 | $1,208,571 |
| 11 | Ammunition | PG-7V for RPG-7 | 03+ | CZ | 13,700 | $307.14 | $4,207,857 |
| 12 | Ammunition | 122 mm HE full for D-30 | 95+ | CZ | 4,860 | $330.00 | $1,603,800 |
| 12 | Ammunition | 122 mm HE reduced for D-30 | 70+ | RU | 5,100 | $222.86 | $1,136,571 |
| 13 | Ammunition | 122 mm HEAT for D-30 | 88+ | CZ | 8,000 | $467.14 | $3,737,143 |
| 14 | Ammunition | 122 mm HE GRAD for BM-21 (or RM-70 czech version) | | RU | 0 | $250.00 | $0 |
| 14 | Ammunition | 122 mm HE GRAD for BM-21 (or RM-70 czech version) | 69+ | RU | | | |
| 15 | Ammunition | 152 mm HE for D-20, 2S-3, DANA | | CZ | 15,000 | $400.00 | $6,000,000 |
| 16 | Ammunition | 130 mm HE for M-44 | | RU | 40 000 | $440.00 | $17,600,000 |

| 17 | Ammunition | 82 mm mines HE (for 82 mm infantry mortar) | 70+ | RU | 10 000 | $88.57 | $6,885,700 |
| 18 | Ammunition | 120 mm mines HE (for 120 mm PRAM weapons /self-propelled mortar system/ ) | 75+ | RU | 45,000 | $100.00 | $4,500,000 |
| 20 | Ammunition | 7.62 x 39 mm PS do AK-47, SA-58, etc... | 70+ | RU | 55,000,000 | $0.14 | $7,817,857 |
| 21 | Ammunition | 7.62 x 54 mm LPS  for PKT, PKM, UK-59, etc... | 76+ | RU | 95,000,000 | $0.14 | $13,571,429 |
| 21 | Ammunition | 7.62 x 54 mm B-32  for PKT, PKM, UK-59, etc... | 76+ | RU | 13,000,000 | $0.17 | $2,228,571 |
| 22 | Ammunition | 23mm OFZ for ZU-23 | 76+ | RU | 1,700,000 | $12.14 | $20,642,857 |
| 23 | Ammunition | 23mm BZT for ZU-23 | 76+ | RU | 620,000 | $11.14 | $6,908,571 |
| 24 | Ammunition | 23mm OFZT for GS-23 | 70+ | RU | 150,000 | $8.34 | $1,251,429 |
| 25 | Ammunition | 152mm HE long range (up to 22km) | 98+ | CZE | 10,000 | $380.00 | $3,800,000 |

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.      GHANEM

PLAINTIFF'S EXHIBIT      318

DATE _____ IDEN.

DATE _____ EVID.

BY _____

DEPUTY CLERK

AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|---|---|
| Sent: | Wednesday, August 6, 2014 3:26 AM |
| To: | bndr1396@gmail.com |
| Subject: | Revise offer |
| Attach: | Rev offer for KSA.pdf |

Dear Sir,

You are kindly requested to see attached file for our revise offer concerning the AT items.

Thanks & Regards

**Rami Ghanem**

**Gateway to Egypt. (GTE)**
**Complex 122, Building 16, Apartment 42**
**Al Rehab City, Cairo  Egypt**
**Telephone# 00201127999552**
**Jordan Office**

Tel: 962 6 5685624 Ext.104
Fax: 962 6 5685625   Mobile: 962 787 321 000
**ramithe@gmail.com**  or  rami@caravaname.com
US Telephone: 772 675-4363    Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender: do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

Ghanem_00000241

That's Life...

Ghanem_00000241



30th 07/2014

**Ministry of Defence,**
**Riyadh**
**Kingdom of Saudi Arabia**
Our Ref **07032014O-KSAREV**

Dear Sirs,

We have pleasure in offering you the following ex-stock items available for immediate shipment following issue of export license. Our company Gateway to MENA with our offer Reference Number 07032014O-IQ, are an official supplier for items in the below lists for the offer of OEM (Original Equipment Manufacturer) military weapons.

| No. | Items | Quantity | Price per Item USD |
|-----|-------|----------|--------------------|
| 1 | **Konkurs  Launcher 9P135M1** | 1000 | $ 38,875 |
| 2 | **Konkurs    Missile 9M113** | 300 | $19,425 |
| 3 | **IGLA** | 95 | $ 77,375 |
| 4 | **KONKURS 9M113  Missiles** | 6000 | $ 20,800 |
| 5 | **KONKURS 9M113 Launcher** | 120 | $ 78,353 |
| 6 | **Strela** | 8 | $ 1,413,750 |
| 7 | **Strela Missiles** | 400 | $ 75,830 |
| 8 | **OSA – RBR 90 M79 ATGM Launcher 90mm** | 300 | $ 2,475 |
| 9 | **OSA – RBR 90 M79 90mm ATGM Projectiles** | 815 Projectiles | $ 3,680 |
|  |  |  |  |

**4281 Express Lane. Suite L7503. Sarasota, Florida 34238**

Mob.: +962 777 100 577  -  +962 777 333 390    P.O Box 830589  Amman 11183   Email: aldaboubim@gmail.com

**Gateway** to MENA

| No. | Items | Quantity | Price per Item USD |
|---|---|---|---|
| 10 | **OSA – RBR 90 M79**<br>**90mm ATGM Projectiles Container** | 815 Tubes | $ 970. |
| 11 | **Metis-M - М е т и с Т Р)К**<br>**ATGM Launcher 9M151**<br>**NATO code AT-13 Saxhorn** | 50 | $113,400 |
| 12 | **Metis-M - М е т и с Т Р)К**<br>**ATGM Missiles 9M131**<br>**NATO code AT-13 Saxhorn** | 250 projectiles | $ 58,600 |
| 13 | **Metis-M - М е т и с Т Р)К**<br>**Tripod Launcher** | 50 Tripods | $ 3,950 |
| 14 | **Metis-M - М е т и с Т Р)К**<br>**1PBN86-VI Thermal Sight** | 50 Sights | $ 11,200 |
| 15 | **Kornet – К о р н е т**<br>**ATGM Launcher 9M133**<br>**NATO code AT-14 Spriggan Tripod stock** | 50 | $ 88,500 |
| 16 | **Kornet – К о р н е т**<br>**ATGM Missiles 9M133**<br>**NATO code AT-14 Spriggan** | 500 projectiles | $ 33,600 |
| 17 | **Kornet – К о р н е т**<br>**9P163-1 Tripod Launcher** | 50 Tripods | $ 3,200 |
| 18 | **PG-7VLT Tandem** | 2,000 | $ 1,900 |
| 19 | **PG-7VR**<br>**85mm HEAT Tandem Projectiles** | 1000 | $ 780 |
| 20 | **Kornet – К о р н е т**<br>**1PN79-1 Thermal Sight** | 50 sights | $ 9,830 |
| 21 | **Shershen D – Ш е р ш е н ь**<br>**ATGM Launcher** | 100 Launchers | $ 340,000 |
| 22 | **Shershen D – Ш е р ш е н ь**<br>**ATGM Missiles Р-2 В** | 1000 projectiles | $ 82,000 |
|  |  |  |  |

**4281 Express Lane. Suite L7503. Sarasota, Florida 34238**

Mob: +962 777 100 577  -  +962 777 333 390    P.O Box 830589  Amman 11183    Email: aldaboubim@gmail.com

**Gateway** to MENA
Logistics Services

| No. | Items | Quantity | Price per Item USD |
|---|---|---|---|
| 23 | Shershen D – Шершень Combat Module - Guidance Device (PN-S) and remote control | 100 units | $ 22,218 |
| 24 | Shershen D – Шершень Thermal Sight | 100 sights | $ 23,250 |
| 25 | Konkurs – Конкурс ATGM Launcher 9M113 NATO code AT-5 Sprandel | 100 launchers | $ 56,000 |
| 26 | Konkurs – Конкурс ATGM Missiles 9M113 NATO code AT-5 Sprandel | 120 Projectiles | $ 22,500 |
| 27 | Konkurs – Конкурс Tripod Launcher | 100 Tripods | $ 1,690 |
| 28 | Konkurs – Конкурс Thermal Sight | 100 sights | $ 5,750 |
| 29 | FAGOT Launcher 9K111 | 50 | $ 14,200 |
| 30 | FAGOT Missile 9M111 | 500 | $ 5,800 |
| 31 | OSA RBR 90 M70 ATGM Launcher 90mm | 300 | $ 1,300 |
| 32 | OSA RBR 90 M79 90mm ATGM projectiles | 800 | $ 850 |
| 33 | Kornet (KONKURS) ATGM Launcher 9M133 including tripod and thermal site | 50 | $ 52,900 |
| 34 | 2 Kornet (KONKURS) ATGM Missiles 9M133 | 500 | $ 11,000 |

**4281 Express Lane. Suite L7503. Sarasota, Florida 34238**

Mob.: +962 777 100 577  -  +962 777 333 390    P.O Box 830589 Amman 11183    Email: aldaboubim@gmail.com

00104744

Ghanem_00000241