**Gateway** to MENA
Logistics Services

| No. | Items | Quantity | Price per Item USD |
|-----|-------|----------|--------------------|
| 35 | **RPG–7 Anti-Tank Launcher 85mm including telescopic sight** | 5000 | $ 3,000 |
| 36 | **PG-7VL 85mm HEAT Projectiles** | 10,000 | $ 710 |
| 37 | **Ammunition 7,62 X 39 PS Year of productions1984+** | 30,000,000 | $ 200/1k |
| 38 | **SKIF  Launcher** | 20 | $ 134,000 |
|    | **SKIF Missile** | 100 | $ 78,400 |
| 39 | **Ammunition 12.7 X 108** | 3,000,000 | $ 1.7 |

**4281 Express Lane. Suite L7503. Sarasota, Florida 34238**

Mob.: +962 777 100 577  -  +962 777 333 390    P.O Box 830589 Amman 11183   Email: aldaboubim@gmail.com



**PROCEDURES**

1.      Buyer responds with acceptance letter of offer and/or ICPO and issues EUC (End User Certificate) and/or Import License to the State Enterprise or Designated Manufacturing Enterprise.
2.      Buyer wires 50% (Fifty Percent) and 50% (Fifty Percent) of balance upon export license approval and embarkation of charter at inspection for readiness and prior to delivery for the scheduling of charters. (Please note any change orders, modifications, additional equipment of base model offered are subject to additional charges above and beyond the original offer and/or original contract).
3.      Buyer and Seller signs contract and amending annexes or change orders that shall supersede any offer in writing or verbally.


In reference to Official Offer **No. 07032014O-IQ**, the deliverables of items to the consignee are specified according to the following GTCs (general terms & conditions):


                        OEM Military Equipment.**Items:**
                Six (6) months on craftsmanship or manufacturers defects.      **Warranty:**
**Delivery Timeline:**   30 days within submitting TTM deposit of 50% (Fifty Percent) to secure equipment, 30% (Thirty Percent) prior to export license approval process and balance of 20% (Fifty Percent) on inspection and due before loading on designated charter(s).
**Conditions:**          Grand Total Net Price as offered indicated above are to be based on delivery of CFR Basis to KSA installation. Insurance & Freight Cost from FCA or Ex-Works Plant to CFR all inclusive.
**Method:**              TTM Wire for deposit and balance for original full net amount.
**Conditions:**          Grand Total Net Price as offered indicated above are to be based on delivery of CFR Basis to KSA installation. Insurance & Freight Cost from FCA or Ex-Works Plant to CFR all inclusive.
                TTM Wire for deposit and balance for original full net amount.      **Method:**

Should you have any questions in regards to this Official Corporate Offer please not hesitate to give me a call at number from +201127999552, +962787321000, or US mobile # +1 772 675 4363.



VP for Business Development

Rami Ghanem
info@Gatewaymena.com
Mobile: +201127999552

**4281 Express Lane. Suite L7503. Sarasota, Florida 34238**

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   319

DATE _____ IDEN.

DATE _____ EVID.

BY _____
DEPUTY CLERK

AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
| Sent: | Saturday, August 30, 2014 9:48 AM |
| To: | Naser Al-Qudah <rosexpo@hotmail.com> |
| Subject: | Document1 |
| Attach: | Document1.docx |

Please see the attached file for the list of items which we will have an order very soon from KSA..

Thanks & Regards

**Rami Ghanem**

**Gateway to Egypt. (GTE)**
**Complex 122, Building 16, Apartment 42**
**Al Rehab City, Cairo Egypt**
**Telephone# 00201127999552**
**Jordan Office**

Tel: 962 6 5685624 Ext.104
Fax: 962 6 5685625    Mobile: 962 787 321 000
**ramithe@gmail.com**  or  rami@caravaname.com
US Telephone: 772 675-4363    Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

| № | Items | Quantity | Price per Item USD |
|---|-------|----------|--------------------|
| 1 | Konkurs  Launcher 9P135M1 | 1000 | |
| 2 | Konkurs    Missile 9M113 | 300 | |
| 3 | IGLA | 95 | |
| 4 | KONKURS 9M113  Missiles | 6000 | |
| 5 | KONKURS 9M113 Launcher | 120 | |
| 6 | Strela | 8 | |
| 7 | Strela Missiles | 400 | |
| 8 | OSA – RBR 90 M79 ATGM Launcher 90mm | 300 | |
| 9 | OSA – RBR 90 M79 90mm ATGM Projectiles | 815 Projectiles | |

Ghanem_00000241

| № | Items | Quantity | Price per Item USD |
|---|---|---|---|
| 10 | OSA – RBR 90 M79<br>90mm ATGM Projectiles Container | 815 Tubes | |
| 11 | Metis-M - Метис (ПТРК)<br>ATGM Launcher 9M151<br>NATO code AT-13 Saxhorn | 50 | |
| 12 | Metis-M - Метис (ПТРК)<br>ATGM Missiles 9M131<br>NATO code AT-13 Saxhorn | 250 projectiles | |
| 13 | Metis-M - Метис (ПТРК)<br>Tripod Launcher | 50 Tripods | |
| 14 | Metis-M - Метис (ПТРК)<br>1PBN86-VI Thermal Sight | 50 Sights | |
| 15 | Kornet – Корнет<br>ATGM Launcher 9M133<br>NATO code AT-14 Spriggan Tripod stock | 50 | |
| 16 | Kornet – Корнет<br>ATGM Missiles 9M133<br>NATO code AT-14 Spriggan | 500 projectiles | |
| 17 | Kornet – Корнет<br>9P163-1 Tripod Launcher | 50 Tripods | |
| 18 | PG-7VLT Tandem | 2,000 | |
| 19 | PG-7VR<br>85mm HEAT Tandem Projectiles | 1000 | |
| 20 | Kornet – Корнет<br>1PN79-1 Thermal Sight | 50 sights | |
| 21 | Shershen D – Шершень<br>ATGM Launcher | 100 Launchers | |
| 22 | Shershen D – Шершень<br>ATGM Missiles P-2B | 1000 projectiles | |

Ghanem_00000241

| № | Items | Quantity | Price per Item USD |
|---|-------|----------|--------------------|
| 23 | Shershen D – Шершень Combat Module - Guidance Device (PN-S) and remote control | 100 units | |
| 24 | Shershen D – Шершень Thermal Sight | 100 sights | |
| 25 | Konkurs – Конкурс ATGM Launcher 9M113 NATO code AT-5 Sprandel | 100 launchers | |
| 26 | Konkurs – Конкурс ATGM Missiles 9M113 NATO code AT-5 Sprandel | 120 Projectiles | |
| 27 | Konkurs – Конкурс Tripod Launcher | 100 Tripods | |
| 28 | Konkurs – Конкурс Thermal Sight | 100 sights | |
| 29 | FAGOT Launcher 9K111 | 50 | |
| 30 | FAGOT Missile 9M111 | 500 | |
| 31 | OSA RBR 90 M70 ATGM Launcher 90mm | 300 | |
| 32 | OSA RBR 90 M79 90mm ATGM projectiles | 800 | |
| 33 | Kornet (KONKURS) ATGM Launcher 9M133 including tripod and thermal site | 50 | |
| 34 | 2 Kornet (KONKURS) ATGM Missiles 9M133 | 500 | |

Ghanem_00000241

| № | Items | Quantity | Price per Item USD |
|---|---|---|---|
| 35 | RPG–7 Anti-Tank Launcher 85mm including telescopic sight | 1000 | |
| 36 | PG-7VL 85mm HEAT Projectiles | 10,000 | |
| 37 | Ammunition 7,62 X 39 PS Year of productions1984+ | 30,000,000 | |
| 38 | SKIF  Launcher | 20 | |
| | SKIF Missile | 100 | |
| 39 | Ammunition 12.7 X 108 | 3,000,000 | |

Ghanem_00000241

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   320

DATE _____ IDEN.

DATE _____ EVID.

BY _____
DEPUTY CLERK

AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|---|---|
| Sent: | Saturday, August 30, 2014 11:08 AM |
| To: | kkopec@metalexport-s.pl |
| Subject: | : RE: cooperation with Poland |
| Attach: | Anti tank.docx |

Dear Karina,

Also I would like to discuss with you and to see your ability to supply the attached list from the storages located in Poland and other Eastern European countries. I am expected to sign the contract with my customer (Ministry of Defence ) In Saudi Arabia max by end of September.

I am not looking to get any new production for the attached list, but if Poland produce any anti-Tank arms, please let me know I can send it to be added to my list.

The more you educate me about your line of products the faster I can get orders from my customers.

Thanking you in advance for your support.

Best Regards


*Rami Ghanem*

*Gateway to Egypt.. (GTE)*
**Complex 122, Building 16, Apartment 42**
**Al Rehab City, Cairo  Egypt**
**Telephone# 00201127999552**
**Jordan Office**

Tel: 962 6 5685624 Ext.104
Fax: 962 6 5685625    Mobile: 962 787 321 000
**ramithe@gmail.com**  or  rami@caravaname.com
US Telephone: 772 675-4363    Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.


Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

**From:** Karina Kopeć-Genid Metalexport-s [mailto:kkopec@metalexport-s.pl]
**Sent:** Friday, August 29, 2014 9:23 AM
**To:** 'Rami Ghanem'
**Subject:** RE: ***SPAM*** RE: RE RE: cooperation with Poland

I am sorry-my mistake.
Pls find enclosed it now,
Regards,

Karina Kopeć-Genid
Commercial Director

METALEXPORT-S Co. Ltd
Mobile: 0048 693471067
Office: 0048 224605162
Fax: 0048 224605151

**From:** Rami Ghanem [mailto:ramithe@gmail.com]
**Sent:** Thursday, August 28, 2014 5:40 PM
**To:** kkopec@metalexport-s.pl
**Subject:** ***SPAM*** RE: RE RE: cooperation with Poland

Thank you for your reply, unfortunately as you mentioned to see your attached profile it was not attached, please resend it once more, as for the website dos not reflect very well on the items you are dealing with.

Ghanem_00000241

Thanks & regards

*Rami Ghanem*

*Gateway to Egypt. (GTE)*
**Complex 122, Building 16, Apartment 42**
**Al Rehab City, Cairo  Egypt**
**Telephone# 00201127999552**
Jordan Office

Tel: 962 6 5685624 Ext.104
Fax: 962 6 5685625    Mobile: 962 787 321 000
**ramithe@gmail.com**  or   rami@caravaname.com
US Telephone: 772 675-4363    Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

**From:** Karina Kopeć-Genid Metalexport-s [mailto:kkopec@metalexport-s.pl]
**Sent:** Thursday, August 28, 2014 3:24 PM
**To:** 'Rami Ghanem'
**Subject:** RE RE: cooperation with Poland

Dear Rami,

Thank you for quick reaction on my email ;-)

Generally we are dealing in special trade and we can offer a big variety of products- not only from Poland as we have wide commercial contacts in many foreign countries.

Please find attached our profile, visit our website.
As per stocks: yes we are in position to source many items which belong to so called Eastern equipment.
Could you please specify which items are you interested in? Any list?

Thank you.

Kind regards,

Karina Kopeć-Genid
Commercial Director

METALEXPORT-S Co. Ltd
Mobile: 0048 693471067
Office: 0048 224605162
Fax: 0048 224605151


**From:** Rami Ghanem [mailto:ramithe@gmail.com]
**Sent:** Thursday, August 28, 2014 2:56 PM
**To:** kkopec@metalexport-s.pl
**Subject:** ***SPAM*** RE: cooperation with Poland

Dear Karina,

Thank you for your e-mail, and good luck in your new job, for now I am covering the following markets:

1. Egypt
2. Iraq
3. Libya
4. Saudi Arabia
5. Very small business in Yemen & some countries in west Africa

Please let me know what are the products you are interested to export out of Poland to our market, also I am looking for the stock items from the army, please let me know if you have access to it and what are the items you can get it.

Thanking you in advance for your follow up and services.

Best regards

Ghanem_00000241

*Rami Ghanem*

## *Gateway to Egypt. (GTE)*

**Complex 122, Building 16, Apartment 42**
**Al Rehab City, Cairo  Egypt**
**Telephone# 00201127999552**
<u>**Jordan Office**</u>

Tel: 962 6 5685624 Ext.104
Fax: 962 6 5685625   Mobile: 962 787 321 000
**ramithe@gmail.com**  or  rami@caravaname.com
US Telephone: 772 675-4363     Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

**From:** Karina Kopeć-Genid Metalexport-s [mailto:kkopec@metalexport-s.pl]
**Sent:** Thursday, August 28, 2014 12:16 PM
**To:** rami@allghanem.com
**Subject:** cooperation with Poland

Dear Sir,

This it to inform you that I have started working now with Metalexport-s.

Ghanem_00000241

Please kindly find below my new coordinates and we will keep in touch.

Best regards,


Karina Kopeć-Genid
Commercial Director

METALEXPORT-S Co. Ltd
Mobile: 0048 693471067
Office: 0048 224605162
Fax: 0048 224605151

www.metalexport-s.pl

Ghanem_00000241

| № | Items | Quantity | Price per Item USD |
|---|-------|----------|--------------------|
| 1 | Konkurs  Launcher 9P135M1 | 1000 | |
| 2 | Konkurs    Missile 9M113 | 300 | |
| 3 | IGLA | 95 | |
| 4 | KONKURS 9M113  Missiles | 6000 | |
| 5 | KONKURS 9M113 Launcher | 120 | |
| 6 | Strela | 8 | |
| 7 | Strela Missiles | 400 | |
| 8 | OSA – RBR 90 M79 ATGM Launcher 90mm | 300 | |
| 9 | OSA – RBR 90 M79 90mm ATGM Projectiles | 815 Projectiles | |

| № | Items | Quantity | Price per Item USD |
|---|-------|----------|--------------------|
| 10 | OSA – RBR 90 M79<br>90mm ATGM Projectiles Container | 815 Tubes | |
| 11 | Metis-M - Метис (ПТРК)<br>ATGM Launcher 9M151<br>NATO code AT-13 Saxhorn | 50 | |
| 12 | Metis-M - Метис (ПТРК)<br>ATGM Missiles 9M131<br>NATO code AT-13 Saxhorn | 250 projectiles | |
| 13 | Metis-M - Метис (ПТРК)<br>Tripod Launcher | 50 Tripods | |
| 14 | Metis-M - Метис (ПТРК)<br>1PBN86-VI Thermal Sight | 50 Sights | |
| 15 | Kornet – Корнет<br>ATGM Launcher 9M133<br>NATO code AT-14 Spriggan Tripod stock | 50 | |
| 16 | Kornet – Корнет<br>ATGM Missiles 9M133<br>NATO code AT-14 Spriggan | 500 projectiles | |
| 17 | Kornet – Корнет<br>9P163-1 Tripod Launcher | 50 Tripods | |
| 18 | PG-7VLT Tandem | 2,000 | |
| 19 | PG-7VR<br>85mm HEAT Tandem Projectiles | 1000 | |
| 20 | Kornet – Корнет<br>1PN79-1 Thermal Sight | 50 sights | |
| 21 | Shershen D – Шершень<br>ATGM Launcher | 100 Launchers | |
| 22 | Shershen D – Шершень<br>ATGM Missiles P-2B | 1000 projectiles | |

Ghanem_00000241

| № | Items | Quantity | Price per Item USD |
|---|-------|----------|--------------------|
| 23 | Shershen D – Шершень Combat Module - Guidance Device (PN-S) and remote control | 100 units | |
| 24 | Shershen D – Шершень Thermal Sight | 100 sights | |
| 25 | Konkurs – Конкурс ATGM Launcher 9M113 NATO code AT-5 Sprandel | 100 launchers | |
| 26 | Konkurs – Конкурс ATGM Missiles 9M113 NATO code AT-5 Sprandel | 120 Projectiles | |
| 27 | Konkurs – Конкурс Tripod Launcher | 100 Tripods | |
| 28 | Konkurs – Конкурс Thermal Sight | 100 sights | |
| 29 | FAGOT Launcher 9K111 | 50 | |
| 30 | FAGOT Missile 9M111 | 500 | |
| 31 | OSA RBR 90 M70 ATGM Launcher 90mm | 300 | |
| 32 | OSA RBR 90 M79 90mm ATGM projectiles | 800 | |
| 33 | Kornet (KONKURS) ATGM Launcher 9M133 including tripod and thermal site | 50 | |
| 34 | 2 Kornet (KONKURS) ATGM Missiles 9M133 | 500 | |

Ghanem_00000241

| № | Items | Quantity | Price per Item USD |
|---|---|---|---|
| 35 | RPG–7 Anti-Tank Launcher 85mm including telescopic sight | 1000 | |
| 36 | PG-7VL 85mm HEAT Projectiles | 10,000 | |
| 37 | Ammunition 7,62 X 39 PS Year of productions1984+ | 30,000,000 | |
| 38 | SKIF  Launcher | 20 | |
| | SKIF Missile | 100 | |
| 39 | Ammunition 12.7 X 108 | 3,000,000 | |

Ghanem_00000241

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   321

DATE _____ IDEN.

DATE _____ EVID.

BY _____
DEPUTY CLERK
AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|-------|----------------------------------|
| Sent: | Tuesday, September 16, 2014 3:45 AM |
| To: | sgbarzakov@gmail.com |
| Cc: | moav <moav@012.net.il> |
| Subject: | FW: offer for KSA.doc |
| Attach: | offer for KSA.doc |

**Rami Ghanem**

**Gateway to Egypt. (GTE)**

**Complex 122, Building 16, Apartment 42**
**Al Rehab City, Cairo  Egypt**
**Telephone# 00201127999552**
**Jordan Office**

Tel: 962 6 5685624 Ext.104
Fax: 962 6 5685625   Mobile: 962 787 321 000
**ramithe@gmail.com**  or  rami@caravaname.com
US Telephone: 772 675-4363   Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

Ghanem_00000241

| № | Items | Quantity |
|---|---|---|
| 1 | Konkurs  Launcher 9P135M1 | 1000 |
| 2 | Konkurs    Missile 9M113 | 300 |
| 3 | IGLA | 95 |
| 4 | KONKURS 9M113  Missiles | 6000 |
| 5 | KONKURS 9M113 Launcher | 120 |
| 6 | Strela | 8 |
| 7 | Strela Missiles | 400 |
| 8 | OSA – RBR 90 M79 ATGM Launcher 90mm | 300 |
| 9 | OSA – RBR 90 M79 90mm ATGM Projectiles | 815 Projectiles |
| № | Items | Quantity |

Ghanem_00000241

| № | Items | Quantity |
|---|---|---|
| 10 | OSA – RBR 90 M79<br>90mm ATGM Projectiles Container | 815 Tubes |
| 11 | Metis-M - Метис (ПТРК)<br>ATGM Launcher 9M151<br>NATO code AT-13 Saxhorn | 50 |
| 12 | Metis-M - Метис (ПТРК)<br>ATGM Missiles 9M131<br>NATO code AT-13 Saxhorn | 250 projectiles |
| 13 | Metis-M - Метис (ПТРК)<br>Tripod Launcher | 50 Tripods |
| 14 | Metis-M - Метис (ПТРК)<br>1PBN86-VI Thermal Sight | 50 Sights |
| 15 | Kornet – Корнет<br>ATGM Launcher 9M133<br>NATO code AT-14 Spriggan Tripod stock | 50 |
| 16 | Kornet – Корнет<br>ATGM Missiles 9M133<br>NATO code AT-14 Spriggan | 500 projectiles |
| 17 | Kornet – Корнет<br>9P163-1 Tripod Launcher | 50 Tripods |
| 18 | PG-7VLT Tandem | 2,000 |
| 19 | PG-7VR<br>85mm HEAT Tandem Projectiles | 1000 |
| 20 | Kornet – Корнет<br>1PN79-1 Thermal Sight | 50 sights |
| 21 | Shershen D – Шершень<br>ATGM Launcher | 100 Launchers |
| 22 | Shershen D – Шершень<br>ATGM Missiles P-2B | 1000 projectiles |
| | | |
| № | Items | Quantity |
| 23 | Shershen D – Шершень<br>Combat Module - Guidance Device<br>(PN-S) and remote control | 100 units |

| № | Items | Quantity |
|---|-------|----------|
| 24 | Shershen D – Шершень<br>Thermal Sight | 100 sights |
| 25 | Konkurs – Конкурс<br>ATGM Launcher 9M113<br>NATO code AT-5 Sprandel | 100 launchers |
| 26 | Konkurs – Конкурс<br>ATGM Missiles 9M113<br>NATO code AT-5 Sprandel | 120 Projectiles |
| 27 | Konkurs – Конкурс<br>Tripod Launcher | 100 Tripods |
| 28 | Konkurs – Конкурс<br>Thermal Sight | 100 sights |
| 29 | FAGOT<br>Launcher 9K111 | 50 |
| 30 | FAGOT Missile 9M111 | 500 |
| 31 | OSA RBR 90 M70 ATGM Launcher 90mm | 300 |
| 32 | OSA RBR 90 M79 90mm ATGM projectiles | 800 |
| 33 | Kornet (KONKURS)<br>ATGM Launcher<br>9M133 including tripod and<br>thermal site | 50 |
| 34 | 2 Kornet (KONKURS)<br>ATGM Missiles 9M133 | 500 |
| № | Items | Quantity |
| 35 | RPG–7 Anti-Tank<br>Launcher<br>85mm including<br>telescopic sight | 1000 |
| 36 | PG-7VL 85mm HEAT<br>Projectiles | 10,000 |

| 37 | Ammunition 7,62 X 39 PS<br>Year of productions 1984+ | 30,000,000 |
| 38 | SKIF  Launcher | 20 |
| | SKIF Missile | 100 |
| 39 | Ammunition 12.7 X 108 | 3,000,000 |

Ghanem_00000241

CASE NO.   CR 15-0704 (A)-SJO

_____UNITED STATES OF AMERICA_____
VS. ____GHANEM_____

PLAINTIFF'S EXHIBIT   __322__

DATE _____IDEN.

DATE_____EVID.

BY _____
              DEPUTY CLERK
AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|---|---|
| Sent: | Saturday, November 15, 2014 2:27 PM |
| To: | vip.ssa@list.ru |
| Cc: | ssa777@live.ru |
| Subject: | Anti tank.docx |
| Attach: | Anti tank.docx |

**Rami Ghanem**

**Gateway to Egypt. (GTE)**

**Complex 122, Building 16, Apartment 42**
**Al Rehab City, Cairo  Egypt**
**Telephone# 00201127999552**
<u>**Jordan Office**</u>

Tel: 962 6 5685624
Fax: 962 6 5685625
**ramithe@gmail.com**  or  rami@caravaname.com
US Telephone: 772 675-4363     Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information.. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

| № | Items | Quantity | Price per Item USD |
|---|---|---|---|
| 1 | Konkurs  Launcher 9P135M1 | 1000 | |
| 2 | Konkurs    Missile 9M113 | 300 | |
| 3 | IGLA | 95 | |
| 4 | KONKURS 9M113  Missiles | 6000 | |
| 5 | KONKURS 9M113 Launcher | 120 | |
| 6 | Strela | 8 | |
| 7 | Strela Missiles | 400 | |
| 8 | OSA – RBR 90 M79 ATGM Launcher 90mm | 300 | |
| 9 | OSA – RBR 90 M79 90mm ATGM Projectiles | 815 Projectiles | |

Ghanem_00000241

| № | Items | Quantity | Price per Item USD |
|---|-------|----------|--------------------|
| 10 | OSA – RBR 90 M79<br>90mm ATGM Projectiles Container | 815 Tubes | |
| 11 | Metis-M - Метис (ПТРК)<br>ATGM Launcher 9M151<br>NATO code AT-13 Saxhorn | 50 | |
| 12 | Metis-M - Метис (ПТРК)<br>ATGM Missiles 9M131<br>NATO code AT-13 Saxhorn | 250 projectiles | |
| 13 | Metis-M - Метис (ПТРК)<br>Tripod Launcher | 50 Tripods | |
| 14 | Metis-M - Метис (ПТРК)<br>1PBN86-VI Thermal Sight | 50 Sights | |
| 15 | Kornet – Корнет<br>ATGM Launcher 9M133<br>NATO code AT-14 Spriggan Tripod stock | 50 | |
| 16 | Kornet – Корнет<br>ATGM Missiles 9M133<br>NATO code AT-14 Spriggan | 500 projectiles | |
| 17 | Kornet – Корнет<br>9P163-1 Tripod Launcher | 50 Tripods | |
| 18 | PG-7VLT Tandem | 2,000 | |
| 19 | PG-7VR<br>85mm HEAT Tandem Projectiles | 1000 | |
| 20 | Kornet – Корнет<br>1PN79-1 Thermal Sight | 50 sights | |
| 21 | Shershen D – Шершень<br>ATGM Launcher | 100 Launchers | |
| 22 | Shershen D – Шершень<br>ATGM Missiles P-2B | 1000 projectiles | |

Ghanem_00000241

| № | Items | Quantity | Price per Item USD |
|---|-------|----------|--------------------|
| 23 | Shershen D – Шершень<br>Combat Module - Guidance Device<br>(PN-S) and remote control | 100 units | |
| 24 | Shershen D – Шершень<br>Thermal Sight | 100 sights | |
| 25 | Konkurs – Конкурс<br>ATGM Launcher 9M113<br>NATO code AT-5 Sprandel | 100 launchers | |
| 26 | Konkurs – Конкурс<br>ATGM Missiles 9M113<br>NATO code AT-5 Sprandel | 120 Projectiles | |
| 27 | Konkurs – Конкурс<br>Tripod Launcher | 100 Tripods | |
| 28 | Konkurs – Конкурс<br>Thermal Sight | 100 sights | |
| 29 | FAGOT<br>Launcher 9K111 | 50 | |
| 30 | FAGOT Missile 9M111 | 500 | |
| 31 | OSA RBR 90 M70 ATGM Launcher 90mm | 300 | |
| 32 | OSA RBR 90 M79 90mm ATGM projectiles | 800 | |
| 33 | Kornet (KONKURS)<br>ATGM Launcher<br>9M133 including tripod and<br>thermal site | 50 | |
| 34 | 2 Kornet (KONKURS)<br>ATGM Missiles 9M133 | 500 | |

Ghanem_00000241

| № | Items | Quantity | Price per Item USD |
|---|---|---|---|
| 35 | RPG–7 Anti-Tank Launcher 85mm including telescopic sight | 1000 | |
| 36 | PG-7VL 85mm HEAT Projectiles | 10,000 | |
| 37 | Ammunition 7,62 X 39 PS Year of productions1984+ | 30,000,000 | |
| 38 | SKIF  Launcher | 20 | |
| | SKIF Missile | 100 | |
| 39 | Ammunition 12.7 X 108 | 3,000,000 | |

CASE NO.   CR 15-0704 (A)-SJO
        UNITED STATES OF AMERICA
VS.      GHANEM

PLAINTIFF'S EXHIBIT      323

DATE _____IDEN.

DATE_____EVID.

BY _____
            DEPUTY CLERK
AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
| Sent: | Friday, November 7, 2014 3:32 AM |
| To: | ramithe@gmail.com |
| Subject: | Follow up Sofia |

on time schedules:

1. Libya - export license  - things are looking positive after all meetings finished today; procedure will start with the new ministry immediately; positive result is expected at close of November;

2. your feedback for Pechora, etc. expected;

3. Mobile refinery offers will be by the end of the week;

4. Egypt - I sent you the offer - with end user from Egypt MOD we can have end user issued at the same time close November - beginning of December if we have EUC and Contract signed next week;

5. Iraq - with proper EUC and contract from the MOD in Bagdad - delivery as per terms of the offer;

6. North/ Eloquily - will get back to you...

Everything else is in process of development

Ghanem_00000241

CASE NO.  CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.  GHANEM

PLAINTIFF'S EXHIBIT  324

DATE _____ IDEN.

DATE_____ EVID.

BY _____
DEPUTY CLERK

AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|-------|--------------------------------|
| Sent: | Tuesday, November 11, 2014 8:17 AM |
| To: | Tomer Dragon <tomer@dragonacehk.com> |
| Subject: | RE: Rani Ghanem sent you an image file! |

Do you have? You gave me the prices then they will check how many they want,

Also do you have any air defense unit carried on Shoulder
Also do you have Swing fire and rocket launchers
Also do you have night vision
Also do you have rockets 30/50

Thanks

**From:** Tomer Dragon [mailto:tomer@dragonacehk.com]
**Sent:** Tuesday, November 11, 2014 5:00 PM
**To:** Rami Ghanem S4
**Subject:** Re: Rani Ghanem sent you an image file!

How many?
Target price??

Sent from my Huawei Mobile

-------- Original Message --------
Subject: Rani Ghanem sent you an image file!
From: Rami Ghanem S4
To: Tomer Dragon
CC:

----
----
Sent by WhatsApp

Sent from Samsung Mobile.

CASE NO.   CR 15-0704 (A)-SJO

_____UNITED STATES OF AMERICA_____
VS. _____GHANEM_____

PLAINTIFF'S EXHIBIT   ___325___

DATE _____IDEN.

DATE_____EVID.

BY _____
         DEPUTY CLERK
AO 386

| From: | Rami Ghanem S4 <ramithe@gmail.com> |
|---|---|
| Sent: | Tuesday, November 11, 2014 6:58 AM |
| To: | Tomer Dragon <tomer@dragonacehk.com> |
| Subject: | Rani Ghanem sent you an image file! |
| Attach: | IMG-20141108-WA0011.jpg |

---
---
Sent by WhatsApp

Sent from Samsung Mobile.

Ghanem_00000241

Ghanem_0000241

00096336



CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.      GHANEM

PLAINTIFF'S EXHIBIT      326

DATE                              IDEN.

DATE                              EVID.

BY
            DEPUTY CLERK
AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|---|---|
| Sent: | Thursday, November 13, 2014 4:25 AM |
| To: | Tomer Dragon <tomer@dragonacehk.com> |
| Cc: | tomer@tarideal.com |
| Subject: | Draft2.docx |
| Attach: | Draft2.docx |

Tomer,

Please see attached file, draft of the EUC, as soon as you modify what you want to change, such as your company name, address……ext. I will send it by e-mail to Libya and they will do the following:

Print it on the MOD papers
Sign stamp it by Minster of Defence
Notarize it by the minster of forging Affair
Send it to an address to Montenegro (You provide me with)
They will send it to me by E-mail
Arrange for VISA
All meet in Montenegro
Inspect pay ship at least one shipment

P.S. Please see if you can add any air Defence systems to the EUC so that we will not have any delay later on.

If the above information is ok with you then I will start as soon as you send me the modified one.

Thanks & regards

*Rami Ghanem*

*Gateway to MENA. (GTM)*
**Egypt Office**
**Complex 122, Building 16, Apartment 42**
**Al Rehab City, Cairo  Egypt**
**Telephone# 00201127999552**
**Jordan Office**

Tel: 962 6 5685624
Fax: 962 6 5685625
**ramithe@gmail.com**  or  rami@caravaname.com
US Telephone: 772 675-4363   Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

No................

........./........./2014

# End User Certificate

| 1. Country of ultimate destination | | LIBYAN STATE | |
|---|---|---|---|
| 2. Name, address, telephone and fax numbers, e-mail address of the End User | | Ministry of Defense of Republic of LIBYA  Tripoli - Libya | |
| 3. Description of goods, quantity, description | | | |
| No | (Description of Goods) | | (Quantity) pes |
| 1 | Ammunition 23 mm | | 5,000,000 |
| 2 | Ammunition 14.5 mm | | 5,000,000 |
| 3 | Ammunition 54x7.62BKT  mm | | 5,000,000 |
| 4 | Mortar rounds 81 mm | | 12,000 |
| 5 | Mortar round  120mm | | 12,000 |
| 6 | *Cannon shell 106 mm* | | 15,000 |
| 7 | Rocket 130 mm | | 10000 |
| 8 | Rocket 107 mm | | 10000 |
| 9 | Belts for ZU-23mm | | 500 m |
| 10 | Belts for ZU-14.5 | | 500 m |

Ghanem_00000241

| 11 | GRAD 122 MM | 10,000 |
| 12 | Ammunition 12.7 | 3,000,000 |
| 13 | Anti tank konkurs launcher 9p135m-m1 | 150 |
| 14 | Missiles Anti tank konkurs launcher 9p135m-m1 | 1500 |
| 15 | Laser range finder | 200 |
| 16 | Sniper for 2000 m | 100 |
| 17 | Rocket launchers for MI-24 | 16 |
| 18 | AT-2swatter | 2500 |
| 19 | AT-6 spiral missiles | 2500 |
| 20 | 57 mm Rocket | 1000 |
| 21 | 80 mm Rocket | 1000 |
| 22 | 130 mm Rocket | 1000 |
| 23 | 240 mm Rocket | 1000 |
| 24 | AGS-17 30 mm Grenade launchers | 16 |

**4. Description of final use (purpose):**
The goods will be used by the Government of Libya to keep security in the country

**5. Name, address, telephone and fax numbers, and e-mail address of the supplier:**

**Statement of the end-user.**

We certify that we are the end-user and importer of the goods/technologies referred to in item 3. Except as authorized by prior written approval of the export control authority of the Republic of Bulgaria, we undertake not to: (1) re-export, (2) sell, (3) lend to any other person or otherwise dispose of the goods/technologies referred to in this document outside the country of end user. This refers also to spare parts, specialist tools, documentation, technical support and operating manuals necessary for the after-sales support.

A relevant Delivery Verification Certificate will be present to the Supplier for each individual shipment, within 30 days from the date of its receipt.

...................................................

*/Name and position of the signer/*                                    *Stamp/ Date*

Ghanem_00000241

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA

VS.   GHANEM

PLAINTIFF'S EXHIBIT      327

DATE _____ IDEN.

DATE_____ EVID.

BY _____

DEPUTY CLERK

AO 386

| From: | Stoyan Barzakov <sgbarzakov@gmail.com> |
| --- | --- |
| Sent: | Monday, December 1, 2014 8:07 AM |
| To: | Rami Ghanem <ramithe@gmail.com> |
| Subject: | re. |
| Attach: | ПРИЛОЖЕНИЕ № 1Libya.docx |

Hi, Rami,

which quantities do you mean for Libya as as starting quantity for the Contract - I am a bit lost.

Please find attached Enclosure 1 - can you indicate please  on it which quantities you want from which items - this will be the easiest way.

With regard to the Pachora - the shortest possible timing is:

- in December the Seller releases from the Army the system;
- it is in need of repair and preparation - all to be checked and done; armoury arranged - approx. 3 months;
- supply in the fourth month - within April;

this is if we sign a contract in the next days, there is advance payment and we proceed - please advise how you want this addressed.

Ghanem_00000241

ПРИЛОЖЕНИЕ № 1

ANNEX # 1

към ДОГОВОР № ..........................

to the CONTRACT № .............................

от ___.___. 2014 г.

dd. _____ 2014

**Delivery specification**

Спецификация за доставка

| №<br>Nos. | Наименование<br>Description | Кол-во (бр.)<br>QTY (pc) | Цена за ед. (ам. дол.)<br>Price per unit (USD) | Сума (ам. дол.)<br>Amount (USD) |
|---|---|---|---|---|
| 1 | Боеприпас 23 мм<br>Ammunition 23 mm | 5,000,000 | 15,00 | 75 000 000,00 |
| 2 | Боеприпас 14,5 мм<br>Ammunition 14.5 mm | 5,000,000 | 7,50 | 37 500 000,00 |
| 3 | Боеприпас 7,62x54 мм ПКТ<br>Ammunition 7.62x54 mm PKT | 5,000,000 | 200/1000 | 1 000 000,00 |
| 4 | Минохвъргачен изстрел 81 мм<br>Mortar round 81 mm | 12,000 | 139,00 | 1 668 000,00 |
| 5 | Минохвъргачен изстрел 120 мм<br>Mortar round 120 mm | 12,000 | 295,00 | 3 540 000,00 |
| 6 | Cannon Shell 106 mm | 15,000 | To be ageed | To be ageed |
| 7 | Ракета 130 мм<br>Rocket 130 mm | 10,000 | 3350,00 | 33 500 000,0 |
| 8 | Rocket 107mm | 10,000 | To be ageed | To be ageed |
| 9 | 23 мм ленти за ЗУ<br>Belts for ZU 23 mm | 500 m | | 29 300,00 |
| 10 | 14,5 мм ленти заЗУ<br>Belts for ZU 14.5 mm | 500 m | | 23 700,00 |
| 11 | 122 мм ГРАД<br>GRAD 122 mm | 10,000 | 1470,00 | 14 700 000,00 |
| 12 | Боеприпас 12,7 мм<br>Ammunition 12.7 mm | 3,000,000 | 4,10 | 12 300 000,00 |
| 13 | Противотанкова ПУ  9П135М-M1<br>Antitank Launcher  9P135M-M1 | 150 | 49 000,00 | 7 350 000,00 |
| 14 | Ракета за ПУ  9П135М-M1<br>Missiles Antitank Launcher  9P135M-M1 | 1,500 | 19 800,00 | 29 700 000,00 |
| 15 | Лазерен далекомер<br>Laser Range Finder | 200 | 27 000,00 | 5 400 000,00 |
| 16 | Снайпер до 2 000 м<br>Sniper for 2,000 m | 100 | 5900,00 | 590000,00 |
| 17 | Ракетна пускова установка за Ми – 24<br>Rocket Launchers for Mi - 24 | 16 | 127 000,00 | 2 032 000,00 |
| 18 | Противотанкова ракета за АТ – 2<br>AT – 2 Swatter Missiles | 2,500 | 18 900,00 | 47 250 000,00 |
| 19 | Противотанкова ракета за АТ – 6<br>AT – 6 Spiral Missiles | 2,500 | 22 400,00 | 56 000 000,00 |
| 20 | 57 мм ракета<br>57 mm Rocket | 1,000 | 435,00 | 435 000,00 |

Ghanem_00000241

| 21 | 80 мм ракета<br>80 mm Rocket | 1,000 | 1430,00 | 1 430 000,00 |
| 22 | 130 мм ракета<br>130 mm Rocket | 1,000 | 3350,00 | 3 350 000 |
| 23 | 240 мм ракета<br>240 mm Rocket | 1,000 | 4870,00 | 4 870 000,00 |
| 24 | 30 мм гранатохвъргачка АГС – 17<br>AGS – 17 30 mm grenade Launchers | 16 | 27 200,00 | 435 200,00 |
| | Всичко/Total: **338 183 200,00** ам. дол. / USD | | | |
| | | | | |

Ghanem_00000241

CASE NO.  CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.  GHANEM

PLAINTIFF'S EXHIBIT  328

DATE _____IDEN.

DATE_____EVID.

BY _____
DEPUTY CLERK
AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
| Sent: | Monday, December 8, 2014 1:02 PM |
| To: | gerton.businessllp@gmail.com |
| Subject: | FW: Follow up |

1. Air defiance system
2. Air Defence maintenance team
3. Maintenance MiG 23
4. Crew MiG 23
5. NV for Mi 24
6. Canon for Mi 24
7. Crew for L39
8. Maintenance tools for Mi 24
9. Russia region
10. Albania
11. F1 2 crew
12. Maintenance team
13. Ammunition for all of the above
14. Price for MiG 23  QTY 2 or Su 25 QTY
15. Prices for training special team
16. Price for training for T55, T62 & T72

Football team

Ghanem_00000241

CASE NO.   CR 15-0704 (A)-SJO

_____UNITED STATES OF AMERICA_____
VS. _____GHANEM

PLAINTIFF'S EXHIBIT     _____329_____

DATE _____IDEN.

DATE_____EVID.

BY _____
                    DEPUTY CLERK
AO 386

| From: | Rami Ghanem S4 <ramithe@gmail.com> |
|---|---|
| Sent: | Tuesday, December 23, 2014 3:14 AM |
| To: | gorlus@mail.ru |
| Subject: | Fwd: info001.pdf |
| Attach: | info001.pdf |

Sent from Samsung Mobile.

Ghanem_00000241





Ministry of Defense



رئاسة مجلس الوزراء

وزارة الدّفاع

ديـوان الــوزارة

# End User Certificate

| 1 Country of ultimate destination | LIBYAN STATE |
|---|---|
| 2. Name, address, telephone and fax numbers, e-mail address of the End User | Ministry of Defense of Republic of LIBYA Tripoli - Libya |
| 3. Exporter | State Enterprise for foreign trade Promoboronexport ( 36 Degtyarivska st. Kiev Ukraine. 04119) |
| 4. Importer | Ministry of Defense of Republic of LIBYA (or any Company) |
| 5. Contractor<br>Blessway Limited Stasinou 1, Mitsi Bldg. 1, 1st floor, flat/office No. 4, Plateia Eleftherias, P.C. 1060, Nicosia, Cyprus Reg. No. HE273131 | DUNYA PRESTIGE ELEKTRIK ELEKTRONIK SAVUNMA SANAYI LTD.STI.<br>(Address;Turan Gunes Bulvarı 52/6 CANKAYA ANKARA www.dpesolar.com) |

### 3. Description of goods, quantity , description

| No | (Description of Goods) | (Quantity) pes |
|---|---|---|
| 1 | Ammunition 23 mm | 5,000,000 |
| 2 | Ammunition 14.5 mm | 5,000,000 |
| 3 | Ammunition 54x7.62BKT mm | 5,000,000 |
| 4 | Mortar rounds 81 mm | 12,000 |
| 5 | Mortar round 120mm | 12,000 |
| 6 | Cannon shell 106 mm | 15,000 |
| 7 | Rocket 130 mm | 10000 |
| 8 | Rocket 107 mm | 10000 |
| 9 | Belts for ZU-23mm | 500m |
| 10 | Belts for ZU-14.5 | 500m |
| 11 | OSA system | 1 |
| 12 | OSA missiles | 25 |
| 13 | Pechora system | 1 |

\# THIS SIGNATURE & STAMP
OF GENERAL COMANDER OF DEFENCE
MINISTRY. IS TRUE

COL OMAR ELNERYA
DEFENCE ATTACHE   LIBYA EMBASSY IN UKRAINE

Tel. -Fax : +218 21 481 2569  +218 21 481 1214
www.defense.gov.ly





التاريخ / ....... / ....... / ....... هجري
Date

المـوافق / ....... / ....... / ....... ميلادي

رقم الإشاري : ( و.د )
Ref. Number

رئاسة مجلس الوزراء

وزارة الدفاع

**Ministry of Defense**

**Statement of the end-user.**

We certify that we are the end-user and importer of the goods/technologies referred to in item 3.
Except as authorized by prior written approval of the export control authority of the following
Governments: Montenegro, Hungary, Ukraine, Poland, Belarus, Serbia, Bosnia, Slovenia,
Croatia, Slovakia, Romania, Estonia we undertake not to: (1) re-export, (2) sell, (3) lend to any
other person or otherwise dispose of the goods/technologies referred to in this document outside
the country of end user. This refers also to spare parts, specialist tools, documentation, technical
support and operating manuals necessary for the after-sales support.

A relevant Delivery Verification Certificate will be present to the Supplier for each individual
shipment, within 30 days from the date of its receipt.

............................................
*/Name and position of the signer/*                    *Stamp/ Date*

THIS SIGNATURE & STAMP OF
GENERAL COMANDER OF
DEFENCE MINISTRY IS TRUE

Col- OMAR ELNERYA
      DEFENCE ATTACHE
      LIBYA EMBASSY
         IN UKRAINE

Tel. -Fax : +218 21 481 2559, +218 21 481 1214
www.defense.gov.ly

CASE NO.   CR 15-0704 (A)-SJO

      UNITED STATES OF AMERICA
VS.      GHANEM

PLAINTIFF'S EXHIBIT      330

DATE                                    IDEN.

DATE                                    EVID.

BY
              DEPUTY CLERK
AO 386

التاريخ / / هجري
Date
الموافق 01 / 12 / 2014 ميلادي
8958/138 رقم الإشاري (و.د) /
Ref. Number

رئاسة مجلس الوزراء
وزارة الدفاع
ديوان الوزارة

Ministry of Defense

# End User Certificate

| 1 Country of ultimate destination | LIBYAN STATE |
|---|---|
| 2. Name, address, telephone and fax numbers, e-mail address of the End User | Ministry of Defense of Republic of LIBYA Tripoli - Libya |
| 3. Exporter | State Enterprise for foreign trade Promoboronexport ( 36 Degtyarivska st. Kiev Ukraine. 04119) |
| 4. Importer | Ministry of Defense of Republic of LIBYA (or any Company) |
| 5. Contractor<br>Blessway Limited Stasinou 1, Mitsi Bldg. 1, 1st floor, flat/office No. 4, Plateia Eleftherias, P.C. 1060, Nicosia, Cyprus Reg. No. HE273131 | DUNYA PRESTIGE ELEKTRIK ELEKTRONIK SAVUNMA SANAYI LTD.STI.<br>(Address;Turan Gunes Bulvarı 52/6 CANKAYA ANKARA www.dpesolar.com) |

3. Description of goods, quantity , description

| No | (Description of Goods) | (Quantity) pes |
|---|---|---|
| 1 | Ammunition 23 mm | 5,000,000 |
| 2 | Ammunition 14.5 mm | 5,000,000 |
| 3 | Ammunition 54x7.62BKT mm | 5,000,000 |
| 4 | Mortar rounds 81 mm | 12,000 |
| 5 | Mortar round 120mm | 12,000 |
| 6 | Cannon shell 106 mm | 15,000 |
| 7 | Rocket 130 mm | 10000 |
| 8 | Rocket 107 mm | 10000 |
| 9 | Belts for ZU-23mm | 500m |
| 10 | Belts for ZU-14.5 | 500m |
| 11 | OSA system | 1 |
| 12 | OSA missiles | 25 |
| 13 | Pechora system | 1 |





*THIS SIGNATURE & STAMP
OF GENERAL COMANDER OF DEFENCE
MINISTRY IS TRUE

COL OMAR ELNERYA
DEFENCE ATTACHE LIBYA EMBASSY IN UKRANE

Tel. -Fax : +218 21 481 25 +218 21 481 1214
www.defense.gov.ly

التاريخ / / هجري
Date
الموافق / / ميلادي
رقم الإشاري (و.د) /
Ref. Number

رئاسة مجلس الوزراء
وزارة الدفاع
ديوان الوزارة

Ministry of Defense

00142542.pdf

Ghanem-00072445

| 10 | Belts for ZU-14.5 | | 500sht |
| 11 | OSA system | | 1 |
| 12 | OSA missiles | | 25 |
| 13 | Pechora system | | 1 |

*THIS SIGNATURE & STAMP OF GENERAL COMANDER OF DEFENCE MINISTRY. IS TRUE

COL OMAR ELNERYA
DEFENCE ATTACHE LIBYA EMBASSY IN UKRAINE

Tel. -Fax : +218 21 481 2559, +218 21 481 1214
www.defense.gov.ly

التاريخ ........ / ....... / ....... هجري
Date

الموافق ........ / ....... / ....... ميلادي

رقم الإشاري -و.د :
Ref. Number

رئاسة مجلس الوزراء

Ministry of Defense

وزارة الدفاع
ديوان الوزارة

**Statement of the end-user.**

We certify that we are the end-user and importer of the goods/technologies referred to in item 3. Except as authorized by prior written approval of the export control authority of the following Governments: Montenegro, Hungary, Ukraine, Poland, Belarus, Serbia, Bosnia, Slovenia, Croatia, Slovakia, Romania, Estonia we undertake not to: (1) re-export, (2) sell, (3) lend to any other person or otherwise dispose of the goods/technologies referred to in this document outside the country of end user. This refers also to spare parts, specialist tools, documentation, technical support and operating manuals necessary for the after-sales support.

A relevant Delivery Verification Certificate will be present to the Supplier for each individual shipment, within 30 days from the date of its receipt.

...............................................
*/Name and position of the signer/*                          *Stamp/ Date*

THIS SIGNATURE & STAMP OF GENERAL COMANDER OF DEFENCE MINISTRY IS TRUE

COL- OMAR ELNERYA
DEFENCE ATTACHE
LIBYA EMBASSY
IN UKRAINE

Tel. -Fax : +218 21 481 2559, +218 21 481 1214
www.defense.gov.ly

00142543.pdf                                          Ghanem-00072445

CASE NO.   CR 15-0704 (A)-SJO

     UNITED STATES OF AMERICA
VS.     GHANEM

PLAINTIFF'S EXHIBIT     331

DATE _____IDEN.

DATE_____EVID.

BY _____
          DEPUTY CLERK
AO 386

| From: | Rami Ghanem S4 <ramithe@gmail.com> |
|---|---|
| Sent: | Tuesday, December 30, 2014 5:30 AM |
| To: | gorlus@mail.ru |
| Subject: | Mig 25 |
| Attach: | IMG-20141228-WA0004.jpg |

Sent from Samsung Mobile.

Ghanem_00000241

| NOTES | QUANTITY | TYPE |
|---|---|---|
| ABY-3T | 10.000 | Electric Fuse Bombs |
| V13-AM-A | 10.000 | Fan Bomb Fuse |
| BR-2-57 | 10.000 | Impact Fuse Rocket |
| YOK-23 | 20 | 23 mm Machine Gun Container |
| ГШ-23 J1 GUN | 20 | 23 mm Machine Gun |
| AM-(ТШ)-23 | 2.000.000 | Chain For Machine Gun 23 mm |
|  | 2.000.000 | 23 mm Rounds |
| ГШ-6-30 |  |  |
| ОФ3-30ГШ |  |  |
| ОФ 3Т-30Г | 2.000.000 | 30 mm Rounds |
| БР-30ГШ |  |  |
| МЕ-30ГШ |  |  |
| L-57-12 | 10 | Aircraft Missiles Launcher |
| 9-H-623 | 2.000.000 | Chaim 30 mm |
| ППЛ ( 9-01530 ) | 10.000 | Recharge Rounds |
| R-40 | 1.000 | Thermal Missile MIG 25 |
| R-40 | 1.000 | Radar Missile MIG 25 |
| R-60 | 1.000 | Thermal Missile MIG 25 |
| R-60 | 1.000 | Radar Missile MIG 25 |
| ПК 3М-1 | 20 | Barachute Cartridge MIG 25 |
| ПВ 50 | 15 | Barachute Cartridge MIG 25 |
| ПК 16М | 10 | Seat Cartridge MIG 25 |
|  | MISSILES GROUND TO AIR | |

CASE NO. __CR 15-0704 (A)-SJO__

_____UNITED STATES OF AMERICA_____
VS. _____GHANEM_____

PLAINTIFF'S EXHIBIT _____332_____

DATE _____IDEN.

DATE_____EVID.

BY _____
DEPUTY CLERK

AO 386

| From: | Rami Ghanem S4 <ramithe@gmail.com> |
|---|---|
| Sent: | Tuesday, December 30, 2014 5:29 AM |
| To: | streamproekt@mail.ru |
| Subject: | MiG 25 |
| Attach: | IMG-20141228-WA0004.jpg |

Sent from Samsung Mobile.

Ghanem_00000241

| NOTES | QUANTITY | TYPE |
|---|---|---|
| ABY–3T | 10.000 | Electric Fuse Bombs |
| V13–AM–A | 10.000 | Fan Bomb Fuse |
| BR–2–57 | 10.000 | Impact Fuse Rocket |
| YOK–23 | 20 | 23 mm Machine Gun Container |
| ГШ– 23 J1 GUN | 20 | 23 mm Machine Gun |
| AM–( TШ )–23 | 2.000.000 | Chain For Machine Gun 23 mm |
|  | 2.000.000 | 23 mm Rounds |
| ГШ–6–30 | | |
| ОФ3–30ГШ | | |
| ОФ 3Т–30Г | 2.000.000 | 30 mm Rounds |
| БР–30ГШ | | |
| МЕ–30ГШ | | |
| L–57–12 | 10 | Aircraft Missiles Launcher |
| 9–H–623 | 2.000.000 | Chaim 30 mm |
| ППЛ ( 9–01530 ) | 10.000 | Recharge Rounds |
| R–40 | 1.000 | Thermal Missile MIG 25 |
| R–40 | 1.000 | Radar Missile MIG 25 |
| R–60 | 1.000 | Thermal Missile MIG 25 |
| R–60 | 1.000 | Radar Missile MIG 25 |
| ПК 3М-1 | 20 | Barachute Cartridge MIG 25 |
| ПВ 50 | 15 | Barachute Cartridge MIG 25 |
| ПК 16М | 10 | Seat Cartridge MIG 25 |

MISSILES GROUND TO

Ghanem_00000241

CASE NO.   CR 15-0704 (A)-SJO

 UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   333

DATE _____ IDEN.

DATE_____ EVID.

BY _____
 DEPUTY CLERK
AO 386

| From: | Tomer Avnon <tomer@tarideal.com> |
|---|---|
| Sent: | Monday, January 5, 2015 4:35 AM |
| To: | Rami Ghanem <ramithe@gmail.com> |
| Subject: | Delivery |
| Attach: | Tomer -09112014- nEW.PDF |



MILITARY AND POLICE EQUIPMENT & TRAINING

Rami
Please find the PI for the items we already have export license
It is very important to start & build the trust
We need the EUC for Unimesco
Please move fast on this 1

1. We r working on the other items
2. We will have answers for the air defense systems
3. We will quote for 4 air teams with the equipment soon

Tomer Avnon
President
TAR Ideal Concepts Ltd.
Tel: +972-3-691-4564
Fax: +972-3-695-5477
tomer@tarideal.com
www.tarideal.com
Mobile: +972-544 88 27 88
Skype: tomeravnon



Dragon Ace Limited | Company #1919870 | Suite 1803-4, St. George's Bldg 2
Ice House Street Central Hong Kong

## PROFORMA

To: Gateway to Egypt

Complex 122, Building 16, Apartment 42
Al Rehab City, Cairo  Egypt
Telephone# 00201127999552

Date: 05/11/15

Quotation res :051115

| PART DESCRIPTION | Qty | Unit Price | | Total | |
|---|---|---|---|---|---|
| Ammunition 7.62X54 bkt | 5,000,000 | $ | 0.175 | $ | 875,000 |
| Ammunition- 12.7 mm | 1,500,000 | $ | 3.85 | $ | 5,775,000 |
| | | TOTAL | | $ | 6,650,000 |

### Terms:

All prices are EXW- Albania

Delivery - From Stock, 2 weeks from EUC

EUC:  a sign EUC is required, by the name UNIMESCO

### Payment

30% - Down Payment with order

70% - by W/T after sign export license/ Inspection

### BANK DETAILS:

**Account Name:** Dragon Ace Ltd.

**Account number:**  0624972921 (USD)

**SWIFT (BIC):** BNINSGSG

**BANK DETAILS:**

Bank Negara Indonesia (BNI) Singapore Branch

39 Robinson Road #06-01, Robinson Point

CASE NO. __CR 15-0704 (A)-SJO__

_____UNITED STATES OF AMERICA_____
VS. ____GHANEM____

PLAINTIFF'S EXHIBIT ____334____

DATE _____IDEN.

DATE_____EVID.

BY _____
                DEPUTY CLERK
AO 386

| | |
|---|---|
| **From:** | Rami Ghanem S4 <ramithe@gmail.com> |
| **Sent:** | Tuesday, January 6, 2015 5:52 AM |
| **To:** | mervat@alghanem.com.jo |
| **Subject:** | Emailing euc.pdf |
| **Attach:** | euc.pdf |

Sent from Samsung Mobile.

Ghanem_00000241

End User Certificate

| 1 | County of final destination | LYBYAN STATE |
| 2 | Name, address, of the End User | Ministry of defence of Republic of LIBYA, TRIPOLI-LIBYA |
| 3 | Exporter | SPECIALIZED foreign trade firm PROGRESS THE STATE concern UKROBORONPROM |
| 4 | Importer | Ministry of defence of REPUBLIC of LIBYA (or any appointed comp) |
| 5 | Contractor | corporate science Gateway to MENA |

6. Description of goods, and quantity

| № | description of goods | Quantity |
|---|---|---|
| 1 | Ammunition 23MM | 1 600 000 |
| 2 | Ammunition 14,5MM | 1300000 |
| 3 | mines 120MM MORTAR ROUNDS 110 | 12000 |
| 4 | GRAD 122MM ROCKET | 10.000 |
| 5 | AMMUNITION 7,62×54 (trocере) | 4500000 |
| 6 | Anti-tank launcher 9P135M1 KONKURS | 50 |
| 7 | ROCKET 9M111M FAGOT | 150 |
| 8 | ROCKET 9M313 IGLA-1 | 50 |
| 9 | Launcher 9P519 IGLA-1 | 5 |

Ghanem_00000241

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   335

DATE _____ IDEN.

DATE _____ EVID.

BY _____
DEPUTY CLERK
AO 386

End User Certificate

| | | |
|---|---|---|
| 1. County of final destination | LYBYAN STATE | |
| 2. name, address, of the End User | ministry of defence of Republic of LIBYA, TRIPOLI-LIBYA | |
| 3. Exporter | SPECIALIZED foreign trage firm PROGRESS THE STATE concern UKROBORONPROM | |
| 4. importer | Ministry of defence of REPUBLIC of LIBYA (or any appointed comp) | |
| 5. Contractor | ~~tosourdes gatiwas~~ Gateway to MENA | |

6. Description of goods, ~~quantity~~ and quantity

| N | description of goods | Quantity |
|---|---|---|
| 1 | Ammunition 23 MM | 1.600 000 |
| 2 | Ammunition 14,5 MM | 1300000 |
| 3 | ~~mines~~ 120 MM MORTAR ROUNDS 120 M | 12000 |
| 4 | GRAD 122MM ROCKET | 10.800 |
| 5 | AMMUnition 7,62×54 (tracer) | 4500,000 |
| 6 | Anti-tank launcher 9P135MI Konkurs | 50 |
| 7 | ROCKET 9M III M FAGOT | 150 |
| 8 | ROCKET 9M 313 IGLA-1 | 50 |
| 9 | Launcher 9P519 IGLA-1 | 5 |

CASE NO.   CR 15-0704 (A)-SJO

        UNITED STATES OF AMERICA
VS.     GHANEM

PLAINTIFF'S EXHIBIT     336

DATE _____ IDEN.

DATE_____ EVID.

BY _____
            DEPUTY CLERK
AO 386

| From: | MERVAT EL-QADI <mervat@alghanem.com.jo> |
| Sent: | Tuesday, January 6, 2015 7:44 AM |
| To: | Rami Ghanem S4 <ramithe@gmail.com> |
| Subject: | RE: Emailing euc.pdf |
| Attach: | End user certificate.docx |

Dear Rami,
Attached herewith the typed document.  Please note the words in yellow are not clear. pls check it.

Thanks.


**From:** Rami Ghanem S4 [mailto:ramithe@gmail.com]
**Sent:** Tuesday, January 06, 2015 3:52 PM
**To:** MERVAT EL-QADI
**Subject:** Emailing euc.pdf


Sent from Samsung Mobile.

Ghanem_00000241

End user certificate

| 1. | Country of final destination | LYBYAN STATE |
|----|------------------------------|--------------|
| 2. | Home, address  of the end user | Ministry of defense of republic of Libya, Tripoli – Libya |
| 3. | Exporter | Specialized foreign the go item<br>Progress<br>The state concern URPOBORONPROM |
| 4. | Importer | Ministry of defense of republic of Libya (or any appointed company) |
| 5. | Contractor | Gateway to MENA |

**Description of goods and quantity**

| No. | Description of Goods | Quantities |
|-----|----------------------|------------|
| 1. | Ammunition 23 MM | 1,600,000 |
| 2. | Ammunition 14.5 MM | 1,300.000 |
| 3. | MORTAR ROUNDS 120 | 12,000 |
| 4. | GRAD 122 MM ROCKET | 10,000 |
| 5. | AMMUNITION 7,62*54 (120CM) | 4,500,000 |
| 6. | ANTI-TANK  LAUNCHER GP135MI konkurs | 50 |
| 7. | Rocket 9 M111M facot | 150 |
| 8. | Rocket 9M313 1 GLA – 1 | 50 |
| 9. | LAUNCHER gp51g 1GLA – L | 5 |

CASE NO. __CR 15-0704 (A)-SJO__

____UNITED STATES OF AMERICA____
VS. ____GHANEM____

PLAINTIFF'S EXHIBIT ____337____

DATE _____IDEN.

DATE_____EVID.

BY _____
DEPUTY CLERK

AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|-------|----------------------------------|
| Sent: | Tuesday, January 6, 2015 12:07 PM |
| To: | Attache.ly17.ua@gmail.com |
| Subject: | End user certificate.docx |
| Attach: | End user certificate.docx |

*Rami Ghanem*

*Gateway to MENA. (GTM)*

**Egypt Office**
Complex 122, Building 16, Apartment 42
Al Rehab City, Cairo  Egypt
Iternational #:  +37282432246
Telephone# 00201127999552
**Jordan Office**

Tel: 962 6 5685624
Fax: 962 6 5685625
**ramithe@gmail.com**  or  rami@caravaname.com
US Telephone: 772 675-4363    Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct to notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

# End user certificate

Date

Reference No.

| 1. | Country of final destination | Republic of LIBYA |
|---|---|---|
| 2. | Home, address  of the end user | Ministry of Defense of Republic of Libya.          Tripoli – Libya |
| 3. | Exporter | State Enterprise Specialized Trade Firm<br><br>**PROGRESS**<br>2/10 Melnikova Str. Pavilion 14, Kyiv, 04050<br><br>Ukraine |
| 4. | Importer | Ministry of Defense of Republic of Libya (or any appointed company) |
| 5. | Contractor | Gateway to MENA for logistic Services<br>Amman, Jordan  11183 |

### Description of Goods and Quantity

| No. | Description of Goods | Quantities |
|---|---|---|
| 1. | Ammunition 23 MM | 1,600,000 |
| 2. | Ammunition 14.5 MM | 1,300.000 |
| 3. | MORTAR ROUNDS 120 | 12,000 |
| 4. | GRAD 122 MM ROCKET | 10,000 |
| 5. | AMMUNITION 7,62*54 (120CM) PKT | 4,500,000 |
| 6. | ANTI-TANK  LAUNCHER GP135Ml | 50 |
| 7. | Rocket 9 M111M fagot | 150 |
| 8. | Rocket 9M313 1 GLA – 1 | 50 |
| 9. | LAUNCHER gp51g 1GLA – L | 5 |

Ghanem_00000241

*Stamp/ Date*

## Statement of the end-user.

We certify that we are the end-user and importer of the goods/technologies referred to in item 1 - 9. Except as authorized by prior written approval of the export control authority of Ukraine, we undertake not to: (1) re-export, (2) sell, (3) lend to any other person or otherwise dispose of the goods/technologies referred to in this document outside the country of end user. This refers also to spare parts, specialist tools, documentation, technical support and operating manuals necessary for the after-sales support.

A relevant Delivery Verification Certificate will be present to the Supplier for each individual shipment, within 10 days from the date of its receipt.

.....................................................
*/Name and position of the signer/*                    *Stamp/ Date*

Ghanem_00000241

CASE NO. ___CR 15-0704 (A)-SJO___

_____UNITED STATES OF AMERICA_____
VS. _____GHANEM_____

PLAINTIFF'S EXHIBIT _____338_____

DATE _____IDEN.

DATE_____EVID.

BY _____
                    DEPUTY CLERK
AO 386

| | |
|---|---|
| **From:** | Rami Ghanem S4 <ramithe@gmail.com> |
| **Sent:** | Wednesday, January 7, 2015 9:18 AM |
| **To:** | west-vik <west-vik@ukr.net> |
| **Subject:** | See attached |
| **Attach:** | image-f0f9f108a03530cde3e8e2936524a70f7fd648e6cecc3dfc6d65ab3f0ccd61fc-V.jpg; image-f0ffeed4e671f9541fb6b2911694d8c23fbe80c804aa73131c09552b6c9d59de-V.jpg |

Sent from Samsung Mobile.





CASE NO.  CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA

VS.  GHANEM

PLAINTIFF'S EXHIBIT  339

DATE _____ IDEN.

DATE _____ EVID.

BY _____

DEPUTY CLERK

AO 386

| From: | Rami Ghanem S4 <ramithe@gmail.com> |
|-------|-------------------------------------|
| Sent: | Wednesday, January 7, 2015 9:08 AM |
| To: | gorlus@mail.ru |
| Subject: | See attached |
| Attach: | image-f0f9f108a03530cde3e8e2936524a70f7fd648e6cecc3dfc6d65ab3f0ccd61fc-V.jpg; image-f0ffeed4e671f9541fb6b2911694d8c23fbe80c804aa73131c09552b6c9d59de-V.jpg |

Sent from Samsung Mobile.

Ghanem_00000241



Ghanem_00000241



Ghanem_00000241

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   340

DATE _____ IDEN.

DATE _____ EVID.

BY _____
DEPUTY CLERK
AO 386

**From:** gorlus <gorlus@mail.ru>
**Sent:** Sunday, January 11, 2015 8:02 AM
**To:** Rami Ghanem <ramithe@gmail.com>
**Subject:**
**Attach:** image001.jpg; img353.jpg



Ñ Ñ Ñ iÑ Ñ Ñ Ñ Ñ Ñ Ñ Ñ Samsung Mobile



التاريخ
Date ....../....../......

المـوافق: ٠٧/٠١/2015 )

الرقم الإشاري: ود ا ٥٧/٥٤ 00



رئاسة مجلس الوزراء

وزارة الدفاع

ديــوان الـــوزارة

*Ministry of Defense*
## END USER CERTIFICATE

### TO WHOM IT MAY CONCERN

This is to certify that following products for the needs of the Armed Forced of Libya, will be purchased from following supplier :

- Country of final destination Republic: of LIBYA.
- Home, address of the end user : Ministry of Defense of Republic of Libya. Tripoli – Libya
- Exporter: State Enterprise Specialized Trade Firm PROGRESS.
- 2/10 Melnikova Str. Pavilion 14, Kyiv, 04050 Ukraine.
- Importer: Ministry of Defense of Republic of Libya (or any appointed company)
- Contractor: Gateway to MENA for logistic Services Amman, Jordan 11183.

| No. | Description | Quantity (pcs.) |
|---|---|---|
| 1. | Ammunition 23 mm for AA Gun ZU-23. | 1.600.000 |
| 2. | Ammunition 14,5 mm for AA Gun round. | 1.300.000 |
| 3. | Mortar Rounds 120. | 12,000 |
| 4. | Grad 122 mm Rocket. | 10,000 |
| 5. | Ammunition 7,62x54 mm(120cm) for machinegun PKT round linked. | 5.000.000 |
| 6. | Anti – Tank Launcher GP 135 MI. | 50 |
| 7. | Rocket 9 M111M Fagot. | 150 |
| 8. | Rocket 9M 313 1 GLA -1 | 50 |
| 9. | Launcher gp51g 1GLA - L | 5 |

We certify that we are the end-user and importer of the goods/technologies referred to in item 1 - 9. Except as authorized by prior written approval of the export control authority of Ukraine, we undertake not to: (1) re-export, (2) sell, (3) lend to any other person or otherwise dispose of the goods/technologies referred to in this document outside the country of end user. This refers also to spare parts, specialist tools, documentation, technical support and operating manuals necessary for the after-sales support.

A relevant Delivery Verification Certificate will be present to the Supplier for each individual shipment, within 10 days from the date of its receipt.

**Khalifh M. Ghwel,**

**First Deputy Prime Minister**

**and acting Minister of Defense**

For the End User

Signature, stamp

CASE NO.  CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.  GHANEM

PLAINTIFF'S EXHIBIT   341

DATE _____IDEN.

DATE_____EVID.

BY _____
                DEPUTY CLERK

AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
| Sent: | Sunday, January 11, 2015 8:22 AM |
| To: | progress@progress.gov.ua |
| Subject: | Request and order for Libya |
| Attach: | Libya EUC.pdf; Progress letter.pdf |

Attention: Mr. Taras Shyiko
Director of PROGRESS

*Rami Ghanem*

*Caravana Middle East CME*

Behind ABC Bank. Al-Shmeisani
Abdul Al-Rahim Al- Waked St. - Shmeisani. Bldg. No. 42
P.O. Box 830589
Amman-11183 Jordan
Tel: 962 6 5685624 Ext.104
Fax: 962 6 5685625    Mobile: **Iternational #: +37282432246**
**ramithe@gmail.com**  or  rami@caravaname.com
US Telephone: 772 675-4363    Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...



التاريخ / /
Date

2015 . 01 . 07 الموافق
الرقم الإشاري: وذا / 0054/57
Ref. Number



Ministry of Defense



رئاسة مجلس الوزراء

وزارة الدفاع

ديــوان الـــوزارة

# END USER CERTIFICATE

## TO WHOM IT MAY CONCERN

This is to certify that following products for the needs of the Armed Forced of Libya, will be purchased from following supplier :

- Country of final destination Republic: of LIBYA.
- Home, address of the end user : Ministry of Defense of Republic of Libya. Tripoli – Libya
- Exporter: State Enterprise Specialized Trade Firm PROGRESS.
- 2/10 Melnikova Str. Pavilion 14, Kyiv, 04050 Ukraine.
- Importer: Ministry of Defense of Republic of Libya (or any appointed company)
- Contractor: Gateway to MENA for logistic Services Amman, Jordan 11183.

| No. | Description | Quantity (pcs.) |
|-----|-------------|-----------------|
| 1. | Ammunition 23 mm for AA Gun ZU-23. | 1.600.000 |
| 2. | Ammunition 14,5 mm for AA Gun round. | 1.300.000 |
| 3. | Mortar Rounds 120. | 12,000 |
| 4. | Grad 122 mm Rocket. | 10,000 |
| 5. | Ammunition 7,62x54 mm(120cm) for machinegun PKT round linked. | 5.000.000 |
| 6. | Anti – Tank Launcher GP 135 MI. | 50 |
| 7. | Rocket 9 M111M Fagot. | 150 |
| 8. | Rocket 9M313 1 GLA -I | 50 |
| 9. | Launcher gp51g 1GLA - L | 5 |

We certify that we are the end-user and importer of the goods/technologies referred to in item 1 - 9. Except as authorized by prior written approval of the export control authority of Ukraine, we undertake not to: (1) re-export, (2) sell, (3) lend to any other person or otherwise dispose of the goods/technologies referred to in this document outside the country of end user. This refers also to spare parts, specialist tools, documentation, technical support and operating manuals necessary for the after-sales support.
 A relevant Delivery Verification Certificate will be present to the Supplier for each individual shipment, within 10 days from the date of its receipt.

**Khalifh M. Ghwel,**

**First Deputy Prime Minister**

**and acting Minister of Defense**

For the End User
Signature stamp



Date: Janury,5th 2015
Reference: 1/15/DRL

TO: **PROGRESS**
**State Enterprise Specialized Trade Firm**
**2/10 Melnikova Str. Pavilion 14, Kyiv, 04050. Ukraine**

**From: Gateway to MENA for Logistics Services**
**P.O. Box 830589**
**Amman – Jordan 11183**

Dear Air,

Our company interested to buy ammunitions and different kind of military equipment, spare parts to the setae of Libya.
We also want to send group of specialists to make estimation of existing armament in order to maintain and if necessary to upgrade and modernize it.

Please advise us about the possibility to by items listed in End User Certificate attached to the letter and give us quotation, quantity and quality for the goods, in order to sigh contract and start shipment.

Thanking you in advance

Best Regards

Rami Ghanem

info@Gatewaymena.com
Mobile: +37282432246

**4281 Express Lane. Suite L7503. Sarasota, Florida 34238 USA**
**Jordan: Mob: +962777100577, +962 777 333 390 E-mail info@gatewaymena.com**
**P.O. Box 830589 Amman – Jordan 11183**

00091620                                                    Ghanem_00000241

CASE NO.   CR 15-0704 (A)-SJO

        UNITED STATES OF AMERICA
VS.    GHANEM

PLAINTIFF'S EXHIBIT    342

DATE _____IDEN.

DATE_____EVID.

BY _____
              DEPUTY CLERK
AO 386

  

—————— / —————— / —————— التاريخ
Date

( 2015 . 01 . 07 ) الموافق

0054 / 57 الرقم الإشاري، و.د.أ
Ref. Number

رئاسة مجلس الوزراء

وزارة الدفاع

ديـــوان الـــوزارة

*Ministry of Defense*

## END USER CERTIFICATE

### TO WHOM IT MAY CONCERN

This is to certify that following products for the needs of the Armed Forced of Libya, will be <u>purchased from following supplier</u> :

- Country of final destination Republic: of LIBYA.
- Home, address of the end user : Ministry of Defense of Republic of Libya. Tripoli – Libya
- Exporter: State Enterprise Specialized Trade Firm PROGRESS.
- 2/10 Melnikova Str. Pavilion 14, Kyiv, 04050 Ukraine.
- Importer: Ministry of Defense of Republic of Libya (or any appointed company)
- Contractor: Gateway to MENA for logistic Services Amman, Jordan 11183.

| No. | Description | Quantity (pcs.) |
|-----|-------------|-----------------|
| 1. | Ammunition 23 mm for AA Gun ZU-23. | 1.600.000 |
| 2. | Ammunition 14,5 mm for AA Gun round. | 1.300.000 |
| 3. | Mortar Rounds 120. | 12,000 |
| 4. | Grad 122 mm Rocket. | 10,000 |
| 5. | Ammunition 7,62x54 mm(120cm) for machinegun PKT round linked. | 5.000.000 |
| 6. | Anti – Tank Launcher GP 135 MI. | 50 |
| 7. | Rocket 9 M111M Fagot. | 150 |
| 8. | Rocket 9M313 1 GLA -1 | 50 |
| 9. | Launcher gp51g 1GLA - L | 5 |

We certify that we are the end-user and importer of the goods/technologies referred to in item 1 - 9. Except as authorized by prior written approval of the export control authority of Ukraine, we undertake not to: (1) re-export, (2) sell, (3) lend to any other person or otherwise dispose of the goods/technologies referred to in this document outside the country of end user. This refers also to spare parts, specialist tools, documentation, technical support and operating manuals necessary for the after-sales support.

A relevant Delivery Verification Certificate will be present to the Supplier for each individual shipment, within 10 days from the date of its receipt.

**Khalifh M. Ghwel,**

**First Deputy Prime Minister**

**and acting Minister of Defense**

For the End User

Signature, stamp



Subject to Protective Order

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA

VS.      GHANEM

PLAINTIFF'S EXHIBIT      343

DATE _____IDEN.

DATE_____EVID.

BY _____
          DEPUTY CLERK

AO 386

| From: | gorlus <gorlus@mail.ru> |
|---|---|
| Sent: | Monday, January 19, 2015 4:04 AM |
| To: | Rami Ghanem <ramithe@gmail.com> |
| Subject: | Invose |
| Attach: | image001.jpg; Inv Kzr_19011.pdf |

Надіслано із Samsung Mobile

Ghanem_00000241



# KAZAR BUSINESS LIMITED

9 Barrack Road, Belize City, Belize
Acc.(IBAN): LV16 KBRB 1111 2172 4900 1
SWIFT code:KBRBLV2XXXX
TRASTA KOMERCBANKA
RIGA , LATVIA

| COMMERCIAL INVOICE | Invoice No: | 19011 |
|---|---|---|
| | Date: | 19.01.2015 |

| Contract No | Term of payment: | Currency | USA dollar ($) |
|---|---|---|---|
| Origin | | | |

| Issuer:<br>KAZAR BUSINESS LIMITED | Shipper/Exporter:<br>KAZAR BUSINESS LIMITED |
|---|---|
| Buyer:<br>Gateway to MENA | |

| Item | System | Model | Quantity | | Unite Price | | Amount | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| 1 | HDD SAS 600GB 15000RPM ST3600057SS SEAGATE | | 1200 | pcs | 247.50 | US$ | 297000.00 | US$ |
| | | | **Total** | **1200** | **pcs** | | **297000.00** | **US$** |
| | | | | | | | | |
| | | | | | | | *297000.00* | **US$** |



CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   344

DATE                              IDEN.

DATE                              EVID.

BY
          DEPUTY CLERK
AO 386

| From: | gorlus <gorlus@mail.ru> |
|---|---|
| **Sent:** | Tuesday, January 20, 2015 2:39 AM |
| **To:** | Rami Ghanem <ramithe@gmail.com> |
| **Subject:** | Invoise |
| **Attach:** | Inv Kzr_19011-3.pdf |

Надіслано із Samsung Mobile

Ghanem_00000241

# KAZAR BUSINESS LIMITED

9 Barrack Road, Belize City, Belize
Acc. (IBAN): LV16 KBRB 1111 2172 4900 1
SWIFT code:KBRBLV2XXXX
TRASTA KOMERCBANKA
RIGA , LATVIA
hkedifier@hkedifier.com

| COMMERCIAL INVOICE | | | | | Invoice No: | 19011 | |
|---|---|---|---|---|---|---|---|
| | | | | | Date: | 19.01.2015 | |
| Contract No | | Term of payment: | | | Currency | USA dollar ($) | |
| Origin | | | | | | | |

Issuer:
KAZAR BUSINESS LIMITED

Shipper/Exporter:
KAZAR BUSINESS LIMITED

Buyer:
Gateway to MENA

| Item | System | Model | Quantity | | | Unite Price | | Amount | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Maintance and tranning of technikal personnel for c130 | | | 1 | pcs | 297000.00 | US$ | 297000.00 | US$ |
| | | | **Total** | **1** | **pcs** | | | **297000.00** | **US$** |
| | | | | | | | | | |
| | | | | | | | | 297000.00 | **US$** |



CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.     GHANEM

PLAINTIFF'S EXHIBIT     345

DATE                              IDEN.

DATE                              EVID.

BY
          DEPUTY CLERK
AO 386



CASE NO.  CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   346

DATE _____ IDEN.

DATE _____ EVID.

BY _____
              DEPUTY CLERK
AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|---|---|
| Sent: | Friday, March 20, 2015 6:29 PM |
| To: | Mohd <aldaboubim@gmail.com> |
| Subject: | FW: List English |
| Attach: | List ENG.doc |

Please see the list in word format if you can discuss and let me know what are the items which are urgently required.

Thanks

**Rami Ghanem**

**Gateway to MENA. (GTM)**

**Egypt Office**
**Complex 133, Building 7, Apartment 32**
**Al Rehab City, Cairo  Egypt**
**Iternational #: +37282432246**
**Telephone# 00201127999552**
**Jordan Office**

Tel: 962 6 5685624
Fax: 962 6 5685625
**ramithe@gmail.com**  or  rami@caravaname.com
US Telephone: 772 675-4363    Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

Ghanem_00000241

| Nr. | Type | Notes | Quantity |
|---|---|---|---|
| 1. | Р-40ТД | Air missile with thermal homing Warhead: high-explosive Media: MiG-25P, MiG-31 | 100 pcs. |
| 2. | Р-40РД | Air missile with a semi-active radar homing missile impulse able-selected targets on the background of the underlying surface. | 100 pcs. |
| 3. | Р-23Т | missile "air-to-air" medium range. Weight, kg: 215. Launch range maximum: km: 25 | 100 pcs. |
| 4. | Р-23Р | missile "air-to-air" medium range. Weight, kg: 222. Launch range maximum: km: 35 | 100 pcs. |
| 5. | Р-60МК | guided missile "melee" class "air-to-air" snaschёnnaya upgraded radar fuze "Kolibri-M" has a better noise immunity | 100 pcs. |
| 6. | П-62-И МД | aircraft missile launchers P-60 launcher P-62 became the standard means of self-defense on the aircraft MiG-21, MiG-23, MiG-25, MiG-27, MiG-29, MiG-31, Su-15, Su 17, Su-25, Yak-38 helicopters and tactical aircraft. | 20 pcs. |
| 7. | Р-73 | guided missile air-to-air short-range infrared system itself guidance. Created specifically for highly maneuverable close air combat | 250 pcs. |
| 8. | АПУ-73 | Designed for outdoor suspension, transportation and combat support start-up or emergency release of R-73E, F-73ZL, RVV-MD with aircraft and helicopters in Russia. | 20 pcs. |
| 9. | Test bench АПУ-73 | testbench to verify the AAP-73 | 4 pcs. |
| 10. | Set of tools for АПУ-73 | Set of tools for maintenance and repair of AAP-73 | 4 complete |
| 11. | 9М120 «Атака» | antitank guided missiles with radio command control system. Designed to destroy armored vehicles, manpower, bunkers, air defenses, and helicopters. | 300 pcs. |
| 12. | 9М123 Khrizantema | self-propelled anti-tank missile system. Designed for the destruction of tanks, infantry fighting vehicles and other lightly armored targets, engineering and fortifications, surface targets, low-speed air targets and manpower | 300 pcs. |
| 13. | С-5КО | Air-launched rocket multipurpose warhead combined with shaped-charge fragmentation. Equipped with 10 steel rings with cuts to the regularity of crushing (formed by the explosion to 220 fragments weighing 2 grams) | 5000 pcs. |
| 14. | В-5К | In the fuse-5K For unguided rockets | 5000 pcs. |
| 15. | УБ-32М | Switch channels UB-32M, 7200-0 is designed for switching circuits in units of type UB-32 of all modifications. Provides electrical switching and transmission of impulses in a certain sequence. | 30 pcs. |
| 16. | Б-8В-20А | Block B-Nursi 8V20A. Loaded with unguided rockets S-8. Designed to equip combat helicopters. | 30 pcs. |
| 17. | С-8КО | 80-mm unguided rocket designed to destroy the equipment and manpower of the enemy from the air. cumulatively, fragmentation | 4000 pcs. |
| 18. | С-24Б | unguided rocket flameless | 600 pcs. |
| 19. | В-24А | Blaster B-24A provide high-explosive or shrapnel effect of the projectile with the formation of about 4000 | 600 pcs. |

Ghanem_00000241

| | | fragments | |
|---|---|---|---|
| 20. | Б-13 | For transporting and launching missiles С-13kor used launcher B-13, which provides an opportunity to start as a multi-channel system for the administration and for the single-channel, single or series of commands on a carrier board | 20 pcs. |
| 21. | С-13(130мм) | unguided rocket designed to destroy aircraft in reinforced concrete shelters, equipment and manpower in especially durable shelters. These missiles are equipped with different types of aircraft and helicopters. Start rockets made from suspended on the support blocks. | 500 pcs. |
| 22. | testbench to Б-13 | testbench to verify the B-13 | 4 pcs. |
| 23. | Set of tools for Б-13 | Set of tools for maintenance and repair of the B-13 | 4 complete |
| 24. | ОФАБ-100-130М | Fragmentation - air explosive bomb | 600 pcs. |
| 25. | ОФАБ-250-270 | High-explosive aerial bomb OFAB-250-270 is designed to engage the military-industrial facilities, already fragile and light armored vehicles, manpower. Used with an altitude of 500 - 16,000 m at speeds of 500 - 1500 km / h. | 600 pcs. |
| 26. | ОФЗАБ-500 | High-explosive incendiary aerial bomb OFZAB-500 application was created at high speeds with low altitudes against manpower and legkouyazvimuyu field installations, depots and fuel depots. The bomb is intended to replace a Russian Air Force outdated FOZAB-500. Used with heights of 300 - 20,000 m at a speed of 100 - 1200 km / h | 400 pcs. |
| 27. | БетАБ-500 | Concrete-air bomb | 400 pcs. |
| 28. | ФАБ-500М62 | High-explosive aerial bomb FAB-500 M62 is designed to engage the military-industrial facilities, railway junctions, very vulnerable and lightly armored vehicles, manpower and military field facilities. Applies to the heights of 570 - 12,000 m at a speed of 500 - 1180 km / h. | 400 pcs. |
| 29. | АВУ-ЭТ | Fuse for air bombs | 5000 pcs. |
| 30. | АТК-ЭБ | Airborne remote handset ATK-EB with elektropirotehnicheskim triggering device intended for equipment in the head and bottom of luminous point, and special photographic aerial bombs with a fuse thread diameter of 26 mm. | 100 pcs. |
| 31. | АТК-ЭА | Fuse for air bombs | 50 pcs. |
| 32. | АМ-А | Fuses type AM were used for high-explosive equipment; frag, smoke, incendiary bombs and practical, as well as rockets caliber 82 and 132 mm. | 400 pcs. |
| 33. | УПК-23-250 | Unified gun container UPK-23-250 is a gondola with a built-in it dvuhstvolny 23mm. quick-firing gun GS-23 (GS-23L, GS-23M) design Gryazev-Shipunova. UPK-23-250 suspended on the suspension point of the standard underwing weapons helicopter. | 20 pcs. |
| 34. | ГШ-23 | two-barrel aircraft cannon designed to equip mobile and fixed installations gun MiG-21, MiG-23, Yak-28 and Yak-130, Su-7B, Su-15, Su-17, Su-25, Il-76M, Tu - 22M, Yak-38 and An-72P, Tu-95MS and Tu-142MZ / LL, L-39ZA and helicopters Ka-25F, the Ka-29, Mi-24VM, Mi-35M, Mi-8 MTV. | 30 pcs. |
| 35. | 9Н1-472(9-2925- | links of tape cartridges | 100000 pcs. |

Ghanem_00000241

| | | | |
|---|---|---|---|
| | 10) | | |
| 36. | ОФ 3Т (23мм) | Ammunition high-explosive incendiary tracer | 25000 pcs. |
| 37. | ОФ 3 (23мм) | Ammunition high-explosive incendiary | 25000 pcs. |
| 38. | БЗА(23мм) | armor-piercing incendiary (BZ-A) for the projectile guns AM-23. | 25000 pcs. |
| 39. | 9ГД-303М | Machine for equipment and demilitarization of link belts Universal | 1 pcs. |
| 40. | 9А-303 | Machine for equipment and demilitarization of link belts Universal | 1 pcs. |
| 41. | ОФЗ-30ГШ(9-А4002) | 30-mm high-explosive incendiary | 10000 pcs. |
| 42. | ОФ 3Т-30Г | 30-mm high-explosive incendiary tracer | 10000 pcs. |
| 43. | БР-30ГШ(9-А-404) | 30-mm armor-breaking | 10000 pcs. |
| 44. | МЭ-30ГШ | 30mm multi-element (with leading plastic belt) | 10000 pcs. |
| 45. | 30 мм 9-А623К | 30 mm twin-barrel aircraft cannon. Designed for firing with different types of aircraft and helicopters for air and ground targets | 5 pcs. |
| 46. | 9-Н-623 | Links 9-H-623 for the gun GSH-301 are the same as the gun 2A42 | 40000 pcs. |
| 47. | AN-M3 (12,7мм) | | 30 pcs. |
| 48. | AN-M3 (12.7мм) | | 50000 pcs. |
| 49. | ЯкБ (12,7мм) | four barrel air gun with a rotating barrel unit | 15 pcs. |
| 50. | Б-32 (12,7мм) | 12.7mm cartridge with armor-piercing incendiary bullet B-32 | 25000 pcs. |
| 51. | БЗТ(12,7мм) | Cartridges with armor-piercing incendiary tracer bullets | 25000 pcs. |
| 52. | 9-Н-624 | Intended to form a cartridge tape, placing it in the rounds of 12.7 mm and a feed to the receiver machine gun 9-A-624 (YakB-12.7). | 25000 pcs. |
| 53. | 12,7 мм | The machine to reload ammunition | 2 pcs. |
| 54. | ПВ-50 | 50-mm cartridges for cartridge ejection device interference effects on clouds | 30 pcs. |
| 55. | ПК-16М | squib bailout | 30 pcs. |
| 56. | ПК-16 | squib bailout | 10 pcs. |
| 57. | ПЗ-М | squib | 16 pcs. |
| 58. | ПК-5-2 | squib | 10 pcs. |
| 59. | ПК-3М-1 | squib | 70 pcs. |
| 60. | ПК-7Т | squib | 15 pcs. |
| 61. | (VV.PR)120.4.2785 | squib | 20Ш т. |
| 62. | V.9950(VMP.2M) | squib | 120 pcs. |
| 63. | ППЛ (9-А-433) | pyro cartridge to reload guns | 2000 pcs. |
| 64. | ПП-3 (9ПП) | squib infrared | 200 pcs. |
| 65. | (ЛО-043) ППИ-50-1 | 50mm squib radar | 360 pcs. |
| 66. | (ЛО-051) ПРП-50-17 | 50mm squib radar | 360 pcs. |
| 67. | ППИ-26-1В | 26-mm squib infrared | 600 pcs. |
| 68. | ПРП-26-17 | 26- mm squib radar | 600 pcs. |
| 69. | 9Ж-339 | | 100 pcs. |

Ghanem_00000241

| 70. | 9Ж414 | | | 100 pcs. |
|---|---|---|---|---|
| 71. | 9M-342 | Anti-aircraft missile 9M342 is designed to engage jet, turboprop and propeller planes, helicopters and small targets such as unmanned aerial vehicles and cruise missiles on a collision course and will catch up in terms of natural (background) and artificial interference in visual visibility of the target. | | 500 pcs. |
| 72. | 9Б-238 | ground power for MANPADS "Igla" | | 1500 pcs. |
| 73. | 9P-522 | launcher mechanism for MANPADS "Igla" | | 20 pcs. |
| 74. | A complete set of night vision devices (including binoculars) | | | 100 pcs. |

| Nr. | Type | Describtion | Caliber | Quantity |
|---|---|---|---|---|
| 1. | Squib | MK-2 | Grains 66 | 20 pcs. |
| 2. | Squib | MK-1 | Grains 3 | 50 pcs. |
| 3. | Squib | MK-1 | Grains 4 | 50 pcs. |
| 4. | aircraft tires | 520*125 | Mig-23 | 30 pcs. |
| 5. | aircraft tires | 840*290 | Mig-29 | 50 pcs. |
| 6. | aircraft tires | 23*7,25-10 | | 100 pcs. |
| 7. | inner tube | 23*7,25-10 | | 200 pcs. |
| 8. | aircraft tires | 6,50-5-5-1/2T.C | | 50 pcs. |
| 9. | inner tube | 6,50-5-1/2 T.C | | 100 pcs. |
| 10. | ТВУ-1-3Д | | | 20 pcs. |
| 11. | aircraft tires | 430*150 | | 50 pcs. |
| 12. | aircraft tires | 610*185 | | 100 pcs. |
| 13. | Parachute | SP-70 | | 25 pcs. |
| 14. | Parachute | PL-70 | | 25 pcs. |

Ghanem_00000241

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   347

DATE _____ IDEN.

DATE_____ EVID.

BY _____
DEPUTY CLERK

AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|---|---|
| Sent: | Monday, March 30, 2015 8:08 PM |
| To: | kam600al@yahoo.com |
| Subject: | other offers |
| Attach: | KSA Sofia prices.docx; Offer 1.pdf; Offer No. 070320145-HA.pdf; prices for KSA.pdf; عرض صواريخ الجراد ودبابة ت 72.pdf |

Please see attached some other items you can offer it to your customer, all items are from our available stock.

Regards

**Rami Ghanem**

**Gateway to Egypt. (GTE)**
Complex 133, Building 7, Apartment 32
Al Rehab City, Cairo  Egypt
Telephone# 00201127999552
Iternational #:  +37282432246
**Jordan Office**

Tel: 962 6 5685624
Fax: 962 6 5685625
**ramithe@gmail.com**  or  rami@caravaname.com
US Telephone: 772 675-4363    Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

Ghanem_00000241

# OFFER LETTER

**Dear Sirs,**

We are pleased to submit above offer for your kind consideration.

"

Our main spheres of activities are the foreign trading, consultancy and development of defense equipment and technologies with dual-military and non-military use.

Our portfolio covers the full range of military supplies of weaponry and ammunitions, repair and maintenance of aviation items, ground wheeled and chained heavy machinery, etc.

For further details please find enclosed our corporate presentation.

The details of our offer are as follows:

Ghanem_00000241

| № Nos. | Наименование Description | Кол-во (бр.) QTY (pc) | Цена за ед. (ам. дол.) Price per unit (USD) |
|---|---|---|---|
| 1 | Боеприпас 23 мм Ammunition 23 mm | 5,000,000 | 18,75 |
| 2 | Боеприпас 14,5 мм Ammunition 14.5 mm | 5,000,000 | 9,40 |
| 3 | Боеприпас 7,62x54 мм ПКТ Ammunition 7.62x54 mm РКТ | 5,000,000 | 250 for 1000 pieces |
| 4 | Минохвъргачен изстрел 81 мм Mortar round 81 mm | 12,000 | 173,00 |
| 5 | Минохвъргачен изстрел 120 мм Mortar round 120 mm | 12,000 | 368,00 |
| 6 | Ракета 130 мм Rocket 130 mm | 10,000 | 4180,00 |
| 7 | 122 мм ГРАД GRAD 122 mm | 10,000 | 1800,00 |
| 8 | Боеприпас 12,7 мм Ammunition 12.7 mm | 3,000,000 | 5,10 |
| 9 | Противотанкова ПУ  9П135М-М1 Antitank Launcher  9P135M-M1 | 150 | 61 000,00 |
| 10 | Ракета за ПУ  9П135М-М1 Missiles Antitank Launcher  9P135M-M1 | 1,500 | 24 000,00 |
| 11 | Лазерен далекомер Laser Range Finder | 200 | 33 000,00 |
| 12 | Снайпер до 2 000 м Sniper for 2,000 m | 100 | 7300,00 |
| 13 | Ракетна пускова установка за Ми – 24 Rocket Launchers for Mi - 24 | 16 | 155 000,00 |
| 14 | Противотанкова ракета за АТ – 2 AT – 2 Swatter Missiles | 2,500 | 27 600,00 |
| 15 | Противотанкова ракета за АТ – 6 AT – 6 Spiral Missiles | 2,500 | 27 400,00 |
| 16 | 57 мм ракета 57 mm Rocket | 1,000 | 540,00 |
| 17 | 80 мм ракета 80 mm Rocket | 1,000 | 1780,00 |
| 18 | 130 мм ракета 130 mm Rocket | 1,000 | 4180,00 |
| 19 | 240 мм ракета 240 mm Rocket | 1,000 | 6087,00 |
| 20 | 30 мм гранатохвъргачка АГС – 17 AGS – 17 30 mm grenade Launchers | 16 | 34 00,00 |

- *Delivery Terms*:

- **CIF Riyadh-KSA** - INCOTERMS 2000;

Ghanem_00000241

- Delivery time frame – according mutually agreed delivery schedule; First shipment shall be delivered within 7 days after export license being issued;

- **Payment Terms:**

a) first 50 % of the over all contract price shall be paid to the immediately after issuance of Export License;

b) second 50 % from the over all price of each particular shipment shall be paid after goods inspection and at readiness to load;

c) payments shall be done by wire-transfer against properly formatted invoices in USD;

- _**Validity of the offer:**_   **April 15.2015**

For any further questions or clarifications please do not hesitate to contact us.

We hope that our quotation will be to your complete satisfaction and we look forward to receiving your purchase order.

**Yours sincerely,**

Ghanem_00000241



Ministry of Defence,

Saudi Arabia

Riyadh - KSA

Re  Our Ref 070320145-HA

Tuesday March 31st 2015

 Dear Sirs,   We have pleasure in offering you the following ex-stock items available for immediate shipment following issue of export license. Our company Gateway to MENA with our offer Reference Number 070320145-HA, are an official supplier for items in the below lists for the offer of OEM (Original Equipment Manufacturer) military weapons.

| ت | نوع السلاح أو العتاد | العيار | الدولة المصنعة | العدد الجاهز للشحن الفوري | سعر المفرد $ |
|---|---|---|---|---|---|
| 1. | مدفع عيار MM23 | 23MM | Georgia , Russia, Serbia, Ukraine, Bulgaria, Poland, Czech | 1000 | $83,375.00 |
| 2. | عتاد للمدفع عيار MM23 | 23MM | Georgia , Russia, Serbia, , Ukraine, Bulgaria, Poland, Czech | 1500000 | $15 |
| 3. | رشاشة عيار MM14.5مفرد السبطانة | 14.5MM | Russia, Serbia,  , Georgia, Ukraine, Bulgaria, Poland, Czech | 1000 | $28,250.00 |
| 4. | رشاشة عيار MM14.5 مزدوج السبطانة | 14.5MM | Georgia , Russia, Serbia, , Ukraine, Bulgaria, Poland, Czech | 3000 | $35,000.00 |
| 5. | رشاشة عيارMM14.5 رباعي السبطانة | 14.5MM | Georgia , Russia, Serbia, , Ukraine, Bulgaria, Poland, Czech | 2000 | $60,000.00 |
| 6. | عتاد للرشاشة عيار MM14.5 | 14.5MM | Georgia , Russia, Serbia, , Bulgaria, Poland, , Ukraine Czech | 20000000 | $7.38 |
| 7. | رشاشة دوشكا عيار MM 12.7 | 12.7MM | Russia, Serbia,  , Georgia, Ukraine, Bulgaria, Poland, Czech | 1000 | $15,500.00 |
| 8. | رشاشة قناص عيار MM12.7 (نفس عيار الدوشكا) | 12.7MM | Georgia , Russia, Serbia, , Ukraine, Bulgaria, Poland, Czech | 1000 | $13,125.00 |
| 9. | عتاد رشاشة أحادية عيار MM12.7 | 12.7MM | Russia, Serbia,  , Georgia, Ukraine, Bulgaria, Poland, Czech | 10000000 | $4.69 |
| 10. | قاذف صواريخ SPG-9 | | Georgia , Russia, Serbia, , Ukraine, Bulgaria, Poland Czech | 500 | $ 27,875 |



| | | | | | |
|---|---|---|---|---|---|
| 11. | SPG-9 صاروخ | | Russia, Serbia, , Georgia, Ukraine, Bulgaria, Poland, Czech | 10000 | $650.00 |
| 12. | RBG-7 قاذف صاروخ | 40MM | Georgia , Russia, Serbia, , Ukraine, Bulgaria, Poland Czech | 1000 | $2,125.00 |
| 13. | RBG-7 صاروخ | 40MM | Russia, Serbia, , Georgia, Ukraine, Bulgaria, Poland, Czech | 20000 | $300.00 |
| 14. | MM120 هاون عيار | 120MM | Georgia , Russia, Serbia, , Ukraine, Bulgaria, Poland Czech | 500 | $17,000.00 |
| 15. | MM120 قنبرة هاون عيار | 120MM | Georgia , Russia, Serbia, , Poland , Ukraine, Bulgaria Czech | 1000 | $262.50 |
| 16. | MM82 هاون عيار | 82MM | Georgia , Russia, Serbia, , Ukraine, Bulgaria, Poland Czech | 1000 | $8,375.00 |
| 17. | MM82 قنبرة هاون عيار | 82MM | Russia, Serbia, , Georgia, Ukraine, Bulgaria, Poland, Czech | 100000 | $218.75 |
| 18. | MM60 هاون عيار | 60MM | Georgia , Russia, Serbia, , Ukraine, Bulgaria, Poland Czech | 1000 | $7,337.50 |
| 19. | MM60 قنبرة هاون عيار | 60MM | Georgia , Russia, Serbia, Ukraine, Bulgaria, Poland, Czech | 7000 | $206.25 |
| 20. | MM7.62 رشاشة BKC عيار | 7.62MM | Russia, Serbia, , Georgia, Ukraine, Bulgaria, Poland, Czech | 10000 | $4,812.50 |
| 21. | رشاشة BKC عيار MM 7.62 ذات ناظور للقنص (نفس عيار BKC) | 7.62MM | Georgia , Russia, Serbia, , Ukraine, Bulgaria, Poland Czech | 1000 | $11,125.00 |
| 22. | عتاد للرشاشة BKC عيار MM7.62 | 7.62MM | Russia, Serbia, , Georgia, Ukraine, Bulgaria, Poland, Czech | 50000000 | $0.45 |
| 23. | بندقية كلاشنكوف نصف أخمص ( أخمص معدني يطوي) | 7.62MM | Georgia , Russia, Serbia, , Ukraine, Bulgaria, Poland Czech | 100000 | $280.00 |
| 24. | عتاد للبندقية كلاشنكوف | 7.62MM | Georgia , Russia, Serbia, , Poland , Ukraine, Bulgaria | 50000000 | $0.30 |
| 26. | رمانة هجومية | | Russia, Serbia, , Georgia, Ukraine, Bulgaria, Poland, Czech | 10000 | $81.25 |
| 27. | رمانة دفاعية | | Georgia , Russia, Serbia, , Ukraine, Bulgaria, Poland Czech | 5000 | $81.25 |
| 28. | رمانة دخان | | Russia, Serbia, , Georgia, Ukraine, Bulgaria, Poland, Czech | 5000 | $81.25 |
| 29. | رمانة دخان | | Georgia , Russia, Serbia, , Poland ,Ukraine, Bulgaria Czech | 5000 | $81.25 |
| | رمانة صوتية | | Russia, Serbia, , Georgia, Ukraine, Bulgaria, Poland, Czech | 5000 | $81.25 |
| 30. | ناظور حراري | | Georgia , Russia, Serbia, Ukraine, Bulgaria, Poland, Czech | 1000 | $10,500.00 |
| 31. | ناظور ليلي | | Russia, Serbia, , Georgia, Ukraine, Bulgaria, Poland, Czech | 5000 | $5,250.00 |



| | | | Georgia , Russia, Serbia, , Ukraine, Bulgaria, Poland, Czech | 10000 | $2,250.00 |
|---|---|---|---|---|---|
| 32. | ناظور نهاري | | | | |
| 33. | مرقب حدودي مع الركيزة ( ألأرجل) | | Russia, Serbia, , Georgia, Ukraine, Bulgaria, Poland, Czech | 200 | $65,500.00 |
| 34 | هاون / دخان تنوير مهداد | 60MM | Georgia , Russia, Serbia, Ukraine, Bulgaria, Poland Czech, | 30000 | $ 205 |
| 35 | هاون / دخان تنوير مهداد | 81MM | Georgia , Russia, Serbia, Ukraine, Bulgaria, Poland Czech, | 30000 | $ 291 |
| 36 | هاون / دخان تنوير مهداد | 82MM | Georgia , Russia, Serbia, Ukraine, Bulgaria, Poland Czech, | 30000 | $ 297 |
| 37 | هاون / دخان تنوير مهداد | 120MM | Georgia , Russia, Serbia, Ukraine, Bulgaria, Poland ,Czech | 30000 | $ 620 |
| 38 | صاروخ دبابة /برامز/ T54T72 | 105MM | Georgia , Russia, Serbia, Ukraine, Bulgaria, Poland ,Czech | 50000 | $ 595 |
| 39 | صاروخ مدفعية/ D30قريب وبعيد المدى | 123MM | Georgia , Russia, Serbia, Ukraine, Bulgaria, Poland ,Czech | 200000 | $ 530 |
| 40 | صاروخ مدفعية/ D30قريب وبعيد المدى | 135MM | Georgia , Russia, Serbia, Ukraine, Bulgaria, Poland ,Czech | 50000 | $ 780 |
| 41 | صاروخ مدفعية/ D30قريب وبعيد المدى | 150MM | Georgia , Russia, Serbia, Ukraine, Bulgaria, Poland ,Czech | 60000 | $ 920 |
| 42 | صاروخ مدفعية/ D30قريب وبعيد المدى | 120MM | Georgia , Russia, Serbia, Ukraine, Bulgaria, Poland ,Czech | 100000 | $ 570 |
| 43 | صاروخ راجمة انبوبية/ D30 قريب وبعيد المدى | 159MM | Georgia , Russia, Serbia, Ukraine, Bulgaria, Poland ,Czech | 50000 | $ 940 |
| 44 | مدفعية ذاتية الحركة  قريب وبعيد المدى | 140MM | Georgia , Russia, Serbia, Ukraine, Bulgaria, Poland ,Czech | 50 | $ 1,500,000 |
| 45 | صاروخ قاذفة للأشخاص والدروع | 122MM | Georgia , Russia, Serbia, Ukraine, Bulgaria, Poland ,Czech | 100000 | $ 550 |
| 46 | صاروخ كاتيوشا | 122MM | Georgia , Russia, Serbia, Ukraine, Bulgaria, Poland ,Czech | 100000 | $ 555$ |

Mob.: +962 777 100 5774 Tel: +962 777 233 190 , P.O.Box 830580 Amman 11183 , Email:
4281 Express Lane, Suite 4710-3, Sarasota, Florida 34238, gald4208m@gmail.com

00085345                                                                 Ghanem_00000241



## PROCEDURES:

Our offer is valued for 2 weeks from the above date offered

1. Buyer responds with acceptance letter of offer and/or ICPO and issues EUC (End User Certificate) and/or Import License to the State Enterprise or Designated Manufacturing Enterprise.

2.     Buyer wires 50% (Fifty Percent) and 50% (Fifty Percent) of balance upon export license approval and embarkation of charter at inspection for readiness and prior to delivery for the scheduling of charters. (Please note any change orders, modifications, additional equipment of base model offered are subject to additional charges above and beyond the original offer and/or original contract).

3.     Buyer and Seller signs contract and amending annexes or change orders that shall supersede any offer in writing or verbally.

  In reference to Official Offer No. 070320145-HA, the deliverables of items to the consignee are specified according to the following GTCs (general terms & conditions):


**Items**:   OEM Military Equipment

**Warranty**:   Six (6) months on craftsmanship or manufacturers defects.

**Delivery Timeline**:   30 days after submitting EUC,  TTM deposit of 50% (Fifty Percent) to secure equipment, 30% (Thirty Percent) prior to export license approval process and balance of 20% (Fifty Percent) on inspection and due before loading on designated charter(s).

**Conditions:**          Grand Total Net Price as offered indicated above are to be based on delivery of CFR Basis to KSA (any port). Insurance & Freight Cost from FCA or Ex-Works Plant to CFR all inclusive.

**Method:**          TTM Wire for deposit and balance for original full net amount. **Conditions:** Grand Total Net Price as offered indicated above are to be based on delivery of CFR Basis to KSA installation. Insurance & Freight Cost from FCA or Ex-Works Plant to CFR all inclusive. Method:  TTM Wire for deposit and balance for original full net amount.


Should you have any questions in regards to this Official Corporate Offer please not hesitate to give me a call at number from **+37282432246**, or US mobile # +1 772 675 4363.



CEO & Managing Director

Rami Ghanem

info@Gatewaymena.com

Mobile: **+37282432246**

Mob.: +962 777 100 577 Fax: +1 962 737 333 190   P.O. Box 830580 Amman 11183   Email: rami64040gm@gmail.com
4281 Express Lane, Suite 9378-303 Sarasota, Florida 34238

00085345                                                                Ghanem_00000241



Ministry of Defence,

## Saudi Arabia

Riyadh - KSA

Re  Our Ref 070320145-HA

Tuesday March 31st 2015

Dear Sirs,   We have pleasure in offering you the following ex-stock items available for immediate shipment following issue of export license. Our company Gateway to MENA with our offer Reference Number 070320145-HA, are an official supplier for items in the below lists for the offer of OEM (Original Equipment Manufacturer) military weapons.

| ت | نوع السلاح أو العتاد | العيار | الدولة المصنعة | العدد الجاهز للشحن الفوري | سعر المفرد |
|---|---|---|---|---|---|
| | | | | | $ |
| 1. | مدفع عيار MM23 | 23MM | Georgia , Russia, Serbia, Ukraine, Bulgaria, Poland, Czech | 1000 | $83,375.00 |
| 2. | عتاد للمدفع عيار MM23 | 23MM | Georgia , Russia, Serbia, , Ukraine, Bulgaria, Poland, Czech | 1500000 | $15 |
| 3. | رشاشة عيار MM14.5مفرد السبطانة | 14.5MM | Russia, Serbia, , Georgia, Ukraine, Bulgaria, Poland, Czech | 1000 | $28,250.00 |
| 4. | رشاشة عيار MM14.5 مزدوج السبطانة | 14.5MM | Georgia , Russia, Serbia, , Ukraine, Bulgaria, Poland, Czech | 3000 | $35,000.00 |
| 5. | رشاشة عيارMM14.5 رباعي السبطانة | 14.5MM | Georgia , Russia, Serbia, , Ukraine, Bulgaria, Poland, Czech | 2000 | $60,000.00 |
| 6. | عتاد للرشاشة عيار MM14.5 | 14.5MM | Georgia , Russia, Serbia, , Bulgaria, Poland, , Ukraine Czech | 20000000 | $7.38 |
| 7. | رشاشة دوشكا عيار MM 12.7 | 12.7MM | Russia, Serbia, , Georgia, Ukraine, Bulgaria, Poland, Czech | 1000 | $15,500.00 |
| 8. | رشاشة قناص عيار MM12.7 (نفس عيار الدوشكا) | 12.7MM | Georgia , Russia, Serbia, , Ukraine, Bulgaria, Poland, Czech | 1000 | $13,125.00 |
| 9. | عتاد رشاشة أحادية عيار MM12.7 | 12.7MM | Russia, Serbia, , Georgia, Ukraine, Bulgaria, Poland, Czech | 10000000 | $4.69 |
| 10. | قاذف صواريخ SPG-9 | | Georgia , Russia, Serbia, , Ukraine, Bulgaria, Poland Czech | 500 | $ 27,875 |



| | | | | | |
|---|---|---|---|---|---|
| 11. | SPG-9 صاروخ | | Russia, Serbia, , Georgia, Ukraine, Bulgaria, Poland, Czech | 10000 | $650.00 |
| 12. | RBG-7 صاروخ قاذف | 40MM | Georgia , Russia, Serbia, , Ukraine, Bulgaria, Poland, Czech | 1000 | $2,125.00 |
| 13. | RBG-7 صاروخ | 40MM | Russia, Serbia, , Georgia, Ukraine, Bulgaria, Poland, Czech | 20000 | $300.00 |
| 14. | MM120 عيار هاون | 120MM | Georgia , Russia, Serbia, , Ukraine, Bulgaria, Poland Czech | 500 | $17,000.00 |
| 15. | MM120 عيار هاون قنابل | 120MM | Georgia , Russia, Serbia, , Poland, ,Ukraine, Bulgaria Czech | 1000 | $262.50 |
| 16. | MM82 عيار هاون | 82MM | Georgia , Russia, Serbia, , Ukraine, Bulgaria, Poland Czech | 1000 | $8,375.00 |
| 17. | MM82 عيار هاون قنابل | 82MM | Russia, Serbia, , Georgia, Ukraine, Bulgaria, Poland, Czech | 100000 | $218.75 |
| 18. | MM60 عيار هاون | 60MM | Georgia , Russia, Serbia, , Ukraine, Bulgaria, Poland Czech | 1000 | $7,337.50 |
| 19. | MM60 عيار هاون قنابل | 60MM | Georgia , Russia, Serbia, Ukraine, Bulgaria, Poland, Czech | 7000 | $206.25 |
| 20. | MM7.62 عيار BKC رشاشة | 7.62MM | Russia, Serbia, , Georgia, Ukraine, Bulgaria, Poland, Czech | 10000 | $4,812.50 |
| 21. | رشاشة BKC عيار MM 7.62 ذات ناظور للقنص (نفس عيار BKC) | 7.62MM | Georgia , Russia, Serbia, , Ukraine, Bulgaria, Poland Czech | 1000 | $11,125.00 |
| 22. | عتاد للرشاشة BKC عيار MM7.62 | 7.62MM | Russia, Serbia, , Georgia, Ukraine, Bulgaria, Poland, Czech | 50000000 | $0.45 |
| 23. | بندقية كلاشنكوف نصف أخمص ( أخمص معدني يطوي) | 7.62MM | Georgia , Russia, Serbia, , Ukraine, Bulgaria, Poland Czech | 100000 | $280.00 |
| 24. | عتاد للبندقية كلاشنكوف | 7.62MM | Georgia , Russia, Serbia, , Poland, ,Ukraine, Bulgaria Czech | 50000000 | $0.30 |
| 26. | قنابل هجومية | | Russia, Serbia, , Georgia, Ukraine, Bulgaria, Poland, Czech | 10000 | $81.25 |
| 27. | قنابل دفاعية | | Georgia , Russia, Serbia, , Ukraine, Bulgaria, Poland Czech | 5000 | $81.25 |
| 28. | قنابل دخان | | Russia, Serbia, , Georgia, Ukraine, Bulgaria, Poland, Czech | 5000 | $81.25 |
| 29. | قنابل دخان | | Georgia , Russia, Serbia, , Poland, ,Ukraine, Bulgaria Czech | 5000 | $81.25 |
| | قنابل صوتية | | Russia, Serbia, , Georgia, Ukraine, Bulgaria, Poland, Czech | 5000 | $81.25 |
| 30. | ناظور حراراي | | Georgia , Russia, Serbia, Ukraine, Bulgaria, Poland, Czech | 1000 | $10,500.00 |
| 31. | ناظور ليلي | | Russia, Serbia, , Georgia, Ukraine, Bulgaria, Poland, Czech | 5000 | $5,250.00 |



| # | | | | | |
|---|---|---|---|---|---|
| 32 | ناظور نهاري | | Georgia , Russia, Serbia, , Ukraine, Bulgaria, Poland Czech | 10000 | $2,250.00 |
| 33 | مرقب حدودي مع الركيزة ( الأرجل) | | Russia, Serbia, , Georgia, Ukraine, Bulgaria, Poland, Czech | 200 | $65,500.00 |
| 34 | هاون / دخان تنوير مهداد | 60MM | Georgia , Russia, Serbia, , Ukraine, Bulgaria, Poland Czech | 30000 | $ 205 |
| 35 | هاون / دخان تنوير مهداد | 81MM | Georgia , Russia, Serbia, , Ukraine, Bulgaria, Poland Czech | 30000 | $ 291 |
| 36 | هاون / دخان تنوير مهداد | 82MM | Georgia , Russia, Serbia, , Ukraine, Bulgaria, Poland Czech | 30000 | $ 297 |
| 37 | هاون / دخان تنوير مهداد | 120MM | Georgia , Russia, Serbia, Ukraine, Bulgaria, Poland ,Czech | 30000 | $ 620 |
| 38 | صاروخ دبابة /برامز/ T54T72 | 105MM | Georgia , Russia, Serbia, Ukraine, Bulgaria, Poland ,Czech | 50000 | $ 595 |
| 39 | صاروخ مدفعية/ D30/قريب وبعيد المدى | 123MM | Georgia , Russia, Serbia, Ukraine, Bulgaria, Poland ,Czech | 200000 | $ 530 |
| 40 | صاروخ مدفعية/ D30/قريب وبعيد المدى | 135MM | Georgia , Russia, Serbia, Ukraine, Bulgaria, Poland ,Czech | 50000 | $ 780 |
| 41 | صاروخ مدفعية/ D30/قريب وبعيد المدى | 150MM | Georgia , Russia, Serbia, Ukraine, Bulgaria, Poland ,Czech | 60000 | $ 920 |
| 42 | صاروخ مدفعية/ D30/قريب وبعيد المدى | 120MM | Georgia , Russia, Serbia, Ukraine, Bulgaria, Poland ,Czech | 100000 | $ 570 |
| 43 | صاروخ راجمة النووية/ D30 قريب وبعيد المدى | 159MM | Georgia , Russia, Serbia, Ukraine, Bulgaria, Poland ,Czech | 50000 | $ 940 |
| 44 | مدفعية ذاتية الحركة  قريب وبعيد المدى | 140MM | Georgia , Russia, Serbia, Ukraine, Bulgaria, Poland ,Czech | 50 | $ 1,500,000 |
| 45 | صاروخ نافذة للأشخاص والدروع | 122MM | Georgia , Russia, Serbia, Ukraine, Bulgaria, Poland ,Czech | 100000 | $ 550 |
| 46 | صاروخ كاتيوشا | 122MM | Georgia , Russia, Serbia, Ukraine, Bulgaria, Poland ,Czech | 100000 | $ 555$ |



## PROCEDURES:

Our offer is valued for 2 weeks from the above date offered

1. Buyer responds with acceptance letter of offer and/or ICPO and issues EUC (End User Certificate) and/or Import License to the State Enterprise or Designated Manufacturing Enterprise.

2.    Buyer wires 50% (Fifty Percent) and 50% (Fifty Percent) of balance upon export license approval and embarkation of charter at inspection for readiness and prior to delivery for the scheduling of charters. (Please note any change orders, modifications, additional equipment of base model offered are subject to additional charges above and beyond the original offer and/or original contract).

3.    Buyer and Seller signs contract and amending annexes or change orders that shall supersede any offer in writing or verbally.

 In reference to Official Offer No. 070320145-HA, the deliverables of items to the consignee are specified according to the following GTCs (general terms & conditions):

**Items**:   OEM Military Equipment
**Warranty**:   Six (6) months on craftsmanship or manufacturers defects.
**Delivery Timeline**:   30 days after submitting EUC,  TTM deposit of 50% (Fifty Percent) to secure equipment, 30% (Thirty Percent) prior to export license approval process and balance of 20% (Fifty Percent) on inspection and due before loading on designated charter(s).
**Conditions:**        Grand Total Net Price as offered indicated above are to be based on delivery of CFR Basis to KSA (any port). Insurance & Freight Cost from FCA or Ex-Works Plant to CFR all inclusive.
**Method:**        TTM Wire for deposit and balance for original full net amount. **Conditions:** Grand Total Net Price as offered indicated above are to be based on delivery of CFR Basis to KSA installation. Insurance & Freight Cost from FCA or Ex-Works Plant to CFR all inclusive. Method:  TTM Wire for deposit and balance for original full net amount.

Should you have any questions in regards to this Official Corporate Offer please not hesitate to give me a call at number from **+37282432246**, or US mobile # +1 772 675 4363.

CEO & Managing Director

Rami Ghanem
info@Gatewaymena.com
Mobile: **+37282432246**

| № | Items | Quantity | Price per Item USD | |
|---|-------|----------|--------------------|----|
| 1 | Konkurs  Launcher 9P135M1 | 150 | | $ 42,875 |
| 2 | Konkurs   Missile 9M113 | 1500 | | $19,425 |
| 4 | KONKURS 9M113  Missiles | 6000 | | $ 20,800 |
| 5 | KONKURS 9M113 Launcher | 120 | $ 87,053 | |
| 6 | Strela | 8 | | $ 1,543,750 |
| 7 | Strela Missiles | 400 | | $ 75,830 |
| 8 | OSA – RBR 90 M79 ATGM Launcher 90mm | 300 | | $ 2,475 |
| 9 | OSA – RBR 90 M79 90mm ATGM Projectiles | 815 Projectiles | | $ 3,680 |

Ghanem_00000241

| № | Items | Quantity | Price per Item USD |
|---|-------|----------|--------------------|
| 10 | OSA – RBR 90 M79 90mm ATGM Projectiles Container | 815 Tubes | $ 970. |
| 11 | Metis-M - Metric (НТПК) ATGM Launcher 9M151 NATO code AT-13 Saxhorn | 50 | $123,400 |
| 12 | Metis-M - Metric (НТПК) ATGM Missiles 9M131 NATO code AT-13 Saxhorn | 250 projectiles | $ 58,600 |
| 13 | Metis-M - Metric (НТПК) Tripod Launcher | 50 Tripods | $ 4,250 |
| 14 | Metis-M - Metric (НТПК) 1PBN86-VI Thermal Sight | 50 Sights | $ 12,000 |
| 15 | Kornet – Корнет ATGM Launcher 9M133 NATO code AT-14 Sprigsan Tripod stock | 50 | $ 97,500 |

Ghanem_00000241

| | | | |
|---|---|---|---|
| 16 | Kornet – Корнет<br>ATGM Missiles 9M133<br>NATO code AT-14 Spriggan | 500<br>projectiles | $ 35,600 |
| 17 | Kornet – Корнет<br>9P163-1 Tripod Launcher | 50 Tripods | $ 3,500 |
| 18 | PG-7VLT Tandem | 2,000 | $ 2,000 |
| 19 | PG-7VR<br>85mm HEAT Tandem Projectiles | 1000 | $ 780 |
| 20 | Kornet – Корнет<br>1PN79-1 Thermal Sight | 50 sights | $ 10,870 |
| 21 | Shershen D – Шершень<br>ATGM Launcher | 100<br>Launchers | $ 375,000 |
| 22 | Shershen D – Шершень<br>ATGM Missiles P-2B | 1000<br>projectiles | $ 82,000 |

Ghanem_00000241

| № | Items | Quantity | Price per Item USD |
|---|-------|----------|--------------------|
| 23 | Sherden D – Щерщень Combat Module – Guidance Device (PN-S) and remote control | 100 units | $ 22,218 |
| 24 | Sherden D – Щерщень Thermal Sight | 100 sights | $ 23,250 |
| 25 | Konkurs – Конкурс ATGM Launcher 9M113 NATO code AT-5 Spandel | 100 launchers | $ 60,000 |
| 26 | Konkurs – Конкурс ATGM Missiles 9M113 NATO code AT-5 Spandel | 120 Projectiles | $ 22,500 |
| 27 | Konkurs – Конкурс Tripod Launcher | 100 Tripods | $ 1,690 |
| 28 | Konkurs – Конкурс Thermal Sight | 100 sights | $ 5,750 |
| 29 | FAGOT Launcher 9K111 | 50 | $ 15,000 |

Ghanem_00000241

| № | Items | Quantity | Price per Item USD |
|---|---|---|---|
| 30 | FAGOT Missile 9M111 | 500 | $ 5,800 |
| 31 | OSA RBR 90 M70 ATGM Launcher 90mm | 300 | $ 1,300 |
| 32 | OSA RBR 90 M79 90mm ATGM projectiles | 800 | $ 850 |
| 33 | Kornet (KONKURS) ATGM Launcher 9M133 including tripod and thermal site | 50 | $ 56,900 |
| 34 | 2 Kornet (KONKURS) ATGM Missiles 9M133 | 500 | $ 11,000 |
| 35 | RPG-7 Anti-Tank Launcher 85mm including telescopic sight | 1000 | $ 3,350 |

Ghanem_00000241

| 36 | PG-7VL 85mm HEAT Projectiles | 10,000 | $ 710 |
| 37 | Ammunition 7,62 X 39 PS Year of productions1984+ | 30,000,000 | $ 200/1k |
| 38 | SKIF Launcher | 20 | $ 143,000 |
| | SKIF Missile | 100 | $ 78,400 |
| 39 | Ammunition 12.7 X 108 | 3,000,000 | $ 4 |

Ghanem_00000241



31.3.2015

,

## Our Ref ع م-**07032014**

| № | Items | Quantity | Price per Item USD |
|---|-------|----------|--------------------|
| 1 | <div dir="rtl">صاروخ غراد<br>صاروخ غراد (BM-21)<br>يطلق أربعين صاروخا من عيار 122 ملم (عشرة صواريخ في كل مرتبة) وبواسطة الرشق السريع في خلال دقيقة واحدة مما يجعل الهدف المطلوب تحت رحمة الصواريخ المنطلقة "قصف عشواء" لتغطية محيط جغرافي محدد<br>متوفرة في المستودعات للشحن 18 طقم كامل من غراد ب أم 21 وكل طقم كامل معه 2000 صاروخ من نوع 122 ملم<br><br>سعر الصواريخ:  650 دولار امريكي<br>متوفر بالمستودعات 300000 صاروخ</div> | <div dir="rtl">16<br>أقل كميه للطلبيه وكل طقم معه 2000 صاروخ<br><br><br>15 دبابه+ 20</div> | $ 1,500,00 |
| 2 | <div dir="rtl">دبابة المعركة  T 72<br>متوفر للشحن 160 دبابه جاهزه للقتال وكل دبابه  معها 20 قذيفه  (125mm)<br>سعر القذيفه 635 دولار امريكي ومتوفر بالمستودعات 50000 قذيفه</div> | <div dir="rtl">قذيفه<br>أقل كميه للطلبيه المتوفر 160<br>دبابه ة 50000 قذيفه</div> | $ 650,000 |

**4281 Express Lane. Suite L7503. Sarasota, Florida 34238**

Mob.: +962 777 100 577  -  +962 777 333 390    P.O Box 830589  Amman 11183    Email: aldaboubim@gmail.com

00085359                                                                Ghanem_00000241



Should you have any questions in regards to this Official Corporate Offer
please not hesitate to give me a call at number from , **+37282432246**
 or US mobile # +1 772 675 4363.

VP for Business Development

Rami Ghanem
info@Gatewaymena.com
Mobile: +201127999552

**4281 Express Lane. Suite L7503. Sarasota, Florida 34238**

Mob.: +962 777 100 577   -   +962 777 333 390    P.O Box 830589  Amman 11183    Email: aldaboubim@gmail.com



## Available in Stock BM-21 GRAD

18 Full Set with 2000 Rockets (122mm M21OF) per set
The complete system with the BM-21 launch vehicle and the M-21OF
rocket (122mm) is designated as the M-21 Field Rocket System.

122 mm rocket projectiles are intended for use against enemy manpower
in the open and in field shelters, for making passages in minefields and
Defence wiring against hostile artillery and for destruction of armored
materiel.

Quantities Available for prompt delivery: minimum 18 set X 2000
rockets per set
Extra Available Rockets (122mm M21OF): 300,000

<div dir="rtl">

## صاروخ غراد

### صاروخ غراد (BM-21)

يطلق أربعين صاروخا من عيار 122 ملم (عشرة صواريخ في كل مرتبة)
وبواسطة الرشق السريع في خلال دقيقة واحدة مما يجعل الهدف المطلوب تحت
رحمة الصواريخ المنطلقة "قصف عشواء" لتغطية محيط جغرافي محدد

متوفرة في المستودعات للشحن 18 طقم كامل من غراد ب أم 21
وكل طقم كامل معه 2000 صاروخ من نوع 122 ملم

متوفر بالمستودعات 300000 صاروخ

</div>



**4281 Express Lane. Suite L7503. Sarasota, Florida 34238**

Mob.: +962 777 100 577  -  +962 777 333 390    P.O Box 830589 Amman 11183   Email: aldaboubim@gmail.com





**4281 Express Lane. Suite L7503. Sarasota, Florida 34238**

Mob.: +962 777 100 577  -  +962 777 333 390    P.O Box 830589  Amman 11183    Email: aldaboubim@gmail.com



## BM-21 GRAD

| | |
|---|---|
| **Weight** | 13.71 tonnes (30,225 lb) |
| **Length** | 7.35 m (24 ft 1 in) |
| **Barrel length** | 3.0 m (9 ft 10 in) |
| **Width** | 2.40 m (7 ft 10 in) |
| **Height** | 3.09 m (10 ft 2 in) |
| **Barrels** | 40 |
| **Rate of fire** | 2 rounds/s |
| **Muzzle velocity** | 690 m/s (2,264 ft/s) |
| **Maximum firing range** | 20 km (new rockets 30–45 km) |
| **Sights** | PG-1M panoramic telescope |
| **Engine** | V-8 gasoline ZiL-375 180 hp (130 kW) |
| **Suspension** | 6×6 wheeled |
| **Operational range** | 405 km (251 mi) |
| **Speed** | 75 km/h (47 mph) |

**4281 Express Lane. Suite L7503. Sarasota, Florida 34238**

Mob.: +962 777 100 577  -  +962 777 333 390    P.O Box 830589  Amman 11183    Email: aldaboubim@gmail.com

00085359                                                                     Ghanem_00000241



## T-72 Battle Tank

Available in stock 160 Tank with 20 Shells (125 mm) per Tank







**4281 Express Lane. Suite L7503. Sarasota, Florida 34238**

Mob.: +962 777 100 577  -  +962 777 333 390    P.O Box 830589 Amman 11183    Email: aldaboubim@gmail.com

CASE NO.   CR 15-0704 (A)-SJO

       UNITED STATES OF AMERICA
VS.      GHANEM

PLAINTIFF'S EXHIBIT      348

DATE                              IDEN.

DATE                              EVID.

BY
             DEPUTY CLERK
AO 386



Ministry of Defence,
Saudi Arabia
Riyadh - KSA
Re Our Ref 070320145-HA
Tuesday March 31st 2015

Dear Sirs, We have pleasure in offering you the following ex-stock items available for immediate shipment following issue of export license. Our company Gateway to MENA with our offer Reference Number 070320145-HA, are an official supplier for items in the below lists for the offer of OEM (Original Equipment Manufacturer) military weapons.

| ت | نوع السلاح أو العتاد | العيار | الدولة المصنعة | العدد الجاهز للشحن الفوري | سعر المفرد $ |
|---|---|---|---|---|---|
| 1. | مدفع عيار MM23 | 23MM | Georgia , Russia, Serbia, Ukraine, Bulgaria, Poland, Czech | 1000 | $83,375.00 |
| 2. | عتاد للمدفع عيار MM23 | 23MM | Georgia , Russia, Serbia, , Ukraine, Bulgaria, Poland Czech | 1500000 | $15 |
| 3. | رشاشة عيار MM14.5مفرد السبطانة | 14.5MM | Russia, Serbia, , Georgia, Ukraine, Bulgaria, Poland, Czech | 1000 | $28,250.00 |
| 4. | رشاشة عيار MM14.5 مزدوج السبطانة | 14.5MM | Georgia , Russia, Serbia, , Ukraine, Bulgaria, Poland Czech | 3000 | $35,000.00 |
| 5. | رشاشة عيارMM14.5 رباعي السبطانة | 14.5MM | Georgia , Russia, Serbia, Ukraine, Bulgaria, Poland, Czech | 2000 | $60,000.00 |
| 6. | عتاد للرشاشة عيار MM14.5 | 14.5MM | Georgia , Russia, Serbia, , Bulgaria, Poland, , Ukraine Czech | 20000000 | $7.38 |
| 7. | رشاشة دوشكا عيار MM 12.7 | 12.7MM | Russia, Serbia, , Georgia, Ukraine, Bulgaria, Poland, Czech | 1000 | $15,500.00 |
| 8. | رشاشة قناص عيار MM12.7 (نفس عيار الدوشكا) | 12.7MM | Georgia , Russia, Serbia, , Ukraine, Bulgaria, Poland Czech | 1000 | $13,125.00 |
| 9. | عتاد رشاشة أحادية عيار MM12.7 | 12.7MM | Russia, Serbia, , Georgia, Ukraine, Bulgaria, Poland, Czech | 10000000 | $4.69 |
| 10. | قاذف صواريخ SPG-9 | | Georgia , Russia, Serbia, , Ukraine, Bulgaria, Poland Czech | 500 | $ 27,875 |



| | | | | | |
|---|---|---|---|---|---|
| 11. | صاروخ SPG-9 | | Russia, Serbia, , Georgia, Ukraine, Bulgaria, Poland, Czech | 10000 | $650.00 |
| 12. | قاذف صاروخ RBG-7 | 40MM | Georgia , Russia, Serbia, , Ukraine, Bulgaria, Poland, Czech | 1000 | $2,125.00 |
| 13. | صاروخ RBG-7 | 40MM | Russia, Serbia, , Georgia, Ukraine, Bulgaria, Poland, Czech | 20000 | $300.00 |
| 14. | هاون عيار MM120 | 120MM | Georgia , Russia, Serbia, , Ukraine, Bulgaria, Poland Czech | 500 | $17,000.00 |
| 15. | قنابل هاون عيار MM 120 | 120MM | Georgia , Russia, Serbia, , Poland, Ukraine, Bulgaria Czech | 1000 | $262.50 |
| 16. | هاون عيار MM82 | 82MM | Georgia , Russia, Serbia, , Ukraine, Bulgaria, Poland Czech | 1000 | $8,375.00 |
| 17. | قنابل هاون عيار MM82 | 82MM | Russia, Serbia, , Georgia, Ukraine, Bulgaria, Poland, Czech | 100000 | $218.75 |
| 18. | هاون عيار MM60 | 60MM | Georgia , Russia, Serbia, , Ukraine, Bulgaria, Poland Czech | 1000 | $7,337.50 |
| 19. | قنابل هاون عيار MM60 | 60MM | Georgia , Russia, Serbia, Ukraine, Bulgaria, Poland, Czech | 7000 | $206.25 |
| 20. | رشاشة BKC عيار MM7.62 | 7.62MM | Russia, Serbia, , Georgia, Ukraine, Bulgaria, Poland, Czech | 10000 | $4,812.50 |
| 21. | رشاشة BKC عيار 7.62 MM ذات ناظور للقنص (نفس عيار BKC) | 7.62MM | Georgia , Russia, Serbia, , Ukraine, Bulgaria, Poland Czech | 1000 | $11,125.00 |
| 22. | عتاد للرشاشة BKC عيار MM7.62 | 7.62MM | Russia, Serbia, , Georgia, Ukraine, Bulgaria, Poland, Czech | 50000000 | $0.45 |
| 23. | بندقية كلاشنكوف نصف أخمص ( أخمص معدني يطوي) | 7.62MM | Georgia , Russia, Serbia, , Ukraine, Bulgaria, Poland Czech | 100000 | $280.00 |
| 24. | عتاد للبندقية كلاشنكوف | 7.62MM | Georgia , Russia, Serbia, , Poland, Ukraine, Bulgaria Czech | 50000000 | $0.30 |
| 26. | قنابل هجومية | | Russia, Serbia, , Georgia, Ukraine, Bulgaria, Poland, Czech | 10000 | $81.25 |
| 27. | قنابل دفاعية | | Georgia , Russia, Serbia, , Ukraine, Bulgaria, Poland Czech | 5000 | $81.25 |
| 28. | قنابل دخان | | Russia, Serbia, , Georgia, Ukraine, Bulgaria, Poland, Czech | 5000 | $81.25 |
| 29. | قنابل دخان | | Georgia , Russia, Serbia, , Poland ,Ukraine, Bulgaria Czech | 5000 | $81.25 |
| | قنابل صوتية | | Russia, Serbia, , Georgia, Ukraine, Bulgaria, Poland, Czech | 5000 | $81.25 |
| 30. | ناظور حراري | | Georgia , Russia, Serbia, Ukraine, Bulgaria, Poland, Czech | 1000 | $10,500.00 |
| 31. | ناظور ليلي | | Russia, Serbia, , Georgia, Ukraine, Bulgaria, Poland, Czech | 5000 | $5,250.00 |

Subject to Protective Order

Ghanem-00035479



| .32 | ناظور نهاري | | Georgia , Russia, Serbia, ,Ukraine, Bulgaria, Poland Czech | 10000 | $2,250.00 |
| .33 | مرقب حدودي مع الركيزة ( ألأرجل) | | Russia, Serbia,  , Georgia, Ukraine, Bulgaria, Poland, Czech | 200 | $65,500.00 |
| 34 | هاون / دخان تنوير مهداد | 60MM | Georgia , Russia, Serbia, ,Ukraine, Bulgaria, Poland Czech | 30000 | $ 205 |
| 35 | هاون / دخان تنوير مهداد | 81MM | Georgia , Russia, Serbia, ,Ukraine, Bulgaria, Poland Czech | 30000 | $ 291 |
| 36 | هاون / دخان تنوير مهداد | 82MM | Georgia , Russia, Serbia, ,Ukraine, Bulgaria, Poland Czech | 30000 | $ 297 |
| 37 | هاون / دخان تنوير مهداد | 120MM | Georgia , Russia, Serbia, Ukraine, Bulgaria, Poland Czech | 30000 | $ 620 |
| 38 | صاروخ دبابة /برامز/ T54T72 | 105MM | Georgia , Russia, Serbia, Ukraine, Bulgaria, Poland ,Czech | 50000 | $ 595 |
| 39 | صاروخ مدفعية/ D30/قريب وبعيد المدى | 123MM | Georgia , Russia, Serbia, Ukraine, Bulgaria, Poland ,Czech | 200000 | $ 530 |
| 40 | صاروخ مدفعية/ D30/قريب وبعيد المدى | 135MM | Georgia , Russia, Serbia, Ukraine, Bulgaria, Poland ,Czech | 50000 | $ 780 |
| 41 | صاروخ مدفعية/ D30/قريب وبعيد المدى | 150MM | Georgia , Russia, Serbia, Ukraine, Bulgaria, Poland ,Czech | 60000 | $ 920 |
| 42 | صاروخ مدفعية/ D30/قريب وبعيد المدى | 120MM | Georgia , Russia, Serbia, Ukraine, Bulgaria, Poland ,Czech | 100000 | $ 570 |
| 43 | صاروخ راجمة انبوبية/ D30 قريب وبعيد المدى | 159MM | Georgia , Russia, Serbia, Ukraine, Bulgaria, Poland ,Czech | 50000 | $ 940 |
| 44 | مدفعية ذاتية الحركة  قريب وبعيد المدى | 140MM | Georgia , Russia, Serbia, Ukraine, Bulgaria, Poland ,Czech | 50 | $ 1,500,000 |
| 45 | صاروخ قاذفة للأشخاص والدروع | 122MM | Georgia , Russia, Serbia, Ukraine, Bulgaria, Poland ,Czech | 100000 | $ 550 |
| 46 | صاروخ كاتيوشا | 122MM | Georgia , Russia, Serbia, Ukraine, Bulgaria, Poland ,Czech | 100000 | $ 555$ |

Subject to Protective Order

Ghanem-00035480



## PROCEDURES:

Our offer is valued for 2 weeks from the above date offered

1. Buyer responds with acceptance letter of offer and/or ICPO and issues EUC (End User Certificate) and/or Import License to the State Enterprise or Designated Manufacturing Enterprise.

2. Buyer wires 50% (Fifty Percent) and 50% (Fifty Percent) of balance upon export license approval and embarkation of charter at inspection for readiness and prior to delivery for the scheduling of charters. (Please note any change orders, modifications, additional equipment of base model offered are subject to additional charges above and beyond the original offer and/or original contract).

3. Buyer and Seller signs contract and amending annexes or change orders that shall supersede any offer in writing or verbally.

In reference to Official Offer No. 070320145-HA, the deliverables of items to the consignee are specified according to the following GTCs (general terms & conditions):

**Items**: OEM Military Equipment

**Warranty**: Six (6) months on craftsmanship or manufacturers defects.

**Delivery Timeline**: 30 days after submitting EUC, TTM deposit of 50% (Fifty Percent) to secure equipment, 30% (Thirty Percent) prior to export license approval process and balance of 20% (Fifty Percent) on inspection and due before loading on designated charter(s).

**Conditions:** Grand Total Net Price as offered indicated above are to be based on delivery of CFR Basis to KSA (any port). Insurance & Freight Cost from FCA or Ex-Works Plant to CFR all inclusive.

**Method:** TTM Wire for deposit and balance for original full net amount. **Conditions:** Grand Total Net Price as offered indicated above are to be based on delivery of CFR Basis to KSA installation. Insurance & Freight Cost from FCA or Ex-Works Plant to CFR all inclusive. Method: TTM Wire for deposit and balance for original full net amount.

Should you have any questions in regards to this Official Corporate Offer please not hesitate to give me a call at number from **+37282432246**, or US mobile # +1 772 675 4363.

CEO & Managing Director

Rami Ghanem
info@Gatewaymena.com
Mobile: **+37282432246**

Subject to Protective Order

Ghanem-00035481

CASE NO.  CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA

VS.   GHANEM

PLAINTIFF'S EXHIBIT   349

DATE _____ IDEN.

DATE _____ EVID.

BY _____

DEPUTY CLERK

AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|-------|-------------------------------|
| Sent: | Monday, June 8, 2015 12:22 AM |
| To: | cathy <329026350@qq.com> |
| Subject: | List of items |
| Attach: | New EUC (3) (3).docx |

Good morning Cathy,

Please see attached file for the list of items required for our agreed country.

Regards

**Rami Ghanem**

**Gateway to MENA. (GTM)**

**Egypt Office**
**Complex 133, Building 7, Apartment 32**
**Al Rehab City, Cairo  Egypt**
**Iternational #: +37282432246**
**Telephone# 00201127999552**
**Jordan Office**

Tel: 962 6 5685624
Fax: 962 6 5685625
**ramithe@gmail.com**  or  rami@caravaname.com
US Telephone: 772 675-4363    Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender: do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

Ghanem-00072443

That's Life...

Ghanem-00072443

| \*5. Description of goods, quantity, description\* | | |
|------|------|------|
| **No** | **(Description of Goods)** | **(Quantity)** |
| 1 | Ammunition 23 mm | 5,000,000 |
| 2 | Ammunition 14.5 mm | 5,000,000 |
| 3 | Ammunition 54x7.62BKT mm | 5,000,000 |
| 4 | Mortar rounds 81 mm | 12,000 |
| 5 | Mortar round 120mm | 12,000 |
| 6 | *Cannon shell 106 mm* | 15,000 |
| 7 | Rocket 130 mm | 10000 |
| 8 | Rocket 107 mm | 10000 |
| 9 | Belts for ZU-23mm | 500 m |
| 10 | Belts for ZU-14.5 | 500 m |
| 11 | GRAD 122 MM | 10,000 |
| 12 | Ammunition 12.7 | 3,000,000 |
| 13 | Anti-tank Konkurs launcher 9p135m-m1 | 150 |
| 14 | Missiles Anti-tank Konkurs launcher 9p135m-m1 | 1500 |
| 15 | Laser range finder | 200 |
| 16 | Sniper for 2000 m | 100 |
| 17 | Rocket launchers for MI-24 | 16 |
| 18 | AT-2swatter | 2500 |
| 19 | AT-6 spiral missiles | 2500 |

Ghanem-00072443

| 20 | 57 mm Rocket | 1000 |
|----|--------------|------|
| 21 | 80 mm Rocket | 1000 |
| 22 | 130 mm Rocket | 1000 |
| 23 | 240 mm Rocket | 1000 |
| 24 | AGS-17 30 mm Grenade launchers | 16 |
| 25 | Mi-24 Helicopters | 4 |
| 26 | Anti-air Defence System with Missile | 6 |
| 27 | Ammunition  30 mm | 500,000 |
| 28 | Armored personal carrier | 30 |

Ghanem-00072443

CASE NO.   CR 15-0704 (A)-SJO

_____UNITED STATES OF AMERICA_____
VS.   _____GHANEM_____

PLAINTIFF'S EXHIBIT      350

DATE  _____IDEN.

DATE_____EVID.

BY _____
                DEPUTY CLERK
AO 386

| | |
|---|---|
| **From:** | Miss Levi <musalevi2@yahoo.com> |
| **Sent:** | Thursday, June 25, 2015 12:34 PM |
| **To:** | ramithe <ramithe@gmail.com> |
| **Subject:** | |



נשלח מה-iPhone שלי

| | |
|---|---|
| **From:** | Miss Levi <musalevi2@yahoo.com> |
| **Sent:** | Thursday, June 25, 2015 12:36 PM |
| **To:** | ramithe <ramithe@gmail.com> |
| **Subject:** | |



נשלח מה-iPhone שלי

**From:**  Miss Levi <musalevi2@yahoo.com>
**Sent:**  Thursday, June 25, 2015 12:36 PM
**To:**  ramithe <ramithe@gmail.com>
**Subject:**



נשלח מה-iPhone שלי

| | |
|---|---|
| **From:** | Miss Levi <musalevi2@yahoo.com> |
| **Sent:** | Thursday, June 25, 2015 12:37 PM |
| **To:** | ramithe <ramithe@gmail.com> |
| **Subject:** | |



נשלח מה-iPhone שלי

| | |
|---|---|
| **From:** | Miss Levi <musalevi2@yahoo.com> |
| **Sent:** | Thursday, June 25, 2015 12:38 PM |
| **To:** | ramithe <ramithe@gmail.com> |
| **Subject:** | |



נשלח מה-iPhone שלי

| | |
|---|---|
| **From:** | Miss Levi <musalevi2@yahoo.com> |
| **Sent:** | Thursday, June 25, 2015 12:51 PM |
| **To:** | ramithe <ramithe@gmail.com> |
| **Subject:** | |



**Technical Specifications**

| | |
|---|---|
| Interception altitude (m) | 15 ~ 15,000 |
| Interception range (km) | 3.5 ~ 40 |
| Reaction time (s) | 12 |
| Deployment time (min) | 12 |
| Withdrawal time (min) | 6 |
| Guidance mode | Strapdown autonomous initial guidance + Intermittent illuminating semi-active homing terminal guidance |
| Capability against multiple targets | Each fire unit can engage 4 targets simultaneously |
| Single shot kill probability (SSKP) | 0.85 |

נשלח מה-iPhone שלי

| From: | Miss Levi <musalevi2@yahoo.com> |
| Sent: | Thursday, June 25, 2015 12:53 PM |
| To: | ramithe <ramithe@gmail.com> |
| Subject: | |



נשלח מה-iPhone שלי

| From: | Miss Levi <musalevi2@yahoo.com> |
|---|---|
| Sent: | Thursday, June 25, 2015 12:53 PM |
| To: | ramithe <ramithe@gmail.com> |
| Subject: | |



נשלח מה-iPhone שלי

| | |
|---|---|
| **From:** | Miss Levi <musalevi2@yahoo.com> |
| **Sent:** | Thursday, June 25, 2015 12:54 PM |
| **To:** | ramithe <ramithe@gmail.com> |
| **Subject:** | |



נשלח מה-iPhone שלי

| From: | Miss Levi <musalevi2@yahoo.com> |
|---|---|
| Sent: | Thursday, June 25, 2015 12:55 PM |
| To: | ramithe <ramithe@gmail.com> |
| Subject: | |



נשלח מה-iPhone שלי

Ghanem-00072443

**From:** Miss Levi <musalevi2@yahoo.com>
**Sent:** Thursday, June 25, 2015 12:55 PM
**To:** ramithe <ramithe@gmail.com>
**Subject:**



נשלח מה-iPhone שלי

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.     GHANEM

PLAINTIFF'S EXHIBIT     351

DATE                         IDEN.

DATE                         EVID.

BY
            DEPUTY CLERK

AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|-------|--------------------------------|
| Sent: | Tuesday, September 15, 2015 8:39 PM |
| To: | Rami Ghanem <ramithe@gmail.com> |
| Subject: | Chat history between "jacky" and "Rami Ghanem" |
| Attach: | Black Star 2015.pdf |

WeChat chat history between jacky and Rami Ghanem below

———————— 2015-09-16 ————————

jacky  06:09

--

Sent from myMail app for Android



**Black Star MANPAD Missile Weapon System**

Ghanem-00072443-0001

## General Introduction

Black Star, a new generation MANPAD missile weapon system developed for future combat, is designed to engage various ultra-low and low altitude targets at all-aspect attack, anti-infrared decoy and "fire and forget" abilities.

## Characteristics of Black Star missile

### High anti-jamming capability

1





# Characteristics of Black Star missile

High anti-jamming capability

- **IR/UV two color rosette scan system**
  - larger scanning field of view
  - High sensitivity
  - High space resolution
- **Excellent anti-jamming capability**
  - IR/UV double spectrum ratio discrimination
  - quasi-imaging identification
  - high speed digital information processing

1



# Characteristics of Black Star missile

Large combat area

2

● Advanced optical system enables the missile with high sensitivity and enhances its capability of detecting small targets.

● High energy solid rocket motor allows the killing range up to 6km.





Ghanem-00072443-0007



# Characteristics of missile

## Easy operation

5

- Direct aiming & firing technology to ease operation

- Shooter fire the missile along target aiming line directly, without adding lead angle



Characteristics of missile

Convenient upgrading

6

Full digitized technology.

CAN bus design

software of onboard computer can be upgraded easily

via bus upgrading





Ghanem-00072443-0011

## Main specifications

| | |
|---|---|
| •Main targets: | Fighters, Helicopters, Cruise missiles and UAVs |
| •Max. target speed | ≤360 m/s (Head-on/cross shortcut) |
| | ≤320 m/s (Tail-chase) |
| •Target maneuverability | ≤6g |
| •Max. interception altitude | 4000m |
| •Min. interception altitude | 10m |
| •Max. interception range | 6000m |
| •Min. interception range | 500m |
| •Guidance accuracy | 1.5m |
| •Single shot kill probability | ≥0.8 |
| •Reliability of weapon system | ≥0.9 |
| •Weight of basic combat equipment | ≤18kg |
| •Length of missile-in-tube | ≤1.7m |
| •Service life | 10 years (free of maintenance) |
| •Life extension: | 10 years |

## Main specifications

Anti-jamming capability

•Resistance to natural background, ground object and electromagnetic interferences

•Countering IR decoy

•Countering infrared modulated jammer

Ghanem-00072443-0013



Ghanem-00072443-0014

## Advanced Full Digital IR/UV two-color rosette scan quasi-imaging Seeker




- IR (3 – 5 μm) / UV (0.3 - 0.5 μm) two-color detector

- rosette scan system

- Searching Field of View: ±1.5°

- High sensitivity

- High space resolution

- Various measures to achieve excellent anti-interference ability

- Full digitized design **FPGA+DSP**, software upgradeable

- 100% indigenous product