

00075192 Ghanem-00072443-0016



## Fuze-Warhead section

**Warhead**: Warhead adopts focusing and small dispersing angle fragment design to improve target hit probability and fragment density. The killing radius is more than 2m.

**Fuze-warhead coordination**: Fuze-warhead coordination parameters are preset (target type is selected by the firer and the delay time of fuze is automatically calculated by the missile), which improves the kill probability against small targets such as cruise missiles and UAVs.

Killing Radius ~ 2.3m

**Fuze**: missile adopts Laser proximity / impact combination fuze. The laser proximity fuze has three transmitting channels and three receiving channels.

## Motor



- Motor is composed of sustainer motor and booster motor.
- Booster motor remains in launch tube after burning out to improve firing safety.
- Motor is featured by high performance, high reliability and long lifetime characteristics.

# Launch tube, Firing Unit & Ground Energy Unit

**Launch Tube** is the general frame of structural assembly of missile weapon system.



**Firing Unit** is the control center of missile weapon system. It's featured by full digitized design, intelligent, programmable firing process.




**Ground Energy Unit** is composed of thermal battery and high pressure gas cylinder. It supplies energy to missile system prior to firing for not less than 60 s.



## Summary

Black Star is the new generation MANPAD missile weapon system independently developed by our factory with its own patent technology and intellectual property. Featured by high performance, easy operation and maintenance and high reliability, this system can meet the requirements of future combat environment.

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   352

DATE _____ IDEN.

DATE _____ EVID.

BY _____
                DEPUTY CLERK
AO 386



CASE NO.   CR 15-0704 (A)-SJO

           UNITED STATES OF AMERICA
VS.    GHANEM

PLAINTIFF'S EXHIBIT       353

DATE _____ IDEN.

DATE_____ EVID.

BY _____
               DEPUTY CLERK
AO 386

| | |
|---|---|
| **From:** | Alexei Alexei <office.hartford@gmail.com> |
| **Sent:** | Thursday, October 1, 2015 3:16 AM |
| **To:** | Rami Ghanem <ramithe@gmail.com> |
| **Subject:** | Question |
| **Attach:** | cert_20of_20registration_20ipc.pdf; KyrgEndUser.pdf |



Republic of Lebanon

Number /1804666/

**Certificate of Registration of a Commercial Company**

The president of the First Jurisdiction Court in Beirut (commercial Register) certify that the Commercial Company know us:

**Integrated Projects Company S.A.L.**

Had been registered on 6 10 2010 in the Special Commercial Register under no. /1804666/ CR, according to articles 26, 48 and 49 of the Commercial Code and the Legislative Decree No 46/83.

Hereupon, this certificate was given upon the request of Mr. Hussein Hassan Fawaz.

Seen

Beirut on

الجمهورية اللبنانية

عــــــدد /118.4666/

شهادة تسجيل شركة تجارية

إن رئيس قلم محكمة الدرجة الأولى المدنية في بيروت (السجل التجاري) يثبت أن الشركة التجارية المعروفة باســـم :

شـــركــــة
**Integrated Projects Company S.A.L.**

9 - تشرين الأول 2010

قد تقيدت بتاريخ في السجل التجاري المخصوص تحت رقم/118.4666/ س.ت. وفقاً للمادة 26 معطوفة على المادتين 48 و 49 من قانون التجارة والمرسوم الاشتراعي رقم 83/46.

وعليه قد أعطيت هذه الشهادة بناءً لطلب السيد حسين حسن فواز ليعمل بها حســـب المقتضى القانوني .

نظر

بيروت في 9 - تشرين الأول 2010

00074717                                                                                                      Ghanem-00072443

**Ministry of Defense**
Military Procurement Dept.




وزارة الدفاع
إدارة المشتريات العسكرية

Date : 15.06.2015    التاريخ :

Reference: Kyrg-2/15-2015    الرقم الأشري :

## END USER CERTIFICATE NO:- Kyrg-2/15-2015

1- End –user's full name and address: LIBYAN ARMY - MINISTRY OF DEFENSE
TRIPOLI - LIBYA

2- Exporter's full name address : State Enterprise kyrgyzkural
Kozhegulov Bekbolot Orozbekovich

3- Name and full description of the goods :

| No. | Name of the goods | Quantity, Pcs |
|---|---|---|
| 1 | 7.62 MM Assault Rifle with Folding Butt | 1,000 |
| 2 | Ammunition for 7.62 mm Rifle | 1,000,000 |
| 3 | 7.62 mm Machinegun PKC | 1,000 |
| 4 | Ammunition for 7.62 mm Machine gun PKC | 1,000,000 |
| 5 | 60 MM, M60 Mortar | 100 |
| 6 | 60 MM Shells (Extended Range - 3000 Meter) | 1,000 |
| 7 | 82 MM mod. 37 Mortar | 100 |
| 8 | Shells for 82 MM Mortar (Extended Range - 5400 Meter) | 1,000 |
| 9 | RPG-7 Thermal Basic Projectile | 10,000 |
| 10 | RPG-7 Launching Tube | 500 |
| 11 | RPG-7 Optical Sight | 500 |
| 12 | Laser Beam Guided anti-Tank in Launching tube | 40 |
| 13 | Laser Beam Guided anti-Tank Rocket Launcher | 400 |
| 14 | Laser Beam Guided Anti-Tank Rocket Checking Device | 10 |
| 15 | 7.62 MM Special Sniper Rifle | 500 |
| 16 | Ammo for Sniper Rifle | 1,000,000 |
| 17 | 40 MM Grenade Launcher System | 500 |
| 18 | 40 mm Grenade (VOG-30-VOG-M17) | 60,000 |
| 19 | 9 MM Automatic Machine Gun (90 Bullets) | 500 |
| 20 | 9 MM Automatic Machine Gun (50 Bullets) | 500 |
| 21 | 9 MM ammunition | 1,000,000 |
| 22 | Igla-E (SA-18M) Missile (or equivalent) | 500 |
| 23 | Igla-E (SA-18M) Launcher (or equivalent) | 125 |

www.defense.gov.ly

طرابلس - ليبيا
Tripoli-Libya

1

00074718    Ghanem-00072443

**Ministry of Defense**
Military Procurement Dept.




وزارة الدفاع
إدارة المشتريات العسكرية

Date : 15.06.2015    التاريخ :

Reference: Kyrg-2/15-2015    الرقم الأشاري:

## END USER CERTIFICATE NO:- Kyrg-2/15-2015

| No. | Name of the goods | Quantity, Pcs |
|---|---|---|
| 24 | 7.62 MM 6 Barrel Machine Gun | 16,000 |
| 25 | 122 MM Grad Rocket for 21 KM | 10,000 |
| 26 | 122 MM Grad Rocket for 41 KM | 15,000 |
| 27 | 107 MM Rocket | 20 |
| 28 | 30 MM 4 Barrel Gun MA-4 | 20 |
| 29 | 30 MMAmmunition for 4 Barrel Gun | 20 |
| 30 | Ammunition for 6 Barrel Gun 7.62*39 | 1,000,000 |
| 31 | Ammunition for 6 Barrel Gun 7.62*54 | 1,000,000 |
| 32 | DSHK-M Machine Gun (12.7) | 100 |
| 33 | Ammunition for DSHK - 12.7 MM | 500,000 |
| 34 | Ammunition for DSHK - 12.7 MM | 500,000 |
| 35 | Konkurs Anti Tank Launcher /9P135M | 20 |
| 36 | Konkur anti-Tank Missiles /9M113 | 300 |
| 37 | Zu-23 MM Gun | 180 |
| 38 | Zu-23 MM Gun Mmunition - Type (APIT) (Stoke) | 260,000 |
| 39 | Zu-23 MM Gun Ammunition- Type Heat (New) | 50,000 |
| 40 | 14.5 MM Gun 1 Barrel | 20 |
| 41 | 14.5 MM Gun 2 Barrel | 20 |
| 42 | Ammunition 14.5 MM type B-32 | 200,000 |
| 43 | Ammunition 14.5 MM B7t | 200,000 |
| 44 | Ammunition 14.5 MM type MDZ | 100,000 |
| 45 | 155 MM shells | 2,000 |
| 46 | 32 MM ammunition | 200,000 |

www.defense.gov.ly

طرابلس - ليبيا
Tripoli-Libya

2



**Ministry of Defense**
**Military Procurement Dept.**

وزارة الدفاع
إدارة المشتريات العسكرية



Date :  **15.06.2015**   التاريخ :

Reference:  **Kyrg-2/15-2015**   الرقم الأشاري :

## END USER CERTIFICATE NO:- Kyrg-2/15-2015

Certification by Consignee:

We certify the equipment detailed above will be delivered to the nominated end-user only. Except with the express prior written authorisation of the Government of Libya we will not re-export, re-sell or otherwise dispose of the equipment or any part of the equipment to any person other than the nominated end-user. We further certify that all the facts contained in this certificate are true to the best of our knowledge and belief.

Signed:

Date: **15.06.2015**

Seal:

Certification by Consignor/Intermediate:

Signed:                                              Date:

Name:                                                Seal:

Designation:

Organization:

Signed:                                              Designation: GENERAL DIRECTOR

Name: Hussein H. FAWAZ                  C/O :       INTEGRATED PROJECTS COMPANY

Seal:

www.defense.gov.ly

طرابلس - ليبيا
Tripoli-Libya

3

00074718                                                                 Ghanem-00072443

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   354

DATE _____IDEN.

DATE_____EVID.

BY _____
       DEPUTY CLERK
AO 386





التاريخ / / Date
الموافق 2015 / 01 / 07
الرقم الإشاري ود/ 0054/57
Ref. Number

رئاسة مجلس الوزراء
ديـــوان الـــوزارة

## END USER CERTIFICATE

### TO WHOM IT MAY CONCERN

This is to certify that following products for the needs of the Armed Forced of Libya, will be <u>purchased from following supplier</u>:

- Country of final destination Republic: of LIBYA.
- Home, address of the end user: Ministry of Defense of Republic of Libya, Tripoli – Libya
- Exporter: State Enterprise Specialized Trade Firm PROGRESS.
- 2/10 Melnikova Str. Pavilion 14, Kyiv, 04050 Ukraine.
- Importer: Ministry of Defense of Republic of Libya (or any appointed company)
- Contractor: Gateway to MENA for logistic Services Amman, Jordan 11183.

| No. | Description | Quantity (pcs.) |
|---|---|---|
| 1. | Ammunition 23 mm for AA Gun ZU-23. | 1.600.000 |
| 2. | Ammunition 14,5 mm for AA Gun round. | 1.300.000 |
| 3. | Mortar Rounds 120. | 12,000 |
| 4. | Grad 122 mm Rocket. | 10,000 |
| 5. | Ammunition 7,62x54 mm(120cm) for machinegun PKT round linked. | 5.000.000 |
| 6. | Anti – Tank Launcher GP 135 Ml. | 50 |
| 7. | Rocket 9 M111M Fagot. | 150 |
| 8. | Rocket 9M313 1 GLA -1 | 50 |
| 9. | Launcher gp51g  1GLA - L | 5 |

We certify that we are the end-user and importer of the goods/technologies referred to in item 1 - 9. Except as authorized by prior written approval of the export control authority of Ukraine, we undertake not to: (1) re-export, (2) sell, (3) lend to any other person or otherwise dispose of the goods/technologies referred to in this document outside the country of end user. This refers also to spare parts, specialist tools, documentation, technical support and operating manuals necessary for the after-sales support.
A relevant Delivery Verification Certificate will be present to the Supplier for each individual shipment, within 10 days from the date of its receipt.

**Khalifh M. Ghwel,**
**First Deputy Prime Minister**
**and acting Minister of Defense**

For the End User
Signature, stamp



**CASE NO.**   **CR 15-0704 (A)-SJO**
          **UNITED STATES OF AMERICA**
 **VS.**    **GHANEM**

**PLAINTIFF'S EXHIBIT**          **355**

**DATE**                                **IDEN.**

**DATE**                                **EVID.**

**BY**
           **DEPUTY CLERK**
AO 386

التاريخ / / Date
الموافق 2015 / 01 / 07
الرقم الإشاري: و د / 0054/57
Ref. Number



رئاسة مجلس الوزراء
وزارة الدفاع
ديوان الوزارة

### Ministry of Defense
### END USER CERTIFICATE

## TO WHOM IT MAY CONCERN

This is to certify that following products for the needs of the Armed Forced of Libya, will be <u>purchased from following supplier</u>:

- Country of final destination Republic: of LIBYA.
- Home, address of the end user : Ministry of Defense of Republic of Libya. Tripoli – Libya
- Exporter: State Enterprise Specialized Trade Firm PROGRESS.
- 2/10 Melnikova Str. Pavilion 14, Kyiv, 04050 Ukraine.
- Importer: Ministry of Defense of Republic of Libya (or any appointed company)
- Contractor: Gateway to MENA for logistic Services Amman, Jordan 11183.

| No. | Description | Quantity (pcs.) |
|---|---|---|
| 1. | Ammunition 23 mm for AA Gun ZU-23. | 1.600.000 |
| 2. | Ammunition 14,5 mm for AA Gun round. | 1.300.000 |
| 3. | Mortar Rounds 120. | 12,000 |
| 4. | Grad 122 mm Rocket. | 10,000 |
| 5. | Ammunition 7,62x54 mm(120cm) for machinegun PKT round linked. | 5.000.000 |
| 6. | Anti – Tank Launcher GP 135 MI. | 50 |
| 7. | Rocket 9 M111M Fagot. | 150 |
| 8. | Rocket 9M313 1 GLA -1 | 50 |
| 9. | Launcher gp51g 1GLA - L | 5 |

We certify that we are the end-user and importer of the goods/technologies referred to in item 1 - 9. Except as authorized by prior written approval of the export control authority of Ukraine, we undertake not to: (1) re-export, (2) sell, (3) lend to any other person or otherwise dispose of the goods/technologies referred to in this document outside the country of end user. This refers also to spare parts, specialist tools, documentation, technical support and operating manuals necessary for the after-sales support.
A relevant Delivery Verification Certificate will be present to the Supplier for each individual shipment, within 10 days from the date of its receipt.

**Khalifh M. Ghwel,**
**First Deputy Prime Minister**
**and acting Minister of Defense**

For the End User
Signature, stamp

