

# United States
## v.
# Rami Ghanem

# CR 15-704 (A)-SJO

# Trial Exhibit Book 5

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA

VS.   GHANEM

PLAINTIFF'S EXHIBIT     500

DATE _____ IDEN.

DATE _____ EVID.

BY _____

DEPUTY CLERK

AO 386

| | |
|---|---|
| **From:** | salam fakroun <fakrun1@gmail.com> |
| **Sent:** | Monday, October 27, 2014 7:15 AM |
| **To:** | Rami Ghanem <ramithe@gmail.com> |
| **Subject:** | Re: Libyan requirements |
| **Attach:** | Draft2.docx |

On Thu, Oct 23, 2014 at 11:32 PM, Rami Ghanem <ramithe@gmail.com> wrote:



--
Abdul Salam
Misurata-Libya

No……………

………/………/2014

# End User Certificate

| 1. Country of ultimate destination | LIBYAN STATE | |
|---|---|---|
| 2. Name, address, telephone and fax numbers, e-mail address of the End User | Ministry of Defense of Republic of LIBYA<br><br>Tripoli - Libya | |
| 3. Description of goods, quantity, description | | |
| No | (Description of Goods) | (Quantity) pcs |
| 1 | Ammunition 23 mm | 5,000,000 |
| 2 | Ammunition 14.5 mm | 5,000,000 |
| 3 | Ammunition 54x7.62BKT  mm | 5,000,000 |
| 4 | Mortar rounds 81 mm | 12,000 |
| 5 | Mortar round  120mm | 12,000 |
| 6 | *Cannon shell 106 mm* | 15,000 |
| 7 | Rocket 130 mm | 10000 |
| 8 | Rocket 107 mm | 10000 |
| 9 | Belts for ZU-23mm | 500 m |
| 10 | Belts for ZU-14.5 | 500 m |

| 11 | GRAD 122 MM | 10,000 |
| 12 | Ammunition 12.7 | 3,000,000 |
| 13 | Anti tank konkurs launcher 9p135m-m1 | 150 |
| 14 | Missiles Anti tank konkurs launcher 9p135m-m1 | 1500 |
| 15 | Laser range finder | 200 |
| 16 | Sniper for 2000 m | 100 |
| 17 | Rocket launchers for MI-24 | 16 |
| 18 | AT-2swatter | 2500 |
| 19 | AT-6 spiral missiles | 2500 |
| 20 | 57 mm Rocket | 1000 |
| 21 | 80 mm Rocket | 1000 |
| 22 | 130 mm Rocket | 1000 |
| 23 | 240 mm Rocket | 1000 |
| 24 | AGS-17 30 mm Grenade launchers | 16 |

**4. Description of final use (purpose):**
The goods will be used by the Government of Libya to keep security in the country

**5. Name, address, telephone and fax numbers, and e-mail address of the supplier:**
Khan Asparuh Trade  Ltd    , BULGARIA, 9300 Dobrich, 3, Tsanko Tserkovski Str.

Ghanem_00000241

**Statement of the end-user.**

We certify that we are the end-user and importer of the goods/technologies referred to in item 3. Except as authorized by prior written approval of the export control authority of the Republic of Bulgaria, we undertake not to: (1) re-export, (2) sell, (3) lend to any other person or otherwise dispose of the goods/technologies referred to in this document outside the country of end user. This refers also to spare parts, specialist tools, documentation, technical support and operating manuals necessary for the after-sales support.

A relevant Delivery Verification Certificate will be present to the Supplier for each individual shipment, within 30 days from the date of its receipt.

………………………………………………..
*/Name and position of the signer/*                                       ***Stamp/ Date***

Ghanem_00000241

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   501

DATE _____ IDEN.

DATE _____ EVID.

BY _____
DEPUTY CLERK
AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|---|---|
| Sent: | Tuesday, October 28, 2014 6:07 AM |
| To: | INTERNATIONAL ARMOUR Co. <info@armour.gr>; ceo@armour.gr |
| Subject: | RE: Libya |
| Attach: | Ammo LOI.doc |

Dear Dimitris,

Thank you for your reply, yes for sure it will be current government of Libya in Tripoli ( Ministry of Defence), I am ready to come and see you to make the arrangements for now please see our requirements as attached.

Regards

**Rami Ghanem**

**Gateway to Egypt. (GTE)**
Complex 122, Building 16, Apartment 42
Al Rehab City, Cairo Egypt
Telephone# 00201127999552
Jordan Office

Tel: 962 6 5685624 Ext 104
Fax: 962 6 5685625   Mobile: 962 787 321 000
**ramithe@gmail.com**  or  rami@caravaname.com
US Telephone: 772 675-4363    Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privilaged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love

Before you quit »Try
Before you die »Live

That's Life...

---

**From:** INTERNATIONAL ARMOUR Co. [mailto:info@armour.gr]
**Sent:** Tuesday, October 28, 2014 12:48 PM
**To:** 'Rami Ghanem'; ceo@armour.gr
**Subject:** RE: Libya

Dear Sirs,

We can supply to Libya ammunitions (kindly advise calibers) subject that the end user will be the current official Government of Libya.

Awaiting yours

Dimitris Chalambalis
Defense Advisor
Mob.Phone: +30 6972 925883

**INTERNATIONAL ARMOUR Co.**
DEFENSE & SAFETY
125 Menelaus Street
17676 Kallithea – Athens – Greece
T: +30 210 9577743
F: +30 211 2219310
E: info@armour.gr
www.armour.gr

---

**From:** Rami Ghanem [mailto:ramithe@gmail.com]
**Sent:** Tuesday, October 28, 2014 12:34 PM
**To:** ceo@armour.gr
**Subject:** Libya

Dear Sir,

We are a company based in Jordan having an office in Libya, we are working very closely with the government of Libya based in Tripoli, please advise if you are able and willing to supply us with ammunition, if your answer is positive then I can fly to meet you

Ghanem_00000241

and to conclude our 1st deal.

Thanks

*Rami Ghanem*

*Gateway to Egypt. (GTE)*
Complex 122, Building 16, Apartment 42
Al Rehab City, Cairo Egypt
Telephone# 00201127999552
**Jordan Office**
Tel: 962 6 5685624 Ext.104
Fax: 962 6 5685625   Mobile: 962 787 321 000
**ramithe@gmail.com** or rami@caravaname.com
US Telephone: 772 675-4363   Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender: do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of GTE or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorised representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

Ghanem_00000241



Date: 27/10/2014

**Subject: Purchase Ammunitions.**

**L e t t e r   o f   I n t e n t**

Dear Director of International Sales,

We, the undersigned (Mohammad Al Daboubi, CEO & President and or Rami Ghanem, VP for business development,, address, Abdul Al-Rahim Al- Waked St. - Shmeisani. Bldg. No. 42. P.O. Box 830589.Amman-11183 Jordan tele +96265685624., and e-mail ) info@gatewaymena.com on behalf of **Ministry of Defense of Republic of LIBYA**, with address   in Tripoli – Libya. Hereby state that we are interested, able and capable to purchase the following items:

| No. | Description | Caliber | QTY | Remarks |
|---|---|---|---|---|
| 1 | Ammunition 23 mm | mm23 | BOX3000 | 23×152 mm Belted |
| 2 | Ammunition 14.5 mm | mm 14.5 | BOX3000 | |
| 3 | Ammunition BKT mm 54x7.62 | mm 7.62 54 x | BOX 3000 | |
| 4 | *mortar rounds* | mm 81 | 4800 | high-explosive |

**4281 Express Lane. Suite L7503. Sarasota, Florida 34238**

**Mob.: +962 777 100 577   -   +962 777 333 390     P.O Box 830589  Amman 11183     Email: aldaboubim@gmail.com**



| | | | | |
|---|---|---|---|---|
| | mm 81 | | BOX | |
| 5 | *mortar rounds* mm120 | mm120 | 2500 BOX | high-explosive |
| 6 | 106 *cannon shell* | mm106 | 2500 BOX | ANTI TANK |
| 7 | 130 MM  Rocket | mm130 | 5000PCS | |
| 8 | 107 MM  Rocket | mm 107 | 2500 BOX | |
| 9 | BELTS FOR ZU-23MM | mm 23 | M 500 | |
| 10 | BELTS FOR ZU-14.5MM | mm14.5 | M 500 | |
| 11 | GRAD 122 MM | mm122 | 1000 ROCKET | |
| 12 | Ammunition 12.7 | mm12.7 | 3000 BOX | |

- End User certificate will be signed and stamped by authorized ministry

**4281 Express Lane. Suite L7503. Sarasota, Florida 34238**

**Mob.: +962 777 100 577   -   +962 777 333 390     P.O Box 830589  Amman 11183    Email: aldaboubim@gmail.com**

00099305

Ghanem_00000241

**CASE NO.**   <u>CR 15-0704 (A)-SJO</u>

<u>     UNITED STATES OF AMERICA     </u>
**VS.**   <u>GHANEM</u>

**PLAINTIFF'S EXHIBIT**   <u>502</u>

**DATE** <u>                   </u>**IDEN.**

**DATE**<u>                    </u>**EVID.**

**BY** <u>                     </u>
           **DEPUTY CLERK**
AO 386

| From: | INTERNATIONAL ARMOUR Co. <info@armour.gr> |
|---|---|
| Sent: | Wednesday, October 29, 2014 1:22 AM |
| To: | Rami Ghanem <ramithe@gmail.com> |
| Subject: | RE: Libya |
| Attach: | OFFER 0481-14.pdf |

Dear Rami,

Good day

Kindly find attached our offer with current available IN STOCK products as well as some brand new/suggestion.

Note that prices are net to you which means we have not include/secure any commission to your side.

Only in SHERSEN SYSTEM we have secure a 5% commission to your side as the prices are fix from manufacturer with not the ability to low or rise these.

Please note, as we have up to date various interests with not any solid result, we need you first to provide us a legal governmental document for final approval from exporters and in revert to provide you also all relevant documents needed and further instructions for the total deal(s) according your final interest/request

Awaiting yours,

Dimitris

**From:** Rami Ghanem [mailto:ramithe@gmail.com]
**Sent:** Tuesday, October 28, 2014 5:04 PM
**To:** 'INTERNATIONAL ARMOUR Co.'
**Subject:** RE: Libya

Please advise if you can send me your mobile # and or Skype address to contact you.

Thanks

**From:** INTERNATIONAL ARMOUR Co. [mailto:info@armour.gr]
**Sent:** Tuesday, October 28, 2014 3:13 PM
**To:** 'Rami Ghanem'
**Subject:** RE: Libya

Dear Rami,

Greetings

We thank you for your email.

Kindly note that we do not have all the calibers you asked (we will revert shortly with availabilities).

Also note that as we know current official Government of Libya is not any more in Tripoli!!!

Please advise

Kind regards

Dimitris

**From:** Rami Ghanem [mailto:ramithe@gmail.com]
**Sent:** Tuesday, October 28, 2014 3:07 PM
**To:** 'INTERNATIONAL ARMOUR Co.'; ceo@armour.gr
**Subject:** RE: Libya

Dear Dimitris,

Thank you for your reply, yes for sure it will be current government of Libya in
Tripoli ( Ministry of Defence), I am ready to come and see you to make the
arrangements for now please see our requirements as attached.

Regards


*Rami Ghanem*

*Gateway to Egypt. (GTE)*
Complex 122, Building 16, Apartment 42
Al Rehab City, Cairo  Egypt
Telephone# 00201127999552
Jordan Office
Tel: 962 6 5685624 Ext.104
Fax: 962 6 5685625   Mobile: 962 787 321 000
ramithe@gmail.com or rami@caravaname.com
US Telephone: 772 675-4363   Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CIVE or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.


Life is short.. So love your life.. Be happy.. And Keep smiling.. and


Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try


Ghanem_00000241

Before you die »Live

That's Life...

---

**From:** INTERNATIONAL ARMOUR Co. [mailto:info@armour.gr]
**Sent:** Tuesday, October 28, 2014 12:48 PM
**To:** 'Rami Ghanem'; ceo@armour.gr
**Subject:** RE: Libya

Dear Sirs,

We can supply to Libya ammunitions (kindly advise calibers) subject that the end user will be the current official Government of Libya.

Awaiting yours

Dimitris Chalambalis
Defense Advisor
Mob.Phone: +30 6972 925883

**INTERNATIONAL ARMOUR Co.**
DEFENSE & SAFETY
125 Menelaus Street
17676 Kallithea – Athens – Greece
T: +30 210 9577743
F: +30 211 2219310
E: info@armour.gr
www.armour.gr

---

**From:** Rami Ghanem [mailto:ramithe@gmail.com]
**Sent:** Tuesday, October 28, 2014 12:34 PM
**To:** ceo@armour.gr
**Subject:** Libya

Dear Sir,

We are a company based in Jordan having an office in Libya, we are working very closely with the government of Libya based in Tripoli, please advise if you are able and willing to supply us with ammunition, if your answer is positive then I can fly to meet you and to conclude our 1st deal.

Thanks

*Rami Ghanem*

*Gateway to Egypt. (GTE)*

Complex 122, Building 16, Apartment 42
Al Rehab City, Cairo  Egypt
Telephone# 00201127999552
**Jordan Office**
Tel: 962 6 5685624 Ext.104
Fax: 962 6 5685625   Mobile: 962 787 321 000
**ramithe@gmail.com** or rami@caravaname.com
US Telephone: 772 675-4363   Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of GWE or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

Ghanem_00000241

 

**INTERNATIONAL ARMOUR Co.**
Defense & Technical Department
125 Menelaus Street
17676 Kallithea - Athens - Greece
T: +30 210 9577743
F: +30 211 2219310
E: info@armour.gr
Skype. armour.international
W: www.armour.gr

MINISTRY OF PUBLIC ORDER CERTIFIED
ISO CERTIFIED
ICoC SIGNATORY COMPANY

# TOP CONFIDENTIAL

## For the attention of Mr. Rami Ghanem

Athens, October 29 2014
Ref# 0481-14

Dear Sirs,

We, **International Armour Co**, a private company incorporated in Athens/Greece as a center of technical excellence in defense and security products and services, official certified and legal licensed by the Hellenic Ministry of Public Order, hereby kindly like to provide you our corporate offer.

### OFFER/PRICES

| No | IN STOCK PRODUCTS / DESCRIPTION | AVAILABLE QTY | UNIT PRICE US$ |
|----|--------------------------------|---------------|----------------|
| 1 | T-72 BATLE TANK (1) | 160 | $250,000.00 |
| 2 | T-72 BATLE TANK ROCKETS 125 mm (1) | 10,000 | $310.00 |
| 3 | BMP-21 GRAD (2) | 18 | $160,000.00 |
| 4 | BM-21 ROCKET- 122mm M21OF  (2) | 50,000 | $245.00 |
| 5 | KONKURS LAUNCHER 9P135M-M1 (3) | 200 | $35,000.00 |
| 6 | KONKURS MISSILE 9M113 (3) | 800 | $10,500.00 |
| 7 | FAGOT "FAKTORIA" MISSILE 9M111M / 120mm (4) | 1,300 | $8,900.00 |
| 8 | PKT HEAVY MACHINEGUN 7.62x54 (5) | 1,000 | $1,900.00 |
| 9 | AK47 - MODEL AKM - 7.62x39 ASSAULT RIFLE (6) | 5,000 (**) | $270.00 |
| 10 | AMMO 7.62x54  (7) | 10,000,000 | $0.170 |
| 11 | AMMO 7.62x39  (7) | 10,000,000 | $0.118 |
| 12 | AMMO 12.7x108 BS (7) | 1,000,000 | $3.990 |
| 13 | AMMO 5.45x39  (7) | 80,000,000 | $0.118 |

**(1)** All tanks T-72 are old production – in stock / made in Russia, reconstructive, full workable with new batteries and with exporter warranty. Also, rockets are old production – in stock / made in Russia, full workable and with exporter warranty
**(2)** BMP-21 GRAD is old production – in stock / made in Russia, reconstructive, full workable with new batteries and with exporter warranty
**(3)** KONKURS LAUNCHER 9P135M-M1 are old production – in stock / made in Russia, reconstructive, full workable and with exporter warranty. Also, rockets are old production – in stock / made in Russia, full workable and with exporter warranty
**(4)** FAGOT "FAKTORIA" MISSILE 9M111M / 120mm are old production – in stock / made in Russia, full workable and with exporter warranty
**(5)** PKT HEAVY MACHINEGUN 7.62x54 are old production – in stock / made in Russia, reconstructive, full workable and with exporter warranty
**(6)** AK47 - MODEL AKM - 7.62x39 ASSAULT RIFLES are old production – in stock / made in Russia, reconstructive, full workable and with exporter warranty
**(7)** All ammunition are old production / made in Russia, are armed hermetic packed/shield in metal tins (vacuum) are full workable and with exporter warranty
 **(**)** Available up to 10,000 set

**We do not guarantee the availability of the above mentioned in stock products/quantities as well as prices change, unless we have your official purchase order and EUC issued from end user country-MOD and/or a relevant authorized and approved ministry/organization of country.**

NOTICE: The information in this message intended only for the confidential use of the recipient or person responsible for delivering it to the intended recipient. You hereby notified that if you received this communication in error, that any review, distribution or copying of the communication is prohibited and the sender should notify.

00099248                                                                 Ghanem_00000241

Ghanem_Sentencing_00000018

 

**OTHER PRODUCTS**

**1) NINE (9) Mi-24V (export version of Mi-35) helicopters produced in Year 1986 and later (IN STOCK)**

GENERAL CONDITION:

- All helicopters are produced in year 1986 and later while flight hours of all helicopters are 228 to 515
- All helicopters are in good condition and maintenance by producer
- All helicopters are with ground equipment 1:1 configuration
- All prices are in USD, FCA Aircraft Repair Plant.
- Payment terms are subject of further commercial negotiations
- Offer Helicopter Mi-24V (Mi-35), year of production is 1986 and later with overhaul of Helicopter
- Delivery period for one unit will be within 150 days after receiving of the helicopter in Aircraft Repair Plant, according the Contract. The each next unit will be delivered within 50 days after previous one in condition that all the units arrived to the overhauling facility at the same time.
- Ammunitions, rockets, shells, boms etc, are not included in each helicopter set.

PERFORMANCE CONDITIONS OF CAPITAL OVERHAULING:

1. Overhaul of goods will be performed by certified the Aircraft Repair Plant in the amount and in accordance with the technical and repair documentation.
2. Quality of performed overhaul of the goods must to comply with the applicable aircraft repair plant standards and specifications, the relevant requirements Developer of the helicopter, followed with quality certificate, as well as entries in the operational documents.
3. After performed overhauling, on product will be installed the plate -TBO 1,000 hours over 6 years
4. Seller shall guarantee the quality of goods for 200 hours readout or 12 calendar months (whichever is expired first) from the date of signing by the Parties Act of product into operation.
5. The overhauled product will be equipped and delivered with equipment as per specification in ANNEX 2

Unit price: **US$ 5,700,000** (ex works basis)

(Full workable and with full of weapons/armory - ammunitions/rockets/shells etc NOT included.)

**We do not guarantee the availability of the above mentioned in stock products/quantities as well as prices change, unless we have your official purchase order and EUC issued from end user country-MOD and/or a relevant authorized and approved ministry/organization of country.**

**NOTICE:** The information in this message is intended only for the confidential use of the recipient or person responsible for delivering it to the intended recipient. You are hereby notified that if you received this communication in error, that any review, distribution or copying of the communication is prohibited and the sender should be notified.

00099248                                                                    Ghanem_00000241

Ghanem_Sentencing_00000019

 

**2) SHERSHEN ANTI TANK SYSTEMS (BRAND NEW)**

**A) System One: (with an individual spare parts set )**

| Item No. | Name of Equipment | Unit Price in US Dollars |
|---|---|---|
| 1. | Antitank guided missile system "SHERSHEN" in a set according to the technical description (LD,RCU, 4th series PN-S guidance device, cable set and wireless modem) with an individual spare parts set | US$ 252,000 |
| 2. | RK-2S set (130 mm, tandem cumulative warhead) | US$ 54,000 |
| 3. | RK-2OF missile set (130 mm, high-explosive fragmentation warhead) | US$ 52,000 |
| 4. | Thermal-imaging module PERI EYE-MW | US$ 90,000 |
| **Price per System:** | One full system with 5 missiles RK-2S cost is **US$ 612,000**<br>One full system with 5 missiles RK-2OFcost is **US$ 602,000** | |

**B) System two: (with an individual spare parts set and two firing channels)**

| Item No. | Name of Equipment | Unit Price in US Dollars |
|---|---|---|
| 1. | Antitank guided missile system "SHERSHEN-DM" in a set according to the technical description (launching device, remote control unit, 4th series PN-S guidance device, cables set) with an individual spare parts set and two firing channels | US$ 270,000 |
| 2. | RK-2S set (130 mm, tandem cumulative warhead) | US$ 54,000 |
| 3. | RK-2OF missile set (130 mm, high-explosive fragmentation warhead) | US$ 52,000 |
| 4. | Thermal-imaging module PERI EYE-MW | US$ 90,000 |
| **Price per System:** | One full system with 5 missiles RK-2S cost is **US$ 630,000**<br>One full system with 5 missiles RK-2OFcost is **US$ 620,000** | |

**C) OPTIONAL / FOR TRAINING**

**1)** Electronic Simulator ATGM "Shershen" set for 5 ATGM systems: **US$ 84,000 per unit**
**2)** RK-2S weight-dimensional model for training:  **US$ 18,000 per unit**
**3)** Group spare parts set for 10 ATGM systems: **US$ 264,000 per unit**

**TERMS/CONDITIONS**

"FCA-Minsk, the Republic of Belarus (in accordance with ICC rules for the use of trade terms in National and International trade published in 2010 - "INCOTERMS-2010" and includes:

- Full cost of equipment production:
- Warranty service of the equipment during 12 months from the moment of supply:
- Personnel training
- Full set of exploitation documents (passports user manual):
- Cost of customs procedures and issue of necessary permits for the export of products from the Republic of Belarus

NOTICE: The information in this message is intended only for the confidential use of the recipient or person responsible for delivering it to the intended recipient. You are hereby notified that if you received this communication in error, that any review, distribution or copying of the communication is prohibited and the sender should be notified.

Ghanem_00000241

Ghanem_Sentencing_00000020

 

**SUGGESTED BRAND NEW FIREARMS**

| No | IN STOCK PRODUCTS / DESCRIPTION | MINIMUM ORDER QTY | UNIT PRICE US$ |
|----|-------------------------------|-------------------|----------------|
| 1 | ZASTAVA  M92 SUBMACHINE GUN 7.62X39 (*) | 5,000 | $525.00 |
| 2 | ZASTAVA M70 AB2 7.62X39 ASSAULT RIFLE (*) | 5,000 | $570.00 |
| 3 | ZASTAVA SNIPER M91 (SEMI AUTO) 7.62x54R (*) | 300 | $3,300.00 |
| 4 | ZASTAVA SNIPER RIFLE M07 7.62X54R (*) | 300 | $3,900.00 |
| 5 | ZASTAVA M84 MACHINE GUN 7.62X54R (*) | 3,000 | $4,850.00 |
| 6 | CZ LUVO TT9 PV PISTOL 9MM (*) | 5,000 | $650.00 |
| 7 | CZ LUVO TT9 PISTOL 9MM (*) | 5,000 | $320.00 |
| 8 | ZASTAVA  E9 PISTOL 9MM (*) | 5,000 | $520.00 |

**General Terms:**

A) We only deal, merchandize and deliver/export defense equipment to all countries that are not under embargo or any restriction by EU and UN.

B) End User certificate will be required from the Ministry of Defense of the end user and officially approved by the office of Prime Minister of the end user country. All necessary export licenses will be issued by the exporter/export country.

C) Payment terms:  50% down payment together with your official purchase order and payment in full before goods dispatch manufacturers warehouses against relevant loading documents and quality / quantity certificate by a worldwide approved inspection organization such as SGS

D) All offered prices are in ex-works basis, where the total transportation cost of the goods from the export country to the nominated delivery place is on buyer's account.

E) Inspection of goods is allowed after your official purchase order/contract sign and according to the contractual agreement inspection procedures.

F) Final supplier will be our company or any affiliated company of our group while all export licenses and permissions as well as transportation arrangement will be from manufacturers/exporters side.

G) This offer is valid (for the in stock products) subject to availability.

**We do not guarantee the availability of the above mentioned in stock products/quantities as well as prices change, unless we have your official purchase order and EUC issued from end user country-MOD and/or a relevant authorized and approved ministry/organization of country.**

We remain at your disposal in any further question or clarification.

Sincerely yours,



Dimitris Chalambalis
Defense Senior Advisor

NOTICE: The information in this message is intended only for the confidential use of the recipient or person responsible for delivering it to the intended recipient. You are hereby notified that if you received this communication in error, that any review, distribution or copying of this communication is prohibited and the sender should be notified.

CASE NO.  CR 15-0704 (A)-SJO
    UNITED STATES OF AMERICA
VS.    GHANEM

PLAINTIFF'S EXHIBIT    503

DATE                      IDEN.

DATE                      EVID.

BY
       DEPUTY CLERK
AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|---|---|
| Sent: | Wednesday, October 29, 2014 6 11 AM |
| To: | Saber2302@hotmail.com |
| Cc: | Mohd <aldaboubim@gmail.com> |
| Subject: | FW: LOI |
| Attach: | AeroLOI.PDF; CZ LOI.PDF |

Dear Mohammad,

You are kindly requested to see attached 2 files concerning the LOI's one for Aero for us to discuss the L 39 spare parts and maintenances, the 2nd one for the supply of ammunitions from Exclibur army Spol.

Thanking you in advance for you arrangements.

Best Regards

**Rami Ghanem**

**Gateway to Egypt. (GTE)**
**Complex 122, Building 16, Apartment 42**
**Al Rehab City, Cairo  Egypt**
**Telephone# 00201127999552**
**Jordan Office**

Tel: 962 6 5685624 Ext 104
Fax: 962 6 5685625    Mobile: 962 787 321 000
**ramithe@gmail.com**  or  rami@caravaname.com
US Telephone: 772 675-4363    Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn

Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

Ghanem_00000241



Date: 27/10/2014

Messrs,
**AERO Vodochody Aerospace a.s.**
**U Letiste 374**
**250 70 Odolena Voda**
**CZECH REPUBLIC**
**Tel: +420 255 761 111**
**E-Mail address:** pr@aero.cz

**Subject: Purchase Spare Parts for L139 Albatros and L139.**

## Letter of Intent

Dear Director of International Sales,

We, the undersigned (Mohammad Al Daboubi, CEO & President and or Rami Ghanem, VP for business development,, address, Abdul Al-Rahim Al- Waked St. - Shmeisani. Bldg. No. 42. P.O. Box 830589.Amman-11183 Jordan tele +96265685624., and e-mail ) info@gatewaymena.com on behalf of **Ministry of Defense of Republic of LIBYA**, with address   in Tripoli – Libya. Hereby state that we are interested, able and capable to purchase the following items:

- **purchase L139 Albatros and L139 Spare Parts**

**4281 Express Lane. Suite L7503. Sarasota, Florida 34238**

Mob.: +962 777 100 577  -  +962 777 333 390    P.O Box 830589  Amman 11183   Email: aldaboubim@gmail.com



- End User certificate will be signed and stamped by authorized ministry approved by the International Society and EU authorities.

- Awaiting to receive an Invitation to visit you in Czech Republic for signing the purchase/sell contract.

- All expenses including air tickets, accommodation etc. will be covered by us.

- Copies of passports will be send to you upon receiving the Invitation Letter.

-

We remain with best regards,

Rami Ghanem





info@Gatewaymena.com
Mobile: +201127999552

**4281 Express Lane. Suite L7503. Sarasota, Florida 34238**

Mob.: +962 777 100 577   -   +962 777 333 390    P.O Box 830589 Amman 11183    Email: aldaboubim@gmail.com



Date: 27/10/2014

Messrs,
**EXCALIBUR ARMY Spol. S.r.o.**
**Kodanska ul. 521**
**101 00 Praha 10**
**CZECH REPUBLIC**
**Fax: +420 469 775 113**
**E-Mail address:** info@excaliburarmy.cz

**Subject: Purchase Ammunitions.**

### Letter of Intent

Dear Director of International Sales,

We, the undersigned (Mohammad Al Daboubi, CEO & President and or Rami Ghanem, VP for business development,, address, Abdul Al-Rahim Al- Waked St. - Shmeisani. Bldg. No. 42. P.O. Box 830589.Amman-11183 Jordan tele +96265685624., and e-mail ) info@gatewaymena.com on behalf of **Ministry of Defense of Republic of LIBYA**, with address   in Tripoli – Libya. Hereby state that we are interested, able and capable to purchase the following items:

| No. | Description | Caliber | QTY | Remarks |
|---|---|---|---|---|
| 1 | Ammunition 23 mm | mm23 | BOX3000 | 23×152 mm Belted |
| 2 | Ammunition 14.5 mm | mm 14.5 | BOX3000 | |

**4281 Express Lane. Suite L7503. Sarasota, Florida 34238**

Mob.: +962 777 100 577  -  +962 777 333 390   P.O Box 830589  Amman 11183   Email: aldaboubim@gmail.com

00099235

Ghanem_00000241



| 3 | Ammunition BKT mm 54x7.62 | mm 7.62 54 x | BOX 3000 | |
|---|---|---|---|---|
| 4 | *mortar rounds* mm 81 | mm 81 | 4800 BOX | high-explosive |
| 5 | *mortar rounds* mm120 | mm120 | 2500 BOX | high-explosive |
| 6 | 106 *cannon shell* | mm106 | 2500 BOX | ANTI TANK |
| 7 | 130 MM Rocket | mm130 | 5000PCS | |
| 8 | 107 MM Rocket | mm 107 | 2500 BOX | |
| 9 | BELTS FOR ZU-23MM | mm 23 | M 500 | |
| 10 | BELTS FOR ZU-14.5MM | mm14.5 | M 500 | |
| 11 | GRAD 122 MM | mm122 | 1000 ROCKET | |
| 12 | Ammunition 12.7 | mm12.7 | 3000 BOX | |

**4281 Express Lane. Suite L7503. Sarasota, Florida 34238**

Mob.: +962 777 100 577  -  +962 777 333 390    P.O Box 830589  Amman 11183   Email: aldaboubim@gmail.com



- End User certificate will be signed and stamped by authorized ministry approved by the International Society and EU authorities.

- Awaiting to receive an Invitation to visit you in Czech Republic for signing the purchase/sell contract.

- All expenses including air tickets, accommodation etc. will be covered by us.

- Copies of passports will be send to you upon receiving the Invitation Letter.

-

We remain with best regards,

Rami Ghanem

info@Gatewaymena.com
Mobile: +201127999552

**4281 Express Lane. Suite L7503. Sarasota, Florida 34238**

Mob.: +962 777 100 577  -  +962 777 333 390    P.O Box 830589  Amman 11183   Email: aldaboubim@gmail.com

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   504

DATE _____ IDEN.

DATE_____ EVID.

BY _____
          DEPUTY CLERK

AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|---|---|
| Sent: | Thursday, October 30, 2014 9:31 AM |
| To: | Abdul Salam <fakrun1@gmail.com> |
| Subject: | FW: 23 |
| Attach: | ammo 23mmX152B for ZU2 and ZSU40001 (2).pdf; Ammo forGsh23L and Gsh 23LU0001 (2).pdf |



# AMMUNITION 23mm x 152B FOR ANTI-AIRCRAFT GUN ZU-2 AND ZSU-4

| NATO DESIGNATION | HEI-T | HEI | HE | HE-T | API-T | API | TP-T | TP |
|---|---|---|---|---|---|---|---|---|
| **WEIGHT** | | | | | | | | |
| projectile (g) | 190 | 182 | 182 | 190 | 190 | 190 | 190 | 182 |
| propellant (g) | 76 | 76 | 76 | 76 | 76 | 76 | 76 | 76 |
| explosive (g) | 16.3 | 19.6 | 19.6 | 16.3 | 5 | 5 | none | none |
| complete round (g) | 343.6 | 343.6 | 343.6 | 343.6 | 343.6 | 343.6 | 343.6 | 343.6 |
| EXPLOSIVE TYPE | RDX+AL | RDX+AL | RDX | RDX | none | none | none | none |
| LENGHT (mm) complete round | 236 | 236 | 236 | 236 | 236 | 236 | 236 | 236 |
| MUZZLE VELOCITY (m/s) | 970 | 970 | 970 | 970 | 970 | 970 | 970 | 970 |
| SELF-DESTRUCTION TIME (s) | 5.6÷11.2 | 5.6÷11.2 | 5.6÷11.2 | 5.6÷11.2 | none | none | none | none |
| TRACER BURNING TIME (s) | 3.5 | none | none | 3.5 | 3.5 | - | 3.5 | - |

K O M P A N I J A A.D.
Sloboda
ČAČAK - SRBIJA / CRNA GORA

**PACKING:**
80 rounds in wooden case
W/C dimensions cm 69x29x22
Case gross mass kg 44

**FOR MORE INFORMATION CONTACT US**

DATA CONTAINED HEREIN ARE INFORMATIVE ONLY AND SUBJECT TO AMENDMENT WITHOUT PREVIOUS NOTICE.

**Ratio Mitrovica street 30, 32000 Čačak
Serbia and Montenegro
Phones:**
Fxchange: ++381 32 26 21 41
General manager: ++381 32 26 22 10
Development, Marketing and Engineering department:
++381 32 25 33 60
Export department: ++381 32 26 29 48
Fax: ++381 32 23 63 90 and ++381 32 26 34 48
e-mail: slobocam@ptt.yu
http://www.sloboda.co.yu

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.      GHANEM

PLAINTIFF'S EXHIBIT      505

DATE                              IDEN.

DATE                              EVID.

BY
                DEPUTY CLERK
AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|-------|--------------------------------|
| Sent: | Thursday, October 30, 2014 10:04 PM |
| To: | bjozwik@cenrex.pl |
| Subject: | 23 mm |
| Attach: | LOI for Poland.pdf |

Dear Mr. Bogdan,

I trust you are doing well, we are looking for the supply of a list of Ammunition to be supplied for Libya,

Please see the file attached as our formal LOI, EUC will be issued from the Ministry of Defence in Tripoli, we are looking to see if you have any stock available in Poland to be shipped right away.

I am ready to fly out to Poland to Poland at any time to conclude this deal.

Thanking you in advance.

Best Regards


*Rami Ghanem*

*Gateway to MENA*
**Complex 122, Building 16, Apartment 42**
**Al Rehab City, Cairo  Egypt**
**Telephone# 00201127999552**
**Jordan Office**

Tel: 962 6 5685624 Ext.104
Fax: 962 6 5685625   Mobile: 962 787 321 000
**ramithe@gmail.com**  or  rami@caravaname.com
US Telephone: 772 675-4363   Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct to notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of GNE or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and


Before you speak »Listen
Before you write »Think

Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...



Date: 30/10/2014

Messrs.,
Attention Mr. Jozvik Bogdan

Cenrex sp. z o.o.

Ul. Poligonowa 30

04-051 Warszawa

Poland

Telephon+48 22 332-72-00

Fax+48 22 332-72-22

<u>**Subject: Purchase Ammunitions**</u>

### Letter of Intent

Dear Mr. Jozvik Bogdan

,

We, the undersigned Rami Ghanem VP for business development,, address, Abdul Al-Rahim Al- Waked St. - Shmeisani. Bldg. No. 42. P.O. Box 830589.Amman-11183 Jordan tele +96265685624., and e-mail ) info@gatewaymena.com on behalf of **Ministry of Defense of Republic of LIBYA**, with address    in Tripoli – Libya. Hereby state that we are interested, able and capable to purchase the following items:

| No. | Description | Caliber | QTY | Remarks |
|-----|-------------|---------|-----|---------|
| 1 | Ammunition HEI 23mm explosive 19.6g 23 mm | mm23 | BOX3000 | 23×152 mm Belted |

**4281 Express Lane. Suite L7503. Sarasota, Florida 34238**

Mob.: +962 777 100 577  -  +962 777 333 390    P.O Box 830589  Amman 11183    Email: aldaboubim@gmail.com

00099025                                                    Ghanem_00000241



| 2 | Ammunition 14.5 mm | mm 14.5 | BOX3000 | |
|---|---|---|---|---|
| 3 | Ammunition BKT mm 54x7.62 | mm 7.62 54 x | BOX 3000 | |
| 4 | *mortar rounds* mm 81 | mm 81 | 4800 BOX | high-explosive |
| 5 | *mortar rounds* mm120 | mm120 | 2500 BOX | high-explosive |
| 6 | 106 *cannon shell* | mm106 | 2500 BOX | ANTI TANK |
| 7 | 130 MM Rocket | mm130 | 5000PCS | |
| 8 | 107 MM Rocket | mm 107 | 2500 BOX | |
| 9 | BELTS FOR ZU-23MM | mm 23 | M 500 |  |
| 10 | BELTS FOR ZU-14.5MM | mm14.5 | M 500 | |
| 11 | GRAD 122 MM | mm122 | 1000 ROCKET | |
| 12 | 12.7 Ammunition | mm12.7 | BOX 3000 | |

**4281 Express Lane. Suite L7503. Sarasota, Florida 34238**

Mob.: +962 777 100 577  -  +962 777 333 390    P.O Box 830589  Amman 11183   Email: aldaboubim@gmail.com

00099025



- End User certificate will be signed and stamped by authorized ministry
- For the 23mm

| OFZ | HEI | 18 | 19 | 980 | HEI fragmentation round with nose fuzes incorporating self-destruct mechanism. |
|-----|-----|----|----|-----|-------------------------------------------------------------------------------|

We remain with best regards,

Rami Ghanem

info@Gatewaymena.com
Mobile: +201127999552

4281 Express Lane. Suite L7503. Sarasota, Florida 34238

Mob.: +962 777 100 577  -  +962 777 333 390   P.O Box 830589 Amman 11183   Email: aldaboubim@gmail.com

00099025

Ghanem_00000241

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.    GHANEM

PLAINTIFF'S EXHIBIT    506

DATE                          IDEN.

DATE                          EVID.

BY

DEPUTY CLERK

AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|---|---|
| Sent: | Sunday, November 2, 2014 1:27 PM |
| To: | Abdul Salam <fakrun1@gmail.com> |
| Subject: | FW: Ammunition ant team to fly Mi24 |
| Attach: | RAMI_Offer.xlsx |

# FYI

**From:** Nicolas Philippou [mailto:philippou@noricum.com.cy]
**Sent:** Sunday, November 2, 2014 5:47 PM
**To:** Rami Ghanem
**Subject:** Re: Ammunition ant team to fly Mi24

See attachment -


At 05:50 PM 11/1/2014 +0200, you wrote:

Dear Nicolas,

Please see attached file for the two issues we had discussed,

Ammunitions

Teams for the Mi-24/35 helicopters.

Both are urgent and we are working directly with the Tripoli government; the National Salvation Government president Mr. Omar Hassi;

Make sure your supplier can do accept the Tripoli EUC.

You will have a deal in less than 4 days in case you can and prices are good.

Thanks & Regards


_____ Information from ESET NOD32 Antivirus, version of virus signature database 10655 (20141101) _____

The message was checked by ESET NOD32 Antivirus.

http://www.eset.com

| No. | price | Description | Caliber | QTY | Remarks |
|---|---|---|---|---|---|
| 1 | 24$ | Ammunition HEI 23mm explosive 19.6g mm23 | 23mm | 3000BOX | 23×152 mm Belted |
| 2 | 208$/1000 | Ammunition mm14.5 | 14.5 mm | 3000BOX | |
| 3 | 215$/1000 | Ammunition mm BKT 7.62x54 | 7.62 mm  54 x | BOX 3000 | |
| 4 | 134$ | mortar rounds  81mm | 81mm | 4800 BOX | high-explosive |
| 5 | 189$ | mortar rounds 120 mm | 120 mm | 2500 BOX | high-explosive |
| 6 | | cannon shell/ 106 | 106 mm | 2500 BOX | ANTI TANK |
| 7 | 1932$ | MM  Rocket  130 | 130 mm | 5000PCS | |
| 8 | 197$ | MM  Rocket 107 | 107mm | 2500 BOX | |
| 9 | | BELTS FOR ZU-23MM | 23mm | 500 M | |
| 10 | | BELTS FOR ZU-14.5MM | 14.5 mm | 500 M | |
| 11 | 1049$ | GRAD 122 MM | 122 mm | 1000 ROCKET | |
| 12 | 2.52 | 12.7 Ammunition | 12.7 mm | 3000 BOX | |

-    End User certificate will be signed and stamped by authorized ministry in Tripoli-Libya
-    For the 23mm

| OFZ | HEI | HEI fragmentation round with nose fuzes incorporating self-destruct mechanism. |
|---|---|---|

Ghanem_00000241

00097679

Ghanem_Sentencing_00000041

CASE NO. ___CR 15-0704 (A)-SJO

___UNITED STATES OF AMERICA___
VS. ___GHANEM___

PLAINTIFF'S EXHIBIT ___507___

DATE _____ IDEN.

DATE_____ EVID.

BY _____
___DEPUTY CLERK___
AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|---|---|
| Sent: | Monday, November 3, 2014 12:19 AM |
| To: | Baruchfr@gmail.com |
| Subject: | East Europe and CSI countries.docx |
| Attach: | East Europ and CSI countries.docx |

Please see attached list required for Libya, we are dealing with Tripoli government and it's very hard now days duo to the mix up between the two sides of Libya. If you can find me a source from one of those countries not so much attached to UN matter such as Albania.

Thanks & regards

Can you check if you have a contact in the following countries:

| | | |
|---|---|---|
| Slovenia | Bulgaria | Georgia |
| Croatia | Romania | Armenia |
| Bosnia | Moldova | Azerbaijan |
| Montenegro | Ukraine | Turkmenistan |
| Albania | Poland | Uzbekistan |
| Macedonia | Belarus | Kazakhstan |
| Slovakia | Estonia | Tajikistan |
| Hungary | Lithuania | Kyrgyzstan |
| Serbia | Latvia | |

The required items are as the list below:

| Remarks | QTY | Caliber | Description | No. |
|---|---|---|---|---|
| 23×152 mm Belted | 3000BOX | 23mm | Ammunition HEI 23mm explosive 19.6g mm23 | 1 |
| | 3000BOX | 14.5 mm | Ammunition mm14.5 | 2 |
| | BOX 3000 | 7.62 mm 54 x | Ammunition mm BKT 7.62x54 | 3 |
| high-explosive | 4800 BOX | 81mm | *mortar rounds* 81mm | 4 |
| high-explosive | 2500 BOX | 120 mm | *mortar rounds* 120 mm | 5 |

| | | | | |
|---|---|---|---|---|
| ANTI TANK | 2500 BOX | 106 mm | *cannon shell* 106 | 6 |
| | 5000PCS | 130 mm | MM  Rocket  130 | 7 |
| | 2500 BOX | 107mm | MM  Rocket 107 | 8 |
| | 500 M | 23mm | BELTS FOR ZU-23MM | 9 |
| | 500 M | 14.5 mm | BELTS FOR ZU-14.5MM | 10 |
| | 1000 ROCKET | 122 mm | GRAD 122 MM | 11 |
| | 3000 BOX | 12.7 mm | 12.7 Ammunition | 12 |

- End User certificate will be signed and stamped by authorized ministry
- For the 23mm

| | | | | | |
|---|---|---|---|---|---|
| OFZ | HEI | 18 | 19 | 980 | HEI fragmentation round with nose fuzes incorporating self-destruct mechanism. |

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   508

DATE _____ IDEN.

DATE_____ EVID.

BY _____
          DEPUTY CLERK
AO 386



**8:08 AM**    99%   ⚡

D C ⌄

07/01, 2:25 PM

just sent another offer

11/03, 1:30 AM

can you supply Libya....Tripoli EUC

Not sure if Libya EUC is even recognized

11/03, 6:50 AM

let me know

11/03, 7:54 AM

Maybe you can give me an

Type a message here

8:08 AM                            99%

D C ⌄

Not sure if Libya EUC is even
recognized

11/03, 6:50 AM

let me know

11/03, 7:54 AM

Maybe you can give me an
offer for the items I had sent
by email using country
Belize EUC and also to
suport your work Tripoli
EUC.  What do you think?

11/03, 1:34 PM

we can try

Type a message here                    ☺

00141817.pdf                Ghanem-00072445

 8:10 AM   99% 

< **D C** ∨

Ok maybe we can give him some Mi 2

 http://air-usa.com/

They have about 50 of them

 another buddy of mine I sold him the Albatross and MiGs

Man we need a real war

sucks

can you take Skype files

Start with me slowly and you will have so much business

Type a message here 

   

00141835.pdf                    Ghanem-00072445

 **8:10 AM**   

**D C** ⌄

Past is not in my dictionary

 reason I need a war

to make money

real money

You have good price good delivery we buy

I am in a very larg arrangements

 anyway I talk to these guys see what they say

With the Libyan

 do you have a local BG

Type a message here 

   

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA

VS.   GHANEM

PLAINTIFF'S EXHIBIT   509

DATE _____ IDEN.

DATE _____ EVID.

BY _____

DEPUTY CLERK

AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|---|---|
| Sent: | Thursday, November 6, 2014 7:42 AM |
| To: | dc@templars.es |
| Subject: | Ammunition |

| No. | Description | Caliber | QTY | Remarks |
|---|---|---|---|---|
| 1 | Ammunition HEI 23mm explosive 19.6g mm23 | 23mm | 3000BOX | 23×152 mm Belted |
| 2 | Ammunition mm14.5 | 14.5mm | 3000BOX | |
| 3 | Ammunition mm BKT 7.62x 54 | 7.62 mm 54 x | BOX 3000 | |
| 4 | *mortar rounds*81 mm | 81mm | 4800BOX | high-explosive |
| 5 | *mortar rounds* 120 mm | 120 mm | 2500 BOX | high-explosive |
| 6 | *cannon shell*106 | 106 mm | 2500 BOX | ANTI TANK |
| 7 | MM  Rocket 130 | 130 mm | 5000PCS | |
| 8 | MM  Rocket 107 | 107mm | 2500 BOX | |
| 9 | BELTS FOR ZU-23MM | 23mm | 500M |  |
| 10 | BELTS FOR ZU-14.5MM | 14.5 mm | 500M | |
| 11 | GRAD 122 MM | 122 mm | 1000 ROCKET | |

| 12 | 12.7 Ammunition | 12.7 mm | 3000 BOX | |

Ghanem_00000241

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT      510

DATE _____IDEN.

DATE_____EVID.

BY _____
           DEPUTY CLERK
AO 386

Page 1 of 1

| | |
|---|---|
| **From:** | Tomer Dragon <tomer@dragonacehk.com> |
| **Sent:** | Sunday, November 9, 2014 7:05 AM |
| **To:** | Rami Ghanem <ramithe@gmail.com> |
| **Cc:** | Nicolas Philippou <philippou@noricum.com.cy> |
| **Subject:** | Lybia |
| **Attach:** | Tomer -09112014- 1 Dragon.pdf; Tomer -09112014- 2 -.pdf; Tomer -09112014- 3.pdf; Tomer -09112014- 4.pdf; Tomer -09112014- 5.pdf; Tomer -09112014- 6.pdf; Tomer -09112014- 7.pdf; Tomer -09112014- 8.pdf; Tomer -09112014- 9.pdf; Tomer -09112014 -14.pdf; Tomer -09112014 -15.pdf; Tomer -09112014 -16.pdf; Tomer -09112014 -17.pdf; Tomer -09112014 -18.pdf; Tomer -09112014 -19.pdf; Tomer -09112014 -20.pdf; Tomer -09112014-10.pdf; Tomer -09112014-11.pdf; Tomer -09112014-12.pdf; Tomer -09112014-13.pdf |



Hi Rami

Please find the PI's
  1.  All items from stock
  2.  EUC requred


Tomer Avnon
President
Dragon Ace Ltd.
Tel: +852 5 801 4430
tomer@dragonacehk.com
www.DragonaceHK.com
Mobile: +972-544 88 27 88
Skype: tomeravnon

00096526                                                    Ghanem_00000241



Dragon Ace Limited | Company #1919870 | Suite 1803-4, St. George's Bldg 2
Ice House Street Central Hong Kong

## PROFORMA INVOICE

To: Gateway to Egypt

Complex 122, Building 16, Apartment 42
Al Rehab City, Cairo  Egypt
Telephone# 00201127999552

Date: 09/11/14

Quotation res :09112014

| PART DESCRIPTION | Qty | Unit Price | Total |
|---|---|---|---|
| Ammunition 23mm | 5,000,000 | $      14.45 | $      72,250,000 |
| | | TOTAL | $      72,250,000 |

## Terms:

All prices are EXW, Transportation isn't included
EUC:  a sign EUC is require, all subgect to export license

## Payment

30% - Down Payment with order
70% - by W/T after sign export license/ Inspection

## BANK DETAILS:

**Account Name**: Dragon Ace Ltd.

**Account number**:  0624972921 (USD)

**SWIFT (BIC)**: BNINSGSG

**BANK DETAILS**:

Bank Negara Indonesia (BNI) Singapore Branch

39 Robinson Road #06-01, Robinson Point

## Tomer Avnon

President

**Dragon Ace Ltd.**

Suite 1803-4, St. George's Bldg2 Ice House StreetCentral Hong Kong

Tel: +852-5-801-4430/440

Dragon Ace Limited Company | #1919870 | Suite 1803-4, St. George's Bldg | 2 Ice House Street | Central Hong Kong

00096527

Ghanem_00000241



Dragon Ace Limited | Company #1919870 | Suite 1803-4, St. George's Bldg 2
Ice House Street Central Hong Kong

## PROFORMA INVOICE

To: Gateway to Egypt

Complex 122, Building 16, Apartment 42
Al Rehab City, Cairo  Egypt
Telephone# 00201127999552

Date: 09/11/14

Quotation res :09112014

| PART DESCRIPTION | Qty | Unit Price | | Total | |
|---|---|---|---|---|---|
| Ammunition- 14.5mm | 5,000,000 | $ | 4.40 | $ | 22,000,000 |
| | | TOTAL | | $ | 22,000,000 |

## Terms:

All prices are EXW, Transportation isn't included
EUC:  a sign EUC is require, all subgect to export license


## Payment

30% - Down Payment with order
70% - by W/T after sign export license/ Inspection

## BANK DETAILS:

**Account Name**: Dragon Ace Ltd.
**Account number**:  0624972921 (USD)
**SWIFT (BIC)**: BNINSGSG
**BANK DETAILS**:
Bank Negara Indonesia (BNI) Singapore Branch
39 Robinson Road #06-01, Robinson Point


**Tomer Avnon**
President
**Dragon Ace Ltd.**
Suite 1803-4, St. George's Bldg2 Ice House StreetCentral Hong Kong
Tel: +852-5-801-4430/440

Dragon Ace Limited Company | #1919870 | Suite 1803-4, St. George's Bldg | 2 Ice House Street | Central Hong Kong



Dragon Ace Limited | Company #1919870 | Suite 1803-4, St. George's Bldg 2
Ice House Street Central Hong Kong

## PROFORMA INVOICE

To: Gateway to Egypt
Complex 122, Building 16, Apartment 42
Al Rehab City, Cairo  Egypt
Telephone# 00201127999552

Date: 09/11/14
Quotation res :09112014

| PART DESCRIPTION | Qty | Unit Price | Total |
|---|---|---|---|
| Ammunition 7.62X54 bkt $188/1000 | 5,000,000 | $   0.188 | $       940,000 |
| | | TOTAL | $       940,000 |

## Terms:

All prices are EXW, Transportation isn't included
EUC:  a sign EUC is require, all subgect to export license

## Payment

30% - Down Payment with order
70% - by W/T after sign export license/ Inspection

## BANK DETAILS:

**Account Name**: Dragon Ace Ltd.
**Account number**:  0624972921 (USD)
**SWIFT (BIC)**: BNINSGSG
**BANK DETAILS**:
Bank Negara Indonesia (BNI) Singapore Branch
39 Robinson Road #06-01, Robinson Point

## Tomer Avnon

President
**Dragon Ace Ltd.**
Suite 1803-4, St. George's Bldg2 Ice House StreetCentral Hong Kong
Tel: +852-5-801-4430/440

Dragon Ace Limited Company | #1919870 | Suite 1803-4, St. George's Bldg | 2 Ice House Street | Central Hong Kong



Dragon Ace Limited | Company #1919870 | Suite 1803-4, St. George's Bldg 2
Ice House Street Central Hong Kong

## PROFORMA INVOICE

To: Gateway to Egypt                                     Date: 09/11/14
Complex 122, Building 16, Apartment 42                   Quotation res :09112014
Al Rehab City, Cairo  Egypt
Telephone# 00201127999552

| PART DESCRIPTION | Qty | Unit Price | Total |
|---|---|---|---|
| Mortar Round 81mm | 12,000 | $        88 | $   1,056,000 |
| | | TOTAL  $ | 1,056,000 |

**Terms:**
All prices are EXW, Transportation isn't included
EUC:  a sign EUC is require, all subgect to export license

**Payment**
30% - Down Payment with order
70% - by W/T after sign export license/ Inspection

**BANK DETAILS:**
**Account Name**: Dragon Ace Ltd.
**Account number**:  0624972921 (USD)
**SWIFT (BIC)**: BNINSGSG
**BANK DETAILS**:
Bank Negara Indonesia (BNI) Singapore Branch
39 Robinson Road #06-01, Robinson Point

**Tomer Avnon**
President
**Dragon Ace Ltd.**
Suite 1803-4, St. George's Bldg2 Ice House StreetCentral Hong Kong
Tel: +852-5-801-4430/440

Dragon Ace Limited Company | #1919870 | Suite 1803-4, St. George's Bldg | 2 Ice House Street | Central Hong Kong



Dragon Ace Limited | Company #1919870 | Suite 1803-4, St. George's Bldg 2
Ice House Street Central Hong Kong

## PROFORMA INVOICE

To: Gateway to Egypt
Complex 122, Building 16, Apartment 42
Al Rehab City, Cairo  Egypt
Telephone# 00201127999552

Date: 09/11/14

Quotation res :09112014

| PART DESCRIPTION | Qty | Unit Price | | Total | |
|---|---|---|---|---|---|
| **Mortar Round 120mm** | 12,000 | $ | 188 | $ | 2,256,000 |
| | | **TOTAL** | | $ | 2,256,000 |

## Terms:
All prices are EXW, Transportation isn't included
EUC:  a sign EUC is require, all subgect to export license


## Payment
30% - Down Payment with order
70% - by W/T after sign export license/ Inspection

## BANK DETAILS:
**Account Name**: Dragon Ace Ltd.
**Account number**:  0624972921 (USD)
**SWIFT (BIC)**: BNINSGSG
**BANK DETAILS**:
Bank Negara Indonesia (BNI) Singapore Branch
39 Robinson Road #06-01, Robinson Point


## Tomer Avnon
President
**Dragon Ace Ltd.**
Suite 1803-4, St. George's Bldg2 Ice House StreetCentral Hong Kong
Tel: +852-5-801-4430/440

Dragon Ace Limited Company | #1919870 | Suite 1803-4, St. George's Bldg | 2 Ice House Street | Central Hong Kong

00096531

Ghanem_00000241



Dragon Ace Limited | Company #1919870 | Suite 1803-4, St. George's Bldg 2
Ice House Street Central Hong Kong

## PROFORMA INVOICE

To: Gateway to Egypt

Complex 122, Building 16, Apartment 42
Al Rehab City, Cairo  Egypt
Telephone# 00201127999552

Date: 09/11/14

Quotation res :09112014

| PART DESCRIPTION | Qty | Unit Price | Total |
|---|---|---|---|
| 105mm HE – 106mm round | 15,000 | $    1,188 | $    17,820,000 |
|  | | TOTAL | $    17,820,000 |

## Terms:

All prices are EXW, Transportation isn't included
EUC:  a sign EUC is require, all subgect to export license

## Payment

30% - Down Payment with order
70% - by W/T after sign export license/ Inspection

## BANK DETAILS:

**Account Name**: Dragon Ace Ltd.
**Account number**:  0624972921 (USD)
**SWIFT (BIC)**: BNINSGSG
**BANK DETAILS**:
Bank Negara Indonesia (BNI) Singapore Branch
39 Robinson Road #06-01, Robinson Point

## Tomer Avnon

President
**Dragon Ace Ltd.**
Suite 1803-4, St. George's Bldg2 Ice House StreetCentral Hong Kong
Tel: +852-5-801-4430/440

Dragon Ace Limited Company | #1919870 | Suite 1803-4, St. George's Bldg | 2 Ice House Street | Central Hong Kong



Dragon Ace Limited | Company #1919870 | Suite 1803-4, St. George's Bldg 2
Ice House Street Central Hong Kong

## PROFORMA INVOICE

To: Gateway to Egypt

Complex 122, Building 16, Apartment 42
Al Rehab City, Cairo  Egypt
Telephone# 00201127999552

Date: 09/11/14

Quotation res :09112014

| PART DESCRIPTION | Qty | Unit Price | | Total | |
|---|---|---|---|---|---|
| Rocket 107mm | 10,000 | $ | 446 | $ | 4,460,000 |
| | | TOTAL | | $ | 4,460,000 |

**Terms:**
All prices are EXW, Transportation isn't included
EUC:  a sign EUC is require, all subgect to export license

**Payment**
30% - Down Payment with order
70% - by W/T after sign export license/ Inspection

**BANK DETAILS:**
**Account Name**: Dragon Ace Ltd.
**Account number**:  0624972921 (USD)
**SWIFT (BIC)**: BNINSGSG
**BANK DETAILS**:
Bank Negara Indonesia (BNI) Singapore Branch
39 Robinson Road #06-01, Robinson Point

**Tomer Avnon**
President
**Dragon Ace Ltd.**
Suite 1803-4, St. George's Bldg2 Ice House StreetCentral Hong Kong
Tel: +852-5-801-4430/440



Dragon Ace Limited | Company #1919870 | Suite 1803-4, St. George's Bldg 2
Ice House Street Central Hong Kong

## PROFORMA INVOICE

To: Gateway to Egypt

Complex 122, Building 16, Apartment 42
Al Rehab City, Cairo  Egypt
Telephone# 00201127999552

Date: 09/11/14

Quotation res :09112014

| PART DESCRIPTION | Qty | Unit Price | Total |
|---|---|---|---|
| Grad 122 mm | 10,000 | $     965 | $     9,650,000 |
|  |  | TOTAL | $     9,650,000 |

**Terms:**

All prices are EXW, Transportation isn't included
EUC:  a sign EUC is require, all subgect to export license

**Payment**

30% - Down Payment with order
70% - by W/T after sign export license/ Inspection

**BANK DETAILS:**
**Account Name**: Dragon Ace Ltd.
**Account number**:  0624972921 (USD)
**SWIFT (BIC)**: BNINSGSG
**BANK DETAILS**:
Bank Negara Indonesia (BNI) Singapore Branch
39 Robinson Road #06-01, Robinson Point

**Tomer Avnon**
President
**Dragon Ace Ltd.**
Suite 1803-4, St. George's Bldg2 Ice House StreetCentral Hong Kong
Tel: +852-5-801-4430/440

Dragon Ace Limited Company | #1919870 | Suite 1803-4, St. George's Bldg | 2 Ice House Street | Central Hong Kong



Dragon Ace Limited | Company #1919870 | Suite 1803-4, St. George's Bldg 2
Ice House Street Central Hong Kong

## PROFORMA INVOICE

To: Gateway to Egypt                          Date: 09/11/14
 Complex 122, Building 16, Apartment 42       Quotation res :09112014
 Al Rehab City, Cairo  Egypt
 Telephone# 00201127999552

| PART DESCRIPTION | Qty | Unit Price | Total |
|---|---|---|---|
| Ammunition- 12.7 mm | 3,000,000 | $   4.35 | $  13,050,000 |
|  |  | TOTAL | $  13,050,000 |

**Terms:**
All prices are EXW, Transportation isn't included
EUC:  a sign EUC is require, all subgect to export license

**Payment**
30% - Down Payment with order
70% - by W/T after sign export license/ Inspection

**BANK DETAILS:**
**Account Name**: Dragon Ace Ltd.
**Account number**:  0624972921 (USD)
**SWIFT (BIC)**: BNINSGSG
**BANK DETAILS**:
Bank Negara Indonesia (BNI) Singapore Branch
39 Robinson Road #06-01, Robinson Point

**Tomer Avnon**
President
**Dragon Ace Ltd.**
Suite 1803-4, St. George's Bldg2 Ice House StreetCentral Hong Kong
Tel: +852-5-801-4430/440

Dragon Ace Limited Company | #1919870 | Suite 1803-4, St. George's Bldg | 2 Ice House Street | Central Hong Kong

Ghanem_00000241



Dragon Ace Limited | Company #1919870 | Suite 1803-4, St. George's Bldg 2
Ice House Street Central Hong Kong

## PROFORMA INVOICE

To: Gateway to Egypt                                  Date: 09/11/14
Complex 122, Building 16, Apartment 42          Quotation res :09112014
Al Rehab City, Cairo  Egypt
Telephone# 00201127999552

| PART DESCRIPTION | QTY | Unit Price | | Total | |
|---|---|---|---|---|---|
| **57mm Rocket 100 S-SKP** | 1,000 | $ | 598 | $ | 598,000 |
| | | **TOTAL** | | $ | 598,000 |

**Terms:**
All prices are EXW, Transportation isn't included
EUC:  a sign EUC is require, all subgect to export license

**Payment**
30% - Down Payment with order
70% - by W/T after sign export license/ Inspection

**BANK DETAILS:**
**Account Name**: Dragon Ace Ltd.
**Account number**:  0624972921 (USD)
**SWIFT (BIC)**: BNINSGSG
**BANK DETAILS**:
Bank Negara Indonesia (BNI) Singapore Branch
39 Robinson Road #06-01, Robinson Point

**Tomer Avnon**
President
**Dragon Ace Ltd.**
Suite 1803-4, St. George's Bldg2 Ice House StreetCentral Hong Kong
Tel: +852-5-801-4430/440

Dragon Ace Limited Company | #1919870 | Suite 1803-4, St. George's Bldg | 2 Ice House Street | Central Hong Kong

00096537                                              Ghanem_00000241

00096538

Ghanem_00000241



Dragon Ace Limited | Company #1919870 | Suite 1803-4, St. George's Bldg 2
Ice House Street Central Hong Kong

To: Gateway to Egypt                              Date: 09/11/14
 Complex 122, Building 16, Apartment 42           Quotation res :09112014
 Al Rehab City, Cairo  Egypt
 Telephone# 00201127999552

| PART DESCRIPTION | Qty | Unit Price | Total |
|---|---|---|---|
| 57mm Rocket 100 S-SKU | 1,000 | $    550.00 | $      550,000 |
|  |  | TOTAL | $      550,000 |

**Terms:**
All prices are EXW, Transportation isn't included
EUC:  a sign EUC is require, all subgect to export license


**Payment**
30% - Down Payment with order
70% - by W/T after sign export license/ Inspection

**BANK DETAILS:**
**Account Name**: Dragon Ace Ltd.
**Account number**:  0624972921 (USD)
**SWIFT (BIC)**: BNINSGSG
**BANK DETAILS**:
Bank Negara Indonesia (BNI) Singapore Branch
39 Robinson Road #06-01, Robinson Point

**Tomer Avnon**
President
**Dragon Ace Ltd.**
Suite 1803-4, St. George's Bldg2 Ice House StreetCentral Hong Kong
Tel: +852-5-801-4430/440

Dragon Ace Limited Company | #1919870 | Suite 1803-4, St. George's Bldg | 2 Ice House Street | Central Hong |



Dragon Ace Limited | Company #1919870 | Suite 1803-4, St. George's Bldg 2
Ice House Street Central Hong Kong

### PROFORMA INVOICE

To: Gateway to Egypt                                      Date: 09/11/14
Complex 122, Building 16, Apartment 42       Quotation res :09112014
Al Rehab City, Cairo  Egypt
Telephone# 00201127999552

| PART DESCRIPTION | QTY | Unit Price | Total |
|---|---|---|---|
| **80MM S-8 KOM** | **1,000** | $  1,680 | $    1,680,000 |
| | | TOTAL | $    1,680,000 |

**Terms:**
All prices are EXW, Transportation isn't included
EUC:  a sign EUC is require, all subgect to export license

**Payment**
30% - Down Payment with order
70% - by W/T after sign export license/ Inspection

**BANK DETAILS:**
**Account Name**: Dragon Ace Ltd.
**Account number**:  0624972921 (USD)
**SWIFT (BIC)**: BNINSGSG
**BANK DETAILS**:
Bank Negara Indonesia (BNI) Singapore Branch
39 Robinson Road #06-01, Robinson Point

**Tomer Avnon**
President
**Dragon Ace Ltd.**
Suite 1803-4, St. George's Bldg2 Ice House StreetCentral Hong Kong
Tel: +852-5-801-4430/440

Dragon Ace Limited Company | #1919870 | Suite 1803-4, St. George's Bldg | 2 Ice House Street | Central Hong Kong

00096541

Ghanem_00000241



Dragon Ace Limited | Company #1919870 | Suite 1803-4, St. George's Bldg 2
Ice House Street Central Hong Kong

## PROFORMA INVOICE

To: Gateway to Egypt                                    Date: 09/11/14
Complex 122, Building 16, Apartment 42          Quotation res :09112014
Al Rehab City, Cairo  Egypt
Telephone# 00201127999552

| Part Description | QTY | Unit Price | Total |
|---|---|---|---|
| **30mm Granade Launcher** | 16 | $   18,950 | $   303,200 |
| | | **TOTAL** $ | 303,200 |

**Terms:**
All prices are EXW, Transportation isn't included
EUC:  a sign EUC is require, all subgect to export license

**Payment**
30% - Down Payment with order
70% - by W/T after sign export license/ Inspection

**BANK DETAILS:**
**Account Name**: Dragon Ace Ltd.
**Account number**:  0624972921 (USD)
**SWIFT (BIC)**: BNINSGSG
**BANK DETAILS**:
Bank Negara Indonesia (BNI) Singapore Branch
39 Robinson Road #06-01, Robinson Point

**Tomer Avnon**
President
**Dragon Ace Ltd.**
Suite 1803-4, St. George's Bldg2 Ice House StreetCentral Hong Kong
Tel: +852-5-801-4430/440

Dragon Ace Limited Company | #1919870 | Suite 1803-4, St. George's Bldg | 2 Ice House Street | Central Hong Kong

Ghanem_00000241



DRAGON ACE
ONE STOP SHOP-معدات وتدريب عسكرية وشرطية

Dragon Ace Limited | Company #1919870 | Suite 1803-4, St. George's Bldg 2
Ice House Street Central Hong Kong

## <u>PROFORMA</u>

To: Gateway to Egypt                          Date: 09/11/14
 Complex 122, Building 16, Apartment 42    Quotation res :09112014
 Al Rehab City, Cairo  Egypt
 Telephone# 00201127999552

| PART DESCRIPTION | QTY | Unit Price | Total |
|---|---|---|---|
| AK47 | 20,000 | $   288 | $   5,760,000 |
|  |  | TOTAL | $   5,760,000 |

**Terms:**
All prices are EXW, Transportation isn't included
EUC:  a sign EUC is require, all subgect to export license

**Payment**
30% - Down Payment with order
70% - by W/T after sign export license/ Inspection

**BANK DETAILS:**
**Account Name**: Dragon Ace Ltd.
**Account number**:  0624972921 (USD)
**SWIFT (BIC)**: BNINSGSG
**BANK DETAILS**:
Bank Negara Indonesia (BNI) Singapore Branch
39 Robinson Road #06-01, Robinson Point

**Tomer Avnon**
President
**Dragon Ace Ltd.**
Suite 1803-4, St. George's Bldg2 Ice House StreetCentral Hong Kong
Tel: +852-5-801-4430/440

Dragon Ace Limited Company | #1919870 | Suite 1803-4, St. George's Bldg | 2 Ice House Street | Central Hong Kong



Dragon Ace Limited | Company #1919870 | Suite 1803-4, St. George's Bldg 2
Ice House Street Central Hong Kong

## PROFORMA INVOICE

To: Gateway to Egypt                          Date: 09/11/14
 Complex 122, Building 16, Apartment 42        Quotation res :09112014
 Al Rehab City, Cairo  Egypt
 Telephone# 00201127999552

| PART DESCRIPTION | Qty | Unit Price | Total |
|---|---|---|---|
| Ammunition 7.62X39 | 20,000,000 | $ 0.142 | $ 2,840,000 |
|  |  | TOTAL | $ 2,840,000 |

**Terms:**
All prices are EXW, Transportation isn't included
EUC:  a sign EUC is require, all subgect to export license

**Payment**
30% - Down Payment with order
70% - by W/T after sign export license/ Inspection

**BANK DETAILS:**
**Account Name**: Dragon Ace Ltd.
**Account number**:  0624972921 (USD)
**SWIFT (BIC)**: BNINSGSG
**BANK DETAILS**:
Bank Negara Indonesia (BNI) Singapore Branch
39 Robinson Road #06-01, Robinson Point

**Tomer Avnon**
President
**Dragon Ace Ltd.**
Suite 1803-4, St. George's Bldg2 Ice House StreetCentral Hong Kong
Tel: +852-5-801-4430/440

00096545                                      Ghanem_00000241

Ghanem_Sentencing_00000074



**DRAGON ACE** | Dragon Ace Limited | Company #1919870 | Suite 1803-4, St. George's Bldg 2
ONE STOP SHOP | Ice House Street Central Hong Kong

### PROFORMA INVOICE

To: Gateway to Egypt                                      Date: 09/11/14
 Complex 122, Building 16, Apartment 42       Quotation res :09112014
 Al Rehab City, Cairo  Egypt
 Telephone# 00201127999552

| PART DESCRIPTION | Qty | Unit Price | Total |
|---|---|---|---|
| **40X40 launcher, 122mm rocket, vehicle base** | 6 | $ 155,000 | $ 930,000 |
| | | TOTAL | $ 930,000 |

### Terms:
All prices are EXW, Transportation isn't included
EUC:  a sign EUC is require, all subgect to export license

### Payment
30% - Down Payment with order
70% - by W/T after sign export license/ Inspection

### BANK DETAILS:
**Account Name**: Dragon Ace Ltd.
**Account number**:  0624972921 (USD)
**SWIFT (BIC)**: BNINSGSG
**BANK DETAILS**:
Bank Negara Indonesia (BNI) Singapore Branch
39 Robinson Road #06-01, Robinson Point

### Tomer Avnon
President
**Dragon Ace Ltd.**
Suite 1803-4, St. George's Bldg2 Ice House StreetCentral Hong Kong
Tel: +852-5-801-4430/440

Dragon Ace Limited Company | #1919870 | Suite 1803-4, St. George's Bldg | 2 Ice House Street | Central Hong Kong

00096546                                                   Ghanem_00000241

Ghanem_Sentencing_00000075



**DRAGON ACE**
ONE STOP SHOP

Dragon Ace Limited | Company #1919870 | Suite 1803-4, St. George's Bldg 2
Ice House Street Central Hong Kong

### PROFORMA

To: Gateway to Egypt                  Date: 09/11/14
 Complex 122, Building 16, Apartment 42    Quotation res :09112014
 Al Rehab City, Cairo  Egypt
 Telephone# 00201127999552

| PART DESCRIPTION | Qty | Unit Price | Total |
|---|---|---|---|
| **Konkurs Anti Tank Launcher** | **150** | $ 45,000.00 | $ 6,750,000 |
| | | TOTAL | $ 6,750,000 |

**Terms:**
All prices are EXW, Transportation isn't included
EUC:  a sign EUC is require, all subgect to export license

**Payment**
30% - Down Payment with order
70% - by W/T after sign export license/ Inspection

**BANK DETAILS:**
**Account Name**: Dragon Ace Ltd.
**Account number**:  0624972921 (USD)
**SWIFT (BIC)**: BNINSGSG
**BANK DETAILS**:
Bank Negara Indonesia (BNI) Singapore Branch
39 Robinson Road #06-01, Robinson Point

**Tomer Avnon**
President
**Dragon Ace Ltd.**
Suite 1803-4, St. George's Bldg2 Ice House StreetCentral Hong Kong
Tel: +852-5-801-4430/440    58-780-5169

Dragon Ace Limited Company | #1919870 | Suite 1803-4, St. George's Bldg | 2 Ice House Street | Central Hong Kong

00096547                                 Ghanem_00000241



**DRAGON ACE**
ONE STOP SHOP · تعهدات وتدريب عسكرية وشرطية

Dragon Ace Limited | Company #1919870 | Suite 1803-4, St. George's Bldg 2
Ice House Street Central Hong Kong

## PROFORMA INVOICE

To: Gateway to Egypt                                    Date: 09/11/14
 Complex 122, Building 16, Apartment 42      Quotation res :09112014
 Al Rehab City, Cairo  Egypt
 Telephone# 00201127999552

| PART DESCRIPTION | QTY | Unit Price | Total |
|---|---|---|---|
| **Konkurs Anti Tank Missiles 9m111m** | **1,500** | $         **15,800** | $     **23,700,000** |
|  |  | **TOTAL** | $     **23,700,000** |

**Terms:**
All prices are EXW, Transportation isn't included
EUC:  a sign EUC is require, all subgect to export license

**Payment**
30% - Down Payment with order
70% - by W/T after sign export license/ Inspection

**BANK DETAILS:**
**Account Name**: Dragon Ace Ltd.
**Account number**:  0624972921 (USD)
**SWIFT (BIC)**: BNINSGSG
**BANK DETAILS**:
Bank Negara Indonesia (BNI) Singapore Branch
39 Robinson Road #06-01, Robinson Point

**Tomer Avnon**
President
**Dragon Ace Ltd.**
Suite 1803-4, St. George's Bldg2 Ice House StreetCentral Hong Kong
Tel: +852-5-801-4430/440

Dragon Ace Limited Company | #1919870 | Suite 1803-4, St. George's Bldg | 2 Ice House Street | Central Hong Kong

00096548                                                    Ghanem_00000241



**DRAGON ACE**
ONE STOP SHOP – معدات وتدريب عسكرية وشرطية

Dragon Ace Limited | Company #1919870 | Suite 1803-4, St. George's Bldg 2
Ice House Street Central Hong Kong

## PROFORMA INVOICE

To: Gateway to Egypt
 Complex 122, Building 16, Apartment 42
 Al Rehab City, Cairo  Egypt
 Telephone# 00201127999552

Date: 09/11/14
Quotation res :09112014

| PART DESCRIPTION | QTY | Unit Price | Total |
|---|---|---|---|
| Konkurs Anti Tank Missiles 9m113 | 1,500 | $        21,600.00 | $     32,400,000 |
|  |  | TOTAL | $     32,400,000 |

**Terms:**
All prices are EXW, Transportation isn't included
EUC:  a sign EUC is require, all subgect to export license

**Payment**
30% - Down Payment with order
70% - by W/T after sign export license/ Inspection

**BANK DETAILS:**
**Account Name**: Dragon Ace Ltd.
**Account number**:  0624972921 (USD)
**SWIFT (BIC)**: BNINSGSG
**BANK DETAILS**:
Bank Negara Indonesia (BNI) Singapore Branch
39 Robinson Road #06-01, Robinson Point

**Tomer Avnon**
President
**Dragon Ace Ltd.**
Suite 1803-4, St. George's Bldg2 Ice House StreetCentral Hong Kong
Tel: +852-5-801-4430/440

Dragon Ace Limited Company | #1919870 | Suite 1803-4, St. George's Bldg | 2 Ice House Street | Central Hong Kong

00096550

Ghanem_00000241

00096551

Ghanem_00000241



Dragon Ace Limited | Company #1919870 | Suite 1803-4, St. George's Bldg 2
Ice House Street Central Hong Kong

**PROFORMA INVOICE**

To: Gateway to Egypt
Complex 122, Building 16, Apartment 42
Al Rehab City, Cairo  Egypt
Telephone# 00201127999552

Date: 09/11/14
Quotation res :09112014

| PART DESCRIPTION | QTY | Unit Price | Total |
|---|---|---|---|
| 57mm Rocket 100 S-SKO | 1,000 | $          550.00 | $          550,000 |
| | | **TOTAL** | $          550,000 |

**Terms:**
All prices are EXW, Transportation isn't included
EUC:  a sign EUC is require, all subgect to export license

**Payment**
30% - Down Payment with order
70% - by W/T after sign export license/ Inspection

**BANK DETAILS:**
Bank Leumi Le-Israel B.M
Herzliya  Business Branch  – No.  864
Adress: 11, Galgalei Haplada St. Herzliya Pituah
Iban: IL73 0108 6400 0003 4420 051
Account Name: TAR IDEAL CONCEPTS LTD
Swift Code: LUMIILITXXX

**Tomer Avnon**
President
**Dragon Ace Ltd.**
Suite 1803-4, St. George's Bldg2 Ice House StreetCentral Hong Kong
Tel: +852-5-801-4430/440

Dragon Ace Limited Company | #1919870 | Suite 1803-4, St. George's Bldg | 2 Ice House Street | Central Hong Ko

CASE NO.   CR 15-0704 (A)-SJO

         UNITED STATES OF AMERICA
VS.       GHANEM

PLAINTIFF'S EXHIBIT       511

DATE _____ IDEN.

DATE_____ EVID.

BY _____
            DEPUTY CLERK
AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|---|---|
| Sent: | Monday, November 17, 2014 3:38 AM |
| To: | Arizanovic Momcilo <arizanovic.momcilo@gmail.com> |
| Subject: | RE: offer |

Thank you boss, but Ivan indeed is a very good man I like him so much but he was very clear that he can't supply to Libya….. what to do I don't know

Regards

**From:** Arizanovic Momcilo [mailto:arizanovic.momcilo@gmail.com]
**Sent:** Monday, November 17, 2014 12:24 PM
**To:** Rami Ghanem
**Subject:** Fwd: offer

---------- Прослеђена порука ----------
Од: "ivan bodev" <bodev_e@abv.bg>
Датум: 17.11.2014. 09.22
Наслов: offer
Коме: <arizanovic.momcilo@gmail.com>
Копија:

 Dear Momo,

We can offer following ammunition:

1. 7,62x39 bullets - 47 mil.pcs produced between 1965-1975 price 85 USD/1000 pcs FCA Bulgaria
2. 12,7x108 bullets - 600000 pcs produced 1955 price 1,5 USD/pcs FCA Bulgaria

Best regards


Ivan Bodev

CASE NO.   CR 15-0704 (A)-SJO

        UNITED STATES OF AMERICA
VS.     GHANEM

PLAINTIFF'S EXHIBIT     512

DATE                         IDEN.

DATE                         EVID.

BY
            DEPUTY CLERK
AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
| --- | --- |
| Sent: | Wednesday, November 19, 2014 10:45 AM |
| To: | Mohd <aldaboubim@gmail.com> |
| Subject: | FW: FW: LIBYA: How Misrata found itself seriously back in play |
| Attach: | IMG_20141119_201449.JPG; IMG_20141119_201358.JPG; IMG_20141118_180805.JPG |

**From:** Mohmd hassan [mailto:ben17feb@hotmail.com]
**Sent:** Wednesday, November 19, 2014 8:18 PM
**To:** Rami Ghanem
**Subject:** رد: FW: LIBYA: How Misrata found itself seriously back in play

مُرسل من هاتف Sony Xperia™ الذكي الخاص بي

التاريخ / Date / المواقق / رقم الإداري:و .خا Ref.Number

رئاسة مجلس الوزراء
وَزَارَةُ الدِّفَاع
ديوان الوزارة

Ministry of Defense

| 11 | GRAD 122 MM | 10,000 |
| 12 | Ammunition 12.7 | 3,000,000 |
| 13 | Anti-tank Konkurs launcher 9p135m-m1 | 150 |
| 14 | Missiles Anti-tank Konkurs launcher 9p135m-m1 | 1500 |
| 15 | Laser range finder | 200 |
| 16 | Sniper for 2000 m | 100 |
| 17 | Rocket launchers for MI-24 | 16 |
| 18 | AT-2swatter | 2500 |
| 19 | AT-6 spiral missiles | 2500 |
| 20 | 57 mm Rocket | 1000 |
| 21 | 80 mm Rocket | 1000 |
| 22 | 130 mm Rocket | 1000 |
| 23 | 240 mm Rocket | 1000 |
| 24 | AGS-17 30 mm Grenade launchers | 16 |

4. Description of final use (purpose):

The goods will be used by the Government of Libya, under the supervision of the Ministry of Defense of to keep security in the country

5. Name, address, telephone and fax numbers, and e-mail address of the supplier:

Gateway to MENA for Logistics Services, represented by Mr. Rami Ghanem having their address in Behind ABC Bank. Al-Shmeisani, Abdul Al-Rahim Al- Waked St. - Shmeisani, Bldg. No. 42. P.O. Box 830589. Amman-11183 Jordan. Telphone +201127999552, +962795569299. E-mail address: ramithe@gmail.com

Supplier have power of attorny from the buyer to authrise lockal companies mintioned in the list below to sign all related documints to help in optaning the required export licences.

www.defense.gov.l

8628-57

وزارة الدفاع

Ministry of Defense

18 / 11 /2014

# End User Certificate

| 1. Country of ultimate destination | LIBYAN STATE | |
|---|---|---|
| 2. Name, address, telephone and fax numbers, e-mail address of the End User | Ministry of Defense of Republic of LIBYA | |
| | Tripoli - Libya | |
| 3. Description of goods, quantity, description | | |

| No | (Description of Goods) | (Quantity) pcs |
|---|---|---|
| 1 | Ammunition 23 mm | 5,000,000 |
| 2 | Ammunition 14.5 mm | 5,000,000 |
| 3 | Ammunition 54x7.62BKT mm | 5,000,000 |
| 4 | Mortar rounds 81 mm | 12,000 |
| 5 | Mortar round 120mm | 12,000 |
| 6 | Cannon shell 106 mm | 15,000 |
| 7 | Rocket 130 mm | 10000 |
| 8 | Rocket 107 mm | 10000 |
| 9 | Belts for ZU-23mm | 500 m |
| 10 | Belts for ZU-14.5 | 500 m |

www.defense.gov.l



Ministry of Defense

**Statement of the end-user.**

We certify that we are the end-user and importer of the goods/technologies referred to in item 3. Except as authorized by prior written approval of the export control authority of the following Governments: Montenegro, Hungary, Ukraine, Poland, Belarus, Serbia, Bosnia, Slovenia, Croatia, Slovakia, Romania, Estonia we undertake not to: (1) re-export, (2) sell, (3) lend to any other person or otherwise dispose of the goods/technologies referred to in this document outside the country of end user. This refers also to spare parts, specialist tools, documentation, technical support and operating manuals necessary for the after-sales support.

A relevant Delivery Verification Certificate will be present to the Supplier for each individual shipment, within 30 days from the date of its receipt.

........................................
/Name and position of the signer/

Stamp/ Date

www.defense.gov.l

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA

VS.   GHANEM

PLAINTIFF'S EXHIBIT   513

DATE                              IDEN.

DATE                              EVID.

BY

DEPUTY CLERK

AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
| Sent: | Thursday, November 20, 2014 1:08 AM |
| To: | Mohmd hassan <ben17feb@hotmail.com> |
| Subject: | FW: re. Supply - Libya |
| Attach: | Contract_draft_bg-engl_Libya_Rev-1 (2).docx |

**From:** Rami N Ghanem [mailto:rami@allghanem.com]
**Sent:** Thursday, November 20, 2014 11:00 AM
**To:** 'Mohmd hassan'
**Subject:** FW: re. Supply - Libya

The contract to be signed and stamped by MOD

Thanks

*Rami Ghanem*

*Gateway to Egypt. (GTE)*

**Complex 122, Building 16, Apartment 42**
**Al Rehab City, Cairo  Egypt**
**Telephone# 00201127999552**
**Jordan Office**

Tel: 962 6 5685624
Fax: 962 6 5685625
**ramithe@gmail.com**  or  rami@caravaname.com
US Telephone: 772 675-4363    Skype Address: **caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct to notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of GME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive

00095523.pdf

Ghanem_00000241

Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

**From:** Stoyan Barzakov
**Sent:** Tuesday, November 11, 2014 2:53 PM
**To:** Rami N Ghanem
**Subject:** re. contract on the enduser

Dear Rami,

without the Contract to be signed by the MOD which I sent you we can not proceed - any day delay, delays the first shipment?

Can you kindly ask the guys when we can get this?

kind regards,

Ghanem_00000241

| ДОГОВОР за Експорт на Стоки | Export Sales CONTRACT |
|---|---|
| гр. Триполи                29.10. 2014 | City of Tripoli        Dated: Ocbober 29, 2014 |

Компания Хан Аспарух Трейд ЕООД, с представителен офис в гр. Добрич, ул. „Цанко Церковски", 3, в Република България, наричана по-долу „Продавач", представлявана о г-н Йордан Петков Петков от една страна,

The Company Khan Asparuh Trade EOOD, with office of representation in the city of Dobrich, 3, Tzanko Tzerkovski str., in the Republic of Bulgaria, hereinafter referred to as the "Seller", represented by Mr. Yordan Petkov Petkov, on the one side,

и

and

Министерство на Отбраната на Република Либия, представлявано от Мохамът М.кхалиф Гхвел, Първи Зместник Министър-Председател и Действащ Министър на Отбраната, от друга страна, заедно страни, подписаха настоящият договор за следното:

Ministry of Defense of the State of Libya, hereinafter referred to as the "Buyer" represented by Mohammed M.khalifh Ghwel, First Deputy Prime Minister and acting Minister of Defense, on the other side, hereinafter referred to as Parties, have concluded the present Contract for the following:

## 1. ПРЕДМЕТ НА ДОГОВОРА

## 1. SUBJECT OF THE CONTRACT

1.1. Продавача продава, а Купувача приема и заплаща обектите на доставка (наричана по-нататък „Стока/Стоки"), при цена и в количество и номенклатура, определени в Приложение № 1 към настоящия Договор.

1.1. The Seller shall sell and the Buyer shall accept and pay for the items, (hereinafter referred to as "Goods"), at prices and according to nomenclature and quantity, as detailedly stipulated in Annex # 1 to the this Contract.

## 2. КОЛИЧЕСТВО, КАЧЕСТВО НА СТОКИТЕ

## 2. QUANTITY, QUALITY OF THE GOODS

2.1. Количеството на Стоките и тяхната номенклатура се определят в Приложение № 1 към настоящия Договор.
2.2. Качеството на стоките трябва да съответства на изискванията на техническа документация на завода-производител.
2.3. Гаранционният срок за експлоатация на оборудването е 12 месеца от датата на доставката.

2.1. Quantity and nomenclature of the Goods shall be determined in Annex # 1 to the present Contract.
2.2. Quality of the Goods shall meet the requirements of manufacturer's technical documentation.
2.3. Warranty assurance for equipment within 12 months from the delivery date.

## 3. УСЛОВИЯ НА ДОСТАВКА

## 3. TERMS OF DELIVERY

3.1. Стоките се доставят при условия FCA/FOB, съгласно ИНКОТЕРМС 2010.

3.1. The Goods shall be delivered on terms FCA/FOB basis according to "INCOTERMS-2010".

3.2. Стоките се доставят по изрично определен от страните график, който става неразделна част от настоящия догов. Първата доставка става в срок от 15 дни от след влизане на договора в сила и получаване на плащане съгласно п. 5. 2.
3.3. Допуска се предсрочна доставка, по съгласуване между страните.

3.2. The Goods shall be delivered based on a delivery schedule expressly agreed between the Parties which shall become a part of this Contract. First delivery shall be withn 15 days after date of effectiveness of this Contract and receipt of the payment, stipulated in cl. 5. 2.
3.3. Pre-term delivery is allowed upon agreement of the Parties.

1

3.4. За дата на доставката ще се счита датата на натоварване.

3.5. Не по-късно от 15 дни преди датата на товарене продавача ще информира Продавача за следното:
- тип на транспорта и данни за превозвача;
- дата и време тръгване на транспорта.

3.6. Стоките ще бъдат изпратени на Купувача след получаване на 100 % плащане за стоките, доставяни по всяка конкретна доставка по настоящия договор.

## 4. ЦЕНА И ОБЩА СУМА НА ДОГОВОРА

4.1. Цената на Стоките определена в Приложение № 1 и включва стойността на Стоките, опаковка, маркировка, митническо оформяне съгласно условията FCA/FOB в съответствие с условия ИНКОТЕРМС 2000.

4.2. Цената на отделните Стоки по Договора се определят съгласно индивидуалните цени, посочени в Приложение № 1 към него, а общата цена по договора представлява аритметичния сбор на всички стоки, умножени по индивидуалните им цени.

4.3. Валута на договора – американски долари.

## 5. УСЛОВИЯ НА ПЛАЩАНЕ

5.1. Плащанията на Стоките доставяни по настоящия Договор ще се извършват в американски долари.

5.2. В рамките на 10 дни от датата на влизане в сила на настоящият Договор, Купувача заплаща 50 % от общата стойност на „Стоките".

5.3. Плащане съгласно п. 5. 2. Ще се извърши след предоставяне на Купувача на следните документи:
- фактура, написана от Продавача на английски език, в която е посочен номера на договора и сумата, която трябва да бъде платена на Продавача;
- писмено уведомление за влизане на Договора в сила.

5.4. В течение на 10 дни след подписване на Акта за техническа инспекция, Купувача заплаща оставащите 50 % от общата стойност на Стоките за всяка конкретна доставка чрез банков превод по сметката на Продавача срещу следните документи:
- фактура, написана от Продавача на английски език, в която е посочен номера на договора и сумата, която трябва да бъде платена;

3.4. The date of loading will be considered as a date of delivery.

3.5. Not later than 15 days prior to shipment, Buyer shall inform the Seller about:
- type of transport and Carrier data;
- date and time of the transport departure.

3.6. The Goods will be delivered to the Buyer after receiving of 100 % payment for the Goods for each particular delivery under this Contract.

## 4. PRICE AND TOTAL SUM OF THE CONTRACT

4.1. The price of the Goods is stipulated in Annex # 1 and includes the cost of Goods, packing, marking, custom clearance on conditions FCA/FOB according to INCOTERMS 2000.

4.2. The individual prices of each specific item of Goods under this Contract is as shown in Annex # 1 to this Contract, and the total price of the Contract shall be the aritmetical sum of all Goods to be delivered multiplied by their individual prices.

4.3. Currency of the contract – US dollars.

## 5. TERMS OF PAYMENT

5.1. Payments for the Goods, which are delivered under present Contract, shall be made in US dollars.

5.2. Within 10 days after the date when the present contract comes into force, the Buyer shall pay 50 % of the total amount of the "Goods".

5.3. Payment according to the paragraph 5. 2. shall be done after provision to the Buyer the following documents:
- invoice, written by Seller in English with indication of number of the contract and sum to be paid by Seller;

- written notification that Contract has came into force.

5.4. Within 10 days after signing the inspection certificate, the Buyer shall pay 50 % of the total amount of the "Goods" for each particular delivery by TT (telegraphic transfer) to the Seller's account against the following documents:
- invoice, written by Seller in English with indication of number of the contract and sum to be paid;
- Iinspection certificate (1 original).

2

Ghanem_00000241-002

- акт за техническа инспекция (1 оригинал).

5.5. Всички банкови разходи на территорията на Продавача ще се заплащат от Продавача, на територията на Купувача – от Купувача. Разходите за кореспондентските банки се заплащат от Продавача.

5.5. All banking charges on the territory of the Seller shall be borne by the Seller, on the territory of the Buyer – by the Buyer. The charges of the correspondent banks shall be borne by the Seller.

## 6. УСЛОВИЯ ЗА ИНСПЕКЦИЯ

6.1. Купувача извършва инспекция на Стоките по качество и количество на територията на Продавача, с последващо изготвяне на Акт за инспекция.
6.2. Актът за инспекция се подписва в 4 екземпляра (2 - за Продавача и 2 - за Купувача).
6.3. Не по-късно от 15 дни преди датата на инспекцията Продавача оповестява купувача за готовноста на Стоките за инспекция.
6.4. Не по-късно от 15 дни преди датата цитирана в п. 6. 3 Купувачът известява Продавача за персоналните данни и датата на пристигане на своите представители.
Купувачът ще започне инспекцията на Стоките не по-късно от датата указана в съобщението по п. 6. 3.
Представителите на Купувача трябва да имат официални документи, потвърждаващи правото им да подпишат Акта за инспекция.
6.5. Всички разходи свързани с пристигането и пребиваването на представителите на Купувача на територията на Продавача са за сметка на Купувача.

## 6. THE CONDITIONS OF INSPECTION

6.1. The Buyer shall make the inspection of the Goods in respect to quality at the Seller's facilities with drawing up the inspection certificate.
6.2. The inspection certificate shall be signed in 4 copies (2 - for the Seller and 2 - for the Buyer).
6.3. The Seller shall notify the Buyer about readiness of the Goods for inspection not less than 15 days prior to the date of the inspection.
6.4. The Buyer shall notify the Seller about personal details and date of arrival of its Representatives not less than 10 days prior to the date indicated in clause 6. 3.
The Buyer shall start the inspection of the Goods not later than on the date indicated in the notification according to Para. 6. 3.
The Buyer's Representatives shall have formal documents confirming their right to sign the Certificate.
6.5. The Buyer shall bear all the expenses connected with arrival and stay of the Buyer's Representatives with regard to the inspection.

## 7. ОПАКОВКА И МАРКИРОВКА

7.1. Опаковката на Стоките, доставяни по настоящият Договор, трябва да съответства на изискванията на техническата документация на завода-производител, за тези Стоки.

## 7. PACKING AND MARKING

7.1. The packing of the Goods delivered under the present Contract shall meet the requirements of manufacturer's technical documentation for this type of Goods.

## 8. ФОРС-МАЖОР

8.1. Страните се освобождават от отговорност за пълно или частично неизпълнение по настоящия договор, ако това неизпълнение е следствие на обсоятелства на непреодолима сила, включително но не само: пожар, наводнение, земетресение, военни действия, стачки, а също държавни и правителствени разпореждания и т. н., при условие че даденото обстоятелства непосредствено са повлияли на изпълнението на настоящия договор. В този случай срока на договора се удължи с времето

## 8. FORCE MAJEURE

8.1. The Parties are released from responsibility for complete or partial nonfulfilment of their liabilities under the Contract if this non-fulfilment was caused by circumstances of force majeure including but not limited to: fire, flood, earthquake, military actions, strikes as well as State and Governmental orders and so on, provided these circumstances have directly affected the fulfilment of the present Contract. In this case the time of fulfilment will be extended for the period equal to that during which these

Ghanem_00000241-003

Ghanem_Sentencing_00000095

на действия на тези обстоятелства.

Свидетелство, издадено от съответните органи на местната власт е достатъчно за потвърждаване на посочените обстоятелства и сроковете на действието им.

8.2. Станата, която не може да изпълни своите задължения поради тези обстоятелства е длъжна да съобщи на другата страна не по-късно от 7 дни, в писмена форма. Ненавременното съобщаване за обстоятелства за непреодолима сила лишава съответната страна от правото да се позовава на тях за оправдание.

8.3. Ако посочените обстоятелства продължават повече от три месеца, всяка от страните има право да анулира целия договор или част от него, без право да претендира за компенсиране на понесените (причинените) загуби.

## 9. САНКЦИИ

9.1. В случай на нарушение сроковете за плащане, определени Раздел 5 от настоящия договор, Купувачът заплаща неустойка в размер от 0,05 % от сумата на съответното плащане, за всеки ден просрочие, но не-повече от 5 % от общата стойност на договора.

9.2. В случай на нарушение на сроковете на доставка, съгласно п. 3. 2. от настоящия договор по вина на Продавача то той заплаща неустойка, в размер от 0,05% от стойноста на Стоката, за Товара, за всеки ден просрочие, но не-повече от 5% от общата стойност на Стоките.

9.3 заплащането на наказателните санкции не освобождава страните от изпълнение на своите договорни задължения.

## 10. РЕКЛАМАЦИИ

10.1. В случаите, когато в течение на гарантийния срок възникне неизправност по вина на Продавача, той е длъжен да я отстрани за своя сметка. Задълженията на Продавача се ограничават до ремонт или еквивалентна замяна, по избор и съгласуване с Купувача, на дефектните възли, агрегати или детайли, по отношение на които се докаже, че дефекта е възникнал по вина на Продавача. При това на възстановеното изделие се назначава остатъка от първоначалния срок на гаранцията.

10.2. Рекламации могат да бъдат предявявани по отношение на качество и количество но Стоките, в случай че не съответстват на

circumstances last.

The evidence issued by the relevant local authorities will be a sufficient proof of the existence and duration of the above indicated circumstances.

8.2. The Party that cannot fulfil its liabilities due to these circumstances is to notify in written form the other Party within 7 days. An untimely notification of force majeure circumstances deprives the corresponding Party of the right to refer to them for justification.

8.3. If the above-mentioned circumstances last longer than three months, then either Party is entitled to cancel the whole Contract or a part of it without the right to demand for compensation of suffered (caused) losses.

## 9. SANCTIONS

9.1. In case of breaking the terms of payment stipulated in Article 5 of the present Contract, BUYER shall pay the penalty being equal 0,05 % of the sum of the relevant payment for each day of delay, but not more than 5 % of the total amount.

9.2. In case of breaking the term of delivery stipulated in Article 3. 2 of the present Contract through Seller's fault, Seller shall pay the penalty being equal 0,05 % of the price for the proper event for each day of delay, but not more than 5% of the total sum of Goods.

9.3. Payment of penalty does not make Parties free from execution of the Contract's obligations.

## 10. CLAIMS

10.1. Shall during the guarantee period any defect appear through the Seller's fault the Seller undertakes to eliminate it at his expense. The obligations of the Seller in this case shall be restricted to repairing or adequate replacement of the defected components, aggregates and assemblies in respect of which the evidence of Seller's fault is to be presented, at the Buyer's expense and agreement. The repaired components shall obtain the remaining of primary assigned time life.

10.2. Claims may be submitted in respect of quality and quantity, in case of its non-correspondence to the quality and quantity under

4

качеството и количество, определени от настоящият договор.

the present contract.

10.3. Рекламации по отношение на качеството могат да бъдат предявявани по време на гаранцианния срок, предвиден в точка 2.3 от настоящия договор. Купувачът е длъжен да изпрати рекламацията с всичката необходима информация не по-късно от 4 (четири) дни от датата на откриване на дефекта, и при поискване от Продавача да изпрати до 25 (двадесет и пет) дни рекламираното имущество за проверка в страната на Продавача.

10.3. Claims in respect of quality may be submitted within the guarantee period stipulated in clause 2.3. of the present contract. The Buyer undertakes to send reclamation with all necessary information not later than 4 (four) days from the date of detection of the defects and to send upon the Seller's request the defective goods to the country of the Seller for inspection within 25 days (twenty five) days.

Рекламации по отношение на количеството могат да бъдат предявявани до 30 дни от датата на доставка.

Claims in respect of quantity may be submitted within 30 days from the date of delivery

10.4. Рекламациите се изготвят на български и/или на английски езици и трябва да се изпратят чрез официална поща, факс или и-мейл. Дата на предявяване на рекламацията се счита датата на получаваното и от Продавача.

10.4. Claims are prepared by Bulgarian and/or English and have to be submitted by registered mail, fax or e-mail. The date of the claim shall be considered the date upon which it is received by the Seller.

Продавача има право да провери основанието за рекламация на място, чрез свой представител. Продавача ще разгледа рекламацията в рамките на 60 дни.

The Seller has the right to check up the basis of the claim on the spot through his representative. The Seller shall examine the claim within 60 days.

10.5. В случай на изтичани на горецитираните дати или в случай на нарушаване от Купувача на сроковете посочени в точка 10.3, Продавача няма да приеме рекламациите. Ако, след преглед, дефекното изделие е годно за употреба, Купувача ще покрие транспортните разходи до страната на Продавача и обратно. В случай, че след прегледа на дефектното изделие се установи, че то е неизправно по вина на Продавача, Продавача ще покрие транспортните разходи до страната на Продавача и обратно.

10.5. After the expiration of the above stated dates or in case of violation by the Buyer of the terms stipulated in clause 10.3., no claims shall be accepted by the Seller. Shall the defective item after the inspection be found fit for service, the Buyer covers transportation expenses of the item to the Seller's country and back. Should the defective item after the inspection be found defective due to Seller's fault, the Seller covers all the expenses related to shipping the item to the Seller's country and back.

## 11. АРБИТРАЖ

## 11. ARBITRATION

11.1. Всички спорове между Страните, които са възникнали при изпълнение на настоящият Договор и/или във връзка с него, ще се решават по пътя на преговори.

11.1. Any disputes between the Parties arising from the present Contract and/or in connection with it shall be settled through negotiations between the parties.

11.2. В случай, че Страните не постигнат съгласие при решаване на въпроса, причина за възникване на разногласие, то след писмена констатация, разногласието се предават в Арбитражния съд към Българската търговско-промишлена палата в Гр. София, България, при прилагане на неговите правила. Арбитражът се провежда на Английски език при приложимост на Българското право.

11.2. In case if the Parties do not reach an agreement in settling an issue causing the dispute, after the written establishment, the differences will be forwarded to the Arbitration Court part of the International Chamber of Commerce in Sofia Bulgaria under its conditions and terms of arbitrtion. Arbitration shall be in English language and under Bulgarian law.

Ghanem_00000241-005

Ghanem_Sentencing_00000097

11.3. Решенията арбитража е окончателно и задължително за двете Страни.
11.4. Разходите по арбитража са за сметка на загубилата страна.

## 12. ДРУГИ УСЛОВИЯ

12.1. настоящият договор влиза в сила от датата на получаване на съответните разрешения от Държавната комисия за експортен контрол.
12.2. В течение на 10 дни от момента на подписване на настоящия договор Купувача ще предостави на Продавача „Сертификат за краен потребител", в който трябва да се съдържат задължения Стоките да не се ре-експортират и да не се предават на когото и да, освен на крайният потребител, без съгласието на Държавната комисия за експортен контрол. Този документ трябва да бъде издадено от упълномощен държавен орган.
12.3. Получател и краен потребител на Стоките се явява Министерството на отбраната на Либия.
12.4. Купувача гарантира, че Стоките няма да се ре-експортират или предават на никого, освен на крайния потребител без разрешението на Държавната комисия за експортен контрол.
12.5. В рамките на 30 дни след доставка на Стоките в страната на крайният потребител, Купувачът се задължава да представи на Продавача Сертификат, потвърждаващ доставката (Приложение № 2). Този документ трябва да бъде заверен от упълномощен държавен орган.
12.6. Всички допълнения и изменения към договора се считат за действителни, ако са направени в писмена форма и подписани от двете Страни. Всички, надлежно подписани допълнения към настоящия договор се считат за неотменна част от него.
12.7. Купувачът е длъжен да осигури, за своя сметка, всички вносни лицензи и разрешения, необходими за внос на Стоките в Страната на назначение.
12.8. Нито една от Станите не може да предава своите права и задължения, които произтичат от този договор на трета страна без писмено съгласуване с другата Стана.
12.9. След подписване на настоящия договор всички предшестващи преговори и кореспонденция губят сила.

11.3. The resolution of the arbitration award shall be final and binding upon both Parties.
11.4. The arbitration fee shall be borne by the losing Party.

## 12. MISCELLANEOUS

12.1. The present Contract comes into force since the date of obtaining the appropriate permission of State Committee for Export Control.
12.2. Within 10 days since the signing of the present Contract, Buyer provides to the Seller with "End User Certificate" which must content warrants that Goods will not be re-exported or transferred to somebody except the end-user without a permission of the State Committee for Export Control. This document must be issued by authority state structure.

12.3. Receiver and End-user of the Goods is the Ministry of Defense of Libya.

12.4. The Buyer guarantees that the Goods will not be reexported or diverted to anyone else, except the End User without a permission of the State Committee for Export Control.
12.5. Within 30 days since the date of delivery of the Goods to End User's country, Buyer shall provide the Seller with "Certificate of Delivery" (Annex # 2). This document must be attested by authority state structure.

12.6. All additions and amendments to this Contract shall be considered as valid if they are made in written form and signed by both Parties. All the duly signed additions to the present Contract shall be considered as its integral part.

12.7. The Buyer shall provide, at its own expense, all import licences and permits required for import of the Goods to the country of destination.

12.8. Neither Party is entitled to transfer its rights and obligations under the present Contract to a third party without prior written consent of the other Party.
12.9. After the present Contract has been signed, all previous negotiations and correspondence pertaining to it become null and void.

6

Ghanem_00000241-006

Ghanem_Sentencing_00000098

12.10. Настоящия Договор действа до изпълнение на всички поети от Страните задължения.

12.11. Настоящия Договор е подписан в два екземпляра на български и английски език по 1 екземпляр за всяка Страна, идентични и имащи еднаква сила.

### 13 АДРЕСИ НА СТРАНИТЕ

**ПРОДАВАЧ**:

**ХАН АСПАРУХ ТРЕЙД ЕООД**
БЪЛГАРИЯ
9300, гр. Добрич
ул. Цанко Церковски, 3
ДДД № BG 201264962
Тел.:         +359 58 604948
Факс:        +359 58 604948
E-mail:      khanastrade@gmail.com

**Банка на Продавача:**
АЛФА БАНК БЪЛГАРИЯ
Офис Добрич 1

IBAN: BG61CRBA98981230019099 (ам. дол.)

**КУПУВАЧ:**
Г-н Мохамед М.кхалиф Гвел
Първи Заместик Министър Председател и действащ Министър на Отбраната
Триполи, Либия

12.10. This Contract is valid till the Parties fulfil all the assumed obligations.

12.11. The present Contract is signed in 2 copies in Bulgarian and English, one for either Party, authentic and equal in force.

### 13. ADDRESSES OF THE PARTIES

**SELLER**:

**KHAN ASPARUH TRADE Ltd.**
BULGARIA,
9300 Dobrich,
3, Tsanko Tserkovski Str.
VAT No.: BG 201264962
Phone No.:    +359 58 604948
Fax No.:      +359 58 604948
E-mail:       khanastrade@gmail.com

**Bank of the Seller:**
"ALPHA BANK" – BULGARIA BRANCH, OFFICE DOBRICH 1

IBAN: BG61CRBA98981230019099 (USD)

**BUYER:**
Mr. Mohammed M.khalifh Ghwel
First Deputy Prime Minister and acting Minister of Defense
Tripoli, Libya

| | |
|---|---|
| **Приложение № 1:** Спецификация за доставка | **Annex # 1:** Delivery specification |
| **Приложение № 2:** Акт за инспекции | **Annex # 2:** Inspection Certificate |
| **Приложение № 3:** Сертификат за потвърждаване на доставка (образец) | **Annex # 3:** Delivery verification certificate (specimen) |

ПРОДАВАЧ                              КУПУВАЧ

7

Ghanem_00000241-007

SELLER                                    BUYER

8

Ghanem_00000241-008

ПРИЛОЖЕНИЕ № 1 към ДОГОВОР        ANNEX # 1 to the CONTRACT

от 29.10. 2014 г.                                                          dd. 29.10.2014

## Спецификация за доставка                    Delivery specification

| № Nos. | Наименование Description | Кол-во (бр.) QTY (pc) | Цена за ед. (ам. дол.) Price per unit (USD) To be discussed | Сума (ам. дол.) Amount (USD) To be discussed |
|---|---|---|---|---|
| 1 | Боеприпас 23 мм Ammunition 23 mm | 5,000,000 | | |
| 2 | Боеприпас 14,5 мм Ammunition 14.5 mm | 5,000,000 | | |
| 3 | Боеприпас 7,62x54 мм ПКТ Ammunition 7.62x54 mm PKT | 5,000,000 | | |
| 4 | Минохвъргачен изстрел 81 мм Mortar round 81 mm | 12,000 | | |
| 5 | Минохвъргачен изстрел 120 мм Mortar round 120 mm | 12,000 | | |
| 6 | Cannon Shell 106 mm | 15,000 | | |
| 7 | Ракета 130 мм Rocket 130 mm | 10,000 | | |
| 8 | Rocket 107mm | 10,000 | | |
| 9 | 23 мм ленти за ЗУ Belts for ZU 23 mm | 500 m | | |
| 10 | 14,5 мм ленти заЗУ Belts for ZU 14.5 mm | 500 m | | |
| 11 | 122 мм ГРАД GRAD 122 mm | 10,000 | | |
| 12 | Боеприпас 12,7 мм Ammunition 12.7 mm | 3,000,000 | | |
| 13 | Противотанкова ПУ  9П135М-М1 Antitank Launcher  9P135M-M1 | 150 | | |
| 14 | Ракета за ПУ  9П135М-М1 Missiles Antitank Launcher  9P135M-M1 | 1,500 | | |
| 15 | Лазерен далекомер Laser Range Finder | 200 | | |
| 16 | Снайпер до 2 000 м Sniper for 2,000 m | 100 | | |
| 17 | Ракетна пускова установка за Ми – 24 Rocket Launchers for Mi - 24 | 16 | | |
| 18 | Противотанкова ракета за AT – 2 AT – 2 Swatter Missiles | 2,500 | | |
| 19 | Противотанкова ракета за AT – 6 AT – 6 Spiral Missiles | 2,500 | | |
| 20 | 57 мм ракета 57 mm Rocket | 1,000 | | |
| 21 | 80 мм ракета 80 mm Rocket | 1,000 | | |
| 22 | 130 мм ракета 130 mm Rocket | 1,000 | | |
| 23 | 240 мм ракета 240 mm Rocket | 1,000 | | |

Ghanem_00000241-009

Ghanem_Sentencing_00000101

| 24 | 30 мм гранатохвъргачка АГС – 17<br>AGS – 17 30 mm grenade Launchers | 16 | | |
|----|----|----|----|----|
| | Всичко/Total: | ам. дол. / USD | | |
| | | | | |

**ПРОДАВАЧ**
**SELLER**

**КУПУВАЧ**
**BUYER**

10

Ghanem_00000241-010

| ПРИЛОЖЕНИЕ № 2 | ANNEX # 2 |
| --- | --- |
| към ДОГОВОР № ……………………… | to the CONTRACT № ……………………………… |

от ___.___. 2014 г.                    dd. _____ 2014

## Акт за инспекция

## Inspection Certificate

| Упълномощените представители: | Representatives of the: |
| --- | --- |
| На Продавача – _____ | Seller - _____, acting on the basis |
| действащи на основание _____; | _____; |
| На Купувача – _____, | Buyer - _____, acting on the basis |
| действащи на основание _____; | _____; |

| съставиха настоящия АКТ ЗА ИНСПЕКЦИЯ на Стоките и подтвърждават, че стоките напълно отговаря на условията на договор № _____. | made this Inspection Certificate to certify that the Goods fully corresponds to the conditions of the Contract No _____. |
| --- | --- |

| № No. | Наименование Description | Количество, бр. Quantity, pcs. |
| --- | --- | --- |
| 1 | | |
| 2 | | |
| 3 | | |

| Дата : _____ | Date: _____ |
| --- | --- |
| Техническото състояние на стоката напълно удовлетворява изискванията на Купувача. | The technical condition of the Goods fully satisfies the Buyer's requirements. |

| Настоящият Акт за инспекция е съставлен в четири екземпляра (два екземпляра за Продавача, два - за Купувача) и се явява основание за разплащане по договор № ……………………… от ___.___2014 г. | The present Inspection Certificate has been made in four copies (two for the Seller, two for the Buyer) and is the basis for payment under the Contract № ……………………… dd. ___.___, 2012. |
| --- | --- |

Представител на Продавача

**Representative of the Seller**

Представител на Купувача

**Representative of the Buyer**

_____               _____

11

Ghanem_00000241-011

Ghanem_Sentencing_00000103

| | |
|---|---|
| **ПРИЛОЖЕНИЕ № 3**<br>към ДОГОВОР № ……………………<br><br>от \_\_\_.\_\_\_. 2014 г. | **ANNEX # 3**<br>to the Contract No ……………………..<br><br>dd. _____ 2014 |

*ОБРАЗЕЦ*
*SPECIMEN*

| | |
|---|---|
| **СЕРТИФИКАТ ЗА ДОСТАВКА** | **CERTIFICATE OF DELIVERY** |

| | |
|---|---|
| С настоящото потвърждаваме, че Стоките доставяни в съответствие с договор № _____ от « \_\_ » _____ 2014 г. са доставени на крайния потребител _____ _____ | Hereby we confirm that Goods, which had been shipped under Contract № _____ dd. _____, was delivered to the end user _____ |
| *(Наименование на крайния потребител и неговия адрес).* | *(Name and address of the End-User).* |

| | |
|---|---|
| **От името на Купувача**<br>**On behalf of the Buyer** | **От името на държавният орган, издаващ**<br>**Сертификата за краен потребител**<br>**On behalf of the governmental body issued**<br>**the End User Certificate** |

| | |
|---|---|
| _____<br>(подпис/печат)<br>(signature/stamp) | _____<br>(подпис/печат)<br>(signature/stamp) |

**Отметка на митническата служба**
**Marks of the Customs Services**

_____
(подпис/печат)
(signature/stamp)

12

Ghanem_00000241-012

CASE NO. __CR 15-0704 (A)-SJO__

_____UNITED STATES OF AMERICA_____
VS. _____GHANEM_____

PLAINTIFF'S EXHIBIT _____514_____

DATE _____IDEN.

DATE_____EVID.

BY _____
                DEPUTY CLERK
AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|---|---|
| **Sent:** | Friday, November 28, 2014 4:03 AM |
| **To:** | Tomer Avnon <tomer@tarideal.com> |
| **Cc:** | Tomer Dragon <tomer@dragonacehk.com> |
| **Subject:** | copy of EUC |
| **Attach:** | EUC.pdf |

التاريخ
Date
الموافق 18 . 11 .
رقم الإشارة / 2014
Ref. Number

28 - 57

Ministry of Defense

اسم مجلس الوزراء

وزارة الدفاع

ديوان الوزارة

..18../...11.../2014

# End User Certificate

| 1. Country of ultimate destination | LIBYAN STATE | |
|---|---|---|
| 2. Name, address, telephone and fax numbers, e-mail address of the End User | Ministry of Defense of Republic of LIBYA<br>Tripoli – Libya | |
| 3. Description of goods, quantity, description | | |

| No | (Description of Goods) | (Quantity) pcs |
|---|---|---|
| 1 | Ammunition 23 mm | 5,000,000 |
| 2 | Ammunition 14.5 mm | 5,000,000 |
| 3 | Ammunition 54x7.62BKT mm | 5,000,000 |
| 4 | Mortar rounds 81 mm | 12,000 |
| 5 | Mortar round 120mm | 12,000 |
| 6 | Cannon shell 106 mm | 15,000 |
| 7 | Rocket 130 mm | 10000 |
| 8 | Rocket 107 mm | 10000 |
| 9 | Belts for ZU-23mm | 500 m |
| 10 | Belts for ZU-14.5 | 500 m |

www.defense.gov.ly

00094252                                    Ghanem_00000241

المجلس الوزراء
وزارة الدّفاع
ديوان الـوزارة

التاريخ ...../...../
Date
الموافق ...../...../
رقم الإشارة ق.و.د/
Ref Number

**Ministry of Defense**

| 11 | GRAD 122 MM | 10,000 |
|----|-------------|--------|
| 12 | Ammunition 12.7 | 3,000,000 |
| 13 | Anti-tank Konkurs launcher 9p135m-m1 | 150 |
| 14 | Missiles Anti-tank Konkurs launcher 9p135m-m1 | 1500 |
| 15 | Laser range finder | 200 |
| 16 | Sniper for 2000 m | 100 |
| 17 | Rocket launchers for MI-24 | 16 |
| 18 | AT-2swatter | 2500 |
| 19 | AT-6 spiral missiles | 2500 |
| 20 | 57 mm Rocket | 1000 |
| 21 | 80 mm Rocket | 1000 |
| 22 | 130 mm Rocket | 1000 |
| 23 | 240 mm Rocket | 1000 |
| 24 | AGS-17 30 mm Grenade launchers | 16 |

4. Description of final use (purpose):

The goods will be used by the Government of Libya, under the supervision of the Ministry of Defense of to keep security in the country

5. Name, address, telephone and fax numbers, and e-mail address of the supplier:
Gateway to MENA for Logistics Services, represented by Mr. Rami Ghanem having their address in Behind ABC Bank, Al-Shmeisani, Abdul Al-Rahim Al- Waked St. - Shmeisani Bldg. No. 42. P.O Box 830589. Amman-11183 Jordan. Telphone +201127999552. +962795569299. E-mail address: ramithe@gmail.com

Supplier have power of attorny from the buyer to authries lockal companies mintioned in the list below to sign all related docuorints to help in optaning the required export licences.

www.defense.gov.ly



التاريخ / / <br>
Date

الموافق / / <br>

رقم الإشاري و .. <br>
Ref.Number

Ministry of Defense

## Statement of the end-user.

We certify that we are the end-user and importer of the goods/technologies referred to in item 3. Except as authorized by prior written approval of the export control authority of the following Governments: Montenegro, Hungary, Ukraine, Poland, Belarus, Serbia, Bosnia, Slovenia, Croatia, Slovakia, Romania, Estonia we undertake not to: (1) re-export, (2) sell, (3) lend to any other person or otherwise dispose of the goods/technologies referred to in this document outside the country of end user. This refers also to spare parts, specialist tools, documentation, technical support and operating manuals necessary for the after-sales support.

A relevant Delivery Verification Certificate will be present to the Supplier for each individual shipment, within 30 days from the date of its receipt.

.......................................... <br>
/Name and position of the signer/

Stamp/ Date

00094252                          Ghanem_00000241

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   515

DATE _____ IDEN.

DATE_____ EVID.

BY _____
DEPUTY CLERK
AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|---|---|
| Sent: | Friday, December 5, 2014 1:12 AM |
| To: | Stoyan Barzakov <sgbarzakov@gmail.com> |
| Subject: | 1st order for the Libyan |
| Attach: | 1Libya.docx |

ПРИЛОЖЕНИЕ № 1                                    ANNEX # 1
към ДОГОВОР № ………………………    to the CONTRACT № …………………………

от ___.___. 2014 г.                                  dd. _____ 2014

**Delivery specification**

**Спецификация за доставка**

| № Nos. | Наименование Description | Кол-во (бр.) QTY (pc) | Цена за ед. (ам. дол.) Price per unit (USD) | Сума (ам. дол.) Amount (USD) |
|---|---|---|---|---|
| 1 | Боеприпас 23 мм Ammunition 23 mm | 5,000,000 500,000 | 15,00 | 75 000 000,00 |
| 2 | Боеприпас 14,5 мм Ammunition 14.5 mm | 5,000,000 500,000 | 7,50 | 37 500 000,00 |
| | Ammunition 12.7 mm | 500,000 | | |
| 3 | Боеприпас 7.62x54 мм ПКТ Ammunition 7.62x54 mm PKT | 5,000,000 500,000 | 200/1000 | 1 000 000,00 |
| 4 | Минохвъргачен изстрел 81 мм Mortar round 81 mm | 12,000 3000 | 139,00 | 1 668 000,00 |
| 5 | Минохвъргачен изстрел 120 мм Mortar round 120 mm | 12,000 1000 | 295,00 | 3 540 000,00 |
| 6 | Cannon Shell 106 mm | 15,000 2000 | To be ageed | To be agreed |
| 7 | Ракета 130 мм Rocket 130 mm | 10,000 500 | 3350,00 | 33 500 000,00 |
| 8 | Rocket 107mm | 10,000 | To be ageed | To be agreed |
| 9 | 23 мм ленти за ЗУ Belts for ZU 23 mm | 500 m | | 29 300,00 |
| 10 | 14,5 мм ленти заЗУ Belts for ZU 14.5 mm | 500 m | | 23 700,00 |
| 11 | 122 мм ГРАД GRAD 122 mm | 10,000 | 1470,00 | 14 700 000,00 |
| 12 | Боеприпас 12,7 мм Ammunition 12.7 mm | 3,000,000 | 4,10 | 12 300 000,00 |
| 13 | Противотанкова ПУ   9П135М-М1 Antitank Launcher  9P135M-M1 | 150 20 | 49 000,00 | 7 350 000,00 |
| 14 | Ракета за ПУ   9П135М-М1 Missiles Antitank Launcher   9P135M-M1 | 1,500 200 | 19 800,00 | 29 700 000,00 |
| 15 | Лазерен далекомер Laser Range Finder | 200 20 | 27 000,00 | 5 400 000,00 |
| 16 | Снайпер до 2 000 м Sniper for 2,000 m | 100 20 | 5900,00 | 590000,00 |
| 17 | Ракетна пускова установка за Ми – 24 Rocket Launchers for Mi - 24 | 16 | 127 000,00 | 2 032 000,00 |
| 18 | Противотанкова ракета за АТ – 2 AT – 2 Swatter Missiles | 2,500 | 18 900,00 | 47 250 000,00 |
| 19 | Противотанкова ракета за АТ – 6 AT – 6 Spiral Missiles | 2,500 | 22 400,00 | 56 000 000,00 |

| 20 | 57 мм ракета<br>57 mm Rocket | 1,000 | 435,00 | 435 000,00 |
|----|------------------------------|-------|--------|------------|
| 21 | 80 мм ракета<br>80 mm Rocket | 1,000 | 1430,00 | 1 430 000,00 |
| 22 | 130 мм ракета<br>130 mm Rocket | 1,000 | 3350,00 | 3 350 000 |
| 23 | 240 мм ракета<br>240 mm Rocket | 1,000 | 4870,00 | 4 870 000,00 |
| 24 | 30 мм гранатохвъргачка АГС – 17<br>AGS – 17 30 mm grenade Launchers | 16<br>16 | 27 200,00 | 435 200,00 |
|    | Всичко/Total:  338 183 200,00  ам. дол. / USD | | | |
|    | | | | |

Ghanem_00000241

Ghanem_Sentencing_00000113

CASE NO. __CR 15-0704 (A)-SJO__

_____UNITED STATES OF AMERICA_____
VS. ____GHANEM____

PLAINTIFF'S EXHIBIT ____516____

DATE _____IDEN.

DATE_____EVID.

BY _____
_____DEPUTY CLERK

AO 386

| From: | Stoyan Barzakov <sgbarzakov@gmail.com> |
|---|---|
| Sent: | Friday, December 5, 2014 2:24 AM |
| To: | Rami Ghanem <ramithe@gmail.com> |
| Subject: | Re: 1st order for the Libyan |
| Attach: | Contract_draft_bg-engl_Libya_trial with small quantities.docx |

Dear Rami,◆

find attached the Libyan contract with the original smaller quantities.◆

Regards,◆

Stoyan◆

On Fri, Dec 5, 2014 at 11:12 AM, Rami Ghanem <ramithe@gmail.com> wrote:

◆

Ghanem_00000241

| ДОГОВОР за Експорт на Стоки | Export Sales CONTRACT |
|---|---|
| гр. Триполи                08.12. 2014 | City of Tripoli        Dated: December 08, 2014 |

Компания Хан Аспарух Трейд ЕООД, с представителен офис в гр. Добрич, ул. „Цанко Церковски", 3, в Република България, наричана по-долу „Продавач", представлявяна о г-н Йордан Петков Петков от една страна,

и

Министерство на Отбраната на Република Либия, представлявано от Мохамът М.кхалиф Гхвел, Първи Зместник Министър-Председател и Действащ Министър на Отбраната, от друга страна, заедно страни, подписаха настоящият договор за следното:

The Company Khan Asparuh Trade EOOD, with office of representation in the city of Dobrich, 3, Tzanko Tzerkovski str., in the Republic of Bulgaria, hereinafter referred to as the "Seller", represented by Mr. Yordan Petkov Petkov, on the one side,

and

Ministry of Defense of the State of Libya, hereinafter referred to as the "Buyer" represented by Mohammed M.khalifh Ghwel, First Deputy Prime Minister and acting Minister of Defense, on the other side, hereinafter referred to as Parties, have concluded the present Contract for the following:

### 1. ПРЕДМЕТ НА ДОГОВОРА

1.1. Продавача продава, а Купувача приема и заплаша обектите на доставка (наричана по-нататък „Стока/Стоки"), при цена и в количество и номенклатура, определени в Приложение № 1 към настоящия Договор.

### 1. SUBJECT OF THE CONTRACT

1.1. The Seller shall sell and the Buyer shall accept and pay for the items, (hereinafter referred to as "Goods"), at prices and according to nomenclature and quantity, as detailedly stipulated in Annex # 1 to the this Contract.

### 2. КОЛИЧЕСТВО, КАЧЕСТВО НА СТОКИТЕ

2.1. Количеството на Стоките и тяхната номенклатура се определят в Приложение № 1 към настоящия Договор.
2.2. Качеството на стоките трябва да съответства на изискванията на техническа документация на завода-производител.
2.3. Гаранцюнният срок за експлоатация на оборудването е 12 месеца от датата на доставката.

### 2. QUANTITY, QUALITY OF THE GOODS

2.1. Quantity and nomenclature of the Goods shall be determined in Annex # 1 to the present Contract.
2.2. Quality of the Goods shall meet the requirements of manufacturer's technical documentation.
2.3. Warranty assurance for equipment within 12 months from the delivery date.

### 3. УСЛОВИЯ НА ДОСТАВКА

3.1. Стоките се доставят при условия FCA/FOB, съгласно ИНКОТЕРМС 2010.

3.2. Стоките се доставят по изрично определен от страните график, който става неразделна част от настоящия договр. Първата доставка става в срок от 15 дни от след влизане на договора в сила и получаване на плащане съгласно п. 5. 2.
3.3. Допуска се предсрочна доставка, по съгласуване между страните.

### 3. TERMS OF DELIVERY

3.1. The Goods shall be delivered on terms FCA/FOB basis according to "INCOTERMS-2010".
3.2. The Goods shall be delivered based on a delivery schedule expressly agreed between the Parties which shall become a part of this Contract. First delivery shall be withn 15 days after date of effectiveness of this Contract and receipt of the payment, stipulated in cl. 5. 2.
3.3. Pre-term delivery is allowed upon agreement of the Parties.

1

3.4. За дата на доставката ще се счита датата на натоварване.

3.5. Не по-късно от 15 дни преди датата на товарене продавача ще информира Продавача за следното:
- тип на транспорта и данни за превозвача;
- дата и време тръгване на транспорта.

3.6. Стоките ще бъдат изпратени на Купувача след получаване на 100 % плащане за стоките, доставяни по всяка конкретна доставка по настоящия договор.

## 4. ЦЕНА И ОБЩА СУМА НА ДОГОВОРА

4.1. Цената на Стоките определена в Приложение № 1 и включва стойността на Стоките, опаковка, маркировка, митническо оформяне съгласно условията FCA/FOB в съответствие с условия ИНКОТЕРМС 2000.

4.2. Цената на отделните Стоки по Договора се определят съгласно индивидуалните цени, посочени в Приложение № 1 към него, а общата цена по договора представлява аритметичния сбор на всички стоки, умножени по индивидуалните им цени.

4.3. Валута на договора – американски долари.

## 5. УСЛОВИЯ НА ПЛАЩАНЕ

5.1. Плащанията на Стоките доставяни по настоящия Договор ще се извършват в американски долари.

5.2. В рамките на 10 дни от датата на влизане в сила на настоящият Договор, Купувача заплаща 50 % от общата стойност на „Стоките".

5.3. Плащане съгласно п. 5. 2. Ще се извърши след предоставяне на Купувача на следните документи:
- фактура, написана от Продавача на английски език, в която е посочен номера на договора и сумата, която трябва да бъде платена на Продавача;
- писменно уведомление за влизане на Договора в сила.

5.4. В течение на 10 дни след подписване на Акта за техническа инспекция, Купувача заплаща оставащите 50 % от общата стойност на Стоките за всяка конкретна доставка чрез банков превод по сметката на Продавача срещу следните документи:
- фактура, написана от Продавача на английски език, в която е посочен номера на договора и сумата, която трябва да бъде платена;

3.4. The date of loading will be considered as a date of delivery.

3.5. Not later than 15 days prior to shipment, Buyer shall inform the Seller about:
- type of transport and Carrier data;
- date and time of the transport departure.

3.6. The Goods will be delivered to the Buyer after receiving of 100 % payment for the Goods for each particular delivery under this Contract.

## 4. PRICE AND TOTAL SUM OF THE CONTRACT

4.1. The price of the Goods is stipulated in Annex # 1 and includes the cost of Goods, packing, marking, custom clearance on conditions FCA/FOB according to INCOTERMS 2000.

4.2. The individual prices of each specific item of Goods under this Contract is as shown in Annex # 1 to this Contract, and the total price of the Contract shall be the aritmetical sum of all Goods to be delivered multiplied by their individual prices.

4.3. Currency of the contract – US dollars.

## 5. TERMS OF PAYMENT

5.1. Payments for the Goods, which are delivered under present Contract, shall be made in US dollars.

5.2. Within 10 days after the date when the present contract comes into force, the Buyer shall pay 50 % of the total amount of the "Goods".

5.3. Payment according to the paragraph 5. 2. shall be done after provision to the Buyer the following documents:
- invoice, written by Seller in English with indication of number of the contract and sum to be paid by Seller;

- written notification that Contract has came into force.

5.4. Within 10 days after signing the inspection certificate, the Buyer shall pay 50 % of the total amount of the "Goods" for each particular delivery by TT (telegraphic transfer) to the Seller's account against the following documents:
- invoice, written by Seller in English with indication of number of the contract and sum to be paid;
- Iinspection certificate (1 original).

2

- акт за техническа инспекция (1 оригинал).

5.5. Всички банкови разходи на территорията на Продавача ще се заплащат от Продавача, на територията на Купувача – от Купувача. Разходите за кореспондентските банки се заплащат от Продавача.

5.5. All banking charges on the territory of the Seller shall be borne by the Seller, on the territory of the Buyer – by the Buyer. The charges of the correspondent banks shall be borne by the Seller.

## 6. УСЛОВИЯ ЗА ИНСПЕКЦИЯ

6.1. Купувача извършва инспекция на Стоките по качество и количество на территорията на Продавача, с последващо изготвяне на Акт за инспекция.
6.2. Актът за инспекция се подписва в 4 екземпляра (2 - за Продавача и 2 - за Купувача).
6.3. Не по-късно от 15 дни преди датата на инспекцията Продавача оповестява купувача за готовноста на Стоките за инспекция.
6.4. Не по-късно от 15 дни преди датата цитирана в п. 6. 3 Купувачът известява Продавача за персоналните данни и датата на пристигане на своите представители.
Купувачът ще започне инспекцията на Стоките не по-късно от датата указана в съобщението по п. 6. 3.
Представителите на Купувача трябва да имат официални документи, потвърждаващи правото им да подпишат Акта за инспекция.
6.5. Всички разходи свързани с пристигането и пребиваването на представителите на Купувача на територията на Продавача са за сметка на Купувача.

## 6. THE CONDITIONS OF INSPECTION

6.1. The Buyer shall make the inspection of the Goods in respect to quality at the Seller's facilities with drawing up the inspection certificate.
6.2. The inspection certificate shall be signed in 4 copies (2 - for the Seller and 2 - for the Buyer).
6.3. The Seller shall notify the Buyer about readiness of the Goods for inspection not less than 15 days prior to the date of the inspection.
6.4. The Buyer shall notify the Seller about personal details and date of arrival of its Representatives not less than 10 days prior to the date indicated in clause 6. 3.
The Buyer shall start the inspection of the Goods not later than on the date indicated in the notification according to Para. 6. 3.
The Buyer's Representatives shall have formal documents confirming their right to sign the Certificate.
6.5. The Buyer shall bear all the expenses connected with arrival and stay of the Buyer's Representatives with regard to the inspection.

## 7. ОПАКОВКА И МАРКИРОВКА

7.1. Опаковката на Стоките, доставяни по настоящият Договор, трябва да съответства на изискванията на техническата документация на завода-производител, за тези Стоки.

## 7. PACKING AND MARKING

7.1. The packing of the Goods delivered under the present Contract shall meet the requirements of manufacturer's technical documentation for this type of Goods.

## 8. ФОРС-МАЖОР

8.1. Страните се освобождават от отговорност за пълно или частично неизпълнение по настоящия договор, ако това неизпълнение е следствие на обсоятелства на непреодолима сила, включително но не само: пожар, наводнение, земетресение, военни действия, стачки, а също държавни и правителствени разпореждания и т. н., при условие че дадените обстоятелства непосредствено са повлияли на изпълнението на настоящия договор. В този случай срока на договора се удължи с времето

## 8. FORCE MAJEURE

8.1. The Parties are released from responsibility for complete or partial nonfulfilment of their liabilities under the Contract if this non-fulfilment was caused by circumstances of force majeure including but not limited to: fire, flood, earthquake, military actions, strikes as well as State and Governmental orders and so on, provided these circumstances have directly affected the fulfilment of the present Contract. In this case the time of fulfilment will be extended for the period equal to that during which these

Ghanem_00000241

Ghanem_Sentencing_00000118

на действия на тези обстоятелства.
Свидетелство, издадено от съответните органи на местната власт е достатъчно за потвърждаване на посочените обстоятелства и сроковете на действието им.

8.2. Станата, която не може да изпълни своите задължения поради тези обстоятелства е длъжна да съобщи на другата страна не по-късно от 7 дни, в писмена форма. Ненавременното съобщаване за обстоятелства за непреодолима сила лишава съответната страна от правото да се позовава на тях за оправдание.

8.3. Ако посочените обстоятелства продължат повече от три месеца, всяка от страните има право да анулира целия договор или част от него, без право да претендира за компенсиране на понесените (причинените) загуби.

## 9. САНКЦИИ

9.1. В случай на нарушение сроковете за плащане, определени Раздел 5 от настоящия договор, Купувачът заплаща неустойка в размер от 0,05 % от сумата на съответното плащане, за всеки ден просрочие, но не-повече от 5 % от общата стойност на договора.

9.2. В случай на нарушение на сроковете на доставка, съгласно п. 3. 2. от настоящия договор по вина на Продавача то той заплаща неустойка, в размер от 0,05% от стойността на Стоката, за Товара, за всеки ден просрочие, но не-повече от 5% от общата стойност на Стоките.

9.3 заплащането на наказателните санкции не освобождава страните от изпълнение на своите договорни задължения.

## 10. РЕКЛАМАЦИИ

10.1. В случаите, когато в течение на гаранцийния срок възникне неизправност по вина на Продавача, той е длъжен да я отстрани за своя сметка. Задълженията на Продавача се ограничават до ремонт или еквивалентна замяна, по избор и съгласуване с Купувача, на дефектните възли, агрегати или детайли, по отношение на които се докаже, че дефекта е възникнал по вина на Продавача. При това на възстановеното изделие се назначава остатъка от първоначалния срок на гаранцията.

10.2. Рекламации могат да бъдат предявявани по отношение на качество и количество но Стоките, в случай че не съответстват на

circumstances last.
The evidence issued by the relevant local authorities will be a sufficient proof of the existence and duration of the above indicated circumstances.

8.2. The Party that cannot fulfil its liabilities due to these circumstances is to notify in written form the other Party within 7 days. An untimely notification of force majeure circumstances deprives the corresponding Party of the right to refer to them for justification.

8.3. If the above-mentioned circumstances last longer than three months, then either Party is entitled to cancel the whole Contract or a part of it without the right to demand for compensation of suffered (caused) losses.

## 9. SANCTIONS

9.1. In case of breaking the terms of payment stipulated in Article 5 of the present Contract, BUYER shall pay the penalty being equal 0,05 % of the sum of the relevant payment for each day of delay, but not more than 5 % of the total amount.

9.2. In case of breaking the term of delivery stipulated in Article 3. 2 of the present Contract through Seller's fault, Seller shall pay the penalty being equal 0,05 % of the price for the proper event for each day of delay, but not more than 5% of the total sum of Goods.

9.3. Payment of penalty does not make Parties free from execution of the Contract`s obligations.

## 10. CLAIMS

10.1. Shall during the guarantee period any defect appear through the Seller's fault the Seller undertakes to eliminate it at his expense. The obligations of the Seller in this case shall be restricted to repairing or adequate replacement of the defected components, aggregates and assemblies in respect of which the evidence of Seller's fault is to be presented, at the Buyer`s expense and agreement. The repaired components shall obtain the remaining of primary assigned time life.

10.2. Claims may be submitted in respect of quality and quantity, in case of its non-correspondence to the quality and quantity under

4

Ghanem_00000241

качеството и количеството, определени от настоящият договор.

the present contract.

10.3. Рекламации по отношение на качеството могат да бъдат предявявани по време на гаранцианния срок, предвиден в точка 2.3 от настоящия договор. Купувачът е длъжен да изпрати рекламацията с всичката необходима информация не по-късно от 4 (четири) дни от датата на откриване на дефекта, и при поискване от Продавача да изпрати до 25 (двадесет и пет) дни рекламираното имущество за проверка на страната на Продавача.

10.3. Claims in respect of quality may be submitted within the guarantee period stipulated in clause 2.3. of the present contract. The Buyer undertakes to send reclamation with all necessary information not later than 4 (four) days from the date of detection of the defects and to send upon the Seller's request the defective goods to the country of the Seller for inspection within 25 days (twenty five) days.

Рекламации по отношение на количеството могат да бъдат предявявани до 30 дни от датата на доставка.

Claims in respect of quantity may be submitted within 30 days from the date of delivery

10.4. Рекламациите се изготвят на български и/или на английски езици и трябва да се изпратят чрез официална поща, факс или и-мейл. Дата на предявяване на рекламацията се счита датата на получаването и от Продавача.

10.4. Claims are prepared by Bulgarian and/or English and have to be submitted by registered mail, fax or e-mail. The date of the claim shall be considered the date upon which it is received by the Seller.

Продавача има право да провери основанието за рекламация на място, чрез свой представител. Продавача ще разгледа рекламацията в рамките на 60 дни.

The Seller has the right to check up the basis of the claim on the spot through his representative. The Seller shall examine the claim within 60 days.

10.5. В случай на изтичани на горецитираните дати или в случай на нарушаване от Купувача на сроковете посочени в точка 10.3, Продавача няма да приеме рекламациите. Ако, след преглед, дефектното изделие е годно за употреба, Купувача ще покрие транспортните разходи до страната на Продавача и обратно. В случай, че след преглед на дефектното изделие се установи, че то е неизправно по вина на Продавача, Продавача ще покрие транспортните разходи до страната на Продавача и обратно.

10.5. After the expiration of the above stated dates or in case of violation by the Buyer of the terms stipulated in clause 10.3., no claims shall be accepted by the Seller. Shall the defective item after the inspection be found fit for service, the Buyer covers transportation expenses of the item to the Seller's country and back. Should the defective item after the inspection be found defective due to Seller's fault, the Seller covers all the expenses related to shipping the item to the Seller's country and back.

## 11. АРБИТРАЖ

## 11. ARBITRATION

11.1. Всички спорове между Страните, които са възникнали при изпълнение на настоящият Договор и/или във връзка с него, ще се решават по пътя на преговори.

11.1. Any disputes between the Parties arising from the present Contract and/or in connection with it shall be settled through negotiations between the parties.

11.2. В случай, че Страните не постигнат съгласие при решаване на въпроса, причина за възникване на разногласие, то след писмена констатация, разногласието се предават в Арбитражния съд към Българската търговско-промишлена палата в Гр. София, България, при прилагане на неговите правила. Арбитражът се провежда на Английски език при приложимост на Българското право.

11.2. In case if the Parties do not reach an agreement in settling an issue causing the dispute, after the written establishment, the differences will be forwarded to the Arbitration Court part of the International Chamber of Commerce in Sofia Bulgaria under its conditions and terms of arbitrtion. Arbitration shall be in English language and under Bulgarian law.

5

11.3. Решението арбитража е окончателно и задължително за двете Страни.

11.4. Разходите по арбитража са за сметка на загубилата страна.

## 12. ДРУГИ УСЛОВИЯ

12.1. настоящият договор влиза в сила от датата на получаване на съответните разрешения от Държавната комисия за експортен контрол.

12.2. В течение на 10 дни от момента на подписване на настоящия договор Купувача ще предостави на Продавача „Сертификат за краен потребител", в който трябва да се съдържат задължения Стоките да не се ре-експортират и да не се предават на когото и да, освен на крайният потребител, без съгласието на Държавната комисия за експортен контрол. Този документ трябва да бъде издадено от упълномощен държавен орган.

12.3. Получател и краен потребител на Стоките се явява Министерството на отбраната на Либия.

12.4. Купувача гарантира, че Стоките няма да се ре-експортират или предават на никого, освен на крайния потребител без разрешението на Държавната комисия за експортен контрол.

12.5. В рамките на 30 дни след доставка на Стоките в страната на крайният потребител, Купувачът се задължава да представи на Продавача Сертификат, потвърждаващ доставката (Приложение № 2). Този документ трябва да бъде заверен от упълномощен държавен орган.

12.6. Всички допълнения и изменения към договора се считат за действителни, ако са направени в писмена форма и подписани от двете Страни. Всички, надлежно подписани допълнения към настоящия договор се считат за неотменна част от него.

12.7. Купувачът е длъжен да осигури, за своя сметка, всички вносни лицензи и разрешения, необходими за внос на Стоките в Страната на назначение.

12.8. Нито една от Станите не може да предава своите права и задължения, които произтичат от този договор на трета страна без писмено съгласуване с другата Стана.

12.9. След подписване на настоящия договор всички предшестващи преговори и кореспонденция губят сила.

---

11.3. The resolution of the arbitration award shall be final and binding upon both Parties.

11.4. The arbitration fee shall be borne by the losing Party.

## 12. MISCELLANEOUS

12.1. The present Contract comes into force since the date of obtaining the appropriate permission of State Committee for Export Control.

12.2. Within 10 days since the signing of the present Contract, Buyer provides to the Seller with "End User Certificate" which must content warrants that Goods will not be re-exported or transferred to somebody except the end-user without a permission of the State Committee for Export Control. This document must be issued by authority state structure.

12.3. Receiver and End-user of the Goods is the Ministry of Defense of Libya.

12.4. The Buyer guarantees that the Goods will not be reexported or diverted to anyone else, except the End User without a permission of the State Committee for Export Control.

12.5. Within 30 days since the date of delivery of the Goods to End User's country, Buyer shall provide the Seller with "Certificate of Delivery" (Annex # 2). This document must be attested by authority state structure.

12.6. All additions and amendments to this Contract shall be considered as valid if they are made in written form and signed by both Parties. All the duly signed additions to the present Contract shall be considered as its integral part.

12.7. The Buyer shall provide, at its own expense, all import licences and permits required for import of the Goods to the country of destination.

12.8. Neither Party is entitled to transfer its rights and obligations under the present Contract to a third party without prior written consent of the other Party.

12.9. After the present Contract has been signed, all previous negotiations and correspondence pertaining to it become null and void.

6

Ghanem_00000241

| | |
|---|---|
| 12.10. Настоящия Договор действа до изпълнение на всички поети от Страните задължения. | 12.10. This Contract is valid till the Parties fulfil all the assumed obligations. |
| 12.11. Настоящия Договор е подписан в два екземпляра на български и английски език по 1 екземпляр за всяка Страна, идентични и имащи еднаква сила. | 12.11. The present Contract is signed in 2 copies in Bulgarian and English, one for either Party, authentic and equal in force. |

| | |
|---|---|
| **13 АДРЕСИ НА СТРАНИТЕ** | **13. ADDRESSES OF THE PARTIES** |
| **ПРОДАВАЧ:** | **SELLER:** |
| **ХАН АСПАРУХ ТРЕЙД ЕООД** БЪЛГАРИЯ 9300, гр. Добрич ул. Цанко Церковски, 3 ДДД № BG 201264962 Тел.:        +359 58 604948 Факс:       +359 58 604948 E-mail:     khanastrade@gmail.com | **KHAN ASPARUH TRADE Ltd.** BULGARIA, 9300 Dobrich, 3, Tsanko Tserkovski Str. VAT No.: BG 201264962 Phone No.:   +359 58 604948 Fax No.:     +359 58 604948 E-mail:      khanastrade@gmail.com |
| **Банка на Продавача:** АЛФА БАНК БЪЛГАРИЯ Офис Добрич 1 | **Bank of the Seller:** "ALPHA BANK" – BULGARIA BRANCH, OFFICE DOBRICH 1 |
| IBAN: BG61CRBA98981230019099 (ам. дол.) | IBAN: BG61CRBA98981230019099 (USD) |
| **КУПУВАЧ:** ……………………………… ……………………………… | **BUYER:** ……………………………… ……………………………… |

| | |
|---|---|
| **Приложение № 1:** **Спецификация за доставка** | **Annex # 1:** **Delivery specification** |
| **Приложение № 2:** **Акт за инспекции** | **Annex # 2:** **Inspection Certificate** |
| **Приложение № 3:** **Сертификат за потвърждаване на доставка (образец)** | **Annex # 3:** **Delivery verification certificate (specimen)** |

| | |
|---|---|
| **ПРОДАВАЧ** **SELLER** | **КУПУВАЧ** **BUYER** |

Ghanem_00000241

Ghanem_Sentencing_00000122

8

Ghanem_00000241

ПРИЛОЖЕНИЕ № 1
към ДОГОВОР № ……………………

от ___.___. 2014 г.

ANNEX # 1
to the CONTRACT №
……………………………

dd. _____ 2014

**Delivery specification**

Спецификация за доставка

| №<br>Nos. | Наименование<br>Description | Кол-во (бр.)<br>QTY (pc) | Цена за ед.<br>(ам. дол.)<br>Price per unit<br>(USD) | Сума (ам. дол.)<br>Amount (USD) |
|---|---|---|---|---|
| 1 | Боеприпас 23 мм<br>Ammunition 23 mm | 500,000 | 15,00 | 7 500 000,00 |
| 2 | Боеприпас 14,5 мм<br>Ammunition 14.5 mm | 500,000 | 7,50 | 3 750 000,00 |
| 3 | Боеприпас 7.62x54 мм ПКТ<br>Ammunition 7.62x54 mm PKT | 500,000 | 200/1000 | 100 000,00 |
| 4 | Миноохвъргачен изстрел 81 мм<br>Mortar round 81 mm | 3,000 | 139,00 | 417 000,00 |
| 5 | Миноохвъргачен изстрел 120 мм<br>Mortar round 120 mm | 1,000 | 295,00 | 295 000,00 |
| 6 | Ракета 130 мм<br>Rocket 130 mm | 500 | 3350,00 | 167 500,00 |
| 13 | Противотанкова ПУ 9П135М-М1<br>Antitank Launcher 9P135M-M1 | 20 | 49 000,00 | 980 000,00 |
| 14 | Ракета за ПУ 9П135М-М1<br>Missiles Antitank Launcher 9P135M-M1 | 200 | 19 800,00 | 3 560 000,00 |
| 15 | Лазерен далекомер<br>Laser Range Finder | 20 | 27 000,00 | 540 000,00 |
| 16 | Снайпер до 2 000 м<br>Sniper for 2,000 m | 20 | 5900,00 | 118 000,00 |
| 24 | 30 мм гранатохвъргачка АГС – 17<br>AGS – 17 30 mm grenade Launchers | 16 | 27 200,00 | 435 200,00 |
| | Всичко/Total: **17 862 700,00** ам. дол. / USD | | | |

ПРОДАВАЧ
**SELLER**

КУПУВАЧ
**BUYER**

9

Ghanem_00000241

Ghanem_Sentencing_00000124

| | |
|---|---|
| **ПРИЛОЖЕНИЕ № 2** | **ANNEX # 2** |
| към ДОГОВОР № …………………… | to the CONTRACT № ……………………………… |

от ___.___. 2014 г.                                    dd. _____ 2014

### Акт за инспекция

### Inspection Certificate

Упълномощените представители:
На Продавача – _____,
действащи на основание _____;
На Купувача – _____,
действащи на основание _____;

Representatives of the:
Seller - _____, acting on the basis
_____;
Buyer - _____, acting on the basis
_____;

съставиха настоящия АКТ ЗА ИНСПЕКЦИЯ на
Стоките и потвърждават, че стоките напълно
отговаря на условията на договор
№ _____,

made this Inspection Certificate to certify that the
Goods fully corresponds to the conditions of the
Contract No _____

| № / No. | Наименование / Description | Количество, бр. / Quantity, pcs. |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

Дата :_____
Техническото състояние на стоката напълно
удовлетворява изискванията на Купувача.

Date: _____
The technical condition of the Goods fully
satisfies the Buyer's requirements.

Настоящият Акт за инспекция е съставлен в
четири екземпляра (два екземпляра за Продавача,
два - за Купувача) и се явява основание за
разплащане по договор № ………………………..
от __.__.2014 г.

The present Inspection Certificate has been made
in four copies (two for the Seller, two for the
Buyer) and is the basis for payment under the
Contract № ……………………… dd. __,__, 2012.

**Представител на Продавача**

**Representative of the Seller**

**Представител на Купувача**

**Representative of the Buyer**

_____          _____

10

Ghanem_00000241

Ghanem_Sentencing_00000125

| | |
|---|---|
| **ПРИЛОЖЕНИЕ № 3**<br>към ДОГОВОР № ……………………<br><br>от \_\_\_.\_\_\_. 2014 г. | **ANNEX # 3**<br>to the Contract No ……………………..<br><br>dd. _____ 2014 |

*ОБРАЗЕЦ*
*SPECIMEN*

| **СЕРТИФИКАТ ЗА ДОСТАВКА** | **CERTIFICATE OF DELIVERY** |
|---|---|
| С настоящото потвърждаваме, че Стоките доставяни в съответствие с договор № _____ от «\_\_\_» _____ 2014 г. са доставени на крайния потребител _____ _____ *(Наименование на крайния потребител и неговия адрес).* | Hereby we confirm that Goods, which had been shipped under Contract № _____ dd. _____, was delivered to the end user _____ _____ *(Name and address of the End-User).* |

| | |
|---|---|
| **От името на Купувача**<br>**On behalf of the Buyer** | **От името на държавният орган, издаващ**<br>**Сертификата за краен потребител**<br>**On behalf of the governmental body issued**<br>**the End User Certificate** |
| _____<br>(подпис/печат)<br>(signature/stamp) | _____<br>(подпис/печат)<br>(signature/stamp) |

**Отметка на митническата служба**
**Marks of the Customs Services**

_____
(подпис/печат)
(signature/stamp)

11

Ghanem_00000241

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA

VS.      GHANEM

PLAINTIFF'S EXHIBIT      517

DATE                              IDEN.

DATE                              EVID.

BY

DEPUTY CLERK

AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|---|---|
| Sent: | Saturday, December 6, 2014 6:40 AM |
| To: | almeftaheng@gmail.com |
| Subject: | Contract_draft_bg-engl_Libya_trial with small quantities.docx |
| Attach: | Contract_draft_bg-engl_Libya_trial with small quantities.docx |

This is the correct agreement to be signed, please disregard the other ones.

Thanks

**Rami Ghanem**

**Gateway to MENA. (GTM)**

<u>Egypt Office</u>
Complex 122, Building 16, Apartment 42
Al Rehab City, Cairo  Egypt
Telephone# 00201127999552
<u>Jordan Office</u>

Tel: 962 6 5685624
Fax: 962 6 5685625
**ramithe@gmail.com**  or  rami@caravaname.com
US Telephone: 772 675-4363    Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct to notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of GME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

Ghanem_00000241

| ДОГОВОР за Експорт на Стоки | Export Sales CONTRACT |
|---|---|
| гр. Триполи          08.12. 2014 | City of Tripoli          Dated: December 08, 2014 |

Компания Хан Аспарух Трейд ЕООД, с представителен офис в гр. Добрич, ул. „Цанко Церковски", 3, в Република България, наричана по-долу „Продавач", представлявяна о г-н Йордан Петков Петков от една страна,

и

Министерство на Отбраната на Република Либия, представлявано от Мохамът М.кхалиф Гхвел, Първи Зместник Министър-Председател и Действащ Министър на Отбраната, от друга страна, заедно страни, подписаха настоящият договор за следното:

The Company Khan Asparuh Trade EOOD, with office of representation in the city of Dobrich, 3, Tzanko Tzerkovski str., in the Republic of Bulgaria, hereinafter referred to as the "Seller", represented by Mr. Yordan Petkov Petkov, on the one side,

and

Ministry of Defense of the State of Libya, hereinafter referred to as the "Buyer" represented by Mohammed M.khalifh Ghwel, First Deputy Prime Minister and acting Minister of Defense, on the other side, hereinafter referred to as Parties, have concluded the present Contract for the following:

## 1. ПРЕДМЕТ НА ДОГОВОРА

1.1. Продавача продава, а Купувача приема и заплаша обектите на доставка (наричана по-нататък „Стока/Стоки"), при цена и в количество и номенклатура, определени в Приложение № 1 към настоящия Договор.

## 1. SUBJECT OF THE CONTRACT

1.1. The Seller shall sell and the Buyer shall accept and pay for the items, (hereinafter referred to as "Goods"), at prices and according to nomenclature and quantity, as detailedly stipulated in Annex # 1 to the this Contract.

## 2. КОЛИЧЕСТВО, КАЧЕСТВО НА СТОКИТЕ

2.1. Количеството на Стоките и тяхната номенклатура се определят в Приложение № 1 към настоящия Договор.
2.2. Качеството на стоките трябва да съответства на изискванията на техническа документация на завода-производител.
2.3. Гаранцюнният срок за експлоатация на оборудването е 12 месеца от датата на доставката.

## 2. QUANTITY, QUALITY OF THE GOODS

2.1. Quantity and nomenclature of the Goods shall be determined in Annex # 1 to the present Contract.
2.2. Quality of the Goods shall meet the requirements of manufacturer's technical documentation.
2.3. Warranty assurance for equipment within 12 months from the delivery date.

## 3. УСЛОВИЯ НА ДОСТАВКА

3.1. Стоките се доставят при условия FCA/FOB, съгласно ИНКОТЕРМС 2010.

3.2. Стоките се доставят по изрично определен от страните график, който става неразделна част от настоящия договр. Първата доставка става в срок от 15 дни от след влизане на договора в сила и получаване на плащане съгласно п. 5. 2.
3.3. Допуска се предсрочна доставка, по съгласуване между страните.

## 3. TERMS OF DELIVERY

3.1. The Goods shall be delivered on terms FCA/FOB basis according to "INCOTERMS-2010".
3.2. The Goods shall be delivered based on a delivery schedule expressly agreed between the Parties which shall become a part of this Contract. First delivery shall be withn 15 days after date of effectiveness of this Contract and receipt of the payment, stipulated in cl. 5. 2.
3.3. Pre-term delivery is allowed upon agreement of the Parties.

1

3.4. За дата на доставката ще се счита датата на натоварване.

3.5. Не по-късно от 15 дни преди датата на товарене продавача ще информира Продавача за следното:
- тип на транспорта и данни за превозвача;
- дата и време тръгване на транспорта.

3.6. Стоките ще бъдат изпратени на Купувача след получаване на 100 % плащане за стоките, доставяни по всяка конкретна доставка по настоящия договор.

## 4. ЦЕНА И ОБЩА СУМА НА ДОГОВОРА

4.1. Цената на Стоките определена в Приложение № 1 и включва стойността на Стоките, опаковка, маркировка, митническо оформяне съгласно условията FCA/FOB в съответствие с условия ИНКОТЕРМС 2000.

4.2. Цената на отделните Стоки по Договора се определят съгласно индивидуалните цени, посочени в Приложение № 1 към него, а общата цена по договора представлява аритметичния сбор на всички стоки, умножени по индивидуалните им цени.

4.3. Валута на договора – американски долари.

## 5. УСЛОВИЯ НА ПЛАЩАНЕ

5.1. Плащанията на Стоките доставяни по настоящия Договор ще се извършват в американски долари.

5.2. В рамките на 10 дни от датата на влизане в сила на настоящият Договор, Купувача заплаща 50 % от общата стойност на „Стоките".

5.3. Плащане съгласно п. 5. 2. Ще се извърши след предоставяне на Купувача на следните документи:
- фактура, написана от Продавача на английски език, в която е посочен номера на договора и сумата, която трябва да бъде платена на Продавача;
- писменно уведомление за влизане на Договора в сила.

5.4. В течение на 10 дни след подписване на Акта за техническа инспекция, Купувача заплаша оставащите 50 % от общата стойност на Стоките за всяка конкретна доставка чрез банков превод по сметката на Продавача срещу

3.4. The date of loading will be considered as a date of delivery.

3.5. Not later than 15 days prior to shipment, Buyer shall inform the Seller about:
- type of transport and Carrier data;
- date and time of the transport departure.

3.6. The Goods will be delivered to the Buyer after receiving of 100 % payment for the Goods for each particular delivery under this Contract.

## 4. PRICE AND TOTAL SUM OF THE CONTRACT

4.1. The price of the Goods is stipulated in Annex # 1 and includes the cost of Goods, packing, marking, custom clearance on conditions FCA/FOB according to INCOTERMS 2000.

4.2. The individual prices of each specific item of Goods under this Contract is as shown in Annex # 1 to this Contract, and the total price of the Contract shall be the aritmetical sum of all Goods to be delivered multiplied by their individual prices.

4.3. Currency of the contract – US dollars.

## 5. TERMS OF PAYMENT

5.1. Payments for the Goods, which are delivered under present Contract, shall be made in US dollars.

5.2. Within 10 days after the date when the present contract comes into force, the Buyer shall pay 50 % of the total amount of the "Goods".

5.3. Payment according to the paragraph 5. 2. shall be done after provision to the Buyer the following documents:
- invoice, written by Seller in English with indication of number of the contract and sum to be paid by Seller;

- written notification that Contract has came into force. After authority for the country of export release the export license to the for the county and city of buyer ( the authority were signed the end user certificate from Tripoli – Libya)

5.4. Within 10 days after signing the inspection certificate, the Buyer shall pay 50 % of the total amount of the "Goods" for each particular delivery by TT (telegraphic transfer) to the Seller's account against the following documents:

2

Ghanem_00000241

следните документи:
- фактура, написана от Продавача на английски език, в която е посочен номера на договора и сумата, която трябва да бъде платена;
- акт за техническа инспекция (1 оригинал).
5.5. Всички банкови разходи на територията на Продавача ще се заплащат от Продавача, на територията на Купувача – от Купувача. Разходите за кореспондентските банки се заплащат от Продавача.

- invoice, written by Seller in English with indication of number of the contract and sum to be paid;
- Iinspection certificate (1 original).

5.5. All banking charges on the territory of the Seller shall be borne by the Seller, on the territory of the Buyer – by the Buyer. The charges of the correspondent banks shall be borne by the Seller.

## 6. УСЛОВИЯ ЗА ИНСПЕКЦИЯ

6.1. Купувача извършва инспекция на Стоките по качество и количество на територията на Продавача, с последващо изготвяне на Акт за инспекция.
6.2. Актът за инспекция се подписва в 4 екземпляра (2 - за Продавача и 2 - за Купувача).
6.3. Не по-късно от 15 дни преди датата на инспекцията Продавача оповестява купувача за готовноста на Стоките за инспекция.
6.4. Не по-късно от 15 дни преди датата цитирана в п. 6. 3 Купувачът известява Продавача за персоналните данни и датата на пристигане на своите представители.
Купувачът ще започне инспекцията на Стоките не по-късно от датата указана в съобщението по п. 6. 3.
Представителите на Купувача трябва да имат официални документи, потвърждаващи правото им да подпишат Акта за инспекция.
6.5. Всички разходи свързани с пристигането и пребиваването на представителите на Купувача на територията на Продавача са за сметка на Купувача.

## 6. THE CONDITIONS OF INSPECTION

6.1. The Buyer shall make the inspection of the Goods in respect to quality at the Seller's facilities with drawing up the inspection certificate.
6.2. The inspection certificate shall be signed in 4 copies (2 - for the Seller and 2 - for the Buyer).
6.3. The Seller shall notify the Buyer about readiness of the Goods for inspection not less than 15 days prior to the date of the inspection.
6.4. The Buyer shall notify the Seller about personal details and date of arrival of its Representatives not less than 10 days prior to the date indicated in clause 6. 3.
The Buyer shall start the inspection of the Goods not later than on the date indicated in the notification according to Para. 6. 3.
The Buyer's Representatives shall have formal documents confirming their right to sign the Certificate.
6.5. The Buyer shall bear all the expenses connected with arrival and stay of the Buyer's Representatives with regard to the inspection.

## 7. ОПАКОВКА И МАРКИРОВКА

7.1. Опаковката на Стоките, доставяни по настоящият Договор, трябва да съответства на изискванията на техническата документация на завода-производител, за тези Стоки.

## 7. PACKING AND MARKING

7.1. The packing of the Goods delivered under the present Contract shall meet the requirements of manufacturer's technical documentation for this type of Goods.

## 8. ФОРС-МАЖОР

8.1. Страните се освобождават от отговорност за пълно или частично неизпълнение по настоящия договор, ако това неизпълнение е следствие на обстоятелства на непреодолима сила, включително но не само: пожар, наводнение, земетресение, военни действия, стачки, а също държавни и правителствени разпореждания и т. н., при условие че дадените обстоятелства непосредствено са повлияли на

## 8. FORCE MAJEURE

8.1. The Parties are released from responsibility for complete or partial nonfulfilment of their liabilities under the Contract if this non-fulfilment was caused by circumstances of force majeure including but not limited to: fire, flood, earthquake, military actions, strikes as well as State and Governmental orders and so on, provided these circumstances have directly affected the fulfilment of the present Contract. In

3

изпълнението на настоящия договор. В този случай срока на договора се удължав с времето на действия на тези обстоятелства.

Свидетелство, издадено от съответните органи на местната власт е достатъчно за потвърждаване на посочените обстоятелства и сроковете на действието им.

8.2. Станата, която не може да изпълни своите задължения поради тези обстоятелства е длъжна да съобщи на другата страна не по-късно от 7 дни, в писмена форма. Ненавременното съобщаване за обстоятелства за непреодолима сила лишава съответната страна от правото да се позовава на тях за оправдание.

8.3. Ако посочените обстоятелства продължат повече от три месеца, всяка от страните има право да анулира целия договор или част от него, без право да претендира за компенсиране на понесените (причинените) загуби.

### 9. САНКЦИИ

9.1. В случай на нарушение сроковете за плащане, определени Раздел 5 от настоящия договор, Купувачът заплаща неустойка в размер от 0,05 % от сумата на съответното плащане, за всеки ден просрочие, но не-повече от 5 % от общата стойност на договора.

9.2. В случай на нарушение на сроковете на доставка, съгласно п. 3. 2. от настоящия договор по вина на Продавача то той заплаща неустойка, в размер на 0,05% от стойноста на Стоките, за Товара, за всеки ден просрочие, но не-повече от 5% от общата стойност на Стоките.

9.3 заплащането на наказателните санкции не освобождава страните от изпълнение на своите договорни задължения.

### 10. РЕКЛАМАЦИИ

10.1. В случаите, когато в течение на гарантийния срок възникне неизправност по вина на Продавача, той е длъжен да я отстрани за своя сметка. Задълженията на Продавача се ограничават до ремонт или еквивалентна замяна, по избор и съгласуване с Купувача, на дефекните възли, агрегати или детайли, по отношение на които се докаже, че дефекта е възникнал по вина на Продавача. При това на възстановеното изделие се назначава остатъка от първоначалния срок на гаранцията.

this case the time of fulfilment will be extended for the period equal to that during which these circumstances last.

The evidence issued by the relevant local authorities will be a sufficient proof of the existence and duration of the above indicated circumstances.

8.2. The Party that cannot fulfil its liabilities due to these circumstances is to notify in written form the other Party within 7 days. An untimely notification of force majeure circumstances deprives the corresponding Party of the right to refer to them for justification.

8.3. If the above-mentioned circumstances last longer than three months, then either Party is entitled to cancel the whole Contract or a part of it without the right to demand for compensation of suffered (caused) losses.

### 9. SANCTIONS

9.1. In case of breaking the terms of payment stipulated in Article 5 of the present Contract, BUYER shall pay the penalty being equal 0,05 % of the sum of the relevant payment for each day of delay, but not more than 5 % of the total amount.

9.2. In case of breaking the term of delivery stipulated in Article 3. 2 of the present Contract through Seller's fault, Seller shall pay the penalty being equal 0,05 % of the price for the proper event for each day of delay, but not more than 5% of the total sum of Goods.

9.3. Payment of penalty does not make Parties free from execution of the Contract's obligations.

### 10. CLAIMS

10.1. Shall during the guarantee period any defect appear through the Seller's fault the Seller undertakes to eliminate it at his expense. The obligations of the Seller in this case shall be restricted to repairing or adequate replacement of the defected components, aggregates and assemblies in respect of which the evidence of Seller's fault is to be presented, at the Buyer's expense and agreement. The repaired components shall obtain the remaining of primary assigned time life.

4

Ghanem_00000241

10.2. Рекламации могат да бъдат предявявани по отношение на качество и количество но Стоките, в случай че не съответстват на качеството и количеството, определени от настоящия договор.

10.3. Рекламации по отношение на качеството могат да бъдат предявявани по време на гаранционния срок, предвиден в точка 2.3 от настоящия договор. Купувачът е длъжен да изпрати рекламацията с всичката необходима информация не по-късно от 4 (четири) дни от датата на откриване на дефекта, и при поискване от Продавача да изпрати до 25 (двадесет и пет) дни рекламираното имущество за проверка в страната на Продавача.

Рекламации по отношение на количеството могат да бъдат предявявани до 30 дни от датата на доставка.

10.4. Рекламациите се изготвят на български и/или на английски езици и трябва да се изпратят чрез официална поща, факс или и-мейл. Дата на предявяване на рекламацията се счита датата на получаваното и от Продавача.

Продавача има право да провери основанието за рекламация на място, чрез свой представител. Продавача ще разгледа рекламацията в рамките на 60 дни.

10.5. В случай на изтичани на горецитираните дати или в случай на нарушаване от Купувача на сроковете посочени в точка 10.3, Продавача няма да приеме рекламациите. Ако, след преглед, дефекното изделие е годно за употреба, Купувача ще покрие транспортните разходи до страната на Продавача и обратно. В случай, че след преглед на дефектното изделие се установи, че то е неизправно по вина на Продавача, Продавача ще покрие транспортните разходи до страната на Продавача и обратно.

## 11. АРБИТРАЖ

11.1. Всички спорове между Страните, които са възникнали при изпълнение на настоящият Договор и/или във връзка с него, ще се решават по пътя на преговори.

11.2. В случай, че Страните не постигнат съгласие при решаване на въпроса, причина за възникване на разногласие, то след писмена констатация, разногласието се предават в Арбитражния съд към Българската търговско-промишлена палата в Гр. София, България, при прилагане на неговите правила. Арбитражът се провежда на Английски език при приложимост

10.2. Claims may be submitted in respect of quality and quantity, in case of its non-correspondence to the quality and quantity under the present contract.

10.3. Claims in respect of quality may be submitted within the guarantee period stipulated in clause 2.3. of the present contract. The Buyer undertakes to send reclamation with all necessary information not later than 4 (four) days from the date of detection of the defects and to send upon the Seller's request the defective goods to the country of the Seller for inspection within 25 days (twenty five) days.

Claims in respect of quantity may be submitted within 30 days from the date of delivery

10.4. Claims are prepared by Bulgarian and/or English and have to be submitted by registered mail, fax or e-mail. The date of the claim shall be considered the date upon which it is received by the Seller.

The Seller has the right to check up the basis of the claim on the spot through his representative. The Seller shall examine the claim within 60 days.

10.5. After the expiration of the above stated dates or in case of violation by the Buyer of the terms stipulated in clause 10.3., no claims shall be accepted by the Seller. Shall the defective item after the inspection be found fit for service, the Buyer covers transportation expenses of the item to the Seller's country and back. Should the defective item after the inspection be found defective due to Seller's fault, the Seller covers all the expenses related to shipping the item to the Seller's country and back.

## 11. ARBITRATION

11.1. Any disputes between the Parties arising from the present Contract and/or in connection with it shall be settled through negotiations between the parties.

11.2. In case if the Parties do not reach an agreement in settling an issue causing the dispute, after the written establishment, the differences will be forwarded to the Arbitration Court part of the International Chamber of Commerce in Sofia Bulgaria under its conditions and terms of arbitration. Arbitration shall be in English language and under Bulgarian law.

Ghanem_00000241

Ghanem_Sentencing_00000134

на Българското право.

11.3. Решението арбитража е окончателно и задължително за двете Страни.

11.4. Разходите по арбитража са за сметка на загубилата страна.

## 12. ДРУГИ УСЛОВИЯ

12.1. настоящият договор влиза в сила от датата на получаване на съответните разрешения от Държавната комисия за експортен контрол.

12.2. В течение на 10 дни от момента на подписване на настоящия договор Купувача ще предостави на Продавача „Сертификат за краен потребител", в който трябва да се съдържат задължения Стоките да не се ре-експортират и да не се предават на когото и да, освен на крайният потребител, без съгласието на Държавната комисия за експортен контрол. Този документ трябва да бъде издадено от упълномощен държавен орган.

12.3. Получател и краен потребител на Стоките се явява Министерството на отбраната на Либия.

12.4. Купувача гарантира, че Стоките няма да се ре-експортират или предават на никого, освен на крайния потребител без разрешението на Държавната комисия за експортен контрол.

12.5. В рамките на  30 дни след доставка на Стоките в страната на крайният потребител, Купувачът се задължава да представи на Продавача Сертификат, потвърждаващ доставката (Приложение № 2). Този документ трябва да бъде заверен от упълномощен държавен орган.

12.6. Всички допълнения и изменения към договора се считат за действителни, ако са направени в писмена форма и подписани от двете Страни. Всички, надлежно подписани допълнения към настоящия договор се считат за неотменна част от него.

12.7. Купувачът е длъжен да осигури, за своя сметка, всички вносни лицензи и разрешения, необходими за внос на Стоките в Страната на назначение.

12.8. Нито една от Станите не може да предава своите права и задължения, които произтичат от този договор на трета страна без писмено съгласуване с другата Стана.

12.9. След подписване на настоящия договор всички предшестващи преговори и кореспонденция губят сила.

11.3. The resolution of the arbitration award shall be final and binding upon both Parties.

11.4. The arbitration fee shall be borne by the losing Party.

## 12. MISCELLANEOUS

12.1. The present Contract comes into force since the date of obtaining the appropriate permission of State Committee for Export Control.

12.2. Within 10 days since the signing of the present Contract, Buyer provides to the Seller with "End User Certificate" which must content warrants that Goods will not be re-exported or transferred to somebody except the end-user without a permission of the State Committee for Export Control. This document must be issued by authority state structure.

12.3. Receiver and End-user of the Goods is the Ministry of Defense of Libya.

12.4. The Buyer guarantees that the Goods will not be reexported or diverted to anyone else, except the End User without a permission of the State Committee for Export Control.

12.5. Within 30 days since the date of delivery of the Goods to End User's country, Buyer shall provide the Seller with "Certificate of Delivery" (Annex # 2). This document must be attested by authority state structure.

12.6. All additions and amendments to this Contract shall be considered as valid if they are made in written form and signed by both Parties. All the duly signed additions to the present Contract shall be considered as its integral part.

12.7. The Buyer shall provide, at its own expense, all import licences and permits required for import of the Goods to the country of destination.

12.8. Neither Party is entitled to transfer its rights and obligations under the present Contract to a third party without prior written consent of the other Party.

12.9. After the present Contract has been signed, all previous negotiations and correspondence pertaining to it become null and void.

6

| | |
|---|---|
| 12.10. Настоящия Договор действа до изпълнение на всички поети от Страните задължения. | 12.10. This Contract is valid till the Parties fulfil all the assumed obligations. |
| 12.11. Настоящия Договор е подписан в два екземпляра на български и английски език по 1 екземпляр за всяка Страна, идентични и имащи еднаква сила. | 12.11. The present Contract is signed in 2 copies in Bulgarian and English, one for either Party, authentic and equal in force. |

| 13 АДРЕСИ НА СТРАНИТЕ | 13. ADDRESSES OF THE PARTIES |
|---|---|
| **ПРОДАВАЧ**: | **SELLER**: |
| **ХАН АСПАРУХ ТРЕЙД ЕООД** БЪЛГАРИЯ 9300, гр. Добрич ул. Цанко Церковски, 3 ДДД № BG 201264962 Тел.: +359 58 604948 Факс: +359 58 604948 E-mail: khanastrade@gmail.com | **KHAN ASPARUH TRADE Ltd.** BULGARIA, 9300 Dobrich, 3, Tsanko Tserkovski Str. VAT No.: BG 201264962 Phone No.: +359 58 604948 Fax No.: +359 58 604948 E-mail: khanastrade@gmail.com |
| **Банка на Продавача:** АЛФА БАНК БЪЛГАРИЯ Офис Добрич 1 | **Bank of the Seller:** "ALPHA BANK" – BULGARIA BRANCH, OFFICE DOBRICH 1 |
| IBAN: BG61CRBA98981230019099 (ам. дол.) | IBAN: BG61CRBA98981230019099 (USD) |
| **КУПУВАЧ:** … … … … … … … … … … … … … … … … … … … … … … … … | **BUYER:** … … … … … … … … … … … … … … … … … … … … … … … … … … … … … … |

| | |
|---|---|
| **Приложение № 1:** **Спецификация за доставка** | **Annex # 1:** **Delivery specification** |
| **Приложение № 2:** **Акт за инспекции** | **Annex # 2:** **Inspection Certificate** |
| **Приложение № 3:** **Сертификат за потвърждаване на доставка (образец)** | **Annex # 3:** **Delivery verification certificate (specimen)** |

| ПРОДАВАЧ | КУПУВАЧ |
|---|---|
| **SELLER** | **BUYER** |

7

Ghanem_00000241

8

Ghanem_00000241

ПРИЛОЖЕНИЕ № 1

към ДОГОВОР № ……………………….

от ___.___. 2014 г.

ANNEX # 1

to the CONTRACT №

………………………….

dd. _____ 2014

## Delivery specification

### Спецификация за доставка

| № Nos. | Наименование Description | Кол-во (бр.) QTY (pc) | Цена за ед. (ам. дол.) Price per unit (USD) | Сума (ам. дол.) Amount (USD) |
|---|---|---|---|---|
| 1 | Боеприпас 23 мм Ammunition 23 mm | 500,000 | 15,00 | 7 500 000,00 |
| 2 | Боеприпас 14,5 мм Ammunition 14.5 mm | 500,000 | 7,50 | 3 750 000,00 |
| 3 | Боеприпас 7.62x54 мм ПКТ Ammunition 7.62x54 mm PKT | 500,000 | 200/1000 | 100 000,00 |
| 4 | Минохвъргачен изстрел 81 мм Mortar round 81 mm | 3,000 | 139,00 | 417 000,00 |
| 5 | Минохвъргачен изстрел 120 мм Mortar round 120 mm | 1,000 | 295,00 | 295 000,00 |
| 6 | Ракета 130 мм Rocket 130 mm | 500 | 3350,00 | 167 500,00 |
| 13 | Противотанкова ПУ  9П135М-М1 Antitank Launcher 9P135M-M1 | 20 | 49 000,00 | 980 000,00 |
| 14 | Ракета за ПУ  9П135М-М1 Missiles Antitank Launcher  9P135M-M1 | 200 | 19 800,00 | 3 560 000,00 |
| 15 | Лазерен далекомер Laser Range Finder | 20 | 27 000,00 | 540 000,00 |
| 16 | Снайпер до 2 000 м Sniper for 2,000 m | 20 | 5900,00 | 118 000,00 |
| 24 | 30 мм гранатохвъргачка АГС – 17 AGS – 17 30 mm grenade Launchers | 16 | 27 200,00 | 435 200,00 |
| | Всичко/Total: **17 862 700,00** ам. дол. / USD | | | |

ПРОДАВАЧ
**SELLER**

КУПУВАЧ
**BUYER**

_____

_____

9

Ghanem_00000241

Ghanem_Sentencing_00000138

| | |
|---|---|
| ПРИЛОЖЕНИЕ № 2 | ANNEX # 2 |
| към ДОГОВОР № …………………… | to the CONTRACT № …………………………… |

от ___.___. 2014 г.                    dd. _____ 2014

### Акт за инспекция

### Inspection Certificate

Упълномощените представители:
На Продавача – _____,
действащи на основание _____;
На  Купувача  –  _____,
действащи на основание _____;

Representatives of the:
Seller - _____, acting on the basis
_____;
Buyer - _____, acting on the basis
_____;

съставиха настоящия АКТ ЗА ИНСПЕКЦИЯ на
Стоките и потвърждават, че стоките напълно
отговаря на условията на договор
№ _____,

made this Inspection Certificate to certify that the
Goods fully corresponds to the conditions of the
Contract No _____

| № No. | Наименование Description | Количество, бр. Quantity, pcs. |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

Дата :_____
Техническото  състояние  на  стоката  напълно
удовлетворява изискванията на Купувача.

Date: _____
The  technical  condition  of  the  Goods  fully
satisfies the Buyer's requirements.

Настоящият Акт за инспекция е съставлен в
четири екземпляра (два екземпляра за Продавача,
два - за Купувача) и се явява основание за
разплащане по договор № ……………………….
от __.__.2014 г.

The present Inspection Certificate has been made
in four copies (two for the Seller, two for the
Buyer) and is the basis for payment under the
Contract № ……………………. dd. __,__, 2012.

Представител на Продавача

Representative of the Seller

Представител на Купувача

Representative of the Buyer

_____

_____

10

Ghanem_00000241

| ПРИЛОЖЕНИЕ № 3 | ANNEX # 3 |
|---|---|

**ПРИЛОЖЕНИЕ № 3**

към ДОГОВОР № ...........................

**ANNEX # 3**

to the Contract No ..........................

от ___.___. 2014 г.

dd. _____ 2014

*ОБРАЗЕЦ*
*SPECIMEN*

**СЕРТИФИКАТ ЗА ДОСТАВКА**        **CERTIFICATE OF DELIVERY**

| С настоящото потвърждаваме, че Стоките доставяни в съответствие с договор № _____ от «___» _____ 2014 г. са доставени на крайния потребител _____ _____ *(Наименование на крайния потребител и неговия адрес).* | Hereby we confirm that Goods, which had been shipped under Contract № _____ dd. _____, was delivered to the end user _____ _____ *(Name and address of the End-User).* |
|---|---|

От името на Купувача
**On behalf of the Buyer**

От името на държавният орган, издаващ
**Сертификата за краен потребител**
**On behalf of the governmental body issued**
**the End User Certificate**

_____
(подпис/печат)
(signature/stamp)

_____
(подпис/печат)
(signature/stamp)

**Отметка на митническата служба**
**Marks of the Customs Services**

_____
(подпис/печат)
(signature/stamp)

11

Ghanem_00000241

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   518

DATE _____IDEN.

DATE_____EVID.

BY _____
            DEPUTY CLERK
AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|---|---|
| **Sent:** | Sunday, December 7, 2014 3:37 PM |
| **To:** | gerton.businessllp@gmail.com |
| **Subject:** | FW: |
| **Attach:** | IMG_0023.JPG; IMG_0024.JPG; IMG_0025.JPG |

-----Original Message-----
From: Rami Ghanem [mailto:ramithe@gmail.com]
Sent: Monday, December 8, 2014 12:44 AM
To: Rami Ghanem
Subject:







Ministry of Defense

8628 - 57

...18./...11.../2014

## End User Certificate

| 1. Country of ultimate destination | LIBYAN STATE | |
|---|---|---|
| 2. Name, address, telephone and fax numbers, e-mail address of the End User | Ministry of Defense of Republic of LIBYA<br>Tripoli - Libya | |
| 3. Description of goods, quantity, description | | |

| No | (Description of Goods) | (Quantity) pes |
|---|---|---|
| 1 | Ammunition 23 mm | 5,000,000 |
| 2 | Ammunition 14.5 mm | 5,000,000 |
| 3 | Ammunition 54x7.62BKT mm | 5,000,000 |
| 4 | Mortar rounds 81 mm | 12,000 |
| 5 | Mortar round 120mm | 12,000 |
| 6 | Cannon shell 106 mm | 15,000 |
| 7 | Rocket 130 mm | 10000 |
| 8 | Rocket 107 mm | 10000 |
| 9 | Belts for ZU-23mm | 500 m |
| 10 | Belts for ZU-14.5 | 500 m |



www.defense.gov.ly





**Ministry of Defense**

| 11 | GRAD 122 MM | 10,000 |
|---|---|---|
| 12 | Ammunition 12.7 | 3,000,000 |
| 13 | Anti-tank Konkurs launcher 9p135m-m1 | 150 |
| 14 | Missiles Anti-tank Konkurs launcher 9p135m-m1 | 1500 |
| 15 | Laser range finder | 200 |
| 16 | Sniper for 2000 m | 100 |
| 17 | Rocket launchers for MI-24 | 16 |
| 18 | AT-2swatter | 2500 |
| 19 | AT-6 spiral missiles | 2500 |
| 20 | 57 mm Rocket | 1000 |
| 21 | 80 mm Rocket | 1000 |
| 22 | 130 mm Rocket | 1000 |
| 23 | 240 mm Rocket | 1000 |
| 24 | AGS-17<br><br>30 mm Grenade launchers | 16 |

**4. Description of final use (purpose):**

**The goods will be used by the Government of Libya, under the supervision of the Ministry of Defense of  to keep security in the country**

5. Name, address, telephone and fax numbers, and e-mail address of the supplier:

Gateway to MENA for Logistics Services, represented by Mr. Rami Ghanem having their address in

Behind ABC Bank. Al-Shmeisani, Abdul Al-Rahim Al- Waked St. - Shmeisani. Bldg. No. 42. P.O. Box 830589. Amman-11183 Jordan. Telphone +201127999552. +962795569299. E-mail address: ramithe@gmail.com

Supplier have power of attorny from the buyer to authrise lockal companies mintioned in the list below to sign all related documints to help in optaning the required export licences.






التاريخ / ........
Date

الموافق ...... / ...
رقم الإشاري:و.د/
Ref.Number

**Ministry of Defense**

رئاسة مجلس الوزراء
وزارة الدفاع
ديوان الوزارة

**Statement of the end-user.**

We certify that we are the end-user and importer of the goods/technologies referred to in item 3. Except as authorized by prior written approval of the export control authority of the following Governments: Montenegro, Hungary, Ukraine, Poland, Belarus, Serbia, Bosnia, Slovenia, Croatia, Slovakia, Romania, Estonia we undertake not to: (1) re-export, (2) sell, (3) lend to any other person or otherwise dispose of the goods/technologies referred to in this document outside the country of end user. This refers also to spare parts, specialist tools, documentation, technical support and operating manuals necessary for the after-sales support.

A relevant Delivery Verification Certificate will be present to the Supplier for each individual shipment, within 30 days from the date of its receipt.

...............................................
/Name and position of the signer/

**Stamp/ Date**

CASE NO.   CR 15-0704 (A)-SJO

_____UNITED STATES OF AMERICA_____
VS. _____GHANEM_____

PLAINTIFF'S EXHIBIT    519

DATE _____IDEN.

DATE_____EVID.

BY _____
            DEPUTY CLERK
AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|---|---|
| Sent: | Thursday, January 15, 2015 6:08 AM |
| To: | Fakroun <fakrun1@gmail.com> |
| Subject: | Draft2 (Autosaved).docx |
| Attach: | Draft2 (Autosaved).docx |

| No | (Description of Goods) | (Quantity) pes |
|---|---|---|
| 1 | Ammunition 23 mm | |
| 2 | Ammunition 14.5 mm | |
| 3 | Ammunition 54x7.62PKT  mm | |
| 4 | *Cannon shell 106 mm* | |
| 5 | Rocket 130 mm | |
| 6 | Rocket 107 mm | |
| 7 | Belts for ZU-23mm<br>500 قطعه  50 طلقه كل قطعه | |
| 8 | Belts for ZU-14.5<br>500 قطعه  50 طلقه كل قطعه | |
| 9 | GRAD 122 MM | |
| 10 | Ammunition 12.7 | |
| 11 | 30 mm Ammunition | |

CASE NO.  CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.  GHANEM

PLAINTIFF'S EXHIBIT  520

DATE _____ IDEN.

DATE _____ EVID.

BY _____
DEPUTY CLERK
AO 386

| From: | Abdul Salam <fakrun1@gmail.com> |
| Sent: | Thursday, January 15, 2015 6:34 AM |
| To: | Rami Ghanem <ramithe@gmail.com> |
| Subject: | Re: Draft2 (Autosaved).docx |

1- 1.5m
2- 1.5m
3--1m

Sent from my iPad

On 152015/01/, at 4:07 م, Rami Ghanem <ramithe@gmail.com> wrote:

<Draft2 (Autosaved).docx>

CASE NO.  CR 15-0704 (A)-SJO

     UNITED STATES OF AMERICA
VS.    GHANEM

PLAINTIFF'S EXHIBIT    521

DATE _____ IDEN.

DATE_____ EVID.

BY _____
          DEPUTY CLERK
AO 386

| From: | Abdul Salam <fakrun1@gmail.com> |
|-------|--------------------------------|
| **Sent:** | Thursday, January 15, 2015 6:36 AM |
| **To:** | Rami Ghanem <ramithe@gmail.com> |
| **Subject:** | Re: Draft2 (Autosaved).docx |

3-5K
4-3k
5-3K
6 - 500 meter long
7- 500 meter long


Sent from my iPad

On 152015/01/, at 4:07 م, Rami Ghanem <ramithe@gmail.com> wrote:


<Draft2 (Autosaved).docx>

CASE NO.   CR 15-0704 (A)-SJO

_____UNITED STATES OF AMERICA_____
VS. _____GHANEM_____

PLAINTIFF'S EXHIBIT _____522_____

DATE _____IDEN.

DATE_____EVID.

BY _____
                DEPUTY CLERK
AO 386

| From: | Abdul Salam <fakrun1@gmail.com> |
| Sent: | Thursday, January 15, 2015 6:38 AM |
| To: | Rami Ghanem <ramithe@gmail.com> |
| Subject: | Re: Draft2 (Autosaved).docx |

9- 3K
10- 1m
11- 100000 with belt included

Sent from my iPad

On 152015/01/, at 4:07  م, Rami Ghanem <ramithe@gmail.com> wrote:

    <Draft2 (Autosaved).docx>

CASE NO.    CR 15-0704 (A)-SJO
          UNITED STATES OF AMERICA
VS.      GHANEM

PLAINTIFF'S EXHIBIT      523

DATE                              IDEN.

DATE                              EVID.

BY
          DEPUTY CLERK
AO 386

| From: | salam fakroun <fakrun1@gmail.com> |
|---|---|
| Sent: | Thursday, January 15, 2015 8:10 AM |
| To: | Rami Ghanem <ramithe@gmail.com> |
| Subject: | Re: Draft2 (Autosaved).docx |
| Attach: | 106 machine.jpg; 107b.jpg; 107a; 106c |

2015-01-15 17:42 GMT+03:00 Abdul Salam <fakrun1@gmail.com>:

اذا واضحات ابلغني الايميل الثاني ييداء برقم ؟

Sent from my iPad

On 152015/01/, at 4:07 م, Rami Ghanem <ramithe@gmail.com> wrote:


      <Draft2 (Autosaved).docx>


--
Abdul Salam
Misurata-Libya



Ghanem_00000241



CASE NO.   CR 15-0704 (A)-SJO

_____UNITED STATES OF AMERICA_____
VS. _____GHANEM_____

PLAINTIFF'S EXHIBIT      524

DATE _____ IDEN.

DATE_____ EVID.

BY _____
          DEPUTY CLERK
AO 386

| | |
|---|---|
| **From:** | Rami Ghanem <ramithe@gmail.com> |
| **Sent:** | Thursday, January 15, 2015 1:41 PM |
| **To:** | office@michaelschoenberg.at |
| **Subject:** | Required items |
| **Attach:** | Draft2 (Autosaved).docx |

Dear Sir,

I was requested by our friend in Vienna to send you the attached list required for our government in Tripoli – Libya, please see attached file and let me know if you can work with us for such a supply.

Hoping to hear back from you soon.

Best Regards

### *Rami Ghanem*

### *Gateway to MENA. (GTM)*

**Egypt Office**
Complex 122, Building 16, Apartment 42
Al Rehab City, Cairo  Egypt
Iternational #: +37282432246
Telephone# 00201127999552
**Jordan Office**

Tel: 962 6 5685624
Fax: 962 6 5685625
**ramithe@gmail.com**  or  rami@caravaname.com
US Telephone: 772 675-4363    Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive

Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

| No | (Description of Goods) | (Quantity) pes |
|---|---|---|
| 1 | Ammunition 23 mm | 1400000 |
| 2 | Ammunition 14.5 mm | 1500000 |
| 3 | Ammunition 54x7.62PKT  mm | 1000000 |
| 4 | *Cannon shell 106 mm* | 3000 |
| 5 | Rocket 130 mm | 3000 |
| 6 | Rocket 107 mm | 3000 |
| 7 | Belts for ZU-23mm  50 Rounds each section  / 500 section.. total | 500 meter long |
| 8 | Belts for ZU-14.5  50 Rounds each section  / 500 section.. total | 500 meter long |
| 9 | GRAD 122 MM | 3000 |
| 10 | 30 mm Ammunition | 100000 with belt |

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA

VS.   GHANEM

PLAINTIFF'S EXHIBIT   525

DATE _____ IDEN.

DATE_____ EVID.

BY _____
                    DEPUTY CLERK

AO 386

| | |
|---|---|
| **From:** | Rami Ghanem <ramithe@gmail.com> |
| **Sent:** | Thursday, January 15, 2015 2:04 PM |
| **To:** | sandro.k.64@gmail.com |
| **Subject:** | Draft2 (Autosaved).docx |
| **Attach:** | Draft2 (Autosaved).docx |

Ghanem-00072443

| No | (Description of Goods) | (Quantity) pes |
|----|------------------------|----------------|
| 1 | Ammunition 23 mm | 1400000 |
| 2 | Ammunition 14.5 mm | 1500000 |
| 3 | Ammunition 54x7.62PKT  mm | 1000000 |
| 4 | *Cannon shell 106 mm* | 3000 |
| 5 | Rocket 130 mm | 3000 |
| 6 | Rocket 107 mm | 3000 |
| 7 | Belts for ZU-23mm 50 Rounds each section  / 500 section.. total | 500 meter long |
| 8 | Belts for ZU-14.5 50 Rounds each section  / 500 section.. total | 500 meter long |
| 9 | GRAD 122 MM | 3000 |
| 10 | 30 mm Ammunition | 100000 with belt |

CASE NO.    CR 15-0704 (A)-SJO

        UNITED STATES OF AMERICA
VS.      GHANEM

PLAINTIFF'S EXHIBIT      526

DATE                          IDEN.

DATE                          EVID.

BY
            DEPUTY CLERK
AO 386