| From: | Rami Ghanem <ramithe@gmail.com> |
|-------|--------------------------------|
| Sent: | Friday, January 16, 2015 5:53 AM |
| To: | Yuriy Kryzhalko <ykr0007@gmail.com> |
| Subject: | New EUC Required items |
| Attach: | Draft2 (Autosaved).docx |

Dear Yuriy ,

As per to our meeting of today please see attached file for the items we are looking to get the new EUC as we discussed, please see attached  file for the items we are looking to have, please let me know what's next.

Regards

Hoping to hear back from you soon.

Best Regards

## Rami Ghanem

## Caravana Middle East CME
Behind ABC Bank, Al-Shmeisani
Abdul Al-Rahim Al- Waked St. – Shmeisani. Bldg. No. 42
P.O. Box 830589
Amman-11183 Jordan
Tel: 962 6 5685624 Ext.104
Fax: 962 6 5685625   Mobile: Iternational #: +37282432246
ramithe@gmail.com  or  rami@caravaname.com
US Telephone: 772 675-4363    Skype Address: caravaname

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel

Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

Ghanem_00000241

| No | (Description of Goods) | (Quantity) pes |
|---|---|---|
| 1 | Ammunition 23 mm | 1400000 |
| 2 | Ammunition 14.5 mm | 1500000 |
| 3 | Ammunition 54x7.62PKT  mm | 1000000 |
| 4 | *Cannon shell 106 mm* | 3000 |
| 5 | Rocket 130 mm | 3000 |
| 6 | Rocket 107 mm | 3000 |
| 7 | Belts for ZU-23mm  50 Rounds each section  / 500 section.. total | 500 meter long |
| 8 | Belts for ZU-14.5  50 Rounds each section  / 500 section.. total | 500 meter long |
| 9 | GRAD 122 MM | 3000 |
| 10 | 30 mm Ammunition | 100000 with belt |

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.    GHANEM

PLAINTIFF'S EXHIBIT    527

DATE _____ IDEN.

DATE_____ EVID.

BY _____
        DEPUTY CLERK

AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|---|---|
| Sent: | Tuesday, January 20, 2015 3:01 AM |
| To: | ykr0007@gmail.com |
| Subject: | FW: Draft2 (Autosaved).docx |
| Attach: | Draft2 (Autosaved).docx |

Dear Yuriy,

Please see attached file for the list of items we are looking to have the EUC from the country of N.

Thanks & Regards

**Rami Ghanem**

**Caravana Middle East CME**

Behind ABC Bank. Al-Shmeisani
Abdul Al-Rahim Al- Waked St. - Shmeisani. Bldg. No. 42
P.O. Box 830589
Amman-11183 Jordan
Tel: 962 6 5685624 Ext.104
Fax: 962 6 5685625   Mobile: **Iternational #: +37282432246**
ramithe@gmail.com or rami@caravaname.com
US Telephone: 772 675-4363   Skype **Address: caravaname**

The information contained in this message is for the interded addressee only ard may contain confidential and/or privilged information. If you are not the intendec addressee, this message will self destruct so notify the sender do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

| No | (Description of Goods) | (Quantity) pes |
|----|------------------------|----------------|
| 1 | Ammunition 23 mm | 1400000 |
| 2 | Ammunition 14.5 mm | 1500000 |
| 3 | Ammunition 54x7.62PKT  mm | 1000000 |
| 4 | *Cannon shell 106 mm* | 3000 |
| 5 | Rocket 130 mm | 3000 |
| 6 | Rocket 107 mm | 3000 |
| 7 | Belts for ZU-23mm   50 Rounds each section  / 500 section.. total | 500 meter long |
| 8 | Belts for ZU-14.5   50 Rounds each section  / 500 section.. total | 500 meter long |
| 9 | GRAD 122 MM | 3000 |
| 10 | 30 mm Ammunition | 100000 with belt |

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   528

DATE _____ IDEN.

DATE_____ EVID.

BY _____
DEPUTY CLERK
AO 386

| **From:** | Rami Ghanem <ramithe@gmail.com> |
| **Sent:** | Tuesday, February 10, 2015 9:05 AM |
| **To:** | gerton.businessllp@gmail.com |
| **Subject:** | Emailing: LOI for Octopus for 23mm (S).pdf |
| **Attach:** | LOI for Octopus for 23mm (S).pdf |

Your message is ready to be sent with the following file or link
attachments:

LOI for Octopus for 23mm (S).pdf

Note: To protect against computer viruses, e-mail programs may prevent
sending or receiving certain types of file attachments. Check your e-mail
security settings to determine how attachments are handled.

 <<...>>



Date: Monday, February 9, 2015
Messrs.
**Octopus Consulting & Trading ltd**
**Ref N: B20150117-1EM**
**Attn.: Mr. Evgeni Malamud**

**Subject: Purchase Ammunition 23 mm.**

### L e t t e r   o f   I n t e n t

Dear Mr. Malamud,

We, the undersigned (Banari Sergiu, VP for business development,, address, Chisinau St. – Mit.Petru Movila 23/3 ap.6.Republic of Moldova -2008 tel: +37254311856., and e-mail ) info@gatewaymena.com on behalf of **Ministry of Defense of Republic of LIBYA**, with address    in Tripoli – Libya. Hereby state that we are interested, able and capable to purchase the following items:

1)

> **purchase ammunition 23 mm for the prices  $ 14.2**

2) Meantime we inform you that we are interested in purchasing the next
items :
   - 7,62*54 mm – 2 000 000 pcs.
   - 14,5 mm – 1 000 000 pcs.
   - 122 mm ( GRAD) – 5 000 pcs.
   Please provide us the information about the quantity you are able to
   deliver and prices you have at the moment

We remain with best regards.



Sergiu Banari

**4281 Express Lane. Suite L7503. Sarasota, Florida 34238**

Mob.: +962 777 100 577   -   +962 777 333 390    P.O Box 830589  Amman 11183    Email: aldaboubim@gmail.com

CASE NO.  CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.  GHANEM

PLAINTIFF'S EXHIBIT   529

DATE _____ IDEN.

DATE _____ EVID.

BY _____
DEPUTY CLERK
AO 386

| | |
|---|---|
| **From:** | Rami Ghanem <ramithe@gmail.com> |
| **Sent:** | Saturday, March 28, 2015 5:43 PM |
| **To:** | sandro.k.64@gmail.com |
| **Subject:** | Target prices.docx |
| **Attach:** | Target prices.docx |

| | Items 1-3 are the urgent requirements to be delivered within maximum 10 days | | |
|---|---|---|---|
| № Nos. | Наименование Description | Estimated Prices $ | Кол-во (бр.) QTY (pc) |
| 1 | Боеприпас 23 мм Ammunition 23 mm | 12.78 | 500,000 |
| 2 | Боеприпас 14,5 мм Ammunition 14.5 mm | 4.5 | 500,000 |
| 3 | Боеприпас 7,62х54 мм ПКТ Ammunition 7.62x54 mm PKT | .25 | 1,000,000 |
| | Items 1 -12 are the 2nd urgent requirement to be delivered within 30 days | | |
| 1. 4 | Миохвъргачен изстрел 81 мм Mortar round 81 mm | 280 | 3,000 |
| 2. 5 | Миохвъргачен изстрел 120 мм Mortar round 120 mm | 390 | 1,000 |
| 3. 6 | Ракета 130 мм Rocket 130 mm | 145 | 1000 |
| 4. 13 | Противотанкова ПУ 9П135М-М1 Antitank Launcher 9P135M-M1 | | 20 |
| 5. 14 | Ракета за ПУ 9П135М-М1 Missiles Antitank Launcher 9P135M-M1 | | 200 |
| 6. 15 | Лазерен далекомер Laser Range Finder | | 20 |
| 7. 16 | Снайпер до 2 000 м Sniper for 2,000 m | | 20 |
| 8. 24 | 30 мм гранатохвъргачка АГС – 17 AGS – 17 30 mm grenade Launchers | | 50 |
| 9. 25 | Ammunition for 30mm Grenade Launcher | | 200,000 |
| 10. 26 | C-5 rocket | | 1000 |
| 11. 27 | C-8 rocket | | 500 |
| 12. 28 | 9K114 **Shturm Missile** | | 150 |

Ghanem-00072443

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA

VS.   GHANEM

PLAINTIFF'S EXHIBIT   530

DATE _____IDEN.

DATE_____EVID.

BY _____
           DEPUTY CLERK

AO 386

| From: | byronland.inv <byronland.inv@gmail.com> |
|---|---|
| Sent: | Sunday, April 5, 2015 10:12 AM |
| To: | ramithe <ramithe@gmail.com> |
| Subject: | Delivery of engines |

I will deliver 2 engines TB3-117 BMA for mi -24 helicopters and
1 APU АИ 9B  (auxiliary engine) to Misurata air base in 7 working
Days after payment
  Price for above mentioned items delivered to Misurata will be
1150000$.
Please inform us of your intention to buy above mentioned items
and time when you are ready to pay. It allows me to arrange plane
and permissions in order to to deliver cargo ASAP.
I am waiting for answer latest the day after tomorrow.
--------------------------------------------------------------------------------------------------------------DELIVERY of ammo
1. 40 tons of 23 mm. Total 54747 pieces.Price-980000$
2. 40 tons of 14,5 mm ammo. Total 139860 .Price 699300$
3. 20 tons of 7,62 ×54. Total 628320.Price 136814$
4. 20 tons of 12,7 mm ammo. Total 117130. Price 410000$
Total Price for above mentioned cargo -2226114$
5% of this sum -111305$ is for end user certificate.
I need 50% this sum-55652$ to bring end user certificate to start
procedure. Second half will be paid when we get export licence .
Money for each plane will be paid separately.
End user certificate will be provided in 1 week after payment of
55652$.  Export licence will be provided in 7days after the getting end user certificate. Shipment will be
possible in 15 days after getting the end user certificate.
This is the fastest ever way . especially when it comes to your
Country.
If you accept these conditions please give me your written confirmation.
P.S everything was discussed several times with my connections.
So now it's up to you to accept it or not. If you pay for engines soon I can use money from my commission to
get end user certificate.
     Waiting for your written confirmation.
          Best regards. David
P.S information about other things will be given to you later tonight after  meeting with Sandro.


Отправлено с устройства Samsung.

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.     GHANEM

PLAINTIFF'S EXHIBIT      531

DATE                          IDEN.

DATE                          EVID.

BY
            DEPUTY CLERK
AO 386

| From: | Tahsin Ammouri <tammouri@hotmail.com> |
| Sent: | Monday, April 20, 2015 7:22 AM |
| To: | rami <ramithe@gmail.com> |
| Subject: | FW: Excel Table of products |
| Attach: | Microsoft Excel Worksheet.xlsx |

Hello Rami

I was able to get these products and prices for the Yemeni's ,, but at present we cannot deliver to them, please consult with the Libyans and let me know soon.
Regards

Tahsin Ammouri

| Description | Quantity | Price |
|---|---|---|
| AK-47 7.62x39 Folding Stock | 5000 | |
| Ammunition 7.62x39 | 5000000 | |
| Ammunition 7.62x54 | 5000000 | 200 $/1000 pcs |
| Ammunition 23 mm | 1000000 | 10 $ |
| Ammunition 14,5 mm | 2000000 | 8 $ |
| Ammunition 12,7mm | 2000000 | 8 $ |
| Mortar Launcher 81 mm | 100 | |
| Mortar Launcher 120 mm | 100 | |
| Mortar Rounds  81 mm | 5000 | 100 $ |
| Mortar Rounds  120 mm | 5000 | 145 $ |
| Rocket 57 mm | 1000 | 365 $ |
| Rocket 80 mm | 1000 | 685 $ |
| Rocket 107 mm | 1000 | |
| Rocket 130 mm | 1000 | |
| Rocket 240mm | 1000 | |
| Grade Missel laucher 122 mm | 100 | |
| Grade Ammunition | 10000 | |
| Missels For Launcher 107 | 10000 | |
| Cornet Launcher | 100 | |
| Cornet Missels | 10000 | |
| Anti-tank Konkurs launcher 9p135m-m1 | 150 | 26500 $ |
| Missels Anti-tank Konkurs launcher 9p135m-m1 | 1500 | 19800 $ |
| Belts For Zu-23 mm | 500 | |
| Belts For Zu-14,5 mm | 500 | |
| Laser Range finder | 200 | |
| Sniper for 200 m | 100 | |
| At-2 swatter | 2500 | |
| AT-6 Spiral missiles | 2500 | |
| AGS-17 30 mm Grenade Launchers | 16 | 30800 $ |
| ROCKET Launcher Ml-24 | 16 | |

CASE NO.   CR 15-0704 (A)-SJO

_____UNITED STATES OF AMERICA_____
VS. _____GHANEM_____

PLAINTIFF'S EXHIBIT    532

DATE _____ IDEN.

DATE_____ EVID.

BY _____
          DEPUTY CLERK
AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|---|---|
| Sent: | Friday, April 24, 2015 4:44 PM |
| To: | Tahsin Ammouri <tammouri@hotmail.com> |
| Subject: | RE: Excel Table of products |

Tahsin,

In general it sound very well, but how can I convince my people in Tripoli that your people are able to use their EUC, what is the extra power your team have over other government, they are very tired of trying out submitting EUC, let's talk over maybe Viber to discuss it farther.
I don't have any problem going with the contract and the trial order but the trial order have to be for minimum 120 MT. one IL 76 for the 1st 3 items in your offered list.

Let me know, today I am in Istanbul.

Regards


*Rami Ghanem*

*Gateway to MENA. (GTM)*
Egypt Office
Complex 133, Building 7, Apartment 32
Al Rehab City, Cairo  Egypt
Iternational #: +37282432246
Telephone# 00201127999552
Jordan Office

Tel: 962 6 5685624
Fax: 962 6 5685625
ramithe@gmail.com  or  rami@caravaname.com
US Telephone: 772 675-4363   Skype Address: caravaname

The information contained in th s message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CIVE or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

**From:** Tahsin Ammouri [mailto:tammouri@hotmail.com]
**Sent:** Friday, April 24, 2015 11:13 PM
**To:** rami
**Subject:** RE: Excel Table of products

Dear Rami
I have consulted with my suppliers on your EUC before I submitted my offer to you , **they will accept it ..**
We have no problem with a trial shipment, but I advice, it should be part of the main contract to avoid
submitting a separate EUC for each shipment, and consequently applying for separate export permits for each
shipment ..

I can use one EUC, and ship for you a trial shipment comprising of one plane load of 50 Tons, you have to
choose what equipment you like to receive in the trial order, and I will make sure the cargo will include it, and
will be around a full load of an LU 76 Approx. 50 Tons, If this is acceptable to you, I will provide you with
information you should include in the EUC needed by the suppliers ..

Regards
Tahsin

From: ramithe@gmail.com
To: tammouri@hotmail.com
Subject: RE: Excel Table of products
Date: Fri, 24 Apr 2015 19:39:19 +0300

Dear Tahsin,

Thank you for your e-mail, 1st our EUC is not approved 2nd payment is not an issue
for us we can arrange but before we go in full contract we would like to see the
ability of fulfilling so we do a contract based on the following:

1st try shipment small one

2nd our mean contract will be activated and fulfilled up on having the trial one completed

3rd we are willing to pay extra cost for the trial based on  all extra will be deducted from the mean contract as soon as large contract is fulfilled.

Please let me know if you can arrange.

Thanks & regards

*Rami Ghanem*
*Gateway to MENA. [GTM]*

Egypt Office
Complex 133, Building 7, Apartment 32
Al Rehab City, Cairo  Egypt
Iternational #: +37282432246
Telephone# 00201127999552
Jordan Office
Tel: 962 6 5685624
Fax: 962 6 5685625
ramithe@gmail.com  or  rami@caravaname.com
US Telephone: 772 675-4363    Skype Address: caravaname

The information contained in th s message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CIVE or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

Ghanem_00000241

**From:** Tahsin Ammouri [mailto:tammouri@hotmail.com]
**Sent:** Friday, April 24, 2015 3:17 PM
**To:** Rami Ghanem
**Subject:** RE: Excel Table of products

Dear Rami
Pleas clarify your method of payment. we need 30 % down payment against bank guarantee from us. can you provide EUC.?
Regards
Tahsin

Sent from my Windows Phone

**From:** Rami Ghanem
**Sent:** 24/04/2015 14:03
**To:** 'Tahsin Ammouri'
**Subject:** RE: Excel Table of products

## What's the requirements for us to ship?

### *Rami Ghanem*
### *Gateway to MENA. (GTM)*

Egypt Office
Complex 133, Building 7, Apartment 32
Al Rehab City, Cairo  Egypt
Iternational #: +37282432246
Telephone# 00201127999552
Jordan Office
Tel: 962 6 5685624
Fax: 962 6 5685625
ramithe@gmail.com  or  rami@caravaname.com
US Telephone: 772 675-4363    Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of GTM or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

Ghanem_00000241

**From:** Tahsin Ammouri [mailto:tammouri@hotmail.com]
**Sent:** Wednesday, April 22, 2015 5:17 PM
**To:** rami
**Subject:** RE: Excel Table of products

Dear Rami / I lowered price for both Items below, our Airfreight cost to your designated airport, please add 12 % due to high risk involved, below is the complete list of available items with prices ..

SPECIFICATION

| № | The Name | Quantity (pcs) | Priece USD/pcs | Total Piece USD |
|---|---|---|---|---|
| 1. | Ammunition 23mm | 5000000 | 10 | 50000000 |
| 2. | Ammunition 14,5mm | 5000000 | 5.50 | 27500000 |
| 3. | Ammunition 54x7,62 BKTmm | 5000000 | 200 | 1000000 |
| 4. | Mortar rounds 81 mm | 12000 | 100 | 1200000 |
| 5. | Mortar rounds 120 mm | 12000 | 145 | 1740000 |
| 6. | Ammunition 12,7mm | 3000000 | 5.50 | 16500000 |
| 7. | 57mm Rocket | 1000 | 365 | 365000 |
| 8. | 80mm Rocket (C8) | 1000 | 685 | 685000 |
| 9. | AGS-17mm Grenade Launcher | 16 | 30800 | 492800 |
| 10. | AK-SU | 50000 | 305 | 15250000 |
| 11. | AK-47 | 5000 | 255 | 1275000 |
| 12. | GRAD 122 mm | 10000 | 920 | 9200000 |
| 13. | Antitank Konkurs launcher 9P 135 m-m1 | 150 | 28800 | 4320000 |
| 14. | Missiles antitank Konkurs launcher 9P 135m-m1 | 1500 | 21600 | 32400000 |
| 15. | Laser range finder | 200 | 1800 | 360000 |
| 16. | Sniper for 2000 m | 100 | 3360 | 336000 |
| 17. | 240 mm rocket | 1000 | 4800 | 4800000 |
| 18. | Launcher 12,7 mm | 2000 | 18000 | 36000000 |
| 19. | Launcher 14,5 mm | 300 | 10800 | 3240000 |
| 20. | Launcher 60 mm | 300 | 28800 | 8640000 |
| 21. | Launcher 82 mm | 300 | 24000 | 7200000 |
| 22. | Launcher 120 mm | 200 | 40800 | 8160000 |
| | TOTAL: | | | 160,913,800 |

Rami, please double check the total cost

Tahsin Ammouri

From: ramithe@gmail.com
To: tammouri@hotmail.com
Subject: RE: Excel Table of products
Date: Tue, 21 Apr 2015 02:57:44 +0300

Hello Tahsin,


Very much interested but can you deliver to Libya ( Misurata or Tripoli) ? also the following items are much higher than the prices by %230:

| | |
|---|---|
| Ammunition 14,5 mm | $ 5.50 |
| Ammunition 12,7mm | $ 5.50 |


Please let me know


*Rami Ghanem*
*Gateway to MENA. (GTM)*
**Egypt Office**
**Complex 133, Building 7, Apartment 32**
**Al Rehab City, Cairo  Egypt**
**Iternational #: +37282432246**
**Telephone# 00201127999552**
**Jordan Office**
Tel: 962 6 5685624
Fax: 962 6 5685625
**ramithe@gmail.com**  or  rami@caravaname.com
US Telephone: 772 675-4363    Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CNE or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

**From:** Tahsin Ammouri [mailto:tammouri@hotmail.com]
**Sent:** Monday, April 20, 2015 5:22 PM
**To:** rami
**Subject:** FW: Excel Table of products

Hello Rami
I was able to get these products and prices for the Yemeni's ,, but at present we cannot deliver to them, please consult with the Libyans and let me know soon.
Regards

Tahsin Ammouri

Ghanem_00000241

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   533

DATE _____ IDEN.

DATE_____ EVID.

BY _____
DEPUTY CLERK
AO 386

| | |
|---|---|
| **From:** | Rami Ghanem <ramithe@gmail.com> |
| **Sent:** | Friday, May 1, 2015 3:13 PM |
| **To:** | Salam <fakrun1@gmail.com> |
| **Subject:** | Amm Guns.docx |
| **Attach:** | Amm Guns.docx |

Ghanem_Sentencing_00000193

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA

VS.   GHANEM

PLAINTIFF'S EXHIBIT   534

DATE _____ IDEN.

DATE _____ EVID.

BY _____
          DEPUTY CLERK

AO 386

| | |
|---|---|
| **From:** | Tahsin Ammouri <tammouri@hotmail.com> |
| **Sent:** | Friday, May 1, 2015 11:35 AM |
| **To:** | rami <ramithe@gmail.com> |
| **Subject:** | FW: |

Correction ( decision )

To: ramithe@gmail.com
From: tammouri@hotmail.com
Subject: RE:
Date: Fri, 1 May 2015 13:20:05 +0300

Dear Rami

I was informed this morning by the suppliers that a political decision has been obtained to supply your clients. they also advice us to keep all transactions low key. pleas advice the PM he will be getting full support as the politics of the region is swinging
from day to day.they consider at present  the other side not reliable after( Khalifa H. ) signed a large contract with another country.

We have their full support to proceed

Pleas request a **decision**  to be made very soon

Regards

Tahsin

Sent from my Windows Phone

**From:**
Rami Ghanem

**Sent:**
30/04/2015 10:23

**To:**
'Tahsin Ammouri'

**Subject:**
RE:

Tahsin,

I am waiting for the PM to answer me, I already discussed with him and he promised me to answer shortly.

Regards

*Rami Ghanem*

*Gateway to MENA. [GTM]*

Egypt Office

Complex 133, Building 7, Apartment 32

Al Rehab City, Cairo  Egypt

Iternational #: +37282432246

Telephone# 00201127999552

Jordan Office

Tel: 962 6 5685624

Fax: 962 6 5685625

Ghanem_00000241

ramithe@gmail.com
 or  rami@caravaname.com

US Telephone: 772 675-4363    Skype **Address:**
caravaname

The information contained in this message is for the intended
addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or
opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the
company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak
»Listen

Before you write »Think

Before you spend »Earn

Before you pray »Forgive

Before you hurt »Feel

Before you hate »Love

Before you quit »Try

Before you die »Live

Ghanem_00000241

That's Life...

**From:** Tahsin Ammouri [mailto:tammouri@hotmail.com]

**Sent:** Thursday, April 30, 2015 10:15 AM

**To:** Rami Ghanem

**Subject:** RE:

Dear Rami

I would appreciate your response and decision to my last email..

Regards

Tahsin

Sent from my Windows Phone

---

**From:**
Rami Ghanem

**Sent:**
28/04/2015
14:52

**To:** 'Tahsin Ammouri'

**Subject:**
RE:

Hello Tahsin,

Thank you so much for your e-mail, please note the following:

Yes we are very much interested for all sources of supply

No we are not stuck as you had mentioned, we are doing a very good work in delivering to our people a good amount of Vegetables

True we had our EUC fluting all over Europe in Oct, Nov, Dec & January. But after that we had change our work strategies and we are doing well,

Since that time all of our work had been low-profile and we are not sharing the information with anybody out of our loop.

I was very unhappy with the returned EUC because you guys did not change on the 3rd page the counties where we will be buying as it's easy to keep sending new EUC's.........it looked like you are doing
us a favor......and the true fact we are not looking for any favors from anybody at all.

Ghanem_00000241

If you don't feel we are a good customer and you believe because we are Arab you helping us, then we can say thank you we are not interested.

I am looking for only people to work with who is interested in taking our business important

Based on the above information, if I am not sure that your guys are capable and able to process our EUC and obtain export licenses and supply us with the goods, then by all means I am not interested to continue.

Thanking you so much for your understanding

Best Regards

*Rami Ghanem*

*Gateway to MENA. (GTM)*

Egypt Office

Complex 133, Building 7, Apartment 32

Al Rehab City, Cairo  Egypt

Iternational #: +37282432246

Telephone# 00201127999552

Jordan Office

Tel: 962 6 5685624

Fax: 962 6 5685625

Ghanem_00000241

ramithe@gmail.com
 or  rami@caravaname.com

US Telephone: 772 675-4363    Skype **Address:**
caravaname

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak
»Listen

Before you write »Think

Before you spend »Earn

Before you pray »Forgive

Before you hurt »Feel

Before you hate »Love

Before you quit »Try

Before you die »Live

That's Life...

**From:** Tahsin Ammouri [mailto:tammouri@hotmail.com]

**Sent:** Tuesday, April 28, 2015 12:15 AM

**To:** rami

**Subject:**

Hello Rami

Do you wont to proceed with the EUC, or should I inform my associates they are free from any commitments they gave me

.

For your Info.. These guys are one level higher than

Rosoberon export,,its unfortunate if we dont test their ability

We have no financial obligations to any one befor they present to me an export permit from the Russian Authority, after we submit the EUC

Regards

Tahsin

Sent from Samsung tablet

Ghanem_00000241

CASE NO.   CR 15-0704 (A)-SJO

_____UNITED STATES OF AMERICA_____
VS.   ___GHANEM___

PLAINTIFF'S EXHIBIT    ___535___

DATE _____IDEN.

DATE_____EVID.

BY _____
              DEPUTY CLERK
AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|---|---|
| Sent: | Monday, May 4, 2015 9:43 AM |
| To: | golding.consultant@ymail.com |
| Subject: | Ammunitions |

Jay Jay,

Also we are looking for a good contact with Head of the army or president in any African countries to help us in the supply of ammunitions to help us eater by selling us directly from their old stock and they buy a new one or help us in issuing an end user certificate and we will pay for them the for the service. For now we are looking for any quantities of the following:

| No | (Description of Goods) | (Quantity) |
|---|---|---|
| 1 | Ammunition 23 mm | 500,000 or more if available |
| 2 | Ammunition 14.5 mm | 1,000,000 or more if available |
| 3 | Ammunition BKT 7.62x54 mm | 2,000,000 or more if available |

Please let me know what can you do.

Thanks & Regards

*Rami Ghanem*

*Gateway to Egypt. (GTE)*
Complex 133, Building 7, Apartment 32
Al Rehab City, Cairo  Egypt
Telephone# 00201127999552
Iternational #: +37282432246
Jordan Office

Tel: 962 6 5685624
Fax: 962 6 5685625
**ramithe@gmail.com**  or  rami@caravaname.com
US Telephone: 772 675-4363     Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

CASE NO.   CR 15-0704 (A)-SJO

        UNITED STATES OF AMERICA
VS.     GHANEM

PLAINTIFF'S EXHIBIT      536

DATE                              IDEN.

DATE                              EVID.

BY
           DEPUTY CLERK
AO 386

| From: | Tahsin Ammouri <tammouri@hotmail.com> |
|---|---|
| Sent: | Sunday, May 10, 2015 12:15 PM |
| To: | rami <ramithe@gmail.com> |
| Subject: | FW: [Fwd: ] Libyan Orders & EUC |
| Attach: | ATT00001; IMG_0392.JPG; ATT00002; IMG_0393.JPG; ATT00003; IMG_0394.JPG |

Dear Rami /// please print the following text on your company letterhead sign ans stamp and send to ASAP
 I am sending you your EUC  to check the references
--------------------------------------------------------------------------------------------------------------------------------------------
-------------------------

DATE ;

## LEGAL   AMENDMENT

BY THE LEGAL RAWER OF ATTORNEY GIVEN TO US BY THE LIBYAN MINISTRY OF DEFENSE IN THE END USE
CERTIFICATE DATED
18 - 11 - 2014 REFERENCE NUMBER 8628 - 57  WE WISH TO CONFIRM OUR BUYERS INTEREST TO ADD TO
COUNTRY'S OF OREGON
THE COUNTRY OF RUSSIA

SIGN  &  STAMP

Ghanem_00000241

Ghanem_Sentencing_00000208



00081358

Ghanem_00000241

Ghanem_Sentencing_00000209

التاريخ ....... / ........... هجري
Date

الموافق ....... / ........... ميلادي
Date

رقم الإشاري.ع؛و.د/
Ref.Number



رئاسة مجلس الوزراء
وزارة الدفاع
ديوان الوزارة



**Ministry of Defense**

**Statement of the end-user.**

We certify that we are the end-user and importer of the goods/technologies referred to in item 3. Except as authorized by prior written approval of the export control authority of the following Governments: Montenegro, Hungary, Ukraine, Poland, Belarus, Serbia, Bosnia, Slovenia, Croatia, Slovakia, Romania, Estonia we undertake not to: (1) re-export, (2) sell, (3) lend to any other person or otherwise dispose of the goods/technologies referred to in this document outside the country of end user. This refers also to spare parts, specialist tools, documentation, technical support and operating manuals necessary for the after-sales support.

A relevant Delivery Verification Certificate will be present to the Supplier for each individual shipment, within 30 days from the date of its receipt.

..........................................
*/Name and position of the signer/*



Stamp/ Date





00081360

Ghanem_00000241





التاريخ ........ /...... / ............. هجري
Date

الموافق ........ /...... / ............. ميلادي

رقم الإشاري:و.د./
Ref.Number

رئاسة مجلس الوزراء

ديــوان الــوزارة

**Ministry of Defense**

| 11 | GRAD 122 MM | 10,000 |
|---|---|---|
| 12 | Ammunition 12.7 | 3,000,000 |
| 13 | Anti-tank Konkurs launcher 9p135m-m1 | 150 |
| 14 | Missiles Anti-tank Konkurs launcher 9p135m-m1 | 1500 |
| 15 | Laser range finder | 200 |
| 16 | Sniper for 2000 m | 100 |
| 17 | Rocket launchers for MI-24 | 16 |
| 18 | AT-2swatter | 2500 |
| 19 | AT-6 spiral missiles | 2500 |
| 20 | 57 mm Rocket | 1000 |
| 21 | 80 mm Rocket | 1000 |
| 22 | 130 mm Rocket | 1000 |
| 23 | 240 mm Rocket | 1000 |
| 24 | AGS-17 30 mm Grenade launchers | 16 |

**4. Description of final use (purpose):**

**The goods will be used by the Government of Libya, under the supervision of the Ministry of Defense of  to keep security in the country**

5. Name, address, telephone and fax numbers, and e-mail address of the supplier:

Gateway to MENA for Logistics Services, represented by Mr. Rami Ghanem having their address in

Behind ABC Bank. Al-Shmeisani, Abdul Al-Rahim Al- Waked St. - Shmeisani. Bldg. No. 42. P.O. Box 830589.  Amman-11183 Jordan. Telphone +201127999552. +962795569299. E-mail address: ramithe@gmail.com

Supplier have power of attorny from the buyer to authrise lockal companies mintioned in the list below to sign all related documits to help in optaning the required export licences.





Ghanem_00000241





التاريخ ....... /....... / ............... هجري
Date

الموافق ../ 11 . 11 . 2014 ميلادي

رقم الإشاري:و،د/ .............................
Ref.Number

**8628 - 57**

**Ministry of Defense**

رئاسة مجلس الوزراء

وزارة الدفاع

ديـوان الـوزارة

..18./...11.../2014

## End User Certificate

| 1. Country of ultimate destination | LIBYAN STATE | |
|---|---|---|
| 2. Name, address, telephone and fax numbers, e-mail address of the End User | Ministry of Defense of Republic of LIBYA<br>Tripoli - Libya | |
| 3. Description of goods, quantity, description | | |
| No | (Description of Goods) | (Quantity) pes |
| 1 | Ammunition 23 mm | 5,000,000 |
| 2 | Ammunition 14.5 mm | 5,000,000 |
| 3 | Ammunition 54x7.62BKT  mm | 5,000,000 |
| 4 | Mortar rounds 81 mm | 12,000 |
| 5 | Mortar round  120mm | 12,000 |
| 6 | *Cannon shell 106 mm* | 15,000 |
| 7 | Rocket 130 mm | 10000 |
| 8 | Rocket 107 mm | 10000 |
| 9 | Belts for ZU-23mm | 500 m |
| 10 | Belts for ZU-14.5 | 500 m |



CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   537

DATE _____ IDEN.

DATE_____ EVID.

BY _____
DEPUTY CLERK
AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|---|---|
| Sent: | Sunday, May 10, 2015 6:02 PM |
| To: | Tahsin Ammouri <tammouri@hotmail.com> |
| Subject: | RE: [Fwd: ] Libyan Orders & EUC |
| Attach: | Legal Amendment.pdf |

Abu Talal,

As requested please see attached file for the required copy of the legal amendment.

Thanking you for your support.

Best Regards


*Rami Ghanem*

*Gateway to MENA. [GTM]*

**Egypt Office**
Complex 133, Building 7, Apartment 32
Al Rehab City, Cairo  Egypt
Iternational #: +37282432246
Telephone# 00201127999552
**Jordan Office**

Tel: 962 6 5685624
Fax: 962 6 5685625
**ramithe@gmail.com** or rami@caravaname.com
US Telephone: 772 675-4363   Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of GME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.


Life is short.. So love your life.. Be happy.. And Keep smiling.. and


Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel

Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

---

**From:** Tahsin Ammouri [mailto:tammouri@hotmail.com]
**Sent:** Sunday, May 10, 2015 10:15 PM
**To:** rami
**Subject:** FW: [Fwd: ] Libyan Orders & EUC

Dear Rami /// please print the following text on your company letterhead sign ans stamp and send to ASAP
I am sending you your EUC to check the references
-----------------------------------------------------------------------------------------------------------------------------------------
-------------------------

DATE ;

LEGAL   AMENDMENT

BY THE LEGAL RAWER OF ATTORNEY GIVEN TO US BY THE LIBYAN MINISTRY OF DEFENSE IN THE END USE
CERTIFICATE DATED
18 - 11 - 2014 REFERENCE NUMBER 8628 - 57  WE WISH TO CONFIRM OUR BUYERS INTEREST TO ADD TO
COUNTRY'S OF OREGON
THE COUNTRY OF RUSSIA

SIGN  &  STAMP



*To whom it my concern*

DATE ; May 11th, 2015.

LEGAL  AMENDMENT

BY THE LEGAL RAWER OF ATTORNEY GIVEN TO US
BY THE LIBYAN MINISTRY OF DEFENSE IN THE END
USE CERTIFICATE DATED 18 - 11 - 2014 REFERENCE
NUMBER 8628 - 57  WE WISH TO CONFIRM OUR
BUYERS INTEREST TO ADD TO COUNTRY'S OF
OREGON THE COUNTRY OF RUSSIA

Authorized Signature position

Name & Signature & Stamp



Rami N Ghanem

info@Gatewaymena.com
Tele: +37282432246

Mob.: +962 777 100 577  -  +962 777 333 390     P.O Box 830589 Amman 11183     Email: aldaboubim@gmail.com

00081330                                                             Ghanem_00000241

Ghanem_Sentencing_00000218

CASE NO.   CR 15-0704 (A)-SJO

    UNITED STATES OF AMERICA
VS.    GHANEM

PLAINTIFF'S EXHIBIT    538

DATE _____ IDEN.

DATE _____ EVID.

BY _____
          DEPUTY CLERK
AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
| Sent: | Monday, May 18, 2015 3:42 PM |
| To: | Tahsin Ammouri <tammouri@hotmail.com> |
| Subject: | QTY |

40 Tons = 62,000 – 66,000 pieces  23mm
40 Tons = 164,000 pieces     14.5mm
20 Tons = remaining whatever is the QTY

## *Rami Ghanem*

## *Gateway to MENA. (GTM)*

**Egypt Office**
Complex 133, Building 7, Apartment 32
**Al Rehab City, Cairo  Egypt**
Iternational #:  +37282432246
Telephone# 00201127999552
**Jordan Office**

Tel: 962 6 5685624
Fax: 962 6 5685625
**ramithe@gmail.com**  or  rami@caravaname.com
US Telephone: 772 675-4363    Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

Ghanem-00072443

CASE NO. __CR 15-0704 (A)-SJO__

_____UNITED STATES OF AMERICA_____
VS. ____GHANEM____

PLAINTIFF'S EXHIBIT ____539____

DATE _____IDEN.

DATE_____EVID.

BY _____
_____DEPUTY CLERK

AO 386

| From: | Sandro <sandro.k.64@gmail.com> |
|---|---|
| **Sent:** | Wednesday, May 20, 2015 3:26 PM |
| **To:** | Rami Ghanem <ramithe@gmail.com> |
| **Subject:** | |

Mr. Rami today we have talked and tomorrow we will arrange prices of mixed ammo cal:23/14/7,62
Air company must be our. decision is made money payment must be with real money tomorrow we will work
count everything and I will talk to you from Tbilisi everything is fine.

Ghanem-00072443

CASE NO. __CR 15-0704 (A)-SJO__

_____UNITED STATES OF AMERICA_____
VS. _____GHANEM____

PLAINTIFF'S EXHIBIT _____540_____

DATE _____ IDEN.

DATE_____ EVID.

BY _____
                    DEPUTY CLERK
AO 386

Ghanem_Sentencing_00000223

| From: | Tahsin Ammouri <tammouri@hotmail.com> |
|---|---|
| Sent: | Saturday, May 23, 2015 11:02 AM |
| To: | Rami <ramithe@gmail.com> |
| Subject: | FW: Gemeral invoice corrected- to be agreed |
| Attach: | last Invoice.pdf.xlsx |

*Specpromukr Ltd.*
AKARA, BLDG 22 DE CASTRO TORTOTA VG

Invoice No.

**INVOICE**

| | | |
|---|---|---|
| Requester Name: | Yuri Gurov | Date | 18-May-15 |
| Phone: | | | |
| Transport: | Aircraft | | |
| Payment condition: | 100% down payment | | |
| Transport documents: | Airway Bill | | |
| Submitted to: | Ministry of Defense of Libya | PO # | 8628-57 |

*KIndly requested to settle the amount listed below for goods and services provided.*

| No. | QTY. | Unit | Description | Unit Price | TOTAL |
|---|---|---|---|---|---|
| 1 | 5,000,000 | 1 | 23mm Ammunition | $10.00 | $ 50,000,000.00 |
| 2 | 5,000,000 | 1 | 14.5 Ammunition | $6.50 | $ 32,500,000.00 |
| 3 | 5,000,000 | 5000 | 7,62x54 BKT Ammunition | $190.00 | $ 950,000.00 |
| 4 | 12,000 | 1 | Mortar Rounds 81mm | $108 | $ 1,296,000.00 |
| 5 | 12,000 | 1 | Mortar Rounds 120mm | $156 | $ 1,872,000.00 |
| 6 | 3,000,000 | 1 | 12.7mm Ammunition | $5.50 | $ 16,500,000.00 |
| 7 | 1,000 | 1 | 57mm Rocket | $356 | $ 356,000.00 |
| 8 | 1,000 | 1 | 80mm Rocket (C8) | $744 | $ 744,000.00 |
| 9 | 16 | 1 | ASG-17 mm Grenade Launcher | $30,800 | $ 492,800.00 |
| 10 | 50,000 | 1 | AK-SU | $305 | $ 15,250,000.00 |
| 11 | 5,000 | 1 | AK-47 | $255 | $ 1,275,000.00 |
| 12 | 10,000 | 1 | **Grad 122mm** | $994 | $ 9,940,000.00 |
| 13 | 150 | 1 | Konkurs Anti-tank Launcher 9P 135 m-m1 | $28,800 | $ 4,320,000.00 |
| 14 | 1,500 | 1 | Missile Konkurs Anti-tank 9P 135 m-m1 | $21,600 | $ 32,400,000.00 |
| 15 | 200 | 1 | Laser Ranger Finder | $1,800 | $ 360,000.00 |
| 16 | 100 | 1 | OSV-96 12.7mm Sniper Rifle | $3,360 | $ 336,000.00 |
| 17 | 1,000 | 1 | 240mm Rocket (Smersh 9m) | $48,000 | $ 48,000,000.00 |
| 18 | 200 | 1 | 12.7 Launcher | $18,000 | $ 3,600,000.00 |
| 19 | 300 | 1 | 14.5 Launcher | $9,600 | $ 2,880,000.00 |
| 20 | 300 | 1 | 60mm Mortar launcher | $24,000 | $ 7,200,000.00 |
| 21 | 300 | 1 | 81mm Mortar Launcher | $30,000 | $ 9,000,000.00 |
| 22 | 200 | 1 | 120mm Mortar Launcher | $51,600 | $ 10,320,000.00 |
| | | | | Sub Total | $ 249,591,800.00 |
| | | | | Less Downpayment | |
| | | | | **TOTAL DUE** | **$ 249,591,800.00** |

Buyer

Seller

_____

_____

CASE NO. __CR 15-0704 (A)-SJO__

_____UNITED STATES OF AMERICA_____
VS. ___GHANEM___

PLAINTIFF'S EXHIBIT ___541___

DATE _____IDEN.

DATE_____EVID.

BY _____
                DEPUTY CLERK
AO 386

| | |
|---|---|
| **From:** | Tahsin Ammouri <tammouri@hotmail.com> |
| **Sent:** | Saturday, May 23, 2015 11:03 AM |
| **To:** | Rami <ramithe@gmail.com> |
| **Subject:** | FW: First delivery total including flights ----Annex_1 TA |
| **Attach:** | Annex_1-TA.xlsx |

Ghanem-00072443

*Specpromukr Ltd.*

*AKARA, BLDG 22 DE CASTRO TORTOTA VG*

**Invoice No.**

**Annex No. 1**

| | | | |
|---|---|---|---|
| Requester Name: | **Yuri Gurov** | Date | 18-May-15 |
| Phone: | | | |
| Transport: | *Aircraft* | | |
| Payment condition: | *100% down payment* | | |
| Transport documents: | *Airway Bill* | | |
| Submitted to: | *Ministry of Defense of Libya* | contract # | 8628-57 |

*KIndly requested to settle the amount listed below for goods and services provided.*

| No. | QTY. | Unit | Description | Total value per flight | Flights | Unit Price | TOTAL |
|---|---|---|---|---|---|---|---|
| 1 | 138,600 | 1 | 23mm Ammunition | $1,386,000 | 6 | $10.00 | $ 8,316,000.00 |
| 2 | 453,600 | 1 | 14.5 Ammunition | $2,948,400 | 6 | $6.50 | $17,690,400 |
| 3 | 4,224,000 | 4224 | 7,62x54 BKT Ammunition | $802,560 | 1 | $190.00 | $ 802,560.00 |
| | | | | | | Sub Total | $ 26,808,960.00 |
| | | | | | | Down payment | |
| | | | | | | **TOTAL DUE** | **$ 26,808,960.00** |

Buyer

_____

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   542

DATE _____ IDEN.

DATE _____ EVID.

BY _____
DEPUTY CLERK
AO 386

| | |
|---|---|
| **From:** | ALMEFTAH ENG <almeftaheng@gmail.com> |
| **Sent:** | Monday, May 25, 2015 7:54 AM |
| **To:** | ramithe <ramithe@gmail.com> |
| **Subject:** | |
| **Attach:** | 001.jpg; 002.jpg |

Ghanem-00072443

التاريخ ........ / ........ / ............ هجري   **Date**
الموافق ........ / ........ / ............ ميلادي
رقم الإشاري:و.د./ ............    **Ref.Number**



**Ministry of Defense**



رئاسة مجلس الوزراء
وزارة الدفاع
ديـوان الــوزارة

## Statement of the end-user.

We certify that we are the end-user and importer of the goods/technologies referred to in item 5. Except as authorized by prior written approval of the export control authority of the following Government: **Republic of Armenia**, we undertake not to: (1) re-export, (2) sell, (3) lend to any other person or otherwise dispose of the goods/technologies referred to in this document outside the country of end user. This refers also to spare parts, specialist tools, documentation, technical support and operating manuals necessary for the after-sales support.

A relevant Delivery Verification Certificate will be present to the Supplier for each individual shipment, within 30 days from the date of its receipt.

ENG : Khalifh M. Ghwel,                    For the End User

    Minister of Defence                    stamp & Signature,

www.defense.gov.ly

التاريخ ...../ ....../ ..............هجري
Date
الموافق .1.24 / 95 / 2015م. ميلادي
رقم الإشاري:و.ا.0.../ 13.9 / 5095
Ref.Number



**Ministry of Defense**

رئاسة مجلس الوزراء

ديوان الوزارة

# End User Certificate

| 1. Country of ultimate destination | **LIBYAN STATE** | |
|---|---|---|
| 2. Name, address, telephone and fax numbers, e-mail of the End User | MINISTRY OF DEFENSE REPUBLIC OF LIBYA  Tripoli - Libya | |
| 3. Supplier / address | **Minister of Defence,  Republic of Armenia** | |
| 4. country of origin of defense articles | Republic of Armenia | |

5. Description of goods, quantity, description

| No | (Description of Goods) | (Quantity)/PCS |
|---|---|---|
| 1 | Ammunition 23 mm   655 Boxes | 55,020.00 |
| 2 | Ammunition 14.5 mm   1160 Boxes | 97,440.00 |
| 3 | Ammunition 54x7.62BKT  Mm  1166 Boxes | 1,632,400.00 |
| 4 | Ammunition 12.7 mm   1206 Boxes | 192,660.00 |
| 5 | GRAD 122 MM    340 Boxes | 340 |

4. Description of final use (purpose):
The goods will be used by the Government of Libya, under the supervision of the **Ministry of Defense** of  to keep security in the country

5. Name, address, telephone and fax numbers, and e-mail address of the supplier:
**Gateway to MENA for Logistics Services,** represented by Mr. Rami Ghanem having their address in Behind ABC Bank, Al-Shmeisani, Abdul Al-Rahim Al- Waked St. - Shmeisani. Bldg. No. 42. P.O. Box 830589. Amman-11183 Jordan. Telphone +37782432246. E-mail address: ramihe@gmail.com
Supplier have power of attorny from the buyer to authrise local companies mintioned in the list below to sign all related documints to help in optaning the required export licences



www.defense.gov.ly

00079624

Ghanem-00072443

CASE NO.   CR 15-0704 (A)-SJO
          UNITED STATES OF AMERICA
VS.       GHANEM

PLAINTIFF'S EXHIBIT        543

DATE                              IDEN.

DATE                              EVID.

BY
          DEPUTY CLERK
AO 386

| From: | Tahsin Ammouri <tammouri@hotmail.com> |
|---|---|
| Sent: | Monday, June 8, 2015 12:31 PM |
| To: | Rami <ramithe@gmail.com> |
| Subject: | FW: contract-- appendix 1 -- annex 1 |
| Attach: | Annex_1.xlsx; Appendix 1.xlsx; Contract(final_v2).docx |

Dear Rami
Please find attached the following.

1- Annex 1 – first shipment
2- Appendix 1 General offer
3- Contract draft, accepted by sellers after several amendments I requested ( in read color )

Please read and if you have any remarks please mark in Green or other color.
I did my best to have them agree to the small quantity of first trial shipment, and that's what they agreed upon

If all acceptable, at this point I need your banking coordinates to allow them open the bank guarantee
They will sign contract as soon as I receive your consent and reply ..

Regards
Tahsin

00079090                                                      Ghanem-00072443



**QUISIANTO TRADING LIMITED**
*Gr.Xenopoulou, 17*
*3106, Limassol, Cyprus*

Invoice No. | 8628–**57-A**

**Annex No. 1**

| | | |
|---|---|---|
| Requester Name: | **Mr. Alexei Kharlanov** | Date | **18-May-15** |
| Phone: | | |
| Transport: | **Aircraft** | |
| Payment condition: | **100% down payment** | |
| Transport documents: | **Airway Bill** | |
| Submitted to: | **Ministry of Defense of Libya** | contract # | 8628-57 |

*KIndly requested to settle the amount listed below for goods and services provided.*

| No. | QTY. | Unit | Description | Flights | Unit Price | TOTAL |
|---|---|---|---|---|---|---|
| 1 | 122,000 | 1 | 23mm Ammunition | 1 | $10.00 | $ 1,220,000.00 |
| 2 | 328,000 | 1 | 14.5 Ammunition | 1 | $6.50 | $2,132,000 |
| 3 | 1,300,000 | 1300 | 7,62x54 Ammunition | 1 | $190.00 | $ 247,000.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | |
|---|---|
| Sub Total | $ 3,599,000.00 |
| 12% handling fee | $433,440 |
| TOTAL | $ 4,032,440.00 |

Buyer

_____

**QUISIANTO TRADING LIMITED**
*Gr.Xenopoulou, 17*
*3106, Limassol, Cyprus*

| Invoice No. | |
| --- | --- |
| **Appendix 1** | |

| | | Date | **18-May-15** |
| --- | --- | --- | --- |
| *Requester Name:* | **Mr. Alexei Kharlanov** | | |
| *Phone:* | | | |
| *Transport:* | **Aircraft** | | |
| *Payment condition:* | **cash transfer** | | |
| *Transport documents:* | **Airway Bill** | | |
| *Submitted to:* | **Ministry of Defense of Libya** | PO # | **8628-57** |

*KIndly requested to settle the amount listed below for goods and services provided.*

| No. | QTY. | Unit | Description | Unit Price | TOTAL |
| --- | --- | --- | --- | --- | --- |
| 1 | 5,000,000 | 1 | 23mm Ammunition | $10.00 | $ 50,000,000.00 |
| 2 | 5,000,000 | 1 | 14.5 Ammunition | $6.50 | $32,500,000 |
| 3 | 5,000,000 | 5000 | 7,62x54 BKT Ammunition | $190.00 | $ 950,000.00 |
| 4 | 12,000 | 1 | Mortar Rounds 81mm | $108 | $ 1,296,000.00 |
| 5 | 12,000 | 1 | Mortar Rounds 120mm | $156 | $ 1,872,000.00 |
| 6 | 3,000,000 | 1 | 12.7mm Ammunition | $5.50 | $ 16,500,000.00 |
| 7 | 1,000 | 1 | 57mm Rocket | $365 | $ 365,000.00 |
| 8 | 1,000 | 1 | 80mm Rocket (C8) | $744 | $ 744,000.00 |
| 9 | 16 | 1 | ASG-17 mm Grenade Launcher | $30,800 | $ 492,800.00 |
| 10 | 50,000 | 1 | AK-SU | $305 | $ 15,250,000.00 |
| 11 | 5,000 | 1 | AK-47 | $255 | $ 1,275,000.00 |
| 12 | 10,000 | 1 | Grad 122mm | $984 | $ 9,840,000.00 |
| 13 | 150 | 1 | Konkurs Anti-tank Launcher 9P 135 m-m | $28,800 | $ 4,320,000.00 |
| 14 | 1,500 | 1 | Missile Konkurs Anti-tank 9P 135 m-m1 | $21,600 | $ 32,400,000.00 |
| 15 | 200 | 1 | Laser Ranger Finder | $1,800 | $ 360,000.00 |
| 16 | 100 | 1 | OSV-96 12.7mm Sniper Rifle | $3,360 | $ 336,000.00 |
| 17 | 1,000 | 1 | 240mm Rocket (Smersh 9m) | $48,000 | $ 48,000,000.00 |
| 18 | 200 | 1 | 12.7 Launcher | $18,000 | $ 3,600,000.00 |
| 19 | 300 | 1 | 14.5 Launcher | $9,600 | $ 2,880,000.00 |
| 20 | 300 | 1 | 60mm Mortar launcher | $24,000 | $ 7,200,000.00 |
| 21 | 300 | 1 | 82mm Mortar Launcher | $30,000 | $ 9,000,000.00 |
| 22 | 200 | 1 | 120mm Mortar Launcher | $51,600 | $ 10,320,000.00 |
| | | | | **Sub Total** | **$ 249,500,800.00** |
| | | | | **12% handling Fee** | |
| | | | | **TOTAL** | **$ 249,500,800.00** |

Buyer                                                 Seller


_____                    _____

00079092                                                    Ghanem-00072443

Ghanem_Sentencing_00000236



# QUISIANTO TRADING LIMITED

Contract á   8628–**57**                                          18 May 2015

Company, **QUISIANTO TRADING LIMITED** hereinafter referred as a «Seller » represented by Director Mr. Alexei Kharlanov, Gr.Xenopoulou, 17 3106, Limassol, Cyprus, acting in accordance with Company's bylaws on the one part and Company: **Gateway of Mena for Logistics and Services**, Al–Shmeisani, Abdul Al-Rahim Al Waked St, Shmeisani Bldg. Amman – Jordan hereinafter referred as and the «Buyer» represented by Director Mr. Rami Ghanem, acting in accordance with Company's bylaws on the other part, jointly and separately hereinafter referred to as a «Parties», have concluded the present Contract concerning the following:

**1. Subject of the Contract**

1.2 The SELLER shall sell and the BUYER shall buy products, which quantity and assortments are specified in Appendix 1 to the present contract *No.* 8628–57 forming an integral part of the Contract *No.* 8628–57 and corresponding to its requirements.

1.3 The BUYER shall pay for the delivered Equipment as provided for in Clause 2 herein.

**2. Contract value and the terms of payment:**

2.1 The price of equipment capital Contract is ($249,500,800.00) Two hundred forty nine millions five hundred thousand and eight hundred USD, plus 12% services Fees to be invoiced separately in advance by Golden Wings, Inc. to allow our agents to implement all services required.

2.2 The general invoice (Appendix 1) is the subject to 10 shipments valued at 25 million USD per shipment plus 12% services fees and seller must issue separate invoices prior to each shipment.

2.3 Payment under the present *No.* 8628–57 Contract shall be effected by the BUYER in US dollars as follows.

A)  Seller to issue a revolving bank guarantee for the value of 25 million USD + 5% penalty in case of none performance (Twenty five million USD +5%)

Initials _____   _____

Gr.Xenopoulou, 17, 3106, Limassol, Cyprus



# QUISIANTO TRADING LIMITED

12 % supplementary services fee will be invoiced separately (transportation inland, air freight to destination, handling, storage, loading, Insurance, financial & export fees and consultancy fees).  Will be invoiced by our authorized representative Golden Wings, Inc. Amman, Jordan.

B.) 1st shipment (Annex 1) valued at (3,599,000) three million five hundred and ninety nine thousand USD, hereinafter is considered an integral part of this contract No. 8628–57 reference Appendix 1, upon delivering trial order (Annex 1), this contract No. 8628–57 will be implemented in total in accordance with all terms and conditions stipulated in this contract No. 8628–57. All payments for present and future shipments will be paid by wire transfer against revolving bank guarantee for full amount of each shipment.

Wire transfer payment conditions

These documents must be presented at buyers bank counter within 24 Hours after acceptance to allow automatically next wire transfer of 25 million USD to initiate next shipment.

- Airway Bill
- Packing List
- Commercial Invoice
- Inspection certificate signed by buyers' representative for previous/last shipment.

2.2.3 All bank charges related to payments under the present Contract No. 8628–57 at the BUYER territory shall be borne by the BUYER and at the SELLER territory – by the SELLER.

3. The terms and conditions of delivery

3.1 The date of signing the Delivery-Acceptance and inspection Report is considered to be the date of Equipment handover / acceptance to the BUYER.

3.2 The seller must contact the buyers' representative by email to provide the date and place of loading and inspection.

3.3 The buyers' representative (at least two persons) with Power of Attorney to execute this mission, will be handed the packing list of the current shipment for acceptance.

Initials _____   _____

Gr.Xenopoulou, 17, 3106, Limassol, Cyprus



## QUISIANTO TRADING LIMITED

3.4 Representative of the Buyer will complete checking the quantity and quality of goods before departure of each shipment.

3.5 After checking the quantity of goods, both parties must sign the Packing List and have it stamped by the buyer representative at the airport in compliance with laws and regulations of exporting country.

3.6 The acceptance report shall be signed by the authorized representatives of both Parties in 2 (Two) copies, in Russian and English languages at the port of departure.

3.7 The period of Equipment delivery is 21 days (Twenty One days) for the first shipment following the date of obtaining the authorization documents from the competent authorities for the execution of the present Contract provided that the SELLER receives the wire transfer and posts the bank guarantee. The time period for delivery of all goods mentioned in Appendix 1 (General invoice) is 90 days-120 days.

3.8 The packing of the delivered Equipment to shall conform to the standards and conditions stipulated by the manufacturer of the Equipment and shall guarantee full safety of the Equipment during transportation and storage at the port of departure.

3.9 Full set of packing lists shall be placed into the first case (case # 1) of the consignment to be shipped. All the shipping documents are to be issued in English. If required each package shall be provided with additional inscriptions in English as "Top", "Do not turn", "Gravity center", "Attach slings here" as well as the signs of an arrow, glass etc.

4. Quality

The quality of the Equipment delivered under the present Contract No. 8628–57 shall comply with the norm and standards and shall be confirmed by quality Certificate, issued by the SELLER.

5. ACCEPTANCE OF GOODS

5.1 Check of a technical condition of the Goods is conducted at the Airport of the SELLER. Buyer may inspect goods at stores or factory if he chooses to.

5.2 Before signing the certificates of acceptance, both parties' representatives will exchange powers of attorney to show the right of signing the certificates of acceptance.

5.4 Goods acceptance/transfer is made at port of the SELLER.

Initials _____   _____

Gr.Xenopoulou, 17, 3106, Limassol, Cyprus



# QUISIANTO TRADING LIMITED

5.5 The acceptance certificate for the goods subscribes in 6 copies (5 copies to each Side).

6. Warranty

6.1 The SELLER guarantees quality of the delivered equipment.

7. Force-majeure

7.1 None of the Parties shall bear responsibility for their partial or complete non-fulfillment of their contractual obligations, should this failure be resulted from circumstances of force-majeure such as (but not limited): natural disasters (floods, fires, earthquakes and others), strike, labor conflicts.

7.2 Embargo / war is not considered as a force-majeure for this contract.

In this event the period of fulfillment of obligations under the present Contract *No. 8628–57* shall be extended in proportion to the period of the force-majeure circumstances in force and elimination of their consequences thereof.

7.2 The Party invoking the force-majeure circumstances shall notify the other Party in written form about the occurrence of the event within 15 (Fifteen) calendar days of its commencement. The notification shall also indicate expected duration and cessation of the above circumstances.

7.3 The Parties shall take all the possible measures to continue the fulfillment of their obligations in the period of the force-majeure.

8. CONFIDENTIALITY.

8.1 The parties will treat any information related to the present Contract *No. 8628–57* as Commercial Secret, based on the None-Disclosure confidentiality agreement signed by both parties.

8.3 All amendments or additions to the present Contract shall be signed by duly authorized representative of both Sides.

9. Arbitration

9.1. The Parties shall take all the practical measures to settle disputes and disagreements which may arise in connection with this Contract via negotiations. If the disputes or disagreements cannot be settled amicably then disputes or disagreements shall be referred to arbitration according to clause 9.2.

Initials _____   _____

## Gr.Xenopoulou, 17, 3106, Limassol, Cyprus



## QUISIANTO TRADING LIMITED

9.2. All the disputes and/or disagreements and/or claims arising in connection with the contract which cannot be settled via negotiations are to be settled in the Arbitration Institute, Chamber of Commerce, in Stockholm, Sweden. The arbitration award shall be final and binding for the both Parties and cannot be subject to any appeal or recourse of any kind. The court hearing is to be executed in accordance with the Regulations of the mentioned court. The language of the hearing is English.

10. Effective date and period of Contract validity

10.1 The present Contract comes into force when the following procedures and requirements are met:

10.1.1 The Parties sign the Contract *No*. 8628–57.

10.1.2 Within 5 (five) days from the day of signing of the present Contract the seller submits to the buyer a revolving bank guarantee 25 Million +5% none performance penalty (Twenty five million USD +5%) according to the first invoice which is a part of the general invoice

Initials _____   _____

Gr.Xenopoulou, 17, 3106, Limassol, Cyprus



# QUISIANTO TRADING LIMITED

Bank Details                                      Bank Details

                                                  **Hellenic Bank Ltd**
                                                  **IBC Branch, Corner Ieoforos Arch**
                                                  **Makarios 111 131**
                                                  **Loannou Polemi, 4 Floor**
                                                  **PO Box 51791, 3508 Limassol**
                                                  **EURO 240-01-723501-01**
                                                  **IBAN CY15 0050 0240 0002 4001 7235 0101**
                                                  **USD 240-07-723501-01**
                                                  **IBAN CY85 0050 0240 0002 4007 7235 0101**

The Buyer                                         The Seller



_____           _____
**Mr. Rami Ghanem**                               **Mr. Alexei Kharlanov**



Initials _____   _____

Gr.Xenopoulou, 17, 3106, Limassol, Cyprus

CASE NO.   CR 15-0704 (A)-SJO

       UNITED STATES OF AMERICA
VS.       GHANEM

PLAINTIFF'S EXHIBIT       544

DATE _____ IDEN.

DATE_____ EVID.

BY _____
          DEPUTY CLERK
AO 386

| | |
|---|---|
| **From:** | Tahsin Ammouri <tammouri@hotmail.com> |
| **Sent:** | Monday, June 22, 2015 1:14 PM |
| **To:** | Rami <ramithe@gmail.com> |
| **Subject:** | final contract |
| **Attach:** | Contract(v3_final_2).docx |

Dear Rami,

Please review the modified contract based on your request to initiate the first shipment for 2.5 million.

If all satisfactory please sign and return with your banking details tomorrow.

Best

Tahsin



# QUISIANTO TRADING LIMITED

Contract № 8628–**57**                                                    18 May 2015

Company, **QUISIANTO TRADING LIMITED** hereinafter referred as a «Seller » represented by Director Mr. Alexei Kharlanov, Gr.Xenopoulou, 17 3106, Limassol, Cyprus, acting in accordance with Company's bylaws on the one part and Company: **Gateway of Mena for Logistics and Services**, Al–Shmeisani, Abdul Al-Rahim Al Waked St, Shmeisani Bldg. Amman – Jordan hereinafter referred as and the «Buyer» represented by Director Mr. Rami Ghanem, acting in accordance with Company's bylaws on the other part, jointly and separately hereinafter referred to as a «Parties», have concluded the present Contract concerning the following:

**1. Subject of the Contract**

1.2 The SELLER shall sell and the BUYER shall buy products, which quantity and assortments are specified in Appendix 1 to the present contract *No.* 8628–57 forming an integral part of the Contract *No.* 8628–57 and corresponding to its requirements.

1.3 The BUYER shall pay for the delivered Equipment as provided for in Clause 2 herein;

**2. Contract value and the terms of payment:**

2.1 The price of equipment capital Contract is ($250,000,000.00) Two hundred forty nine millions five hundred thousand and eight hundred USD, 12% services Fees to be invoiced separately in advance by Golden Wings, Inc. to allow our agents to implement all services required.

2.2 «Buyer» has the right to change, replace and modify items mentioned in (Appendix 1) as per the requirements of the original EUC, any changes must not affect the total amount of (Appendix 1) more/less than ± %15 of the total value

2.3 The general invoice (Appendix 1) +-15% per shipment plus 12% services fees, seller will issue separate invoices prior to each shipment based on quantities and items provided by the buyer 15 days prior to shipping.

2.4 Payment under the present contract *No.* 8628–57 contract shall be effected by the BUYER in US dollars as follows;

Initials _____   _____

Gr.Xenopoulou, 17, 3106, Limassol, Cyprus

00078604                                                              Ghanem-00072443

Ghanem_Sentencing_00000245



# QUISIANTO TRADING LIMITED

A)  Seller to issue a confirmed irrevocable/ revolving standby letter of credit / bank guarantee for the value of 2,525,000 million USD (two million five hundred and twenty five thousand million USD) to cover the first shipment and immediately after the acceptance of the first shipment. Bank guarantee will always equal total value of further order from this contract.

12 % supplementary services fee will be invoiced separately (transportation inland, air freight to destination, handling, storage, loading, Insurance, financial, export and consultancy fees).
Will be invoiced by our authorized representative Golden Wings, Inc. Amman, Jordan.

B.) 1st shipment (Annex 1) valued at (2,525,000) two million and five hundred and twenty five thousand USD, hereinafter is considered an integral part of this contract *No.* 8628–57 reference Appendix 1, upon delivering trial order (Annex 1), this contract *No.* 8628–57 will be implemented in total in accordance with all terms and conditions stipulated in this contract *No.* 8628–57. All payments for present and future shipments will be paid by wire transfer against confirmed irrevocable/revolving standby letter of credit / bank guarantee for full amount of each shipment.

**Wire transfer payment conditions & Documentations**

-    Airway Bill
-    Packing List
-    Commercial Invoice
-    Inspection certificate signed by buyers' representative for previous shipment.

**3. The terms and conditions of delivery**

3.1 The date of signing the Delivery-Acceptance and inspection Report is considered to be the date of Equipment handover / acceptance to the BUYER.

3.2 The seller must contact the buyers' representative by email to provide the date and place of loading and inspection.

3.3 The buyers' representative with Power of Attorney to execute this mission, will be handed the packing list of the current shipment for acceptance.

3.4 Representative of the Buyer will complete checking the quantity and quality of goods before departure of each shipment.

Initials _____    _____

Gr.Xenopoulou, 17, 3106, Limassol, Cyprus



# QUISIANTO TRADING LIMITED

3.5 After checking the quantity of goods, both parties must sign the Packing List and have it approved by the buyer representative at the port/airport in compliance with laws and regulations of exporting country.

3.6 The acceptance report shall be signed by the authorized representatives of both Parties in 2 (Two) copies, in Russian and English languages at the port of departure.

3.7 The period of Equipment delivery is 21 days (Twenty One days) for the first shipment following the date of obtaining the authorization documents from the competent authorities for the execution of the present Contract provided that the SELLER receives the wire transfer and posts Standby Letter of Credit. The time period for delivery of all goods mentioned in Appendix 1 (General invoice) is 120 days-365 days.

3.8 The packing of the delivered Equipment to shall conform to the standards and conditions stipulated by the manufacturer of the Equipment and shall guarantee full safety of the Equipment during transportation and storage at the port of departure.

3.9 Full set of packing lists shall be placed into the first case (case # 1) of the consignment to be shipped. All the shipping documents are to be issued in English. If required each package shall be provided with additional inscriptions in English as "Top", "Do not turn", "Gravity center", "Attach slings here" as well as the signs of an arrow, glass etc.

**4. Quality**

The quality of the Equipment delivered under the present Contract *No.* 8628–57 shall comply with the norm and standards and shall be confirmed by quality Certificate, issued by the SELLER.

**5. ACCEPTANCE OF GOODS**

5.1 Check of the technical condition of the Goods is conducted at the Airport of the SELLER. Buyer may inspect goods at stores or factory if he chooses to.

5.2 Before signing the certificates of acceptance, both parties' representatives will exchange powers of attorney to show the right of signing the certificates of acceptance.

5.3 Goods acceptance/transfer is made at port of the SELLER.

5.4 The acceptance certificate for the goods subscribes in 6 copies (3 copies to each Side).

Initials _____   _____

## Gr.Xenopoulou, 17, 3106, Limassol, Cyprus



# QUISIANTO TRADING LIMITED

**6. Warranty**

6.1 The SELLER guarantees quality of the delivered equipment.

**7. Force-majeure**

7.1 None of the Parties shall bear responsibility for their partial or complete non-fulfillment of their contractual obligations, should this failure be resulted from circumstances of force-majeure such as (but not limited): natural disasters (floods, fires, earthquakes and others), strike, labor conflicts.

7.2 Embargo / war is not considered as a force-majeure for this contract.

In this event the period of fulfillment of obligations under the present Contract *No.* 8628–57 shall be extended in proportion to the period of the force-majeure circumstances in force and elimination of their consequences thereof.

7.2 The Party invoking the force-majeure circumstances shall notify the other Party in written form about the occurrence of the event within 15 (Fifteen) calendar days of its commencement. The notification shall also indicate expected duration and cessation of the above circumstances.

7.3 The Parties shall take all the possible measures to continue the fulfillment of their obligations in the period of the force-majeure.

**8. CONFIDENTIALITY.**

8.1 The parties will treat any information related to the present Contract *No.* 8628–57 as Commercial Secret, based on the None-Disclosure confidentiality agreement signed by both parties.

8.3 All amendments or additions to the present Contract shall be signed by duly authorized representative of both Sides.

**9. Arbitration**

9.1. The Parties shall take all the practical measures to settle disputes and disagreements which may arise in connection with this Contract via negotiations. If the disputes or disagreements cannot be settled amicably then disputes or disagreements shall be referred to arbitration according to clause 9.2.

Initials _____   _____

Gr.Xenopoulou, 17, 3106, Limassol, Cyprus



# QUISIANTO TRADING LIMITED

9.2. All the disputes and/or disagreements and/or claims arising in connection with the contract which cannot be settled via negotiations are to be settled in the Arbitration Institute, Chamber of Commerce, in Lucerne, Switzerland. The arbitration award shall be final and binding for the both Parties and cannot be subject to any appeal or recourse of any kind. The court hearing is to be executed in accordance with the Regulations of the mentioned court. The language of the hearing is English.

10. Effective date and period of Contract validity

10.1 The present Contract comes into force when the following procedures and requirements are met:

10.1.1 The Parties sign the Contract *No.* 8628–57.

10.1.2 Within 5 (five) days from the day of signing of the present Contract the seller submits to the buyer a revolving/irrevocable standby letter of credit / bank guarantee for 2,525,000 Million  (Two million and five hundred and twenty five thousand  USD) according to the first invoice which is a part of the general invoice

Bank Details                                             Bank Details

                                                        **Hellenic Bank Ltd**
                                                        **IBC Branch, Corner leoforos Arch**
                                                        **Makarios 111 131**
                                                        **Loannou Polemi, 4 Floor**
                                                        **PO Box 51791, 3508 Limassol**
                                                        **EURO 240-01-723501-01**
                                                        **IBAN CY15 0050 0240 0002 4001 7235 0101**
                                                        **USD 240-07-723501-01**
                                                        **IBAN CY85 0050 0240 0002 4007 7235 0101**

**The Buyer**                                            **The Seller**


_____          _____
**Mr. Rami Ghanem**                                     **Mr. Alexei Kharlanov**

Initials _____   _____

Gr.Xenopoulou, 17, 3106, Limassol, Cyprus



## QUISIANTO TRADING LIMITED

Initials _____   _____

Gr.Xenopoulou, 17, 3106, Limassol, Cyprus

00078604

Ghanem-00072443

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   545

DATE _____ IDEN.

DATE_____ EVID.

BY _____
DEPUTY CLERK
AO 386

| From: | Tahsin Ammouri <tammouri@hotmail.com> |
|---|---|
| Sent: | Friday, June 26, 2015 2:47 AM |
| To: | Rami <ramithe@gmail.com> |
| Subject: | FW: contract & Invoice |
| Attach: | Contract(for signing ).pdf; Copy of Annex1_final.pdf |

Dear Rami ,,,, I am glad you recovered from this unpleasant experience,

1-  I am sending you again both contract and first shipment invoice, if possible, have your office in Istanbul add your computer  signature and stamp on both, and foreword back to me with your bank details so they could open the standby LC , and obtain sellers counter signature. this will allow me to clear and approve inland transportation of first shipment to the departure location, to be ready for inspection and airfreight.

2- When can we go to Cyprus to meet the owners of the 2 units, is it after you receive your VIP next Monday, please give me a tentative date ..

3- can you receive in Istanbul both Meg 25 Tiers and Radios ( I sill need model number of radio) Tiers are available , then you ship farther to buyers ? there is no airfreight service between their location and the final destination,

**IF ALL HAS TO WAIT UNTIL YOUR RETURN, PLEASE ADVICE ME**

Regards
Tahsin

From: tammouri@hotmail.com
To: ramithe@gmail.com
Subject: contract & Invoice
Date: Tue, 23 Jun 2015 08:01:55 -0700

Dear Rami,

Attached is the final contract & invoice with all contract amendments based on your requested and quantities of first trial order.

Please sign and provide banking details to allow seller to present to their bank for opening standby Letter of credit / Bank Guarantee.

Regards,

Tahsin

# Supply Contract

Contract № 8628–57

22 June 2015

Company, **QUISIANTO TRADING LIMITED** hereinafter referred as a «Seller » represented by Director Mr. Alexei Kharlanov, Gr.Xenopoulou, 17 3106, Limassol, Cyprus, acting in accordance with Company's bylaws on the one part and Company: **Gateway of Mena for Logistics and Services**, Al–Shmeisani, Abdul Al-Rahim Al Waked St, Shmeisani Bldg. Amman – Jordan hereinafter referred as and the «Buyer» represented by Director Mr. Rami Ghanem, acting in accordance with Company's bylaws on the other part, jointly and separately hereinafter referred to as a «Parties», have concluded the present Contract concerning the following:

**1. Subject of the Contract**

1.2 The SELLER shall sell and the BUYER shall buy products, which quantity and assortments are specified in Appendix 1 to the present contract *No.* **8628–57** (5 pages) forming an integral part of Contract *No.* **8628–57** and corresponding to its EUC # 8628-57 dated 18 Nov 2014 requirements.

1.3 The BUYER shall pay for the delivered Equipment as provided for in Clause 2 herein;

**2. Contract value and the terms of payment:**

2.1 The price of equipment capital Contract is ($250,000,000.00) Two hundred Fifty millions USD, 12% services Fees to be invoiced separately in advance by Golden Wings, Inc. to allow our agents to implement all services required.

2.2 «Buyer» has the right to change, replace and modify items mentioned in (Appendix 1) as per the requirements of the EUC, any changes must not affect the total amount of (Appendix 1) more/ less than ± %15 of the total value, Buyer to supply Seller list of items to be shipped 15 days prior to shipment.

2.3 Payment under the present contract *No.* **8628–57** shall be effected by the BUYER in US dollars as follows;

A) Seller to issue a confirmed irrevocable/standby letter of credit / bank guarantee for the value of 5,000,000 million USD (Five millions USD) to cover the first shipment. Bank guarantee will always equal total value of further orders from this contract *No.* **8628–57**. Seller and Buyer agreed to have a minimum order of (5 000 000) Five million USD after trial shipment.

12 % supplementary services fee will be invoiced separately (transportation inland, air freight to destination, handling, storage, loading, Insurance, financial, export and consultancy fees). Will be invoiced by our authorized representative Golden Wings, Inc. Amman, Jordan.

1                                                    Initials _____    _____

# Supply Contract

Contract № 8628–57

B.) 1st shipment (Annex 1) valued at (2,489,970.00) two million four hundred eighty nine thousand and nine hundred and seventy USD), hereinafter is considered an integral part of this contract *No.* **8628–57** reference Appendix 1, upon delivering trial order (Annex 1), this contract *No.* **8628–57** will be implemented in total in accordance with all terms and conditions stipulated in this contract *No.* **8628–57**. All payments for present and future shipments will be paid by wire transfer against confirmed irrevocable/revolving standby letter of credit / bank guarantee for full amount of each shipment.

**Wire transfer payment conditions & Documentations**

- Airway Bill
- Packing List
- Commercial Invoice
- Inspection certificate signed by both parties' representatives.

**3. The terms and conditions of delivery**

3.1 The date of signing the Delivery-Acceptance and inspection Report is considered to be the date of Equipment handover / acceptance to the BUYER.

3.2 The seller must contact the buyers' representative by email to provide the date and place of loading and inspection.

3.3 The buyers' representative with Power of Attorney to execute this mission, will be handed the packing list of the current shipment for acceptance.

3.4 Representative of the Buyer will complete checking the quantity and quality of goods before departure of each shipment.

3.5 After checking the quantity of goods, both parties must sign the Packing List and have it approved by the buyer representative at the port/airport in compliance with laws and regulations of exporting country.

3.6 The acceptance report shall be signed by the authorized representatives of both Parties in the English language at the port of departure.

3.7 The period of Equipment delivery is 21 days (Twenty One days) for the first trail shipment following the date of obtaining the authorization documents from the competent authorities for the execution of the present Contract provided that the SELLER receives the wire transfer and posts Standby Letter of Credit. The time period for delivery of all goods mentioned in Appendix 1 (General invoice) is 120 days-365 days.

3.8 The packing of the delivered Equipment to shall conform to the standards and conditions stipulated by the manufacturer of the Equipment and shall guarantee full safety of the Equipment during transportation and storage at the port of departure.

2                                                          Initials _____    _____

Ghanem-00072443

# Supply Contract

Contract № 8628–57

3.9 Full set of packing lists shall be placed into the first case (case # 1) of the consignment to be shipped. All the shipping documents are to be issued in English. If required each package shall be provided with additional inscriptions in English as "Top", "Do not turn", "Gravity center", "Attach slings here" as well as the signs of an arrow, glass etc.

## 4. Quality

The quality of the Equipment delivered under the present Contract $No.$ 8628–57 shall comply with the norm and standards and shall be confirmed by quality Certificate, issued by the SELLER.

## 5. ACCEPTANCE OF GOODS

5.1 Check of the technical condition of the Goods is conducted at the Airport of the SELLER. Buyer may inspect goods at stores or factory if he chooses to.

5.2 Before signing the certificates of acceptance, both parties' representatives will exchange powers of attorney to show the right of signing the certificates of acceptance.

5.3 Goods acceptance/transfer is made at port of the SELLER.

5.4 The acceptance certificate for the goods subscribes in 6 copies (3 copies to each Side).

## 6. Warranty

6.1 The SELLER guarantees quality of the delivered equipment.

## 7. Force-majeure

**7.1 This contract $No.$ 8628–57 can be cancelled by official notice by the end user government only.**

7.2 None of the Parties shall bear responsibility for their partial or complete non-fulfillment of their contractual obligations, should this failure be resulted from circumstances of force-majeure such as (but not limited): natural disasters (floods, fires, earthquakes and others), strike, labor conflicts.

7.3 Embargo / war is not considered as a force-majeure for this contract.

In this event the period of fulfillment of obligations under the present Contract $No.$ 8628–57 shall be extended in proportion to the period of the force-majeure circumstances in force and elimination of their consequences thereof.

3

Initials _____      _____

# Supply Contract

Contract № 8628–57

7.4 The Party invoking the force-majeure circumstances shall notify the other Party in written form about the occurrence of the event within 15 (Fifteen) calendar days of its commencement. The notification shall also indicate expected duration and cessation of the above circumstances.

7.5 The Parties shall take all the possible measures to continue the fulfillment of their obligations in the period of the force-majeure.

## 8. CONFIDENTIALITY.

8.1 The parties will treat any information related to the present Contract *No.* 8628–57 as Commercial Secret, based on the None-Disclosure confidentiality agreement signed by both parties.

8.3 All amendments or additions to the present Contract shall be signed by duly authorized representative of both Sides.

## 9. Arbitration

9.1. The Parties shall take all the practical measures to settle disputes and disagreements which may arise in connection with this Contract via negotiations. If the disputes or disagreements cannot be settled amicably then disputes or disagreements shall be referred to arbitration according to clause 9.2.

9.2. All the disputes and/or disagreements and/or claims arising in connection with the contract which cannot be settled via negotiations are to be settled in the Arbitration Institute, Chamber of Commerce, in Lucerne, Switzerland. The arbitration award shall be final and binding for the both Parties and cannot be subject to any appeal or recourse of any kind. The court hearing is to be executed in accordance with the Regulations of the mentioned court. The language of the hearing is English.

## 10. Effective date and period of Contract validity

10.1 The present Contract comes into force when the following procedures and requirements are met:

10.1.1 The Parties sign the Contract *No.* 8628–57.

10.1.2 Within 5 (five) days from the day of signing of the present Contract the seller submits to the buyer a revolving/irrevocable standby letter of credit / bank guarantee for 5,000,000 Million  (Five million USD) according to the first invoice which is a part of the general invoice

10.1.3 Within 5 (Five) days after signing of this contract Buyer will wire transfer the full amount of the first trial order , hereinafter is considered an integral part of this contract *No.* 8628–57 (Annex 1).

4

Initials _____   _____

# Supply Contract

Contract № 8628–57

Bank Details

Bank Details

**Hellenic Bank Ltd**
**IBC Branch, Corner leoforos Arch**
**Makarios 111 131**
**Loannou Polemi, 4 Floor**
**PO Box 51791, 3508 Limassol**
**EURO 240-01-723501-01**
**IBAN CY15 0050 0240 0002 4001 7235 0101**
**USD 240-07-723501-01**
**IBAN CY85 0050 0240 0002 4007 7235 0101**

**The Buyer**

**The Seller**

_____

_____

**Mr. Rami Ghanem**

**Mr. Alexei Kharlanov**

Initials _____   _____

Ghanem-00072443

Ghanem_Sentencing_00000257

*QUISIANTO TRADING LIMITED*
*Gr.Xenopoulou, 17*
*3106, Limassol, Cyprus*

Invoice No. | 8628–**57-1**

| Annex No. 1 |

Requester Name: | **Mr. Alexei Kharlanov** | Date | **22-Jun-15**
Phone: |
Transport: | *Aircraft*
Payment condition: | *100% down payment*
Transport  documents: | *Airway Bill*
Submitted to: | *Ministry of Defense of Libya* | contract # | 8628-57

**KIndly requested to settle the amount listed below within 5 days for goods and services provided.**

| No. | QTY. | Unit | Description | Flights | Unit Price | TOTAL |
|-----|------|------|-------------|---------|------------|-------|
| 1 | 137340 | 1 | 23mm Ammunition | 2 | $10.00 | $  1,373,400.00 |
| 2 | 171780 | 1 | 14.5 Ammunition | 1 | $6.50 | $1,116,570 |
| | | | | | | $          - |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | Sub Total | $      2,489,970.00 |
| | | | | | less down payment | |
| | | | | | TOTAL | $      2,489,970.00 |

Buyer

_____

CASE NO. __CR 15-0704 (A)-SJO__

_____UNITED STATES OF AMERICA_____
VS. ____GHANEM____

PLAINTIFF'S EXHIBIT ____546____

DATE _____IDEN.

DATE_____EVID.

BY _____
              DEPUTY CLERK
AO 386

| From: | Tahsin Ammouri <tammouri@hotmail.com> |
|---|---|
| Sent: | Tuesday, June 23, 2015 8:02 AM |
| To: | Rami <ramithe@gmail.com> |
| Subject: | contract & Invoice |
| Attach: | Contract(for signing ).pdf; Copy of Annex1_final.pdf |

Dear Rami,

Attached is the final contract & invoice with all contract amendments based on your requested and quantities of first trial order.

Please sign and provide banking details to allow seller to present to their bank for opening standby Letter of credit / Bank Guarantee.

Regards,

Tahsin

Ghanem-00072443

00078579

Ghanem_Sentencing_00000260

# Supply Contract

Contract № 8628–57

22 June 2015

Company, **QUISIANTO TRADING LIMITED** hereinafter referred as a «Seller » represented by Director Mr. Alexei Kharlanov, Gr.Xenopoulou, 17 3106, Limassol, Cyprus, acting in accordance with Company's bylaws on the one part and Company: **Gateway of Mena for Logistics and Services**, Al–Shmeisani, Abdul Al-Rahim Al Waked St, Shmeisani Bldg. Amman – Jordan hereinafter referred as and the «Buyer» represented by Director Mr. Rami Ghanem, acting in accordance with Company's bylaws on the other part, jointly and separately hereinafter referred to as a «Parties», have concluded the present Contract concerning the following:

**1. Subject of the Contract**

1.2 The SELLER shall sell and the BUYER shall buy products, which quantity and assortments are specified in Appendix 1 to the present contract *No.* **8628–57** (5 pages) forming an integral part of Contract *No.* **8628–57** and corresponding to its EUC # 8628-57 dated 18 Nov 2014 requirements.

1.3 The BUYER shall pay for the delivered Equipment as provided for in Clause 2 herein;

**2. Contract value and the terms of payment:**

2.1 The price of equipment capital Contract is ($250,000,000.00) Two hundred Fifty millions USD, 12% services Fees to be invoiced separately in advance by Golden Wings, Inc. to allow our agents to implement all services required.

2.2 «Buyer» has the right to change, replace and modify items mentioned in (Appendix 1) as per the requirements of the EUC, any changes must not affect the total amount of (Appendix 1) more/ less than ± %15 of the total value, Buyer to supply Seller list of items to be shipped 15 days prior to shipment.

2.3 Payment under the present contract *No.* **8628–57** shall be effected by the BUYER in US dollars as follows;

A) Seller to issue a confirmed irrevocable/standby letter of credit / bank guarantee for the value of 5,000,000 million USD (Five millions USD) to cover the first shipment. Bank guarantee will always equal total value of further orders from this contract *No.* **8628–57**. Seller and Buyer agreed to have a minimum order of (5 000 000) Five million USD after trial shipment.

12 % supplementary services fee will be invoiced separately (transportation inland, air freight to destination, handling, storage, loading, Insurance, financial, export and consultancy fees).
Will be invoiced by our authorized representative Golden Wings, Inc. Amman, Jordan.

1                                                    Initials _____    _____

Ghanem-00072443

00078580

Ghanem_Sentencing_00000261

# Supply Contract

Contract № 8628–57

B.) 1st shipment (Annex 1) valued at (2,489,970.00) two million four hundred eighty nine thousand and nine hundred and seventy USD), hereinafter is considered an integral part of this contract *No.* **8628–57** reference Appendix 1, upon delivering trial order (Annex 1), this contract *No.* **8628–57** will be implemented in total in accordance with all terms and conditions stipulated in this contract *No.* **8628– 57**. All payments for present and future shipments will be paid by wire transfer against confirmed irrevocable/revolving standby letter of credit / bank guarantee for full amount of each shipment.

**Wire transfer payment conditions & Documentations**

- Airway Bill
- Packing List
- Commercial Invoice
- Inspection certificate signed by both parties' representatives.

**3. The terms and conditions of delivery**

3.1 The date of signing the Delivery-Acceptance and inspection Report is considered to be the date of Equipment handover / acceptance to the BUYER.

3.2 The seller must contact the buyers' representative by email to provide the date and place of loading and inspection.

3.3 The buyers' representative with Power of Attorney to execute this mission, will be handed the packing list of the current shipment for acceptance.

3.4 Representative of the Buyer will complete checking the quantity and quality of goods before departure of each shipment.

3.5 After checking the quantity of goods, both parties must sign the Packing List and have it approved by the buyer representative at the port/airport in compliance with laws and regulations of exporting country.

3.6 The acceptance report shall be signed by the authorized representatives of both Parties in the English language at the port of departure.

3.7 The period of Equipment delivery is 21 days (Twenty One days) for the first trail shipment following the date of obtaining the authorization documents from the competent authorities for the execution of the present Contract provided that the SELLER receives the wire transfer and posts Standby Letter of Credit. The time period for delivery of all goods mentioned in Appendix 1 (General invoice) is 120 days-365 days.

3.8 The packing of the delivered Equipment to shall conform to the standards and conditions stipulated by the manufacturer of the Equipment and shall guarantee full safety of the Equipment during transportation and storage at the port of departure.

2                                                          Initials _____    _____

00078580

Ghanem-00072443

Ghanem_Sentencing_00000262

# Supply Contract

Contract № 8628–57

3.9 Full set of packing lists shall be placed into the first case (case # 1) of the consignment to be shipped. All the shipping documents are to be issued in English. If required each package shall be provided with additional inscriptions in English as "Top", "Do not turn", "Gravity center", "Attach slings here" as well as the signs of an arrow, glass etc.

### 4. Quality

The quality of the Equipment delivered under the present Contract *No.* 8628–57 shall comply with the norm and standards and shall be confirmed by quality Certificate, issued by the SELLER.

### 5. ACCEPTANCE OF GOODS

5.1 Check of the technical condition of the Goods is conducted at the Airport of the SELLER. Buyer may inspect goods at stores or factory if he chooses to.

5.2 Before signing the certificates of acceptance, both parties' representatives will exchange powers of attorney to show the right of signing the certificates of acceptance.

5.3 Goods acceptance/transfer is made at port of the SELLER.

5.4 The acceptance certificate for the goods subscribes in 6 copies (3 copies to each Side).

### 6. Warranty

6.1 The SELLER guarantees quality of the delivered equipment.

### 7. Force-majeure

**7.1 This contract *No.* 8628–57 can be cancelled by official notice by the end user government only.**

7.2 None of the Parties shall bear responsibility for their partial or complete non-fulfillment of their contractual obligations, should this failure be resulted from circumstances of force-majeure such as (but not limited): natural disasters (floods, fires, earthquakes and others), strike, labor conflicts.

7.3 Embargo / war is not considered as a force-majeure for this contract.

In this event the period of fulfillment of obligations under the present Contract *No.* 8628–57 shall be extended in proportion to the period of the force-majeure circumstances in force and elimination of their consequences thereof.

3

Initials _____   _____

Ghanem-00072443

00078580

Ghanem_Sentencing_00000263

# Supply Contract

Contract № 8628–57

7.4 The Party invoking the force-majeure circumstances shall notify the other Party in written form about the occurrence of the event within 15 (Fifteen) calendar days of its commencement. The notification shall also indicate expected duration and cessation of the above circumstances.

7.5 The Parties shall take all the possible measures to continue the fulfillment of their obligations in the period of the force-majeure.

## 8. CONFIDENTIALITY.

8.1 The parties will treat any information related to the present Contract *No.* 8628–57 as Commercial Secret, based on the None-Disclosure confidentiality agreement signed by both parties.

8.3 All amendments or additions to the present Contract shall be signed by duly authorized representative of both Sides.

## 9. Arbitration

9.1. The Parties shall take all the practical measures to settle disputes and disagreements which may arise in connection with this Contract via negotiations. If the disputes or disagreements cannot be settled amicably then disputes or disagreements shall be referred to arbitration according to clause 9.2.

9.2. All the disputes and/or disagreements and/or claims arising in connection with the contract which cannot be settled via negotiations are to be settled in the Arbitration Institute, Chamber of Commerce, in Lucerne, Switzerland. The arbitration award shall be final and binding for the both Parties and cannot be subject to any appeal or recourse of any kind. The court hearing is to be executed in accordance with the Regulations of the mentioned court. The language of the hearing is English.

## 10. Effective date and period of Contract validity

10.1 The present Contract comes into force when the following procedures and requirements are met:

10.1.1 The Parties sign the Contract *No.* 8628–57.

10.1.2 Within 5 (five) days from the day of signing of the present Contract the seller submits to the buyer a revolving/irrevocable standby letter of credit / bank guarantee for 5,000,000 Million (Five million USD) according to the first invoice which is a part of the general invoice

10.1.3 Within 5 (Five) days after signing of this contract Buyer will wire transfer the full amount of the first trial order , hereinafter is considered an integral part of this contract *No.* 8628–57 (Annex 1).

4                                                                    Initials _____    _____

Ghanem-00072443

00078580

# Supply Contract

Contract № 8628–57

Bank Details                          Bank Details

**Hellenic Bank Ltd**
**IBC Branch, Corner leoforos Arch**
**Makarios 111 131**
**Loannou Polemi, 4 Floor**
**PO Box 51791, 3508 Limassol**
**EURO 240-01-723501-01**
**IBAN CY15 0050 0240 0002 4001 7235 0101**
**USD 240-07-723501-01**
**IBAN CY85 0050 0240 0002 4007 7235 0101**

**The Buyer**                         **The Seller**

_____              _____

**Mr. Rami Ghanem**                   **Mr. Alexei Kharlanov**

Initials _____    _____

Ghanem-00072443

00078580

Ghanem_Sentencing_00000265

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA

VS.   GHANEM

PLAINTIFF'S EXHIBIT   547

DATE _____IDEN.

DATE_____EVID.

BY _____

DEPUTY CLERK

AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|---|---|
| Sent: | Saturday, June 27, 2015 8:22 AM |
| To: | Tahsin Ammouri <tammouri@hotmail.com> |
| Subject: | copy of the contract |
| Attach: | scan.pdf |

Dear My friend,

Please see attached file for the required signed agreement, regarding to the bank information I am trying to finalize the discussion with my partner if we can do it throughout our bank in Jordan.

Thanks & Regards

*Rami Ghanem*

*Gateway to MENA. (GTM)*
**Egypt Office**
**Complex 133, Building 7, Apartment 32**
**Al Rehab City, Cairo  Egypt**
**Iternational #: +37282432246**
**Telephone# 00201127999552**
**Jordan Office**

Tel: 962 6 5685624
Fax: 962 6 5685625
**ramithe@gmail.com** or  rami@caravaname.com
US Telephone: 772 675-4363     Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of GME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try

Before you die »Live

That's Life...

Ghanem-00072443

# Supply Contract

Contract № 8628–57

B.) 1ˢᵗ shipment (Annex 1) valued at (2,489,970.00) two million four hundred eighty nine thousand and nine hundred and seventy USD), hereinafter is considered an integral part of this contract *No. 8628–57* reference Appendix 1, upon delivering trial order (Annex 1), this contract *No. 8628–57* will be implemented in total in accordance with all terms and conditions stipulated in this contract *No. 8628–57*. All payments for present and future shipments will be paid by wire transfer against confirmed irrevocable/revolving standby letter of credit / bank guarantee for full amount of each shipment.

**Wire transfer payment conditions & Documentations**

- Airway Bill
- Packing List
- Commercial Invoice
- Inspection certificate signed by both parties' representatives.

**3. The terms and conditions of delivery**

3.1 The date of signing the Delivery-Acceptance and inspection Report is considered to be the date of Equipment handover / acceptance to the BUYER.

3.2 The seller must contact the buyers' representative by email to provide the date and place of loading and inspection.

3.3 The buyers' representative with Power of Attorney to execute this mission, will be handed the packing list of the current shipment for acceptance.

3.4 Representative of the Buyer will complete checking the quantity and quality of goods before departure of each shipment.

3.5 After checking the quantity of goods, both parties must sign the Packing List and have it approved by the buyer representative at the port/airport in compliance with laws and regulations of exporting country.

3.6 The acceptance report shall be signed by the authorized representatives of both Parties in the English language at the port of departure.

3.7 The period of Equipment delivery is 21 days (Twenty One days) for the first trail shipment following the date of obtaining the authorization documents from the competent authorities for the execution of the present Contract provided that the SELLER receives the wire transfer and posts Standby Letter of Credit. The time period for delivery of all goods mentioned in Appendix 1 (General invoice) is 120 days-365 days.

3.8 The packing of the delivered Equipment to shall conform to the standards and conditions stipulated by the manufacturer of the Equipment and shall guarantee full safety of the Equipment during transportation and storage at the port of departure.

2                                                    Initials

# Supply Contract

Contract № 8628–57

3.9 Full set of packing lists shall be placed into the first case (case # 1) of the consignment to be shipped. All the shipping documents are to be issued in English. If required each package shall be provided with additional inscriptions in English as "Top", "Do not turn", "Gravity center", "Attach slings here" as well as the signs of an arrow, glass etc.

## 4. Quality

The quality of the Equipment delivered under the present Contract No. 8628–57 shall comply with the norm and standards and shall be confirmed by quality Certificate, issued by the SELLER.

## 5. ACCEPTANCE OF GOODS

5.1 Check of the technical condition of the Goods is conducted at the Airport of the SELLER. Buyer may inspect goods at stores or factory if he chooses to.

5.2 Before signing the certificates of acceptance, both parties' representatives will exchange powers of attorney to show the right of signing the certificates of acceptance.

5.3 Goods acceptance/transfer is made at port of the SELLER.

5.4 The acceptance certificate for the goods subscribes in 6 copies (3 copies to each Side).

## 6. Warranty

6.1 The SELLER guarantees quality of the delivered equipment.

## 7. Force-majeure

7.1 This contract No. 8628–57 can be cancelled by official notice by the end user government only.

7.2 None of the Parties shall bear responsibility for their partial or complete non-fulfillment of their contractual obligations, should this failure be resulted from circumstances of force-majeure such as (but not limited): natural disasters (floods, fires, earthquakes and others), strike, labor conflicts.

7.3 Embargo / war is not considered as a force-majeure for this contract.

In this event the period of fulfillment of obligations under the present Contract No. 8628–57 shall be extended in proportion to the period of the force-majeure circumstances in force and elimination of their consequences thereof.

Initials _RG_ _____

4

# Supply Contract

Contract № 8628–57

7.4 The Party invoking the force-majeure circumstances shall notify the other Party in written form about the occurrence of the event within 15 (Fifteen) calendar days of its commencement. The notification shall also indicate expected duration and cessation of the above circumstances.

7.5 The Parties shall take all the possible measures to continue the fulfillment of their obligations in the period of the force-majeure.

## 8. CONFIDENTIALITY.

8.1 The parties will treat any information related to the present Contract No. 8628–57 as Commercial Secret, based on the None-Disclosure confidentiality agreement signed by both parties.

8.3 All amendments or additions to the present Contract shall be signed by duly authorized representative of both Sides.

## 9. Arbitration

9.1. The Parties shall take all the practical measures to settle disputes and disagreements which may arise in connection with this Contract via negotiations. If the disputes or disagreements cannot be settled amicably then disputes or disagreements shall be referred to arbitration according to clause 9.2.

9.2. All the disputes and/or disagreements and/or claims arising in connection with the contract which cannot be settled via negotiations are to be settled in the Arbitration Institute, Chamber of Commerce, in Lucerne, Switzerland. The arbitration award shall be final and binding for the both Parties and cannot be subject to any appeal or recourse of any kind. The court hearing is to be executed in accordance with the Regulations of the mentioned court. The language of the hearing is English.

## 10. Effective date and period of Contract validity

10.1 The present Contract comes into force when the following procedures and requirements are met:

10.1.1 The Parties sign the Contract No. 8628–57.

10.1.2 Within 5 (five) days from the day of signing of the present Contract the seller submits to the buyer a revolving/irrevocable standby letter of credit / bank guarantee for 5,000,000 Million (Five million USD) according to the first invoice which is a part of the general invoice

10.1.3 Within 5 (Five) days after signing of this contract Buyer will wire transfer the full amount of the first trial order , hereinafter is considered an integral part of this contract No. 8628–57 (Annex 1).

Initials

# Supply Contract

Contract № 8628–57

22 June 2015

Company, **QUISIANTO TRADING LIMITED** hereinafter referred as a «Seller » represented by Director Mr. Alexei Kharlanov, Gr.Xenopoulou, 17 3106, Limassol, Cyprus, acting in accordance with Company's bylaws on the one part and Company: **Gateway of Mena for Logistics and Services**, Al-Shmeisani, Abdul Al-Rahim Al Waked St, Shmeisani Bldg. Amman – Jordan hereinafter referred as and the «Buyer» represented by Director Mr. Rami Ghanem, acting in accordance with Company's bylaws on the other part, jointly and separately hereinafter referred to as a «Parties», have concluded the present Contract concerning the following:

## 1. Subject of the Contract

1.2 The SELLER shall sell and the BUYER shall buy products, which quantity and assortments are specified in Appendix 1 to the present contract *No. 8628–57* (5 pages) forming an integral part of Contract *No. 8628–57* and corresponding to its EUC # 8628-57 dated 18 Nov 2014 requirements.

1.3 The BUYER shall pay for the delivered Equipment as provided for in Clause 2 herein;

## 2. Contract value and the terms of payment:

2.1 The price of equipment capital Contract is ($250,000,000.00) Two hundred Fifty millions USD, 12% services Fees to be invoiced separately in advance by Golden Wings, Inc. to allow our agents to implement all services required.

2.2 «Buyer» has the right to change, replace and modify items mentioned in (Appendix 1) as per the requirements of the EUC, any changes must not affect the total amount of (Appendix 1) more/ less than ± %15 of the total value, Buyer to supply Seller list of items to be shipped 15 days prior to shipment.

2.3 Payment under the present contract *No. 8628–57* shall be effected by the BUYER in US dollars as follows;

A) Seller to issue a confirmed irrevocable/standby letter of credit / bank guarantee for the value of 5,000,000 million USD (Five millions USD) to cover the first shipment. Bank guarantee will always equal total value of further orders from this contract *No. 8628–57*. Seller and Buyer agreed to have a minimum order of (5 000 000) Five million USD after trial shipment.

12 % supplementary services fee will be invoiced separately (transportation inland, air freight to destination, handling, storage, loading, Insurance, financial, export and consultancy fees). Will be invoiced by our authorized representative Golden Wings, Inc. Amman, Jordan.

1

Initials

# Supply Contract

Contract № 8628–57

Bank Details

Bank Details

**Hellenic Bank Ltd**
IBC Branch, Corner leoforos Arch
Makarios 111 131
Loannou Polemi, 4 Floor
PO Box 51791, 3508 Limassol
EURO 240-01-723501-01
IBAN CY15 0050 0240 0002 4001 7235 0101
USD 240-07-723501-01
IBAN CY85 0050 0240 0002 4007 7235 0101

The Buyer

The Seller

Mr. Rami Ghanem

Mr. Alexei Kharlanov

5

Intials

**QUISIANTO TRADING LIMITED**
Gr.Xenopoulou, 17
3106, Limasol, Cyprus

Invoice No. | 8628–57-1

Annex No. 1

| Requester Name: | Mr. Alexei Kharlanov | Date | 22-Jun-15 |
| Phone: | | | |
| Transport: | Aircraft | | |
| Payment condition: | 100% down payment | | |
| Transport documents: | Airway Bill | | |
| Submitted to: | Ministry of Defense of Libya | contract # | 8628-57 |

Kindly requested to settle the amount listed below within 5 days for goods and services provided.

| No. | QTY. | Unit | Description | Flights | Unit Price | TOTAL | |
|---|---|---|---|---|---|---|---|
| 1 | 137340 | 1 | 23mm Ammunition | 2 | $10.00 | $ | 1,373,400.00 |
| 2 | 171780 | 1 | 14.5 Ammunition | 1 | $6.50 | | $1,116,570 |
| | | | | | | $ | - |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | Sub Total | $ | 2,489,970.00 |
| | | | | | less down payment | | |
| | | | | | TOTAL | $ | 2,489,970.00 |

Buyer

00078412                                              Ghanem-00072443

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   548

DATE _____ IDEN.

DATE_____ EVID.

BY _____
DEPUTY CLERK
AO 386

| From: | Tahsin Ammouri <tammouri@hotmail.com> |
|---|---|
| Sent: | Sunday, June 28, 2015 2:32 AM |
| To: | Rami <ramithe@gmail.com> |
| Subject: | RE: copy of the contract |

Dear Rami,

Thank you for signing the contract, we are excited to start this process soon.  I would like to refer you to some of the contract deliverable conditions that are applicable to both parties, once the contract is countersigned the seller must open the standby L/C within 5 days and buyer must transfer funds within the same period. (ref. clause 10.1.2 and 10.1.3)

We need your banking details to keep the seller in compliance with terms of contract.

Regards,

Tahsin

From: ramithe@gmail.com
To: tammouri@hotmail.com
Subject: copy of the contract
Date: Sat, 27 Jun 2015 18:21:33 +0300

Dear My friend,

Please see attached file for the required signed agreement, regarding to the bank information I am trying to finalize the discussion with my partner if we can do it throughout our bank in Jordan.

Thanks & Regards

*Rami Ghanem*
*Gateway to MENA. [GTM]*
Egypt Office
Complex 133, Building 7, Apartment 32
Al Rehab City, Cairo  Egypt
Iternational #: +37282432246
Telephone# 00201127999552
Jordan Office
Tel: 962 6 5685624
Fax: 962 6 5685625
ramithe@gmail.com or rami@caravaname.com
US Telephone: 772 675-4363   Skype Address: caravaname

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender: do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CM/E or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

Ghanem-00072443

CASE NO.  CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.  GHANEM

PLAINTIFF'S EXHIBIT  549

DATE _____ IDEN.

DATE _____ EVID.

BY _____
DEPUTY CLERK
AO 386

| | |
|---|---|
| **From:** | Rami Ghanem <ramithe@gmail.com> |
| **Sent:** | Tuesday, June 30, 2015 1:46 PM |
| **To:** | Tahsin Ammouri <tammouri@hotmail.com> |
| **Subject:** | Account Info |

# Bank Details:

## Invest Bank, Shmessani Branch.
## 43 Abdul Hamid Sharaf St.
## P.O. Box 950601
## Amman 11195 Jordan
## Telphone: +9626 5001500
## Fax+

## Company Name: Gateway to MENA for Logistics Services
## Account USD # 00133000021662220001
## IBAN Number: JO19JIFB0010033000021662220001

## SWIFT: JIFBJOAM

or rami@caravaname.com
US Telephone: 772 675-4363    Skype **Address: caravaname**

*Rami
Ghanem*

*Gateway
to Egypt.
(GTE)*
**Complex 133,
Building 7,
Apartment 32
Al Rehab City,
Cairo  Egypt
Telephone#
00201127999552
Iternational #:
+37282432246
Jordan Office**

Tel: 962 6
5685624
Fax: 962 6
5685625
**ramithe@gmail**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try

Before you die »Live

That's Life...

Ghanem-00072443

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.      GHANEM

PLAINTIFF'S EXHIBIT      550

DATE                                    IDEN.

DATE                                    EVID.

BY

DEPUTY CLERK

AO 386

| From: | Tahsin Ammouri <tammouri@hotmail.com> |
| Sent: | Thursday, July 2, 2015 8:33 AM |
| To: | Rami <ramithe@gmail.com> |
| Subject: | FW: Singed Contract |
| Attach: | Документ Microsoft Word (4).pdf |

Dear Rami
Attached is the last page of the contract signed and stamped, please add it to the contract,
 SBLC will be opened first working day next week,then both have 5 days to comply with
contract conditions.
,If you are at buyers country, call when possible
  ....
Regards
Tahsin

Ghanem-00072443

# Supply Contract

Contract № 8628-57

Bank Details

**Invest Bank, Shmessani Branch.**
**43 Abdul Hamid Sharaf St.**
**P.O. Box 950601**
**Amman 11195 Jordan**
**Telephone: +9626 5001500**
**Gateway to MENA for Logistics Services**
**Account USD 00133000021662220001**
**IBAN: JO19JIFB0010033000021662220001**
**SWIFT: JIFBJOAM**

Bank Details

Hellenic Bank Ltd
IBC Branch, Corner leoforos Arch
Makarios 111 131
Loannou Polemi, 4 Floor
PO Box 51791, 3508 Limassol
EURO 240-01-723501-01
IBAN CY15 0050 0240 0002 4001 7235 0101
USD 240-07-723501-01
IBAN CY85 0050 0240 0002 4007 7235 0101

The Buyer

Mr. Rami Ghanem

The Seller

Mr. Alexei Kharlanov



Initials _____   AK

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   551

DATE _____ IDEN.

DATE_____ EVID.

BY _____
          DEPUTY CLERK
AO 386

| From: | Tahsin Ammouri <tammouri@hotmail.com> |
|-------|----------------------------------------|
| Sent: | Wednesday, August 19, 2015 10:29 AM |
| To: | Rami <ramithe@gmail.com> |
| Subject: | FW: contract Draft |
| Attach: | Contract Draft 19082015.docx |

Dear Rami

After several attempts to execute our firs shipment, and were faced with some complications ,we finally are able to execute this contract text and conditions, please note they will open for you a revolving SBLC for an amount of 700.000 seven hundred thousand USD equivalent to the value of each rotating or scheduled shipment, please revue and if you require any change or amendment do in Red color. or
if acceptable please sign and return .
Regards
Tahsin

Note : I just received the offer S.A. with prices of all items , I am trying to add shipping (Air-cargo) cost to S.A. and send to you, as agreed no documents needed providing delivery is to an S.A. airport ,,

Prices for Sir Lanka will be sent to you as well in a couple of days

Ghanem-00072443

<p style="text-align:center;color:red;">Supply Contract</p>

<p style="text-align:center;color:red;">№ 0811</p>

18 August 2015

Company, **xxxxxx**  hereinafter referred as a «Seller » represented by Director Mr. xxxxxxxx , City , Country, acting in accordance with Company's bylaws on the one part and Company: xxxxxxxxxxxxxxxxx referred as and the «Buyer» represented by Director Mr. xxxxxx , acting in accordance with Company's bylaws on the other part, jointly and separately hereinafter referred to as a «Parties», have concluded the present Contract concerning the following:

**1. Subject of the Contract:**

1.2 The SELLER shall sell and the BUYER shall buy products, which quantity and assortments are specified in Appendix 1 to the present contract *No.* 811

1.3 The BUYER shall pay for the delivered Equipment as provided for in Clause 2 herein;

**2. Contract value and the terms of payment:**

2.1 The price of equipment capital Contract is ($2, 5000, 000) Two million and Five thousand USD,

2.2 «Buyer» has the right to change, replace and modify items mentioned in (Appendix 1) as per the requirements of the original Invoice ,  any changes must not affect the total amount of (Appendix 1) more/ less than ± %15 of the total value

2.3 The invoice (Appendix 1) +-15% per shipment plus 12 % services fees, seller will issue separate invoices prior to each shipment based on quantities and items provided by the buyer 15 days prior to shipping.

2.4 Payment under the present contract $No.$ 811 contract shall be effected by the BUYER in US dollars as follows;

A)  Seller to issue a confirmed irrevocable/ standby letter of credit / for the value of 800 000 USD (Eight Hundred Thousand USD) to cover the amount of every invoice (as 3 invoices will be issued separately with an amount of approximately Eight Hundred Thousand USD for each shipment)

**Wire transfer payment conditions & Documentations**

-       Airway Bill (including Packing List)
-       Commercial Invoice???? ( Нужно ли в документах для списания средств !!!!!!!!!!!!!! )
-       Inspection certificate signed by buyers' representative for previous shipment at final destination

**3. The terms and conditions of delivery**

3.1 The date of signing the Delivery-Acceptance and inspection Report is considered to be the date of Equipment handover / acceptance to the BUYER.

3.2 The seller must contact the buyers' representative by email to provide the date and place of loading and inspection.

3.3 The buyers' representative with Power of Attorney to execute this mission will be handed the packing list of the current shipment for acceptance.

3.4 Representative of the Buyer will complete checking the quantity and quality of goods before departure of each shipment.

3.5 After checking the quantity of goods, both parties must sign the Packing List and have it approved by the buyer representative at the

port/airport in compliance with laws and regulations of exporting country.

3.6 The acceptance report shall be signed by the authorized representatives of both Parties in 2 (Two) copies, in English language at the port of departure.

3.7 The period of Equipment delivery is 21 days (Twenty One days) for the first shipment following the date of obtaining the authorization documents from the competent authorities for the execution of the present Contract provided that the SELLER receives the wire transfer and posts Standby Letter of Credit...

3.8 The packing of the delivered Equipment to shall conform to the standards and conditions stipulated by the manufacturer of the Equipment and shall guarantee full safety of the Equipment during transportation and storage at the port of departure.

3.9 Full set of packing lists shall be placed into the first case (case # 1) of the consignment to be shipped. All the shipping documents are to be issued in English. If required each package shall be provided with additional inscriptions in English as "Top", "Do not turn", "Gravity center", "Attach slings here" as well as the signs of an arrow, glass etc.

## 4. Quality

The quality of the Equipment delivered under the present Contract *No*. 811 shall comply with the norm and standards and shall be confirmed by quality Certificate, issued by the SELLER.

## 5. ACCEPTANCE OF GOODS

5.1 Check of the technical condition of the Goods is conducted at the Airport of the SELLER. Buyer may inspect goods at stores or factory if he chooses to.

5.2 Before signing the certificates of acceptance, both parties' representatives will exchange powers of attorney to show the right of signing the certificates of acceptance.

5.3 Goods acceptance/transfer is made at port of the SELLER.

5.4 The acceptance certificate for the goods subscribes in 6 copies (3 copies to each Side).

## 6. Warranty

6.1 The SELLER guarantees quality of the delivered equipment.

## 7. Force-majeure

7.1 None of the Parties shall bear responsibility for their partial or complete non-fulfillment of their contractual obligations, should this failure be resulted from circumstances of force-majeure such as (but not limited): natural disasters (floods, fires, earthquakes and others), strike, labor conflicts.

7.2 Embargo / war are not considered as a force-majeure for this contract.

In this event the period of fulfillment of obligations under the present Contract *No.* 81 shall be extended in proportion to the period of the force-majeure circumstances in force and elimination of their consequences thereof.

7.2 The Party invoking the force-majeure circumstances shall notify the other Party in written form about the occurrence of the event within 15 (Fifteen) calendar days of its commencement. The notification shall also indicate expected duration and cessation of the above circumstances.

7.3 The Parties shall take all the possible measures to continue the fulfillment of their obligations in the period of the force-majeure.

## 8. CONFIDENTIALITY.

8.1 The parties will treat any information related to the present Contract *No.* 811 as Commercial Secret, respected by both parties.

8.3 All amendments or additions to the present Contract shall be signed by duly authorized representative of both Sides.

## 9. Arbitration

9.1. The Parties shall take all the practical measures to settle disputes and disagreements which may arise in connection with this Contract via negotiations. If the disputes or disagreements cannot be settled amicably then disputes or disagreements shall be referred to arbitration according to clause 9.2.

9.2. All the disputes and/or disagreements and/or claims arising in connection with the contract which cannot be settled via negotiations are to be settled in the Arbitration Institute, Chamber of Commerce, in Lucerne, Switzerland. The arbitration award shall be final and binding for the both Parties and cannot be subject to any appeal or recourse of any kind. The court hearing is to be executed in accordance with the Regulations of the mentioned court. The language of the hearing is English.

10. Effective date and period of Contract validity

10.1 The present Contract comes into force when the following procedures and requirements are met:

10.1.1 The Parties sign the Contract *No.* 811

10.1.2 Within 5 (five) days from the day of signing of the present Contract the seller submits to the buyer a revolving/irrevocable standby letter of credit  for 800 000 Thousand USD  (Eight Hundred Thousand USD) according to the first invoice and corresponding to others 2 invoices

10.1.3 Within 5 (Five) days after signing of this contract Buyer will have to pay the full amount of the first invoice  , hereinafter is considered an integral part of this contract *No.* 811 (Annex 1),

00076404

Ghanem-00072443

Ghanem_Sentencing_00000291

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.    GHANEM

PLAINTIFF'S EXHIBIT    552

DATE _____ IDEN.

DATE_____ EVID.

BY _____
DEPUTY CLERK

AO 386

| From: | Tahsin Ammouri <tammouri@hotmail.com> |
| Sent: | Thursday, August 20, 2015 6:38 AM |
| To: | Rami <ramithe@gmail.com> |
| Subject: | FW: cancellation of old contract |

Dear Rami.

Mr. Alexei has asked me to forward this cancellation of the QUISIANTO offer to you, they apologize as they no longer can use the previous letterhead, or email address,

I am fully responsible for the authenticity and legal content of this email below ..

Regards

Tahsin Ammouri / President CEO

GOLDEN WINGS INC.

AMMAN - JORDAN

<br>

**To Gateway of MENA for Logistics and Services**
**Mr. Rami Ghanem**

<br>

**We, Quisianto xxxx, Hereby confirm our company is not able to execute contract № 8575-62 signed between our companies , We consider contract is cancelled**

**We seriously apologize and hope to meet your interest in the near future ..**

**Sincerely Yours**

**Mr. Alexei Kharlanov**

CASE NO. __CR 15-0704 (A)-SJO__

_____UNITED STATES OF AMERICA_____
VS. ____GHANEM____

PLAINTIFF'S EXHIBIT _____553_____

DATE _____IDEN.

DATE_____EVID.

BY _____
_____DEPUTY CLERK

AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
| --- | --- |
| Sent: | Saturday, August 29, 2015 1:48 PM |
| To: | real@mweb.co.za |
| Subject: | Requirements |

It was good taking to you and hoping to see you soon, for now the requirements are as follow :

| No. | QTY. | Unit | Description |
| --- | --- | --- | --- |
| 1 | 5,000,000 | 1 | 23mm Ammunition |
| 2 | 5,000,000 | 1 | 14.5 Ammunition |
| 3 | 5,000,000 | 5000 | 7,62x54 BKT Ammunition |
| 4 | 12,000 | 1 | Mortar Rounds 81mm |
| 5 | 12,000 | 1 | Mortar Rounds 120mm |
| 6 | 3,000,000 | 1 | 12.7mm Ammunition |
| 7 | 1,000 | 1 | 57mm Rocket |
| 8 | 1,000 | 1 | 80mm Rocket (C8) |
| 9 | 16 | 1 | ASG-17 mm Grenade Launcher |
| 10 | 50,000 | 1 | AK-SU |
| 11 | 5,000 | 1 | AK-47 |
| 12 | 10,000 | 1 | Grad 122mm |
| 13 | 150 | 1 | Konkurs Anti-tank Launcher 9P 135 m-m1 |
| 14 | 1,500 | 1 | Missile Konkurs Anti-tank 9P 135 m-m1 |
| 15 | 200 | 1 | Laser Ranger Finder |
| 16 | 100 | 1 | OSV-96 12.7mm Sniper Rifle |
| 17 | 1,000 | 1 | 240mm Rocket (Smersh 9m) |
| 18 | 200 | 1 | 12.7 Launcher |
| 19 | 300 | 1 | 14.5 Launcher |
| 20 | 300 | 1 | 60mm Mortar launcher |
| 21 | 300 | 1 | 81mm Mortar Launcher |
| 22 | 200 | 1 | 120mm Mortar Launcher |

*Rami Ghanem*

*Gateway to Egypt. (GTE)*

**Complex 133, Building 7, Apartment 32**
**Al Rehab City, Cairo  Egypt**
**Telephone# 00201127999552**
**Iternational #: +37282432246**
**Jordan Office**

Tel: 962 6 5685624
Fax: 962 6 5685625
**ramithe@gmail.com**  or  rami@caravaname.com
US Telephone: 772 675-4363     Skype **Address: caravaname**

Ghanem-00072443

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   554

DATE _____ IDEN.

DATE_____ EVID.

BY _____
DEPUTY CLERK
AO 386

Airplane mode

80% 9:11 AM

← Tomer تومر

**AUGUST 11, 2015**

Hi  1:41 PM

I have 1.5mil 23mm available  1:42 PM

18$  1:42 PM

**AUGUST 16, 2015**

Rami  11:06 AM

What  9:46 PM

23mm 1.5mil from stock  9:50 PM

To Libya is ok  11:44 PM

Type a message



Airplane mode  80% 9:12 AM

← **Tomer** تومر

Call me to discus  1:25 PM ✓✓

I'm abroad my local is
+66989731050  1:56 PM

I tried to call you but
unfortunately you did not
answer  3:54 PM ✓✓

Try now  5:08 PM

SEPTEMBER 9, 2015



Type a message

00143216.pdf  Ghanem-00072445

Airplane mode ⚓ 📱 💬 📞 🚗 802 🔕 ✈ 80% 🔋 9:12 AM

← 🖼 **Tomer** تومر    📞 📎 ⋮

23mm  4:19 PM



4:23 PM

And  4:49 PM ✓✓

Are you trying in teasing me??  4:51 PM ✓✓

Yes I hope still problems

😊 Type a message  📷    🎤

Ghanem_Sentencing_00000302





Airplane mode 80% 9:12 AM

Tomer تومر

Hi Rami 2:23 PM

Finish inspection of GSh23 2:24 PM

DECEMBER 3, 2015

5:12 PM

23mm 800,000 at 16$ 9:26 PM

Cif Tripoli 9:27 PM

Can do 9:29 PM

Type a message

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT     555

DATE _____IDEN.

DATE_____EVID.

BY _____
DEPUTY CLERK
AO 386

| From: | Alexei Alexei <office.hartford@gmail.com> |
| --- | --- |
| Sent: | Thursday, June 11, 2015 3:19 AM |
| To: | Rami Ghanem <ramithe@gmail.com> |
| Subject: | Re: documentation for fruit plane |

in one hour I will inform you brother
It will be or Belorussia or Ukraine :)

2015-06-11 13:17 GMT+03:00 Rami Ghanem <ramithe@gmail.com>:
  Which country shipment will take a place

  Sent from my iPad Rami Ghanem

  > On Jun 11, 2015, at 12:54 PM, Alexei Alexei <office.hartford@gmail.com> wrote:
  >
  > 1) Registration certificate copy of the company
  > 2) all docs for crew members
  > 3) Copy of contract with owner or lease agreement
  > 4)Certificate of the plane - to be sure it is still licenced to fly

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   556

DATE _____ IDEN.

DATE_____ EVID.

BY _____
DEPUTY CLERK

AO 386

| | |
|---|---|
| **From:** | Alexei Alexei <office.hartford@gmail.com> |
| **Sent:** | Saturday, June 27, 2015 4:17 AM |
| **To:** | Rami Ghanem <ramithe@gmail.com> |
| **Subject:** | !!! |
| **Attach:** | 27-06-2015_11 10_39 753_20150627.pdf |



Telephone   +1 788 080003
Fax         21 788 662015
Telegrams   FOREIGN, Lilongwe
Telex       4113 EXTERNAL
E-mail      foreign@malawi.net

Communications should be addressed to
The Secretary for Foreign Affairs

MINISTRY OF FOREIGN AFFAIRS
P.O. BOX 30315
LILONGWE 3
MALAWI

*EA/50/13/45-1617*

## CERTIFICATE OF AUTHENTICATION

I, **SUZGO LUNGU**, Chief Legal Officer in the Ministry of Foreign Affairs and International Cooperation of the Republic of Malawi **DO HEREBY CERTIFY** and **ATTEST** that the Signature affixed to the Document Marked **"NON TRANSFERABLE/END USER CERTIFICATE" Number DF3/26** dated 29th **day of May 2015** is that of **MR. JUSTIN A.K. SAIDI**, who at the time of signing the annexed document was **SECRETARY FOR THE MINISTRY OF DEFENCE** of the Republic of Malawi, and that to all Acts, Instruments, Documents and Writings subscribed by him in that capacity, full faith and credence are given in, in the Republic of Malawi, in Court and there out.

**GIVEN** under my Hand and Seal of the Ministry this day the 29th day of May 2015

Suzgo Lungu
**CHIEF LEGAL OFFICER**
**Ministry of Foreign Affairs and International Affairs**

00078422                     Ghanem-00072443

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   557

DATE _____ IDEN.

DATE_____ EVID.

BY _____
DEPUTY CLERK

AO 386

| From: | Alexei Alexei <office.hartford@gmail.com> |
|---|---|
| Sent: | Saturday, June 27, 2015 4:17 AM |
| To: | Rami Ghanem <ramithe@gmail.com> |
| Subject: | !!!1 |
| Attach: | 27-06-2015_11 09_55 494_20150627.pdf |



Telephone : 01-789 088/221
Fax : 01-788 442/315

MINISTRY OF DEFENCE
P.O. BOX 339
LILONGWE 3
MALAWI

**END USER CERTIFICATE No DF 3/26**                           29th May 2015

**WE, THE MINISTRY OF DEFENCE**, acting for and on behalf of the Malawi Defence Force of the Republic of Malawi, Post Office Box 339 Lilongwe **HEREBY OFFICIALLY CERTIFY** that the products listed below are solely for exclusive use by the Ministry of Defence for and on behalf of the Malawi Defence Force of the Republic of Malawi.

| NO. | Description | Qty./Pcs |
|-----|-------------|----------|
| 1. | Assault rifle 7.62mm AKS | 20 000 |
| 2. | Assault 7.62mm AKM | 20 000 |
| 3. | Cart 7.62x39mm | 10 000 000 |
| 4. | Cart. 7.62x54mm | 10 000 000 |
| 5. | Cart. 12.7x108mm | 5 000 000 |
| 6. | Cart. 14.5x114mm | 5 000 000 |
| 7. | Cart. 23x152mm | 1 000 000 |
| 8. | Anti-tank grenade launcher RPG-7 | 1 500 |
| 9. | Anti-tank grenade PG-7V | 20 000 |
| 10. | Medium Machine Gun 7.62mm PKM | 1 500 |
| 11. | Sniper rifle 7.62mm SVD | 500 |
| 12. | 60mm Mortar shell | 15 000 |
| 13. | 81mm Mortar Shell | 12 000 |
| 14. | 120mm Mortar shell | 12 000 |

By this we guarantee that the above-mentioned goods will be used only for the needs of the Ministry of Defence of the Republic of Malawi and will not be re-exported, sold or given to any third countries or third persons without the prior written consent of the Serbian Authorities.

We also acknowledge that the representing company which is brokering this transaction is Fieldsports Ltd, registered address 21/22, Parish Square, Mellieha, Malta, MLH 1070.

**DONE** under my Hand and Seal of the Ministry this day the 29th day of May 2015.

Justin A.K. Saidi
**SECRETARY FOR DEFENCE**

2 9 MAY 2015

00078420                                    Ghanem-00072443

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.      GHANEM

PLAINTIFF'S EXHIBIT       558

DATE                              IDEN.

DATE                              EVID.

BY

DEPUTY CLERK

AO 386

**From:** ramigo@outlook.com
**Sent:** Sunday, July 5, 2015 6:44 AM
**To:** ramithe <ramithe@gmail.com>
**Subject:** Sergei

---

1) company paid. Tuesday they will provide me days when company will be ready
2) the fruit guy waiting me after 7 days to move delivery
3) to move delivery ask aircraft company what docs they need from us to start arrange flight plan etc
4) my friend with company offered me people who are ready to deliver to our country black way any items we want
5) my people from Ukraine wait list of spare parts we have for T72 and BTR 80 from Momo's friend

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA

VS.   GHANEM

PLAINTIFF'S EXHIBIT   559

DATE _____ IDEN.

DATE _____ EVID.

BY _____

DEPUTY CLERK

AO 386

| | |
|---|---|
| **From:** | Alexei Alexei <office.hartford@gmail.com> |
| **Sent:** | Thursday, July 16, 2015 8:41 AM |
| **To:** | Rami Ghanem <ramithe@gmail.com> |
| **Subject:** | |
| **Attach:** | Company.docx; D..docx |

**Defense Optics Group Corporation**
**650 Kingston Rd. P.O. Box 18228**
**Pickering Ontario  L1V 1AO**
**Canada**

John Griffith
President

1st Plane

| No. | Description | Qty | Weight / Tons | Pickup Airport | Location / Inspection of Goods |
|---|---|---|---|---|---|
| 1 | 23x152 mm | 61 090 | 40 | Kosice, Slovakia | Kosice, Slovakia |

2nd Plane

| No. | Description | Qty | Weight / Tons | Pickup Airport | Location / Inspection of Goods |
|---|---|---|---|---|---|
| 1 | 12.7x108 mm | 220 690 | 40 | Kosice, Slovakia | Kosice, Slovakia |

3rd Plane

| No. | Description | Qty | Weight / Tons | Pickup Airport | Location / Inspection of Goods |
|---|---|---|---|---|---|
| 1 | 7.62x54 mm | 1 353 846 | 40 | Kosice, Slovakia | Kosice, Slovakia |

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   560

DATE _____ IDEN.

DATE_____ EVID.

BY _____
DEPUTY CLERK
AO 386

| From: | Alexei Alexei <office.hartford@gmail.com> |
|-------|---------------------------------------------|
| **Sent:** | Saturday, July 18, 2015 5:21 AM |
| **To:** | Rami Ghanem <ramithe@gmail.com> |
| **Subject:** | P.L. |
| **Attach:** | packing list..doc |

| No. | Description | Qty. | Dimension of one case (mm) | M3 of one cases | Weight of one case (kg) | Total Qty. of cases | Total M3 of cases | Total Weight of Cases (kg) |
|---|---|---|---|---|---|---|---|---|
| 1 | 14.5x114 | 145 440 | | 0.0259 | 22 | 1 818 | 47.0862 | 39 996 |
| 2 | 12.7x108 | 220 690/ 248 220 | 480x340x155 | 0.0235 | 29 | 1 379 | 32.4065 | 39 991 |
| 3 | 7.62x54 | 1 353 846/ 1 353 400 | 488x353x151 | 0.026 | 26 | 1 538 | 39.988 | 39 988 |

Ghanem-00072443

00077429

CASE NO.  CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT    561

DATE _____ IDEN.

DATE_____ EVID.

BY _____
DEPUTY CLERK
AO 386

| | |
|---|---|
| **From:** | Alexei Alexei <office.hartford@gmail.com> |
| **Sent:** | Saturday, July 18, 2015 10:22 AM |
| **To:** | Rami Ghanem <ramithe@gmail.com> |
| **Subject:** | 1st delivery |
| **Attach:** | packing list..doc |

Ghanem-00072443

| No. | Description | Qty. | Dimension of one case (mm) | M3 of one cases | Weight of one case (kg) | Total Qty. of cases | Total M3 of cases | Total Weight of Cases (kg) | Price per unit | Total for delivery |
|-----|-------------|------|----------------------------|-----------------|-------------------------|---------------------|-------------------|----------------------------|----------------|--------------------|
| 1 | 14.5x114 | 145 440 | | 0.0259 | 22 | 1 818 | 47.0862 | 39 996 | 4.70$/1 | 683 380 $ |
| 2 | 12.7x108 | 220 690/ 248 220 | 480x340x155 | 0.0235 | 29 | 1 379 | 32.4065 | 39 991 | 4.25$/1 | 1 054 935 $ |
| 3 | 7.62x54 | 1 353 846/ 1 353 400 | 488x353x151 | 0.026 | 26 | 1 538 | 39.988 | 39 988 | 205/1000 | 277 447 $ |
| 4 | TOTAL | | | | | | | | | 2 015 762 $ |

EUC FOR THIS DELIVERY: 2 015 762 *6.5% = 131 020 $

Total Ammo + EUC: 2 015 762 $ + 131 020 = 2 146 782 $

Ghanem_00072443

00077423

Ghanem_Sentencing_00000325

CASE NO.   CR 15-0704 (A)-SJO

      UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   562

DATE _____ IDEN.

DATE _____ EVID.

BY _____
          DEPUTY CLERK
AO 386

| | |
|---|---|
| **From:** | Alexei Alexei <office.hartford@gmail.com> |
| **Sent:** | Thursday, July 23, 2015 9:02 AM |
| **To:** | Rami Ghanem <ramithe@gmail.com> |
| **Subject:** | 2 planes |
| **Attach:** | Rami 2 planes .doc |

00077385.pdf

Ghanem-00072443

Ghanem_Sentencing_00000327

1ˢᵗ Plane

| No. | Description | Qty. | Dimension of one case (mm) | M3 of one cases | Weight of one case (kg) | Total Qty. of cases | Total M3 of cases | Total Weight of Cases (kg) | EUC 6.5% |
|-----|-------------|------|---------------------------|-----------------|-------------------------|---------------------|-------------------|----------------------------|----------|
| 1 | 14.5x114 | 145 440*4,7$= 683 570 $ | | 0.0259 | 22 | 1 818 | 47.0862 | 39 996 | 44 430 $ |
| 2 | 12.7x108 | 248 220*4,25$= 1 054 935 $ | 480x340x155 | 0.0235 | 29 | 1 379 | 32.4065 | 39 991 | 68 570 $ |
| 3 | 7.62x54 | 677 600*0,205$= 138 910 $ | 488x353x151 | 0.026 | 26 | 770 | 20.020 | 20 020 | 9 030 $ |

TOTAL AMMO: 1 877 415 $

EUC: 6.5 % = 122 030 $

TOTAL: 1 999 445  $

Ghanem_00072443

00077386

2nd Plane

| No. | Description | Qty. | Dimension of one case (mm) | M3 of one cases | Weight of one case (kg) | Total Qty. of cases | Total M3 of cases | Total Weight of Cases (kg) | EUC 6.5% |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 23x152mm | 122 220*17,55 $ = 2 144 960 $ | | 0.072 | 55 | 1 455 | 104.76 | 80 025 | 139 420 $ |
| 2 | 7.62x54 | 677 600*0,205$ = 138 910 $ | 488x353x151 | 0.026 | 26 | 770 | 20.020 | 20 020 | 9 030 $ |

TOTAL AMMO: 2 283 870  $

EUC: 6.5 % = 148 450 $

TOTAL: 2 432 320 $

Ghanem_00072443

00077386

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA

VS.   GHANEM

PLAINTIFF'S EXHIBIT   563

DATE _____ IDEN.

DATE_____ EVID.

BY _____

DEPUTY CLERK

AO 386

| | |
|---|---|
| **From:** | Bill Grigor <office.gb.defence@gmail.com> |
| **Sent:** | Thursday, July 23, 2015 3:15 PM |
| **To:** | Rami Ghanem <Ramithe@gmail.com> |
| **Subject:** | list fruits |
| **Attach:** | list fruits.docx |

| Description | Qty./Pc. | 0 Price | Selling Price |
|---|---|---|---|
| 7.62 AKS | 20,000 | 320 | |
| 7.62 AKM (Convert to FAL) | 20,000 | 300 | |
| 7.62x39 | 10,000,000 | 201/1000 | |
| 7.62x54 | 10,000,000 | 205/1000 | |
| 12.7x108 | 5,000,000 | 4.25 | |
| 14.5x114 | 5,000,000 | 4.70 | |
| 23x152 | 1,000,000 | 17.55 | |
| RPG-7V | 1,500 | 3200 | |
| PG-7V | 20,000 | 287 | |
| 7.62 PKM | 1,500 | 3650 | |
| 7.62 SVD | 500 | 3600 | |
| 60 mm mortar shell | 15,000 | 100 | |
| 81 mm mortar shell | 12,000 | 150 | |
| 120 mm mortar shell | 12,000 | 350 | |

Ghanem-00072443

CASE NO.   CR 15-0704 (A)-SJO

____UNITED STATES OF AMERICA____
VS.   ____GHANEM____

PLAINTIFF'S EXHIBIT   ____564____

DATE _____ IDEN.

DATE_____ EVID.

BY _____
              DEPUTY CLERK

AO 386

| | |
|---|---|
| **From:** | Bill Grigor <office.gb.defence@gmail.com> |
| **Sent:** | Wednesday, July 29, 2015 4:30 AM |
| **To:** | Rami Ghanem <Ramithe@gmail.com> |
| **Subject:** | info for plane |

- Packing lists for each flight, signed and sealed;

- Declaration of dangerous cargo on each flight;

- Permission for export;

- End User Certifikate;

- Exemption from civil aviation Slovakia for the transport of dangerous goods;

- Consignor - name, address, fax, e-mail, contact person and a phone .;

- Recipient - name, address, fax, e-mail, contact person and a phone .;



CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   565

DATE _____ IDEN.

DATE_____ EVID.

BY _____
DEPUTY CLERK
AO 386

| From: | Alexei Alexei <office.hartford@gmail.com> |
| --- | --- |
| Sent: | Friday, August 7, 2015 6:41 AM |
| To: | Rami Ghanem <ramithe@gmail.com> |
| Subject: | Delivery |

1) from Slovakia fruits are flying to Hartum (Sudan) for refueling
2) from Hartum plane is flying to Lilongwe ( Malawi)
3) in Lilongwe the fruits become property of private ammo company which has direct contract with minister of Defense from Tripoli and send direct to Misurata by flight plan approved by diplomatic way.
�
Immediately coming to Malawi plane make refueling and take delivery certificate from Malawi's Minister of Defense and a new flight plan to Misurata ( Libya )
Arriving to Misurata we take our fruits refuel plane and it is going back to Slovakia�

The only problem we have today is that people from Minister of Defense of Malawi want 90 000$ for the company who will send official fruits to Misurata�

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.     GHANEM

PLAINTIFF'S EXHIBIT     566

DATE                              IDEN.

DATE                              EVID.

BY
              DEPUTY CLERK
AO 386

| From: | Bill Grigor <office.gb.defence@gmail.com> |
| Sent: | Thursday, August 13, 2015 9:20 AM |
| To: | Rami Ghanem <Ramithe@gmail.com> |
| Subject: | delivery final |
| Attach: | Rami 2 planes final .docx |

I sent this to be approved by supplier

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2015.0.6086 / Virus Database: 4392/10426 - Release Date: 08/13/15

1st Plane

| No. | Description | Qty. | Dimension of one case (mm) | M3 of one cases | Weight of one case (kg) | Total Qty. of cases | Total M3 of cases | Total Weight of Cases (kg) | EUC 6.5% |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 23x152mm | 122 220*17,55 $ = 2 144 960 $ | | 0.072 | 55 | 1 455 | 104.76 | 80 025 | 139 420 $ |
| 2 | 7.62x54 | 677 600*0,205$ = 138 910 $ | 488x353x151 | 0.026 | 26 | 770 | 20.020 | 20 020 | 9 030 $ |

TOTAL AMMO: 2 283 870  $

EUC: 6.5 % = 148 450 $

Plane costs: 625 000 $

Malawi ammo company: 90 000 $ (only once)

TOTAL: 3 147 320 $

Ghanem_00072443

00076808

Ghanem_Sentencing_00000339

2nd Plane

| No. | Description | Qty. | Dimension of one case (mm) | M3 of one cases | Weight of one case (kg) | Total Qty. of cases | Total M3 of cases | Total Weight of Cases (kg) | EUC 6.5% |
|-----|-------------|------|---------------------------|-----------------|------------------------|--------------------|------------------|---------------------------|----------|
| 1 | 14.5x114 | 225 600*4,7$= 1 060 320 $ | | 0.0259 | 22 | 2 820 | 73.038 | 62 040 | 68 920 $ |
| 2 | 12.7x108 | 126 000*4,25$= 535 500 $ | 480x340x155 | 0.0235 | 29 | 700 | 16.45 | 20 300 | 34 810 $ |
| 3 | 7.62x54 | 677 600*0,205$= 138 910 $ | 488x353x151 | 0.026 | 26 | 770 | 20.020 | 20 020 | 9 030 $ |

TOTAL AMMO: 1 734 730 $

EUC: 6.5 % = 112 760 $

Plane costs: 625 000 $

TOTAL: 2 472 490 $

Ghanem_00072443

00076808