

# United States
## v.
# Rami Ghanem

# CR 15-704 (A)-SJO

# Trial Exhibit Book 6

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   600

DATE _____ IDEN.

DATE _____ EVID.

BY _____
DEPUTY CLERK
AO 386

| From: | CARE TRANSENERGY LTD <gd@caretransenergy.com> |
|---|---|
| Sent: | Tuesday, August 18, 2015 4:17 AM |
| To: | Rami Ghanem <ramithe@gmail.com> |
| Subject: | Offer RPG7 10/08 |
| Attach: | rpg7.jpg; Egypt RPG7 1008.pdf |

Dear Rami

Please find offer regarding request on 10/08 . In price is include all expenses as well as commissioning for Egypt office of 20% please kindly ask if offer is satisfactory and everything is ok, to have a letter on memorandum of company with some schedule because, supplier cannot hold a stock without confirmation any more.

Best Regards

Goran Djordjevic
CEO
Care Transenergy Ltd
tel:+35795112327
gd@caretransenergy.com
www.caretransenergy.com



---
--------

Disclaimer:- The information sent by or through this email message or the files attached hereto, has been sent by CARE TRANSEBERGY LTD and its subsidiaries and branch offices, and is only for the strict use of the individual or entity to which it is addressed. In the event you have received this email in error, or the message is incomplete in any way, the addressee is kindly requested to contact the sender of this message by email or by telephone. It is not permitted to publish, copy, circulate and/or provide any of this information without permission of CARE TRANSEBERGY LTD does not give any guarantee in relation to the accuracy of any content or information that has been sent by or through the email, nor for any timely receipt thereof. CARE TRANSEBERGY LTD is in any event under no circumstances liable for any damages of whatever nature, which are the direct or indirect result of any actions and/or decisions that are or may be based on the information sent by or through this email message



Ghanem-00072443

00076755



*Care Transenergy Ltd*

Date :

TO: A.O.I SAKR FACTORY
For Developed Industries
Cairo – Egypt
Attention: Acc. Khaled Edris/ Procurement General Manager
Dear Sirs

Regarding your last inquiry and request for materials and products below , received from our company representative in Egypt, Eng. Omar Abd Elaziz, we are in position to offer you request item on CIF base at Port of Alexandria (Egypt), we can also arrange  air transportation if is necessary.
All offered products are Made in Russia or CIP (ex Soviet Union Countries) and appropriate proving documents will be presents in the case that our offer is acceptable by your side. Off course we will also expect relevant documents from your side necessary for contracting and delivery as EUC (end user certificate) .
According your request (attached below) we quote as following:

| Items | Qty. | Unit. | Description | Price per Pcs | Total |
|---|---|---|---|---|---|
| 1 | 50000 | Pcs | Complete Projectile of PG7V ( training ) PUS-7V | 273.00 € | 13,650,000.00 € |
| 2 | 28000 | Pcs | Complete Projectile of PG7V (Live) ( Page:6/8) | 189.00 € | 5,292,000.00 € |
| 3 | 1100 | Pcs | RPG-7V Launcher (complete set РПГ-7В -6Г3-1) | 1,820.00 € | 2,002,000.00 € |
| 4 | 1350 | Pcs | Optical Sight complete PG0-7V  for R.P.G7 Launcher | 290.00 € | 391,500.00 € |
|  |  |  |  |  |  |
|  |  |  |  | Sub total | 21,335,500.00 € |
|  |  |  |  |  |  |

Terms of payment  : 30% down payment  70% on inspection day against **Bill of Lady**
Delivery: FOB 45 days from contract sign  and all documents delivered  according contract. On CIF base to Port of Alexandria is 70 day
Items No1,2,3,4, are available from stock ready for delivery  as soon as documents are closed .
Kindly ask to confirm in written form if this offer is acceptable and what is  prospective time and dynamics of contracting as well as expected purchase.

2 Aisopou & Ag.Aikaterinis Str PNO House, St.Nicolas, 3100 Limassol Cyprus
email: info@caretransenergy.com
www.caretransenergy.com

**Technical spec for item 1**:



PRACTICE SHOOTING DEVICE PUS-7V
FOR RPG-7 GRENADE LAUNCHER

Specifications

Ammunition type ......................... ..... 7.62 mm T-45 tracer round  (57-T-231P)
Practice firing range ....................... up 300 m
Weight ............................................. 2.6 kg
Length of the device ...................... 950 mm
- Maximum shooting distance 500m
- Effective range 350m
- Maximum speed of grenade 300m/s
- Total length 930mm

**Technical spec for item 2**:

**PG-7V** three sections. The head contains the (1) trigger, (2) conductive cone, (3) aerodynamic fairing, (4) conical liner, (5) body, (6) explosive, (7) conductor and (8) detonator. The rocket motor consists of a (9) nozzle block, (10) nozzle and (11) motor body with (12) propellant in front of (13) the motor rear and (14) ignition primer. The booster charge includes the (15) fin, (16) cartridge, (17) charge, (18) turbine, (19) tracer and (20) foam wad.



2 Aisopou & Ag.Aikaterinis Str PNO House, St.Nicolas, 3100 Limassol Cyprus
email: info@caretransenergy.com
www.caretransenergy.com

PG-7V: Warhead
Warhead: Single-stage HEAT
Round weight: 2.6 kg
Diameter: 70,5 mm
Penetration: Over 330 mm RHA (12.9")

**Technical spec for item 3:**



Caliber: 40 mm launcher
Type: recoilless launch + rocket booster
Overall length: 650 mm
Weight: 6.3 kg unloaded, with PGO-7 telescope sight
Effective range: 200-500 meters, depending on the grenade type

2 Aisopou & Ag.Aikaterinis Str PNO House, St.Nicolas, 3100 Limassol Cyprus
email: info@caretransenergy.com
www.caretransenergy.com

**Technical spec for item 4**



**PGO-7V-3** Telescopic Sight for grenade launchers is designated for targeting of handheld antitank grenade launchers, conducting of aimed fire with use of ammunition of PG-7VL, PG-7VM, PG-7VP and battlefield supervision.

Reticle of a sight allows to measure distance to the standard target, to take into account the ballistics of various ammunition, as well as to introduce lateral corrections to the boresight position. At work under conditions of insufficient light illumination reticle illumination is provided for.

Removable optical filters improve visibility through a sight under various meteorological conditions. The tight case is filled with dry nitrogen for prevention of weeping of optical parts at temperature difference.

**PERFORMANCE CHARACTERISTICS**

| | |
|---|---|
| Visible magnification, ratio | 2,7 |
| Angular field of view, deg. | 13 |
| Input pupil diameter, mm | 18 |
| Exit pupil diameter, mm | 4,5 |
| Eye relief, mm | 27 |
| Supply voltage | 3 V (power cell CR1/3N) or 2 cells of 1,5V (AG13) |
| Weight, kg | 0,62 |
| Overall dimensions, mm (with removed lens cover) | 165x180x62 |
| Operating temperature range, $^oC$ | |

2 Aisopou & Ag.Aikaterinis Str PNO House, St.Nicolas, 3100 Limassol Cyprus
email: info@caretransenergy.com
www.caretransenergy.com

00076756                                                                                   Ghanem-00072443

Ghanem_Sentencing_00000348

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   601

DATE _____ IDEN.

DATE_____ EVID.

BY _____
                DEPUTY CLERK
AO 386

| | |
|---|---|
| **From:** | Rami Ghanem <ramithe@gmail.com> |
| **Sent:** | Tuesday, September 1, 2015 4:39 AM |
| **To:** | Goran Djordjevic <goranatri@cytanet.com.cy>; Ltd Goran <gd@caretransenergy.com> |
| **Subject:** | Rami Ghanem 372 sent you an image file! |
| **Attach:** | IMG-20150901-WA0012.jpg |

---

---

Sent by WhatsApp

--

Sent from myMail app for Android



Ⓐ,Ⓑ,Ⓒ, and all ~~att~~ External Parts support
are welded or not

Caliber: 40 mm launcher
Type: recoilless launch + rocket booster
Overall length: 950 mm (37.4 inch)
Weight: 6.3 kg unloaded, with PGO-7 telescope sight
Effective range: 200-500
depending on the grenade type

meters,

Technical spec for item 4

2 Aisopou & Ag Aikaterinis Str PNO House, St Nicolav, 3100 Limassol
Cyprus email: info@caretransenergy.com www.caretransenergy.com

CASE NO. __CR 15-0704 (A)-SJO__

_____UNITED STATES OF AMERICA_____
VS. ___GHANEM___

PLAINTIFF'S EXHIBIT ___602___

DATE _____IDEN.

DATE_____EVID.

BY _____
DEPUTY CLERK

AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|---|---|
| Sent: | Thursday, September 10, 2015 3:20 AM |
| To: | Bill Grigor <office.gb.defence@gmail.com> |
| Cc: | Alexei Alexei <office.hartford@gmail.com> |
| Subject: | PGO-7V |

Model PGO-7V we are looking for as the following specification:

| | |
|---|---|
| **Specifications Visible magnification**, power | 2,7 |
| **Angular field of view**, degrees | 13 |
| **Exit pupil distance, mm** | 24 |
| **Exit pupil diameter**, mm | 4,5 |
| **Limit of resolution,** angular sec. | 28 |
| **Operating temperature range, °C** | -50 ...+50 |
| **Overall dimensions**, mm | 140x180x62 |
| **Weight**, kg | 0,572 |

*Rami Ghanem*

*Gateway to Egypt. (GTE)*
**Complex 133, Building 7, Apartment 32**
**Al Rehab City, Cairo  Egypt**
**Telephone# 00201127999552**
**Iternational #: +37282432246**
**Jordan Office**

Tel: 962 6 5685624
Fax: 962 6 5685625
**ramithe@gmail.com**  or  rami@caravaname.com
US Telephone: 772 675-4363   Skype **Address: caravaname**

The information contained in th s message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CIVE or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen

Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

Ghanem-00072443

CASE NO.  CR 15-0704 (A)-SJO
          UNITED STATES OF AMERICA
VS.       GHANEM

PLAINTIFF'S EXHIBIT      603

DATE _____ IDEN.

DATE _____ EVID.

BY _____
          DEPUTY CLERK
AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|---|---|
| Sent: | Tuesday, September 15, 2015 11:45 AM |
| To: | NASTYA SERGEEVA <vip.ssa@list.ru> |
| Subject: | FW: specs of PG 7 needed for sakr |
| Attach: | PG-7 (Combat) Specification.docx; PG-7 (Training) Specification.docx |

**Rami Ghanem**

**Gateway to MENA. (GTM)**

Egypt Office
Complex 133, Building 7, Apartment 32
Al Rehab City, Cairo  Egypt
Iternational #: +37282432246
Telephone# 00201127999552
Jordan Office

Tel: 962 6 5685624
Fax: 962 6 5685625
**ramithe@gmail.com**  or  rami@caravaname.com
US Telephone: 772 675-4363    Skype Address: **caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

Dear Sirs;

Re our Enquiry for PG7V Projectile   ( Training & Live) , find attached specs. of Each projectile , pls kindly revise and send us your ability to quote for each of them .

Ghanem-00072443

## PG-7 (Combat) Specification

### 1- General specification:

| | |
|---|---|
| • Total mass | 2.25 Kg |
| • Caliber | 40/85 mm |
| • Total length | 930 mm |
| • Span | 285 mm |
| • Muzzle velocity | 120 ±3 m/s |
| • Dispersion at X- axis | 0.8 m |
| • Dispersion at Y- axis | 0.6 m |
| • Recoilless | 1 $Kg_f$.m |
| • Effective range | 350 m |
| • Maximum range | 500 m |
| • Penetration in RHA | 26 cm |

1 | 2

**2- Warhead:**

| | |
|---|---|
| • Kind | Hollow charge |
| • Caliber | 85 mm |
| • mass | 1 kg |
| • Total length | 340 mm |

**3- Booster:**

| | |
|---|---|
| • Total mass | 375 g |
| • Maximum Pressure at 50c° | 900 Kgf/cm$^2$ |
| • Average  Pressure at 50c° | 865 Kgf/cm$^2$ |
| • Kind | NBL-38 |

**4- Motor:**

| | |
|---|---|
| • Igniter mass | 10 g |
| • Burning time | 0.3 sec. |
| • Total mass | 875 Kg |

2 | 2

Ghanem-00072443

# PG-7 (Training) Specification

## 1- General specification:

| | |
|---|---|
| • Total mass | 2.25 Kg |
| • Caliber | 40/85 mm |
| • Total length | 930 mm |
| • Span | 285 mm |
| • Muzzle velocity | 120 ±3 m/s |
| • Dispersion at X- axis | 0.8 m |
| • Dispersion at Y- axis | 0.6 m |
| • Recoilless | 1 Kg$_f$.m |
| • Effective range | 350 m |
| • Maximum range | 500 m |

1 | 2

2- <u>Warhead:</u>

| | |
|---|---|
| • Kind | Inert |
| • Caliber | 85 mm |
| • mass | 1 kg |
| • Total length | 340 mm |

3- <u>Booster:</u>

| | |
|---|---|
| • Total mass | 375 g |
| • Maximum Pressure at 50c° | 900 Kg$_f$/cm$^2$ |
| • Average  Pressure at 50c° | 865 Kg$_f$/cm$^2$ |
| • Kind | NBL-38 |

4- <u>Motor:</u>

| | |
|---|---|
| • Igniter mass | 10 g |
| • Burning time | 0.3 sec. |
| • Total mass | 875 Kg |

2 | 2

Ghanem-00072443

Ghanem_Sentencing_00000361

CASE NO.  CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.  GHANEM

PLAINTIFF'S EXHIBIT  604

DATE _____IDEN.

DATE_____EVID.

BY _____
DEPUTY CLERK
AO 386

**Airplane mode** 🎙 📱 ⭕ 📞 🖨 ⋯   🔕 ✈ 92% 🔋 7:21 AM

‹ نوفيتسا من كرويتشا   📞  ⚙  ⋮

23-09-2015

Hello Novica, how are you?
5:52 PM

Hello I am very good and you?
5:54 PM

I am good I am in Istanbul just got back from Egypt..... we have a very important requirement for Egypt for the supply of the following          A QTY of 12000 Head for PG7 ( Live) , Russian Alb. no. 3-023785 , Cδ1-01 7r6
2- A QTY of 12000 Fuse VP-7M for PG7 ( Live ) , ( Specs. attached)
3- A QTY of 50000 Fuse

➕  🐻  | Type to compose  ➤  «👄»



**Airplane mode** 🔋 92% 🔋 7:21 AM

نوفيتسا من كرويتشا ‹

23-09-2015   5:54 PM

I am good I am in Istanbul just got back from Egypt..... we have a very important requirement for Egypt for the supply of the following                    A QTY of 12000 Head for PG7 ( Live ) , Russian Alb. no. 3-023785 , Cδ1-01 7r6
2- A QTY of 12000 Fuse VP-7M for PG7 ( Live ) , ( Specs. attached)
3- A QTY of 50000 Fuse O4M f ( Specs. attached)
4- A QTY of 50000 PG7V Projectile ( Training ) ( Specs. attached)
5- A QTY of 20000 PG7V Projectile (Live) ( Specs attached)

Type to compose

Airplane mode 📳 ... 🔕 ✈ 92% 🔋 7:21 AM

‹ نوفيتسا من كرويتشا    📞  ⚙  ⋮

**23-09-2015**

O4M f ( Specs. attached)
4- A QTY of 50000 PG7V
Projectile ( Training ) (
Specs. attached)
5- A QTY of 20000 PG7V
Projectile (Live) ( Specs
attached)

6:03 PM



We can try in Bulgaria for
this but maybe you can
also

6:04 PM

And also some other
supplier's

6:05 PM

no I can't because we have
to get a direct offer to our
customer from a European
company



   Type to compose  ↗  

  

Airplane mode   92%   7:21 AM

نوفيتسا من كرويتشا

23-09-2015

through my Cyprus
company? is that possible?

7:43 PM

yes   7:43 PM

what is your e-mail address

7:44 PM

ph.sb.ltd@gmail.com
office@stratentech.com
novicapetrac@yahoo.com

7:45 PM

did you get the e-mail?

7:48 PM

Yes   7:48 PM

the offer have to be for
(A.O.I)SAKR FACTORY FOR
DEVELOPED INDUSTRIES

Type to compose

Airplane mode 📶 7:21 AM 92%

**اشتايورك نم استيفون** ‹

23-09-2015 7:45 PM

did you get the e-mail?
7:48 PM

Yes 7:48 PM

the offer have to be for (A.O.I)SAKR FACTORY FOR DEVELOPED INDUSTRIES
7:49 PM

Ok 7:49 PM

Military industry factory
7:49 PM

in your offer you will add our commission
7:50 PM

Type to compose

Airplane mode ⚓ 📷 ⬜ 📞 🖨 ⋯  🔇 ✈ 92% 🔋 7:21 AM

‹ نوفيتسا من كرويتشا   📞  ⚙  ⋮

23-09-2015

I saw  7:54 PM

now if you can't supply the complete QTY please specify that how many you can supply as 1st shipment and how long until you complete the order.

7:56 PM

Ok  7:56 PM

For example you have on hand only 6000 Fuse VP-7m and it will take you 2 months to complete the order then you mention that 1st month you can deliver 6000 and in 90 day

+  🐻  Type to compose  ➢  «🎙»

◁  ○  ▢

Airplane mode   92%   7:21 AM

نوفيتسا من كرويتشا ‹

23-09-2015   7:56 PM

Ok   7:56 PM

For example you have on hand only 6000 Fuse VP-7m and it will take you 2 months to complete the order then you mention that 1st month you can deliver 6000 and in 90 day the remaining balance

7:58 PM

Understood   8:01 PM

8:06 PM
Seen

Type to compose

CASE NO.   CR 15-0704 (A)-SJO


       UNITED STATES OF AMERICA
VS.      GHANEM

PLAINTIFF'S EXHIBIT      605

DATE                          IDEN.

DATE                          EVID.

BY
            DEPUTY CLERK
AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|---|---|
| Sent: | Wednesday, September 23, 2015 3:37 AM |
| To: | Bill Grigor <office.gb.defence@gmail.com> |
| Cc: | Alexei Alexei <office.hartford@gmail.com> |
| Subject: | FW: very important to supply to sakr |
| Attach: | scan0012 (2).jpg; PG-7 (Combat) Specification.docx; PG-7 (Training) Specification.docx; O-4M Fuse (1).pdf; IMG-20150922-WA0010.jpeg; IMG-20150922-WA0018.jpeg; IMG-20150922-WA0022.jpeg |

The below list is the correct one.

Dear Sirs;

Pls kindly be informed that we are in very urgent need for yr final Rock bottom CIF Alex Seaport prices for the following :

1- A QTY of 12000 Head for PG7 ( Live) , **Russian Alb. no. 3-023785 , Сδ1-01    7r6**

  2- A QTY of 12000 Fuse VP-7M for PG7 ( Live ) ,  ( Specs. attached)

  3- A QTY of **50000** Fuse O4M   f ( Specs. attached)

  4- A QTY of 50000 PG7V Projectile ( Training )   ( Specs. attached)

  5- A QTY of 20000 PG7V Projectile (Live)        ( Specs attached)

   So , Pls kindly revise and advise yr possibility to offer for any of a/m Items

**Khaled Edris**
Procurement General Manager
**(A.O.I)SAKR FACTORY FOR DEVELOPED INDUSTRIES**

Address : 4.5 Km Cairo - Suez Road,Cairo, Egypt.
P.O.B     2 Sakr Factory post office –Cairo – A.R.E.

**Rami Ghanem**

**Gateway to Egypt. (GTE)**
Complex 133, Building 7, Apartment 32
Al Rehab City, Cairo  Egypt
Telephone# 00201127999552
Iternational #: +37282432246
Jordan Office

Tel: 962 6 5685624

Ghanem-00072443

Fax: 962 6 5685625
**ramithe@gmail.com**  or  rami@caravaname.com
US Telephone: 772 675-4363   Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CNE or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

Ghanem-00072443



## FUSE VP-7M

Fuse VP-7M is used with antitank hollow-charge grenades and serves to detonate the warhead at the moment of impact target.

The fuse is safety, impact, piezoelectric type with distant arming.

It is used with round PG-7 and PC-7M.

## TECHNICAL SPECIFICATIONS

| | |
|---|---|
| Type | piezoelectric |
| Operation mode | percussive, instantaneous |
| It is activated at an angle of impact with the target | from 0° to 60° |
| Self-destruction time /s/ | from 3,6 to 6 |
| Distant arming /m/ | from 3 to 15 |
| Safe height of falling /m/ | 3 |
| Weight /kg/: | |
| - piezogenerator | 0,0412 |
| - bottom part | 0,095 |

# PG-7 (Combat) Specification

## 1- General specification:

| | |
|---|---|
| • Total mass | 2.25 Kg |
| • Caliber | 40/85 mm |
| • Total length | 930 mm |
| • Span | 285 mm |
| • Muzzle velocity | 120 ±3 m/s |
| • Dispersion at X- axis | 0.8 m |
| • Dispersion at Y- axis | 0.6 m |
| • Recoilless | 1 Kg$_f$.m |
| • Effective range | 350 m |
| • Maximum range | 500 m |
| • Penetration in RHA | 26 cm |

1 | 2

**2- Warhead:**

| | |
|---|---|
| • Kind | Hollow charge |
| • Caliber | 85 mm |
| • mass | 1 kg |
| • Total length | 340 mm |

**3- Booster:**

| | |
|---|---|
| • Total mass | 375 g |
| • Maximum Pressure at 50c° | 900 Kgf/cm$^2$ |
| • Average  Pressure at 50c° | 865 Kgf/cm$^2$ |
| • Kind | NBL-38 |

**4- Motor:**

| | |
|---|---|
| • Igniter mass | 10 g |
| • Burning time | 0.3 sec. |
| • Total mass | 875 Kg |

2 | 2

Ghanem-00072443

## PG-7 (Training) Specification

### 1- General specification:

| | |
|---|---|
| • Total mass | 2.25 Kg |
| • Caliber | 40/85 mm |
| • Total length | 930 mm |
| • Span | 285 mm |
| • Muzzle velocity | 120 ±3 m/s |
| • Dispersion at X- axis | 0.8 m |
| • Dispersion at Y- axis | 0.6 m |
| • Recoilless | 1 Kg$_f$.m |
| • Effective range | 350 m |
| • Maximum range | 500 m |

1 | 2

2- <u>Warhead:</u>

| | |
|---|---|
| • Kind | Inert |
| • Caliber | 85 mm |
| • mass | 1 kg |
| • Total length | 340 mm |

3- <u>Booster:</u>

| | |
|---|---|
| • Total mass | 375 g |
| • Maximum Pressure at 50c° | 900 $Kg_f/cm^2$ |
| • Average  Pressure at 50c° | 865 $Kg_f/cm^2$ |
| • Kind | NBL-38 |

4- <u>Motor:</u>

| | |
|---|---|
| • Igniter mass | 10 g |
| • Burning time | 0.3 sec. |
| • Total mass | 875 Kg |

2 | 2



# O-4M  FUZE

The O-4M fuze is used with 82 mm fragmentation mines and the OG-7 and OG-9 fragmentation grenades and serves to detonate the warhead on impact with the target.
The fuze is a nose-impact type.

**FUZE CHARACTERISTICS**

| | |
|---|---|
| Type: | mechanical, semi-boresafe, with distant arming |
| Operation mode: | percussion-instantaneous and inertial |

Distant arming:
- with OG-7 grenade /m/     from 6 to 25
- with OG-9 grenade /m/     from 10 to 50
- with mine /m/     more than 3
Height of safe fall:
- in a mine /m/     2,5
- in a grenade /m/     2,0
Weight /kg/     0,183

**PACKING**

80 fuzes in 4 metal boxes in a wooden case
Weight /kg/     35
Dimensions /mm/     553 x 500 x 171
Volume /m³/     0,047

bg



Ghanem-00072443

00074879

2- **Warhead:**

| | |
|---|---|
| • Kind | Hollow charge |
| • Caliber | 85 mm |
| • mass | 1 kg ≅ 870 ±5~ |
| • Total length  with Fuze F-15 | 340 mm  315 - 30 ±2 |

3- **Booster:**  NBL38

| | |
|---|---|
| • Total mass | 375 g |
| • Maximum Pressure at 50c° | 900 Kg/cm² |
| • Average Pressure at 50c° | 865 Kg/cm² |
| • Kind | NBL-38 |

4- **Motor:**  4820 4 ±2~

| | |
|---|---|
| • Igniter mass | 10 g |
| • Burning time | 0.3 sec. |
| • Total mass | 875 Kg |

### Warhead:

| | |
|---|---|
| • Kind | Inert |
| • Caliber | 85 mm |
| • mass | 1 kg |
| • Total length | 340 mm |

### Booster:

| | |
|---|---|
| • Total mass | 375 g |
| • Maximum Pressure at 50c° | 900 Kg/cm$^2$ |
| • Average Pressure at 50c° | 865 Kg/cm$^2$ |
| • Kind | NBL-38 |

### Motor:

| | |
|---|---|
| • Igniter mass | 10 g |
| • Burning time | 0.3 sec. |
| • Total mass | 875 Kg |

2 | 2

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   606

DATE _____IDEN.

DATE_____EVID.

BY _____
        DEPUTY CLERK
AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|---|---|
| Sent: | Wednesday, September 23, 2015 9:47 AM |
| To: | ph.sb.ltd@gmail.com; office@stratentech.com; novicapetrac@yahoo.com |
| Subject: | important to supply to sakr |
| Attach: | scan0012 (2).jpg; PG-7 (Combat) Specification.docx; PG-7 (Training) Specification.docx; O-4M Fuse (1).pdf; IMG-20150922-WA0010.jpeg; IMG-20150922-WA0018.jpeg; IMG-20150922-WA0022.jpeg |

.See below


Dear Sirs;

   Pls kindly be informed that we are in very urgent need  for yr final Rock bottom CIF Alex Seaport prices for the following :

 1- A QTY of 12000 Head for PG7 ( Live) , **Russian Alb. no. 3-023785 , Cδ1-01    7r6**
   2- A QTY of 12000 Fuse VP-7M for PG7 ( Live ) ,  ( Specs. attached)
   3- A QTY of **50000** Fuse O4M   f ( Specs. attached)
   4- A QTY of 50000 PG7V Projectile ( Training )   ( Specs. attached)
   5- A QTY of 20000 PG7V Projectile (Live)          ( Specs attached)


   So , Pls kindly revise and advise yr possibility to offer for any of a/m Items


   **Khaled Edris**
Procurement General Manager

**(A.O.I)SAKR FACTORY FOR DEVELOPED INDUSTRIES**


Address : 4.5 Km Cairo - Suez Road,Cairo, Egypt.
P.O.B.   . 2 Sakr Factory post office –Cairo – A.R.E.




**Rami Ghanem**

**Gateway to Egypt. (GTE)**
Complex 133, Building 7, Apartment 32
Al Rehab City, Cairo  Egypt
Telephone# 00201127999552

**Iternational #: +37282432246**
**Jordan Office**

Tel: 962 6 5685624
Fax: 962 6 5685625
**ramithe@gmail.com** or rami@caravaname.com
US Telephone: 772 675-4363   Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...



## FUSE VP-7M

Fuse VP-7M is used with antitank hollow-charge grenades and serves to detonate the warhead at the moment of impact target.

The fuse is safety, impact, piezoelectric type with distant arming.

It is used with round PG-7 and PC-7M.

## TECHNICAL SPECIFICATIONS

| | |
|---|---|
| Type | piezoelectric |
| Operation mode | percussive, instantaneous |
| It is activated at an angle of impact with the target | from 0° to 60° |
| Self-destruction time /s/ | from 3 ,6 to 6 |
| Distant arming /m/ | from 3 to 15 |
| Safe height of falling /m/ | 3 |
| Weight /kg/: | |
| - piezogenerator | 0,0412 |
| - bottom part | 0,095 |

## PG-7 (Combat) Specification

### 1- General specification:

| | |
|---|---|
| • Total mass | 2.25 Kg |
| • Caliber | 40/85 mm |
| • Total length | 930 mm |
| • Span | 285 mm |
| • Muzzle velocity | 120 ±3 m/s |
| • Dispersion at X- axis | 0.8 m |
| • Dispersion at Y- axis | 0.6 m |
| • Recoilless | 1 Kg$_f$.m |
| • Effective range | 350 m |
| • Maximum range | 500 m |
| • Penetration in RHA | 26 cm |

1 | 2

2- **Warhead:**

| | |
|---|---|
| • Kind | Hollow charge |
| • Caliber | 85 mm |
| • mass | 1 kg |
| • Total length | 340 mm |

3- **Booster:**

| | |
|---|---|
| • Total mass | 375 g |
| • Maximum Pressure at 50c° | 900 Kg$_f$/cm$^2$ |
| • Average  Pressure at 50c° | 865 Kg$_f$/cm$^2$ |
| • Kind | NBL-38 |

4- **Motor:**

| | |
|---|---|
| • Igniter mass | 10 g |
| • Burning time | 0.3 sec. |
| • Total mass | 875 Kg |

Ghanem-00072443

## PG-7 (Training) Specification

### 1- General specification:

| | |
|---|---|
| • Total mass | 2.25 Kg |
| • Caliber | 40/85 mm |
| • Total length | 930 mm |
| • Span | 285 mm |
| • Muzzle velocity | 120 ±3 m/s |
| • Dispersion at X- axis | 0.8 m |
| • Dispersion at Y- axis | 0.6 m |
| • Recoilless | 1 Kg$_f$.m |
| • Effective range | 350 m |
| • Maximum range | 500 m |

00074846.pdf

Ghanem-00072443

Ghanem_Sentencing_00000388

2- <u>Warhead:</u>

| | |
|---|---|
| • Kind | Inert |
| • Caliber | 85 mm |
| • mass | 1 kg |
| • Total length | 340 mm |

3- <u>Booster:</u>

| | |
|---|---|
| • Total mass | 375 g |
| • Maximum Pressure at 50c° | 900 Kg$_f$/cm$^2$ |
| • Average  Pressure at 50c° | 865 Kg$_f$/cm$^2$ |
| • Kind | NBL-38 |

4- <u>Motor:</u>

| | |
|---|---|
| • Igniter mass | 10 g |
| • Burning time | 0.3 sec. |
| • Total mass | 875 Kg |

Ghanem-00072443

Ghanem_Sentencing_00000389



# O-4M FUZE

The O-4M fuze is used with 82 mm fragmentation mines and the OG-7 and OG-9 fragmentation grenades and serves to detonate the warhead on impact with the target.
The fuze is a nose-impact type.

**FUZE CHARACTERISTICS**

| | |
|---|---|
| Type: | mechanical, semi-boresafe, with distant arming |
| Operation mode: | percussion-instantaneous and inertial |

Distant arming:
- with OG-7 grenade /m/     from 6 to 25
- with OG-9 grenade /m/     from 10 to 50
- with mine /m/     more than 3
Height of safe fall:
- in a mine /m/     2,5
- in a grenade /m/     2,0
Weight /kg/     0,183

**PACKING**

80 fuzes in 4 metal boxes in a wooden case
Weight /kg/     35
Dimensions /mm/     553 x 500 x 171
Volume /m$^3$/     0,047

bg

Ghanem-00072443



Ghanem-00072443

00074849

2- **Warhead:**

| | |
|---|---|
| • Kind | Hollow charge |
| • Caliber | 85 mm |
| • mass | 1 kg   $\cong 870^{\pm 5\sim}$ |
| • Total length  ωiᵀʰ Fⁱₙↄ F–ₛₑ | 340 mm   $315 – 30^{\pm}$ |

3- **Booster:**   *NBL38*

| | |
|---|---|
| • Total mass | 375 g |
| • Maximum Pressure at 50c° | 900 Kg/cm² |
| • Average Pressure at 50c° | 865 Kg/cm² |
| • Kind | NBL-38 |

4- **Motor:**   $48200$  4 σ2σ

| | |
|---|---|
| • Igniter mass | 10 g |
| • Burning time | 0.3 sec. |
| • Total mass | 875 Kg |

**Warhead:**

| | |
|---|---|
| • Kind | Inert |
| • Caliber | 85 mm |
| • mass | 1 kg |
| • Total length | 340 mm |

**Booster:**

| | |
|---|---|
| • Total mass | 375 g |
| • Maximum Pressure at 50c° | 900 $Kg_f/cm^2$ |
| • Average Pressure at 50c° | 865 $Kg_f/cm^2$ |
| • Kind | NBL-38 |

**Motor:**

| | |
|---|---|
| • Igniter mass | 10 g |
| • Burning time | 0.3 sec. |
| • Total mass | 875 Kg |

2 | 2

CASE NO. __CR 15-0704 (A)-SJO__

_____UNITED STATES OF AMERICA_____
VS. _____GHANEM_____

PLAINTIFF'S EXHIBIT _____607_____

DATE _____IDEN.

DATE_____EVID.

BY _____
_____DEPUTY CLERK_____

AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|---|---|
| Sent: | Thursday, October 1, 2015 4:59 PM |
| To: | omar abd el aziz <omarazeez@live.com> |
| Cc: | عمر عبد ألعزيز <omaraziz@link.net> |
| Subject: | FW: Invoice for order |
| Attach: | 1 001.jpg; 2 001.jpg; 3 001.jpg; 4 001.jpg; 5 001.jpg; invoice care SAKR.pdf; Egypt documents.pdf |

**From:** Goran Djordjevic
**Sent:** Thursday, October 1, 2015 6:42 AM
**To:** rami Ghanem <ramithe@gmail.com>
**Subject:** Invoice for order

Good mornning please confirm that you receive it.

Dear Rami

A)Please find invoice attached and also letter  with requested documents for contract information as we don't have them.Also we need to prepare separate documents for  samples for time bean, so please ask SAKR to confirm :

1) QTY of samples per item
2) Clear declaration that sample requested for order with reference number FPG/243/2 (sign and stamp from factory)

B)My BANK GUARANTY against 30% prepayment will be issued from Hellenic Bank ( Cyprus) according agreed conditions stated in contract.

C)I will travel to Russia next week to meat sup player and start arrange this process please be stand by for any information if need be.

As variation of USD course in Russia and adjustment  price  with sup player with other items you ask not relevant to this order, it  will be able to send you prices after meeting with them on 06/10/2015.

I hope that your  health  is better

Best Regards

Ghanem-00072443

Goran Djordjevic

-------- Forwarded Message --------
**Subject:**FW: أمر توريد
  **Date:**Fri, 19 Sep 2015 07:48:51 +0200
 **From:**'Goran Djordjevic' <gd@caretransenergy.com>
    **To:**Goran Djordjevic' <goranatri@cytanet.com.cy>
   **CC:**'Goran Djordjevic' <goranatri@cytanet.com.cy>

-------- Forwarded Message --------
**Subject:**FW: أمر توريد
  **Date:**Fri, 18 Sep 2015 02:58:25 +0200
 **From:**Rami Ghanem <ramithe@gmail.com>
    **To:**'Goran Djordjevic' <gd@caretransenergy.com>
   **CC:**'Goran Djordjevic' <goranatri@cytanet.com.cy>

*Rami Ghanem*

Gateway to MENA. (GTM)
**Egypt Office**

Ghanem-00072443

**Complex 133, Building 7, Apartment 32**
**Al Rehab City, Cairo  Egypt**
**Iternational #: +37282432246**
**Telephone# 00201127999552**
**Jordan Office**

Tel: 962 6 5685624
Fax: 962 6 5685625
**ramithe@gmail.com**  or  rami@caravaname.com
US Telephone: 772 675-4363     Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CIVE or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

to : Eng. Omar Abd elazzez      pls pass this order to Care transenergy  cyprus

**ARAB ORGANIZATION FOR INDUSTRIALIZATION**
**SAKR FACTORY**
**FOR DEVELOPED INDUSTRIES**

P.O B.2, SAKR FACTORY POST OFFICE, CAIRO ARAB REPUBLIC OF EGYPT
Email: sakrcont@yahoo.com Fax: (202)22691210-22691978 Tel: (202)22692561-22687609

This order comes into force only on: Opening L/C.                Order No.: FPG /243 /2   .

Please sign one copy and send it back to us as confirmation.      Date: 16 / 9 / 2015.

MESSRS, Care transenergy  cyprus

Dear Sirs,

    Your commercial offer dated 10 / 9 / 2015 is hereby Accepted for Items Shown in the attached
   list.

Conditions     : According to the terms mentioned below.

Payment by    : %100 Irrevocable Letter of Credit at sight 30% In advance against  Letter of Guarantee
          with the same value + 70% Against Documents )

Place of delivery : CIF Alexandria Seaport.                Order value : $ 1202500

Delivery time : 60 Days  from obtaining Export License which will issue after giving yr Goodselves End-User
Certificate signed from the responsible authorities. & paying advanced payment.

Shipping Marks :   A.O.I                                   Case No      Of      cases
         Alexandria Seaport.                        FPG / 243 / 2

    Shipping Documents: The following documents Marked(x) should be sent to us by quick courier
              service within 7 days from date of shipment:

(x) Invoice (original+3copies), (x) Insurance Policy, (x)  clean on board Bill of lading, ( ) Air Way Bill.

(x) Packing and weight Lists. (x) Certificate of Origin, ( ) Euro 1 Certificate.

(x) Inspection Certificate stating that the supplied articles have been inspected before the shipment and are strictly
   in accordance with the specification of the ordered goods.

(x) Guarantee certificate valid for (1) year from date of delivery in Sakr factory, whereby defective goods due to
   bad workmanship or faulty materials .or, any short in delivery will be replaced within 45 days as max. from our
   notification, free of charge &Freight prepaid

N.B: the following marked (x) are essential to fulfill your obligations.

(x) In case of payment by L/C One original of B/L + copy of each a/m documents to be sent directly to us, as the
   other originals should be handed over to the bank.

(x) LC will not be operative unless we receive accepted sample ( within 2 weeks from obtaining Export License)and
   sample will deduct from required QTY if accepted.

(x) Upon shipment full shipping details (including all information of all a/m documents) to be sent by fax or by email
   to us.

(x) Documents should be presented to our bank within 14 days from B/L date, otherwise demurrage charges will be
   on your account.

(x) The free container demurrage must cover accounting 30 days at least or containers will be delivered free and
   owned to Sakr factory without  any charges.

(x) Shipment should be undertaken by the united Arab Company for Maritime transport, or any other Egyptian
   Company for maritime transport. (Please contact their agents in due time to take necessary shipping
   arrangements) or any available Vessels / except:-

   (Cho yang shipping CO. & A.P.L. American resident Line & MAERSK line & PIL).

(x) The delivery period is calculated from the L/C's date and confirmation on EUC issued from Egypt relevant
   authorizes and in case of delay in delivery we shall have the right to deduct from  price a sum equal 1% of the
   value of the quantities not delivered in due time for every week or any part of week of delay. Such penalty shall
   not exceed 4% of the quantities not delivered in due time, and will be applicable in case of defective and/ or
   short in the delivered goods.

(x) In the event of commission or bribe given or tried to be given from the seller to any  of the Buyer's employees in
   cash /or in commodity- whatever its value is the seller binds himself to pay the  buyer a fine 25% of the total
   value of the order. Order termination: - Besides any other Sanction mentioned in this order, the BUYER has the
   absolute right to cancel this order in case the Seller dose not execute any of his obligation, this cancellation will
   be effected by fax and without need legal or juridical or other formalities the Buyer will have the right to
   recover any damage the seller has caused due to the non execution of the order.

N.B. The wooden boxes or ballets must be fumigated before shipment and stamped according to the International
   rules.

                                    YOURS FAITHFULLY

                                    ENG. Ezzat Amin

**A.O.I**
**SAKR FACTORY**
**For developed industries**



الهيئة العربية للتصنيع
مصنع صقر للصناعات المتطورة

Ref: PG/243/2

Date : 15/9/2015



GLC
CERTIFIED
ISO 9001

To Firm : Care Transenergy          Your Offer dated :10.09.2015

| Po. | QTY | Unit | Description | Unit Price $ | TOTAL $ |
|---|---|---|---|---|---|
| 1 | 500 | Pcs. | RPG-7 Launcher | 2080 | 104000 |
| 2 | 500 | Pcs. | Optical sight complete PGO-7V for RPG-7V Launcher | 325 | 162500 |
| 3 | a/m Items include the following Spare parts : | | | | |
| | 500 | Pcs. | Spare parts list 1/1 ( Page : 1/3 ) | FREE | FREE |
| | 56 | Pcs. | Spare parts list 1/9 ( Page : 2/3 ) | FREE | FREE |
| | 500 | Pcs. | Spare parts list for optical sight PGO-7V ( Page : 3/3 ) | FREE | FREE |
| | | | Order Net Value CIF Alex Seaport | 1202500 | |

ADDRESS: 4.5 Km CAIRO - SUEZ Road.

P.O B. :  2 Sakr Factory post office  – CAIRO – A.R.E

Tel. :  (202)22692561 --22687609
FAX: (202)22691210 – 22691978
e-mail:sakrpur@yahoo.com

## Spare parts of RPG-7 Launcher

### Set 1/1

| quantity | Part name | Ser.No. |
|----------|-----------|---------|
| 2 | Striker | 1 |
| 2 | Striker spring | 2 |
| 2 | Bushing | 3 |
| 1 | Nipple | 4 |
| 1 | Knock out | 5 |
| 1 | Jig for assembly and disassembly | 6 |
| 1 | Wrench-screw driver | 7 |
| 1 | Ammunition bag for 3 pg7 | 8 |
| 1 | Ammunition bag for 2 ng7 | 9 |
| 1 | Launcher Fitting | 10 |
| 1 | Launcher cover | 11 |
| 1 | Hand guard (pair) | 12 |
| 1 | Cleaning rod | 13 |
| 1 | Launcher support | 14 |

00074707.pdf

Ghanem-00072443

Ghanem_Sentencing_00000400

## Set 1/9

| quantity | Part name | Ser.No. |
|---|---|---|
| 9 | Striker | 1 |
| 9 | Striker spring | 2 |
| 1 | Grip with screw | 3 |
| 1 | Grip with washer | 4 |
| 1 | Right Grip | 5 |
| 1 | Left Grip | 6 |
| 1 | Front clamp | 7 |
| 2 | Rear clamp | 8 |
| 1 | Device to check the sight | 9 |
| 1 | Jig for assembly and disassembly | 10 |
| 1 | Wrench screw | 11 |
| 1 | Main spring | 12 |
| 1 | Spring (latch spring) | 13 |
| 1 | Knock out | 14 |
| 1 | Bushing | 15 |
| 9 or 2 | Electric Lamp or LED | 16 |
| 1 | Grey filter | 17 |
| 1 | Yellow filter | 18 |
| 1 | Wrench screw | 19 |
| 1 | Cable | 20 |
| 1 | Rubber cover(lens cover) | 21 |

Ghanem-00072443

## Spare parts for PGO-7v

| quantity | Part name | Ser.No. |
|---|---|---|
| 1 | yellow filter | 1 |
| 1 | Grey filter | 2 |
| 4<br>or<br>1 | Electric Lamp<br>or<br>LED | 3 |
| 1 | cable | 4 |
| 1 | Wrench screw driver | 5 |
| 1 | Napkin | 6 |
| 4<br>or<br>2 | Battery for electric lamp<br>or<br>Battery for LED | 7 |
| 1 | catalog | 8 |
| 1 | Case | 9 |

3 | 3

00074709.pdf

Ghanem-00072443

Ghanem_Sentencing_00000402

# CARE TRANSENERGY LTD

| | | |
|---|---|---|
| | VAT No.: 10289175 F | |
| | Tele. Nr. | (357) 95 112327 |
| | Fax Nr. | (357) 25814036 |
| | Your Contact: | Goran Djordjevic |

**CARE TRANSENERGY LIMITED**

**2 Aisopou & Ayias Ekaterinis**

**Ag. Nikolas 3101  Limassol**

**CYPRUS**

Client:
**ARAB ORGANIZATION FOR INDUSTRIALIZATION SAKR FACTORY FOR DEVELOPED INDUSTRIES P.O B.2, SAKR FACTORY POST OFFICE, CAIRO ARAB REPUBLIC OF EGYPT Email: sakrcont@yahoo.com Fax: (202)22691210-22691978 Tel: (202)22692561-22687609**

gd@caretransenergy.com

| | |
|---|---|
| Date: | 19/09/2015 |
| Client Nr.: | SAKR |
| Invoice Nr.: | 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 |

**COMERCAL INVOICE**

| Ref. | Type | Descriptive Model | Qty | Unit cost | TOTAL |
|---|---|---|---|---|---|
| PG/243/2 | RPG7 | RPG-7 LAUNCHER (OFFER-10/09/2015) | 500 | $2,080.00 | $1,040,000.00 |
| PG/243/2 | PGO-7V | OPTICAL SIGHT COMPLETE PGO-7V FOR RPG-7 LAUNCHER | 500 | $325.00 | $162,500.00 |
| PG/243/2 | SPARE | SPARE PARTS 1/1 (OFFER 10/09/2105) | 500 | $0.00 | $0.00 |
| PG/243/2 | SPARE | SPARE PARTS 1/9 (OFFER 10/09/2105) | 56 | $0.00 | $0.00 |
| PG/243/2 | SPARE | SPARE PARTS LIST FOR OPTICAL SIGHT PGO-7V | 500 | $0.00 | $0.00 |

**Payment terms**

100% INRECAVABLE LETTER OF CREDIT ON SIGHT – 30% IN ADVANCE 70% AGINST SHIPPING DOCUMENTS OF DELIVERY: CIF ALEXANDRIA    PORT                                                                TERMS DELIVERY PERIOD: 60 DAYS FROM DOCUMETS AND PAYMENT EXECUTED AND ACCEPTED

| | | |
|---|---|---|
| Bank Details: | **Subtotal** | **$1,202,500.00** |
| | **No VAT CALLCULATED %** | **$0.00** |
| | **Total  in USD** | **$1,202,500.00** |

(ONEMILLIONTWOHUNDREDTWOTHOUSANDFIVE HUNDERUSDOLLARS)

*Please always state the proforma or invoice number in the bank transaction reference (all bank charges to your account)*

**HELLENIC BANK PUBLIC COMPANY LTD**

**Limassol International Business Center**

**131 Arch. Makarios III & Ioanni Polemi, 3508 Limassol Cyprus**

| | |
|---|---|
| Account Nr. | 240 01 578265 01 |
| IBAN: | CY68 0050 0240 0002 4001 5782 6501 |
| SWIFT/BIC: | HEBACY2N |



**Care Transenergy Ltd**

TO: A.O.I SAKR FACTORY
For Developed Industries
Cairo – Egypt
Attention: Acc. Khaled Edris/ Procurement General Managerar Sirs


 Thank you very much for your order confirmation and correspondence regarding this inquiry on 18/09/2025. In order of contract preparation as well as other export documents kindly ask you to send us following documents:

1) CERTIFICATE OF REGISTRATION (apostled copy)
2) Appointment of authorized person for contract signatures (apostled copy)
3) Your Banking Information
4) Order confirmation ref number FPG/243/2 (sign and stamp from company 2 copies)
5) Declaration from buyer about good handling (agent appointment) at receiving port(sign and stamp 2 copy)

We expect your correspondence in order to prepare contracts and oder needed documents.

Please inform about EUC (end user certificate) as well as other documents.


Best regards

Goran Djordjevic


2 Aisopou & Ag.Aikaterinis Str PNO House, St.Nicolas, 3100 Limassol Cyprus
email: info@caretransenergy.com
www.caretransenergy.com



2 Aisopou & Ag.Aikaterinis Str PNO House, St.Nicolas, 3100 Limassol Cyprus
email: info@caretransenergy.com
www.caretransenergy.com

Ghanem-00072443

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   608

DATE _____ IDEN.

DATE_____ EVID.

BY _____
            DEPUTY CLERK
AO 386

| From: | CARE TRANSENERGY LTD <gd@caretransenergy.com> |
|---|---|
| Sent: | Friday, October 9, 2015 2:21 AM |
| To: | Rami Ghanem <ramithe@gmail.com> |
| Subject: | RE: Re[2]: FW: |

Dear Rami

Situation is as following :

  2- A QTY of 12000 Fuse VP-7M for PG7 ( Live ) , ( Specs. attached)

This is a problem,  that don't have any of them on stock,  first free production  capacity can be expected in 1st February of 2016.I will  meet  one more supplier today afternoon.

Wait  for a quote from Bulgaria, but I believe that you have price from there.


  3- A QTY of **50000** Fuse O4M   f ( Specs. attached)

Same as above they cannot  quote it before end of the year.

  6- A QTY of 50000 PG7V Projectile ( Training

THIS IS OK!  Price CIF Alexandria   as it **was  189 EURO per pcs** !If this is a final qty Please reconfirm because in previous emails is written opposite:

  6- A QTY of 10000 PG7V Projectile ( Training )
  7- A QTY of 50000 PG7V Projectile (Live)

  7- A QTY of 20000 PG7V Projectile (Live)          ( Specs attached)

THIS IS OK!Price per pc 273 EURO CIF: Alexandria  It is according specification you send me on  07/10/2015,  please just confirm quantity.

Working on rest , please confirm quantity to send official offer.

Best Regards

Goran Djordjevic
CEO
Care Transenergy Ltd
tel:+35795112327
gd@caretransenergy.com
www.caretransenergy.com

 logo

---------------------------------------------------------------------------------------------------

Disclaimer:- The information sent by or through this email message or the files attached hereto, has been sent by CARE TRANSEBERGY LTD and its subsidiaries and branch offices, and is only for the strict use of the individual or entity to which it is addressed. In the event you have received this email in error, or the message is incomplete in any way, the addressee is kindly requested to contact the sender of this message by email or by telephone. It is not permitted to publish, copy, circulate and/or provide any of this information without permission of CARE TRANSEBERGY LTD does not give any guarantee in relation to the accuracy of any content or information that has been sent by or through the email, nor for any timely receipt thereof. CARE TRANSEBERGY LTD is in any event under no circumstances liable for any damages of whatever nature, which are the direct or indirect result of any actions and/or decisions that are or may be based on the information sent by or through this email message

**From:** Rami Ghanem [mailto:ramithe@gmail.com]
**Sent:** 08 October 2015 13:50
**To:** Goran Djordjevic
**Subject:** Re[2]: FW:

Please do so we don't want to lose anymore time

--
Sent from myMail app for Android

Thursday, 08 October 2015, 00:09PM +03:00 from Goran Djordjevic <gd@caretransenergy.com>

Good day,

Will write you tonight, negotied other items you ask.

Regards

Goran


Sent from my iPad

On Oct 7, 2015, at 7:28 AM, Rami Ghanem <ramithe@gmail.com> wrote:

Ghanem-00072443

Any update Goran?

**Rami Ghanem**

**Gateway to MENA. (GTM)**
Egypt Office

Complex 133, Building 7, Apartment 32

Al Rehab City, Cairo  Egypt

Iternational #:  +37282432246

Telephone# 00201127999552

Jordan Office

Tel: 962 6 5685624
Fax: 962 6 5685625
ramithe@gmail.com  or  rami@caravaname.com
US Telephone: 772 675-4363    Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

Ghanem-00072443

Dear Rami:

20 000 PG 7 live (combat)with the detailed attached specs,14 000 fuse and around 50 000 PG 7 training are ti be bought next Monday. No other supplier will ever be chosen if we succeed to offer competitively.

Pleeeeeeeeeeeeeeease help.

    Omar abdel aziz


&lt;IMG-20150922-WA0014.jpeg&gt;

&lt;IMG-20150922-WA0012.jpeg&gt;

&lt;IMG-20150922-WA0018.jpeg&gt;

&lt;IMG-20150922-WA0016.jpeg&gt;

&lt;IMG-20150922-WA0022.jpeg&gt;

&lt;IMG-20150922-WA0020.jpeg&gt;

&lt;IMG-20150922-WA0010.jpeg&gt;

CASE NO. __CR 15-0704 (A)-SJO__

_____UNITED STATES OF AMERICA_____
VS. ___GHANEM___

PLAINTIFF'S EXHIBIT ___609___

DATE _____IDEN.

DATE_____EVID.

BY _____
DEPUTY CLERK
AO 386

| | |
|---|---|
| **From:** | Rami Ghanem <ramithe@gmail.com> |
| **Sent:** | Wednesday, November 25, 2015 4:16 PM |
| **To:** | Goran Djordjevic <gd@caretransenergy.com> |
| **Subject:** | RE: FW: care contract.doc - Hword |

Thank you Goran,

Please this time let us finish this deal ASAP, customer is looking not so good at our ability.

For the 2 hostages in Libya for sure I can help, what's in it for me?

Regards


*Rami Ghanem*

*Gateway to MENA. (GTM)*
**Egypt Office**
Complex 133, Building 7, Apartment 32
Al Rehab City, Cairo  Egypt
Iternational #: +37282432246
Telephone# 00201127999552
**Jordan Office**

Tel: 962 6 5685624
Fax: 962 6 5685625
**ramithe@gmail.com**  or  rami@caravaname.com
US Telephone: 772 675-4363     Skype **Address: caravaname**

The information contained in th s message is for the intended addresee only and may contain confidential and/or privileged information, if you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CM E or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.


Life is short.. So love your life.. Be happy.. And Keep smiling.. and


Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love

Before you quit »Try
Before you die »Live

That's Life...

**From:** Goran Djordjevic [mailto:gd@caretransenergy.com]
**Sent:** Wednesday, November 25, 2015 4:12 PM
**To:** Rami Ghanem <ramithe@gmail.com>
**Subject:** Re: FW: care contract.doc - Hword

Dear Rami

I alredy send to Russia, it wiil not be befoure tomorow

People call me from Ministry of Interior of Serbia regarding following problem with two hostage from embassy in Libya?

http://beta.trtworld.com/europe/serbia-demands-release-of-citizens-held-hostage-in-libya-10957

Can you provide any services regarding this matter ?

Regards

Goran

On 25/11/2015 09:52 πμ, Rami Ghanem wrote:

Hello Goran,

Please see the requested agreement customer did already approved what you asked for and the did get it ready for us to move forward.

Please try to conclude as fast as you can.

Regards

*Rami Ghanem*

Gateway to MENA. (GTM)
**Egypt Office**
**Complex 133, Building 7, Apartment 32**
**Al Rehab City, Cairo  Egypt**
**Iternational #:  +37282432246**

Ghanem-00072443

**Telephone# 00201127999552**
**Jordan Office**

Tel: 962 6 5685624
Fax: 962 6 5685625
**ramithe@gmail.com**  or  rami@caravaname.com
US Telephone: 772 675-4363    Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

Ghanem-00072443

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   610

DATE _____IDEN.

DATE_____EVID.

BY _____
DEPUTY CLERK
AO 386

| | |
|---|---|
| **From:** | Rami Ghanem <ramithe@gmail.com> |
| **Sent:** | Thursday, December 3, 2015 6:39 AM |
| **To:** | omar abd el aziz <omarazeez@live.com> |
| **Subject:** | FW: Contract Sakr sign |
| **Attach:** | contract SAKR0001.pdf; contract SAKR0002.pdf; contract SAKR0003.pdf; contract SAKR0004.pdf; contract SAKR0005.pdf; contract SAKR0006.pdf; contract SAKR0007.pdf; contract SAKR0008.pdf; contract SAKR0009.pdf; contract SAKR0010.pdf; contract SAKR0011.pdf |

## *Rami Ghanem*

## *Gateway to MENA. (GTM)*

**Egypt Office**
Complex 133, Building 7, Apartment 32
Al Rehab City, Cairo  Egypt
Iternational #: +37282432246
Telephone# 00201127999552
Jordan Office

Tel: 962 6 5685624
Fax: 962 6 5685625
**ramithe@gmail.com** or rami@caravaname.com
US Telephone: 772 675-4363    Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CIVE or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorised representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

Ghanem-00072443

CONTRACT Nr :

dated:  /  / 2012

This Contract is concluded into        , the   of      200

**Between**

**SAKR FACTORY FOR DEVELOPED INDUSTRIES  ( A. O. I )**
Represented by :

hereafter called the **BUYER** on the one side

**And**

Messrs Care Transenergy Ltd.

Represented by :

hereafter called the **SUPPLIER** on the other side
Witness that: in consideration of the offer N°.              .              dated

## The two sides agree as follows:

### 1. OBJECT OF THE CONTRACT:
The **SUPPLIER** undertakes to supply at port of
and the **BUYER** accepts to buy in conformity with the conditions of this contract, the contracted
goods which full details, specifications and quantities contracted for are mentioned in APP. ( A ),
which forms an integral part of this contract .

### 2. PRICE
The total price agreed upon is   $ 1,202,500
Say One Million ,two hundred & two thousand & five hundred.

This price is for the supply and delivery of the goods contracted for as shown in APP . (A)

This price is firm and non - revisable, and in no circumstances, for any reason whatever shall any claim
by the **SUPPLIER** for any increase of the price to be taken in consideration. It is well understood that
the said price includes the following:
a)  Price of goods contracted for.
b)  Cost of transport from Factory to board of ship at port of shipment with special sea worthy
     packing for transport in accordance with incoterms 2000
c)  Any other charges and expenses incidental to the performance of this contract, i. e. taxes,
     duties, patent rights, bank charges, etc. outside A.R.E.
d)  All expenses of inspection, freight, and legalization fees.
e)  Insurance cost.

### 3. TAXES AND DUTIES:
All taxes, duties, dues and charge outside A. R. E. to which the **SUPPLIER** is liable in connection with
the contract shall be borne by **SUPPLIER**. (Including fees for legalization of certificate of origin by
AR.E. authorities, as well as the Banking charges in outside A.R.E).

(1)

00073014                                                                                          Ghanem-00072443

All taxes, duties, dues and charges, to which this contract is liable in A.R.E. (including the **Buyer's** Bank commissions and charges for opening the L / C) shall be borne by the **BUYER.**

All taxes, duties, dues and charges, to which this contract is liable in outside A.R.E., will be borne by the **SUPPLIER**, while the same liable in AR.E. Will be borne by the **BUYER.**

Expenses incident to extension and or amendment of the terms of the letter of credit shall be borne by the party at fault.

### 4. GUARANTEE DEPOSIT:

As security for the due execution for this contract, the **SUPPLIER** shall deposit to the **BUYER** within 21 days from the date of signature of this contract a Bank letter of guarantee in English language as per form ( D ) attached, in the same currency of this contract issued by an approved bank in A.R.E. or by established Bank in the **Supplier's** country and endorsed from an approved Bank in A.R.E. for an amount equal to 10% (ten percent) of the total value of the contract.

This contract shall not be final and binding to the **BUYER** unless this guarantee has been effected.

The said guarantee will be held and maintained at its full amount by the **BUYER** subject to the conditions and stipulations of the contract as a pecuniary guarantee for the due execution and project performance of this contract and the recovery of overpayments of any penalties or

damage to which the **SUPPLIER** may become liable until the expiry of (    ) months after the date of the last delivery, at the end of which the **BUYER** will return this letter of guarantee to the Bank concerned.

If at any time during the duration of the contract any sums shall be deducted from the guarantee deposit by the **BUYER** in accordance with the conditions of the contract, the **SUPPLIER** shall

immediately upon receipt of a demand in writing from the **BUYER** increase the guarantee to its full amount, and shall always maintain it at its full amount until its expiration as mentioned above.

### 5. PAYMENT:

According to the terms of payment agreed upon between the **SUPPLIER** and the **BUYER** as mentioned in APPENDIX N° ( E )

### 6. TRANSFER OF THE CONTRACT:

The **SUPPLIER** shall not without the written consent of the **BUYER** transfer to any third party the whole or any part, or any sum due to him on account of this contract.

However, the **SUPPLIER** has the complete right to buy any part from his subcontractors on his account.

Any infraction to these conditions will give the **BUYER** the right to cancel the contract by simple notice given by a registered letter without any formalities.

### 7. INSPECTION:

(a) A test certificate from the **SUPPLIER** as per Appendix N° ( F       )

(b) The SUPPLIER shall notify the **BUYER** by fax of the date fixed for inspection 40 days before the goods contracted for are ready for the delegation of the inspector ( or inspectors) delegated by the **BUYER**, will carry out the inspection in accordance with the specification agreed upon in the contract. If the inspector does not show up in the Supplier's works after 45 days from the date of notification to the BUYER, the SUPPLIER has the right to make the tests alone and on his own responsibility and provide the BUYER with the inspection certificate as mentioned in App. N° (. ).

The inspection and tests shall be made on the charge of the **SUPPLIER** in his Factory by inspector or inspectors delegated by the **BUYER**. The **SUPPLIER** shall provide at his own expenses all machines, tools and technicians necessary for the inspection tests executed in his premises  and will provide them with officers and internal communications from lodging to Factory.

(2)

In case the inspection proves that the goods inspected are satisfactory in accordance with the specifications agreed upon in the Contract, the inspectors delegated by the BUYER will submit a written statement to the SUPPLIER saying that the goods inspected are ready for dispatch to A.R.E. and the SUPPLIER should pack and ship these goods immediately upon receipt of the written statement. However, if the inspection proves that the goods inspected in whole or in parts are not in conformity with the above mentioned specifications, the SUPPLIER undertakes to replace any rejected goods within 15 days from the date of his notification by Telex or fax.

Shipping shall take place immediately after the inspection as stated before provided that all materials covered by this contract (including quantities rejected and replaced) shall be completely delivered C.I.F. as mentioned in Appendix (A) of this Contract.

## 8. DELIVERY:

Shipment of contracted goods shall be effected within
from date opening L/C, and delivery in advance is permitted.
N.B.: B/L should indicate the value and description of the delivered goods in details.

## 9. DELAY IN DELIVERY AND PENALTY FOR DELAY:

In the event of delay in delivery as given in the Contract in the whole or any part of the quantities to be supplied, BUYER shall have the right to deduct from the price a sum equal to 1 % (One percent) of the value of the quantities not delivered in due time for every week or any part of week of delay. The total amount deducted shall not exceed 4 % of the value of the quantities not delivered in due time. Such penalty shall be enforceable to the sole fact of delay without any previous notification to SUPPLIER or any other formalities or recourse to juridical proceeding. In this case the delay in delivery shall not exceed two months otherwise the BUYER shall have the right to cancel the contract and confiscate the guarantee deposit without any notice or recourse to juridical proceedings for any other formalities.

If, however, the SUPPLIER proves to the satisfaction of the BUYER that the whole or part of the delay rose from causes beyond his control (force majeure) and which could not foresee at the time he signed the contract, the BUYER shall waive all or part of the said penalty provided that the delay in that case shall not exceed. two months otherwise the BUYER shall have absolute right to cancel the contract.

Cancellation of the contract shall in all cases be effected by letter or fax to be sent to the SUPPLIER without any notice or recourse to juridical proceedings or any formalities. Consequences of cancellation are mentioned in article 11.

The amount of penalties will be deducted from any sum due to the SUPPLIER, or from the guarantee deposit without any previous notice of legal or other formalities or recourse to juridical proceedings.

N. B. short in delivery or rejected goods will be considered as delay in delivery and the delay penalty (4%) will be applicable in such case / cases.

## 10. CANCELLATION OF THE CONTRACT:

Besides any other sanction mentioned in this contract, BUYER has the absolute right to cancel this contract in case the SUPPLIER does not execute any of this obligations. This cancellation will be effected by letter, or fax sent to the SUPPLIER and
without need to legal or juridical or other formalities. The said cancellation may lead to any of the following consequences:

a) The BUYER confiscates the guarantee deposit without being called upon to give any explanation whatever and without any need to prove damage or to resort to any further formalities or juridical proceedings.

(3)

b) The **BUYER** may purchase the goods contracted for from any other firm or country. The SUPPLIER remaining responsible for indemnifying the **BUYER** for any loss or damage or extra payments caused thereby.

   c) The **BUYER** will have the right in the two above cases to recover any damage the
         **SUPPLIER** has caused due to the non-execution of this contract.

### 11. PERIOD OF GUARANTEE

The **SUPPLIER** guarantees the goods contracted for, for a period of twelve months from the date of receiving in the **Buyer's** Factory, against any manufacturing or raw materials vice or any other defects or damages not including bad handling or bad storage by the **BUYER**. The **SUPPLIER** undertakes at his own expenses, during he said period to remove any defects as a result of defective materials or unsatisfactory execution and to replace as quickly as possible all materials, that in consequence at the aforesaid causes have become defective or useless, in default, All materials found defective and replaced by the **SUPPLIER** or on his behalf shall have their period of guarantee of twelve months ,starting from the date of replacement.

The expenses incurred in returning the defective materials to **SUPPLIER** and the transport and shipment C.I.F. Alex. or Cairo Airport of the material shall be on the charge of the **SUPPLIER**. Other conditions according to APPENDIX N° (          D          )

### 12. GENERAL CONDITIONS AND MISCELLANEOUS:

As mentioned in APP. N° (     B     ) which forms an integral part of this contract .

### 13. FORCE MAJEURE

In the event of **FORCE MAJEURE**, the delivery will be extended by the period during which the **FORCE MAJEURE** will last. **FORCE MAJEURE** shall be deemed to any event occurring beyond **Supplier's** reasonable control such as war, civil disturbances, riots, flood, earthquake, fire, labor unrest and strike. In case of **FORCE MAJEURE** has lasted for more than a total of 2 months, both parties have the right by mutual agreement either to cancel this contract or to agree upon a settlement for their obligation.

### 14. JURISDICTION:

All disputes arising in connection with this contract shall be Finally settled by Courts in accordance of the A. R. E. law.

### 15. CONTENTS OF THE CONTRACT:

The said Contract consists of (          15          ) articles and enclosed (          6          ) Appendixes stipulated in the Contract.

These (          ) Appendixes form an integral parts of the Contract.

(4)

**19-DOMICILES**

All correspondence in relation with this contract shall be sent:

to the **BUYER:**

        **SAKR FACTORY FOR DEVELOPED INDUSTRIES**
        P.O. Box 33,
        HELIOPOLIS, Cairo
        ARAB REPUBLIC OF EGYPT
        Tel.: (202)2 2690013-2 2687609 – 22692561
        Fax: (202) 22691210 – (202)2 2691978

to the **SUPPLIER:**

        **Care Transenergy Ltd.,**
        a limited liability company organized under the laws of Republic of Cyprus,

        having its registered address at 2 Aisopou, 3100 Limassol, Cyprus (the "**Seller**")

In case of change address of the two Parties, the one who changes his address has to notify the other by registered letter of the new address.

**This contract is signed by both parties in two equal originals, each party has one to act in accordance with its agreed upon terms.**

    **FOR THE BUYER**                          **FOR THE SUPPLIER**

(5)

## APPENDIX N°( E    )

### PAYMENT TERMS

The price of items contracted for will be paid as follows:

SAKR FACTORY will open in favor of the SUPPLIER within two weeks from the date of signature of this contract. a confirmed and irrevocable letter of credit amounting $ 1022500 ( 30% in advance against letter of guarantee with the same vale + 70% against shipping documents).

and valid 3 weeks after the date of the last delivery. Payment from this L *I* C will be effected only on presentation to the bank the following documents:

a) The original and 4 copies of the invoices in the name of SAKR FACTORY

b ) Packing list in duplicate signed by the SUPPLIER and stating that the goods an_ packed
   According to the contract terms.

c ) One set of clean Bill of Lading ( Less one original) OR Airway bill issued in the name and
   to the order of SAKR FACTORY P. O. Box P.O. BOX 2, SAKR FACTORY, Cairo
   A. R. E.. marked that
   freight prepaid *I* payable at destination and stating the shipping marks as follows:

| A . 0 .I . SAKR | Case N °        of              Cases |
| CIF Alex. Sea   | Contract No.PG/243/2                 |

d ) A certificate of inspection issued by the SUPPLIER stating that the supplied items have been
   inspected before shipment and are strictly in accordance with the specification of
   the contract

e ) Guarantee certificate issued by SUPPLIER, valid for (1) Year  from the date of shipment *I*
   whereby defective items due to bad workmanship or faulty materials are to be
   replaced free of charge and according the guarantee system

f ) Certificate of Origin issued by the SUPPLIER, stating that all goods contracted for are
   manufactured in

   and endorsed from the concerned chamber of commerce and industry and legalized by A . R . E .
   authorities in

g) Certificate signed by SAKR FACTORY representative stating that training has been done
   satisfactory

h) Certificate of Inspection and preliminary acceptance signed by SAKR delegation stating
   that inspection and acceptance tests are proved satisfactory before shipment.

i ) Insurance policy covering 110 % of the total value of the INVOICE

J) A copy of Supplier's letter addressed to SAKR FACTORY P.O. BOX 2, SAKR FACTORY, Cairo
   A. R. E. enclosing one photocopy of the A WB ORIGINAL OF B I L, Packing list, Invoice... and
   copy of same addressed to A. O. I. OFFICE at ALEXANDRIA customs area A.R.E.

**NB.**

1 ) One Original of B/L should be sent to the Buyer together with the a I m letter by D.H.L. or any other courier services within 4 days from the date of shipment. B IL should indicate the following:

– Clean on board.

– Transshipment prohibited.

– Description of the dispatched goods in details and its value.

2 ) Penalty for delay in delivery will be deducted automatically by Bankers in case of delay in
   delivery.

3) Upon receiving & accepting the L / G by the **BUYER**, a notification will be sent to the Bank to make
   the L / C operative.

(11)

APPENDIX N °( A )

| Po. | QTY | Unit | Description | Unit Price $ | TOTAL $ |
|---|---|---|---|---|---|
| 1 | 500 | Pcs. | RPG-7 Launcher | 2,080 | 104,000 |
| 2 | 500 | Pcs. | Optical sight complete PGO-7V for RPG-7V Launcher | 325 | 162,500 |
| 3 | a/m Items include the following Spare parts : | | | | |
| | 500 | Pcs. | Spare parts list 1/1 ( Page : 1/3 ) | | |
| | 56 | Pcs. | Spare parts list 1/9 ( Page : 2/3 ) | | |
| | 500 | Pcs. | Spare parts list for optical sight PGO-7V ( Page : 3/3 ) | | |
| | | | Order Net Value (USD) CIF Alex Seaport | 1,202,500 | |

APPENDIX N° (    B    )

**GENERAL CONDITIONS & MISCELLANEOUS:**

a) This contract shall only come into force after the BUYER has established a confirmed and irrevocable Letter of Credit.

b) Export licence is considered as already granted

c) Detailed operation maintenance manual, layout and foundation drawings of the machines in English language will be sent by airfreight to the BUYER one month before dispatch the machine

d) Defective items and electronic parts will be replaced, during period of guarantee free of charge under the system of guarantee regulations.

e) The given prices should include packing charges in a suitable seaworthy packing (according Incoterms 2000)

f) shipping will be effected by sea through agents of the United Arab Company for Maritime transport or any available vessels except which belongs to the following companies :
1- Cho Yang Shipping co.
2- A.P.L. American President Lines.
3- Maersk line.
   Or by Air through Egypt Air or any available air line
g) Both sides (THE **SUPPLIER** & THE **BUYER**) agreed upon that besides any other sanctions mentioned in this contract, in the event of commission or bribe to be given from the supplier or any of

his subsidiaries to any of the employees AOI. , in cash and / or in commodity – whatever its value is – the supplier binds himself to pay to A. O. I. a fine equals 25 % of the total value of this contract.

(8)

## APPENDIX (    D    )

### FORM OF LETTER OF GUARANTEE

To the

**SAKR Factory** in consideration of the contract N °
Of                                                                    between you and Messrs.

herein – after called the **SUPPLIER**, for the supply of:
and in further consideration of article ( 4 ) of the said contract stipulating that within 21 days of
signing the contract, a letter of guarantee, which represents 10 % ( ten percent) of the value of the said
contract, shall be deposited by the SUPPLIER.
We, the undersigned Bank, hereby guarantee, as a direct responsibility for our own .debit the due
fulfillment by. the SUPPLIER of the stipulations of the contract, provided nevertheless that the total
amount of our responsibilities under this guarantee is limited to and shall not exceed that amount of

10%

This guarantee shall be free of interest and payable in cash in whole or in part on the first demand, not
withstanding any contestation by SUPPLIER or by ourselves or by any other party.
This guarantee shall be subject to all terms and conditions of contract and will automatically cease to
be in force as soon as the contract has been duly carried out to the satisfaction of the **SAKR
FACTORY** in accordance with the terms contained in this contract.

**Signature and stamp of the Supplier's Bank**

**N.B.**

  This guarantee in triplicate must be issued by a first class Bank in Egypt ( or endorsed by a first class
Bank in Egypt ) and to be sent directly to the **BUYER together with an Original Confirmation
Letter from the Bank** .

**(10)**



APPENDIX Nº (   C   )

## FORM OF LETTER OF GUARANTEE
### for advance payment

with reference to the contract N º
concluded on                                    Between **SAKR FACTORY** and **Messrs**

for the supply of :

and in consideration of article 5 of the said contract, stipulating that an amount of

equivalent                                    of the contract shall be paid in advance to the
SUPPLIER, we hereby undertake to hold the disposal of **SAKR FACTORY** sum of
                                    representing the        % (                ) of the total value of the
contract as a guarantee for the advance payment.

This guarantee shall be free of interest and payable in cash in whole or in part of the **Sake's** first demand,
not withstanding any contestation by the SUPPLIER or by ourselves or by and other party what so ever
and despite  any seisnre of cession.

This letter of guarantee shall be reduced automatically in proportion with partial deliveries ( e. it will be
reduced by                      % of the value of each part shipment) in accordance with the
terms of the ºto above and will cease of validity when all the above said materials have been shipped from the port
of shipment in the same time this letter of guarantee will be returned to the Bank for cancellation.

Signature and stamp of the **Supplier's** Bank

**N.B.**

This guarantee in triplicate must be issued by a first class Bank in Egypt ( or endorsed by a first class
Bank in Egypt ) and to be sent directly to the **BUYER together with an Original Confirmation
Letter  from the Bank .**

(9)



**APPENDIX ( F )**

**Form of Inspection Certificate**

Reference: Our invoice dated

For Contract N ₒ
for supplying

amounting to
dated

We, the **SUPPLIER**, hereby guarantee:

a . That the articles as bier a / m invoice are corresponding to the development of international technical and are apt to the highest norms of this kind goods in .

b . That they are fabricated from the best quality of materials and with first class workmanship and excellent completion

c . That those articles before being shipped were examined and inspected by us, and were found serviceable and according to the specifications, catalogues and specimens as laid down in this contract

**SIGNATURE OF THE SUPPLIER**

(12)

Ghanem-00072443

Ghanem_Sentencing_00000428

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   611

DATE _____ IDEN.

DATE_____ EVID.

BY _____
          DEPUTY CLERK
AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|---|---|
| Sent: | Thursday, December 3, 2015 6:45 AM |
| To: | CARE TRANSENERGY LTD <gd@caretransenergy.com> |
| Cc: | omar abd el aziz <omarazeez@live.com> |
| Subject: | RE: Contract Sakr sign |

Thank you for your e-mail, please send the original to the following Address:

## Attention: Omar Abdel Aziz Zouhari

## 11 Aflaton Street. Ismailia Square. 5<sup>th</sup> floor.


## Attention: Omar Abdel Aziz Zouhari

## 11 Aflaton Street. Ismailia Square. 5th floor.

## Heliopolis. Cairo . Egypt.

## Office : +20224157990

And send me the DHL No.

Thanks & Regards

### *Rami Ghanem*

### *Gateway to Egypt. (GTE)*

11 Aflaton Street. Ismailia Square. 5th floor.

Heliopolis. Cairo . Egypt.

Office : +20224157990

**Iternational Mobile #: +37282432246**
**Telephone# +201127999552/Viber, WhatsApp/MyChat**

US Telephone: + 1 772 675-4363
ramithe@gmail.com
Skype Address: caravaname

00073009                                    Ghanem-00072443

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

**From:** CARE TRANSENERGY LTD [mailto:gd@caretransenergy.com]
**Sent:** Thursday, December 3, 2015 12:14 PM
**To:** Rami Ghanem <ramithe@gmail.com>
**Subject:** Contract Sakr sign

Dear Rami

Please advice addresses were to send original by DHL

Best Regards

Goran Djordjevic
CEO
Care Transenergy Ltd
tel:+35795112327
gd@caretransenergy.com
www.caretransenergy.com



Disclaimer:- The information sent by or through this email message or the files attached hereto, has been sent by CARE TRANSEBERGY LTD and its subsidiaries and branch offices, and is only for the strict use of the individual or entity to which it is addressed. In the event you have received this email in error, or the message is incomplete in any way, the addressee is kindly requested to contact the sender of this message by email or by telephone. It is not permitted to publish, copy, circulate and/or provide any of this information without permission of CARE TRANSEBERGY LTD does not give any guarantee in relation to the accuracy of any content or information that has been sent by or through the email, nor for any timely receipt thereof. CARE TRANSEBERGY LTD is in any event under no circumstances liable for any damages of whatever nature, vhich are the direct or indirect result of any actions and/or decisions that are or may be based on the information sent by or through this email message

00073009

Ghanem-00072443

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   612

DATE _____ IDEN.

DATE_____ EVID.

BY _____
            DEPUTY CLERK

AO 386

| From: | Baruch Frid <baruchfr@gmail.com> |
|---|---|
| Sent: | Tuesday, March 31, 2015 4:00 AM |
| To: | Rami Ghanem <ramithe@gmail.com> |
| Subject: | RE: M240 |
| Attach: | MAG PRICES 31-03-15.doc |

Dear Rami
Please see attached I put already 10% for us if u want to add.
I know the price is a bit high it's because its very difficult to locate them new.

Your action is much appreciated

Baruch

**From:** Rami Ghanem [mailto:ramithe@gmail.com]
**Sent:** Tuesday, March 31, 2015 10:59 AM
**To:** 'Baruch Frid'
**Subject:** RE: M240

Good luck


**Rami Ghanem**

**Gateway to MENA. [GTM]**
Egypt Office
Complex 133, Building 7, Apartment 32
Al Rehab City, Cairo  Egypt
Iternational #: +37282432246
Telephone# 00201127999552
Jordan Office

Tel: 962 6 5685624
Fax: 962 6 5685625
ramithe@gmail.com  or  rami@caravaname.com
US Telephone: 772 675-4363   Skype **Address: caravaname**

The information contained in th s message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of GMG or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think

Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

**From:** Baruch Frid [mailto:baruchfr@gmail.com]
**Sent:** Tuesday, March 31, 2015 9:35 AM
**To:** Rami Ghanem
**Subject:** RE: M240

Will do my best

Baruch Frid
Best Regards

On 31 Mar 2015 09:34, "Rami Ghanem" <ramithe@gmail.com> wrote:

Tooooooo long you have 3 days only

*Rami Ghanem*

*Gateway to MENA (GTM)*

**Egypt Office**
Complex 133, Building 7, Apartment 32
Al Rehab City, Cairo  Egypt
Iternational #: +37282432246
Telephone# 00201127999552
**Jordan Office**

Tel: 962 6 5685624
Fax: 962 6 5685625
**ramithe@gmail.com** or  rami@caravaname.com
US Telephone: 772 675-4363   Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Ghanem_00000241

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

**From:** Baruch Frid [mailto:baruchfr@gmail.com]
**Sent:** Tuesday, March 31, 2015 8:53 AM
**To:** 'Rami Ghanem'
**Subject:** RE: M240

I am working on it I believe in 1 week max.
Thank you

Baruch

**From:** Rami Ghanem [mailto:ramithe@gmail.com]
**Sent:** Tuesday, March 31, 2015 3:43 AM
**To:** 'Baruch Frid'
**Subject:** RE: M240

How long will it take you to send me a good offer for the M240?

Regards


**Rami Ghanem**

**Gateway to MENA. (GTM)**
**Egypt Office**
Complex 133, Building 7, Apartment 32
Al Rehab City, Cairo  Egypt
International #:  +37282432246
Telephone# 00201127999552
**Jordan Office**

Tel: 962 6 5685624

Ghanem_00000241

Fax: 962 6 5685625
**ramithe@gmail.com**  or  rami@caravaname.com
US Telephone: 772 675-4363     Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

**From:** Baruch Frid [mailto:baruchfr@gmail.com]
**Sent:** Monday, March 30, 2015 6:49 PM
**To:** 'Rami Ghanem'
**Subject:** M240

_Quotation for_ **7.62 mm X 51 NATO M240B Machine Guns.**

**This is a preliminary proposal.**

**This proposal is subject to further modifications and updates.**

## The Contents of the proposal includes:

1. **GENERAL**..........................................................................................- 2 -

2. **MARKING**.........................................................................................  - 2 -

3. **DELIVERY DATE**............................................................................- 2 -

4. **WARRANTY**.…….…...........................................................................- 2 -

5. **VALIDITY**…………...........................................................................- 2 -

ANNEX A: 7.62 MMX51 NATO M240B  MACHINE GUNS - PRICES AND DESCRIPTION......................- 2 -

ANNEX B: RECOMMENDED SPARE PARTS LIST.................................................- 2 -

ANNEX C: TECHNICAL DESCRIPTION FOR M240 7.62 MM MACHINE GUNS...................................- 2 -

**Re**:  Quotation No. 0311/15 for 7.62 X 51mm M240B MG.

We are pleased to submit our Quotation for 100 bpcs. of M240 7.62 mm Machine Guns, P/N M240B-BE100.

1. **General**

   This document constitutes a Proposal for new M240B, 7.62 Machine Gun with left hand feeding tray M240B-BE100,

   Please note: We can supply also the mounts for the M240B MG's to fit on top of the APC's or other vehicle upon the request of the customer.

2. **Marking**

   All goods will be marked according to Mil-spec. standards.

3. **Delivery date**

   The delivery time is 100 days ARO for the first 100 guns and accessories then at a monthly rate of 100 pcs., Ex-Works.

4. Subject to receipt of End User certificate with your P/O and a formal U.S export permit (DSP-5).**Payment terms**

   50% in advance, against signing the contract.
   The balance 50% to be paid prior to delivery.

5. **Warranty**

   OOW warrants to the customer that the M240 7.62 mm Machine Guns are free of defects in materials and workmanship for a period of 12 months (1 years) from the date of delivery, subject to a proper storage and use according to OOW's instructions which include a training session to be held at OOW's facility in the USA.

OOW's obligation is limited to repairing or replacing, at its own expense, articles that are returned within the warranty period and that, after examination, are shown to OOW'S satisfaction to be essentially defective and/or defects caused during the production process.

**6.   Validity**

These prices are valid for orders to be received until the end of April 30. 2015.

Sincerely yours,

00085126

Ghanem_00000241

**Annex A: 7.62 mm M240B NATO Machine Guns - Prices and description**

| Item | Production | Qty Pcs | Unit Price Usd | Total Price Usd |
|---|---|---|---|---|
| GPMG -M240B 7.62 mm Machine Guns P/N M240B-BE100 NATO | New | 100 | 12,270 | 1,227,000 |
| GPMG -M240B 7.62 mm Machine Guns P/N M240B-BE 200 NATO | New | 100 | 13,242 | 1,324,200 |
| Recommended kit of Spare parts for 100 MG's total kit required | New | Set for 100 GPMG | 82,000 | 82,000 |

- Tool pouch.
- Cleaning rod handle.
- Cleaning rod section 2 pcs.
- Swab holder
- Barrel cleaning brush
- Oil can.

**Annex B: Recommended spare parts list**

**Spare parts list is one kit per 100 guns**

| # | Quantity per kit | Description |
|---|---|---|
| 1 | 5 | Buffer Assy |
| 2 | 5 | Cover, Assy., RH |
| 3 | 10 | Pin, Spring, Top cover pin |
| 4 | 7 | Feed Tray RH |
| 5 | 10 | Deternt Plunger, Top cover |
| 6 | 10 | Pin, Top Cover Detent 3x36 MM, Reorder P/N 01048552, Two types exist the part without the castle nut is preferred |
| 7 | 50 | Spring, Top Cover Detent |

| 8 | 10 | Spring, Bbl. Lock. Latch Ext., Barrel lock latch |
|---|---|---|
| 9 | 10 | Barrel Latch Assy. (M240), See P/N 11826124 |
| 10 | 10 | Pin, Grooved, Headed, Barrel lock latch |
| 11 | 10 | BBL. ASSY., M240/M240C |
| 12 | 10 | Spring, Helical |
| 13 | 10 | Plate, Spring |
| 14 | 60 | Pin, Cotter |
| 15 | 10 | Pin, Bolt Catch, 5/64x5/16, Reorder P/N 92373A120 |
| 16 | 10 | Strght Headed Pin (Bolt Catch) |
| 17 | 10 | Slide, Charger |
| 18 | 10 | Pin, Spring |
| 19 | 10 | Trigger Housing Assembly |
| 20 | 10 | Spring Pin |
| 21 | 10 | Spring Pin |
| 22 | 10 | Firing Pin |
| 23 | 10 | Bolt Assembly |
| 24 | 10 | Rod Assy, Operating (2 stage) |
| 25 | 10 | Driving Spring Rod Assy |

Ghanem_00000241

Ghanem_Sentencing_00000442

## Annex C: Technical description for 7.62 mm M240B  Machine Guns



- **Caliber:** 7,62x51mm NATO
- **Weight:** 11 - 13 kg on bipod (depending on version)
- **Length:** 1260 mm
- **Barrel length:** 545 mm
- **Feed:** belt
- **Rate of fire:** selectable, 650-750 and  950-1000 rounds per minute

The GPMG (General purpose Machine Gun) had been developed by the famous Belgian company FN Herstal in the 1950s, as a true universal machine gun, that could be used as a light MG on bi**pod, as a medium MG on tripod** or as a **vehicle-mounted** and **coaxial MG on helicopters**, **armored cars** and **tanks.**

The basic design of the MAG is no more than a time-proven Browning action, taken from the M1918 BAR automatic rifle, turned upside down and adopted for belt feed. The basic design used as much steel stampings and pressings as possible to save the labor and costs, and the final gun had the angular, but very business-like appearance.

By no way a beauty, it is extremely reliable and proven design, that seen widespread service, being adopted by several tens of armies around the world, including Belgian, British, Australian, Canadian, USA, Israeli and many other armies.

It was fitted to various vehicles, helicopters, tanks etc. So far it is one of the most popular GPMG's in the world. The M240 was adopted by the U.S. Military following a world-wide competition for a reliable 7.62 mm machine gun for use as a coaxial weapon for armored vehicle applications. The Coaxial version of the famous Belgian MAG 58, produced by FN Herstal, won this competition. The demonstrated reliability of this weapon, 26,000 Mean Rounds Between Failure (MRBF), makes it the world's most reliable machine gun. As a result of the outstanding performance of this weapon, vehicle, aviation, and infantry variants are now in use by the U. S. Military. The US variants are produced by few domestic Manufactures, in the USA.

**Interoperability**

The U. S. produced M240 variants are produced to the exacting specifications of the original MAG 58. Consequently, all M240 variants have interchangeable components and are interoperable with foreign-produced NATO equivalent weapons. This has significant advantages in training, logistics support, and tactical versatility. For example, an M240B butt stock and bipod may be carried in an armored vehicle to enable the APC crew to convert the coaxial weapon to an infantry model in the event that they are forced to dismount from a vehicle.

**Common Characteristics**

- Gas operated
- Fixed head-space and timing
- 26,000 mean round between failure (MRBF)
- Maximum range 3725 meters
- Tracer burnout 900 meters
- Cyclic rate of fire:
  Single port: 550 - 650 RMP
  3 Port - operator adjustable 750 - 950 RPM
- Muzzle velocity 2800 ft/sec
- Slap ammunition capable

General Manager



CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.    GHANEM

PLAINTIFF'S EXHIBIT    613

DATE _____ IDEN.

DATE_____ EVID.

BY _____
DEPUTY CLERK

AO 386

| | |
|---|---|
| **From:** | Rami Ghanem S4 <ramithe@gmail.com> |
| **Sent:** | Tuesday, March 31, 2015 4:34 AM |
| **To:** | Baruch Frid <baruchfr@gmail.com> |
| **Subject:** | RE: M240 |

Yes they will. .but you should know if the country of the seller are from west Europe. ...it will not fly

Sent from Samsung Mobile.

-------- Original message --------
From: Baruch Frid
Date:03/31/2015 12:47 PM (GMT+04:00)
To: 'Rami Ghanem'
Subject: RE: M240

Rami the supplier needs EUC can you please check if they can provide?

Thx

Baruch

From: Rami Ghanem [mailto:ramithe@gmail.com]
Sent: Tuesday, March 31, 2015 10:59 AM
To: 'Baruch Frid'
Subject: RE: M240

Good luck

Rami Ghanem

Gateway to MENA. (GTM)
Egypt Office

Complex 133, Building 7, Apartment 32

Al Rehab City, Cairo  Egypt

Iternational

Ghanem_00000241

Ghanem_Sentencing_00000446

CASE NO. __CR 15-0704 (A)-SJO__

_____UNITED STATES OF AMERICA_____
VS. ____GHANEM__

PLAINTIFF'S EXHIBIT ____614___

DATE _____IDEN.

DATE_____EVID.

BY _____
DEPUTY CLERK
AO 386

| From: | Baruch Frid <baruchfr@gmail.com> |
| Sent: | Sunday, April 5, 2015 3:55 AM |
| To: | ramithe@gmail.com |
| Subject: | M240 offer |
| Attach: | EUC for OOW M240B.doc; Declaration letter for import permit.docx; DSP83.doc; Technical Proposal M240.doc |

Dear Rami
Please see attached all the necessary documents for the tender
We filled the compatible table and supplier details with EUC form.

Please confirm
Sincerely,
Baruch

(Should be on End User letterhead)

## END USER CERTIFICATE

We the (Pls. enter full name and address including building no. ), hereby declare that the goods listed below were purchased by us from Ohio Ordnance Works, Inc (OOW) 310 Park drive, Chardon Ohio USA.

Description of the goods:

Quantity 100 Units. **– OOW M240B (Type) 7.62 mm Machine Guns P/N 12976814**

**Each gun includes the following items:**
- **Spare Barrel**
- **Cleaning kit / accessory kit**
- **Operator's Manual**

We certify that the above item will not be Re-transferred, diverted or otherwise permanently transferred from the country of ultimate End-user without the prior written approval of the U.S Department of State.

Name

Title

Signature

Company stamp

Date

1

<mark>(Should be on End User letterhead)</mark>

To whom it may concern

**Import Declaration letter**

We, the <mark>(Pls. enter full name and address including street and building no. )</mark> hereby declare that the goods listed below were purchased by us from Ohio Ordnance Works, Inc. (OOW) of 310 Park drive, Chardon Ohio USA.

Description of the goods:

Quantity 100 units – **OOW M240B (Type) 7.62 mm Machine Guns P/N 12976814**

Each gun includes the following:
- Spare Barrel
- Cleaning kit / accessory kit
- Operator's Manual


The above goods will be released by the <mark>(Pls. enter full name</mark>) from customs and therefore, do not require any import license in order to import the goods.
Furthermore, we would like to emphasize that we will be responsible to transport the above goods directly to our facilities right after they are released from Customs.


<mark>Name</mark>

<mark>Title</mark>

<mark>Signature</mark>

<mark>Company stamp</mark>

<mark>Date</mark>

U.S. Department of State
**UNITED STATES OF AMERICA**
**NONTRANSFER AND USE CERTIFICATE**

1. This certificate is submitted in connection with export application no. _____

OMB No. 1405 0021
EXPIRATION DATE: 07-31-2005
ESTIMATED BURDEN: 1 Hour

| 2. Name of United States applicant | 3. Name of foreign end-user | 4. Country of ultimate destination |
|---|---|---|
| OHIO ORDNANCE WORKS, INC. | EGYPTIAN ARMED FORCES | EGYPT |

5. Articles/data
We certify that we have placed an order with the person named in item 2 for the following articles/data in the quantity and value shown below:

| QUANTITY | ARTICLES/DATA DESCRIPTION | VALUE (US $) |
|---|---|---|
| 100 | **OOW M240B (Type) 7.62 mm Machine Guns P/N 12976814**<br>Each gun includes the following items:<br>• Spare Barrel<br>• Cleaning kit / accessory kit<br>• Operator's Manual | |

6. Certification of foreign consignee
We certify that we are importing the articles/data listed in item 5 for delivery to the end-user in item 3. Except as specifically authorized by prior written approval of the U.S. Department of State, we will not re-export, resell or otherwise dispose of any of those articles/data (1) outside the country in item 4 above, or (2) to any person, including the end-user, if there is reason to believe that it will result, directly or indirectly, in disposition of the articles/data contrary to the representations made in this certificate by any party. We further certify that all of the facts contained in this certificate are true and correct to the best of our knowledge and belief and we do not know of any additional facts that are inconsistent with this certificate. We will promptly send a supplemental certificate to the U.S. applicant in item 2 disclosing any change of facts or intentions set forth in this statement.

Sign here in ink

_____
Signature of Official

Date Signed *(mm-dd-yyyy)*

Type or print

_____
Name & Title of Signer

Seal

7. Certification of foreign end-user
We certify that we are the end-user of the articles/data listed in item 5. Except as specifically authorized by prior written approval of the U.S. Department of State, we will not re-export, resell or otherwise dispose of any of those articles/data (1) outside the country in item 4 above, or (2) to any other person. If the end-user is a foreign government, we certify that we will observe the assurances contained in item 8. We further certify that all of the facts contained in this certificate are true and correct to the best of our knowledge and belief and we do not know of any additional facts that are inconsistent with this certificate.

Sign here in ink

_____
Signature of Official End-User

Date Signed *(mm-dd-yyyy)*

Type or print

_____
Name & Title of Signer

Seal

8. Certificate of foreign government
We certify that we will not authorize the re-export, resales or other disposition of the articles/data authorized in item 5 outside the country in item 4 without prior written approval of the U.S. Government. If the articles/data are for use by our "armed forces" (i.e., army, navy, marine, air force, coast guard, national guard, national police, and any military unit or military personnel organized under or assigned to an international organization), we certify that we will use the authorized articles/data only: (a) for the purposes specific in the Mutual Defense Assistance Agreement, if any, between the U.S. Government and this government; (b) for the purposes specified in any bilateral or regional defense treaty to which the U.S. Government and this government are both parties, if subparagraph (a) is inapplicable; or (c) for internal security, individual self-defense, and/or civic action, if subparagraphs (a) and (b) are inapplicable.

Sign here in ink

_____
Signature of Government Official

Date Signed *(mm-dd-yyyy)*

Type or print

_____
Name & Title of Signer

Seal

9. We certify that no corrections, additions or alterations were made on this form by us after it was signed by the foreign consignee, foreign end-user or foreign government.

Sign here in ink

_____
Signature of Applicant

Date Signed *(mm-dd-yyyy)*

Type or print

_____
Name & Title of Signer

Seal

DSP-83
08-2002

Page 1 of 1

INSTRUCTIONS

The U.S. Department of State, United States of America, requires that this completed form DSP-83, be included as a part of an application for authorization to export significant military equipment and classified equipment or data (22 CFR §§ 123.10 (a), 124.10 and 125.7). Failure to submit will result in the application being returned without action. The form DSP-83, must be completed by the appropriate foreign persons (e.g., consignee, end-user, government) and forwarded to the U.S. Department of State through the U.S. person making the application.

1. *Item 1.*   The U.S. Department of State will enter the application number when the form DSP-83, is submitted *with* the application. The U.S. applicant *must* provide the application number when form DSP-83, is submitted separately from the application.

2. *Item 2.*   Show the name of the U.S. person submitting the application to the U.S. Department of State.

3. *Item 3.*   Show the foreign person that will receive the articles/data for end-use. A bank, freight forwarding agent, or other intermediary is not acceptable as an end-user.

4. *Item 4.*   Show the country in which the articles/data shall ultimately receive end-use.

5. *Item 5.*   Show precise quantities of the articles/data. List each article/data clearly, giving type, model number, make and (if known) U.S. military designation or national stock number. When components and spare parts are involved, fully identify the minor component, major component and end item in which they will be used (e.g., turbine blades for C-34 jet engine for F24B aircraft). Give a separate value for each major component. Values must represent only the selling price and not include supplementary costs such as packing and freight.

6. *Item 6.*   To be completed by the foreign person who has entered into the export transaction with the applicant to purchase the articles/data for delivery to the end-user. This item shall be completed only if the foreign consignee is not the same as the foreign end-user.

7. *Item 7.*   To be completed by the foreign person, in the country of ultimate designation, who will make final use of the articles/data.

8**.** *Item 8.*   When requested by the U.S. Department of State, this item is to be completed by an official of the country of ultimate destination having the authority to so commit the government of that country.

9. *Item 9.*   Certification of U.S. applicant.

**DSP-83**
**08-2002**

**Instructions for Page 1**

00084776

Ghanem_00000241

Ghanem_Sentencing_00000452

**TO: THE EGYPTIAN MINISTRY OF DEFENSE (EMOD).**

**CC: The Egyptian Defense Attaché office in …………**

**SUBJECT: RFQ NO…/OV/ 2015 / ..  7.62 MM X 51MM NATO M240 MACHINE GUNS.**

**FROM: Ohio Ordnance Works, Inc (OOW) 310 Park drive, Chardon Ohio USA.**

**DEAR SIR;**

We have to thank you very much for sending us the tender document for the subject tender

RFQ NO…/OV/ 2015 / ..  7.62 MM X 51MM NATO M240 MACHINE GUNS, and we are more

than welcome to submit our technical proposal and financial proposal according to the RFQ

(Specification) which published by the End-User.

Please don't hesitate to contact us if you need any clarification.

**BEST REGARDS**

**Mr.   Robert I. Landies**

**( General Manager / Owner)**

00084778                                                                                        Ghanem_00000241

Ghanem_Sentencing_00000453

**The Contents of the proposal includes:**

1. General........................... ........................................................................................

2. Marking..........................................................................................................................

3. Delivery date……………… ...................................................................................

4. Payment Terms……………………………………………………………………

5. Warranty……..…….. ...................................................................................................

6. Validity………………...............................................................................................

7. Delivery terms……………………………………………………………………...

Annex A: 7.62 mmX51 NATO M240B Machine Guns - (Technical description)......................

Annex B:  Recommended spare parts list .................................................................

Annex C: Technical description for M240 7.62 mm Machine Guns...........................................

Annex D : Compliance table (form)……………………………………………………

8. FINANCIAL PROPOSAL………………………………………………………………

## Re:  Quotation No. 0311/15 for 7.62 X 51mm M240B MG.

**We are pleased to submit our Quotation for 200 pcs of M240 7.62 mm Machine Guns, P/N M240B-BE100 & Option with Machine Guns, P/N M240B-BE200.**

1. **General**

   This document constitutes a Proposal for new M240B, 7.62 Machine Gun with left hand feeding tray M240B-BE100,

   Please note: We can supply also the mounts for the M240B MG's to fit on top of the APC's or other vehicle upon the request of the customer.

2. **Marking**

   All goods will be marked according to Mil-spec. standards.

3. **Delivery date**

   The delivery time is  (5 - 6 Months).

4. **Payment terms**

   - 50% in advance, against signing the contract.

   - The balance 50% to be paid prior to delivery.

   - Subject to receipt of End User certificate with your P/O and a formal U.S export permit (DSP-5).

5. **Warranty**

OOW warrants to the customer that the M240 7.62 mm Machine Guns are free of defects in materials and workmanship for a period of **12 months (1 years)** from the date of delivery, subject to a proper storage and use according to OOW's instructions which include a training session to be held at OOW's facility in the USA, OOW's obligation is limited to repairing or replacing, at its own expense, articles that are returned within the warranty period and that, after examination, are shown to OOW'S satisfaction to be essentially defective and/or defects caused during the production process.

6. **Validity:**

- These prices are valid for orders to be received until the end of **JUNE 30. 2015.**

7. **Delivery Terms:**

- FCA USA SEA-PORT (name) will be define later.
- According to INCOTERMS 2010.

Sincerely yours,

General Manager

# TECHNICAL PROPOSAL

## Re:  Quotation No. 0311/15 for 7.62 X 51mm M240B MG.

**We are pleased to submit our Quotation for 200 pcs of M240 7.62 mm Machine Guns, P/N M240B-BE100 & Option with Machine Guns, P/N M240B-BE200.**

### Annex A: 7.62 mm M240B  NATO Machine Guns – Technical  Description

| ITEM | Production DATE | QTY / Pcs |
|---|---|---|
| GPMG -M240B 7.62 mm Machine Guns P/N M240B-BE100 NATO | New | 200 |
| GPMG -M240B 7.62 mm Machine Guns P/N M240B-BE 200 NATO | New | 200 |
| Recommended kit of Spare parts for 100 MG's total kit required | New | Set for 100 GPMG |

- Tool pouch.
- Cleaning rod handle.
- Cleaning rod section 2 pcs.
- Swab holder
- Barrel cleaning brush
- Oil can.

## Annex B: Recommended spare parts list

### Spare parts list is one kit per 100 guns

| # | Quantity per kit | Description |
|---|---|---|
| 1 | 5 | Buffer Assy |
| 2 | 5 | Cover, Assy., RH |
| 3 | 10 | Pin, Spring, Top cover pin |
| 4 | 7 | Feed Tray RH |
| 5 | 10 | Deternt Plunger, Top cover |
| 6 | 10 | Pin, Top Cover Detent 3x36 MM, Reorder P/N 01048552, Two types exist the part without the castle nut is preferred |
| 7 | 50 | Spring, Top Cover Detent |
| 8 | 10 | Spring, Bbl. Lock. Latch Ext., Barrel lock latch |
| 9 | 10 | Barrel Latch Assy. (M240), See P/N 11826124 |
| 10 | 10 | Pin, Grooved, Headed, Barrel lock latch |
| 11 | 10 | BBL. ASSY., M240/M240C |
| 12 | 10 | Spring, Helical |
| 13 | 10 | Plate, Spring |
| 14 | 60 | Pin, Cotter |
| 15 | 10 | Pin, Bolt Catch, 5/64x5/16, Reorder P/N 92373A120 |
| 16 | 10 | Strght Headed Pin (Bolt Catch) |
| 17 | 10 | Slide, Charger |
| 18 | 10 | Pin, Spring |
| 19 | 10 | Trigger Housing Assembly |
| 20 | 10 | Spring Pin |
| 21 | 10 | Spring Pin |
| 22 | 10 | Firing Pin |
| 23 | 10 | Bolt Assembly |
| 24 | 10 | Rod Assy, Operating (2 stage) |
| 25 | 10 | Driving Spring Rod Assy |

## Annex C: Technical Description for 7.62 mm M240B Machine Guns



- **Caliber:** 7,62x51mm NATO
- **Weight:** 11 - 13 kg on bipod (depending on version)
- **Length:** 1260 mm
- **Barrel length:** 545 mm
- **Feed:** belt
- **Rate of fire:** selectable, 650-750 and  950-1000 rounds per minute

The GPMG (General purpose Machine Gun) had been developed by the famous Belgian company FN Herstal in the 1950s, as a true universal machine gun, that could be used as a light MG on bi**pod, as a medium MG on tripod** or as a **vehicle-mounted** and **coaxial MG on helicopters**, **armored cars** and **tanks.**

The basic design of the MAG is no more than a time-proven Browning action, taken from the M1918 BAR automatic rifle, turned upside down and adopted for belt feed. The basic design used as much steel stampings and pressings as possible to save the labor and costs, and the final gun had the angular, but very business-like appearance.

By no way a beauty, it is extremely reliable and proven design, that seen widespread service, being adopted by several tens of armies around the world, including Belgian, British, Australian, Canadian, USA, Israeli and many other armies.

It was fitted to various vehicles, helicopters, tanks etc. So far it is one of the most popular GPMG's in the world. The M240 was adopted by the U.S. Military following a world-wide competition for a reliable 7.62 mm machine gun for use as a coaxial weapon for armored vehicle applications. The Coaxial version of the famous Belgian MAG 58, produced by FN Herstal, won this competition. The demonstrated reliability of this weapon, 26,000 Mean Rounds Between Failure (MRBF), makes it the world's most reliable machine gun. As a result of the outstanding performance of this weapon, vehicle, aviation, and infantry variants are now in use by the U. S. Military. The US variants are produced by few domestic Manufactures, in the USA.

**Interoperability**

The U. S. produced M240 variants are produced to the exacting specifications of the original MAG 58. Consequently, all M240 variants have interchangeable components and are interoperable with foreign-produced NATO equivalent weapons. This has significant advantages in training, logistics support, and tactical versatility. For example, an M240B butt stock and bipod may be carried in an armored vehicle to enable the APC crew to convert the coaxial weapon to an infantry model in the event that they are forced to dismount from a vehicle.

**Common Characteristics**

- Gas operated
- Fixed head-space and timing
- 26,000 mean round between failure (MRBF)
- Maximum range 3725 meters
- Tracer burnout 900 meters
- Cyclic rate of fire:
  Single port: 550 - 650 RMP
  3 Port - operator adjustable 750 - 950 RPM
- Muzzle velocity 2800 ft/sec
- Slap ammunition capable

General Manager

Ghanem_00000241

Ghanem_Sentencing_00000460

# ANNEX D : COMPLIANCE TABLE (FORM)…

| 1 | Caliber | 7.62mm | Copmply |
|---|---|---|---|
| 2 | Cartridge | 7.62X51 mm NATO | Comply |
| 3 | Barrel Lenght | 630 mm | Not comply 545 mm |
| 4 | Overall Lenght | 1266 mm | Comply |
| 5 | S[are barrel | Require | Comply |
| 6 | Operation system | Automatic/Gas operated with 3 position gas regulator | Comply |
| 7 | Rate OF Fire | 650:900 Rounds/min | Comply |
| 8 | Firing Mode | Full Automatic | Comply |
| 9 | Feeding | Disintegrating metal link belt | Comply |
| 10 | Carring Handle | Caring Handle with locking level | Comply |
| 11 | Tripod | For infantry group use | Comply |
| 12 | Rifiling | 4 grooves | Comply |
| 13 | Flash hider | Infantry type | Comply |
| 14 | Sights | Standard (front+rear sight) | Comply |
| 15 | Accessories | See Annex B | Comply |
| 16 | Night vision | Compatible | comply |

Ghanem_00000241

CASE NO.   CR 15-0704 (A)-SJO

_____UNITED STATES OF AMERICA_____
VS. ____GHANEM____

PLAINTIFF'S EXHIBIT      615

DATE _____IDEN.

DATE_____EVID.

BY _____
            DEPUTY CLERK
AO 386

| From: | omar abd el aziz <omarazeez@live.com> |
|---|---|
| Sent: | Tuesday, April 14, 2015 5:06 AM |
| To: | omar abd el aziz <omarazeez@live.com>; omaraziz@link.net; ramithe@gmail.com |
| Subject: | FW: M240 |
| Attach: | Machine Gun (M 240).pdf |

From: ramithe@gmail.com
To: omarazeez@live.com
Subject: FW: M240
Date: Mon, 30 Mar 2015 19:52:19 +0300

Omar,

Could you please check if this project is still going?

Regards

**Rami Ghanem**
**Gateway to MENA. (GTM)**
Egypt Office
Complex 133, Building 7, Apartment 32
Al Rehab City, Cairo  Egypt
Iternational #: +37282432246
Telephone# 00201127999552
Jordan Office
Tel: 962 6 5685624
Fax: 962 6 5685625
ramithe@gmail.com  or  rami@caravaname.com
US Telephone: 772 675-4363    Skype Address: caravaname

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love

Before you quit »Try
Before you die »Live

That's Life...

Ghanem_00000241

## SECTION 1

### GENERAL CONDITIONS

**1.1 – SUBJECT :**

A.R.E invites the recognized manufacturers to bid for supplying Egyptian army with **GENERAL PURPOSE MACHINE GUN (GPMG) 7.62 x 51mm WITH WOODEN BUTSTOCK NATO COMPLETE WITH ACCESSORIES** in accordance with the following scope and requirements.

**1.2 – SCOPE :**

This request for quotation (RFQ) to provide the Government of EGYPT (GOE) with GPMG 7.62 x 51mm model (FN MAG or M240) NATO COMPLETE WITH ACCESSORIES (Brand New).

**1.3 – GENERAL CONDITIONS :**

1.3.1 - The offered weapons must be in conformity with specifications in section 2.

1.3.2 - The quotation should include the following:

1.3.2.1-Full technical and tactical specification of GPMP 7.62 x 51mm NATO according to military specifications.

1.3.2.2-A copy of the MIL. STD. of testing (Environmental – Safety – Performance - Firing.....etc) of the required weapons and its main components including the evaluation criteria.

1.3.2.3 - Year of production of the offered weapon.

1.3.2.4 - Time of delivery.

**1.4 -** GPMP 7.62 x 51mm NATO should be manufactured According to a military standard, The Military Standard for this weapon should be specified.

**1.5 - MECHANICAL CONDITIONS :**

GPMP 7.62 x 51mm NATO should withstand all tests (Environmental – Safety – Performance – Firing vibration ...etc) according to a military standard Test Procedures for the weapon should be stated.

**1.6 -** The quotation should be submitted in original and three copies in English language and should be Valid for at least 6 months after closing date.

**1.7-** The delivery should be within 6 months after signing the contract.

**1.8 -** Closing date is: /  /

**1.9-** Contracting articles: GENERAL PURPOSE MACHINE GUN 7.62 x 51mm NATO COMPLETE WITH ACCESSORIES.

1.9.1- Delivery: the supplier undertakes to supply  FCA.

1.9.2- Warranty: A warranty against any defects for all supplying items should be offered.

**1.10 - REQUIREMENTS :**

1.10.1- Operating temperature :  -10 to + 55 deg. centigrade.

1.10.2- Corrosion: The supplier should certify that the materials, processes, coating and finishes used in the weapon resist corrosion in conformity with military standards. The supplier should state accepting treatment of any rusty items, during 5 years period of normal operation, on his expense.

1.10.3- GPMP 7.62 x 51mm should be accommodated with Support for NVS (night vision devise) fixed at the left rear side of the weapon .

## 1.11 - DOCUMENTATION:

1.11.1 - Technical manuals.

1.11.2 – Maintenance and operation documents.

1.11.3 – Test and repair documents.

## 1.12 – Inspection:

1.12.1 - The inspections should be witnessed by Egyptian representatives at the company.

1.12.2 - The inspections have to be on supplier cost.

1.12.3- The inspection must be according to the military standard including (Environmental – Safety – Performance - Firing ...etc) tests.

## 1.13 – TRAINING :

No training for GPMP 7.62 x 51mm NATO is required.

## 1.14 – CERTIFICATE OF ORIGIN:

Certificate of OEM "Original Equipment Manufacturer" MUST be submitted for all contracted items.

## 1.15 - SPARE PARTS:

A Guarantee of Continuous Supply with Logistic Support (spare parts) for at least 10 Years .

## 1.16 - TAXES & DUTIES:

All due charges at the seller country will be born by the seller & in-country charges will be born by the buyers.

Payments: according to contracting terms.

2/3

Ghanem_00000241

## SECTION 2
## TECHNICAL SPECIFICATIONS FOR

# GENERAL PURPOSE MACHINE GUN 7.62 x 51mm NATO COMPLETE WITH ACCESSORIES

### 2.1 - SCOPE :

This request for quotation (RFQ) to provide the Government of EGYPT (GOE) with GENERAL PURPOSE MACHINE GUN 7.62 x 51mm model (FN MAG or M240) NATO COMPLETE WITH ACCESSORIES (Brand New).

### 2.2 - PRODUCT QUANTITY:

200 PCS. GPMG 7.62 x 51mm COMPLETE WITH ACCESSORIES WITH WOODEN BUTSTOCK.

### 2.3- THE QUOTATION MUST INCLUDE THE FOLLOWING:

GENERAL PURPOSE MACHINE GUN 7.62 x 51mm NATO as follows:

| 1 | CALIBER | 7.62 mm |
|---|---|---|
| 2 | CARTIDGE | 7.62x51 mm NATO |
| 3 | BARREL LENGTH | 630 mm |
| 4 | OVERALL LENGTH | 1263 mm |
| 5 | SPARE BARREL | Required |
| 6 | OPERATING SYSTEM | Automatic / Gas-Operated with 3 position gas regulator |
| 7 | RATE OF FIRE | 650 : 900 Rounds/Min |
| 8 | FIRING MODE | Full Automatic. |
| 9 | FEEDING | Disintegrating metal link Belt . |
| 10 | CARRING HANDEL | Caring Handel with locking lever |
| 11 | TRIPOD | For Infantry Ground use |
| 12 | RIFLING | 4 Grooves |
| 13 | FLASH HIDER | Infantry type |
| 14 | SIGHTS | Standard (Front + Rear sight) |
| 15 | ACCESSORIES | Should be listed |
| | LIST OF SPARE PARTS | Should be provided (for 5 years) |

The Weapon should be accommodated with Support for NVS (night vision devise) fixed at the left rear side of the weapon.

3/3

Ghanem_00000241

Ghanem_Sentencing_00000467

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   616

DATE _____ IDEN.

DATE_____ EVID.

BY _____

DEPUTY CLERK

AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|---|---|
| Sent: | Thursday, April 23, 2015 10:05 AM |
| To: | gerton.businessllp@gmail.com |
| Subject: | FW: M240 |
| Attach: | Machine Gun (M 240).pdf |

RFQ for M240 or equivalent

*Rami Ghanem*

*Gateway to MENA. (GTM)*

Egypt Office
Complex 133, Building 7, Apartment 32
Al Rehab City, Cairo  Egypt
Iternational #:  +37282432246
Telephone# 00201127999552
Jordan Office

Tel: 962 6 5685624
Fax: 962 6 5685625
ramithe@gmail.com  or  rami@caravaname.com
US Telephone: 772 675-4363   Skype **Address:** caravaname

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

## SECTION 1

## GENERAL CONDITIONS

### 1.1 – SUBJECT :

A.R.E invites the recognized manufacturers to bid for supplying Egyptian army
with **GENERAL PURPOSE MACHINE GUN (GPMG) 7.62 x 51mm WITH WOODEN
BUTSTOCK NATO COMPLETE WITH ACCESSORIES** in accordance with the following
scope and requirements.

### 1.2 - SCOPE :

This request for quotation (RFQ) to provide the Government of EGYPT
(GOE) with GPMG 7.62 x 51mm model (FN MAG or M240) NATO COMPLETE
WITH ACCESSORIES (Brand New).

### 1.3 - GENERAL CONDITIONS :

1.3.1 - The offered weapons must be in conformity with specifications in section 2.

1.3.2 - The quotation should include the following:

1.3.2.1 - Full technical and tactical specification of GPMP 7.62 x 51mm NATO
according to military specifications.

1.3.2.2 - A copy of the MIL. STD. of testing (Environmental – Safety – Performance
- Firing.....etc) of the required weapons and its main components
including the evaluation criteria.

1.3.2.3 - Year of production of the offered weapon.

1.3.2.4 - Time of delivery.

### 1.4 - GPMP 7.62 x 51mm NATO should be manufactured According to a military standard,

The Military Standard for this weapon should be specified.

### 1.5 - MECHANICAL CONDITIONS :

GPMP 7.62 x 51mm NATO should withstand all tests (Environmental – Safety –
Performance – Firing vibration ...etc) according to a military standard Test Procedures
for the weapon should be stated.

1.6 - The quotation should be submitted in original and three copies in English language and
should be Valid for at least 6 months after closing date.

1.7 - The delivery should be within 6 months after signing the contract.

1.8 - Closing date is:  /  /

1.9 - Contracting articles: **GENERAL PURPOSE MACHINE GUN 7.62 x 51mm NATO
COMPLETE WITH ACCESSORIES.**

1.9.1 - Delivery: the supplier undertakes to supply  FCA.

1.9.2 - Warranty: A warranty against any defects for all supplying items should
be offered.

### 1.10 - REQUIREMENTS :

1.10.1 - Operating temperature :  -10 to + 55 deg. centigrade.

1.10.2 - Corrosion: The supplier should certify that the materials, processes, coating
and finishes used in the weapon resist corrosion in conformity with military
standards. The supplier should state accepting treatment of any rusty items,
during 5 years period of normal operation, on his expense.

1.10.3- GPMP 7.62 x 51mm should be accommodated with Support for NVS (night vision devise) fixed at the left rear side of the weapon .

1.11 - DOCUMENTATION:

1.11.1 - Technical manuals.

1.11.2 – Maintenance and operation documents.

1.11.3 – Test and repair documents.

1.12 – Inspection:

1.12.1 - The inspections should be witnessed by Egyptian representatives at the company.

1.12.2 - The inspections have to be on supplier cost.

1.12.3- The inspection must be according to the military standard including (Environmental – Safety – Performance - Firing ...etc) tests.

1.13 – TRAINING :

No training for GPMP 7.62 x 51mm NATO is required.

1.14 – CERTIFICATE OF ORIGIN:

Certificate of OEM "Original Equipment Manufacturer" MUST be submitted for all contracted items.

1.15 - SPARE PARTS:

A Guarantee of Continuous Supply with Logistic Support (spare parts) for at least 10 Years .

1.16 - TAXES & DUTIES:

All due charges at the seller country will be born by the seller & in-country charges will be born by the buyers.

Payments: according to contracting terms.

Ghanem_00000241

Ghanem_Sentencing_00000471

## SECTION 2
## TECHNICAL SPECIFICATIONS FOR

# GENERAL PURPOSE MACHINE GUN 7.62 x 51mm NATO COMPLETE WITH ACCESSORIES

### 2.1 – SCOPE :

This request for quotation (RFQ) to provide the Government of EGYPT (GOE) with GENERAL PURPOSE MACHINE GUN 7.62 x 51mm model (FN MAG or M240) NATO COMPLETE WITH ACCESSORIES (Brand New).

### 2.2 – PRODUCT QUANTITY:

200 PCS. GPMG 7.62 x 51mm COMPLETE WITH ACCESSORIES WITH WOODEN BUTSTOCK.

### 2.3– THE QUOTATION MUST INCLUDE THE FOLLOWING:

GENERAL PURPOSE MACHINE GUN 7.62 x 51mm NATO as follows:

| 1 | CALIBER | 7.62 mm |
|---|---|---|
| 2 | CARTIDGE | 7.62x51 mm NATO |
| 3 | BARREL LENGTH | 630 mm |
| 4 | OVERALL LENGTH | 1263 mm |
| 5 | SPARE BARREL | Required |
| 6 | OPERATING SYSTEM | Automatic / Gas-Operated with 3 position gas regulator |
| 7 | RATE OF FIRE | 650 : 900 Rounds/Min |
| 8 | FIRING MODE | Full Automatic |
| 9 | FEEDING | Disintegrating metal link Belt . |
| 10 | CARRING HANDEL | Caring Handel with locking lever |
| 11 | TRIPOD | For infantry Ground use |
| 12 | RIFLING | 4 Grooves |
| 13 | FLASH HIDER | Infantry type |
| 14 | SIGHTS | Standard (Front + Rear sight) |
| 15 | ACCESSORIES | Should be listed |
| | LIST OF SPARE PARTS | Should be provided (for 5 years) |

The Weapon should be accommodated with Support for NVS (night vision devise) fixed at the left rear side of the weapon.

3/3

Ghanem_00000241

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA

VS.   GHANEM

PLAINTIFF'S EXHIBIT   617

DATE _____ IDEN.

DATE_____ EVID.

BY _____

DEPUTY CLERK

AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
| --- | --- |
| Sent: | Tuesday, May 5, 2015 8:55 AM |
| To: | Targama <targama@onet.pl> |
| Subject: | 1400 k ammunition |
| Attach: | 11 001.jpg; 12 001.jpg |

Also the attached files for the new RFQ for the supply of 1.4 Million 7.62x51
mm linked, for the Egyptian army.

Regards

*Rami Ghanem*

## *Gateway to Egypt. (GTE)*

**Complex 133, Building 7, Apartment 32**
**Al Rehab City, Cairo  Egypt**
**Telephone# 00201127999552**
**Iternational #: +37282432246**
**Jordan Office**

Tel: 962 6 5685624
Fax: 962 6 5685625
**ramithe@gmail.com**  or  rami@caravaname.com
US Telephone: 772 675-4363    Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of GTE or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

Ghanem_00000241

## SECTION 1
### GENERAL CONDITIONS

1.1 <u>Object</u>: This request for quotation (RFQ) is to provide the Government of
EGYPT (GOE) with Cartridge 7.62×51mm linked, [(4) Ball M80 ÷ (1) Tracer M62]
or equivalent with link M13 fired from M240 machine gun.

1.2 <u>General Conditions</u>:
    1.2.1 The offered ammunition must be in conformity with specifications
       in section 2.
    1.2.2 The offered ammunitions and all its components should be
       manufactured according to the military standards.

1.3 <u>The quotation should include the following</u>:
    1.3.1 Full technical and tactical specification of the offered ammunitions.
    1.3.2 Year of production of the offered ammunition.
    1.3.3 Time of delivery.
    1.3.4 Complete acceptance tests procedures and criteria of pass, retest and
       reject (according to the military standard) for the requested ammunition.
    1.3.5 Relevant experience and skills of the company.
    1.3.6 Catalogs & CD's for all of the company's products for farther cooperation
       (optional).

1.4 <u>Mechanical conditions</u>:
    1.4.1 The offered ammunitions should withstand all tests according to
       military standards.
    1.4.2 The bidder must be the manufacturer of the requested ammunition.
    1.4.3 The year of production of the ammunition and its component should be
       new and manufactured in the year of signing the contract.
    1.4.4 The quotation should be submitted in original and three copies in
       English language and should be valid for at least (6) months after closing
       date.
    1.4.5 The delivery should be within (12) months after signing the contract.
    1.4.6 Closing date is :  /  / 2015

1.5 <u>Contracting articles</u>:
    1.5.1 <u>Delivery</u>: the supplier undertakes to supply FCA
    1.5.2 <u>Period of guarantee</u>: the supplier guarantees the offered ammunition for
       period of (24) months after its arrival and final acceptance.
    1.5.3 <u>Inspection</u>:
       1.5.3.1 The inspection & testing of the ammunition and its components
          are according to the military standard including static tests and
          firing (safety -environmental -performance -....etc) witnessed by
          Egyptian representatives in the supplier's country and GOE is
          responsible for the air tickets and accommodation for the
          inspectors.
       1.5.3.2 The supplier shall inspect on his own responsibility and expenses
          the contracted items.
    1.5.4 <u>Taxes and duties</u>: all due charges at the seller country will be done by
       the seller & in-country charges will be done by the buyers.
    1.5.5 <u>Payments</u>: according to contracting terms.

Copy No.7

## SECTION 2
## Technical Specifications For Quotation

2.1 <u>Scope:</u> This request for quotation (RFQ) is to provide the Government of EGYPT (GOE) with Cartridge 7.62×51 mm linked, [(4) Ball M80 + (1) Tracer M62] or equivalent with link M13 fired from M240 machine gun

2.2 <u>The quotation must include the following:</u>

2.2.1 Technical data of the ammunition and its components (drawing with main dimensions, weight of projectile and its components, primer and propellant , production year, usage limitations, shelf life, packing specifications, point of origin .....etc).

2.2.2 Complete ballistic data (muzzle velocity, maximum and mean pressure t normal and high temperature, standard deviation of the velocity and pressure, tracer time, dispersion, maximum range,.....etc) .

2.2.3 A copy of the acceptance tests according to Military Standard used to test the components and the complete ammunition.

2.2.4 Manuals for ammunition's long term storage requirements, maintenance and repair.

2.3 <u>The Quantities & Specification of the Required Items</u>

| CLIN | ITEM | QUANTITY |
|------|------|----------|
| 1 | Cartridge 7.62×51 mm linked, [(4) Ball M80 + (1) Tracer M62] or equivalent with link M13 fired from M240 machine gun. | 1400000 |

- The Requested ammunition is Fired From M240 machine gun.
- Nominal velocity of projectile:  838 m/sec at 23.7m from muzzle.
- Nominal chamber pressure ≤ 3515 kg/cm².
- Nominal cartridge length: 71.1mm
- The requested quantity will be determined during financial negotiations.
- Include in the proposal (if avilable) for the same machine gun and the same quantity a proposl including the required above specifications for the types:
  - Cartridge 7.62×51 mm linked, (4) AP(1) + AP-T with link M13.
  - Cartridge 7.62×51 mm linked, (4) API(1) + API-T with link M13.
- Cataloges of your propudction for the ammunition.

Copy No.7

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.    GHANEM

PLAINTIFF'S EXHIBIT    618

DATE                        IDEN.

DATE                        EVID.

BY
            DEPUTY CLERK
AO 386

| From: | omarazeez <omarazeez@live.com> |
|---|---|
| Sent: | Monday, May 4, 2015 1:06 PM |
| To: | Rami Ghanem <ramithe@gmail.com> |
| Subject: | Fwd: 1300 k ammunition |
| Attach: | 11 001.jpg; 12 001.jpg |

Sent from Samsung tablet

-------- Original message --------
>From omar abd el aziz <omarazeez@live.com>
Date: 04/05/2015 17:15 (GMT+02:00)
To omar abd el aziz <omarazeez@live.com>,omaraziz@link.net
Subject

## SECTION 1
### GENERAL CONDITIONS

1.1   Object: This request for quotation (RFQ) is to provide the Government of EGYPT (GOE) with Cartridge 7.62×51mm linked, [(4) Ball M80 ÷ (1) Tracer M62] or equivalent with link M13 fired from M240 machine gun.

1.2   General Conditions:
    1.2.1 The offered ammunition must be in conformity with specifications in section 2.
    1.2.2 The offered ammunitions and all its components should be manufactured according to the military standards.

1.3   The quotation should include the following:
    1.3.1 Full technical and tactical specification of the offered ammunitions.
    1.3.2 Year of production of the offered ammunition.
    1.3.3 Time of delivery.
    1.3.4 Complete acceptance tests procedures and criteria of pass, retest and reject (according to the military standard) for the requested ammunition.
    1.3.5 Relevant experience and skills of the company.
    1.3.6 Catalogs & CD's for all of the company's products for farther cooperation (optional).

1.4   Mechanical conditions:
    1.4.1 The offered ammunitions should withstand all tests according to military standards.
    1.4.2 The bidder must be the manufacturer of the requested ammunition.
    1.4.3 The year of production of the ammunition and its component should be new and manufactured in the year of signing the contract.
    1.4.4 The quotation should be submitted in original and three copies in English language and should be valid for at least (6) months after closing date.
    1.4.5 The delivery should be within (12) months after signing the contract.
    1.4.6 Closing date is :     /     / 2015

1.5   Contracting articles:
    1.5.1 Delivery: the supplier undertakes to supply FCA
    1.5.2 Period of guarantee: the supplier guarantees the offered ammunition for period of (24) months after its arrival and final acceptance.
    1.5.3 Inspection:
        1.5.3.1 The inspection & testing of the ammunition and its components are according to the military standard including static tests and firing (safety -environmental -performance -....etc) witnessed by Egyptian representatives in the supplier's country and GOE is responsible for the air tickets and accommodation for the inspectors.
        1.5.3.2 The supplier shall inspect on his own responsibility and expenses the contracted items.
    1.5.4 Taxes and duties: all due charges at the seller country will be done by the seller & in-country charges will be done by the buyers.
    1.5.5 Payments: according to contracting terms.

Copy No.7

## SECTION 2
## Technical Specifications For Quotation

2.1 Scope: This request for quotation (RFQ) is to provide the Government of
EGYPT (GOE) with Cartridge 7.62×51 mm linked, [(4) Ball M80 +
(1) Tracer M62] or equivalent with link M13 fired from M240 machine gun

2.2 The quotation must include the following:

2.2.1 Technical data of the ammunition and its components (drawing with main
dimensions, weight of projectile and its components, primer and
propellant , production year, usage limitations, shelf life, packing
specifications, point of origin .....etc).

2.2.2 Complete ballistic data (muzzle velocity, maximum and mean pressure t
normal and high temperature, standard deviation of the velocity and
pressure, tracer time, dispersion, maximum range,.....etc) .

2.2.3 A copy of the acceptance tests according to Military Standard used to
test the components and the complete ammunition.

2.2.4 Manuals for ammunition's long term storage requirements, maintenance
and repair.

2.3 The Quantities & Specification of the Required Items

| CLIN | ITEM | QUANTITY |
|---|---|---|
| 1 | Cartridge 7.62×51 mm linked, [(4) Ball M80 + (1) Tracer M62] or equivalent with link M13 fired from M240 machine gun. | 1400000 |

- The Requested ammunition is Fired From M240 machine gun.

- Nominal velocity of projectile:  838 m/sec at 23.7m from muzzle.

- Nominal chamber pressure ≤ 3515 kg/cm².

- Nominal cartridge length: 71.1mm

- The requested quantity will be determined during financial negotiations.

- Include in the proposal (if avilable) for the same machine gun and the same
quantity a proposl including the required above specifications for the types:

- Cartridge 7.62×51 mm linked, (4) AP(1) + AP-T with link M13.

- Cartridge 7.62×51 mm linked, (4) API(1) + API-T with link M13.

- Cataloges of your propudction for the ammunition.

Copy No.7

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   619

DATE _____ IDEN.

DATE_____ EVID.

BY _____
         DEPUTY CLERK

AO 386

| | |
|---|---|
| **From:** | Rami Ghanem <ramithe@gmail.com> |
| **Sent:** | Monday, May 4, 2015 4:59 PM |
| **To:** | omarazeez <omarazeez@live.com> |
| **Subject:** | RE: 1300 k ammunition |

The ammunition is a good one I will work on this offer

*Rami Ghanem*

*Gateway to Egypt. (GTE)*
**Complex 133, Building 7, Apartment 32**
**Al Rehab City, Cairo  Egypt**
**Telephone# 00201127999552**
**Iternational #: +37282432246**
Jordan Office

Tel: 962 6 5685624
Fax: 962 6 5685625
**ramithe@gmail.com**  or  rami@caravaname.com
US Telephone: 772 675-4363   Skype **Address:** caravaname

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CNE or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

From: omarazeez [mailto:omarazeez@live.com]

**Sent:** Monday, May 4, 2015 11:06 PM
**To:** Rami Ghanem
**Subject:** Fwd: 1300 k ammunition

Sent from Samsung tablet

-------- Original message --------
From omar abd el aziz <omarazeez@live.com>
Date: 04/05/2015 17:15 (GMT+02:00)
To omar abd el aziz <omarazeez@live.com>,omaraziz@link.net
Subject

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   620

DATE _____ IDEN.

DATE _____ EVID.

BY _____
DEPUTY CLERK
AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|---|---|
| Sent: | Tuesday, May 5, 2015 7:59 AM |
| To: | janlvdmerwe@gmail.com |
| Subject: | FW: Brass Bars 70/30 |
| Attach: | 11 001.jpg; 12 001.jpg |

Dear Jan,

It was very good talking to you and hoping to establish our channel for the supply of ammunitions for the Egyptian military from South Africa, for now the new RFQ is attached for the supply of 1.4 Million. Also they have so many other requirement for ammunitions, please let me know about other caliber you are interested in supplying.

Thanks & Regards

*Rami Ghanem*

*Gateway to Egypt. (GTE)*
Complex 133, Building 7, Apartment 32
Al Rehab City, Cairo  Egypt
Telephone# 00201127999552
Iternational #: +37282432246
Jordan Office

Tel: 962 6 5685624
Fax: 962 6 5685625
ramithe@gmail.com  or  rami@caravaname.com
US Telephone: 772 675-4363    Skype Address: caravaname

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CIVE or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive

Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live


That's Life...


**From:** Jan van der Merwe [mailto:janvdm@pmp.co.za]
**Sent:** Tuesday, April 29, 2014 4:15 PM
**To:** 'Rami N Ghanem'
**Subject:** RE: Brass Bars 70/30

Dear sir,

Many thanks for your below e mail regarding 70/30 Brass Strip.
I have noticed that your  Head Office is situated in Amman Jordan.
As a matter of fact I will be in Amman Jordan on 7 and 8 May 2014.

If you are interested you can call me on my local Jordanian mobile any time from 12:00 on the 7th to arrange for a meeting.
My mobile no. is 00-962795918769.

Regards.

### *Jan van der Merwe*
*Marketing Manager*



**Pretoria Metal Pressings (PMP) A division of Denel SOC Ltd**
*1 Ruth First Street, Lotus Gardens, Pretoria, 0008*
*Private Bag X334, Pretoria, 0001, South Africa*

☎     *+27 (0)12 318-1541*
*Fax*   *+27 (0)12 318-1094*
🖨     *+27 (0)12 386-4132*
📱     *+27 (0)82 881 2796*
Web   *www.pmp.co.za*


**From:** Rami N Ghanem [mailto:rami@allghanem.com]
**Sent:** 29 April 2014 01:20 PM
**To:** Jan van der Merwe
**Subject:** RE: Brass Bars 70/30



Dear Sir,

Ghanem_00000241

I hope this e-mail finds you well. The purpose of this e-mail is to inform you that we have just established our new company in Egypt to supply the Egyptian Armed Forces and the security sectors with products and services within this field

Our company (MEC) a new Egyptian establishment based on the registration but the management have over 21 years of experience accumulated from our middle east business we have conducted throughout our Jordan operation. We looking out to provide our customers with high quality military products and solutions to help in fight against terrorism and to advance the Egyptian Armed Forces to a higher level of being will prepared to protect the borders of Egypt. Our mean office is located in Amman, Jordan with branch offices in the KSA (Kingdom of Saudi Arabia), Iraq, Libya, and Yemen. In addition, we have partners working closely with us in Kuwait & Abu Dhabi (United Arab Emirates), along to 2013 business in Ghana. Please provide us with a list your products and services, which might be of interest to our customers including but not limited to descriptions of the products and brochures. In addition, we would like to inquire about your guiding principle to do business in Egypt.

Our contact address for mailing & Courier:

Company Name: Middle East Company MEC
Address: Complex 122, Building 16, Apartment 42
City: Al Rehab City, Cairo Country: Egypt
Telephone # +201127999552

Looking forward to a fruitful relationship and awaiting an expedient response.

Best regards

*Rami Ghanem*

*Middle East Company MEC*
Complex 122, Building 16, Apartment 42
Al Rehab City, Cairo Egypt
Telephone# 00201127999552
Tel: 962 6 5685624 Ext.104
Fax: 962 6 5685625   Mobile: 962 787 321 000
ramithe@gmail.com or rami@caravaname.com
US Telephone: 772 675-4363    Skype Address: caravaname

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Jordan Office
Caravana Middle East CME
Behind ABC Bank. Al-Shmeisani
Abdul Al-Rahim Al- Waked St. - Shmeisani. Bldg. No. 42

Ghanem_00000241

P.O. Box 830589
Amman-11183 Jordan
Tel: 962 6 5685624  Ext.104
Fax: 962 6 5685625
Mobile: 962 787 321 000
rami@allghanem.com
**US Address**
**Rami Ghanem** and/or **CME**
**4281 Express Lane.**
**Suite L7503**
**Sarasota, Florida 34238**
Tel: 772 675-4363

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

**From:** Jan van der Merwe [mailto:Janvdm@pmp.co.za]
**Sent:** Monday, April 11, 2011 10:56 AM
**To:** rami@allghanem.com
**Subject:** FW: Brass Bars 70/30

Dear sir,

We regret to confirm that we do not manufacture Brass Bars.

Regards

*Jan van der Merwe*

Ghanem_00000241

*Marketing Manager*



**Pretoria Metal Pressings (PMP) A division of Denel (Pty) Ltd**
*Church Street Extension, Pretoria West*
*Private Bag X334, Pretoria, 0001, South Africa*

☏   *+27 (0)12 318-1541*
🖷   *+27 (0)12 386-4132*
📱   *+27 (0)82 881 2796*
Web   *www.pmp.co.za*

Disclaimer

The information contained in this communication is confidential and may be legally privileged. It is intended solely for the use of the individual or entity to whom it is addressed and others authorised to receive it. Any review, retransmission, dissemination, copying, disclosure or other use of, or taking of any action in reliance upon, this information by person or entities other than the intended recipient is prohibited. If you have received this message in error, please notify the sender immediately by e-mail, facsimile or telephone and return and/or destroy the original message and all copies from any computer.

Pretoria Metal Pressings (PMP) A division of Denel (Pty) Ltd exercises no editorial control over e-mail messages originating in the organisation and does not accept any responsibility for either the contents of the message or any copyright laws that may have been violated by the person sending this message. PMP is neither liable for the proper and complete transmission of the information contained in this communication nor any delay in its receipt. This message should not be copied or used for any purpose other than intended, nor should it be disclosed to any other person.

**From:** "Rami N Ghanem" <rami@allghanem.com>
**Date:** Thu, 7 Apr 2011 11:47:38 +0300
**To:** <phaladip@pmp.co.za>
**ReplyTo:** <rami@allghanem.com>
**Subject:** Brass Bars 70/30

Dear Sir,

We are a well-established trading company active in our local market and the region of the Middle East, we are looking for a supplier to supply us Brass Bars QTY 500 MT. based on the following specifications:

# Technical Specifications of Brass Bars 70/30

1- Nomination: Brass bars 70/30

2. Dimension: $12 \pm 0.02$ mm din. $3.5 - 5$m Length

3. Chemical composition

- Copper $70°/o \pm 1\%$

Ghanem_00000241

- Zinc $30\% \pm 1\%$

- Strange material (grays) :

  $$Pt \leq 0.07\ \%$$

  $$Fe \leq 0.05\ \%$$

  $$Total\ grays \leq 15\ \%$$

4- Internal questioner:

- Surface Appearance : Bars should be

  Outer defects (oxidation spots, Inflexion metal, strange objects, soft cracks, dots of ash, stains).

- Uprightness of Bars: Bars should be satisfactory uprightness so that actuating on machine with easy form.

- Ends of Bars: The ends should be free of any burrs and its sections are upright on its axis.

- Section of breaking: free from bores, air bubbles and strange objects.

5- Physical and mechanical properties:

I. In the state of daily cry:

   1. Tensile strength : $39 - 45\ Kg/mm^2$

   2. Elongation: $\geq 25\ \%.$

   3. Harxlness by brenel : ( d. of ball 2.5 mm load 62.5 Kg)

      $$HB = 125 - 145$$

   4. Grain size : $0.025 - 0.050$ mm

II. After annealing the tensile spellers.
    At temperature of $600 - 650$ for one hour the mechanical specifications will be as follows:

1. Tensile strength: 30 - 35 Kg/mm2

2. Elongation $\geq 60\%$

The minimum value of elongation and tensile strength should not meet together simultaneously in one specimen and for this purpose the following formula shall be applied:

$$(15 \times \text{tensile strength}) + (6 \times \text{elongation}) \geq 830$$

Hoping to receive your offer shortly

Thanks & Regards

**Rami Ghanem**



Description:
cid:image001.png@01C95088.C48F4DB0

Behind ABC Bank. Al-Shmeisani
Abdul Al-Rahim Al- Waked St. - Shmeisani. Bldg. No. 42
P.O. Box 830589
Amman-11183 Jordan
Tel: 962 6 5685624 Ext.104
Fax: 962 6 5685625   Mobile: 962 795 569299
rami@allghanem.com
US Telephone: 772 675-4363   FAX #  772 673-0636

Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender  do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

This inbound email has been scanned by the IS Mail Control service.

Ghanem_00000241

For more information please visit http://www.is.co.za

_____

_____

This outbound email has been scanned by the IS Mail Control service.
For more information please visit http://www.is.co.za

_____

Ghanem_00000241

## SECTION 1
### GENERAL CONDITIONS

1.1 <u>Object</u>: This request for quotation (RFQ) is to provide the Government of EGYPT (GOE) with Cartridge 7.62×51mm linked, [(4) Ball M80 ÷ (1) Tracer M62] or equivalent with link M13 fired from M240 machine gun.

1.2 <u>General Conditions</u>:
    1.2.1 The offered ammunition must be in conformity with specifications in section 2.
    1.2.2 The offered ammunitions and all its components should be manufactured according to the military standards.

1.3 <u>The quotation should include the following</u>:
    1.3.1 Full technical and tactical specification of the offered ammunitions.
    1.3.2 Year of production of the offered ammunition.
    1.3.3 Time of delivery.
    1.3.4 Complete acceptance tests procedures and criteria of pass, retest and reject (according to the military standard) for the requested ammunition.
    1.3.5 Relevant experience and skills of the company.
    1.3.6 Catalogs & CD's for all of the company's products for farther cooperation (optional).

1.4 <u>Mechanical conditions</u>:
    1.4.1 The offered ammunitions should withstand all tests according to military standards.
    1.4.2 The bidder must be the manufacturer of the requested ammunition.
    1.4.3 The year of production of the ammunition and its component should be new and manufactured in the year of signing the contract.
    1.4.4 The quotation should be submitted in original and three copies in English language and should be valid for at least (6) months after closing date.
    1.4.5 The delivery should be within (12) months after signing the contract.
    1.4.6 Closing date is :   /   / 2015

1.5 <u>Contracting articles</u>:
    1.5.1 <u>Delivery</u>: the supplier undertakes to supply FCA
    1.5.2 <u>Period of guarantee</u>: the supplier guarantees the offered ammunition for period of (24) months after its arrival and final acceptance.
    1.5.3 <u>Inspection</u>:
        1.5.3.1 The inspection & testing of the ammunition and its components are according to the military standard including static tests and firing (safety -.environmental -.performance -....etc) witnessed by Egyptian representatives in the supplier's country and GOE is responsible for the air tickets and accommodation for the inspectors.
        1.5.3.2 The supplier shall inspect on his own responsibility and expenses the contracted items.
    1.5.4 <u>Taxes and duties</u>: all due charges at the seller country will be done by the seller & in-country charges will be done by the buyers.
    1.5.5 <u>Payments</u>: according to contracting terms.

Copy No.7