## SECTION 2
### Technical Specifications For Quotation

2.1 <u>Scope:</u> This request for quotation (RFQ) is to provide the Government of EGYPT (GOE) with Cartridge 7.62×51 mm linked, [(4) Ball M80 + (1) Tracer M62] or equivalent with link M13 fired from M240 machine gun

2.2 <u>The quotation must include the following:</u>

    2.2.1 Technical data of the ammunition and its components (drawing with main dimensions, weight of projectile and its components, primer and propellant , production year, usage limitations, shelf life, packing specifications, point of origin .....etc).

    2.2.2 Complete ballistic data (muzzle velocity, maximum and mean pressure t normal and high temperature, standard deviation of the velocity and pressure, tracer time, dispersion, maximum range,....etc) .

    2.2.3 A copy of the acceptance tests according to Military Standard used to test the components and the complete ammunition.

    2.2.4 Manuals for ammunition's long term storage requirements, maintenance and repair.

2.3   The Quantities & Specification of the Required Items

| CLIN | ITEM | QUANTITY |
|------|------|----------|
| 1 | [Cartridge 7.62×51 mm linked, [(4) Ball M80 + (1) Tracer M62] or equivalent with link M13 fired from M240 machine gun. | 1400000 |

- The Requested ammunition is Fired From M240 machine gun.
- Nominal velocity of projectile: 838 m/sec at 23.7m from muzzle.
- Nominal chamber pressure ≤ 3515 kg/cm².
- Nominal cartridge length: 71.1mm
- The requested quantity will be determined during financial negotiations.
- Include in the proposal (if avilable) for the same machine gun and the same quantity a proposl including the required above specifications for the types:
  - Cartridge 7.62×51 mm linked, (4) AP(1) + AP-T with link M13.
  - Cartridge 7.62×51 mm linked, (4) API(1) + API-T with link M13.
- Cataloges of your propudction for the ammunition.

Copy No.7

CASE NO. __CR 15-0704 (A)-SJO__

_____UNITED STATES OF AMERICA_____
VS. ___GHANEM___

PLAINTIFF'S EXHIBIT ___621___

DATE _____IDEN.

DATE_____EVID.

BY _____
DEPUTY CLERK
AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|---|---|
| Sent: | Wednesday, May 6, 2015 11:09 PM |
| To: | military@pindad.com |
| Subject: | new Business for Egypt |
| Attach: | 11 001.jpg; 12 001.jpg |

**Attention: Neny**
**International Military export**
**PT. Pindad (Persero)**

Dear Sir/Mam,

In reference to my phone call to your office of today, I was informed to send an email to your attention for our wish to work with your company for the supply of our customer (Egyptian Armed Forces) your Ammunitions and also your 6X6 APC, for now please see attached file for the RFQ of the 7.62x51 ammunition , quantity of 1,400,000. Please advise if you can send an offer, based on your approval then I can send you the process for submitting an offer for the customer directly.

Also can you send me your electronic catalogue which have your complete line of products produces by your company.

Thanking you in advance.

Best Regards

*Rami Ghanem*

*Gateway to Egypt. (GTE)*
Complex 133, Building 7, Apartment 32
Al Rehab City, Cairo  Egypt
Telephone# 00201127999552
Iternational #: +37282432246

ramithe@gmail.com
US Telephone: 772 675-4363   Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of GTE or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

Ghanem_00000241

Ghanem_Sentencing_00000498

## SECTION 1
### GENERAL CONDITIONS

1.1 **Object**: This request for quotation (RFQ) is to provide the Government of EGYPT (GOE) with Cartridge 7.62×51mm linked, [(4) Ball M80 ÷ (1) Tracer M62] or equivalent with link M13 fired from M240 machine gun.

1.2 **General Conditions**:
    1.2.1 The offered ammunition must be in conformity with specifications in section 2.
    1.2.2 The offered ammunitions and all its components should be manufactured according to the military standards.

1.3 **The quotation should include the following**:
    1.3.1 Full technical and tactical specification of the offered ammunitions.
    1.3.2 Year of production of the offered ammunition.
    1.3.3 Time of delivery.
    1.3.4 Complete acceptance tests procedures and criteria of pass, retest and reject (according to the military standard) for the requested ammunition.
    1.3.5 Relevant experience and skills of the company.
    1.3.6 Catalogs & CD's for all of the company's products for farther cooperation (optional).

1.4 **Mechanical conditions**:
    1.4.1 The offered ammunitions should withstand all tests according to military standards.
    1.4.2 The bidder must be the manufacturer of the requested ammunition.
    1.4.3 The year of production of the ammunition and its component should be new and manufactured in the year of signing the contract.
    1.4.4 The quotation should be submitted in original and three copies in English language and should be valid for at least (6) months after closing date.
    1.4.5 The delivery should be within (12) months after signing the contract.
    1.4.6 Closing date is : /  / 2015

1.5 **Contracting articles**:
    1.5.1 **Delivery**: the supplier undertakes to supply FCA
    1.5.2 **Period of guarantee**: the supplier guarantees the offered ammunition for period of (24) months after its arrival and final acceptance.
    1.5.3 **Inspection**:
        1.5.3.1 The inspection & testing of the ammunition and its components are according to the military standard including static tests and firing (safety -.environmental -.performance -....etc) witnessed by Egyptian representatives in the supplier's country and GOE is responsible for the air tickets and accommodation for the inspectors.
        1.5.3.2 The supplier shall inspect on his own responsibility and expenses the contracted items.
    1.5.4 **Taxes and duties**: all due charges at the seller country will be done by the seller & in-country charges will be done by the buyers.
    1.5.5 **Payments**: according to contracting terms.

Copy No.7

## SECTION 2
### Technical Specifications For Quotation

2.1 <u>Scope:</u> This request for quotation (RFQ) is to provide the Government of EGYPT (GOE) with Cartridge 7.62×51 mm linked, [(4) Ball M80 + (1) Tracer M62] or equivalent with link M13 fired from M240 machine gun

2.2 <u>The quotation must include the following:</u>

    2.2.1 Technical data of the ammunition and its components (drawing with main dimensions, weight of projectile and its components, primer and propellant , production year, usage limitations, shelf life, packing specifications, point of origin .....etc).

    2.2.2 Complete ballistic data (muzzle velocity, maximum and mean pressure t normal and high temperature, standard deviation of the velocity and pressure, tracer time, dispersion, maximum range,....etc) .

    2.2.3 A copy of the acceptance tests according to Military Standard used to test the components and the complete ammunition.

    2.2.4 Manuals for ammunition's long term storage requirements, maintenance and repair.

2.3   <u>The Quantities & Specification of the Required Items</u>

| CLIN | ITEM | QUANTITY |
|------|------|----------|
| 1 | Cartridge 7.62×51 mm linked, [(4) Ball M80 + (1) Tracer M62] or equivalent with link M13 fired from M240 machine gun. | 1400000 |

- The Requested ammunition is Fired From M240 machine gun.
- Nominal velocity of projectile:  838 m/sec at 23.7m from muzzle.
- Nominal chamber pressure $\leq$ 3515 kg/cm$^2$.
- Nominal cartridge length: 71.1mm
- The requested quantity will be determined during financial negotiations.
- Include in the proposal (if avilable) for the same machine gun and the same quantity a proposl including the required above specifications for the types:
  - Cartridge 7.62×51 mm linked, (4) AP(1) + AP-T with link M13.
  - Cartridge 7.62×51 mm linked, (4) API(1) + API-T with link M13.
- Cataloges of your propudction for the ammunition.

Copy No.7

CASE NO.   CR 15-0704 (A)-SJO

_____UNITED STATES OF AMERICA_____
VS.   GHANEM

PLAINTIFF'S EXHIBIT   622

DATE _____IDEN.

DATE_____EVID.

BY _____
          DEPUTY CLERK
AO 386

| From: | PP Prodmil <military@pindad.com> |
|---|---|
| Sent: | Wednesday, May 6, 2015 11:38 PM |
| To: | Rami Ghanem <ramithe@gmail.com> |
| Cc: | Dadang Suganda <suganda@pindad.com>; Neny Mulyany <neny@pindad.com>; Windu Paramarta <windhu@pindad.com>; Diajeng Ratna Audia <diajengratnaaudia@ymail.com> |
| Subject: | Re: new Business for Egypt |
| Attach: | 138 panser APC.jpg; Panser Anoa 6x6 APC Hal 1.jpg; Panser Anoa 6x6 Komando Renault hal 2.jpg; 054 MU2-TJ.jpg; 055 MU2-H.jpg; 056 MU2-N.jpg; 057 MU2-TJS.jpg |

Dear Mr. Rami Ghanem,

Thank you for the last conversation we had on the phone and the email as further confirmation.
We will follow up regarding the quotation that you asked. We will proceed your request soon.
But before we give our quoted price of those required ammunition, kindly confirm us whether the specification we had met the specification you need, as our specification attached.
Really looking forward for your confirmation.
Also, kindly ask you to send us your company profile as our reference.

Thank you and regards,
Neny Mulyany (Mrs.)
Sales Manager
Sales Division
Directorate of Defence and Security Products
PT. Pindad (Persero)

**From:** Rami Ghanem
**Sent:** Thursday, May 07, 2015 1:09 PM
**To:** military@pindad.com
**Subject:** new Business for Egypt

# Attention: Neny
# International Military export
# PT. Pindad (Persero)

Dear Sir/Mam,

In reference to my phone call to your office of today, I was informed to send an email to your attention for our wish to work with your company for the supply of our customer (Egyptian Armed Forces) your Ammunitions and also your 6X6 APC, for now please see attached file for the RFQ of the 7.62x51 ammunition , quantity of 1,400,000.  Please advise if you can send an offer, based on your approval then I can send you the process for submitting an offer for the customer directly.

Also can you send me your electronic catalogue which have your complete line of

products produces by your company.

Thanking you in advance.

Best Regards

**Rami Ghanem**

**Gateway to Egypt. (GTE)**
Complex 133, Building 7, Apartment 32
Al Rehab City, Cairo  Egypt
Telephone# 00201127999552
Iternational #: +37282432246

ramithe@gmail.com
US Telephone: 772 675-4363    Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

Ghanem_00000241



**PT. PINDAD (PERSERO)**
Jl. Jend Gatot Subroto No 517 Bandung 40284 Indonesia
Phone : (62-22) 7306655, 7305092 Facsimile : (62-22) 7304095,7301222
E-mail : military@pindad.com;

## PANSER ANOA 6x6

### APC 6x6

## SPECIFICATIONS >>>

**PERFORMANCE**

| | | |
|---|---|---|
| Power to Weight Ratio [HP/ton] | : | 22,85 |
| Speed [km/hour] | : | 100 |
| Turning Radius [m] | : | 8,5 |
| Gradient | : | 60% (31°) |
| Fording [m] | : | 1 |
| Vertical Step [m] | : | 0,5 |
| Trench [m] | : | 1 |
| Side Slope | : | 30% (17°) |
| Angle of Approach / Departure | : | 45° / 45° |
| Maximum Range (Full Tank) [km] | : | 600 |

**TECHNICAL**

| | | |
|---|---|---|
| Engine | : | 320 HP Inline 6 Cylinder Turbocharged Diesel |
| Transmission | : | Automatic ZF 6HP502, 6 forward / 1 reverse |
| Cooling Pack | : | Standard |
| Suspension | : | Independent Modular with Torsion Bar |
| Tire Type | : | Runflat 1400 - R20, escape range 80 km |
| Steering System | : | Mechanical System ~ Hydraulic |
| Braking System | : | Hydraulic ~ Pneumatic |

**GENERAL**

| | | |
|---|---|---|
| Crew | : | 3 + 10 persons |
| Dimension (L x W) [mm] | : | 6000 x 2500 |
| (H) [mm] | : | 2670 (Copula); 2170 (Body Hull) |
| Weight (GVW / GCW) [ton] | : | 12.04 / 15 |
| Wheel Base [mm] | : | 1510 |
| Ground Clearance [cm] | : | 41 |

| | | |
|---|---|---|
| Air Conditioning | : | Standard |
| Body Hull | : | Monocoque, Armored Steel STANAG 4659 Level 3 |

**WEAPON SYSTEM**

| | | |
|---|---|---|
| Smoke Shield | : | 66 mm (3 right; 3 left) |
| Armaments | : | 7,62 mm; 12,7 mm (Infantry); AGL 40 mm (Cavalry) |
| Shooter Openings | : | 4 (right), 4 (left), 2 (back) |
| Reconnaissance Windows | : | 4 (right), 4 (left), 2 (back) |
| Front Windows | : | 2 pcs with armor plate cover |
| Back Door | : | Rampdoor & Escape |
| Emergency Door | : | 2 (right and left) |
| Communication | : | Intercom Set + VHF / FM (Invulnerable to Jamming + Hopping), GPS |
| Special Equipment | : | NVG; 6 ton Winch Camouflage Net |



**MERIAM & VEHICLES**




For information only, data subject to change without notice @ 2009

*Vehicles Products Catalogue*
*2011*  138



Ghanem_00000241

00081846

www.pindad.com

# PANSER 6N08 6×6 COMMAND TYPE



**REAR VIEW**   **LEFT VIEW**   **FRONT VIEW**

## GENERAL

| | |
|---|---|
| Configuration | : 6 x 6 |
| Crew | : 2 + 5 person |
| Dimension (LxWxH) mm | : ± (6,000 x 2,500 x 2,370) (hull) |
| | ± (6,000 x 2,500 x 2,670 (cupola) |
| Wheel Base | : 1,510 mm |
| Empty Weight | : ± 12,500 kg |
| Combat Weight | : ± 14,500 kg |
| Power to Weight Ratio | : ≥ 20 Hp-0 /ton |
| Ground Clearance | : ± 400 mm (under axle) |
| Angle of Approach/Departure | : 45° / 45° |

## PERFORMANCE

| | |
|---|---|
| Max. Speed   (On road) | : ± 80 km/h |
| (Off road) | : ± 40 km/h |
| Max. Gradient | : 60 % (31°) |
| Max. Side Slope | : 30 % (17°) |
| Fording Depth | : 1 m |
| Vertical Obstacle | : 0.40 m |
| Trench | : ± 0.75 m |
| Turning Radius | : ≤ 10 m |
| Fuel Tank | : ± 200 L |
| Maximum Range | : ± 600 km |

*(Data subject to change without notice)*

## TECHNICAL

| | |
|---|---|
| Engine | : Diesel Engine inline |
| | 6 Cylinder 320 HP / 235 kW, |
| | Turbo Charger Inter Cooler, |
| | Water Cooler, EURO-3 |
| Transmission | : Automatic ZF 6HP502S |
| | 6 forward / 1 reverse |
| Engine Cooling System | : Hydrolic Drive Cooling Fan |
| Body | : Monocoque, |
| Body Protection | : Armoured Steel |
| | Armoured Glass |
| Suspension | : Independent Modular with |
| | Torsion Bar |
| Steering System | : Mechanical Hydraulic Power |
| | Steering, 2 axle, front & middle |
| Wheel & Tyre | : 1400 - R20 Runflat Insert |
| Brake System | : Hydropneumatic Control Disc Brake |
| | All wheel |
| Electrical;   (Battery) | : 2 x 12V - 100 Amp |
| (Alternator) | : 24V / 100 Amp |

## WEAPON SYSTEM

| | |
|---|---|
| - Smoke Grenade Dischargers | : cal. 66 mm; ( 3 right, 3 left) |
| - Turret | |
| - Elevation | : -10° s.d +45° |
| - Rotation | : 360° |
| - Operation | : Manually |

## STANDARD EQUIPMENTS

6 ton Electrical Winch, Pioneer Set, Fire Extinguisher, Air Conditioning & Heater, Toolkit Driver, CCTV, Combat Lamp, Blackout Lamp, Horn, Map Lamp, Towing Hook, Camuflage Net, Hydraulic Rear Rampdoor System

## COMMAND EQUIPMENTS

Map Table, Command Seat, Filing Cabinet, Map Lamp, Soft Board; Generator, Shelter Tent

## OPTIONAL FEATURES

Communication (AM, FM Radio and Intercom Set; 2 x 12V - 100 Amp battery); GPS; NVG; Fire Supression System; Add-on Ceramic Armourec; Armament (cal. 7.62 mm or cal. 12.7 mm or AGL cal. 40 mm)

Ghanem_00000241

00081847



**PT PINDAD (PERSERO)**
Jl. Jend Gatot Subroto No 517 Bandung 40284 Indonesia
Phone : (62-22) 7306655, 7305092 Facsimile : (62-22) 7304095,7301222
E-mail : military@pindad.com;

## 7.62 x 51mm
**CARTRIDGE CALIBRE 7.62 x 51 mm BALL**
**Synonym : 7.62x51 mm NATO ; 0.308 Winchester**

### Pindad Code MU2-TJ

NSN :1305-45-000-1804 0006Z



### TECHNICAL DATA

1.  **USE :**
    All weapons calibre 7.62x51 mm Chambered to NATO standard, SP1, G3, M14, BM59, FN MAG, L4, MG3, M60 machine guns and so on in similar calibre.
2.  **CARTRIDGE**
    *   Weight                   : (24.10 g).
    *   Rim Thickness        :   1.37 mm.
    *   Extractor Diameter  : 10.39 mm.
3.  **BULLET**
    *   Length                   : 29.10  mm.
    *   Weight                   :   9.45  g.(146 grains)
    *   Material
        - Core                  : Lead Antimony.
        - Jacket               : Brass 90 (CuZn 10).
    *   Type                     : Ball, Pointed boat tail, FMJ.
4.  **CASE**
    *   Length                   : 51.18 mm.
    *   Material                 : Brass 72 (CuZn 28).
    *   Type                     ; Rimless, Bottleneck and Centerfire.
5.  **PRIMER**
    *   Type                     ; Non Corrosive, Non Mercuric.
6.  **PROPELLANT**
    *   Type                     : Smokeless powder.
7.  **CHARACTERISTIC**
    *   Average Velocity ($V_{10}$) _        : 837 m/s.
    *   Average Gas Pressure (Pmax)    : Max 3,600 kg/cm²
    *   Accuracy at 100 m                   : Max. Ø 14 cm (ES) 10 rounds
8.  **PACKING.**
    8.1 PACKING BY CARTON BOX.
    *   1 Carton Box   :     20       Rounds.
    *   1 PVC Bag        :   200       Rounds (10 Carton boxes).
    *   1 Plastic Box    : 1,200      Rounds (6 PVC bags )

    8.2 PACKING BY METAL LINK.
    *   1 Linked          :   100       Rounds.
    *   1 Carton box    :   100       Rounds (1 Linked).
    *   1 Bandoleer     :   100       rounds (1 Carton box).
    *   1 Metalic box   :   300       rounds (3 Bandoleer).
    *   1 Plastic Box    :   600       rounds
    (2 Metalic boxes in a Aluminium Foil bag).



Ø 7,83

Ø 10,16

71,12

41,5

Ø 12,0

AMMUNITION

*Ammunition Products Catalogue*
*2011*          054



**PT PINDAD (PERSERO)**
Jl. Jend Gatot Subroto No 517 Bandung 40284 Indonesia
Phone : (62-22) 7306655, 7305092 Facsimile : (62-22) 7304095,7301222
E-mail : military@pindad.com;

# 7.62 x 51mm
**CARTRIDGE CALIBRE 7.62 x 51 mm BLANK**

## Pindad Code **MU2-H**

NSN :1305-45-000-1806 0006Z



## TECHNICAL DATA

**1. USE :**
For the automatic or semi automatic rifles calibre 7.62 x 51 mm
NATO standard with a blank firing device Ø 5 mm.

**2. CARTRIDGE**
- Weight          : (12.95 g).
- Rim Thickness   :  1.37  mm.
- Extractor Diameter : 10.39  mm.

**3. CASE**
- Material  : Brass 72 (CuZN 28).
- Type      : Rimless, Bottleneck and
             Centerfire.

**4. PRIMER**
- Type      : Non Corrosive, Non
             Mercuric.

**5. PROPELLANT**
- Type      : Smokeless powder.

**6. CHARACTERISTIC**
- Sound level : Min. 90 dB.
              (5 m Distance from Muzzle).
- Safety    : None of cartridges fired can pierce
             an approx 0.10 mm thick paper
             target at 5 m distance from muzzle.

**7. PACKING**
- 1 Rack       :   20 Rounds.
- 1 Carton Box :   20 Rounds ( 1 Rack).
- 1 PVC Bag    : 200 Rounds ( 10 Carton boxes).
- 1 Plastic Box : 1,400 Rounds ( 7 PVC bags ).



Ø 8,68max

Ø 10,16

63,5

41,5

Ø 12,0

**AMMUNITION**



**PT PINDAD (PERSERO)**
Jl. Jend Gatot Subroto No 517 Bandung 40284 Indonesia
Phone : (62-22) 7306655, 7305092 Facsimile : (62-22) 7304095,7301222
E-mail : military@pindad.com;

## 7.62 x 51mm
**CARTRIDGE CALIBRE 7.62 x 51 mm TRACER**

### Pindad Code **MU2-N**

NSN  1305-45-000-1805 0006Z



### TECHNICAL DATA

1. **USE :**
   All weapons calibre 7.62x51 mm Chambered to NATO standard, SP1, G3, M14,
   BM59, FN MAG, L4, MG3, M60 machine guns and so on in similar calibre.
2. **CARTRIDGE**
   - Weight           : (24.10 g).
   - Rim Thickness    : 1.37 mm.
   - Extractor Diameter : 10.39 mm.
3. **BULLET**
   - Length          : 33.95 mm.
   - Weight          : 9.15 g.(142 Grains)
   - Material        :
     - Core       : Lead Antimony+Tracer composition.
     - Jacket     : Brass 90 (CuZn 10).
   - Type           : Flat Base Spitzer, FMJ.
4. **CASE**
   - Length          : 51.18 mm.
   - Material        : Brass 72 (CuZN 28).
   - Type           : Rimless, Bottleneck and Centerfire.
5. **PRIMER**
   - Type           : Non Corrosive, Non Mercuric.
6. **PROPELLANT**
   - Type           : Smokeless powder.
7. **CHARACTERISTIC**
   - Average Velocity ($V_u$)    : 837 m/s.
   - Average Gas pressure($\bar{P}$max) : Max. 3,300 kg/cm².
   - Individual Gas Pressure   : Max. 3,600 kg/cm².
   - Accuracy at 100 m      : Max. 15 Cm (ES) 10 rounds.
   - Tracer Performance     : Full Brightness 137 m to 777 m.
8. **PACKING.**
   8.1 PACKING BY CARTON BOX.
   - 1 Carton Box     :     20      Rounds.
   - 1 PVC Bag        :     200     Rounds (10 Carton boxes).
   - 1 Plastic Box     :    1,200    Rounds (6 PVC bags).

   8.2 PACKING WITH MU2-TJ BY METAL LINK.
   - 1 Linked (4B+1T) : 100    Rounds (80Ball+20Tracer).
   - 1 Carton box    : 100    Rounds (1 Linked).
   - 1 Bandoleer     : 100    Rounds (1 karton box).
   - 1 Metalic box    : 300    Rounds (3 Bandoleer).
   - 1 Plastic Box    : 600    Rounds (2 Metalic boxes ).

Ø 7,83

Ø 10,16

71,12

41,5

Ø 12,0

**AMMUNITION**

*Ammunition Products Catalogue*
*2011*    **056**



**PT PINDAD (PERSERO)**
Jl. Jend Gatot Subroto No 517 Bandung 40284 Indonesia
Phone : (62-22) 7306655, 7305092 Facsimile : (62-22) 7304095,7301222
E-mail : military@pindad.com;

## 7.62 x 51mm
**CARTRIDGE CALIBRE 7.62 x 51 mm SNIPER**
**Synonym : 7.62x51 mm NATO; 0.308 Winchester**

### Pindad Code MU2-TJS

NSN :1305-45-000-1823 0006Z



### TECHNICAL DATA



1. **USE:**
   The weapons calibre 7.62x51 mm notably sniper and others in similar calibre with 12" twist length.

2. **CARTRIDGE**
   - Weight          : (23.86 g).
   - Rim Thickness   : 1.37 mm.
   - Extractor Diameter : 10.39 mm.

   Ø 7,83

3. **BULLET**
   - Length   : 31.95 mm.
   - Weight   : 10.88 g (168 grains).
   - Material :
     - Core   : Lead Antimony.
     - Jacket : Brass 90 (CuZn 10).
   - Type     : Jacketed Hollow Point Boat Tail (HPBT).

   Ø 10,16

4. **CASE**
   - Length   : 51.18 mm.
   - Material : Brass 72 (CuZn 28).
   - Type     : Rimless, Bottleneck and Centerfire.

   71,12

5. **PRIMER**, Type    : Berdan, Non Corrosive, Non Mercuric.

6. **PROPELLANT**, Type    : Smokeless powder.

   41,5

7. **CHARACTERISTIC**
   - Average Velocity ($V_0$)          :          760 m/s.
   - Average Gas Pressure ($\bar{P}$ max) : Max.3,300 kg/cm².
   - Individual Gas Pressure       : Max.3,600 kg/cm².
   - Accuracy at 600 m            : ≤. Ø 15 Cm .

8. **PACKING**
   - 1 Rack        :    20 rounds.
   - 1 Carton Box  :    20 rounds ( 1 Rack).
   - 1 PVC Bag     :    200 rounds ( 10 Carton boxes).
   - 1 Plastic Box :    800 rounds (4 PVC Bags ).

   Ø 12,0

*Ammunition Products Catalogue 2011*   057

**AMMUNITION**

CASE NO. ___CR 15-0704 (A)-SJO___
_____UNITED STATES OF AMERICA_____
VS. _____GHANEM_____

PLAINTIFF'S EXHIBIT _____623_____

DATE _____IDEN.

DATE_____EVID.

BY _____
_____DEPUTY CLERK
AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|---|---|
| Sent: | Thursday, May 7, 2015 1:40 AM |
| To: | omarazeez <omarazeez@live.com> |
| Subject: | 7.62x51 ammunition |
| Attach: | 054 MU2-TJ.jpg; 055 MU2-H.jpg; 056 MU2-N.jpg; 057 MU2-TJS.jpg |

Omar, please see attached file for deferent models of the 7.62x51 ammunition, please send it to Mr. Wael's guys and let them study it and see which one fits the requirements for the Egyptian army.

Thanks


*Rami Ghanem*

*Gateway to Egypt. (GTE)*
Complex 133, Building 7, Apartment 32
Al Rehab City, Cairo Egypt
Telephone# 00201127999552
Iternational #: +37282432246
**Jordan Office**

Tel: 962 6 5685624
Fax: 962 6 5685625
**ramithe@gmail.com**  or  rami@caravaname.com
US Telephone: 772 675-4363    Skype **Address: caravaname**

The information contained in this message is for the interded addressee only ard may contain confidential and/or privileged information. If you are not the intendec addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.


Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...



## 7.62 x 51mm
**CARTRIDGE CALIBRE 7.62 x 51 mm BALL**
Synonym : 7.62x51 mm NATO ; 0.308 Winchester

### Pindad Code **MU2-TJ**

NSN :1305-45-000-1804 0006Z

### TECHNICAL DATA

1. **USE :**
   All weapons calibre 7.62x51 mm Chambered to NATO standard. SP1, G3, M14, BM59, FN MAG, L4, MG3, M60 machine guns and so on in similar calibre.
2. **CARTRIDGE**
   - Weight                   : (24.10 g).
   - Rim Thickness      :  1.37 mm.
   - Extractor Diameter  : 10.39 mm.
3. **BULLET**
   - Length                  : 29.10  mm.
   - Weight                 :  9.45  g.(146 grains).
   - Material               :
     - Core                : Lead Antimony.
     - Jacket             : Brass 90 (CuZn 10).
   - Type                    ; Ball, Pointed boat tail, FMJ.
4. **CASE**
   - Length                  : 51.18 mm.
   - Material               : Brass 72 (CuZn 28).
   - Type                    ; Rimless, Bottleneck and Centerfire.
5. **PRIMER**
   - Type                    : Non Corrosive, Non Mercuric.
6. **PROPELLANT**
   - Type                    : Smokeless powder.
7. **CHARACTERISTIC**
   - Average Velocity ($V_{10}$) _          : 837 m/s.
   - Average Gas Pressure (Pmax)   : Max 3,600 kg/cm²
   - Accuracy at 100 m                 : Max. Ø 14 cm (ES) 10 rounds
8. **PACKING.**
   8.1  PACKING BY CARTON BOX.
   - 1 Carton Box     :     20     Rounds.
   - 1 PVC Bag         :    200     Rounds (10 Carton boxes).
   - 1 Plastic Box    : 1,200     Rounds (6 PVC bags )

   8.2  PACKING BY METAL LINK.
   - 1 Linked            :   100     Rounds.
   - 1 Carton box     :   100     Rounds (1 Linked).
   - 1 Bandoleer      :   100     rounds (1 Carton box).
   - 1 Metalic box    :   300     rounds (3 Bandoleer).
   - 1 Plastic Box    :   600     rounds
   (2 Metalic boxes in a Alluminium Foil bag).

Ø 7,83

Ø 10,16

71,12

41,5

Ø 12,0

AMMUNITION



# 7.62 x 51mm
**CARTRIDGE CALIBRE 7.62 x 51 mm BLANK**

## Pindad Code **MU2-H**

NSN :1305-45-000-1806 0006Z

## TECHNICAL DATA

**1. USE:**
For the automatic or semi automatic rifles calibre 7.62 x 51 mm
NATO standard with a blank firing device Ø 5 mm.

**2. CARTRIDGE**
- Weight : (12.95 g).
- Rim Thickness : 1.37 mm.
- Extractor Diameter : 10.39 mm.

**3. CASE**
- Material : Brass 72 (CuZN 28).
- Type : Rimless, Bottleneck and Centerfire.

**4. PRIMER**
- Type : Non Corrosive, Non Mercuric.

**5. PROPELLANT**
- Type : Smokeless powder.

**6. CHARACTERISTIC**
- Sound level : Min. 90 dB. (5 m Distance from Muzzle).
- Safety : None of cartridges fired can pierce an approx 0.10 mm thick paper target at 5 m distance from muzzle.

**7. PACKING**
- 1 Rack : 20 Rounds.
- 1 Carton Box : 20 Rounds ( 1 Rack).
- 1 PVC Bag : 200 Rounds ( 10 Carton boxes).
- 1 Plastic Box : 1,400 Rounds ( 7 PVC bags ).

Ø 8,68max
Ø 10,16
63,5
41,5
Ø 12,0

AMMUNITION



## 7.62 x 51mm
CARTRIDGE CALIBRE 7.62 x 51 mm TRACER

### Pindad Code MU2-N

NSN 1305-45-000-1805 0006Z

### TECHNICAL DATA

1. **USE:**
   All weapons calibre 7.62x51 mm Chambered to NATO standard, SP1, G3, M14, BM59, FN MAG, L4, MG3, M60 machine guns and so on in similar calibre.

2. **CARTRIDGE**
   - Weight                    : (24.10 g).
   - Rim Thickness             : 1.37 mm.
   - Extractor Diameter        : 10.39 mm.

3. **BULLET**
   - Length                    : 33.95 mm.
   - Weight                    : 9.15 g.(142 Grains)
   - Material                  :
     - Core                    : Lead Antimony+Tracer composition.
     - Jacket                  : Brass 90 (CuZn 10).
   - Type                      : Flat Base Spitzer, FMJ.

4. **CASE**
   - Length                    : 51.18 mm.
   - Material                  : Brass 72 (CuZn 28).
   - Type                      : Rimless, Bottleneck and Centerfire.

5. **PRIMER**
   - Type                      : Non Corrosive, Non Mercuric.

6. **PROPELLANT**
   - Type                      : Smokeless powder.

7. **CHARACTERISTIC**
   - Average Velocity ($V_u$)        : 837 m/s.
   - Average Gas pressure($P_{max}$) : Max. 3,300 kg/cm².
   - Individual Gas Pressure         : Max. 3,600 kg/cm².
   - Accuracy at 100 m               : Max. 15 Cm (ES) 10 rounds.
   - Tracer Performance              : Full Brightness 137 m to 777 m.

8. **PACKING.**
   8.1 PACKING BY CARTON BOX.
   - 1 Carton Box      :    20      Rounds.
   - 1 PVC Bag         :   200      Rounds (10 Carton boxes).
   - 1 Plastic Box     : 1,200      Rounds (6 PVC bags).

   8.2 PACKING WITH MU2-TJ BY METAL LINK.
   - 1 Linked (4B+1T)  : 100   Rounds (80Ball+20Tracer).
   - 1 Carton box      : 100   Rounds (1 Linked).
   - 1 Bandoleer       : 100   Rounds (1 karton box).
   - 1 Metalic box     : 300   Rounds (3 Bandoleer).
   - 1 Plastic Box     : 600   Rounds (2 Metalic boxes ).

Ø 7,83

Ø 10,16

71,12

41,5

Ø 12,0

AMMUNITION



**7.62 x 51mm**
CARTRIDGE CALIBRE 7.62 x 51 mm SNIPER
Synonym : 7.62x51 mm NATO; 0.308 Winchester

## Pindad Code MU2-TJS

NSN :1305-45-000-1823 0006Z

### TECHNICAL DATA

1. **USE:**
   The weapons calibre 7.62x51 mm notably sniper and others in similar calibre with 12" twist length.

2. **CARTRIDGE**
   - Weight : (23.86 g).
   - Rim Thickness : 1.37 mm.
   - Extractor Diameter : 10.39 mm.

3. **BULLET**
   - Length : 31.95 mm.
   - Weight : 10.88 g (168 grains).
   - Material :
     - Core : Lead Antimony.
     - Jacket : Brass 90 (CuZn 10).
   - Type : Jacketed Hollow Point Boat Tail (HPBT).

4. **CASE**
   - Length : 51.18 mm.
   - Material : Brass 72 (CuZN 28).
   - Type : Rimless, Bottleneck and Centerfire.

5. **PRIMER**, Type : Berdan, Non Corrosive, Non Mercuric.

6. **PROPELLANT**, Type : Smokeless powder.

7. **CHARACTERISTIC**
   - Average Velocity ($V_0$) : 760 m/s.
   - Average Gas Pressure ($\bar{P}$ max) : Max.3,300 kg/cm².
   - Individual Gas Pressure : Max.3,600 kg/cm².
   - Accuracy at 600 m : ≤. Ø 15 Cm .

8. **PACKING**
   - 1 Rack : 20 rounds.
   - 1 Carton Box : 20 rounds ( 1 Rack).
   - 1 PVC Bag : 200 rounds ( 10 Carton boxes).
   - 1 Plastic Box : 800 rounds (4 PVC Bags ).

Ø 7,83
Ø 10,16
71,12
41,5
Ø 12,0

**AMMUNITION**

00081830

Ghanem_00000241

Ghanem_Sentencing_00000516

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   624

DATE _____ IDEN.

DATE _____ EVID.

BY _____
DEPUTY CLERK
AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
| --- | --- |
| Sent: | Saturday, May 9, 2015 4:19 AM |
| To: | CARE TRANSENERGY LTD <gd@caretransenergy.com> |
| Subject: | FW: 1300 k ammunition |
| Attach: | 11 001.jpg; 12 001.jpg |

Goran, attached 2 files for the requirements of the Egyptian Armey for 7.62 x 51 mm Linked  QTY 1,400,000.

Regards

*Rami Ghanem*

*Gateway to Egypt. (GTE)*

11 Aflaton Street. Ismailia Square. 5<sup>th</sup> floor.

Heliopolis. Cairo . Egypt.

Office  : +20224157990

**Iternational Mobile #: +37282432246**
**Telephone# +201127999552/Viber, WhatsApp/MyChat**

US Telephone: + 1 772 675-4363
**ramithe@gmail.com**
Skype **Address:** caravaname

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of GTE or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Ghanem_00000241

## SECTION 1
## GENERAL CONDITIONS

1.1 <u>Object</u>: This request for quotation (RFQ) is to provide the Government of
EGYPT (GOE) with Cartridge 7.62×51mm linked, [(4) Ball M80 ÷ (1) Tracer M62]
or equivalent with link M13 fired from M240 machine gun.

1.2 <u>General Conditions</u>:
   1.2.1 The offered ammunition must be in conformity with specifications
   in section 2.
   1.2.2 The offered ammunitions and all its components should be
   manufactured according to the military standards.

1.3 <u>The quotation should include the following</u>:
   1.3.1 Full technical and tactical specification of the offered ammunitions.
   1.3.2 Year of production of the offered ammunition.
   1.3.3 Time of delivery.
   1.3.4 Complete acceptance tests procedures and criteria of pass, retest and
   reject (according to the military standard) for the requested ammunition.
   1.3.5 Relevant experience and skills of the company.
   1.3.6 Catalogs & CD's for all of the company's products for farther cooperation
   (optional).

1.4 <u>Mechanical conditions</u>:
   1.4.1 The offered ammunitions should withstand all tests according to
   military standards.
   1.4.2 The bidder must be the manufacturer of the requested ammunition.
   1.4.3 The year of production of the ammunition and its component should be
   new and manufactured in the year of signing the contract.
   1.4.4 The quotation should be submitted in original and three copies in
   English language and should be valid for at least (6) months after closing
   date.
   1.4.5 The delivery should be within (12) months after signing the contract.
   1.4.6 Closing date is :    /    / 2015

1.5 <u>Contracting articles</u>:
   1.5.1 <u>Delivery</u>: the supplier undertakes to supply FCA
   1.5.2 <u>Period of guarantee</u>: the supplier guarantees the offered ammunition for
   period of (24) months after its arrival and final acceptance.
   1.5.3 <u>Inspection</u>:
      1.5.3.1 The inspection & testing of the ammunition and its components
      are according to the military standard including static tests and
      firing (safety -environmental -performance -....etc) witnessed by
      Egyptian representatives in the supplier's country and GOE is
      responsible for the air tickets and accommodation for the
      inspectors.
      1.5.3.2 The supplier shall inspect on his own responsibility and expenses
      the contracted items.
   1.5.4 <u>Taxes and duties</u>: all due charges at the seller country will be done by
   the seller & in-country charges will be done by the buyers.
   1.5.5 <u>Payments</u>: according to contracting terms.

Copy No.7

## SECTION 2
### Technical Specifications For Quotation

2.1 **Scope:** This request for quotation (RFQ) is to provide the Government of EGYPT (GOE) with Cartridge 7.62×51 mm linked, [(4) Ball M80 + (1) Tracer M62] or equivalent with link M13 fired from M240 machine gun

2.2 The quotation must include the following:

2.2.1 Technical data of the ammunition and its components (drawing with main dimensions, weight of projectile and its components, primer and propellant , production year, usage limitations, shelf life, packing specifications, point of origin .....etc).

2.2.2 Complete ballistic data (muzzle velocity, maximum and mean pressure at normal and high temperature, standard deviation of the velocity and pressure, tracer time, dispersion, maximum range,.....etc) .

2.2.3 A copy of the acceptance tests according to Military Standard used to test the components and the complete ammunition.

2.2.4 Manuals for ammunition's long term storage requirements, maintenance and repair.

2.3   The Quantities & Specification of the Required Items

| CLIN | ITEM | QUANTITY |
|------|------|----------|
| 1 | Cartridge 7.62×51 mm linked, [(4) Ball M80 + (1) Tracer M62] or equivalent with link M13 fired from M240 machine gun. | 1400000 |

- The Requested ammunition is Fired From M240 machine gun.
- Nominal velocity of projectile:  838 m/sec at 23.7m from muzzle.
- Nominal chamber pressure ≤ 3515 kg/cm².
- Nominal cartridge length: 71.1mm
- The requested quantity will be determined during financial negotiations.
- Include in the proposal (if avilable) for the same machine gun and the same quantity a proposl including the required above specifications for the types:
  - Cartridge 7.62×51 mm linked, (4) AP(1) + AP-T with link M13.
  - Cartridge 7.62×51 mm linked, (4) API(1) + API-T with link M13.
- Cataloges of your propudction for the ammunition.

Copy No.7

Ghanem_00000241

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.      GHANEM

PLAINTIFF'S EXHIBIT      625

DATE _____ IDEN.

DATE_____ EVID.

BY _____
            DEPUTY CLERK
AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|---|---|
| Sent: | Monday, May 11, 2015 2:37 AM |
| To: | military@pindad.com |
| Subject: | FW: new Business for Egypt |
| Attach: | 054 MU2-TJ.jpg; 056 MU2-N.jpg; Power of attorney.docx |

Dear Mrs. Meny Mulyany,

Thank you so much for your email, we did checked  with the customer and they requested the quotation for the attached items, and the process for the quotation as follow:

- You submit the offer in the name of the customer
- The mean offer have to be for MU2-N and 2nd alternative one  for MU 2-TJ
- You add for our company %15 commission
- Over all offer have to be for %50 of your factory offer
- As soon as our technical offer is approved then our company as you representative for this offer will be called for negotiation and then we will go down %35 on the prices ……normal procedure in Egyptian military procurements.
- Offer validity for 90-120 days
- You prepare a power of attorney for the offer to our company (see attached sample)
- You send us by email all technical offer, financial offer, factory broachers,
- You send original offer by DHL to the following address:

Ministry of Defense
Military Intelligence Department
Military Attaché Branch
Cairo – Arab Republic of Egypt

You send me a copy of DHL we send it to the customer for farther follow up.

I hope the above information re very clear for us to move forward.

Thanking you in advance.

Best Regards

*Rami Ghanem*

*Gateway to Egypt. (GTE)*

11 Aflaton Street. Ismailia Square. 5<sup>th</sup> floor.

Heliopolis. Cairo . Egypt.

Office : +20224157990

**Iternational Mobile #: +37282432246**
**Telephone# +201127999552/Viber, WhatsApp/MyChat**

US Telephone: + 1 772 675-4363
**ramithe@gmail.com**
Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

**From:** PP Prodmil [mailto:military@pindad.com]
**Sent:** Thursday, May 7, 2015 9:38 AM
**To:** Rami Ghanem
**Cc:** Dadang Suganda; Neny Mulyany; Windu Paramarta; Diajeng Ratna Audia
**Subject:** Re: new Business for Egypt

Dear Mr. Rami Ghanem,

Thank you for the last conversation we had on the phone and the email as further confirmation.
We will follow up regarding the quotation that you asked. We will proceed your request soon.
But before we give our quoted price of those required ammunition, kindly confirm us whether the specification we had met the specification you need, as our specification attached.
Really looking forward for your confirmation.
Also, kindly ask you to send us your company profile as our reference.

Thank you and regards,
Neny Mulyany (Mrs.)
Sales Manager
Sales Division
Directorate of Defence and Security Products
PT. Pindad (Persero)

**From:** Rami Ghanem

**Sent:** Thursday, May 07, 2015 1:09 PM
**To:** military@pindad.com
**Subject:** new Business for Egypt

## Attention: Neny
## International Military export
## PT. Pindad (Persero)

Dear Sir/Mam,

In reference to my phone call to your office of today, I was informed to send an email to your attention for our wish to work with your company for the supply of our customer (Egyptian Armed Forces) your Ammunitions and also your 6X6 APC, for now please see attached file for the RFQ of the 7.62x51 ammunition , quantity of 1,400,000. Please advise if you can send an offer, based on your approval then I can send you the process for submitting an offer for the customer directly.

Also can you send me your electronic catalogue which have your complete line of products produces by your company.

Thanking you in advance.

Best Regards


*Rami Ghanem*

*Gateway to Egypt. (GTE)*
Complex 133, Building 7, Apartment 32
Al Rehab City, Cairo  Egypt
Telephone# 00201127999552
Iternational #: +37282432246


**ramithe@gmail.com**
US Telephone: 772 675-4363    Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender, do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CN/E or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.


Life is short.. So love your life.. Be happy.. And Keep smiling.. and


Before you speak »Listen
Before you write »Think


Ghanem_00000241

Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...



**PT PINDAD (PERSERO)**
Jl. Jend Gatot Subroto No 517 Bandung 40284 Indonesia
Phone : (62-22) 7306655, 7305092 Facsimile : (62-22) 7304095,7301222
E-mail : military@pindad.com;

## 7.62 x 51mm
**CARTRIDGE CALIBRE 7.62 x 51 mm BALL**
**Synonym : 7.62x51 mm NATO ; 0.308 Winchester**

### Pindad Code **MU2-TJ**

NSN :1305-45-000-1804 0006Z



### TECHNICAL DATA

1. **USE :**
   All weapons calibre 7.62x51 mm Chambered to NATO standard, SP1, G3, M14, BM59, FN MAG, L4, MG3, M60 machine guns and so on in similar calibre.
2. **CARTRIDGE**
   - Weight              : (24.10 g).
   - Rim Thickness       :  1.37 mm.
   - Extractor Diameter  : 10.39 mm.
3. **BULLET**
   - Length              : 29.10  mm.
   - Weight              :  9.45  g.(146 grains)
   - Material
     - Core              : Lead Antimony.
     - Jacket            : Brass 90 (CuZn 10).
   - Type                : Ball, Pointed boat tail, FMJ.
4. **CASE**
   - Length              : 51.18 mm.
   - Material            : Brass 72 (CuZn 28).
   - Type                : Rimless, Bottleneck and Centerfire.
5. **PRIMER**
   - Type                : Non Corrosive, Non Mercuric.
6. **PROPELLANT**
   - Type                : Smokeless powder.
7. **CHARACTERISTIC**
   - Average Velocity ($V_{10}$) _      : 837 m/s.
   - Average Gas Pressure (Pmax)  : Max 3,600 kg/cm²
   - Accuracy at 100 m           : Max. Ø 14 cm (ES) 10 rounds
8. **PACKING.**
   8.1 PACKING BY CARTON BOX.
   - 1 Carton Box   :    20    Rounds.
   - 1 PVC Bag      :   200    Rounds (10 Carton boxes).
   - 1 Plastic Box  : 1,200    Rounds (6 PVC bags )

   8.2 PACKING BY METAL LINK.
   - 1 Linked       :   100    Rounds.
   - 1 Carton box   :   100    Rounds (1 Linked).
   - 1 Bandoleer    :   100    rounds (1 Carton box).
   - 1 Metalic box  :   300    rounds (3 Bandoleer).
   - 1 Plastic Box  :   600    rounds
   (2 Metalic boxes in a Alluminium Foil bag).



Ø 7,83
Ø 10,16
71.12
41,5
Ø 12,0

AMMUNITION

*Ammunition Products Catalogue*
*2011*   054



Jl. Jend Gatot Subroto No 517 Bandung 40284 Indonesia
Phone : (62-22) 7306655, 7305092 Facsimile : (62-22) 7304095,7301222
E-mail : military@pindad.com;

# 7.62 x 51mm
**CARTRIDGE CALIBRE 7.62 x 51 mm TRACER**

## Pindad Code **MU2-N**

NSN  1305-45-000-1805 0006Z



## TECHNICAL DATA

1. **USE :**
   All weapons calibre 7.62x51 mm Chambered to NATO standard, SP1, G3, M14, BM59, FN MAG, L4, MG3, M60 machine guns and so on in similar calibre.
2. **CARTRIDGE**
   - Weight                 : (24.10 g).
   - Rim Thickness          :   1.37  mm.
   - Extractor Diameter     : 10.39  mm.
3. **BULLET**
   - Length                 : 33.95  mm.
   - Weight                 :   9.15  g.(142 Grains)
   - Material               :
     - Core                 : Lead Antimony+Tracer composition.
     - Jacket               : Brass 90 (CuZn 10).
   - Type                   : Flat Base Spitzer, FMJ.
4. **CASE**
   - Length                 : 51.18 mm.
   - Material               : Brass 72 (CuZN 28).
   - Type                   : Rimless, Bottleneck and Centerfire.
5. **PRIMER**
   - Type                   : Non Corrosive, Non Mercuric.
6. **PROPELLANT**
   - Type                   : Smokeless powder.
7. **CHARACTERISTIC**
   - Average Velocity ($V_{10}$)        : 837 m/s.
   - Average Gas pressure($\overline{P}$max) : Max. 3,300 kg/cm².
   - Individual Gas Pressure            : Max. 3,600 kg/cm².
   - Accuracy at 100 m                  : Max. 15 Cm (ES) 10 rounds.
   - Tracer Performance                 : Full Brightness 137 m to 777 m.
8. **PACKING.**
   8.1 PACKING BY CARTON BOX.
   - 1 Carton Box      :        20      Rounds.
   - 1 PVC Bag         :       200      Rounds (10 Carton boxes).
   - 1 Plastic Box     :     1,200      Rounds  (6 PVC bags)

   8.2 PACKING WITH MU2-TJ BY METAL LINK.
   - 1 Linked (4B+1T)  : 100   Rounds (80Ball+20Tracer).
   - 1 Carton box      : 100   Rounds (1 Linked).
   - 1 Bandoleer       : 100   Rounds (1 karton box).
   - 1 Metalic box     : 300   Rounds (3 Bandoleer).
   - 1 Plastic Box     : 600   Rounds (2 Metalic boxes ).





Ø 7,83

Ø 10,16

71,12

41,5

Ø 12,0

**AMMUNITION**

To whom it my concern

Reference #

To:     Arab Republic of Egypt

        Ministry of Defense

        Armament Authority

Date:

# POWER OF ATTORNEY

We, the undersigned XXXXXXXX.  Located in XXXXXXXXX. Country
XXXXXXX, represented by general manager
XXXXXXXXXX

## AUTHORIZE

Gateway to Egypt Company, Cairo, Egypt, represented By Mr. Omar Abdel
Aziz Mostafa Zoheiry, to act on behalf of our company in territory of Egypt
doing the Market research, submitting offers and negotiating, all for the
purpose of promoting the business activities of XXXXXXXXXXXX, in Egypt.

Power of attorney herewith is valid until 31 December 2015.

Authorized Signature position

Name & Signature & Stamp

CASE NO.   CR 15-0704 (A)-SJO

      UNITED STATES OF AMERICA
VS.      GHANEM

PLAINTIFF'S EXHIBIT      626

DATE _____IDEN.

DATE_____EVID.

BY _____
          DEPUTY CLERK
AO 386

| From: | Wael Fareed <wael_fareed@yahoo.com> |
| Sent: | Monday, November 3, 2014 1:17 AM |
| To: | Rami Ghanem <ramithe@gmail.com>; omarazeez <omarazeez@live.com> |
| Subject: | Re: Motor UTD-20 |

Send me the quotation, we can submit it to AA and see if they are still interested in it, after that I'll let you know to send a copy through the official channel.

Sincerely

**Wael Fareed**
Military Truck Parts, Inc.
Business Development Manager
Cairo Representative Office
Address: 56 Ramsis St. - Roxy
          Heliopolis - Cairo
          Egypt
Tel.:    +202 24518318
Fax:     +202 24540650
Mobile:  +20100191066

On Sunday, November 2, 2014 12:08 PM, Rami Ghanem <ramithe@gmail.com> wrote:

Dear Wael Baik,

Please advise me on the next step for us to move with the Howitzers deal, the Serbian company are very interested in the project.

Thanks & Regards

**Rami Ghanem**

Gateway to Egypt. (GTE)
**Complex 122, Building 16, Apartment 42**
**Al Rehab City, Cairo  Egypt**
**Telephone# 00201127999552**
<u>**Jordan Office**</u>
Tel: 962 6 5685624 Ext.104
Fax: 962 6 5685625   <u>Mobile: 962 787 321 000</u>
<u>**ramithe@gmail.com**</u> or  rami@caravaname.com
US Telephone: 772 675-4363     Skype **Address: <u>caravaname</u>**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen

Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

**From:** Wael Farid [mailto:wael_fareed@yahoo.com]
**Sent:** Saturday, November 1, 2014 7:06 PM
**To:** omarazeez
**Cc:** Omar Abdel aziz; ramithe@gmail.com
**Subject:** Re: Motor UTD-20

What's the year of production?

Sent from my iPhone

On Nov 1, 2014, at 5:45 PM, omarazeez <omarazeez@live.com> wrote:


Sent from Samsung Mobile


-------- Original message --------
From: omar abd el aziz <omarazeez@live.com>
Date: 01/11/2014 16:49 (GMT+02:00)
To: omar abd el aziz <omarazeez@live.com>,omaraziz@link.net
Subject: FW: Motor UTD-20


From: ramithe@gmail.com
To: omarazeez@live.com
Subject: FW: Motor UTD-20
Date: Fri, 31 Oct 2014 09:25:23 +0200

Omar,

Please open the attachment, this motors for BMP-1 and BMP-2, all

new from Russian army. with warranty 500 hours or 1 year.

Our cost $17000 each

Check with Kader factory and see how they will use it, some entity from Egypt are looking for such engine.

Regards

**Rami Ghanem**
Gateway to Egypt. (GTE)
Complex 122, Building 16, Apartment 42
Al Rehab City, Cairo  Egypt
Telephone# 00201127999552
Jordan Office
Tel: 962 6 5685624 Ext.104
Fax: 962 6 5685625   Mobile: 962 787 321 000
ramithe@gmail.com  or  rami@caravaname.com
US Telephone: 772 675-4363    Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message and disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

<ATT00001>
<???-20; ?.1.jpeg>
<ATT00002>
<???-20; ???? 2.jpeg>
<???-20; ???? 3.jpeg>

Ghanem_00000241

<ATT00003>
<???-20, ???? 4.jpeg>
<ATT00004>
<???-20, ???? 5.jpeg>
<ATT00005>
<???-20, ???? 6.jpeg>

Ghanem_00000241

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA

VS.   GHANEM

PLAINTIFF'S EXHIBIT   627

DATE _____ IDEN.

DATE _____ EVID.

BY _____

DEPUTY CLERK

AO 386

| | |
|---|---|
| **From:** | omarazeez <omarazeez@live.com> |
| **Sent:** | Sunday, November 2, 2014 5:23 AM |
| **To:** | Rami Ghanem <ramithe@gmail.com> |
| **Subject:** | |

This is urgent request meaning the response should be within few days MoD needs the following:
RBJ7
107mm launchers
BM21 launcher and ammo
Mortars 81 82 60 120
14.5mm twin gun with ammo
Ammo 7.62x51
Ammo 7.62x54
23mm twin gun
Any small arms
From stock and the earliest delivery
I need your quick response please

Sent from Samsung Mobile

Ghanem_00000241

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.     GHANEM

PLAINTIFF'S EXHIBIT    628

DATE _____ IDEN.

DATE_____ EVID.

BY _____

DEPUTY CLERK

AO 386

| From: | Stoyan Barzakov <sgbarzakov@gmail.com> |
|---|---|
| Sent: | Wednesday, November 5, 2014 7:23 AM |
| To: | Rami Ghanem <ramithe@gmail.com> |
| Subject: | Re: FW: 3 عقد رقم :تحويل |
| Attach: | Egypt Offer_wepons_ammo_05-11-2014 as sent.docx |

Dear Rami,

please find attached the Egypt offer as per their instructions.

Kind regards,

Stoyan

On Mon, Nov 3, 2014 at 9:08 PM, Rami Ghanem <ramithe@gmail.com> wrote:

**Attached the type of APC they are looking for, the company have 4 types, they are looking for 50 of each.**

**Regards**

# DEFCON S. A.

Cuba Ave., 34-th Street, Building No. 34-20, Panama, Republic of Panama
E-mai: defconvv@gmail.com

| • Consultancy | • Programming |
|---|---|
| • Training | • Trade |

**To Whom It May Concern**

**Dear Sirs,**

We are pleased to submit above offer for your kind
consideration. The details are as under:

| No | Description | Condition | QTY | Unit Price FCA/FOB US$ |
|---|---|---|---|---|
| 1 | 14,5 x 114 mm cartridge | from stock | 3000000 | 8.45 |
| 2 | 23 mm Machine Gun Double Barrel | from stock | 20 | 104,000.00 |
| 3 | 23 mm Round | from stock | 3000000 | 20.08 |
| | | new | | 52.00 |
| 4 | 14,5 x 114 mm Machine Gun | from stock | 300 | 15 600.00 |
| 5 | 60 mm Mortar Round | new | 10,000 | 128.07 |
| 6 | 81 mm Mortar Round | new | 10.000 | 126.00 |
| 7 | 82 mm Mortar Round | new | 10,000 | 127.04 |
| 8 | 120 mm Mortar Round | new | 10,000 | 305.05 |
| 9 | 7,62 x 39 mm Machine Gun PKM | from stock | 800 | 3 120.00 |
| 10 | RPG - 7 Launcher | from stock | 1000 | 2 340.00 |
| 11 | 7,62 mm Assault Rifle AKM(S) - 47 | from stock | 15 000 | 374.40 |
| 12 | BM – 21 rocket system | overhauled | 20 | 182 000.00 |
| 13 | 122 mm Round for BM 21 | from stock | 10,000 | 1404.00 |
| | | new | | 2197.00 |

- ***Delivery Terms*:**
  - **FCA(FOB)** - INCOTERMS 2000;
  - Delivery – according co-ordinate schedule
- **Payment:**
  50 % - down payment.
  50 % - paid after receiving the Export License   and
before shipping;

- **_Validity of the offer:_   December _01, 2014_**

For any further questions or clarifications please do not hesitate to contact us.

We hope that our quotation will be to your complete satisfaction and we look forward to receiving your purchase order.

**Yours sincerely,**

V. Ivanoff

**Commercial Representative**

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT      629

DATE _____ IDEN.

DATE_____ EVID.

BY _____
              DEPUTY CLERK
AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|---|---|
| Sent: | Wednesday, November 5, 2014 11:39 AM |
| To: | moav <moav@012.net.il> |
| Subject: | FW: Egypt new requirements |

Sender,

I received the following request from Egypt Army:

RBJ-7
107mm launchers
BM21 launcher and ammo
Mortars 81 82 60 120
14.5mm twin gun with ammo
Ammo 7.62x51
Ammo 7.62x54
23mm twin gun
Any small arms from stock and the earliest delivery

They are looking for a very fast delivery from the stock only now new items are required, please read it and prices it also add to it whatever extra items you have available for sale,  we must have a company in East Europe to make the offer for us.

Regards


Rami Ghanem

Gateway to Egypt. (GTE)
Complex 122, Building 16, Apartment 42
Al Rehab City, Cairo  Egypt
Telephone# 00201127999552

**Jordan Office**

Tel: 962 6 5685624 Ext.104
Fax: 962 6 5685625   Mobile: 962 787 321 000
**ramithe@gmail.com**  or  rami@caravaname.com
US Telephone: 772 675-4363    Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CN'E or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   630

DATE _____IDEN.

DATE_____EVID.

BY _____
DEPUTY CLERK
AO 386

| | |
|---|---|
| **From:** | Rami Ghanem <ramithe@gmail.com> |
| **Sent:** | Thursday, November 6, 2014 5:50 AM |
| **To:** | omar abd el aziz <omarazeez@live.com> |
| **Subject:** | Egypt Offer_wepons_ammo_05-11-2014 as sent.docx |
| **Attach:** | Egypt Offer_wepons_ammo_05-11-2014 as sent.docx |

# DEFCON S. A.

Cuba Ave., 34-th Street, Building No. 34-20, Panama, Republic of Panama
E-mail: defconvv@gmail.com

- Consultancy
- Training
- Programming
- Trade

**To Whom It May Concern**

**Dear Sirs,**

We are pleased to submit above offer for your kind consideration. The details are as under:

| No | Description | Condition | QTY | Unit Price FCA/FOB US$ |
|----|-------------|-----------|-----|------------------------|
| 1 | 14,5 x 114 mm cartridge | from stock | 3000000 | 8.45 |
| 2 | 23 mm Machine Gun Double Barrel | from stock | 20 | 104,000.00 |
| 3 | 23 mm Round | from stock | 3000000 | 20.08 |
| | | new | | 52.00 |
| 4 | 14,5 x 114 mm Machine Gun | from stock | 300 | 15 600.00 |
| 5 | 60 mm Mortar Round | new | 10,000 | 128.07 |
| 6 | 81 mm Mortar Round | new | 10.000 | 126.00 |
| 7 | 82 mm Mortar Round | new | 10,000 | 127.04 |
| 8 | 120 mm Mortar Round | new | 10,000 | 305.05 |
| 9 | 7,62 x 39 mm Machine Gun PKM | from stock | 800 | 3 120.00 |
| 10 | RPG - 7 Launcher | from stock | 1000 | 2 340.00 |
| 11 | 7,62 mm Assault Rifle AKM(S) - 47 | from stock | 15 000 | 374.40 |
| 12 | BM – 21 rocket system | overhauled | 20 | 182 000.00 |
| 13 | 122 mm Round for BM 21 | from stock | 10,000 | 1404.00 |
| | | new | | 2197.00 |

- **_Delivery Terms_**:
  - **FCA(FOB)** - INCOTERMS 2000;
  - Delivery – according co-ordinate schedule
- **Payment:**
  - 50 % - down payment.
  - 50 % - paid after receiving the Export License   and

before shipping;

Ghanem_00000241

Ghanem_Sentencing_00000545

- _**Validity of the offer:**_   December _01, 2014_

For any further questions or clarifications please do not hesitate to contact us.

We hope that our quotation will be to your complete satisfaction and we look forward to receiving your purchase order.

**Yours sincerely,**

**V. Ivanoff**

**Commercial Representative**

Ghanem_00000241

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   631

DATE _____ IDEN.

DATE_____ EVID.

BY _____
        DEPUTY CLERK
AO 386

| From: | omaraziz <omaraziz@link.net> |
| Sent: | Sunday, November 9, 2014 6:20 AM |
| To: | Rami Ghanem <ramithe@gmail.com> |
| Subject: | Fwd: |
| Attach: | cover letter.docx |

Sent from Samsung Mobile

-------- Original message --------
From: omar abd el aziz <omarazeez@live.com>
Date: 08/11/2014 15:51 (GMT+02:00)
To: omar abd el aziz <omarazeez@live.com>,omaraziz@link.net
Subject:

Ghanem_00000241

Ghanem_Sentencing_00000548

To: Arab Republic of Egypt                    Date : 8-11-2014

   Ministry of Defense

   Armament Authority

Subj: Ready-to-ship equipment

Please find attached our quotation and information on various weapons  .


We hope to meet your requirements and please do not hesitate to contact us in

case you need any more inquiries looking forward to your mutual agreement.




                         Sincerely yours

                         Omar Abdel Aziz

                         Chairman

                         Email : omarazeez@live.com

| No | Description | Condition | QTY | Unit Price FCA/FOB US$ |
|----|-------------|-----------|-----|------------------------|
| 1 | 14,5 x 114 mm cartridge | from stock | 3000000 | 8.45 |
| 2 | 23 mm Machine Gun Double Barrel | from stock | 20 | 104,000.00 |
| 3 | 23 mm Round | from stock | 3000000 | 20.08 |
|   |             | new        |         | 52.00 |
| 4 | 14,5 x 114 mm Machine Gun | from stock | 300 | 15 600.00 |
| 5 | 60 mm Mortar Round | new | 10,000 | 128.07 |
| 6 | 81 mm Mortar Round | new | 10.000 | 126.00 |
| 7 | 82 mm Mortar Round | new | 10,000 | 127.04 |
| 8 | 120 mm Mortar Round | new | 10,000 | 305.05 |
| 9 | 7,62 x 39 mm Machine Gun PKM | from stock | 800 | 3 120.00 |
| 10 | RPG - 7 Launcher | from stock | 1000 | 2 340.00 |
| 11 | 7,62 mm Assault Rifle AKM(S) - 47 | from stock | 15 000 | 374.40 |
| 12 | BM – 21  rocket system | overhauled | 20 | 182 000.00 |
| 13 | 122 mm Round for  BM 21 | from stock | 10,000 | 1404.00 |
|    |              | new         |         | 2197.00 |

Ghanem_00000241

Foranyfurtherquestions orclarificationspleasedonothesitate tocontact us.

Wehopethatourquotationwillbetoyourcompletesatisfactionandwelookfor
ward toreceivingyourpurchaseorder.

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.      GHANEM

PLAINTIFF'S EXHIBIT    632

DATE _____ IDEN.

DATE_____ EVID.

BY _____
             DEPUTY CLERK
AO 386

| | |
|---|---|
| **From:** | Rami Ghanem S4 <ramithe@gmail.com> |
| **Sent:** | Wednesday, November 12, 2014 4:23 AM |
| **To:** | Tomer Dragon <tomer@dragonacehk.com> |
| **Subject:** | Egypt |

This is urgent request meaning the response should be within few days MoD needs the following:
RBJ7
107mm launchers
BM21 launcher and ammo
Mortars 81 82 60 120
14.5mm twin gun with ammo
Ammo 7.62x51
Ammo 7.62x54
23mm twin gun
Any small arms
From stock and the earliest delivery
I need your quick response please

Sent from Samsung Mobile.

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.     GHANEM

PLAINTIFF'S EXHIBIT     633

DATE _____ IDEN.

DATE_____ EVID.

BY _____
              DEPUTY CLERK

AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|---|---|
| Sent: | Tuesday, November 18, 2014 3:46 PM |
| To: | omar abd el aziz <omarazeez@live.com> |
| Cc: | Wael Fareed <wael_fareed@yahoo.com> |
| Subject: | FW: COOPERATION |

THE READY STOCK NOW IN OUR POSESSION IS :
1.  122 MM GRAD BM 21 - 30 000 PCS.
    950 USD / PCS --ZERO PROFIT PRICE.
2.  AKM -                    10 000 PCS
    175 USD / PCS--ZERO PROFIT PRICE.

THE FULL LIST I WILL SEND YOU SOON.

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   634

DATE _____ IDEN.

DATE _____ EVID.

BY _____
DEPUTY CLERK
AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|-------|--------------------------------|
| Sent: | Tuesday, January 13, 2015 7:18 AM |
| To: | Office@partizantech.rs |
| Subject: | New RFQ for Egypt |
| Attach: | Cartridge 762X51 mm Linked.pdf |

Dear Sir,

Our common friend Mr. David gave me your contact to follow up with you and see if you are able to work with our company on the attached project for the supply of the Egyptian Army with cartridge 7.62X51 mm Linked, please see attached file for the complete terms and conditions, please consider this request as an urgent one and let us know your decision

Hoping to hear back from you soon.

Best Regards

*Rami Ghanem*

## *Caravana Middle East CME*

Behind ABC Bank, Al-Shmeisani
Abdul Al-Rahim Al- Waked St. – Shmeisani, Bldg. No. 42
P.O. Box 830589
Amman-11183 Jordan
Tel: 962 6 5685624 Ext.104
Fax: 962 6 5685625   Mobile: **Iternational #: +37282432246**
**ramithe@gmail.com** or rami@caravaname.com
US Telephone: 772 675-4363   Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, the message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try

Before you die »Live

That's Life...

Ghanem_00000241

# RFQ
## Request For Quotation

<div style="border:1px solid black">

## CARTRIDGE 7.62×51mm, LINKED

</div>

This (RFQ) Consists of:

Section # 1: General Conditions

Section # 2: Technical Specifications

*SIGNATURE (                                )*
*MG. STAFF/ HESHAM ABDELRAHMAN ELKHATIB*
*DIRECTOR OF ARMAMENT & AMMUNITION DEPARTMENT*

Copy No.3

## SECTION 1
## GENERAL CONDITIONS

1.1 **Object**: This request for quotation (RFQ) is to provide the Government of EGYPT (GOE) with Cartridge 7.62×51mm linked, [(4) Ball M80 + (1) Tracer M62] or equivalent with link M13 fired from M240 machine gun.

1.2 **General Conditions:**
    1.2.1 The offered ammunition must be in conformity with specifications in section 2.
    1.2.2 The offered ammunitions and all its components should be manufactured according to the military standards.

1.3 **The quotation should include the following:**
    1.3.1 Full technical and tactical specification of the offered ammunitions.
    1.3.2 Year of production of the offered ammunition.
    1.3.3 Time of delivery.
    1.3.4 Complete acceptance tests procedures and criteria of pass, retest and reject (according to the military standard) for the requested ammunition.
    1.3.5 Relevant experience and skills of the company.
    1.3.6 Catalogs & CD's for all of the company's products for farther cooperation (optional).

1.4 **Mechanical conditions:**
    1.4.1 The offered ammunitions should withstand all tests according to military standards.
    1.4.2 The bidder must be the manufacturer of the requested ammunition.
    1.4.3 The year of production of the ammunition and its component should be new and manufactured in the year of signing the contract.
    1.4.4 The quotation should be submitted in original and three copies in English language and should be valid for at least (6) months after closing date.
    1.4.5 The delivery should be within (12) months after signing the contract.
    1.4.6 Closing date is :   /   / 2015

1.5 **Contracting articles:**
    1.5.1 **Delivery:** the supplier undertakes to supply FCA
    1.5.2 **Period of guarantee:** the supplier guarantees the offered ammunition for period of (24) months after its arrival and final acceptance.
    1.5.3 **Inspection:**
        1.5.3.1 The inspection & testing of the ammunition and its components are according to the military standard including static tests and firing (safety - environmental -performance -....etc) witnessed by Egyptian representatives in the supplier's country and GOE is responsible for the air tickets and accommodation for the inspectors.
        1.5.3.2 The supplier shall inspect on his own responsibility and expenses the contracted items.
    1.5.4 **Taxes and duties:** all due charges at the seller country will be done by the seller & in-country charges will be done by the buyers.
    1.5.5 **Payments:** according to contracting terms.

Copy No.3

Ghanem_00000241

Ghanem_Sentencing_00000560

## SECTION 2
### Technical Specifications For Quotation

2.1 <u>Scope:</u> This request for quotation (RFQ) is to provide the Government of EGYPT (GOE) with Cartridge 7.62×51 mm linked, [(4) Ball M80 + (1) Tracer M62] or equivalent with link M13 fired from M240 machine gun

2.2 <u>The quotation must include the following:</u>

    2.2.1 Technical data of the ammunition and its components (drawing with main dimensions, weight of projectile and its components, primer and propellant , production year, usage limitations, shelf life, packing specifications, point of origin …..etc).

    2.2.2 Complete ballistic data (muzzle velocity, maximum and mean pressure at normal and high temperature, standard deviation of the velocity and pressure, tracer time, dispersion, maximum range,….etc) .

    2.2.3 A copy of the acceptance tests according to Military Standard used to test the components and the complete ammunition.

    2.2.4 Manuals for ammunition's long term storage requirements, maintenance and repair.

2.3   The Quantities & Specification of the Required Items

| CLIN | ITEM | QUANTITY |
|------|------|----------|
| 1 | Cartridge 7.62×51 mm linked, [(4) Ball M80 + (1) Tracer M62] or equivalent with link M13 fired from M240 machine gun. | 1400000 |

- The Requested ammunition is Fired From M240 machine gun.
- Nominal velocity of projectile: 838 m/sec at 23.7m from muzzle.
- Nominal chamber pressure ≤ 3515 kg/cm².
- Nominal cartridge length: 71.1mm
- The requested quantity will be determined during financial negotiations.
- Include in the proposal (if avilable) for the same machine gun and the same quantity a proposl including the required above specifications for the types:
  - Cartridge 7.62×51 mm linked, (4) AP(1) + AP-T with link M13.
  - Cartridge 7.62×51 mm linked, (4) API(1) + API-T with link M13.
- Cataloges of your propudction for the ammunition.

Copy No.3

Ghanem_00000241

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   635

DATE _____ IDEN.

DATE_____ EVID.

BY _____
DEPUTY CLERK
AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
| Sent: | Tuesday, January 13, 2015 7:11 AM |
| To: | Vahe Shamiryan <shtrikh@yahoo.com> |
| Subject: | NEW RFQ for Egypt |
| Attach: | 270.PDF |

Dear Ibrahim

Please find attached RFQ for ammo, it's an urgent matter so please find source from Russia (preferred) or the countries to which the RFQ was published, there is no time to republish to new countries.
The last page of the RFQ is not to be sent to the source, please handle with a great deal of confidentiality.
I hope the response is enhanced than before.

Regards

*Rami Ghanem*

*Gateway to Egypt. (GTE)*
**Complex 122, Building 16, Apartment 42**
**Al Rehab City, Cairo  Egypt**
**Telephone# 00201127999552**
**Iternational #: +37282432246**
**Jordan Office**

Tel: 962 6 5685624
Fax: 962 6 5685625
**ramithe@gmail.com** or rami@caravaname.com
US Telephone: 772 675-4363   Skype Address: **caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive

Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

# RFQ
# Request For Quotation

---

## CARTRIDGE 7.62×51mm, LINKED

---

This (RFQ) Consists of:

Section # 1: General Conditions

Section # 2: Technical Specifications


SIGNATURE (                    )
MG. STAFF/ HESHAM ABDELRAHMAN ELKHATIB
DIRECTOR OF ARMAMENT & AMMUNITION DEPARTMENT

Copy No.3

## SECTION 1
## GENERAL CONDITIONS

1.1 <u>Object</u>: This request for quotation (RFQ) is to provide the Government of EGYPT (GOE) with Cartridge 7.62×51mm linked, [(4) Ball M80 + (1) Tracer M62] or equivalent with link M13 fired from M240 machine gun.

1.2 <u>General Conditions</u>:
  1.2.1 The offered ammunition must be in conformity with specifications in section 2.
  1.2.2 The offered ammunitions and all its components should be manufactured according to the military standards.

1.3 <u>The quotation should include the following</u>:
  1.3.1 Full technical and tactical specification of the offered ammunitions.
  1.3.2 Year of production of the offered ammunition.
  1.3.3 Time of delivery.
  1.3.4 Complete acceptance tests procedures and criteria of pass, retest and reject (according to the military standard) for the requested ammunition.
  1.3.5 Relevant experience and skills of the company.
  1.3.6 Catalogs & CD's for all of the company's products for farther cooperation (optional).

1.4 <u>Mechanical conditions</u>:
  1.4.1 The offered ammunitions should withstand all tests according to military standards.
  1.4.2 The bidder must be the manufacturer of the requested ammunition.
  1.4.3 The year of production of the ammunition and its component should be new and manufactured in the year of signing the contract.
  1.4.4 The quotation should be submitted in original and three copies in English language and should be valid for at least (6) months after closing date.
  1.4.5 The delivery should be within (12) months after signing the contract.
  1.4.6 Closing date is :   /   / 2015

1.5 <u>Contracting articles</u>:
  1.5.1 <u>Delivery</u>: the supplier undertakes to supply FCA
  1.5.2 <u>Period of guarantee</u>: the supplier guarantees the offered ammunition for period of (24) months after its arrival and final acceptance.
  1.5.3 <u>Inspection</u>:
    1.5.3.1 The inspection & testing of the ammunition and its components are according to the military standard including static tests and firing (safety - environmental -performance -.....etc) witnessed by Egyptian representatives in the supplier's country and GOE is responsible for the air tickets and accommodation for the inspectors.
    1.5.3.2 The supplier shall inspect on his own responsibility and expenses the contracted items.
  1.5.4 <u>Taxes and duties</u>: all due charges at the seller country will be done by the seller & in-country charges will be done by the buyers.
  1.5.5 <u>Payments</u>: according to contracting terms.

Copy No.3

## SECTION 2
## Technical Specifications For Quotation

2.1 <u>Scope:</u> This request for quotation (RFQ) is to provide the Government of EGYPT (GOE) with Cartridge 7.62×51 mm linked, [(4) Ball M80 + (1) Tracer M62] or equivalent with link M13 fired from M240 machine gun

2.2 <u>The quotation must include the following:</u>

2.2.1 Technical data of the ammunition and its components (drawing with main dimensions, weight of projectile and its components, primer and propellant , production year, usage limitations, shelf life, packing specifications, point of origin …..etc).

2.2.2 Complete ballistic data (muzzle velocity, maximum and mean pressure at normal and high temperature, standard deviation of the velocity and pressure, tracer time, dispersion, maximum range,….etc) .

2.2.3 A copy of the acceptance tests according to Military Standard used to test the components and the complete ammunition.

2.2.4 Manuals for ammunition's long term storage requirements, maintenance and repair.

2.3 The Quantities & Specification of the Required Items

| CLIN | ITEM | QUANTITY |
|---|---|---|
| 1 | Cartridge 7.62×51 mm linked, [(4) Ball M80 + (1) Tracer M62] or equivalent with link M13 fired from M240 machine gun. | 1400000 |

- The Requested ammunition is Fired From M240 machine gun.
- Nominal velocity of projectile:  838 m/sec at 23.7m from muzzle.
- Nominal chamber pressure ≤ 3515 kg/cm².
- Nominal cartridge length: 71.1mm
- The requested quantity will be determined during financial negotiations.
- Include in the proposal (if avilable) for the same machine gun and the same quantity a proposl including the required above specifications for the types:
    - Cartridge 7.62×51 mm linked, (4) AP(1) + AP-T with link M13.
    - Cartridge 7.62×51 mm linked, (4) API(1) + API-T with link M13.
- Cataloges of your propudction for the ammunition.

Copy No.3

**RFQ Data:**

**RFQ No.:**

| Washington | | London | | Paris | | Berlin | | Rome | |
|---|---|---|---|---|---|---|---|---|---|
| Pyongyang | | Tokyo | | Madrid | | Pretoria | | Prague | |
| Bucharest | 201 | Beijing | 220 | Seoul | | New Delhi | 40 | Ankara | |
| Islam Abad | 15 | Moscow | 236 | Athens | | Brasilia | | Abu Dhabi | |

| | |
|---|---|
| **Issuance date:** | 31/12/2014 |
| **Closing date:** | 28/02/2015 |

Ghanem_00000241

CASE NO. __CR 15-0704 (A)-SJO__

____**UNITED STATES OF AMERICA**____
VS. ____**GHANEM**____

PLAINTIFF'S EXHIBIT ____636____

DATE _____IDEN.

DATE_____EVID.

BY _____
                **DEPUTY CLERK**
AO 386

| | |
|---|---|
| **From:** | Rami Ghanem <ramithe@gmail.com> |
| **Sent:** | Wednesday, February 25, 2015 3:38 PM |
| **To:** | gd@caretransenergy.com |
| **Subject:** | also |

Also can you provide me with the specifications for the following:

12,7x99 mm
30x210mm M68

Also if you can proved me with any items you can add to the shipment.

Thanks:

*Rami Ghanem*

*Gateway to Egypt. (GTE)*
**Complex 133, Building 7, Apartment 32**
**Al Rehab City, Cairo  Egypt**
**Telephone# 00201127999552**
**Iternational #: +37282432246**
**Jordan Office**

Tel: 962 6 5685624
Fax: 962 6 5685625
**ramithe@gmail.com**  or  rami@caravaname.com
US Telephone: 772 675-4363    Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love

Before you quit »Try
Before you die »Live

That's Life...

Ghanem_00000241

CASE NO.  CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.  GHANEM

PLAINTIFF'S EXHIBIT  637

DATE _____ IDEN.

DATE_____ EVID.

BY _____
DEPUTY CLERK

AO 386

| From: | CARE TRANSENERGY LTD <gd@caretransenergy.com> |
| Sent: | Friday, May 15, 2015 5:59 AM |
| To: | Rami Ghanem <ramithe@gmail.com> |
| Subject: | FW: Municija 7,62 x 51 |
| Attach: | 762x51linked.jpg; 762mm008.jpg; 762mm009.jpg; 762mm010.jpg |

Dear Rami

We got 1st quotation form factory Igman Doo for mention ammunition price offered is 492 Euro for 1000 pcs linked on M13 as is request on specification you send it.

In total is 688 800 Euro. Please advise future steps

Price is on FCA base without transportation as is mention in requested documents. Offer will be made form company named "GIM Export Import DOO" from Serbia.

Goran Djordjevic
CEO
Care Transenergy Ltd
tel:+35795112327
gd@caretransenergy.com
www.caretransenergy.com



----------------------------------------------------------------------------------------------------------------------------------

Disclaimer:- The information sent by or through this email message or the files attached hereto, has been sent by CARE TRANSEBERGY LTD and its subsidiaries and branch offices, and is only for the strict use of the individual or entity to which it is addressed. In the event you have received this email in error, or the message is incomplete in any way, the addressee is kindly requested to contact the sender of this message by email or by telephone. It is not permitted to publish, copy, circulate and/or provide any of this information without permission of CARE TRANSEBERGY LTD does not give any guarantee in relation to the accuracy of any content or information that has been sent by or through the email, nor for any timely receipt thereof. CARE TRANSEBERGY LTD is in any event under no circumstances liable for any damages of whatever nature, which are the direct or indirect result of any actions and/or decisions that are or may be based on the information sent by or through this email message

Ghanem-00072443

## SECTION 2
### Technical Specifications For Quotation

2.1  **Scope:** This request for quotation (RFQ) is to provide the
with Cartridge 7.62×51 mm linked, [(4) Ball M80 +
(1) Tracer M62] or equivalent with link M13 fired from M240 machine gun

2.2 The quotation must include the following:

2.2.1 Technical data of the ammunition and its components (drawing with main
dimensions, weight of projectile and its components, primer and
propellant , production year, usage limitations, shelf life, packing
specifications, point of origin .....etc).

2.2.2 Complete ballistic data (muzzle velocity, maximum and mean pressure  at
normal and high temperature, standard deviation of the velocity and
pressure, tracer time, dispersion, maximum range,.....etc) .

2.2.3 A copy of the acceptance tests according to Military Standard used to
test the components and the complete ammunition.

2.2.4 Manuals for ammunition's long term storage requirements, maintenance
and repair.

2.3   The Quantities & Specification of the Required Items

| CLIN | ITEM | QUANTITY |
|------|------|----------|
| 1 | Cartridge 7.62×51 mm linked, [(4) Ball M80 + (1) Tracer M62] or equivalent with link M13 fired from M240 machine gun. | 1400000 |

- The Requested ammunition is Fired From M240 machine gun.

- Nominal velocity of projectile:  838 m/sec at 23.7m from muzzle.

- Nominal chamber pressure $\leq 3515$ kg/cm$^2$.

- Nominal cartridge length: 71.1mm

- The requested quantity will be determined during financial negotiations.

- Include in the proposal (if avilable) for the same machine gun and the same
quantity a proposl including the required above specifications for the types:

- Cartridge 7.62×51 mm linked, (4) AP(1) + AP-T with link M13.

- Cartridge 7.62×51 mm linked, (4) API(1) + API-T with link M13.

- Cataloges of your propudction for the ammunition.

Copy No.7

## 7.62 x 51mm M80 Ball

### General

*Used for:*

- *Semi - Automatic Rifles 7.62 L1A1, G3, SP-3 PIN-D4D*
- *Automatic Rifles 7.62 FAL M77, SP-3 PINDAD*
- *Light Machine Gun 7.62 M 53/77*
- *Machine Gun 7.62.18 "KAMPUR" MAG, LNA1, LNA2, M60, M52*

### Technical Description

*The ammunition consists of:*

| ELEMENT | | MATERIAL |
|---|---|---|
| Bullet | Jacket | Tombac |
| | Core | Lead antimony |
| Cartridge case | | Brass |
| Propelling charge | | NCD powder |
| Primer | | Boxer non corrosive |

### Technical Data

| | |
|---|---|
| Lenght | 71.12 mm |
| Weight | 24.00 g |

### Ballistic Data

| | |
|---|---|
| Maximum Pressure | 3447 bar |
| Muzle velocity | 839 ± 9.1 m/s |
| Accuracy (at 549m) | max 0.127 m |

### Packing

*Version 1*

| | |
|---|---|
| 20 rounds | in cardboard box |
| 10 cardboard boxes | in PVC bag |
| 5 PVC bags | in wooden case |

*Version 2*

| | |
|---|---|
| 250 rounds | in metal link belt (M13) |
| 1 metal link belt | in metal box (M19A1) |
| 4 metal boxes | in wire bound wooden box |

*Version 3*

| | |
|---|---|
| 250 rounds | in metal link belt (M13) |
| 2 metal link belt | in metal box (M2A1) |
| 2 metal boxes | in wire bound wooden box |

**Ammunition**

Ghanem-00072443

00080230

Ghanem_Sentencing_00000575

# 7.62 x 51mm M62 Tracer

## Technical Data

| | |
|---|---|
| *Lenght:* | *71.12 mm* |
| *Weight:* | *23.74 g* |

## Ballistic Data

| | |
|---|---|
| *Maximum Pressure* | *3447 bar* |
| *Muzzle velocity* | *817 ±9.1 m/s* |
| *Accuracy (at 549m)* | *max. 0.381 m* |

## Packing

*Version 1*

| | |
|---|---|
| *20 rounds* | *in cardboard box* |
| *10 cardboard boxes* | *in PVC bag* |
| *5 PVC bags* | *in wooden case* |

*Version 2*

| | |
|---|---|
| *250 rounds* | *in metal link belt (M13)* |
| *1 metal link belt* | *in metal box (M19A1)* |
| *4 metal boxes* | *in wire bound wooden box* |

*Version 3*

| | |
|---|---|
| *250 rounds* | *in metal link belt (M13)* |
| *2 metal link belt* | *in metal box (M2A1)* |
| *2 metal boxes* | *in wire bound wooden box* |

**IGMAN d.d.**

## General

*Used for:*

- *Semi – Automatic Rifles 7.62 L1A1, G3, SP-3 PIN-DAD*
- *Automatic Rifles 7.62 FAL M77, SP-3 PINDAD*
- *Light Machine Gun 7.62 M 53/77*
- *Machine Gun 7.62:18 "KAMPUR" MAG, LVA1, LNA2, M60, M52*

*Dim trace to min. 13.7 m from the muzzle of the weapon, visible from max. 92 m to min. 777 m from the muzzle of the weapon.*

## Technical Description

*The ammunition consists of:*

| *ELEMENT* | | *MATERIAL* |
|---|---|---|
| *Bullet* | *Jacket* | *Tombac* |
| | *Core* | *Lead antimony* |
| | *Tracer* | *Tracer compos.* |
| *Cartridge case* | | *Brass* |
| *Propelling charge* | | *NCD powder* |
| *Primer* | | *Boxer non corrosive* |

Ghanem-00072443

00080231

Ghanem_Sentencing_00000576

# 7.62 x 51mm M61 AP

## Ammunition

## General

Used for:

- Semi - Automatic Rifles 7.62 L1A1, G3, SP-3 PIN-D4D
- Automatic Rifles 7.62 FAL M77, SP-3 PIND4D
- Light Machine Gun 7.62 M 53/77
- Machine Gun 7.62.38 "KAMPUR" MAG, LNA1, LNA2, M60, M52

The bullet of the sample cartridges shall demonstrate complete penetration of 6 mm thick nickel-chromium steel plate target located 100 meters from the weapon.

## Technical Description

The ammunition consists of:

| ELEMENT | | MATERIAL |
|---|---|---|
| Bullet | Jacket | Tombac |
| | Core | Steel |
| | Core | Lead antimony |
| Cartridge case | | Brass |
| Propelling charge | | NCD powder |
| Primer | | Boxer non corrosive |

## Technical Data

| Lenght: | 71.12 mm |
|---|---|
| Weight: | 24.41 g |

## Ballistic Data

| Maximum Pressure | 3447 bar |
|---|---|
| Muzzle velocity | 838 ± 9.1 m/s |
| Accuracy (at 549m) | max 0.191 m |

## Packing

| Version 1 | |
|---|---|
| 20 rounds | in cardboard box |
| 10 cardboard boxes | in PVC bag |
| 5 PVC bags | in wooden case |
| Version 2 | |
| 250 rounds | in metal link belt (M13) |
| 1 metal link belt | in metal box (M19A1) |
| 4 metal boxes | in wire bound wooden box |
| Version 3 | |
| 250 rounds | in metal link belt (M13) |
| 2 metal link belt | in metal box (M2A1) |
| 2 metal boxes | in wire bound wooden box |

Ghanem-00072443

00080232

Ghanem_Sentencing_00000577

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   638

DATE _____IDEN.

DATE_____EVID.

BY _____
              DEPUTY CLERK
AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
| --- | --- |
| Sent: | Thursday, May 21, 2015 4:25 AM |
| To: | CARE TRANSENERGY LTD <gd@caretransenergy.com> |
| Subject: | from Iraq |

We kindly ask you to provide us with technical and commercial offers based on CIF – Um-Qaser or CIP – BIAP with mentioning the year of production for the following items;

1.  short barrel canon – 152mm with accessories, Qty: 11
2.  single barrel – 23mm canon, Qty: 12
3.   heavy machine gun 14.5mm: Qty: 100
4.  SPG9 canon, Qty: 100

**Rami Ghanem**

**Gateway to MENA. [GTM]**

Egypt Office
Complex 133, Building 7, Apartment 32
Al Rehab City, Cairo  Egypt
Iternational #:  +37282432246
Telephone# 00201127999552
Jordan Office

Tel: 962 6 5685624
Fax: 962 6 5685625
**ramithe@gmail.com**  or  rami@caravaname.com
US Telephone: 772 675-4363    Skype Address: **caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CIVE or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love

Before you quit »Try
Before you die »Live

That's Life...

Ghanem-00072443

CASE NO. __CR 15-0704 (A)-SJO__

_____UNITED STATES OF AMERICA_____
VS. _____GHANEM

PLAINTIFF'S EXHIBIT ____639____

DATE _____IDEN.

DATE_____EVID.

BY _____
                    DEPUTY CLERK
AO 386

| | |
|---|---|
| **From:** | omarazeez <omarazeez@live.com> |
| **Sent:** | Thursday, July 16, 2015 2:56 PM |
| **To:** | Rami Ghanem <ramithe@gmail.com> |
| **Subject:** | Fwd: RFQ |
| **Attach:** | 110.xlsx |

Sent from Samsung Mobile

Ghanem-00072443

| List of Required Items | | |
|---|---|---|
| No. | Description | QTY |
| 1 | AKM Rifle 7.62x39 mm with accessories | 20000 |
| 2 | PKM Machine Gun 7.62x54 mm with accessories | 500 |
| 3 | PKT Machine Gun 7.62x54 mm with accessories | 100 |
| 4 | M59 Machine Gun 7.62x54 mm with accessories | 100 |
| 5 | RPG-7 Rocket Launcher with optics | 500 |
| 6 | DSHK Heavy Machine Gun 12.7x108 mm with Tri-pod and accessories | 200 |

General Conditions:
Items must be brand new and produced during the same year
of contracting.
Quotation to be submitted in original and 3 copies in English
and valid for 6 months
Delivery within 12 months from the date of signing the
Delivery Term: FCA
Inspection: according to military standard and by 2 officers for
2 weeks at the Supplier's
Certificate of OEM must be submitted for all the contracted
items

RFQ No.:
Madrid 86 - Prague 75 - Bucharest 71 - Beijing 78 - New Delhi
23 - Islam Abad 16
Moscow 80 - Athens 48
Issuance date: 13/7/2015
Closing date: 15/8/2015

00077473                                                    Ghanem-00072443

CASE NO. __CR 15-0704 (A)-SJO__

_____UNITED STATES OF AMERICA_____
VS. _____GHANEM_____

PLAINTIFF'S EXHIBIT _____640_____

DATE _____IDEN.

DATE_____EVID.

BY _____
              DEPUTY CLERK
AO 386

| From: | omar abd el aziz <omarazeez@live.com> |
|---|---|
| Sent: | Sunday, July 26, 2015 6:56 AM |
| To: | ramithe@gmail.com |
| Subject: | Urgent RFQ |
| Attach: | 107.pdf |

From: wael.farid@toc-group.net
To: omarazeez@live.com
Subject: Urgent RFQ
Date: Sun, 26 Jul 2015 12:28:49 +0300

Please find attached

**RFQ Data:**

RFQ No.:

| Washington | | London | | Paris | 88 | Berlin | | Rome | |
|---|---|---|---|---|---|---|---|---|---|
| Pyongyang | | Tokyo | | Madrid | | Pretoria | | Prague | |
| Bucharest | | Beijing | | Seoul | | New Delhi | | Ankara | |
| Islam Abad | | Moscow | | Athens | | Brasilia | | Abu Dhabi | |
| Rabat | | Riyadh | | | | | | | |

| Issuance date: | 11/07/2015 |
|---|---|
| Closing date: | 30/08/2015 |

## TECHNICAL SPECIFICATIONS ,TERMS AND CONDITIONS

1.1 - **SUBJECT**: SUPPLY OF SMALL ARMS DIFFERENT CALs.

1.2 - **SCOPE:** A.R.E invites the recognized manufacturers to bid for the Government of EGYPT (GOE) with **SMALL ARMS DIFFERENT CALIBERS** according to the attached list.

1.3- **REQUIRED QUANTITIES:** As per attached list

1.4- **GENERAL CONDITIONS:**

    1.4.1 - The offered weapons must be in conformity with the military specifications (you are required to submit a copy of standard with your quotation offer).

    1.4.2 - Contracted items must be brand new and produced during the same year of contracting.

1.5- **QUOTATION** : Should be submitted in original and three copies in English language and should be valid for at least 6 months after closing date.

1.6 - **DELIVERY**: Should be within 12 months after signing the contract.

1.7 - **CLOSING DATE**:   /   /

1.8 - **DELIVERY TERM CODE** : FCA.

1.9 - **WARRANTY:** Against any defects for all supplied items must be offered.

1.10 - **INSPECTION:**

    1.10.1-  The inspection must be according to the military standard including test and firing for ( Environmental – Safety – Performance …etc) .

    1.10.2 - Two officers will attend the inspection at the company for 2 weeks.

1.11- **REQUIRED DOCUMENTS**: Technical manuals.

1.12- **TRAINING:** Not required.

1.13- **CERTIFICATE OF ORIGIN** :

    Certificate of **OEM** "original equipment manufacturer " **MUST** be submitted for all contracted items.

1.14 - **TAXES & DUTIES**: All due charges at the seller country will be born by the seller & in-country charges will be born by the buyers.

1.15- **PAYMENT TERMS**: According to contracting terms.

Ghanem-00072443

(RFQ)

## REQUEST FOR QUOTATION

---

### SMALL ARMS DIFFRENET CALIBER

---

*SIGNATURE   (                                )*

*MAJ. GEN STAFF \ ROSHDY ABDELHAMID ABDELAZIZ*

*DIRECTOR OF ARMAMENT & AMMUNITION DEPARTMENT*

Ghanem-00072443

Ghanem_Sentencing_00000588

Attachment (A)

## LIST OF REQUIRED ITEMS

| NO. | DESCRIPTION | QTY. |
|---|---|---|
| 1 | AKM Rifle 7.62x39 mm with accessories. | 20000 |
| 2 | PKM  machine Gun 7.62x54 mm with accessories. | 500 |
| 3 | PKT  machine Gun 7.62x54 mm with accessories. | 100 |
| 4 | M59  machine Gun 7.62x54 mm with accessories. | 100 |
| 5 | RPG – 7 Rocket launcher with optics. | 500 |
| 6 | DSHK Heavy machine Gun 12.7x108 mm with Tri-Pod and accessories. | 200 |

Ghanem-00072443

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   641

DATE _____ IDEN.

DATE_____ EVID.

BY _____
DEPUTY CLERK
AO 386

| | |
|---|---|
| **From:** | Rami Ghanem <ramithe@gmail.com> |
| **Sent:** | Monday, July 27, 2015 4:48 AM |
| **To:** | rosexpo@hotmail.com |
| **Cc:** | naseralqudah@gmail.com |
| **Subject:** | Fwd: Fwd: Urgent RFQ |
| **Attach:** | 107.pdf |

The required items for Egypt.

Rami Ghanem

--

Sent from myMail app for Android

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2015.0.6086 / Virus Database: 4392/10418 - Release Date: 08/11/15

Ghanem-00072443

**RFQ Data:**

RFQ No.:

| Washington | | London | | Paris | 88 | Berlin | | Rome | |
|---|---|---|---|---|---|---|---|---|---|
| Pyongyang | | Tokyo | | Madrid | | Pretoria | | Prague | |
| Bucharest | | Beijing | | Seoul | | New Delhi | | Ankara | |
| Islam Abad | | Moscow | | Athens | | Brasilia | | Abu Dhabi | |
| Rabat | | Riyadh | | | | | | | |

| Issuance date: | 11/07/2015 |
|---|---|
| Closing date: | 30/08/2015 |

Ghanem-00072443

## TECHNICAL SPECIFICATIONS ,TERMS AND CONDITIONS

1.1 - **SUBJECT**: SUPPLY OF SMALL ARMS DIFFERENT CALs.

1.2 - **SCOPE:** A.R.E invites the recognized manufacturers to bid for the Government of EGYPT (GOE) with **SMALL ARMS DIFFERENT CALIBERS** according to the attached list.

1.3- **REQUIRED QUANTITIES**: As per attached list

1.4- **GENERAL CONDITIONS**:

  1.4.1 - The offered weapons must be in conformity with the military specifications (you are required to submit a copy of standard with your quotation offer).

  1.4.2 - Contracted items must be brand new and produced during the same year of contracting.

1.5- **QUOTATION** : Should be submitted in original and three copies in English language and should be valid for at least 6 months after closing date.

1.6 - **DELIVERY**: Should be within 12 months after signing the contract.

1.7 - **CLOSING DATE**:    /   /

1.8 - **DELIVERY TERM CODE** : FCA.

1.9 - **WARRANTY**: Against any defects for all supplied items must be offered.

1.10 - **INSPECTION:**

  1.10.1-  The inspection must be according to the military standard including test and firing for ( Environmental – Safety – Performance …etc) .

  1.10.2 - Two officers will attend the inspection at the company for 2 weeks.

1.11- **REQUIRED DOCUMENTS**: Technical manuals.

1.12- **TRAINING:** Not required.

1.13- **CERTIFICATE OF ORIGIN** :

Certificate of **OEM** "original equipment manufacturer " **MUST** be submitted for all contracted items.

1.14 - **TAXES & DUTIES**: All due charges at the seller country will be born by the seller & in-country charges will be born by the buyers.

1.15- **PAYMENT TERMS**: According to contracting terms.

Ghanem-00072443

## (RFQ)

## REQUEST FOR QUOTATION

<div style="border:1px solid black">

## SMALL ARMS DIFFRENET CALIBER

</div>

*SIGNATURE   (                              )*

*MAJ. GEN STAFF \ ROSHDY ABDELHAMID ABDELAZIZ*

*DIRECTOR OF ARMAMENT & AMMUNITION DEPARTMENT*

Ghanem-00072443

Attachment (A)

## LIST OF REQUIRED ITEMS

| NO. | DESCRIPTION | QTY. |
|-----|-------------|------|
| 1 | AKM Rifle 7.62x39 mm with accessories. | 20000 |
| 2 | PKM  machine Gun 7.62x54 mm with accessories. | 500 |
| 3 | PKT  machine Gun 7.62x54 mm with accessories. | 100 |
| 4 | M59  machine Gun 7.62x54 mm with accessories. | 100 |
| 5 | RPG – 7 Rocket launcher with optics. | 500 |
| 6 | DSHK Heavy machine Gun 12.7x108 mm with Tri-Pod and accessories. | 200 |

Ghanem-00072443

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA

VS.   GHANEM

PLAINTIFF'S EXHIBIT   642

DATE _____ IDEN.

DATE_____ EVID.

BY _____

DEPUTY CLERK

AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
| Sent: | Tuesday, October 20, 2015 2:05 AM |
| To: | Arizanovic Momcilo <arizanovic.momcilo@gmail.com> |
| Subject: | FW: RFQs Rifle calibre |
| Attach: | 166.pdf; 175.pdf |

**Rami Ghanem**

**Gateway to MENA. (GTM)**

**Egypt Office**
Complex 133, Building 7, Apartment 32
Al Rehab City, Cairo  Egypt
Iternational #:  +37282432246
Telephone# 00201127999552
**Jordan Office**

Tel: 962 6 5685624
Fax: 962 6 5685625
**ramithe@gmail.com**  or  rami@caravaname.com
US Telephone: 772 675-4363   Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

00074546.pdf

Ghanem-00072443

# RFQ

## REQUEST FOR QUOTATION

QUOTATION REQUEST FOR:

> **ASSAULT RIFLE  CALIBER 5.56 X 45 MM FULLY AUTOMATIC  INCLUDE THE PICATINNY RAIL ADAPTER AND   MAGAZINE SET ( 4/30 ROUND MAGAZINES WITH CONNECTOR ), RED DOT SIGHT , TACTICAL LASER AIMING AND TACTICAL LIGHT  ILLUMINATOR**

THIS (RFQ) CONSISTS OF:

SECTION 1: GENERAL CONDITIONS

SECTION 2: TECHNICAL SPECIFICATIONS

*SIGNATURE (                    )*

*MAJ. GEN STAFF / ROSHDY ABDELHAMID ABDELAZIZ*

*DIRECTOR OF ARMAMENT & AMMUNITION DEPARTMENT*

00074547                                                   Ghanem-00072443-0001

Ghanem_Sentencing_00000598

## SECTION 1
## GENERAL CONDITIONS

### 1.1 - SUBJECT:

A.R.E invites the recognized manufacturers to bid for supplying egyptian army with: assault rifle caliber 5.56 x 45 mm fully automatic include the picatinny and magazine set ( 4/30 round magazines with connector ), red dot sight, tactical laser aiming and tactical light illuminator in accordance with the following scope and requirements.

### 1.2- SCOPE:

This request for quotation (RFQ) to provide the Government of EGYPT (GOE) with : assault rifle caliber 5.56 x 45 mm fully automatic include the picatinny and magazine set ( 4/30 round magazines with connector ), red dot sight, tactical laser aiming and tactical light illuminator according to the list of the required items as per SECTION 2 (Brand New).

### 1.3-GENERAL CONDITIONS:

  1.3.1 - The offered weapons must be in conformity with specifications in section 2.

  1.3.2 - The quotation should include the following:

  1.3.2.1- Full technical and tactical specification of assault rifle caliber 5.56 x 45 mm fully automatic include the picatinny and magazine set ( 4/30 round magazines with connector ), red dot sight, tactical laser aiming and tactical light illuminator according to military specifications.

  1.3.2.2 - Year of production of the offered weapon.

  1.3.2.3 - Time of delivery.

1.4 - Assault rifle caliber 5.56 x 45 mm fully automatic include the picatinny and magazine set ( 4/30 round magazines with connector ), red dot sight, tactical laser aiming and tactical light illuminator should be manufactured According to a military standard.

### 1.5 - MECHANICAL CONDITIONS:

  Assault rifle caliber 5.56 x 45 mm fully automatic include the picatinny and magazine set ( 4/30 round magazines with connector ), red dot sight, tactical laser aiming and tactical light illuminator should withstand all tests (Environmental – Safety – Performance – Firing …etc) according to a military standard. Test Procedures for the weapon should be stated.

1.6 - The quotation should be submitted in original and three copies in English language and should be Valid for at least 6 months after closing date.

1.7- The delivery should be within 6 months after signing the contract.

1.8 - Closing date is:  /   /

1.9 - Contracting articles: ASSAULT RIFLE CALIBER 5.56 X 45 mm FULLY AUTOMATIC WITH ACCESSORIES.

  1.9.1- Delivery: the supplier undertakes to supply FCA.

  1.9.2- Warranty: A warranty against any defects for all supplying items should be offered.

**1.10 - REQUIREMENTS:**

**1.10.1-** Operating temperature:  -10 to + 55 deg. centigrade.

**1.10.2-** Corrosion: The supplier should certify that the materials, processes, coating and finishes used in the weapon resist corrosion in conformity with military standards. The supplier should state accepting treatment of any rusty items, during 5 years period of normal operation, on his expense.

## 1.11 - DOCUMENTATION:

**1.11.1** - Technical manuals.

**1.11.2** – Maintenance and operation documents.

**1.11.3** – Test and repair documents.

**1.11.4** – A copy of the MIL. STD. of testing (Environmental – Safety – Performance – Firing…..etc) of the required weapons and its main components including the evaluation criteria.

## 1.12 – TRAINING :

No training for Assault rifle caliber 5.56 x 45 mm fully automatic include the picatinny and magazine set ( 4/30 round magazines with connector ), red dot sigh, tactical laser aiming and tactical light illuminator is required

## 1.13 – INSPECTION:

**1.12.1** - Inspection should be witnessed by (3) Egyptian representatives for (7) days at the company site.

**1.12.2** - Inspection must be according to the military standard including test and firing for (Environmental – Safety – Performance - Firing …etc).

## 1.14 – CERTIFICATE OF ORIGIN:

Certificate of **OEM** "Original Equipment Manufacturer" **MUST** be submitted for all contracted items.

## 1.15 - SPARE PARTS:

A Guarantee of Continuous Supply with Logistic Support (spare parts) for at least 10 Years .

## 1.16 - TAXES & DUTIES:

All due charges at the seller country will be born by the seller & in-country charges will be born by the buyers.

Payments: according to contracting terms.

## SECTION 2
### TECHNICAL SPECIFICATIONS FOR
ASSAULT RIFLE  CALIBER 5.56 X 45 MM FULLY AUTOMATIC  INCLUDE THE PICATINNY RAIL ADAPTER AND    MAGAZINE SET ( 4/30 ROUND MAGAZINES WITH CONNECTOR ), RED DOT SIGHT , TACTICAL LASER AIMING AND TACTICAL LIGHT  ILLUMINATOR

**2.1 - SCOPE :**

    This request for quotation (RFQ) to provide the Government of EGYPT (GOE) with  Assault rifle  caliber 5.56 x 45 mm fully automatic  include the picatinny rail adapter and   magazine set ( 4/30 round magazines with connector ), red dot sight , tactical laser aiming and tactical light  illuminator(Brand New).

## 2.2 - PRODUCT QUANTITIES:

| NO. | DESCRIPTION | QTY. |
|---|---|---|
| 1 | Assault rifle  caliber 5.56 x 45 mm fully automatic  include the picatinny rail adapter and    magazine set ( 4-30 round magazines with connector | 280 |
| 2 | Red dot sight | 280 |
| 3 | Tactical  LASER  aiming | 280 |
| 4 | Tactical light illuminator | 280 |
| 5 | Recommended spare parts list is required. | |
| 6 | Sample model  for  all items must be shipped to be tested and accepted as acondition   to put the Contract in effect. | |

## 2.3- THE QUOTATION MUST INCLUDE THE FOLLOWING:

    2.3.1- Specification Assault rifle  caliber 5.56 x 45 mm fully automatic  include the picatinny rail adapter and magazine set ( 4/30 round magazines with connector) as follows :

| No. | Data | SPECIFICATION |
|---|---|---|
| 1 | CALIBER | 5.56 X 45 |
| 2 | OPERATION | Fully Automatic |
| 3 | RATE OF FIRE | Not less than 900 r/min |
| 4 | TOTAL LENGTH WITH BUTT UNFOLDED | 85 CM |
| 5 | TOTAL LENGTH WITH BUTT FOLDED | 65 CM |
| 6 | WEIGHT (Without Magazine) | Not more than 3.50 kg |
| 7 | WEIGHT (With Magazine) | Not more than 5 kg |
| 8 | MUZELL VELOCITY | Not less than 940 m/second |
| 9 | EFFECTIVE RANG | Not less than  400 Meter |
| 10 | MAXIMUM RANG | Not less than 1500 Meter |
| 11 | NUMBER OF GROOVES | 6 |
| 12 | Firing modes | Single/Burst / Fully automatic |

2.3.2- Red dot sight for Assault rifle  caliber 5.56 x 45 mm fully automatic  shall conform to Military Standard  (Mil-STD-810F) and supported with the following specifications:

| No | Data | SPECIFICATION |
|----|------|---------------|
| 1 | AIMING DOT | 3.5 -7 MOA |
| 2 | DOT INTENSITY | Auto adjust and manual up to 4 settings |
| 3 | INTERFACE | Fits existing sight mounts |
| 4 | OPERATING TEMPERATURE | -40 ° to +55° |

2.3.3 Tactical Laser aiming module for Assault rifle  caliber 5.56 x 45 mm fully automatic  shall conform to Military Standard (Mil-STD-810F) and supported with the following specifications:

| No | Data | SPECIFICATION |
|----|------|---------------|
| 1 | LASER POWER / TYPE | 6mw IR (835nm) / 5mw visible (635nm) |
| 2 | BORESIGHT ADJUSTABLE | Must be exist |
| 3 | MOUNTING BRACKET | Interface mounts with different submachine mounts |
| 4 | ENVIRONMENTAL TESTS | According with military standard (MIL-STD-810F) |
| 5 | OPERATING TEMPERATURE | -40 ° to +55º |

2.3.4 Tactical ```light "illuminator" for Assault rifle  caliber 5.56 x 45 mm fully automatic  shall conform to Military Standard (Mil-STD-810F) and supported with up to 125 peak lumens / 1 hr runtime

# RFQ

## REQUEST FOR QUOTATION

QUOTATION REQUEST FOR:

FULLY AUTOMATIC PISTOL  Cal.9x19mm
COMPLETE WITH ACCESSORIES

THIS (RFQ) CONSISTS OF:

SECTION 1: GENERAL CONDITIONS

SECTION 2: TECHNICAL SPECIFICATIONS

SIGNATURE ( _____ )

*MAJ. GEN STAFF / ROSHDY ABDELHAMID ABDELAZIZ*

*DIRECTOR OF ARMAMENT & AMMUNITION DEPARTMENT*

00074547                                               Ghanem-00072443-0006

## SECTION 1
## GENERAL CONDITIONS

### 1.1 - SUBJECT:

A.R.E invites the recognized manufacturers to bid for supplying egyptian army with:
Fully automatic pistol cal.9x19mm complete with accessories in accordance with the
following scope and requirements.

### 1.2- SCOPE:

This request for quotation (RFQ) to provide the Government of EGYPT (GOE)  with
Fully automatic pistol cal.9x19mm complete with accessories (Brand  New) .

### 1.3-GENERAL CONDITIONS:

1.3.1 - The offered weapons must be in conformity with specifications in section 2.

#### 1.3.2 - The quotation should include the following:

1.3.2.1- Full technical and tactical specification of Fully automatic pistol cal.9x19 mm
complete with accessories according to military specifications.

1.3.2.2 - Year of production of the offered weapon.

1.3.2.3 - Time of delivery.

1.4 - Fully automatic pistol cal.9x19mm complete with accessories should be manufactured
according to a military standard, the military standard for this weapon should be
specified.

### 1.5 - MECHANICAL CONDITIONS:

Fully automatic pistol cal.9x19mm complete with accessories should withstand all tests
(Environmental – Safety – Performance – Firing …etc) according to a military standard.
Test Procedures for the weapon should be stated.

1.6 - The quotation should be submitted in original and three copies in English language and
should be Valid for at least 6 months after closing date.

1.7- The delivery should be within 6 months after signing the contract.

1.8 - Closing date is:   /   /

1.9-   Contracting   articles:   Fully   automatic   pistol   cal.9x19mm   complete
with accessories.

1.9.1- Delivery: the supplier undertakes to supply   FCA.

1.9.2- Warranty: A warranty against any defects for all supplying items should
be offered.

### 1.10 - REQUIREMENTS:

1.10.1- Operating temperature:  -10 to + 55 deg. centigrade.

1.10.2- Corrosion: The supplier should certify that the materials, processes, coating and
finishes used in the weapon resist corrosion in conformity with military
standards. The supplier should state accepting treatment of any rusty items,
during 5 years period of normal operation, on his expense.

**1.11 - DOCUMENTATION:**

    1.11.1 - Technical manuals.

    1.11.2 – Maintenance and operation documents.

    1.11.3 – Test and repair documents.

    1.11.4 – A copy of the MIL. STD. of testing (Environmental – Safety – Performance -
          Firing.....etc) of the required weapons and its main components including the
          evaluation criteria.

**1.12 – TRAINING :**

No training for Fully automatic pistol cal.9x19mm is required.

**1.13 – INSPECTION:**

    1.12.1 - Inspection should be witnessed by (2) Egyptian representatives for (7) days at the
          company  site.

    1.12.2 – Inspection must be according to the military standard including test and firing
          for (Environmental – Safety – Performance - Firing ...etc).

**1.14 – CERTIFICATE OF ORIGIN:**

Certificate of OEM "Original Equipment Manufacturer" MUST be submitted for all
contracted items.

**1.15 – SPARE PARTS:**

A Guarantee of Continuous Supply with Logistic Support (spare parts) for at
least 10 Years .

**1.16 – TAXES & DUTIES:**

All due charges at the seller country will be born by the seller & in-country charges
will be born by the buyers.

Payments: according to contracting terms.

Ghanem-00072443-0008

## SECTION 2
### TECHNICAL SPECIFICATIONS
### FOR
### FULLY AUTOMATIC PISTOL Cal.9x19mm COMPLETE
### WITH ACCESSORIES

2.1 - SCOPE :

This request for quotation (RFQ) to provide the Government of EGYPT (GOE) with **Fully automatic pistol cal.9x19mm** (Brand New).

2.2 - PRODUCT QUANTITY:

| NO. | DESCRIPTION | QTY. |
|---|---|---|
| 1 | Fully automatic pistol cal.9x19mm complete with accessories | 65 |
| 2 | Waist hollister | 65 |
| 3 | Shoulder hollister | 65 |

GENERAL SPECIFICATIONS

| | |
|---|---|
| 1- Caliber: | 9x19mm. |
| 2 - Operation : | Fully Automatic/ Semi Automatic . |
| 3 - Rate of fire : | Not less than 800 r/min |
| 4 - Finish : | Black |
| 5- Weight (Without Magazine) : | Not more than 0.650 kg |
| 6-Magazine Capacity: | 19 Rounds / 33 Rounds |

| 4 | Recommended spare parts list is required. |
|---|---|
| 5 | Sample model for all items must be shipped to be tested and accepted as a condition to put the Contract in effect. |

Ghanem-00072443-0009

Ghanem_Sentencing_00000606

**RFQ Data:**

<u>**RFQ No.:**</u>

| Washington | 163 | London | | Paris | | Berlin | 171 | Rome | 142 |
|---|---|---|---|---|---|---|---|---|---|
| Pyongyang | | Tokyo | | Madrid | 117 | Pretoria | | Prague | 115 |
| Bucharest | 112 | Beijing | 120 | Seoul | | New Delhi | | Ankara | |
| Islam Abad | | Moscow | | Athens | | Brasilia | | Abu Dhabi | |
| Rabat | | Riyadh | | | | | | | |

| | |
|---|---|
| **Issuance date:** | 13/09/2015 |
| **Closing date:** | 31/10/2015 |

R F Q # 2 / MC / EST / 2015-2016

| NO | ITEM_NAME | PART_NO | REQ | CATALOG | PAGE | FIG | ITEM |
|----|-----------|---------|-----|---------|------|-----|------|
| 1 | ENGINE B-55 | 155-01-001-2 | 25 | T-55 | 1 | | |
| 2 | RADIATOR | 155-02-15B-B | 50 | T-55 | 5 | 12 | |
| 3 | VALVE REDUCTION | 54-02-10SB-1A | 300 | T-55 | 10 | 32 | |
| 4 | COCK, DISTRIBUTING, FUEL | 155-05-125B-A | 100 | T-55 | 35 | 221 | |
| 5 | GEAR DRIVING | 155-08-259 | 100 | T-55 | 88 | 428 | |
| 6 | BAR, TORSION COMPRESSOR | 155-08-291A | 200 | T-55 | 33 | 439 | |
| 7 | INDEX POINTER | 54-08-067 | 50 | T-55 | 80 | 507 | |
| 8 | BOLT LOW FRONT GEAR CASE | 54-08-094-4 | 75 | T-55 | 82 | 528 | |
| 9 | NUT BRAKE BAND | 54-10-030 | 200 | T-55 | 101 | 676 | |
| 10 | LEVER | 54-14-18-5 | 100 | T-55 | 109 | 751 | |
| 11 | WASHER TOOTHED | 54-16-023-1B | 100 | T-55 | 119 | 849 | |
| 12 | SHAFT ASSEMBLY | 155-19-30SB | 50 | T-55 | 121 | 864 | |
| 13 | PIPE | 155-38-39SB-5 | 100 | T-55 | 192 | 3094 | |
| 14 | PIPE | 155-38-47SB-5A | 100 | T-55 | 192 | 3096 | |
| 15 | PIPE | 155-38-58SB | 100 | T-55 | 192 | 3099 | |
| 16 | PIPE | 155-38-61SB-2 | 100 | T-55 | 192 | 3102 | |
| 17 | PIPE | 155-38-62SB-2 | 100 | T-55 | 192 | 3103 | |
| 18 | PIPE | 155-38-72SB | 100 | T-55 | 192 | 3106 | |
| 19 | PIPE | 155-38-73SB | 100 | T-55 | 192 | 3107 | |
| 20 | PIPE | 155-38-79SB-R | 100 | T-55 | 193 | 3113 | |
| 21 | VALVE REDUCING | 155-38-83SB | 500 | T-55 | 193 | 3115 | |
| 22 | PIPE | 155-38-85SB | 100 | T-55 | 193 | 3116 | |
| 23 | PIPE | 155-38-85BS-2 | 100 | T-55 | 193 | 3117 | |
| 24 | PIPE | 155-38-87SB | 100 | T-55 | 193 | 3118 | |
| 25 | PIPE | 155-38-104SB | 100 | T-55 | 193 | 3119 | |
| 26 | PIPE | 155-38-105SB | 100 | T-55 | 193 | 3120 | |
| 27 | ADAPTER | 155-28-106-SB-A | 100 | T-55 | 193 | 3121 | |
| 28 | PIPE | 155-38-109SB-A | 100 | T-55 | 193 | 3122 | |
| 29 | PIPE | 155-38-111SB-A | 100 | T-55 | 193 | 3123 | |
| 30 | PIPE, W/SHOCK ABSORBER | 155-38-112SB-1 | 100 | T-55 | 193 | 3124 | |

1 of 11

00074557

Ghanem-00072443-0001

Ghanem_Sentencing_00000608

R F Q # 2 / MC / EST / 2015-2016

| NO | ITEM NAME | PART NO | REQ | CATALOG | PAGE | FIG | ITEM |
|---|---|---|---|---|---|---|---|
| 31 | VALVE | 155-38-057 | 100 | T-55 | 193 | 3126 | |
| 32 | PIPE | 155-38-128SB | 100 | T-55 | 193 | 3127 | |
| 33 | PIPE | 155-38-131SB-A | 100 | T-55 | 194 | 3130 | |
| 34 | SETTLER | 155-38-132SB | 50 | T-55 | 194 | 3131 | |
| 35 | PIPE | 155-38-134SB | 100 | T-55 | 194 | 3132 | |
| 36 | PIPE | 155-21-275B | 100 | T-55 | 194 | 3135 | |
| 37 | PIPE | 155-38-082-A | 100 | T-55 | 194 | 3141 | |
| 38 | PIPE | 155-38-133 | 100 | T-55 | 195 | 3149 | |
| 39 | GAUGE,PRESSURE,TYPE MT-1C, 250 kgf/cm2 | 155-38-269A | 100 | T-55 | 195 | 3159 | |
| 40 | UNIT, GEAR REDUCTION | 54-40SB-4A | 50 | T-55 | 200 | 3210 | |
| 41 | PLUG | 54-40-053 | 100 | T-55 | 201 | 3233 | |
| 42 | BUMPER ADJUSTING | 54-41-059 | 50 | T-55 | 203 | 3269 | |
| 43 | CYLINDER | 155-59-198SB-B | 1000 | T-55 | 217 | 3472 | |
| 44 | PUMP | 54-83-78SB-A | 20 | T-55 | 222 | 3556 | |
| 45 | BEARING BALL | 782726 | 100 | T-55 | 297 | 3624 | |
| 46 | ENGINE CLUTCH | 54-07SB-2 | 100 | T-62 | 35 | 389 | |
| 47 | GUN, GREASE, PLUNGER TYPE | 155-28-670SB | 200 | T-62 | 129 | 1899 | |
| 48 | ROPE, TOWING | 54-28-213SB-A | 200 | T-62 | 131 | 1942 | |
| 49 | SYRING, FOR KEROSENE, BLOWING OFF PIPES | 54-28-463SB | 100 | T-62 | 131 | 1950 | |
| 50 | WRENCH S = 27, SOCKET | 54-28-696SB-A | 100 | T-62 | 132 | 1964 | |
| 51 | GREASE GUN, SCREW-TYPE | 54-28-751SB | 100 | T-62 | 132 | 1967 | |
| 52 | HOSE, ASSEMBLY | 54-28-753SB | 100 | T-62 | 132 | 1969 | |
| 53 | LOOP, CONNECTING TOWING ROPES | 34-28-109SB-1 | 100 | T-62 | 133 | 1972 | |
| 54 | WRENCH 5.5-7 | 54-28-1658 | 100 | T-62 | 212 | 2038 | |
| 55 | RETAINER | 765-10-5B189 | 30 | BMP | 8 | 3 | 1 |
| 56 | GASKET | 765-10-5B662 | 50 | BMP | 8 | 3 | 62 |
| 57 | CYLINDER | 765-10-5B579 | 30 | BMP | 41 | 4 | 8 |
| 58 | CLEANER | 701-05-5B183 | 50 | BMP | 27 | 5.2 | 41 |
| 59 | RETAINER | 765-05-5B221 | 50 | BMP | 16 | 7 | 65 |
| 60 | GASKET | 765-06-458 | 200 | BMP | 19 | 7 | 21 |

2 of 11

Ghanem-00072443-0002

R F Q # 2 / MC / EST / 2015-2016

| NO | ITEM NAME | PART NO | REQ | CATALOG | PAGE | FIG | ITEM |
|----|-----------|---------|-----|---------|------|-----|------|
| 61 | COUPLING | 3320-142-1 | 200 | BMP | 20 | 7 | 51 |
| 62 | ASSEMBLY OF FILTER SECTION COVER | KV-SB05-35 | 200 | BMP | 17 | 8 | 5 |
| 63 | RING,SEALING | 903-01-85 | 300 | BMP | 28 | 10 | 22 |
| 64 | CASING | 765-06-SB306 | 30 | BMP | 25 | 10 | 46 |
| 65 | RING | 775-71-82 | 300 | BMP | 37 | 13 | 20 |
| 66 | STRAP | 765-10-455 | 200 | BMP | 35 | 13 | 47 |
| 67 | SPRING | 700-38-459 | 100 | BMP | 36 | 13 | 96 |
| 68 | LIMITER | 765-10-445 | 200 | BMP | 43 | 17 | 9 |
| 69 | RING | 46587 | 100 | BMP | 91 | 43.2 | 22/4 |
| 70 | PULLY WITH CRANK | 765-31-SB120 | 100 | BMP | 106 | 47 | 1 |
| 71 | RING RUBBER | 765-33-7 | 50 | BMP | 113 | 50 | 4 |
| 72 | TRAK LINK WITH RUBBER PAD | 765-35-SB102/RP | 3000 | BMP | 120 | 53 | 1 |
| 73 | PLATE,RIGHT | 765-47-SB185 | 40 | BMP | 139 | 62 | 2 |
| 74 | PLATE,REAR,left | 765-47-SB212 | 40 | BMP | 139 | 62 | 4 |
| 75 | PLATE,LEFT | 765-47-SB184 | 40 | BMP | 139 | 62 | 8 |
| 76 | PLATE,FRONT,left | 765-47-SB182 | 40 | BMP | 139 | 62 | 10 |
| 77 | LEFT FRONT TRAVERSING WHEEL | 765-33-SB128 | 30 | BMP | 184 | 86 | 1-17 |
| 78 | RIGHT FRONT TRAVERSING WHEEL | 765-33-SB129 | 30 | BMP | 186 | 87 | 1-17 |
| 79 | COMPLETE CARRING ROLLER | 765-34-SB101 | 20 | BMP | 188 | 88 | 1-20 |
| 80 | PLUG | 700-37-255 | 150 | BMP | 248 | 108 | 17 |
| 81 | HANDLE | 765-49-SB104 | 50 | BMP | 228 | 120 | 1 |
| 82 | LINK | 765-78-679 | 200 | BMP | 245 | 109 | 29 |
| 83 | PRESSER SENDING UNITiUP TO 15 Kgf/Cm2 | 700-76-SB183 | 100 | BMP | 263 | 119 | 2 |
| 84 | INDICATOR, PRESSURE GAUGE T3-15 | 700-76-SB182 | 100 | BMP | 263 | 119 | 16 |
| 85 | SENDING UNIT,ELECTRIC SPEEDOMETERM3-3O1 | 700-76-SB417 | 100 | BMP | 264 | 119 | 21 |
| 86 | METER 2TYE-1 | 700-76-SB807 | 100 | BMP | 264 | 119 | 22 |
| 87 | RECIVER | 700-76-SB808 | 50 | BMP | 264 | 119 | 23 |
| 88 | INDICATOR,ELECTRIC SPEEDOMETER,TYPE CN-106 | 700-76-SB416 | 100 | BMP | 264 | 119 | 24 |
| 89 | CONTACTOR KM-50Д-B | 700-76-SB383 | 100 | BMP | 264 | 119 | 27 |
| 90 | GENERATOR,TACHOMETER Д-4 | 700-76-SB307 | 100 | BMP | 264 | 119 | 31 |

3  of  11

# R F Q # 2 / MC / EST / 2015-2016

| NO | ITEM NAME | PART NO | REQ | CATALOG | PAGE | FIG | ITEM |
|---|---|---|---|---|---|---|---|
| 91 | GASKET | 765-84-90 | 300 | BMP | 273 | 123 | 12 |
| 92 | REGULATOR VOLTAGE PH-10 | 700-76-SB560 | 200 | BMP | 289 | 128 | 1 |
| 93 | CONTACTOR,SMALL-SIZE,KM-600 -B | 700-76-SB656 | 100 | BMP | 289 | 128 | 5 |
| 94 | WRENCH, NUTS OF TRACK WEDGES | 765-93-SB137 | 100 | BMP | 292 | 130 | 2 |
| 95 | WRENCH ACCESS HATCHES AND PLUGS OF GUN WEDGES | 765-93-SB142 | 100 | BMP | 292 | 130 | 19 |
| 96 | WRENCH, 100*110 TRACK ADJUSTING MECH | 765-93-289 | 100 | BMP | 295 | 130 | 22 |
| 97 | WRENCH, 5,5-7MH-5S48-64 | 7811-0002 | 100 | BMP | 296 | 130 | 23 |
| 98 | WRENCH, 27*32 | 765-93-193 | 100 | BMP | 295 | 130 | 24 |
| 99 | GREASE GUN, PLUNGER-TYPE OF CONSISTENT GREASE | 748-27-SB100 | 100 | BMP | 294 | 132 | 4 |
| 100 | LUBRICATION GUN, | 700-77-SB268 | 100 | BMP | 294 | 132 | 7 |
| 101 | EXTENSION, FUNNEL FOR FILLING OF OIL IN GEAR BOX | 765-93-SB175 | 100 | BMP | 293 | 132 | 13 |
| 102 | WIRE ROPE, TOWING | 765-93-SB195 | 200 | BMP | 293 | 134 | 4 |
| 103 | AIR FILTER | TU-218-K | 30 | BMP | 401 | 223.1 | 138 |
| 104 | RETURN VALVE | TU-674-600/B-K | 100 | BMP | 401 | 223.1 | 139 |
| 105 | TRANFER VALVE | TU-24,7-39S-70 | 50 | BMP | 401 | 223.2 | 140 |
| 106 | REDUCER | TU-669.300M-14-K | 50 | BMP | 401 | 223.2 | 142 |
| 107 | TRANFER VALVE | TU-12-44-39S-75 | 40 | BMP | 406 | 225.1 | 150 |
| 108 | CONTACTOR | 3006-000 | 30 | BMP | 429 | 235.9 | 37 |
| 109 | RELAY BOX | 5-700-76-SB955 | 50 | BMP | 429 | 235.9 | 44 |
| 110 | RELAY BOX | KR-65-000-TU | 30 | BMP | 429 | 235.5 | 45 |
| 111 | THERMOREGULATOR | TU-3-990-74 | 50 | BMP | 429 | 235.6 | 48 |
| 112 | BOTTLE | 5-765-87-SB156 | 250 | BMP | 478 | 260 | 1-13 |
| 113 | TUBE | 765-93-SB304 | 100 | BMP | 556 | 303.1 | 25 |
| 114 | FRONT SPANNER 10*12 | 765-93-431 OR 701-85-398 | 100 | BMP | 560 | 303.1 | 99 |
| 115 | GAUGE | 765-93-SB208 | 100 | BMP | 558 | 303.2 | 43 |
| 116 | SPECIAL SPANNER S-14 | 765-100-212 | 100 | BMP | 559 | 303.2 | 55 |
| 117 | GAUGE | 765-93-SB207 OR 865-93-SB6759 | 100 | BMP | 560 | 303.2 | 95 |
| 118 | DEVICE, TRACK REMOVAL | 865-93-SB6396 | 200 | BMP | 556 | 303.2 | 28/1-11 |
| 119 | REMOVER, TRACK LINK | 765-93-SB170 | 100 | BMP | 556 | 303.2 | 29/1-9 |
| 120 | 1 ST AND REVERS GEAR LOCK SPRING | 154-08-068 | 25 | VT-55 | 45 | 46 | 91 |

4 of 11

Ghanem-00072443-0004

Ghanem_Sentencing_00000611

R F Q # 2 / MC / EST / 2015-2016

| NO | ITEM NAME | PART NO | REQ | CATALOG | PAGE | FIG | ITEM |
|----|-----------|---------|-----|---------|------|-----|------|
| 121 | COMPLETE REDUCTION WITH DRIVE | 19-40-0015-2 | 20 | VT-55 | 270 | 244-259 | 1-213 |
| 122 | LEVER WITH SHAFT | 19-40-0025 | 10 | VT-55 | 270 | 246 | 2-2a |
| 123 | DRIVE SHAFT | 19-40-025-4 | 10 | VT-55 | 270 | 246 | 7 |
| 124 | GEAR | 940-003-2A | 10 | VT-55 | 270 | 246 | 8 |
| 125 | CLAW CLUTCH | 19-40-023-1 | 10 | VT-55 | 270 | 247 | 9 |
| 126 | SLEEVE | 19-40-026-2 | 20 | VT-56 | 270 | 247 | 11 |
| 127 | CLAW CLUTCH | 19-40-037 | 10 | VT-55 | 270 | 247 | 15 |
| 128 | NUT | 19-40-160 | 50 | VT-55 | 270 | 247 | 19 |
| 129 | BEVEL GEAR | 19-40-024 | 10 | VT-55 | 270 | 248 | 21 |
| 130 | DISTANCE RING | 940-023 | 20 | VT-55 | 270 | 248 | 22 |
| 131 | LOCKING PIECE | 940-028 | 20 | VT-55 | 270 | 248 | 23 |
| 132 | NUT | 940-029 | 50 | VT-55 | 270 | 249 | 24 |
| 133 | SLEEVE FORK | 940-040 | 20 | VT-55 | 270 | 249 | 28 |
| 134 | SLEEVE | 19-40-028-1 | 20 | VT-55 | 271 | 249 | 34 |
| 135 | BEVEL GEAR | 19-40-005-2 | 10 | VT-55 | 271 | 250 | 40 |
| 136 | BEARING BUSH | 19-40-006 | 10 | VT-55 | 271 | 250 | 41 |
| 137 | SPLIT RING | 19-40-047 | 20 | VT-55 | 271 | 250 | 47 |
| 138 | LEVER | 19-40-154 | 20 | VT-55 | 271 | 251 | 50 |
| 139 | LEVER WITH SHAFT | 19-40-0215 | 10 | VT-55 | 271 | 251 | 53 |
| 140 | ADJUSTING RING | 19-40-010 | 10 | VT-55 | 271 | 257 | 45 |
| 141 | PACKING | 19-40-011 | 10 | VT-55 | 271 | 257 | 46 |
| 142 | CONTROL RING | 19-40-019 | 10 | VT-55 | 271 | 257 | 51 |
| 143 | WASHER | 19-40-046 | 50 | VT-55 | 271 | 257 | 44 |
| 144 | INTERMEDIUN GEAR | 19-40-059-1 | 10 | VT-55 | 272 | 252 | 63 |
| 145 | SHAFT | 19-40-118 | 10 | VT-55 | 272 | 255 | 180 |
| 146 | NUT | 19-40-138-1 | 50 | VT-55 | 272 | 256 | 197 |
| 147 | CONTROL LEVER | 19-40-153 | 20 | VT-56 | 272 | 256 | 208 |
| 148 | BOLT | 154-40-062-5 | 25 | VT-55 | 273 | 245 | 83 |
| 149 | FLANGE | 19-40-086 | 10 | VT-55 | 274 | 254 | 115 |
| 150 | BODY | 19-40-114 | 10 | VT-55 | 276 | 254 | 170 |

5 of 11

00074557
Ghanem-00072443-0005

Ghanem_Sentencing_00000612

R F Q # 2 / MC / EST / 2015-2016

| NO | ITEM NAME | PART_NO | REQ | CATALOG | PAGE | FIG | ITEM |
|----|-----------|---------|-----|---------|------|-----|------|
| 151 | RING | 19-40-117 | 50 | VT-55 | 276 | 259 | 179 |
| 152 | REEL ON CYLINDER OF MAIN POWER WINCH | 19-50-075 | 10 | VT-55 | 289 | 289 | 16a-37 |
| 153 | CYLINDER EASY | 19-50-04512 | 10 | VT-55 | 289 | 275 | 1 |
| 154 | GENERATOR | PGS2Z-14A | 5 | SHILKA | 328 | 100 | 1 |
| 155 | GENERATOR | 575-20-10-011-B | 15 | SHILKA | 328 | 100 | 10 |
| 156 | EJECTOR | 575-10-31-001-G | 20 | SHILKA | 37 | 8 | 27 |
| 157 | EXHAUST TUBE | 575-10-31-015 | 500 | SHILKA | 37 | 8 | 38 |
| 158 | EXHAUST TUBE | 575-10-31-008-B | 500 | SHILKA | 37 | 8 | 34 |
| 159 | RADIATOR, WATER | 730-03-5B133A | 25 | SHILKA | 37 | 8 | 39 |
| 160 | VALVE | 575-10-40-231 | 100 | SHILKA | 43 | 9 | 21 |
| 161 | VALVE | 575-10-40-233 | 100 | SHILKA | 43 | 9 | 42 |
| 162 | FUEL TANK SMALL | 740-04-5B103 | 100 | BK | 13 | 3 | 11 |
| 163 | FUEL TANK LARGE | 740-04-5B104-2 | 100 | BK | 13 | 3 | 18 |
| 164 | SCREEN FILTER | 740-06-5B141 | 500 | BK | 21 | 6 | 7 |
| 165 | COLLAR | 740-15-14 | 100 | BK | 54 | 19 | 17 |
| 166 | THRA B COOPE | 740-17-5B237 | 50 | BK | 68 | 25 | 16 |
| 167 | BAAИK B COOPE | 740-17-5B238 | 50 | BK | 68 | 25 | 17 |
| 168 | THRA B COOPE | 740-17-5B242 | 50 | BK | 68 | 25 | 13 |
| 169 | CONTROL LEVER BLOCK RIGHT | 740-17-5B263-2 | 50 | BK | 83 | 26 | -- |
| 170 | CONTROL LEVER BLOCK LEFT | 740-17-5B264-2 | 50 | BK | 83 | 26 | -- |
| 171 | LEVER HANDLE | 740-17-416 | 50 | BK | 83 | 26 | 30 |
| 172 | DRIVER SEAT | 740-18-5B1 | 50 | BK | 85 | 28 | -- |
| 173 | GEAR SHIFT GATE | 740-19-5B-1 | 50 | BK | 87 | 29 | -- |
| 174 | LST AND RAVERSE SPEED | 740-19-27 | 50 | BK | 89 | 29 | 32 |
| 175 | RIGHT TUBE ASSY | 740-28-116A | 50 | BK | 114 | 42 | 2 |
| 176 | STRIKER | 740-33-76 | 50 | BK | 133 | 47 | 20 |
| 177 | Track link, asay, | 740-35-5B103 | 20000 | BK | 133 | 48 | 1 |
| 178 | PIN | 740-35-3-1 | 20000 | BK | 133 | 48 | 2 |
| 179 | AXLE | 740-47-190 | 50 | BK | 139 | 52 | 6 |
| 180 | ANTI SURGE VANE | 740-47-5B135-2 | 75 | BK | 139 | 52 | 8 |

6 of 11

00074557

Ghanem-00072443-0006

R F Q # 2 / MC / EST / 2015-2016

| NO | ITEM_NAME | PART_NO | REQ | CATALOG | PAGE | FIG | ITEM |
|---|---|---|---|---|---|---|---|
| 181 | TORISON BAR | 740-49-31 | 50 | BK | 146 | 57 | 5 |
| 182 | COCK | 740-50-SB226 | 50 | BK | 150 | 58 | 1 |
| 183 | TOWING HOOK | 740-50-231 | 50 | BK | 150 | 58 | 26 |
| 184 | LATCH | 740-50-623 | 100 | BK | 151 | 58 | 20 |
| 185 | SPRING | 740-50-625 | 100 | BK | 151 | 58 | 19 |
| 186 | STOP ASSY | 750-50-122SB | 100 | BK | 153 | 59A | 15 |
| 187 | HANDLE | 750-50-085 | 100 | BK | 158 | 59B | 1 |
| 188 | PIN | 740-50-082 | 100 | BK | 158 | 59B | 4 |
| 189 | TORISON BAR | 750-50-78 | 50 | BK | 158 | 59B | 12 |
| 190 | Hook 1'or tOrlling gun. | 750-50-375 | 50 | BK | 152 | 59 | 24 |
| 191 | TORISON | 750-61-145 | 50 | BK | 183 | 71 | 3 |
| 192 | LOCK | 750-61-150 | 50 | BK | 183 | 71 | 8 |
| 193 | TACHOMETER GENERATOR | 740-80-SB159 | 50 | BK | 193 | 82 | 24 |
| 194 | HEAD LAMP WITH BREAK | 740-82-SB-182 | 200 | BK | 216 | 88 | 23 |
| 195 | SPECIAL WRENCH, S-60 | 740-93-397 | 200 | BK&OT-62 | 249 | 101 | 9 |
| 196 | WRENCH FOR TRACK ADJUSTMENT | 740-93-81 | 200 | BK&OT-62 | 245 | 101 | 17 |
| 197 | WRENCH FOR TRACK ADJUSTMENT | 740-93-82 | 200 | BK&OT-62 | 245 | 101 | 16 |
| 198 | WRENCH FOR SHAFTS, | NT-180 | 200 | BK&OT-62 | 250 | 101 | 26 |
| 199 | WRENCH FOR ROAD WHEEL NUT | 740-93-229 | 200 | BK&OT-62 | 247 | 101 | 33 |
| 200 | WRENCH FOR DRAINING OIL AND FUEL | 740-93-SB236-1 | 200 | BK&OT-62 | 244 | 101 | 34 |
| 201 | SPECIAL WRENCH S=17 | 740-93-SB131 | 100 | BK&OT-62 | 240 | 101 | 40 |
| 202 | SPECIAL WRENCH S=14 | 740-93-SB140 | 100 | BK&OT-62 | 240 | 101 | 41 |
| 203 | WRENCH FOR HATCH DOORS | 740-93-SB270 | 200 | BK&OT-62 | 244 | 101 | 42 |
| 204 | TOWING ROPE | 740-93-SB104 | 200 | BK&OT-62 | 239 | 102 | 7 |
| 205 | PIN, ASSY | 740-93-SB128 | 200 | BK&OT-62 | 240 | 102 | 10 |
| 206 | THIMBLE FOR TOWING ROPE | 740-93-91 | 200 | BK&OT-62 | 246 | 102 | 11 |
| 207 | Hand pump RNA-1A | 54-05-004A | 100 | OT-62 | 21 | 10 | 1-15 |
| 208 | Joint nange | 800-10-002 | 50 | OT-62 | 51 | 25/1 | 11 |
| 209 | Ventilator shaft | 800-10-021S | 50 | OT-62 | 54 | 27.1 | 1/1-2 |
| 210 | Holder | 800-12-031-1 | 100 | OT-62 | 62 | 28.5 | 55 |

7 of 11

00074557

Ghanem-00072443-0007

Ghanem_Sentencing_00000614

R F Q # 2 / MC / EST / 2015-2016

| NO | ITEM_NAME | PART_NO | REQ | CATALOG | PAGE | FIG | ITEM |
|---|---|---|---|---|---|---|---|
| 211 | Suspension eye | 800-12-256 | 100 | OT-62 | 67 | 28.6 | 180 |
| 212 | Indicator | 800-12-242 | 100 | OT-62 | 64 | 28.6 | 97 |
| 213 | Castle nut M 16 | 800-12-309 | 200 | OT-62 | 67 | 28.6 | 174 |
| 214 | 800-17-231 Spring | 800-17-231S | 100 | OT-62 | 123 | 55 | 3/4 |
| 215 | Draw-bar assembly | 800-17-044 S-1 | 100 | OT-62 | 130 | 58 | 2 |
| 216 | Draw-bar assembly | 800-17-066 S-1 | 100 | OT-62 | 152 | 68 | 12 |
| 217 | Left lever assembly | 800-17-309S | 100 | OT-62 | 156 | 69 | 1 |
| 218 | Complete parts for assembly of ]driver seat | 800-18-201S | 50 | OT-62 | 163 | 71 | 1-20 |
| 219 | Complete driver seat | 800-18-202S | 50 | OT-62 | 163 | 71 | 1 |
| 220 | Complete speedometer wi th drive | 800-20-5B1-2 | 100 | OT-62 | 175 | 76 | 1-18 |
| 221 | Finger | 740-32-5-1 | 100 | OT-62 | 231 | 105 | 7 |
| 222 | Shaft | 740-32-6-2 | 100 | OT-62 | 231 | 105 | 8 |
| 223 | Valve plug | 800-32-10 | 50 | OT-62 | 231 | 105 | 9 |
| 224 | Packing piece | 740-33-25 | 100 | OT-62 | 236 | 107 | 16 |
| 225 | Spring collar | 740-33-57 | 100 | OT-62 | 236 | 107 | 20 |
| 226 | Assembly of nozzle body | 800K-38-002S | 50 | OT-62 | 239 | 109 | 2 |
| 227 | Complete hose L=2800 mm | 800K-38-003S | 50 | OT-62 | 239 | 109 | 3/1-3 |
| 228 | Complete hose L=1690 ll"m | 800K-38-004S | 50 | OT-62 | 239 | 109 | 4/1-5 |
| 229 | Breakwater | 800-47-135 S-1B | 50 | OT-62 | 250 | 115.2 | 4 |
| 230 | Right reinforcement | 740-47-214 | 100 | OT-62 | 251 | 115.2 | 35 |
| 231 | Lett | 740-47-215 | 100 | OT-62 | 251 | 115.2 | 36 |
| 232 | Stop | 740-49-40 | 100 | OT-62 | 259 | 120 | 11 |
| 233 | Spring of handle | 800-50-048 | 100 | OT-62 | 281 | 124 | 1/18 |
| 234 | Handle of lockV | 800-50-049 | 100 | OT-62 | 280 | 124 | 1/20 |
| 235 | Latch of lock | 4-30-134 | 100 | OT-62 | 280 | 124 | 1/12 |
| 236 | Closure lever | 800-50-058 | 100 | OT-62 | 281 | 124 | 2/1 |
| 237 | Buffer | 5-30-271 | 100 | OT-62 | 281 | 124 | 3/3 |
| 238 | La tch of lock | 800-50-358 | 100 | OT-62 | 286 | 127 | 2/7/1 |
| 239 | Eush complete | 800-50-528 S | 50 | OT-62 | 292 | 129 | 2 |
| 240 | Supporting tube | 800-50-428 | 50 | OT-62 | 318 | 151 | 1 |

8 of 11

Ghanem-00072443-0008

Ghanem_Sentencing_00000615

R F Q # 2 / MC / EST / 2015-2016

| NO | ITEM NAME | PART_NO | REQ | CATALOG | PAGE | FIG | ITEM |
|---|---|---|---|---|---|---|---|
| 241 | Latch | 800-50-164 | 100 | OT-62 | 212 | 212 | 4 |
| 242 | BOTTLE | 740-87-58128-1 | 1000 | OT-62 | 489 | 278 | 1-14 |
| 243 | SPECIAL SPANNER | 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 | 100 | OT-62 | 637 | 324.1 | 1 |
| 244 | SPECIAL SPANNER S=60 | 800-93-020-1 | 100 | OT-62 | 643 | 324.4 | 83 |
| 245 | HOOK WRENCH 52*55 | DIN 1810 | 100 | OT-62 | 644 | 324.4 | 95 |
| 247 | Electropivot 27/5 - VKU adaption | 800-101-7545 | 20 | OT-62 | 725 | 364 | 9 |
| 246 | BOX | 800-101-8035 | 20 | OT-62 | 726 | 365.1 | 2 |
| 248 | Complete sleeve | 800-101-8915 | 100 | OT-62 | 727 | 365.1 | 7 |
| 249 | Terminal box | 800-101-1115 | 50 | OT-62 | 733 | 365.1 | 89 |
| 250 | REMOTE CONTROL ROPE | 50M-1321-070 | 50 | UP GRADE B K | | | |
| 251 | REMOTE CONTROL ROPE | 50M-1321-080 | 50 | UP GRADE B K | | | |
| 252 | REGULATING EQUIPMENT UNIT | 50M-1400004 | 20 | UP GRADE B K | | | |
| 253 | piston pin | 304-10-2 | 300 | UTD_20 | 24 | 8 | 4 |
| 254 | stopper | 20-04-07 | 600 | UTD_20 | 24 | 8 | 5 |
| 255 | MECHANICAL,FUEL PUMP | 5820-32-00-4 | 30 | UTD_20 | 98 | 36 | 31 |
| 256 | GASKET | 20-27-293 | 50 | UTD_20 | 101 | 36 | 32 |
| 257 | Gasket ( for tachometer generator ) | 308-146 | 50 | UTD_20 | 91 | | |
| 258 | JACKET, cylinder | 303-06-10 or 303-06-06-10A | 500 | V12_ENG | 15 | 11 | |
| 259 | PIN, piston | 304-10-2 | 500 | V12_ENG | 17 | 12 | |
| 260 | BUSHING, setting | 305-21 | 200 | V12_ENG | 19 | 15 | |
| 261 | SPLINED COUPLING | 3308-235 | 100 | V12_ENG | 22 | 30 | |
| 262 | BUSHING, inclined shaft | 306-75-3 | 300 | V12_ENG | 24 | 19 | |
| 263 | CAMSHAFT, intake | 307-06-4 | 300 | V12_ENG | 30 | 26 | |
| 264 | CAMSHAFT, exhaust | 307-15-3 | 150 | V12_ENG | 30 | 26 | |
| 265 | CASE, seal, assy | 3308-261 | 200 | V12_ENG | 34 | 30 | |
| 266 | BUSHING | 3308-246-1 | 100 | V12_ENG | 34 | 28 | |
| 267 | BUSHING SPLINED | 3308-233 | 50 | V12_ENG | 34 | 31 | |
| 268 | RETAINER SPRING | 3308-236 | 100 | V12_ENG | 34 | 30 | |
| 269 | SPRING | 3308-237 | 100 | V12_ENG | 34 | 30 | |
| 270 | PUMP ELEMENT | 58327-07-1 | 500 | V12_ENG | 46 | 54 | |

9 of 11

00074557

Ghanem-00072443-0009

Ghanem_Sentencing_00000616

R F Q # 2 / MC / EST / 2015-2016

| NO | ITEM_NAME | PART_NO | REQ | CATALOG | PAGE | FIG | ITEM |
|----|-----------|---------|-----|---------|------|-----|------|
| 271 | MANFOLD, intake, left | SB419-06-5 | 50 | V12_ENG | 56 | 44 | |
| 272 | GASKET | 327-126 | 300 | V12_ENG | 71 | 52 | |
| 273 | stud | 350-02 | 1000 | V12_ENG | 91 | 68 | |
| 274 | stud | 350-03 | 1000 | V12_ENG | 91 | 68 | |
| 275 | stud | 350-24 | 1000 | V12_ENG | 91 | 69 | |
| 276 | BOLT, crankpin plug | 356-84 | 200 | V12_ENG | 106 | 83 | |
| 277 | WATER PUMP | SB511T-00-21A | 50 | V6_ENG | 38 | 27 | 1-55 |
| 278 | COMPLETE INJECTION VALVE | 800-S317-00-1A/1B | 500 | V6_ENG | 49 | 35 | |
| 279 | TUBE OF OIL SUPPLY TO CAM SHAFT | 800-520T-32-1 | 50 | V6_ENG | 53 | 37 | |
| 280 | TUBE FROM CLEANER FILTER TO TD | 800-520T-01-51 | 50 | V6_ENG | 55 | 39 | 31 |
| 281 | TUBE | 800-521-001S | 50 | V6_ENG | 59 | 42 | 12 |
| 282 | INJECTION TUBE | 800-523T-02S | 50 | V6_ENG | 44 | 44 | 8 |
| 283 | INJECTION TUBE | 800-523T-03S | 50 | V6_ENG | 44 | 44 | |
| 284 | INJECTION TUBE | 800-523T-04S | 50 | V6_ENG | 44 | 44 | |
| 285 | INJECTION TUBE | 800-523T-05S | 50 | V6_ENG | 44 | 44 | |
| 286 | INJECTION TUBE | 800-523T-06S | 50 | V6_ENG | 44 | 44 | |
| 287 | ENGINE A-650-1 | 650-01-SB130 | 20 | ATC-59 | 15 | 10 | |
| 288 | PAD, LOWER, FRONT | 650-01-SB102 | 100 | ATC-59 | 15 | 1671 | |
| 289 | CLEANER, AIR, ASSY. | 650-05-SB139 | 40 | ATC-59 | 49 | 100 | |
| 290 | GEARBOX, ASSY | 650-12-SB5 | 25 | ATC-59 | 133 | 317 | |
| 291 | DRUM, ASSY | 650-14-SB113 | 50 | ATC-59 | 160 | 385 | |
| 292 | COVER | 650-14-78 | 50 | ATC-59 | 161 | 396 | |
| 293 | FLANGE | 650-14-79 | 50 | ATC-59 | 161 | 397 | |
| 294 | SECTOR, FRICTION, LINING | 650-14-138 | 2000 | ATC-59 | 161 | 1777 | |
| 295 | PIPE ASSY | 650-15-SB112 | 50 | ATC-59 | 178 | 408 | |
| 296 | PIPE ASSY | 650-15-SB135 | 50 | ATC-59 | 180 | 412 | |
| 297 | PIPE ASSY | 650-15-SB143 | 50 | ATC-59 | 180 | 415 | |
| 298 | PLUG | 650-21-31 | 50 | ATC-59 | 251 | 1998 | |
| 299 | PIPE ASSY | 650-21-SB241 | 50 | ATC-59 | 274 | 626 | |
| 300 | WEEL ROAD RIGHT HAND ASSY | 650-24-SB153 | 50 | ATC-59 | 326 | 812 | |

10 of 11

Ghanem-00072443-0010

Ghanem_Sentencing_00000617

R F Q # 2 / MC / EST / 2015-2016

| NO. | ITEM NAME | PART NO. | REQ | CATALOG | PAGE | FIG | ITEM |
|---|---|---|---|---|---|---|---|
| 301 | GASKET | 650-29-286 | 100 | ATC-59 | 371 | 1721 | |
| 302 | STRIP GLASS | 650-29-487 | 100 | ATC-59 | 371 | 1691 | |
| 303 | STREP EDGING | 650-29-488 | 100 | ATC-59 | 371 | 1692 | |
| 304 | SAPPORT ST | 650-31-SB291 | 50 | ATC-59 | 417 | 1056 | |
| 305 | SWITCH , TYPE B-45M | 650-35-SB163 | 100 | ATC-59 | 468 | 1214 | |
| 306 | UNIT CABEL | 650-35-SB424 | 50 | ATC-59 | 470 | 1263 | |
| 307 | VOLTAMME | 712-10-K278 | 50 | ATC-59 | 502 | 1262 | |
| 308 | ROPE, WIRE, ASSY | 712-27-SB137 | 200 | ATC-59 | | 1410 | |
| 309 | SHACKLE, TOWING ASSY | 712-27-SB183 | 200 | ATC-59 | | 1412 | |
| 310 | EJECTOR, RIGHT | 668-07-SB104 | 50 | ATC-G | | 105 | |
| 311 | EJECTOR, LEFT | 668-07-SB105 | 50 | ATC-G | | 106 | |
| 312 | PANEL ASSY | 668-35-SB135 | 20 | ATC-G | 595 | 1324 | |
| 313 | SET PANEL WIRES | 668-35-SB147 | 100 | ATC-G | 599 | 1328 | |
| 314 | PISTON RING OF THE 1 ST.STEP | AK150-017 | 1000 | AK-150S COMP | | T-3 | 3 |
| 315 | PISTON RING OF THE 2 nd.STEP | AK150-018 | 1500 | AK-150S COMP | | T-3 | 4 |
| 316 | SCRAPER RING | AK150-019 | 1000 | AK-150S COMP | | T-3 | 5 |
| 317 | PISTON RING OF THE 3rd.STEP | AK150-020 | 1000 | AK-150S COMP | | T-4 | 3 |
| 318 | PISTON RING | AK150-021 | 1500 | AK-150S COMP | | T-4 | 4 |
| 319 | SCRAPER RING | AK150-022 | 1000 | AK-150S COMP | | T-4 | 5 |
| 320 | SCRAPER RING | AK150-071 | 1000 | AK-150S COMP | | T-4 | 6 |

11 of 11

00074557

Ghanem-00072443-0011

### RFQ Data:

**RFQ No.:**

| Washington | | London | 159 | Paris | 151 | Berlin | 195 | Rome | 158 |
|---|---|---|---|---|---|---|---|---|---|
| Pyongyang | | Tokyo | | Madrid | 134 | Pretoria | | Prague | 132 |
| Bucharest | 124 | Beijing | | Seoul | | New Delhi | | Ankara | |
| Islam Abad | | Moscow | 135 | Athens | 81 | Brasilia | | Abu Dhabi | 110 |
| Rabat | | Riyadh | | | | | | | |

| | |
|---|---|
| **Issuance date:** | 08/10/2015 |
| **Closing date:** | 25/11/2015 |

Ghanem-00072443-0012

Ghanem_Sentencing_00000619

CASE NO. __CR 15-0704 (A)-SJO__
_____UNITED STATES OF AMERICA_____
VS. _____GHANEM_____

PLAINTIFF'S EXHIBIT ____643____

DATE _____IDEN.

DATE_____EVID.

BY _____
_____DEPUTY CLERK
AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|---|---|
| Sent: | Thursday, October 22, 2015 7:07 AM |
| To: | Alexei Alexei <office.hartford@gmail.com> |
| Cc: | Bill Grigor <office.gb.defence@gmail.com> |
| Subject: | FW: RFQs Rifle calibre |
| Attach: | 166.pdf; 175.pdf |

For Egypt

*Rami Ghanem*

*Gateway to MENA. (GTM)*

Egypt Office
Complex 133, Building 7, Apartment 32
Al Rehab City, Cairo  Egypt
Iternational #:  +37282432246
Telephone# 00201127999552
Jordan Office

Tel: 962 6 5685624
Fax: 962 6 5685625
ramithe@gmail.com  or  rami@caravaname.com
US Telephone: 772 675-4363   Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct or notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

Ghanem-00072443

# RFQ

## REQUEST FOR QUOTATION

QUOTATION REQUEST FOR:

> **ASSAULT RIFLE CALIBER 5.56 X 45 MM FULLY AUTOMATIC INCLUDE THE PICATINNY RAIL ADAPTER AND MAGAZINE SET ( 4/30 ROUND MAGAZINES WITH CONNECTOR ), RED DOT SIGHT , TACTICAL LASER AIMING AND TACTICAL LIGHT ILLUMINATOR**

THIS (RFQ) CONSISTS OF:

SECTION 1: GENERAL CONDITIONS

SECTION 2: TECHNICAL SPECIFICATIONS

SIGNATURE (                    )

*MAJ. GEN STAFF / ROSHDY ABDELHAMID ABDELAZIZ*

*DIRECTOR OF ARMAMENT & AMMUNITION DEPARTMENT*

## SECTION 1
## GENERAL CONDITIONS

### 1.1 - SUBJECT:

A.R.E invites the recognized manufacturers to bid for supplying egyptian army with: assault rifle caliber 5.56 x 45 mm fully automatic include the picatinny and magazine set ( 4/30 round magazines with connector ), red dot sight, tactical laser aiming and tactical light illuminator in accordance with the following scope and requirements.

### 1.2- SCOPE:

This request for quotation (RFQ) to provide the Government of EGYPT (GOE) with : assault rifle caliber 5.56 x 45 mm fully automatic include the picatinny and magazine set ( 4/30 round magazines with connector ), red dot sight, tactical laser aiming and tactical light illuminator according to the list of the required items as per SECTION 2 (Brand New) .

### 1.3-GENERAL CONDITIONS:

1.3.1 - The offered weapons must be in conformity with specifications in section 2.

1.3.2 - The quotation should include the following:

1.3.2.1- Full technical and tactical specification of assault rifle caliber 5.56 x 45 mm fully automatic include the picatinny and magazine set ( 4/30 round magazines with connector ), red dot sight, tactical laser aiming and tactical light illuminator according to military specifications.

1.3.2.2 - Year of production of the offered weapon.

1.3.2.3 - Time of delivery.

1.4 - Assault rifle caliber 5.56 x 45 mm fully automatic include the picatinny and magazine set ( 4/30 round magazines with connector ), red dot sight, tactical laser aiming and tactical light illuminator should be manufactured According to a military standard.

### 1.5 - MECHANICAL CONDITIONS:

Assault rifle caliber 5.56 x 45 mm fully automatic include the picatinny and magazine set ( 4/30 round magazines with connector ), red dot sight, tactical laser aiming and tactical light illuminator should withstand all tests (Environmental – Safety – Performance – Firing …etc) according to a military standard. Test Procedures for the weapon should be stated.

1.6 - The quotation should be submitted in original and three copies in English language and should be Valid for at least 6 months after closing date.

1.7- The delivery should be within 6 months after signing the contract.

1.8 - Closing date is:   /   /

1.9- Contracting articles: ASSAULT RIFLE CALIBER 5.56 X 45 mm FULLY AUTOMATIC WITH ACCESSORIES.

1.9.1- Delivery: the supplier undertakes to supply   FCA.

1.9.2- Warranty: A warranty against any defects for all supplying items should be offered.

**1.10 - REQUIREMENTS:**

**1.10.1-** Operating temperature:  -10 to + 55 deg. centigrade.

**1.10.2-** Corrosion:  The supplier should certify that the materials, processes, coating and finishes used in the weapon resist corrosion in conformity with military standards. The supplier should state accepting treatment of any rusty items, during 5 years period of normal operation, on his expense.

## 1.11 - DOCUMENTATION:

**1.11.1 -** Technical manuals.

**1.11.2 -** Maintenance and operation documents.

**1.11.3 –** Test and repair documents.

**1.11.4 –** A copy of the MIL. STD. of testing (Environmental – Safety – Performance - Firing.....etc) of the required weapons and its main components including the evaluation criteria.

## 1.12 – TRAINING :

No training for Assault rifle caliber 5.56 x 45 mm fully automatic include the picatinny and magazine set ( 4/30 round magazines with connector ), red dot sigh, tactical laser aiming and tactical light illuminator is required

## 1.13 – INSPECTION:

**1.12.1 -** Inspection should be witnessed by (3) Egyptian representatives for (7) days at the company site.

**1.12.2 -** Inspection must be according to the military standard including test and firing for (Environmental – Safety – Performance - Firing …etc).

## 1.14 – CERTIFICATE OF ORIGIN:

Certificate of **OEM** "Original Equipment Manufacturer" **MUST** be submitted for all contracted items.

## 1.15 - SPARE PARTS:

A Guarantee of Continuous Supply with Logistic Support (spare parts) for at least 10 Years .

## 1.16 - TAXES & DUTIES:

All due charges at the seller country will be born by the seller & in-country charges will be born by the buyers.

Payments: according to contracting terms.

## SECTION 2
## TECHNICAL SPECIFICATIONS FOR
## ASSAULT RIFLE  CALIBER 5.56 X 45 MM FULLY AUTOMATIC  INCLUDE THE PICATINNY RAIL ADAPTER AND   MAGAZINE SET ( 4/30 ROUND MAGAZINES WITH CONNECTOR ), RED DOT SIGHT , TACTICAL LASER AIMING AND TACTICAL LIGHT  ILLUMINATOR

2.1 - SCOPE :

This request for quotation (RFQ) to provide the Government of EGYPT (GOE) with  Assault rifle  caliber 5.56 x 45 mm fully automatic  include the picatinny rail adapter and   magazine set ( 4/30 round magazines with connector ), red dot sight , tactical laser aiming and tactical light  illuminator(Brand New).

## 2.2 - PRODUCT QUANTITIES:

| NO. | DESCRIPTION | QTY. |
|---|---|---|
| 1 | Assault rifle  caliber 5.56 x 45 mm fully automatic  include the picatinny rail adapter and    magazine set ( 4-30 round magazines with connector | 280 |
| 2 | Red dot sight | 280 |
| 3 | Tactical  LASER  aiming | 280 |
| 4 | Tactical light illuminator | 280 |
| 5 | Recommended spare parts list is required. | |
| 6 | Sample model  for all items must be  shipped to be  tested  and  accepted  as  acondition   to put the Contract in effect. | |

## 2.3- THE QUOTATION MUST INCLUDE THE FOLLOWING:

2.3.1- Specification Assault rifle  caliber 5.56 x 45 mm fully automatic  include the picatinny rail adapter and magazine set ( 4/30 round magazines with connector) as follows :

| No. | Data | SPECIFICATION |
|---|---|---|
| 1 | CALIBER | 5.56 X 45 |
| 2 | OPERATION | Fully Automatic |
| 3 | RATE OF FIRE | Not less than 900 r/min |
| 4 | TOTAL LENGTH WITH BUTT UNFOLDED | 85 CM |
| 5 | TOTAL LENGTH WITH BUTT FOLDED | 65 CM |
| 6 | WEIGHT (Without Magazine) | Not more than 3.50 kg |
| 7 | WEIGHT (With Magazine) | Not more than 5 kg |
| 8 | MUZELL VELOCITY | Not less than 940 m/second |
| 9 | EFFECTIVE RANG | Not less than  400 Meter |
| 10 | MAXIMUM RANG | Not less than 1500 Meter |
| 11 | NUMBER OF GROOVES | 6 |
| 12 | Firing modes | Single/Burst / Fully automatic |

2.3.2- Red dot sight for Assault rifle  caliber 5.56 x 45 mm fully automatic  shall conform to Military Standard  (Mil-STD-810F) and supported with the following specifications:

| No | Data | SPECIFICATION |
|---|---|---|
| 1 | AIMING DOT | 3.5 -7 MOA |
| 2 | DOT INTENSITY | Auto adjust and manual up to 4 settings |
| 3 | INTERFACE | Fits existing sight mounts |
| 4 | OPERATING TEMPERATURE | -40 ° to +55° |

2.3.3 Tactical Laser aiming module for Assault rifle  caliber 5.56 x 45 mm fully automatic  shall conform to Military Standard (Mil-STD-810F) and supported with the following specifications:

| No | Data | SPECIFICATION |
|---|---|---|
| 1 | LASER POWER / TYPE | 6mw IR (835nm) / 5mw visible (635nm) |
| 2 | BORESIGHT ADJUSTABLE | Must be exist |
| 3 | MOUNTING BRACKET | Interface mounts with different submachine mounts |
| 4 | ENVIRONMENTAL TESTS | According with military standard (MIL-STD-810F) |
| 5 | OPERATING TEMPERATURE | -40 ° to +55° |

2.3.4 Tactical ```light "illuminator" for Assault rifle  caliber 5.56 x 45 mm fully automatic  shall conform to Military Standard (Mil-STD-810F) and supported with up to 125 peak lumens / 1 hr runtime

# RFQ

## REQUEST FOR QUOTATION

QUOTATION REQUEST FOR:

FULLY AUTOMATIC PISTOL  Cal.9x19mm
COMPLETE WITH ACCESSORIES

THIS (RFQ) CONSISTS OF:

SECTION 1: GENERAL CONDITIONS

SECTION 2: TECHNICAL SPECIFICATIONS

SIGNATURE (      )

MAJ. GEN STAFF / ROSHDY ABDELHAMID ABDELAZIZ

DIRECTOR OF ARMAMENT & AMMUNITION DEPARTMENT

Ghanem-00072443-0006

## SECTION 1
## GENERAL CONDITIONS

### 1.1 - SUBJECT:

A.R.E invites the recognized manufacturers to bid for supplying egyptian army with: Fully automatic pistol cal.9x19mm complete with accessories in accordance with the following scope and requirements.

### 1.2- SCOPE:

This request for quotation (RFQ) to provide the Government of EGYPT (GOE)  with Fully automatic pistol cal.9x19mm complete with accessories (Brand  New) .

### 1.3-GENERAL CONDITIONS:

1.3.1 - The offered weapons must be in conformity with specifications in section 2.

#### 1.3.2 - The quotation should include the following:

1.3.2.1- Full technical and tactical specification of Fully automatic pistol cal.9x19 mm complete with accessories according to military specifications.

1.3.2.2 - Year of production of the offered weapon.

1.3.2.3 - Time of delivery.

1.4 - Fully automatic pistol cal.9x19mm complete with accessories should be manufactured according to a military standard, the military standard for this weapon should be specified.

### 1.5 - MECHANICAL CONDITIONS:

Fully automatic pistol cal.9x19mm complete with accessories should withstand all tests (Environmental – Safety – Performance – Firing …etc) according to a military standard. Test Procedures for the weapon should be stated.

1.6 - The quotation should be submitted in original and three copies in English language and should be Valid for at least 6 months after closing date.

1.7- The delivery should be within 6 months after signing the contract.

1.8 - Closing date is:    /   /

1.9-   Contracting   articles:   Fully   automatic   pistol   cal.9x19mm   complete with accessories.

1.9.1- Delivery: the supplier undertakes to supply   FCA.

1.9.2- Warranty: A warranty against any defects for all supplying items should be offered.

### 1.10 - REQUIREMENTS:

1.10.1- Operating temperature:  -10 to + 55 deg. centigrade.

1.10.2- Corrosion: The supplier should certify that the materials, processes, coating and finishes used in the weapon resist corrosion in conformity with military standards. The supplier should state accepting treatment of any rusty items, during 5 years period of normal operation, on his expense.

1.11 - <u>DOCUMENTATION:</u>
    1.11.1 - Technical manuals.
    1.11.2 – Maintenance and operation documents.
    1.11.3 - Test and repair documents.
    1.11.4 – A copy of the MIL. STD. of testing (Environmental – Safety – Performance - Firing.....etc) of the required weapons and its main components including the evaluation criteria.

1.12 – <u>TRAINING :</u>
No training for **Fully automatic pistol cal.9x19mm is required.**

1.13 – <u>INSPECTION:</u>
    1.12.1 - Inspection should be witnessed by **(2) Egyptian representatives for (7) days** at the company  site.
    1.12.2 - Inspection must be according to the **military standard** including test and firing for (Environmental – Safety – Performance - Firing ...etc).

1.14 – <u>CERTIFICATE OF ORIGIN:</u>
Certificate of **OEM** "Original Equipment Manufacturer" <u>MUST</u> be submitted for all contracted items.

1.15 – <u>SPARE PARTS:</u>
A Guarantee of Continuous Supply with Logistic Support (spare parts) for at least 10 Years .

1.16 – <u>TAXES & DUTIES:</u>
All due charges at the seller country will be born by the seller & in-country charges will be born by the buyers.
Payments: according to contracting terms.

Ghanem-00072443-0008

## SECTION 2
## TECHNICAL SPECIFICATIONS
### FOR
## FULLY AUTOMATIC PISTOL Cal.9x19mm COMPLETE
## WITH ACCESSORIES

2.1 - SCOPE :

This request for quotation (RFQ) to provide the Government of EGYPT (GOE) with **Fully automatic pistol cal.9x19mm** (Brand New).

2.2 - PRODUCT QUANTITY:

| NO. | DESCRIPTION | QTY. |
|-----|-------------|------|
| 1 | Fully automatic pistol cal.9x19mm complete with accessories | 65 |
| 2 | Waist hollister | 65 |
| 3 | Shoulder hollister | 65 |

GENERAL SPECIFICATIONS

| | |
|---|---|
| 1- Caliber: | 9x19mm. |
| 2 - Operation : | Fully Automatic/ Semi Automatic . |
| 3 - Rate of fire : | Not less than 800 r/min |
| 4 - Finish : | Black |
| 5- Weight (Without Magazine) : | Not more than 0.650 kg |
| 6-Magazine Capacity: | 19 Rounds / 33 Rounds |

| 4 | Recommended spare parts list is required. |
|---|---|
| 5 | Sample model for all items must be shipped to be tested and accepted as a condition to put the Contract in effect. |

Ghanem-00072443-0009

Ghanem_Sentencing_00000630

**RFQ Data:**

RFQ No.:

| Washington | 163 | London | | Paris | | Berlin | 171 | Rome | 142 |
|---|---|---|---|---|---|---|---|---|---|
| Pyongyang | | Tokyo | | Madrid | 117 | Pretoria | | Prague | 115 |
| Bucharest | 112 | Beijing | 120 | Seoul | | New Delhi | | Ankara | |
| Islam Abad | | Moscow | | Athens | | Brasilia | | Abu Dhabi | |
| Rabat | | Riyadh | | | | | | | |

| | |
|---|---|
| **Issuance date:** | 13/09/2015 |
| **Closing date:** | 31/10/2015 |

R F Q # 2 / MC / EST / 2015-2016

| NO | ITEM_NAME | PART_NO | REQ | CATALOG | PAGE | FIG | ITEM |
|----|-----------|---------|-----|---------|------|-----|------|
| 1 | ENGINE B-55 | 155-01-001-2 | 25 | T-55 | 1 | 1 | |
| 2 | RADIATOR | 155-02-15B-B | 50 | T-55 | 5 | 12 | |
| 3 | VALVE REDUCTION | 54-02-105B-1A | 300 | T-55 | 10 | 32 | |
| 4 | COCK, DISTRIBUTING, FUEL | 155-05-125B-A | 100 | T-55 | 35 | 221 | |
| 5 | GEAR DRIVING | 155-08-259 | 100 | T-55 | 88 | 428 | |
| 6 | BAR, TORSION COMPRESSOR | 155-08-291A | 200 | T-55 | 33 | 439 | |
| 7 | INDEX POINTER | 54-08-067 | 50 | T-55 | 80 | 507 | |
| 8 | BOLT LOW FRONT GEAR CASE | 54-08-094-4 | 75 | T-55 | 82 | 528 | |
| 9 | NUT BRAKE BAND | 54-10-030 | 200 | T-55 | 101 | 676 | |
| 10 | LEVER | 54-14-18-5 | 100 | T-55 | 109 | 751 | |
| 11 | WASHER TOOTHED | 54-16-023-1B | 100 | T-55 | 119 | 849 | |
| 12 | SHAFT ASSEMBLY | 155-19-305B | 50 | T-55 | 121 | 864 | |
| 13 | PIPE | 155-38-395B-5 | 100 | T-55 | 192 | 3094 | |
| 14 | PIPE | 155-38-475B-5A | 100 | T-55 | 192 | 3096 | |
| 15 | PIPE | 155-38-58SB | 100 | T-55 | 192 | 3099 | |
| 16 | PIPE | 155-38-615B-2 | 100 | T-55 | 192 | 3102 | |
| 17 | PIPE | 155-38-625B-2 | 100 | T-55 | 192 | 3103 | |
| 18 | PIPE | 155-38-725B | 100 | T-55 | 192 | 3106 | |
| 19 | PIPE | 155-38-73SB | 100 | T-55 | 192 | 3107 | |
| 20 | PIPE | 155-38-79SB-R | 100 | T-55 | 193 | 3113 | |
| 21 | VALVE REDUCING | 155-38-83SB | 500 | T-55 | 193 | 3115 | |
| 22 | PIPE | 155-38-85SB | 100 | T-55 | 193 | 3116 | |
| 23 | PIPE | 155-38-85BS-2 | 100 | T-55 | 193 | 3117 | |
| 24 | PIPE | 155-38-875B | 100 | T-55 | 193 | 3118 | |
| 25 | PIPE | 155-38-104SB | 100 | T-55 | 193 | 3119 | |
| 26 | PIPE | 155-38-105SB | 100 | T-55 | 193 | 3120 | |
| 27 | ADAPTER | 155-28-106-5B-A | 100 | T-55 | 193 | 3121 | |
| 28 | PIPE | 155-38-109SB-A | 100 | T-55 | 193 | 3122 | |
| 29 | PIPE | 155-38-111SB-A | 100 | T-55 | 193 | 3123 | |
| 30 | PIPE, W/SHOCK ABSORBER | 155-38-112SB-1 | 100 | T-55 | 193 | 3124 | |

1 of 11

00074442                                                                          Ghanem-00072443-0001

Ghanem_Sentencing_00000632

R F Q # 2 / MC / EST / 2015-2016

| NO | ITEM NAME | PART NO | REQ | CATALOG | PAGE | FIG | ITEM |
|---|---|---|---|---|---|---|---|
| 31 | VALVE | 155-38-057 | 100 | T-55 | 193 | 3126 | |
| 32 | PIPE | 155-38-128SB | 100 | T-55 | 193 | 3127 | |
| 33 | PIPE | 155-38-131SB-A | 100 | T-55 | 194 | 3130 | |
| 34 | SETTLER | 155-38-132SB | 50 | T-55 | 194 | 3131 | |
| 35 | PIPE | 155-38-134SB | 100 | T-55 | 194 | 3132 | |
| 36 | PIPE | 155-21-275B | 100 | T-55 | 194 | 3135 | |
| 37 | PIPE | 155-38-082-A | 100 | T-55 | 194 | 3141 | |
| 38 | PIPE | 155-38-133 | 100 | T-55 | 195 | 3149 | |
| 39 | GAUGE,PRESSURE,TYPE MT-1C, 250 kgf/cm2 | 155-38-269A | 100 | T-55 | 195 | 3159 | |
| 40 | UNIT, GEAR REDUCTION | 54-40SB-4A | 50 | T-55 | 200 | 3210 | |
| 41 | PLUG | 54-40-053 | 100 | T-55 | 201 | 3233 | |
| 42 | BUMPER ADJUSTING | 54-41-059 | 50 | T-55 | 203 | 3269 | |
| 43 | CYLINDER | 155-59-198SB-B | 1000 | T-55 | 217 | 3472 | |
| 44 | PUMP | 54-83-78SB-A | 20 | T-55 | 222 | 3556 | |
| 45 | BEARING BALL | 782726 | 100 | T-55 | 297 | 3624 | |
| 46 | ENGINE CLUTCH | 54-07SB-2 | 100 | T-62 | 35 | 389 | |
| 47 | GUN, GREASE, PLUNGER TYPE | 155-28-670SB | 200 | T-62 | 129 | 1899 | |
| 48 | ROPE, TOWING | 54-28-213SB-A | 200 | T-62 | 131 | 1942 | |
| 49 | SYRING, FOR KEROSENE, BLOWING OFF PIPES | 54-28-463SB | 100 | T-62 | 131 | 1950 | |
| 50 | WRENCH S = 27, SOCKET | 54-28-696SB-A | 100 | T-62 | 132 | 1964 | |
| 51 | GREASE GUN, SCREW-TYPE | 54-28-751SB | 100 | T-62 | 132 | 1967 | |
| 52 | HOSE, ASSEMBLY | 54-28-753SB | 100 | T-62 | 132 | 1969 | |
| 53 | LOOP, CONNECTING TOWING ROPES | 34-28-109SB-1 | 100 | T-62 | 133 | 1972 | |
| 54 | WRENCH 5.5-7 | 54-28-1658 | 100 | T-62 | 212 | 2038 | |
| 55 | RETAINER | 765-10-SB189 | 30 | BMP | 8 | 3 | 1 |
| 56 | GASKET | 765-10-SB662 | 50 | BMP | 8 | 3 | 62 |
| 57 | CYLINDER | 765-10-SB579 | 30 | BMP | 41 | 4 | 8 |
| 58 | CLEANER | 701-05-SB183 | 50 | BMP | 27 | 5.2 | 41 |
| 59 | RETAINER | 765-05-SB221 | 50 | BMP | 16 | 7 | 65 |
| 60 | GASKET | 765-06-458 | 200 | BMP | 19 | 7 | 21 |

2 of 11

00074442

Ghanem-00072443-0002

Ghanem_Sentencing_00000633

R F Q # 2 / MC / EST / 2015-2016

| NO | ITEM_NAME | PART_NO | REQ | CATALOG | PAGE | FIG | ITEM |
|---|---|---|---|---|---|---|---|
| 61 | COUPLING | 3320-142-1 | 200 | BMP | 20 | 7 | 51 |
| 62 | ASSEMBLY OF FILTER SECTION COVER | KV-SB05-35 | 200 | BMP | 17 | 8 | 5 |
| 63 | RING,SEALING | 903-01-85 | 300 | BMP | 28 | 10 | 22 |
| 64 | CASING | 765-06-SB306 | 30 | BMP | 25 | 10 | 46 |
| 65 | RING | 775-71-82 | 300 | BMP | 37 | 13 | 20 |
| 66 | STRAP | 765-10-455 | 200 | BMP | 35 | 13 | 47 |
| 67 | SPRING | 700-38-459 | 100 | BMP | 36 | 13 | 96 |
| 68 | LIMITER | 765-10-445 | 200 | BMP | 43 | 17 | 9 |
| 69 | RING | 46587 | 100 | BMP | 91 | 43.2 | 22/4 |
| 70 | PULLY WITH CRANK | 765-31-SB120 | 100 | BMP | 106 | 47 | 1 |
| 71 | RING RUBBER | 765-33-7 | 50 | BMP | 113 | 50 | 4 |
| 72 | TRAK LINK WITH RUBBER PAD | 765-35-SB102/RP | 3000 | BMP | 120 | 53 | 1 |
| 73 | PLATE,RIGHT | 765-47-SB185 | 40 | BMP | 139 | 62 | 2 |
| 74 | PLATE,REAR,left | 765-47-SB212 | 40 | BMP | 139 | 62 | 4 |
| 75 | PLATE,LEFT | 765-47-SB184 | 40 | BMP | 139 | 62 | 8 |
| 76 | PLATE,FRONT,left | 765-47-SB182 | 40 | BMP | 139 | 62 | 10 |
| 77 | LEFT FRONT TRAVERSING WHEEL | 765-33-SB128 | 30 | BMP | 184 | 86 | 1-17 |
| 78 | RIGHT FRONT TRAVERSING WHEEL | 765-33-SB129 | 30 | BMP | 186 | 87 | 1-17 |
| 79 | COMPLETE CARRING ROLLER | 765-34-SB101 | 20 | BMP | 188 | 88 | 1-20 |
| 80 | PLUG | 700-37-255 | 150 | BMP | 248 | 108 | 17 |
| 81 | HANDLE | 765-49-SB104 | 50 | BMP | 228 | 120 | 1 |
| 82 | LINK | 765-78-679 | 200 | BMP | 245 | 109 | 29 |
| 83 | PRESSER SENDING UNITUP TO 15 Kgf/Cm2 | 700-76-SB183 | 100 | BMP | 263 | 119 | 2 |
| 84 | INDICATOR, PRESSURE GAUGE T3-15 | 700-76-SB182 | 100 | BMP | 263 | 119 | 16 |
| 85 | SENDING UNIT,ELECTRIC SPEEDOMETERM3-301 | 700-76-SB417 | 100 | BMP | 264 | 119 | 21 |
| 86 | METER 2TYE-1 | 700-76-SB807 | 100 | BMP | 264 | 119 | 22 |
| 87 | RECIVER | 700-76-SB808 | 50 | BMP | 264 | 119 | 23 |
| 88 | INDICATOR,ELECTRIC SPEEDOMETER,TYPE Cn-106 | 700-76-SB416 | 100 | BMP | 264 | 119 | 24 |
| 89 | CONTACTOR KM-50Д-B | 700-76-SB383 | 100 | BMP | 264 | 119 | 27 |
| 90 | GENERATOR,TACHOMETER Д-4 | 700-76-SB307 | 100 | BMP | 264 | 119 | 31 |

3  of  11

Ghanem-00072443-0003

Ghanem_Sentencing_00000634

## R F Q # 2 / MC / EST / 2015-2016

| NO | ITEM NAME | PART_NO | REQ | CATALOG | PAGE | FIG | ITEM |
|---|---|---|---|---|---|---|---|
| 91 | GASKET | 765-84-90 | 300 | BMP | 273 | 123 | 12 |
| 92 | REGULATOR VOLTAGE PH-10 | 700-76-SB560 | 200 | BMP | 289 | 128 | 1 |
| 93 | CONTACTOR,SMALL-SIZE,KM-600 -B | 700-76-SB656 | 100 | BMP | 289 | 128 | 5 |
| 94 | WRENCH, NUTS OF TRACK WEDGES | 765-93-SB137 | 100 | BMP | 292 | 130 | 2 |
| 95 | WRENCH ACCESS HATCHES AND PLUGS OF GUN WEDGES | 765-93-SB142 | 100 | BMP | 292 | 130 | 19 |
| 96 | WRENCH, 100*110 TRACK ADUISTING MECH | 765-93-289 | 100 | BMP | 295 | 130 | 22 |
| 97 | WRENCH, 5,5-7MH-5S48-64 | 7811-0002 | 100 | BMP | 296 | 130 | 23 |
| 98 | WRENCH, 27*32 | 765-93-193 | 100 | BMP | 295 | 130 | 24 |
| 99 | GREASE GUN, PLUNGER-TYPE OF CONSISTENT GREASE | 748-27-SB100 | 100 | BMP | 294 | 132 | 4 |
| 100 | LUBRICATION GUN, | 700-77-SB268 | 100 | BMP | 294 | 132 | 7 |
| 101 | EXTENSION, FUNNEL FOR FILLING OF OIL IN GEAR BOX | 765-93-SB175 | 100 | BMP | 293 | 132 | 13 |
| 102 | WIRE ROPE, TOWING | 765-93-SB195 | 200 | BMP | 293 | 134 | 4 |
| 103 | AIR FILTER | TU-218-K | 30 | BMP | 401 | 223.1 | 138 |
| 104 | RETURN VALVE | TU-674-600/B-K | 100 | BMP | 401 | 223.1 | 139 |
| 105 | TRANFER VALVE | TU-24.7-39S-70 | 50 | BMP | 401 | 223.2 | 140 |
| 106 | REDUCER | TU-669.300M-14-K | 50 | BMP | 401 | 223.2 | 142 |
| 107 | TRANFER VALVE | TU-12-44-395-75 | 40 | BMP | 406 | 225.1 | 150 |
| 108 | CONTACTOR | 3006-000 | 30 | BMP | 429 | 235.9 | 37 |
| 109 | RELAY BOX | 5-700-76-SB955 | 50 | BMP | 429 | 235.9 | 44 |
| 110 | RELAY BOX | KR-65-000-TU | 30 | BMP | 429 | 235.5 | 45 |
| 111 | THERMOREGULATOR | TU-3-990-74 | 50 | BMP | 429 | 235.6 | 48 |
| 112 | BOTTLE | 5-765-87-SB156 | 250 | BMP | 478 | 260 | 1-13 |
| 113 | TUBE | 765-93-SB304 | 100 | BMP | 556 | 303.1 | 25 |
| 114 | FRONT SPANNER 10*12 | 765-93-431 OR 701-85-398 | 100 | BMP | 560 | 303.1 | 99 |
| 115 | GAUGE | 765-93-SB208 | 100 | BMP | 558 | 303.2 | 43 |
| 116 | SPECIAL SPANNER S-14 | 765-100-212 | 100 | BMP | 559 | 303.2 | 55 |
| 117 | GAUGE | 765-93-SB207 OR 865-93-SB6759 | 100 | BMP | 560 | 303.2 | 95 |
| 118 | DEVICE, TRACK REMOVAL | 865-93-SB6396 | 200 | BMP | 556 | 303.2 | 28/1-11 |
| 119 | REMOVER, TRACK LINK | 765-93-SB170 | 100 | BMP | 556 | 303.2 | 29/1-9 |
| 120 | 1 ST AND REVERS GEAR LOCK SPRING | 154-08-068 | 25 | VT-55 | 45 | 46 | 91 |

4 of 11

00074442

Ghanem-00072443-0004

Ghanem_Sentencing_00000635

R F Q # 2 / MC / EST / 2015-2016

| NO | ITEM NAME | PART-NO | REQ | CATALOG | PAGE | FIG | ITEM |
|---|---|---|---|---|---|---|---|
| 121 | COMPLETE REDUCTION WITH DRIVE | 19-40-001 5-2 | 20 | VT-55 | 270 | 244-259 | 1-213 |
| 122 | LEVER WITH SHAFT | 19-40-0025 | 10 | VT-55 | 270 | 246 | 2-2a |
| 123 | DRIVE SHAFT | 19-40-025-4 | 10 | VT-55 | 270 | 246 | 7 |
| 124 | GEAR | 940-003-2A | 10 | VT-55 | 270 | 246 | 8 |
| 125 | CLAW CLUTCH | 19-40-023-1 | 10 | VT-55 | 270 | 247 | 9 |
| 126 | SLEEVE | 19-40-026-2 | 20 | VT-56 | 270 | 247 | 11 |
| 127 | CLAW CLUTCH | 19-40-037 | 10 | VT-55 | 270 | 247 | 15 |
| 128 | NUT | 19-40-160 | 50 | VT-55 | 270 | 247 | 19 |
| 129 | BEVEL GEAR | 19-40-024 | 10 | VT-55 | 270 | 248 | 21 |
| 130 | DISTANCE RING | 940-023 | 20 | VT-55 | 270 | 248 | 22 |
| 131 | LOCKING PIECE | 940-028 | 20 | VT-55 | 270 | 248 | 23 |
| 132 | NUT | 940-029 | 50 | VT-55 | 270 | 249 | 24 |
| 133 | SLEEVE FORK | 940-040 | 20 | VT-55 | 270 | 249 | 28 |
| 134 | SLEEVE | 19-40-028-1 | 20 | VT-55 | 271 | 249 | 34 |
| 135 | BEVEL GEAR | 19-40-005-2 | 10 | VT-55 | 271 | 250 | 40 |
| 136 | BEARING BUSH | 19-40-006 | 10 | VT-55 | 271 | 250 | 41 |
| 137 | SPLIT RING | 19-40-047 | 20 | VT-55 | 271 | 250 | 47 |
| 138 | LEVER | 19-40-154 | 20 | VT-55 | 271 | 251 | 50 |
| 139 | LEVER WITH SHAFT | 19-40-0215 | 10 | VT-55 | 271 | 251 | 53 |
| 140 | ADJUSTING RING | 19-40-010 | 10 | VT-55 | 271 | 257 | 45 |
| 141 | PACKING | 19-40-011 | 10 | VT-55 | 271 | 257 | 46 |
| 142 | CONTROL RING | 19-40-019 | 10 | VT-55 | 271 | 257 | 51 |
| 143 | WASHER | 19-40-046 | 50 | VT-55 | 271 | 257 | 44 |
| 144 | INTERMEDIUN GEAR | 19-40-059-1 | 10 | VT-55 | 272 | 252 | 63 |
| 145 | SHAFT | 19-40-118 | 10 | VT-55 | 272 | 255 | 180 |
| 146 | NUT | 19-40-138-1 | 50 | VT-56 | 272 | 256 | 197 |
| 147 | CONTROL LEVER | 19-40-153 | 20 | VT-56 | 272 | 256 | 208 |
| 148 | BOLT | 154-40-062-5 | 25 | VT-55 | 273 | 245 | 83 |
| 149 | FLANGE | 19-40-086 | 10 | VT-55 | 274 | 254 | 115 |
| 150 | BODY | 19-40-114 | 10 | VT-55 | 276 | 254 | 170 |

5 of 11

00074442

Ghanem-00072443-0005

Ghanem_Sentencing_00000636

R F Q # 2 / MC / EST / 2015-2016

| NO | ITEM NAME | PART_NO | REQ | CATALOG | PAGE | FIG | ITEM |
|---|---|---|---|---|---|---|---|
| 151 | RING | 19-40-117 | 50 | VT-55 | 276 | 259 | 179 |
| 152 | REEL ON CYLINDER OF MAIN POWER WINCH | 19-50-075 | 10 | VT-55 | 289 | 289 | 16a-37 |
| 153 | CYLINDER EASY | 19-50-04512 | 10 | VT-55 | 289 | 275 | 1 |
| 154 | GENERATOR | PGSZ2-14A | 5 | SHILKA | 328 | 100 | 1 |
| 155 | GENERATOR | 575-20-10-011-B | 15 | SHILKA | 328 | 100 | 10 |
| 156 | EJECTOR | 575-10-31-001-G | 20 | SHILKA | 37 | 8 | 27 |
| 157 | EXHAUST TUBE | 575-10-31-015 | 500 | SHILKA | 37 | 8 | 38 |
| 158 | EXHAUST TUBE | 575-10-31-008-B | 500 | SHILKA | 37 | 8 | 34 |
| 159 | RADIATOR, WATER | 730-03-5B133A | 25 | SHILKA | 37 | 8 | 39 |
| 160 | VALVE | 575-10-40-231 | 100 | SHILKA | 43 | 9 | 21 |
| 161 | VALVE | 575-10-40-233 | 100 | SHILKA | 43 | 9 | 42 |
| 162 | FUEL TANK SMALL | 740-04-5B103 | 100 | BK | 13 | 3 | 11 |
| 163 | FUEL TANK LARGE | 740-04-5B104-2 | 100 | BK | 13 | 3 | 18 |
| 164 | SCREEN FILTER | 740-06-5B141 | 500 | BK | 21 | 6 | 7 |
| 165 | COLLAR | 740-15-14 | 100 | BK | 54 | 19 | 17 |
| 166 | THRA B COOPE | 740-17-5B237 | 50 | BK | 68 | 25 | 16 |
| 167 | BAAИK B COOPE | 740-17-5B238 | 50 | BK | 68 | 25 | 17 |
| 168 | THRA B COOPE | 740-17-5B242 | 50 | BK | 68 | 25 | 13 |
| 169 | CONTROL LEVER BLOCK RIGHT | 740-17-5B263-2 | 50 | BK | 83 | 26 | -- |
| 170 | CONTROL LEVER BLOCK LEFT | 740-17-5B264-2 | 50 | BK | 83 | 26 | -- |
| 171 | LEVER HANDLE | 740-17-416 | 50 | BK | 83 | 26 | 30 |
| 172 | DRIVER SEAT | 740-18-5B1 | 50 | BK | 85 | 28 | -- |
| 173 | GEAR SHIFT GATE | 740-19-5B-1 | 50 | BK | 87 | 29 | -- |
| 174 | LST AND RAVERSE SPEED | 740-19-27 | 50 | BK | 89 | 29 | 32 |
| 175 | RIGHT TUBE ASSY | 740-28-116A | 50 | BK | 114 | 42 | 2 |
| 176 | STRIKER | 740-33-76 | 50 | BK | 133 | 47 | 20 |
| 177 | Track link, asay, | 740-35-5B103 | 20000 | BK | 133 | 48 | 1 |
| 178 | PIN | 740-35-3-1 | 20000 | BK | 133 | 48 | 2 |
| 179 | AXLE | 740-47-190 | 50 | BK | 139 | 52 | 6 |
| 180 | ANTI SURGE VANE | 740-47-5B135-2 | 75 | BK | 139 | 52 | 8 |

6 of 11

Ghanem-00072443-0006

Ghanem_Sentencing_00000637

R F Q # 2 / MC / EST / 2015-2016

| NO | ITEM_NAME | PART_NO | REQ | CATALOG | PAGE | FIG | ITEM |
|---|---|---|---|---|---|---|---|
| 181 | TORISON BAR | 740-49-31 | 50 | BK | 146 | 57 | 5 |
| 182 | COCK | 740-50-SB226 | 50 | BK | 150 | 58 | 1 |
| 183 | TOWING HOOK | 740-50-231 | 50 | BK | 150 | 58 | 26 |
| 184 | LATCH | 740-50-623 | 100 | BK | 151 | 58 | 20 |
| 185 | SPRING | 740-50-625 | 100 | BK | 151 | 58 | 19 |
| 186 | STOP ASSY | 750-50-122SB | 100 | BK | 153 | 59A | 15 |
| 187 | HANDLE | 750-50-085 | 100 | BK | 158 | 59B | 1 |
| 188 | PIN | 740-50-082 | 100 | BK | 158 | 59B | 4 |
| 189 | TORISON BAR | 750-50-78 | 50 | BK | 158 | 59B | 12 |
| 190 | Hook 1'or tOffing gun. | 750-50-375 | 50 | BK | 152 | 59 | 24 |
| 191 | TORISON | 750-61-145 | 50 | BK | 183 | 71 | 3 |
| 192 | LOCK | 750-61-150 | 50 | BK | 183 | 71 | 8 |
| 193 | TACHOMETER GENERATOR | 740-80-SB159 | 50 | BK | 193 | 82 | 24 |
| 194 | HEAD LAMP WITH BREAK | 740-82-SB-182 | 200 | BK | 216 | 88 | 23 |
| 195 | SPECIAL WRENCH, S-60 | 740-93-397 | 200 | BK&OT-62 | 249 | 101 | 9 |
| 196 | WRENCH FOR TRACK ADJUSTMENT | 740-93-81 | 200 | BK&OT-62 | 245 | 101 | 17 |
| 197 | WRENCH FOR TRACK ADJUSTMENT | 740-93-82 | 200 | BK&OT-62 | 245 | 101 | 16 |
| 198 | WRENCH FOR SHAFTS, | NT-180 | 200 | BK&OT-62 | 250 | 101 | 26 |
| 199 | WRENCH FOR ROAD WHEEL NUT | 740-93-229 | 200 | BK&OT-62 | 247 | 101 | 33 |
| 200 | WRENCH FOR DRAINING OIL AND FUEL | 740-93-SB236-1 | 200 | BK&OT-62 | 244 | 101 | 34 |
| 201 | SPECIAL WRENCH S=17 | 740-93-SB131 | 100 | BK&OT-62 | 240 | 101 | 40 |
| 202 | SPECIAL WRENCH S=14 | 740-93-SB140 | 100 | BK&OT-62 | 240 | 101 | 41 |
| 203 | WRENCH FOR HATCH DOORS | 740-93-SB270 | 200 | BK&OT-62 | 244 | 101 | 42 |
| 204 | TOWING ROPE | 740-93-SB104 | 200 | BK&OT-62 | 239 | 102 | 7 |
| 205 | PIN, ASSY | 740-93-SB128 | 200 | BK&OT-62 | 240 | 102 | 10 |
| 206 | THIMBLE FOR TOWING ROPE | 740-93-91 | 200 | BK&OT-62 | 246 | 102 | 11 |
| 207 | Hand pump RNA-1A | 54-05-004A | 100 | OT-62 | 21 | 10 | 1-15 |
| 208 | Joint nange | 800-10-002 | 50 | OT-62 | 51 | 25/1 | 11 |
| 209 | Ventilator shaft | 800-10-021S | 50 | OT-62 | 54 | 27.1 | 1/1-2 |
| 210 | Holder | 800-12-031-1 | 100 | OT-62 | 62 | 28.5 | 55 |

7 of 11

R F Q # 2 / MC / EST / 2015-2016

| NO | ITEM_NAME | PART_NO | REQ | CATALOG | PAGE | FIG | ITEM |
|---|---|---|---|---|---|---|---|
| 211 | Suspension eye | 800-12-256 | 100 | OT-62 | 67 | 28.6 | 180 |
| 212 | Indicator | 800-12-242 | 100 | OT-62 | 64 | 28.6 | 97 |
| 213 | Castle nut M 16 | 800-12-309 | 200 | OT-62 | 67 | 28.6 | 174 |
| 214 | 800-17-231 Spring | 800-17-231S | 100 | OT-62 | 123 | 55 | 3/4 |
| 215 | Draw-bar assembly | 800-17-044 S-1 | 100 | OT-62 | 130 | 58 | 2 |
| 216 | Draw-bar assembly | 800-17-066 S-1 | 100 | OT-62 | 152 | 68 | 12 |
| 217 | Left lever assembly | 800-17-309S | 100 | OT-62 | 156 | 69 | 1 |
| 218 | Complete parts for assembly of driver seat | 800-18-201S | 50 | OT-62 | 163 | 71 | 1-20 |
| 219 | Complete driver seat | 800-18-202S | 50 | OT-62 | 163 | 71 | 1 |
| 220 | Complete speedometer with drive | 800-20-581-2 | 100 | OT-62 | 175 | 76 | 1-18 |
| 221 | Finger | 740-32-5-1 | 100 | OT-62 | 231 | 105 | 7 |
| 222 | Shaft | 740-32-6-2 | 100 | OT-62 | 231 | 105 | 8 |
| 223 | Valve plug | 800-32-10 | 50 | OT-62 | 231 | 105 | 9 |
| 224 | Packing piece | 740-33-25 | 100 | OT-62 | 236 | 107 | 16 |
| 225 | Spring collar | 740-33-57 | 100 | OT-62 | 236 | 107 | 20 |
| 226 | Assembly of nozzle body | 800K-38-002S | 50 | OT-62 | 239 | 109 | 2 |
| 227 | Complete hose L=2800 mm | 800K-38-003S | 50 | OT-62 | 239 | 109 | 3/1-3 |
| 228 | Complete hose L=1690 ll"m | 800K-38-004S | 50 | OT-62 | 239 | 109 | 4/1-5 |
| 229 | Breakwater | 800-47-135 S-1B | 50 | OT-62 | 250 | 115.2 | 4 |
| 230 | Right reinforcement | 740-47-214 | 100 | OT-62 | 251 | 115.2 | 35 |
| 231 | Lett | 740-47-215 | 100 | OT-62 | 251 | 115.2 | 36 |
| 232 | Stop | 740-49-40 | 100 | OT-62 | 259 | 120 | 11 |
| 233 | Spring of handle | 800-50-048 | 100 | OT-62 | 281 | 124 | 1/18 |
| 234 | Handle of lockV | 800-50-049 | 100 | OT-62 | 280 | 124 | 1/20 |
| 235 | Latch of lock | 4-30-134 | 100 | OT-62 | 280 | 124 | 1/12 |
| 236 | Closure lever | 800-50-058 | 100 | OT-62 | 281 | 124 | 2/1 |
| 237 | Buffer | 5-30-271 | 100 | OT-62 | 281 | 124 | 3/3 |
| 238 | La tch of lock | 800-50-358 | 100 | OT-62 | 286 | 127 | 2/7/1 |
| 239 | Eush complete | 800-50-528 S | 50 | OT-62 | 292 | 129 | 2 |
| 240 | Supporting tube | 800-50-428 | 50 | OT-62 | 318 | 151 | 1 |

8 of 11

Ghanem-00072443-0008

R F Q # 2 / MC / EST / 2015-2016

| NO | ITEM NAME | PART_NO | REQ | CATALOG | PAGE | FIG | ITEM |
|---|---|---|---|---|---|---|---|
| 241 | Latch | 800-50-164 | 100 | OT-62 | 212 | 212 | 4 |
| 242 | BOTTLE | 740-87-58128-1 | 1000 | OT-62 | 489 | 278 | 1-14 |
| 243 | SPECIAL SPANNER | 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 | 100 | OT-62 | 637 | 324.1 | 1 |
| 244 | SPECIAL SPANNER S=60 | 800-93-020-1 | 100 | OT-62 | 643 | 324.4 | 83 |
| 245 | HOOK WRENCH 52*55 | DIN 1810 | 100 | OT-62 | 644 | 324.4 | 95 |
| 247 | Electropivot 27/5 - VKU adaption | 800-101-7545 | 20 | OT-62 | 725 | 364 | 9 |
| 246 | BOX | 800-101-8035 | 20 | OT-62 | 726 | 365.1 | 2 |
| 248 | Complete sleeve | 800-101-8915 | 100 | OT-62 | 727 | 365.1 | 7 |
| 249 | Terminal box | 800-101-1115 | 50 | OT-62 | 733 | 365.1 | 89 |
| 250 | REMOTE CONTROL ROPE | 50M-1321-070 | 50 | UP GRADE B K | | | |
| 251 | REMOTE CONTROL ROPE | 50M-1321-080 | 50 | UP GRADE B K | | | |
| 252 | REGULATING EQUIPMENT UNIT | 50M-1400004 | 20 | UP GRADE B K | | | |
| 253 | piston pin | 304-10-2 | 300 | UTD_20 | 24 | 8 | 4 |
| 254 | stopper | 20-04-07 | 600 | UTD_20 | 24 | 8 | 5 |
| 255 | MECHANICAL,FUEL PUMP | 5820-32-00-4 | 30 | UTD_20 | 98 | 36 | 31 |
| 256 | GASKET | 20-27-293 | 50 | UTD_20 | 101 | 36 | 32 |
| 257 | Gasket ( for tachometer generator ) | 308-146 | 50 | UTD_20 | 91 | | |
| 258 | JACKET, cylinder | 303-06-10 or 303-06-06-10A | 500 | V12_ENG | 15 | 11 | |
| 259 | PIN, piston | 304-10-2 | 500 | V12_ENG | 17 | 12 | |
| 260 | BUSHING, setting | 305-21 | 200 | V12_ENG | 19 | 15 | |
| 261 | SPLINED COUPLING | 3308-235 | 100 | V12_ENG | 22 | 30 | |
| 262 | BUSHING, inclined shaft | 306-75-3 | 300 | V12_ENG | 24 | 19 | |
| 263 | CAMSHAFT, intake | 307-06-4 | 300 | V12_ENG | 30 | 26 | |
| 264 | CAMSHAFT, exhaust | 307-15-3 | 150 | V12_ENG | 30 | 26 | |
| 265 | CASE, seal, assy | 3308-261 | 200 | V12_ENG | 34 | 30 | |
| 266 | BUSHING | 3308-246-1 | 100 | V12_ENG | 34 | 28 | |
| 267 | BUSHING SPLINED | 3308-233 | 50 | V12_ENG | 34 | 31 | |
| 268 | RETAINER SPRING | 3308-236 | 100 | V12_ENG | 34 | 30 | |
| 269 | SPRING | 3308-237 | 100 | V12_ENG | 34 | 30 | |
| 270 | PUMP ELEMENT | 58327-07-1 | 500 | V12_ENG | 46 | 54 | |

9 of 11