R F Q # 2 / MC / EST / 2015-2016

| NO | ITEM_NAME | PART_NO | REQ | CATALOG | PAGE | FIG | ITEM |
|----|-----------|---------|-----|---------|------|-----|------|
| 271 | MANFOLD, intake, left | SB419-06-5 | 50 | V12_ENG | 56 | 44 | |
| 272 | GASKET | 327-126 | 300 | V12_ENG | 71 | 52 | |
| 273 | stud | 350-02 | 1000 | V12_ENG | 91 | 68 | |
| 274 | stud | 350-03 | 1000 | V12_ENG | 91 | 68 | |
| 275 | stud | 350-24 | 1000 | V12_ENG | 91 | 69 | |
| 276 | BOLT, crankpin plug | 356-84 | 200 | V12_ENG | 106 | 83 | |
| 277 | WATER PUMP | SB511T-00-21A | 50 | V6_ENG | 38 | 27 | 1-55 |
| 278 | COMPLETE INJECTION VALVE | 800-S317-00-1A/1B | 500 | V6_ENG | 49 | 35 | |
| 279 | TUBE OF OIL SUPPLY TO CAM SHAFT | 800-520T-32-1 | 50 | V6_ENG | 53 | 37 | |
| 280 | TUBE FROM CLEANER FILTER TO TD | 800-520T-01-51 | 50 | V6_ENG | 55 | 39 | 31 |
| 281 | TUBE | 800-521-001S | 50 | V6_ENG | 59 | 42 | 12 |
| 282 | INJECTION TUBE | 800-523T-02S | 50 | V6_ENG | 44 | 44 | 8 |
| 283 | INJECTION TUBE | 800-523T-03S | 50 | V6_ENG | 44 | 44 | |
| 284 | INJECTION TUBE | 800-523T-04S | 50 | V6_ENG | 44 | 44 | |
| 285 | INJECTION TUBE | 800-523T-05S | 50 | V6_ENG | 44 | 44 | |
| 286 | INJECTION TUBE | 800-523T-06S | 50 | V6_ENG | 44 | 44 | |
| 287 | ENGINE A-650-1 | 650-01-SB130 | 20 | ATC-59 | 15 | 10 | |
| 288 | PAD, LOWER, FRONT | 650-01-SB102 | 100 | ATC-59 | 15 | 1671 | |
| 289 | CLEANER, AIR, ASSY. | 650-05-SB139 | 40 | ATC-59 | 49 | 100 | |
| 290 | GEARBOX, ASSY | 650-12-SB5 | 25 | ATC-59 | 133 | 317 | |
| 291 | DRUM, ASSY | 650-14-SB113 | 50 | ATC-59 | 160 | 385 | |
| 292 | COVER | 650-14-78 | 50 | ATC-59 | 161 | 396 | |
| 293 | FLANGE | 650-14-79 | 50 | ATC-59 | 161 | 397 | |
| 294 | SECTOR, FRICTION, LINING | 650-14-138 | 2000 | ATC-59 | 161 | 1777 | |
| 295 | PIPE ASSY | 650-15-SB112 | 50 | ATC-59 | 178 | 408 | |
| 296 | PIPE ASSY | 650-15-SB135 | 50 | ATC-59 | 180 | 412 | |
| 297 | PIPE ASSY | 650-15-SB143 | 50 | ATC-59 | 180 | 415 | |
| 298 | PLUG | 650-21-31 | 50 | ATC-59 | 251 | 1998 | |
| 299 | PIPE ASSY | 650-21-SB241 | 50 | ATC-59 | 274 | 626 | |
| 300 | WEEL ROAD RIGHT HAND ASSY | 650-24-SB153 | 50 | ATC-59 | 326 | 812 | |

10 of 11

Ghanem-00072443-0010

Ghanem_Sentencing_00000641

R F Q # 2 / MC / EST / 2015-2016

| NO | ITEM NAME | PART NO | REQ | CATALOG | PAGE | FIG | ITEM |
|---|---|---|---|---|---|---|---|
| 301 | GASKET | 650-29-286 | 100 | ATC-59 | 371 | 1721 | |
| 302 | STRIP GLASS | 650-29-487 | 100 | ATC-59 | 371 | 1691 | |
| 303 | STREP EDGING | 650-29-488 | 100 | ATC-59 | 371 | 1692 | |
| 304 | SAPPORT 5T | 650-31-SB291 | 50 | ATC-59 | 417 | 1056 | |
| 305 | SWITCH , TYPE B-45M | 650-35-SB163 | 100 | ATC-59 | 468 | 1214 | |
| 306 | UNIT CABEL | 650-35-SB424 | 50 | ATC-59 | 470 | 1263 | |
| 307 | VOLTAMME | 712-10-K278 | 50 | ATC-59 | 502 | 1262 | |
| 308 | ROPE, WIRE, ASSY | 712-27-SB137 | 200 | ATC-59 | | 1410 | |
| 309 | SHACKLE, TOWING ASSY | 712-27-SB183 | 200 | ATC-59 | | 1412 | |
| 310 | EJECTOR, RIGHT | 668-07-SB104 | 50 | ATC-G | | 105 | |
| 311 | EJECTOR, LEFT | 668-07-SB105 | 50 | ATC-G | | 106 | |
| 312 | PANEL ASSY | 668-35-SB135 | 20 | ATC-G | 595 | 1324 | |
| 313 | SET PANEL WIRES | 668-35-SB147 | 100 | ATC-G | 599 | 1328 | |
| 314 | PISTON RING OF THE 1 ST.STEP | AK150-017 | 1000 | AK-150S COMP | | T-3 | 3 |
| 315 | PISTON RING OF THE 2 nd.STEP | AK150-018 | 1500 | AK-150S COMP | | T-3 | 4 |
| 316 | SCRAPER RING | AK150-019 | 1000 | AK-150S COMP | | T-3 | 5 |
| 317 | PISTON RING OF THE 3rd.STEP | AK150-020 | 1000 | AK-150S COMP | | T-4 | 3 |
| 318 | PISTON RING | AK150-021 | 1500 | AK-150S COMP | | T-4 | 4 |
| 319 | SCRAPER RING | AK150-022 | 1000 | AK-150S COMP | | T-4 | 5 |
| 320 | SCRAPER RING | AK150-071 | 1000 | AK-150S COMP | | T-4 | 6 |

11 of 11

00074442

Ghanem-00072443-0011

**RFQ Data:**

<u>**RFQ No.:**</u>

| Washington | | London | 159 | Paris | 151 | Berlin | 195 | Rome | 158 |
|---|---|---|---|---|---|---|---|---|---|
| Pyongyang | | Tokyo | | Madrid | 134 | Pretoria | | Prague | 132 |
| Bucharest | 124 | Beijing | | Seoul | | New Delhi | | Ankara | |
| Islam Abad | | Moscow | 135 | Athens | 81 | Brasilia | | Abu Dhabi | 110 |
| Rabat | | Riyadh | | | | | | | |

| | |
|---|---|
| **Issuance date:** | 08/10/2015 |
| **Closing date:** | 25/11/2015 |

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   644

DATE _____ IDEN.

DATE_____ EVID.

BY _____
        DEPUTY CLERK
AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|---|---|
| Sent: | Monday, October 26, 2015 6:55 AM |
| To: | CARE TRANSENERGY LTD <gd@caretransenergy.com> |
| Cc: | Goran Djordjevic <goranatri@cytanet.com.cy> |
| Subject: | New tender |
| Attach: | 166.pdf |

**Rami Ghanem**

**Gateway to Egypt. (GTE)**
Complex 133, Building 7, Apartment 32
Al Rehab City, Cairo  Egypt
Telephone# 00201127999552
Iternational #: +37282432246
**Jordan Office**

Tel: 962 6 5685624
Fax: 962 6 5685625
**ramithe@gmail.com**  or  rami@caravaname.com
US Telephone: 772 675-4363    Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life…

# RFQ

## REQUEST FOR QUOTATION

QUOTATION REQUEST FOR:

> **ASSAULT RIFLE  CALIBER 5.56 X 45 MM FULLY AUTOMATIC  INCLUDE THE PICATINNY RAIL ADAPTER AND   MAGAZINE SET ( 4/30 ROUND MAGAZINES WITH CONNECTOR ), RED DOT SIGHT , TACTICAL LASER AIMING AND TACTICAL LIGHT  ILLUMINATOR**

THIS (RFQ) CONSISTS OF:

SECTION 1: GENERAL CONDITIONS

SECTION 2: TECHNICAL SPECIFICATIONS

*SIGNATURE (                    )*

*MAJ. GEN STAFF / ROSHDY ABDELHAMID ABDELAZIZ*

*DIRECTOR OF ARMAMENT & AMMUNITION DEPARTMENT*

## SECTION 1
## GENERAL CONDITIONS

### 1.1 - SUBJECT:

A.R.E invites the recognized manufacturers to bid for supplying egyptian army with: assault rifle caliber 5.56 x 45 mm fully automatic include the picatinny and magazine set ( 4/30 round magazines with connector ), red dot sight, tactical laser aiming and tactical light illuminator in accordance with the following scope and requirements.

### 1.2- SCOPE:

This request for quotation (RFQ) to provide the Government of EGYPT (GOE) with : assault rifle caliber 5.56 x 45 mm fully automatic include the picatinny and magazine set ( 4/30 round magazines with connector ), red dot sight, tactical laser aiming and tactical light illuminator according to the list of the required items as per SECTION 2 (Brand New) .

### 1.3-GENERAL CONDITIONS:

1.3.1 - The offered weapons must be in conformity with specifications in section 2.

1.3.2 - The quotation should include the following:

1.3.2.1- Full technical and tactical specification of assault rifle caliber 5.56 x 45 mm fully automatic include the picatinny and magazine set ( 4/30 round magazines with connector ), red dot sight, tactical laser aiming and tactical light illuminator according to military specifications.

1.3.2.2 - Year of production of the offered weapon.

1.3.2.3 - Time of delivery.

1.4 - Assault rifle caliber 5.56 x 45 mm fully automatic include the picatinny and magazine set ( 4/30 round magazines with connector ), red dot sight, tactical laser aiming and tactical light illuminator should be manufactured According to a military standard.

### 1.5 - MECHANICAL CONDITIONS:

Assault rifle caliber 5.56 x 45 mm fully automatic include the picatinny and magazine set ( 4/30 round magazines with connector ), red dot sight, tactical laser aiming and tactical light illuminator should withstand all tests (Environmental – Safety – Performance – Firing …etc) according to a military standard. Test Procedures for the weapon should be stated.

1.6 - The quotation should be submitted in original and three copies in English language and should be Valid for at least 6 months after closing date.

1.7- The delivery should be within 6 months after signing the contract.

1.8 - Closing date is:    /    /

1.9- Contracting articles: ASSAULT RIFLE CALIBER 5.56 X 45 mm FULLY AUTOMATIC WITH ACCESSORIES.

1.9.1- Delivery: the supplier undertakes to supply   FCA.

1.9.2- Warranty: A warranty against any defects for all supplying items should be offered.

**1.10 - REQUIREMENTS:**

    **1.10.1-** Operating temperature:  -10 to + 55 deg. centigrade.

    **1.10.2-** Corrosion:  The supplier should certify that the materials, processes, coating and finishes used in the weapon resist corrosion in conformity with military standards. The supplier should state accepting treatment of any rusty items, during 5 years period of normal operation, on his expense.

## 1.11 - DOCUMENTATION:

    **1.11.1** - Technical manuals.

    **1.11.2** – Maintenance and operation documents.

    **1.11.3** – Test and repair documents.

    **1.11.4** – A copy of the MIL. STD. of testing (Environmental – Safety – Performance – Firing.....etc) of the required weapons and its main components including the evaluation criteria.

## 1.12 – TRAINING :

No training for Assault rifle caliber 5.56 x 45 mm fully automatic include the picatinny and magazine set ( 4/30 round magazines with connector ), red dot sigh, tactical laser aiming and tactical light illuminator is required

## 1.13 – INSPECTION:

    **1.12.1** - Inspection should be witnessed by (3) Egyptian representatives for (7) days at the company site.

    **1.12.2** - Inspection must be according to the military standard including test and firing for (Environmental – Safety – Performance - Firing …etc).

## 1.14 – CERTIFICATE OF ORIGIN:

Certificate of **OEM** "Original Equipment Manufacturer" **MUST** be submitted for all contracted items.

## 1.15 - SPARE PARTS:

A Guarantee of Continuous Supply with Logistic Support (spare parts) for at least 10 Years .

## 1.16 - TAXES & DUTIES:

All due charges at the seller country will be born by the seller & in-country charges will be born by the buyers.

Payments: according to contracting terms.

Ghanem-00072443-0003

Ghanem_Sentencing_00000648

## SECTION 2
### TECHNICAL SPECIFICATIONS FOR
### ASSAULT RIFLE  CALIBER 5.56 X 45 MM FULLY AUTOMATIC  INCLUDE THE PICATINNY RAIL ADAPTER AND    MAGAZINE SET ( 4/30 ROUND MAGAZINES WITH CONNECTOR ), RED DOT SIGHT , TACTICAL LASER AIMING AND TACTICAL LIGHT  ILLUMINATOR

2.1 - SCOPE :

This request for quotation (RFQ) to provide the Government of EGYPT (GOE) with  Assault rifle  caliber 5.56 x 45 mm fully automatic  include the picatinny rail adapter and   magazine set ( 4/30 round magazines with connector ), red dot sight , tactical laser aiming and tactical light  illuminator(Brand New).

2.2 - **PRODUCT QUANTITIES:**

| NO. | DESCRIPTION | QTY. |
|---|---|---|
| 1 | Assault rifle  caliber 5.56 x 45 mm fully automatic  include the picatinny rail adapter and    magazine set ( 4-30 round magazines with connector | 280 |
| 2 | Red dot sight | 280 |
| 3 | Tactical  LASER  aiming | 280 |
| 4 | Tactical light illuminator | 280 |
| 5 | Recommended spare parts list is required. | |
| 6 | Sample model  for all items must be  shipped  to be  tested  and  accepted  as  acondition   to put the Contract in effect. | |

2.3- THE QUOTATION MUST INCLUDE THE FOLLOWING:

2.3.1- Specification Assault rifle  caliber 5.56 x 45 mm fully automatic  include the picatinny rail adapter and magazine set ( 4/30 round magazines with connector) as follows :

| No. | Data | SPECIFICATION |
|---|---|---|
| 1 | CALIBER | 5.56 X 45 |
| 2 | OPERATION | Fully Automatic |
| 3 | RATE OF FIRE | Not less than 900 r/min |
| 4 | TOTAL LENGTH WITH BUTT UNFOLDED | 85 CM |
| 5 | TOTAL LENGTH WITH BUTT FOLDED | 65 CM |
| 6 | WEIGHT (Without Magazine) | Not more than 3.50 kg |
| 7 | WEIGHT (With Magazine) | Not more than 5 kg |
| 8 | MUZELL VELOCITY | Not less than 940 m/second |
| 9 | EFFECTIVE RANG | Not less than  400 Meter |
| 10 | MAXIMUM RANG | Not less than 1500 Meter |
| 11 | NUMBER OF GROOVES | 6 |
| 12 | Firing modes | Single/Burst / Fully automatic |

2.3.2- Red dot sight for Assault rifle  caliber 5.56 x 45 mm fully automatic  shall conform to Military Standard  (Mil-STD-810F) and supported with the following specifications:

| No | Data | SPECIFICATION |
|---|---|---|
| 1 | AIMING DOT | 3.5 -7 MOA |
| 2 | DOT INTENSITY | Auto adjust and manual up to 4 settings |
| 3 | INTERFACE | Fits existing sight mounts |
| 4 | OPERATING TEMPERATURE | -40 ° to +55° |

2.3.3 Tactical Laser aiming module for Assault rifle  caliber 5.56 x 45 mm fully automatic  shall conform to Military Standard (Mil-STD-810F) and supported with the following specifications:

| No | Data | SPECIFICATION |
|---|---|---|
| 1 | LASER POWER / TYPE | 6mw IR (835nm) / 5mw visible (635nm) |
| 2 | BORESIGHT ADJUSTABLE | Must be exist |
| 3 | MOUNTING BRACKET | Interface mounts with different submachine mounts |
| 4 | ENVIRONMENTAL TESTS | According with military standard (MIL-STD-810F) |
| 5 | OPERATING TEMPERATURE | -40 ° to +55º |

2.3.4 Tactical ```light "illuminator" for Assault rifle  caliber 5.56 x 45 mm fully automatic  shall conform to Military Standard (Mil-STD-810F) and supported with up to 125 peak lumens / 1 hr runtime

## RFQ

## REQUEST FOR QUOTATION

QUOTATION REQUEST FOR:

> **FULLY AUTOMATIC PISTOL  Cal.9x19mm**
> **COMPLETE WITH ACCESSORIES**

THIS (RFQ) CONSISTS OF:

SECTION 1: GENERAL CONDITIONS

SECTION 2: TECHNICAL SPECIFICATIONS

*SIGNATURE (                    )*

*MAJ. GEN STAFF / ROSHDY ABDELHAMID ABDELAZIZ*

*DIRECTOR OF ARMAMENT & AMMUNITION DEPARTMENT*

Ghanem_Sentencing_00000651

## SECTION 1
## GENERAL CONDITIONS

### 1.1 - SUBJECT:

A.R.E invites the recognized manufacturers to bid for supplying egyptian army with: Fully automatic pistol cal.9x19mm complete with accessories in accordance with the following scope and requirements.

### 1.2- SCOPE:

This request for quotation (RFQ) to provide the Government of EGYPT (GOE)  with Fully automatic pistol cal.9x19mm complete with accessories (Brand  New) .

### 1.3-GENERAL CONDITIONS:

1.3.1 - The offered weapons must be in conformity with specifications in section 2.

#### 1.3.2 - The quotation should include the following:

1.3.2.1- Full technical and tactical specification of Fully automatic pistol cal.9x19 mm complete with accessories according to military specifications.

1.3.2.2 - Year of production of the offered weapon.

1.3.2.3 - Time of delivery.

1.4 - Fully automatic pistol cal.9x19mm complete with accessories should be manufactured according to a military standard, the military standard for this weapon should be specified.

### 1.5 - MECHANICAL CONDITIONS:

Fully automatic pistol cal.9x19mm complete with accessories should withstand all tests (Environmental – Safety – Performance – Firing …etc) according to a military standard. Test Procedures for the weapon should be stated.

1.6 - The quotation should be submitted in original and three copies in English language and should be Valid for at least 6 months after closing date.

1.7- The delivery should be within 6 months after signing the contract.

1.8 - Closing date is:   /   /

1.9-    Contracting    articles:    Fully    automatic    pistol    cal.9x19mm    complete with accessories.

1.9.1- Delivery: the supplier undertakes to supply   FCA.

1.9.2- Warranty: A warranty against any defects for all supplying items should be offered.

### 1.10 - REQUIREMENTS:

1.10.1- Operating temperature:  -10 to + 55 deg. centigrade.

1.10.2- Corrosion: The supplier should certify that the materials, processes, coating and finishes used in the weapon resist corrosion in conformity with military standards. The supplier should state accepting treatment of any rusty items, during 5 years period of normal operation, on his expense.

Ghanem-00072443-0007

**1.11 - DOCUMENTATION:**
  1.11.1 - Technical manuals.
  1.11.2 – Maintenance and operation documents.
  1.11.3 – Test and repair documents.
  1.11.4 – A copy of the MIL. STD. of testing (Environmental – Safety – Performance - Firing…..etc) of the required weapons and its main components including the evaluation criteria.

**1.12 - TRAINING :**
  No training for Fully automatic pistol cal.9x19mm is required.

**1.13 – INSPECTION:**
  1.12.1 - Inspection should be witnessed by (2) Egyptian representatives for (7) days at the company site.
  1.12.2 – Inspection must be according to the military standard including test and firing for (Environmental – Safety – Performance - Firing …etc).

**1.14 – CERTIFICATE OF ORIGIN:**
  Certificate of **OEM** "Original Equipment Manufacturer" **MUST** be submitted for all contracted items.

**1.15 – SPARE PARTS:**
  A Guarantee of Continuous Supply with Logistic Support (spare parts) for at least 10 Years .

**1.16 – TAXES & DUTIES:**
  All due charges at the seller country will be born by the seller & in-country charges will be born by the buyers.
  Payments: according to contracting terms.

## SECTION 2
## TECHNICAL SPECIFICATIONS
### FOR
## FULLY AUTOMATIC PISTOL Cal.9x19mm COMPLETE
## WITH ACCESSORIES

2.1 - SCOPE :

This request for quotation (RFQ) to provide the Government of EGYPT (GOE) with **Fully automatic pistol cal.9x19mm** (Brand New).

2.2 - PRODUCT QUANTITY:

| NO. | DESCRIPTION | QTY. |
|---|---|---|
| 1 | Fully automatic pistol cal.9x19mm complete with accessories | 65 |
| 2 | Waist hollister | 65 |
| 3 | Shoulder hollister | 65 |

GENERAL SPECIFICATIONS

| | |
|---|---|
| 1- Caliber: | 9x19mm. |
| 2 - Operation : | Fully Automatic/ Semi Automatic . |
| 3 - Rate of fire : | Not less than 800 r/min |
| 4 - Finish : | Black |
| 5- Weight (Without Magazine) : | Not more than 0.650 kg |
| 6-Magazine Capacity: | 19 Rounds / 33 Rounds |

| 4 | Recommended spare parts list is required. |
|---|---|
| 5 | Sample model for all items must be shipped to be tested and accepted as a condition to put the Contract in effect. |

**RFQ Data:**

<u>RFQ No.:</u>

| Washington | 163 | London | | Paris | | Berlin | 171 | Rome | 142 |
|---|---|---|---|---|---|---|---|---|---|
| Pyongyang | | Tokyo | | Madrid | 117 | Pretoria | | Prague | 115 |
| Bucharest | 112 | Beijing | 120 | Seoul | | New Delhi | | Ankara | |
| Islam Abad | | Moscow | | Athens | | Brasilia | | Abu Dhabi | |
| Rabat | | Riyadh | | | | | | | |

| | |
|---|---|
| **Issuance date:** | 13/09/2015 |
| **Closing date:** | 31/10/2015 |

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.      GHANEM

PLAINTIFF'S EXHIBIT      645

DATE                              IDEN.

DATE                              EVID.

BY
          DEPUTY CLERK
AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|---|---|
| Sent: | Monday, October 26, 2015 12:10 PM |
| To: | Anna <anna@travelerhelpdesk.com> |
| Subject: | RFQs Rifle caliber |
| Attach: | 166.pdf; 175.pdf |

Hello Anna,

Please see attached file for a new requirements for the Egyptian Armed Forces, please let me know if you are interested to send us an offer.

Thanks

*Rami Ghanem*

*Gateway to Egypt. (GTE)*

11 Aflaton Street. Ismailia Square. 5th floor.

Heliopolis. Cairo . Egypt.

Office : +20224157990

Iternational Mobile #: +37282432246
Telephone# +201127999552/Viber, WhatsApp/MyChat

US Telephone: + 1 772 675-4363
ramithe@gmail.com
Skype Address: caravaname

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

# RFQ

## REQUEST FOR QUOTATION

QUOTATION REQUEST FOR:

> ASSAULT RIFLE  CALIBER 5.56 X 45 MM FULLY
> AUTOMATIC  INCLUDE THE PICATINNY RAIL
> ADAPTER AND   MAGAZINE SET ( 4/30 ROUND
> MAGAZINES WITH CONNECTOR ), RED DOT
> SIGHT , TACTICAL LASER AIMING AND
> TACTICAL LIGHT  ILLUMINATOR

THIS (RFQ) CONSISTS OF:

SECTION 1: GENERAL CONDITIONS

SECTION 2: TECHNICAL SPECIFICATIONS

*SIGNATURE (                    )*

*MAJ. GEN STAFF / ROSHDY ABDELHAMID ABDELAZIZ*

*DIRECTOR OF ARMAMENT & AMMUNITION DEPARTMENT*

# SECTION 1
## GENERAL CONDITIONS

**1.1 - SUBJECT:**

A.R.E invites the recognized manufacturers to bid for supplying egyptian army with: assault rifle caliber 5.56 x 45 mm fully automatic include the picatinny and magazine set ( 4/30 round magazines with connector ), red dot sight, tactical laser aiming and tactical light illuminator in accordance with the following scope and requirements.

**1.2- SCOPE:**

This request for quotation (RFQ) to provide the Government of EGYPT (GOE) with , assault rifle caliber 5.56 x 45 mm fully automatic include the picatinny and magazine set ( 4/30 round magazines with connector ), red dot sight, tactical laser aiming, and tactical light illuminator according to the list of the required items as per SECTION 2 (Brand New) .

**1.3-GENERAL CONDITIONS:**

    1.3.1 - The offered weapons must be in conformity with specifications in section 2.

    1.3.2 - The quotation should include the following:

        1.3.2.1 - Full technical and tactical specification of assault rifle caliber 5.56 x 45 mm fully automatic include the picatinny and magazine set ( 4/30 round magazines with connector ), red dot sight, tactical laser aiming and tactical light illuminator according to military specifications.

        1.3.2.2 - Year of production of the offered weapon.

        1.3.2.3 - Time of delivery.

**1.4** - Assault rifle caliber 5.56 x 45 mm fully automatic include the picatinny and magazine set ( 4/30 round magazines with connector ), red dot sight, tactical laser aiming and tactical light illuminator should be manufactured According to a military standard.

**1.5 - MECHANICAL CONDITIONS:**

    Assault rifle caliber 5.56 x 45 mm fully automatic include the picatinny and magazine set ( 4/30 round magazines with connector ), red dot sight, tactical laser aiming and tactical light illuminator should withstand all tests (Environmental – Safety – Performance – Firing ...etc) according to a military standard. Test Procedures for the weapon should be stated.

**1.6** - The quotation should be submitted in original and three copies in English language and should be Valid for at least 6 months after closing date.

**1.7-** The delivery should be within 6 months after signing the contract.

**1.8** - Closing date is:    /    /

**1.9-** Contracting articles: ASSAULT RIFLE CALIBER 5.56 X 45 mm FULLY AUTOMATIC WITH ACCESSORIES.

    1.9.1- Delivery: the supplier undertakes to supply  FCA.

    1.9.2- Warranty: A warranty against any defects for all supplying items should be offered.

Ghanem-00072443

## 1.10 - REQUIREMENTS:

1.10.1 - Operating temperature:  -10 to + 55 deg. centigrade.

1.10.2 - Corrosion: The supplier should certify that the materials, processes, coating and finishes used in the weapon resist corrosion in conformity with military standards. The supplier should state accepting treatment of any rusty items, during 5 years period of normal operation, on his expense.

## 1.11 - DOCUMENTATION:

1.11.1 - Technical manuals.

1.11.2 – Maintenance and operation documents.

1.11.3 – Test and repair documents.

1.11.4 – A copy of the MIL. STD. of testing (Environmental – Safety – Performance – Firing…..etc) of the required weapons and its main components including the evaluation criteria.

## 1.12 – TRAINING :

No training for Assault rifle caliber 5.56 x 45 mm fully automatic include the picatinny and magazine set ( 4/30 round magazines with connector ), red dot sigh, tactical laser aiming and tactical light illuminator is required

## 1.13 – INSPECTION:

1.12.1 – Inspection should be witnessed by (3) Egyptian representatives for (7) days at the company site.

1.12.2 – Inspection must be according to the military standard including test and firing for (Environmental – Safety – Performance - Firing …etc).

## 1.14 – CERTIFICATE OF ORIGIN:

Certificate of OEM "Original Equipment Manufacturer" MUST be submitted for all contracted items.

## 1.15 – SPARE PARTS:

A Guarantee of Continuous Supply with Logistic Support (spare parts) for at least 10 Years .

## 1.16 – TAXES & DUTIES:

All due charges at the seller country will be born by the seller & in-country charges will be born by the buyers.

Payments: according to contracting terms.

Ghanem-00072443

## SECTION 2
### TECHNICAL SPECIFICATIONS FOR
ASSAULT RIFLE CALIBER 5.56 X 45 MM FULLY AUTOMATIC INCLUDE THE PICATINNY RAIL ADAPTER AND   MAGAZINE SET ( 4/30 ROUND MAGAZINES WITH CONNECTOR ), RED DOT SIGHT , TACTICAL LASER AIMING AND TACTICAL LIGHT ILLUMINATOR

### 2.1 - SCOPE :

This request for quotation (RFQ) to provide the Government of EGYPT (GOE) with Assault rifle  caliber 5.56 × 45 mm fully automatic  include the picatinny rail adapter and   magazine set ( 4/30 round magazines with connector ) red dot sight , tactical laser aiming and tactical light  illuminator(Brand New).

### 2.2 - PRODUCT QUANTITIES:

| NO. | DESCRIPTION | QTY. |
|---|---|---|
| 1 | Assault rifle  caliber 5.56 x 45 mm fully automatic  include the picatinny rail adapter and    magazine set ( 4-30 round magazines with connector | 280 |
| 2 | Red dot sight | 280 |
| 3 | Tactical LASER aiming | 280 |
| 4 | Tactical light illuminator | 280 |
| 5 | Recommended spare parts list is required. | |
| 6 | Sample model for all items must be shipped to be tested and accepted as acondition  to put the Contract in effect. | |

### 2.3- THE QUOTATION MUST INCLUDE THE FOLLOWING:

2.3.1- Specification Assault rifle  caliber 5.56 x 45 mm fully automatic  include the picatinny rail adapter and magazine set ( 4/30 round magazines with connector) as follows :

| No. | Data | SPECIFICATION |
|---|---|---|
| 1 | CALIBER | 5.56 X 45 |
| 2 | OPERATION | Fully Automatic |
| 3 | RATE OF FIRE | Not less than 900 r/min |
| 4 | TOTAL LENGTH WITH BUTT UNFOLDED | 85 CM |
| 5 | TOTAL LENGTH WITH BUTT FOLDED | 65 CM |
| 6 | WEIGHT (Without Magazine) | Not more than 3.50 kg |
| 7 | WEIGHT (With Magazine) | Not more than 5 kg |
| 8 | MUZELL VELOCITY | Not less than 940 m/second |
| 9 | EFFECTIVE RANG | Not less than  400 Meter |
| 10 | MAXIMUM RANG | Not less than 1500 Meter |
| 11 | NUMBER OF GROOVES | 6 |
| 12 | Firing modes | Single/Burst / Fully automatic |

Ghanem-00072443

2.3.2- Red dot sight for Assault rifle caliber 5.56 x 45 mm fully automatic shall conform to Military Standard (Mil-STD-810F) and supported with the following specifications:

| No | Data | SPECIFICATION |
|----|------|---------------|
| 1 | AIMING DOT | 3.5-7 MOA |
| 2 | DOT INTENSITY | Auto adjust and manual up to 4 settings |
| 3 | INTERFACE | Fits existing sight mounts |
| 4 | OPERATING TEMPERATURE | -40° to +55° |

2.3.3 Tactical Laser aiming module for Assault rifle caliber 5.56 x 45 mm fully automatic shall conform to Military Standard (Mil-STD-810F) and supported with the following specifications:

| No | Data | SPECIFICATION |
|----|------|---------------|
| 1 | LASER POWER / TYPE | 6mw IR (835nm) / 5mw visible (635nm) |
| 2 | BORESIGHT ADJUSTABLE | Must be exist |
| 3 | MOUNTING BRACKET | Interface mounts with different submachine mounts |
| 4 | ENVIRONMENTAL TESTS | According with military standard (MIL-STD-810F) |
| 5 | OPERATING TEMPERATURE | -40° to +55° |

2.3.4 Tactical "light "illuminator" for Assault rifle caliber 5.56 x 45 mm fully automatic shall conform to Military Standard (Mil-STD-810F) and supported with up to 125 peak lumens / 1 hr runtime

Ghanem-00072443

# RFQ

## REQUEST FOR QUOTATION

QUOTATION REQUEST FOR:

FULLY AUTOMATIC PISTOL  Cal.9x19mm
COMPLETE WITH ACCESSORIES

THIS (RFQ) CONSISTS OF:

SECTION 1: GENERAL CONDITIONS

SECTION 2: TECHNICAL SPECIFICATIONS

SIGNATURE (          )

MAJ. GEN STAFF / ROSHDY ABDELHAMID ABDELAZIZ

DIRECTOR OF ARMAMENT & AMMUNITION DEPARTMENT

Ghanem-00072443

## SECTION 1
## GENERAL CONDITIONS

**1.1 - SUBJECT:**

A.R.E invites the recognized manufacturers to bid for supplying egyptian army with: Fully automatic pistol cal.9x19mm complete with accessories in accordance with the following scope and requirements.

**1.2- SCOPE:**

This request for quotation (RFQ) to provide the Government of EGYPT (GOE) with Fully automatic pistol cal.9x19mm complete with accessories (Brand New).

**1.3-GENERAL CONDITIONS:**

1.3.1 - The offered weapons must be in conformity with specifications in section 2.

1.3.2 - The quotation should include the following:

1.3.2.1 - Full technical and tactical specification of Fully automatic pistol cal.9x19 mm complete with accessories according to military specifications.

1.3.2.2 - Year of production of the offered weapon.

1.3.2.3 - Time of delivery.

1.4 – Fully automatic pistol cal.9x19mm complete with accessories should be manufactured according to a military standard, the military standard for this weapon should be specified.

**1.5 - MECHANICAL CONDITIONS:**

Fully automatic pistol cal.9x19mm complete with accessories should withstand all tests (Environmental – Safety – Performance – Firing …etc) according to a military standard. Test Procedures for the weapon should be stated.

1.6 – The quotation should be submitted in original and three copies in English language and should be Valid for at least 6 months after closing date.

1.7- The delivery should be within 6 months after signing the contract.

1.8 – Closing date is:   /   /

1.9- Contracting articles: Fully automatic pistol cal.9x19mm complete with accessories.

1.9.1- Delivery: the supplier undertakes to supply FCA.

1.9.2- Warranty: A warranty against any defects for all supplying items should be offered.

**1.10 - REQUIREMENTS:**

1.10.1- Operating temperature: -10 to + 55 deg. centigrade.

1.10.2- Corrosion: The supplier should certify that the materials, processes, coating and finishes used in the weapon resist corrosion in conformity with military standards. The supplier should state accepting treatment of any rusty items, during 5 years period of normal operation, on his expense.

Ghanem-00072443

**1.11 - DOCUMENTATION:**

    1.11.1 – Technical manuals.

    1.11.2 – Maintenance and operation documents.

    1.11.3 – Test and repair documents.

    1.11.4 – A copy of the MIL. STD. of testing (Environmental – Safety – Performance - Firing......etc) of the required weapons and its main components including the evaluation criteria.

**1.12 – TRAINING :**

No training for Fully automatic pistol cal.9x19mm is required.

**1.13 – INSPECTION:**

    1.12.1 - Inspection should be witnessed by (2) Egyptian representatives for (7) days at the company site.

    1.12.2 – Inspection must be according to the military standard including test and firing for (Environmental – Safety – Performance - Firing ...etc).

**1.14 – CERTIFICATE OF ORIGIN:**

Certificate of OEM "Original Equipment Manufacturer" MUST be submitted for all contracted items.

**1.15 - SPARE PARTS:**

A Guarantee of Continuous Supply with Logistic Support (spare parts) for at least 10 Years .

**1.16 – TAXES & DUTIES:**

All due charges at the seller country will be born by the seller & in-country charges will be born by the buyers.

Payments. according to contracting terms.

Ghanem-00072443

## SECTION 2
## TECHNICAL SPECIFICATIONS
## FOR
## FULLY AUTOMATIC PISTOL Cal.9x19mm COMPLETE
## WITH ACCESSORIES

### 2.1 - SCOPE :

This request for quotation (RFQ) to provide the Government of EGYPT (GOE) with Fully automatic pistol cal.9x19mm (Brand New).

### 2.2 - PRODUCT QUANTITY:

| NO. | DESCRIPTION | QTY. |
|------|-------------|------|
| 1 | Fully automatic pistol cal.9x19mm complete with accessories | 65 |
| 2 | Waist hollister | 65 |
| 3 | Shoulder hollister | 65 |

GENERAL SPECIFICATIONS

1- Caliber:                         9x19mm.
2 - Operation  :                    Fully Automatic/ Semi Automatic  .
3 - Rate of fire :                  Not less than 800 r/min
4 - Finish :                        Black
5- Weight (Without Magazine) :      Not more than 0.650 kg
6-Magazine Capacity:                19 Rounds / 33 Rounds

| 4 | Recommended spare parts list is required. |
| 5 | Sample model for all items must be shipped to be tested and accepted as a condition to put the Contract in effect. |

## RFQ Data:

RFQ No.:

| Washington | 163 | London |     | Paris  |     | Berlin    | 171 | Rome      | 142 |
|------------|-----|--------|-----|--------|-----|-----------|-----|-----------|-----|
| Pyongyang  |     | Tokyo  |     | Madrid | 117 | Pretoria  |     | Prague    | 115 |
| Bucharest  | 112 | Beijing| 120 | Seoul  |     | New Delhi |     | Ankara    |     |
| Islam Abad |     | Moscow |     | Athens |     | Brasilia  |     | Abu Dhabi |     |
| Rabat      |     | Riyadh |     |        |     |           |     |           |     |

| Issuance date: | 13/09/2015 |
|----------------|------------|
| Closing date:  | 31/10/2015 |

Ghanem-00072443

R F Q # 2 / MC / EST / 2015-2016

| NO | ITEM NAME | PART NO | REQ | CATALOG | PAGE | FIG | ITEM |
|---|---|---|---|---|---|---|---|
| 1 | ENGINE B-55 | 155-01-001-2 | 25 | T-55 | 1 | 1 | |
| 2 | RADIATOR | 155-02-158-B | 50 | T-55 | 5 | 12 | |
| 3 | VALVE REDUCTION | 54-02-1058-1A | 300 | T-55 | 20 | 32 | |
| 4 | COCK, DISTRIBUTING, FUEL | 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-A | 100 | T-55 | 35 | 221 | |
| 5 | GEAR DRIVING | 153-08-259 | 100 | T-55 | 68 | 428 | |
| 6 | BAR, TORSION COMPRESSOR | 355-08-291A | 200 | T-55 | 73 | 439 | |
| 7 | INDEX POINTER | 54-08-067 | 50 | T-55 | 80 | 507 | |
| 8 | BOLT LOW FRONT GEAR CASE | 54-08-094-4 | 75 | T-55 | 82 | 528 | |
| 9 | NUT BRAKE BAND | 54-10-030 | 200 | T-55 | 101 | 678 | |
| 10 | LEVER | 54-14-18-5 | 100 | T-55 | 109 | 751 | |
| 11 | WASHER TOOTHED | 54-16-023-1B | 100 | T-55 | 119 | 849 | |
| 12 | SHAFT ASSEMBLY | 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 | 50 | T-55 | 121 | 864 | |
| 13 | PIPE | 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-5 | 100 | T-55 | 192 | 3094 | |
| 14 | PIPE | 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-5A | 100 | T-55 | 192 | 3096 | |
| 15 | PIPE | 155-38-585B | 100 | T-55 | 192 | 3099 | |
| 16 | PIPE | 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-2 | 100 | T-55 | 192 | 3102 | |
| 17 | PIPE | 355-38-628B-2 | 100 | T-55 | 192 | 3103 | |
| 18 | PIPE | 155-38-725B | 100 | T-55 | 192 | 3106 | |
| 19 | PIPE | 155-38-735B | 100 | T-55 | 192 | 3107 | |
| 20 | PIPE | 155-38-795B-R | 100 | T-55 | 193 | 3113 | |
| 21 | VALVE REDUCING | 155-38-835B | 500 | T-55 | 193 | 3115 | |
| 22 | PIPE | 155-38-855B | 100 | T-55 | 193 | 3116 | |
| 23 | PIPE | 155-38-858S-2 | 100 | T-55 | 193 | 3117 | |
| 24 | PIPE | 155-38-875B | 100 | T-55 | 193 | 3118 | |
| 25 | PIPE | 155-38-104SB | 100 | T-55 | 193 | 3119 | |
| 26 | PIPE | 155-38-105SB | 100 | T-55 | 193 | 3120 | |
| 27 | ADAPTER | 155-28-106-SB-A | 100 | T-55 | 193 | 3121 | |
| 28 | PIPE | 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B-A | 100 | T-55 | 193 | 3122 | |
| 29 | PIPE | 155-38-111SB-A | 100 | T-55 | 193 | 3113 | |
| 30 | PIPE, W/ SHOCK ABSORBER | 155-38-112SB-1 | 100 | T-55 | 193 | 3124 | |

1 of 11

Ghanem-00072443

RFQ #2 / MC / EST / 2015-2016

| NO | ITEM_NAME | PART_NO | REQ | CATALOG | PAGE | FIG | ITEM |
|---|---|---|---|---|---|---|---|
| 31 | VALVE | 155-38-057 | 100 | T-55 | 193 | 3128 | |
| 32 | PIPE | 155-38-128SB | 100 | T-65 | 193 | 3127 | |
| 33 | PIPE | 155-38-131SB-A | 100 | T-55 | 194 | 3130 | |
| 34 | SETTLER | 155-38-132SB | 50 | T-55 | 194 | 3131 | |
| 35 | PIPE | 155-38-134SB | 100 | T-55 | 194 | 3132 | |
| 36 | PIPE | 155-21-275B | 100 | T-55 | 194 | 3135 | |
| 37 | PIPE | 155-38-082-A | 100 | T-56 | 194 | 3141 | |
| 38 | PIPE | 155-38-133 | 100 | T-55 | 195 | 3148 | |
| 39 | GAUGE PRESSURE,TYPE MT-4C, 250 kgf/cm2 | 155-38-269A | 100 | T-55 | 195 | 3158 | |
| 40 | UNIT, GEAR REDUCTION | 54-40SB-4A | 50 | T-55 | 200 | 3218 | |
| 41 | PLUG | 56-40-053 | 100 | T-55 | 203 | 3223 | |
| 42 | BUMPER ADJUSTING | 54-41-059 | 50 | T-55 | 203 | 3269 | |
| 43 | CYLINDER | 155-59-198SB-B | 1000 | T-56 | 217 | 3672 | |
| 44 | PUMP | 54-83-78SB-A | 20 | T-55 | 222 | 3538 | |
| 45 | BEARING BALL | 782726 | 100 | T-56 | 297 | 3624 | |
| 46 | ENGINE CLUTCH | 54-07SB-2 | 100 | T-62 | 35 | 369 | |
| 47 | GUN, GREASE, PLUNGER TYPE | 155-28-670SB | 200 | T-62 | 129 | 1899 | |
| 48 | ROPE, TOWING | 54-28-213SB-A | 200 | T-62 | 131 | 1942 | |
| 49 | SYRING, FOR KEROSENE, BLOWING OFF PIPES | 56-28-463SB | 100 | T-62 | 131 | 1950 | |
| 50 | WRENCH S = 27, SOCKET | 54-28-695SB-A | 100 | T-62 | 132 | 1954 | |
| 51 | GREASE GUN, SCREW-TYPE | 54-28-791SB | 100 | T-62 | 132 | 1967 | |
| 52 | HOSE, ASSEMBLY | 54-28-753SB | 100 | T-62 | 132 | 1969 | |
| 53 | LOOP, CONNECTING TOWING ROPES | 34-23-109SB-1 | 100 | T-62 | 133 | 1972 | |
| 54 | WRENCH S.5.7 | 54-28-165B | 100 | T-62 | 212 | 2038 | |
| 55 | RETAINER | 765-10-5B189 | 30 | BMP | 8 | 1 | 82 |
| 56 | GASKET | 765-10-5B662 | 50 | BMP | 8 | 1 | 8 |
| 57 | CYLINDER | 765-10-5B579 | 30 | BMP | 41 | 1 | 41 |
| 58 | CLEANER | 701-05-5B183 | 50 | BMP | 22 | 3.2 | 55 |
| 59 | RETAINER | 765-05-5B221 | 50 | BMP | 16 | 2 | 55 |
| 60 | GASKET | 765-06-45B | 200 | BMP | 15 | 1 | 21 |

2 of 11

Ghanem-00072443

Ghanem_Sentencing_00000669

R F Q # 2 / MC / EST / 2015-2016

| NO | ITEM NAME | PART NO | REQ | CATALOG | PAGE | FIG | ITEM |
|---|---|---|---|---|---|---|---|
| 61 | COUPLING | 3320-142-1 | 200 | BMP | 26 | 7 | 51 |
| 62 | ASSEMBLY OF FILTER SECTION COVER | KV-5805-35 | 200 | BMP | 8 | 8 | 22 |
| 63 | RING,SEALING | 603-01.85 | 300 | BMP | 28 | 10 | 22 |
| 64 | CASING | 765-06-SB306 | 30 | BMP | 25 | 10 | 46 |
| 65 | RING | 775-71-82 | 300 | BMP | 37 | 13 | 20 |
| 66 | STRAP | 765-10-455 | 200 | BMP | 35 | 13 | 47 |
| 67 | SPRING | 700-38-459 | 100 | BMP | 36 | 13 | 96 |
| 68 | LIMITER | 765-10-445 | 200 | BMP | 45 | 17 | 9 |
| 69 | RING | 48587 | 100 | BMP | 95 | 43.2 | 22/4 |
| 70 | PULLY WITH CRANK | 765-31-SB120 | 100 | BMP | 106 | 47 | 1 |
| 71 | RING RUBBER | 785-33-7 | 50 | BMP | 113 | 50 | 1 |
| 72 | TRAK LINK WITH RUBBER PAD | 765-35-SB102/R* | 3000 | BMP | 120 | 52 | 1 |
| 73 | PLATE,RIGHT | 765-47-SB185 | 40 | BMP | 139 | 62 | 7 |
| 74 | PLATE,REAR,left | 765-47-SB212 | 40 | BMP | 139 | 62 | 8 |
| 75 | PLATE,LEFT | 765-47-SB184 | 40 | BMP | 139 | 62 | 8 |
| 76 | PLATE,FRONT,left | 765-47-SB182 | 40 | BMP | 139 | 62 | 18 |
| 77 | LEFT FRONT TRAVERSING WHEEL | 765-33-SB128 | 30 | BMP | 184 | 86 | 1-17 |
| 78 | RIGHT FRONT TRAVERSING WHEEL | 765-33-SB129 | 30 | BMP | 186 | 87 | 2-17 |
| 79 | COMPLETE CARRING ROLLER | 765-34-SB101 | 20 | BMP | 183 | 86 | 1-20 |
| 80 | PLUG | 700-37-255 | 150 | BMP | 248 | 108 | 19 |
| 81 | HANDLE | 765-49-SB104 | 50 | BMP | 228 | 120 | 1 |
| 82 | LINK | 765-78-679 | 200 | BMP | 205 | 109 | 25 |
| 83 | PRESSER SENDING UNIT(UP TO 15 Kgf/Cm2) | 700-76-SB183 | 160 | BMP | 263 | 119 | 18 |
| 84 | INDICATOR, PRESSURE GAUGE 73-15 | 700-76-SB182 | 160 | BMP | 263 | 115 | 18 |
| 85 | SENDING UNIT,ELECTRIC SPEEDOMETER KM3-301 | 700-76-SB417 | 100 | BMP | 264 | 119 | 21 |
| 86 | METER 2TYE-1 | 700-76-SB807 | 100 | BMP | 164 | 119 | 20 |
| 87 | RECIVER | 700-76-SB808 | 50 | BMP | 264 | 119 | 23 |
| 88 | INDICATOR,ELECTRIC SPEEDOMETER,TYPE CN-1D6 | 700-76-SB416 | 100 | GMP | 264 | 115 | 24 |
| 89 | CONTACTOR KM-50Д-B | 700-76-SB383 | 100 | BMP | 264 | 119 | 27 |
| 90 | GENERATOR,TACHOMETER Д-4 | 700-76-SB307 | 100 | BMP | 264 | 119 | 21 |

Ghanem-00072443

Ghanem_Sentencing_00000670

| NO | ITEM NAME | PART NO | REQ | CATALOG | PAGE | FIG | ITEM |
|---|---|---|---|---|---|---|---|
| 91 | GASKET | 765-84-80 | 300 | BMP | 273 | 123 | 12 |
| 92 | REGULATOR VOLTAGE PH-10 | 700-76-SB560 | 200 | BMP | 289 | 128 | 1 |
| 93 | CONTACTOR,SMALL-SIZE KM-600 -B | 700-76-SB656 | 100 | BMP | 289 | 128 | 0 |
| 94 | WRENCH, NUTS OF TRACK WEDGES | 765-93-SB137 | 100 | BMP | 292 | 130 | 2 |
| 95 | WRENCH ACCESS HATCHES AND PLUGS OF GUN WEDGES | 765-93-SB142 | 100 | BMP | 292 | 130 | 19 |
| 96 | WRENCH, 100*110 TRACK ADJUSTING MECH | 765-93-289 | 100 | BMP | 294 | 130 | 22 |
| 97 | WRENCH, 5.5-7MH-5548 64 | 7811-0002 | 100 | BMP | 296 | 130 | 23 |
| 98 | WRENCH, 27*32 | 765-93-193 | 100 | BMP | 296 | 130 | 24 |
| 99 | GREASE GUN, PLUNGER TYPE OF CONSISTENT GREASE | 748-27-SB100 | 100 | BMP | 294 | 132 | 4 |
| 100 | LUBRICATION GUN, | 700-77-SB268 | 100 | BMP | 294 | 132 | 7 |
| 101 | EXTENSION, FUNNEL FOR FILLING OF OIL IN GEAR BOX | 765-93-SB175 | 100 | BMP | 295 | 132 | 13 |
| 102 | WIRE ROPE, TOWING | 765-93-SB195 | 200 | BMP | 293 | 134 | 4 |
| 103 | AIR FILTER | TU-218-K | 30 | BMP | 401 | 223.1 | 138 |
| 104 | RETURN VALVE | TU-674-600/B-K | 100 | BMP | 401 | 223.1 | 139 |
| 105 | TRANFER VALVE | TU-24-7-395-70 | 50 | BMP | 401 | 223.2 | 140 |
| 106 | REDUCER | TU-669-300M-14-K | 50 | BMP | 401 | 223.2 | 142 |
| 107 | TRANFER VALVE | TU-12-44-395-75 | 40 | BMP | 406 | 225.1 | 150 |
| 108 | CONTACTOR | 9006-000 | 30 | BMP | 422 | 235.9 | 37 |
| 109 | RELAY BOX | 5-700-76-SB955 | 50 | BMP | 423 | 235.9 | 44 |
| 110 | RELAY BOX | KR-65-000-TU | 30 | BMP | 428 | 235.5 | 45 |
| 111 | THERMOREGULATOR | TU-3-990-74 | 50 | BMP | 429 | 235.6 | 48 |
| 112 | BOTTLE | 5-765-87-SB156 | 250 | BMP | 478 | 260 | 1-11 |
| 113 | TUBE | 765-93-SB304 | 100 | BMP | 556 | 303.1 | 29 |
| 114 | FRONT SPANNER 10*12 | 755-93-431 OR 701-85-398 | 100 | BMP | 560 | 303.1 | 59 |
| 115 | GAUGE | 765-93-SB208 | 100 | BMP | 559 | 303.2 | 43 |
| 116 | SPECIAL SPANNER 5-14 | 765-100-212 | 100 | BMP | 559 | 303.2 | 55 |
| 117 | GAUGE | 765-93-SB207 OR 855-93-SB67S0 | 100 | BMP | 560 | 303.2 | 89 |
| 118 | DEVICE, TRACK REMOVAL | 865-93-SB6396 | 200 | BMP | 556 | 303.2 | 28/1-11 |
| 119 | REMOVER, TRACK LINK | 765-93-SB170 | 100 | BMP | 560 | 303.2 | 29/1-9 |
| 120 | 1 ST AND REVERS GEAR LOCK SPRING | 154-08-068 | 25 | VT-S5 | 45 | 40 | 91 |

Ghanem_Sentencing_00000671

Ghanem-00072443

R F Q # 2 / MC / EST / 2015-2016

| NO | ITEM NAME | PART NO | REQ | CATALOG | PAGE | FIG | ITEM |
|---|---|---|---|---|---|---|---|
| 121 | COMPLETE REDUCTION WITH DRIVE | 19-40-001 5-2 | 20 | VT-55 | 270 | 244-259 | 1,2,13 |
| 122 | LEVER WITH SHAFT | 19-40-0025 | 10 | VT-55 | 270 | 246 | 2-2a |
| 123 | DRIVE SHAFT | 19-40-025-4 | 10 | VT-55 | 270 | 246 | 2 |
| 124 | GEAR | 940-003-2A | 10 | VT-55 | 270 | 246 | 6 |
| 125 | CLAW CLUTCH | 19-40-023-1 | 10 | VT-55 | 270 | 247 | 9 |
| 126 | SLEEVE | 19-40-026-2 | 20 | VT-55 | 270 | 247 | 11 |
| 127 | CLAW CLUTCH | 19-40-037 | 10 | VT-55 | 270 | 247 | 15 |
| 128 | NUT | 19-40-160 | 50 | VT-55 | 270 | 247 | 19 |
| 129 | BEVEL GEAR | 19-40-024 | 10 | VT-55 | 270 | 248 | 21 |
| 130 | DISTANCE RING | 940-023 | 20 | VT-55 | 270 | 248 | 22 |
| 131 | LOCKING PIECE | 940-028 | 20 | VT-55 | 270 | 248 | 23 |
| 132 | NUT | 940-029 | 50 | VT-55 | 270 | 249 | 24 |
| 133 | SLEEVE FORK | 940-040 | 20 | VT-55 | 270 | 249 | 26 |
| 134 | SLEEVE | 19-40-028-1 | 20 | VT-55 | 271 | 249 | 34 |
| 135 | BEVEL GEAR | 19-40-005-2 | 10 | VT-55 | 271 | 250 | 40 |
| 136 | BEARING BUSH | 19-40-006 | 10 | VT-55 | 271 | 250 | 41 |
| 137 | SPLIT RING | 19-40-047 | 20 | VT-55 | 271 | 250 | 47 |
| 138 | LEVER | 19-40-154 | 20 | VT-55 | 271 | 251 | 50 |
| 139 | LEVER WITH SHAFT | 19-40-0215 | 10 | VT-55 | 271 | 251 | 63 |
| 140 | ADJUSTING RING | 19-40-010 | 10 | VT-55 | 271 | 257 | 65 |
| 141 | PACKING | 18-40-011 | 10 | VT-55 | 271 | 257 | 46 |
| 142 | CONTROL RING | 19-40-019 | 10 | VT-55 | 271 | 257 | 51 |
| 143 | WASHER | 19-40-046 | 50 | VT-55 | 271 | 257 | 64 |
| 144 | INTERMEDIUM GEAR | 19-40-009-1 | 10 | VT-55 | 272 | 252 | 63 |
| 145 | SHAFT | 19-40-118 | 10 | VT-55 | 272 | 255 | 180 |
| 146 | NUT | 19-40-198-1 | 50 | VT-55 | 272 | 255 | 187 |
| 147 | CONTROL LEVER | 19-40-353 | 20 | VT-55 | 272 | 256 | 208 |
| 148 | BOLT | 154-40-062-5 | 25 | VT-55 | 275 | 245 | 85 |
| 149 | FLANGE | 19-40-086 | 10 | VT-55 | 274 | 254 | 115 |
| 150 | BODY | 19-40-214 | 10 | VT-55 | 276 | 254 | 170 |

5 of 11

Ghanem_Sentencing_00000672

Ghanem-00072443

R F Q # 2 / MC / EST / 2015-2016

| NO | ITEM NAME | PART NO | REQ | CATALOG | PAGE | FIG | ITEM |
|----|-----------|---------|-----|---------|------|-----|------|
| 151 | RING | 19-40-117 | 50 | VT 55 | 276 | 259 | 179 |
| 152 | REEL ON CYLINDER OF MAIN POWER WINCH | 19-50-079 | 10 | VT 55 | 289 | 289 | 16a-37 |
| 153 | CYLINDER EASY | 19-50-04512 | 10 | VT 55 | 289 | 275 | 1 |
| 154 | GENERATOR | PG522-14A | 5 | SHILKA | 328 | 100 | 1 |
| 155 | GENERATOR | 575-20-10-011-B | 15 | SHILKA | 328 | 100 | 20 |
| 156 | EJECTOR | 575-10-31-001-G | 20 | SHILKA | 37 | 8 | 27 |
| 157 | EXHAUST TUBE | 575-10-31-015 | 500 | SHILKA | 37 | 8 | 38 |
| 158 | EXHAUST TUBE | 575-10-31-008-B | 500 | SHILKA | 37 | 8 | 34 |
| 159 | RADIATOR, WATER | 730-03-SB133A | 25 | SHILKA | 37 | 8 | 30 |
| 160 | VALVE | 575-10-40-251 | 100 | SHILKA | 43 | 9 | 21 |
| 161 | VALVE | 575-10-40-233 | 100 | SHILKA | 43 | 9 | 47 |
| 162 | FUEL TANK SMALL | 740-04-SB103 | 100 | BK | 13 | 3 | 11 |
| 163 | FUEL TANK LARGE | 740-04-SB104-2 | 100 | BK | 13 | 3 | 10 |
| 164 | SCREEN FILTER | 740-06-SB141 | 500 | BK | 13 | 3 | 7 |
| 165 | COLLAR | 740-15-14 | 100 | BK | 54 | 19 | 17 |
| 166 | THRA B COOPE | 740-17-SB237 | 50 | BK | 68 | 25 | 16 |
| 167 | BAAKK B COOPE | 740-17-SB238 | 50 | BK | 68 | 25 | 37 |
| 168 | THRA B COOPE | 740-17-SB242 | 50 | BK | 68 | 25 | 43 |
| 169 | CONTROL LEVER BLOCK RIGHT | 740-17-SB263-2 | 50 | BK | 83 | 26 | 1 |
| 170 | CONTROL LEVER BLOCK LEFT | 740-17-SB264-2 | 50 | BK | 83 | 26 | 1 |
| 171 | LEVER HANDLE | 740-17-416 | 50 | BK | 83 | 26 | 30 |
| 172 | DRIVER SEAT | 740-18-SB1 | 50 | BK | 85 | 28 | 1 |
| 173 | GEAR SHIFT GATE | 740-19-SB-1 | 50 | BK | 87 | 29 | 1 |
| 174 | 1ST AND RAVERSE SPEED | 740 19-27 | 50 | BK | 89 | 29 | 32 |
| 175 | RIGHT TUBE ASSY | 740-28-116A | 50 | BK | 114 | 42 | 2 |
| 176 | STRIKER | 740-33-76 | 50 | BK | 133 | 47 | 20 |
| 177 | Track link, assy, | 740-35-SB109 | 20000 | BK | 133 | 48 | 1 |
| 178 | PIN | 740-35-3-1 | 20000 | BK | 133 | 48 | 2 |
| 179 | AXLE | 740-47-190 | 50 | BK | 139 | 52 | 6 |
| 180 | ANTI SURGE VANE | 740-47-SB135-2 | 75 | BK | 139 | 52 | 8 |

6 of 11

Ghanem-00072443

R F Q # 2 / MC / EST / 2015-2016

| NO | ITEM NAME | PART NO | REQ | CATALOG | PAGE | FIG | ITEM |
|----|-----------|---------|-----|---------|------|-----|------|
| 181 | TORISON BAR | 740-49-31 | 50 | BK | 146 | 57 | 5 |
| 182 | COCK | 740-50-58226 | 50 | BK | 150 | 58 | 1 |
| 183 | TOWING HOOK | 740-50-231 | 50 | BK | 150 | 58 | 26 |
| 184 | LATCH | 740-50-623 | 100 | BK | 151 | 58 | 20 |
| 185 | SPRING | 740-50-625 | 100 | BK | 151 | 58 | 19 |
| 186 | STOP ASSY | 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B | 100 | BK | 151 | 59A | 15 |
| 187 | HANDLE | 750-50-085 | 100 | BK | 158 | 59B | 7 |
| 188 | PIN | 740-50-082 | 100 | BK | 158 | 59B | 4 |
| 189 | TORISON BAR | 750-50-78 | 50 | BK | 156 | 53B | 12 |
| 190 | Hook 1 tor tolling gun | 750-50-375 | 50 | BK | 157 | 59 | 24 |
| 191 | TORISON | 750-61-145 | 50 | BK | 183 | 71 | 3 |
| 192 | LOCK | 750-61-150 | 50 | BK | 183 | 71 | 5 |
| 193 | TACHOMETER GENERATOR | 740-80-58159 | 50 | BK | 193 | 82 | 24 |
| 194 | HEAD LAMP WITH BREAK | 740-82-58-162 | 200 | BK | 215 | 88 | 22 |
| 195 | SPECIAL WRENCH, S=80 | 740-93-397 | 200 | BK&OT-82 | 243 | 101 | 9 |
| 196 | WRENCH FOR TRACK ADJUSTMENT | 740-93-41 | 200 | BK&OT-62 | 245 | 101 | 17 |
| 197 | WRENCH FOR TRACK ADJUSTMENT | 740-93-82 | 200 | BK&OT-62 | 245 | 101 | 16 |
| 198 | WRENCH FOR SHAFTS, | NT-180 | 200 | BK&OT-62 | 228 | 101 | 26 |
| 199 | WRENCH FOR ROAD WHEEL NUT | 740-93-229 | 200 | BK&OT-62 | 247 | 101 | 53 |
| 200 | WRENCH FOR DRAINING OIL AND FUEL | 740-93-58236-1 | 200 | BK&OT-62 | 244 | 101 | 36 |
| 201 | SPECIAL WRENCH S=17 | 740-93-58131 | 100 | BK&OT-62 | 240 | 101 | 40 |
| 202 | SPECIAL WRENCH S=14 | 740-93-58140 | 100 | BK&OT-62 | 240 | 101 | 41 |
| 203 | WRENCH FOR HATCH DOORS | 740-93-58270 | 200 | BK&OT-62 | 244 | 101 | 42 |
| 204 | TOWING ROPE | 740-93-58104 | 200 | BK&OT-62 | 239 | 102 | 7 |
| 205 | PIN, ASSY | 740-93-58128 | 200 | BK&OT-62 | 240 | 102 | 10 |
| 206 | THIMBLE FOR TOWING ROPE | 740-93-91 | 200 | BK&OT-62 | 240 | 102 | 11 |
| 207 | Hand pump RNA-2A | 54-05-004A | 100 | OT-62 | 71 | 10 | 119 |
| 208 | Joint range | 800-10-002 | 50 | OT-62 | 52 | 25/A | 44 |
| 209 | Ventilator shaft | 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 | 50 | OT-62 | 98 | 27.1 | 1/12 |
| 210 | Holder | 800-12-031-1 | 100 | OT-62 | 62 | 28.5 | 55 |

7 of 11

Ghanem_Sentencing_00000674

Ghanem-00072443

R F Q # 2 / MC / EST / 2015-2016

| NO | ITEM NAME | PART NO | REQ | CATALOG | PAGE | FIG | ITEM |
|----|-----------|---------|-----|---------|------|-----|------|
| 211 | Suspension eye | 800-12-256 | 100 | OT-62 | 67 | 28.6 | 180 |
| 212 | Indicator | 800-12-242 | 100 | OT-62 | 64 | 28.6 | 97 |
| 213 | Castle nut M 16 | 800-12-309 | 200 | OT-62 | 67 | 28.6 | 178 |
| 214 | 800-17-231 Spring | 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 | 100 | OT-62 | 129 | 55 | 3/4 |
| 215 | Draw-bar assembly | 800-17-044 S-1 | 100 | OT-62 | 130 | 58 | 2 |
| 216 | Draw-bar assembly | 800-17-066 S-1 | 100 | OT-62 | 152 | 66 | 12 |
| 217 | Left lever assembly | 800-17-3C95 | 100 | OT-62 | 156 | 69 | 1 |
| 218 | Complete parts for assembly of Jdriver seat | 800-17-3C95 | 50 | OT-62 | 163 | 71 | 1-26 |
| 219 | Complete driver seat | 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 | 50 | OT-62 | 163 | 71 | 1 |
| 220 | Complete speedometer wi th drive | 800-20-SB1-2 | 100 | OT-62 | 175 | 76 | 1-18 |
| 221 | Finger | 740-32-5-1 | 100 | OT-62 | 231 | 105 | 7 |
| 222 | Shaft | 740-32-5-2 | 100 | OT-62 | 231 | 105 | 8 |
| 223 | Valve plug | 800-32-10 | 50 | OT-62 | 231 | 105 | 9 |
| 224 | Packing piece | 740-33-25 | 100 | OT-62 | 236 | 107 | 16 |
| 225 | Spring collar | 740-33-57 | 100 | OT-62 | 236 | 107 | 20 |
| 226 | Assembly of nozzle body | 800K-38-002S | 50 | OT-62 | 239 | 109 | 2 |
| 227 | Complete hose l=2800 mm | 800K-38-003S | 50 | OT-62 | 239 | 109 | 3/1-3 |
| 228 | Complete hose l=1690 li"m | 800K-38-004S | 50 | OT-62 | 239 | 109 | 4/1-5 |
| 229 | Breakwater | 800-47-135 S-18 | 50 | OT-62 | 250 | 135.2 | 6 |
| 230 | Right reinforcement | 740-47-214 | 100 | OT-62 | 251 | 135.2 | 35 |
| 231 | Left | 740-47-215 | 100 | OT-62 | 251 | 135.2 | 36 |
| 232 | Stop | 740-49-40 | 100 | OT-82 | 259 | 120 | 31 |
| 233 | Spring of handle | 800-50-048 | 100 | OT-62 | 281 | 124 | 1/18 |
| 234 | Handle of lockV | 800-50-049 | 100 | OT-62 | 280 | 124 | 1/20 |
| 235 | Latch of lock | 4-30-134 | 100 | OT-62 | 280 | 124 | 1/12 |
| 236 | Closure lever | 800-50-858 | 100 | OT-62 | 281 | 124 | 4/1 |
| 237 | Buffer | 5-30-271 | 100 | OT-62 | 281 | 124 | 2/3 |
| 238 | Latch of lock | 800-50-358 | 100 | OT-62 | 286 | 127 | 2/11 |
| 239 | Bush complete | 800-50-528 S | 50 | OT-62 | 292 | 129 | 2 |
| 240 | Supporting tube | 800-50-428 | 50 | OT-62 | 318 | 151 | 1 |

8 of 11

Ghanem-00072443

R F Q # 2 / MC / EST / 2015-2016

| NO | ITEM NAME | PART NO | REQ | CATALOG | PAGE | FIG | ITEM |
|----|-----------|---------|-----|---------|------|-----|------|
| 241 | Latch | 800-563-164 | 100 | OT-62 | 212 | 212 | 4 |
| 242 | BOTTLE | 740-87-SB128-1 | 1000 | OT-62 | 489 | 278 | 1-14 |
| 243 | SPECIAL SPANNER | 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 | 100 | OT-62 | 637 | 324.1 | 1 |
| 244 | SPECIAL SPANNER S=60 | 800-93-026-1 | 100 | OT-62 | 643 | 324.4 | 63 |
| 245 | HOOK WRENCH 52*55 | DIN 1810 | 100 | OT-62 | 644 | 324.4 | 59 |
| 247 | Electropivot 27/5 - VKU adaption | 800-101-7545 | 20 | OT-62 | 725 | 364 | 5 |
| 246 | BOX | 800-101-803S | 20 | OT-62 | 726 | 365.1 | 2 |
| 248 | Complete sleeve | 800-101-8915 | 100 | OT-62 | 727 | 365.1 | 7 |
| 249 | Terminal box | 800-101-5115 | 50 | OT-62 | 733 | 365.1 | 89 |
| 250 | REMOTE CONTROL ROPE | 50M-1321-070 | 50 | UP GRADE B K | | | |
| 251 | REMOTE CONTROL ROPE | 50M-1321-080 | 50 | UP GRADE B K | | | |
| 252 | REGULATING EQUIPMENT UNIT | 50M-1400004 | 20 | UP GRADE B K | | | |
| 253 | piston pin | 304-10-2 | 300 | UTD 20 | 24 | 8 | 6 |
| 254 | stopper | 20-04-07 | 600 | UTD 20 | 24 | 8 | 5 |
| 255 | MECHANICAL FUEL PUMP | 5810-32-00-4 | 30 | UTD 20 | 98 | 36 | 31 |
| 256 | GASKET | 20-27-293 | 50 | UTD 20 | 101 | 36 | 32 |
| 257 | Gasket ( for tachometer generator) | 308-146 | 50 | UTD 20 | 91 | | |
| 258 | JACKET, cylinder | 303-06-10 or 303-06-10A | 500 | V12 ENG | 15 | 11 | |
| 259 | PIN, piston | 304-10-2 | 500 | V12 ENG | 17 | 12 | |
| 260 | BUSHING, setting | 305-21 | 200 | V12 ENG | 19 | 15 | |
| 261 | SPLINED COUPLING | 3308-235 | 100 | V12 ENG | 22 | 30 | |
| 262 | BUSHING, inclined shaft | 306-75-1 | 300 | V12 ENG | 24 | 19 | |
| 263 | CAMSHAFT, intake | 307-06-4 | 300 | V12 ENG | 30 | 26 | |
| 264 | CAMSHAFT, exhaust | 307-15-3 | 150 | V12 ENG | 30 | 26 | |
| 265 | CASE, seal, assy | 3308-261 | 200 | V12 ENG | 34 | 30 | |
| 266 | BUSHING | 3308-246-1 | 100 | V12 ENG | 34 | 28 | |
| 267 | BUSHING SPLINED | 3308-233 | 50 | V12 ENG | 34 | 31 | |
| 268 | RETAINER SPRING | 3308-236 | 100 | V12 ENG | 34 | 30 | |
| 269 | SPRING | 3308-237 | 100 | V12 ENG | 34 | 30 | |
| 270 | PUMP ELEMENT | 5B327-07-1 | 500 | V12 ENG | 65 | 54 | |

9 of 11

Ghanem_Sentencing_00000676

Ghanem-00072443

R F Q # 2 / MC / EST / 2015-2016

| NO | ITEM NAME | PART NO | REQ | CATALOG | PAGE | FIG | ITEM |
|---|---|---|---|---|---|---|---|
| 271 | MANIFOLD, intake, left | 5B419-06-5 | 50 | V12_ENG | 56 | 44 | |
| 272 | GASKET | 327-126 | 300 | V12_ENG | 71 | 52 | |
| 273 | stud | 350-02 | 1000 | V12_ENG | 81 | 68 | |
| 274 | stud | 350-03 | 1000 | V12_ENG | 81 | 68 | |
| 275 | stud | 350-24 | 1000 | V12_ENG | 81 | 69 | |
| 276 | BOLT, crankpin plug | 356-84 | 200 | V12_ENG | 106 | 83 | |
| 277 | WATER PUMP | 5B511T-00-21A | 50 | V6_ENG | 38 | 27 | 3-55 |
| 278 | COMPLETE INJECTION VALVE | 800-5317-00-1A/18 | 500 | V6_ENG | 48 | 35 | |
| 279 | TUBE OF OIL SUPPLY TO CAM SHAFT | 800-520T-32-1 | 50 | V6_ENG | 53 | 37 | |
| 280 | TUBE FROM CLEANER FILTER TO TD | 800-520T-01-51 | 50 | V6_ENG | 55 | 39 | 31 |
| 281 | TUBE | 800-521-0015 | 50 | V6_ENG | 59 | 42 | 12 |
| 282 | INJECTION TUBE | 800-523T-025 | 50 | V6_ENG | 44 | 44 | 6 |
| 283 | INJECTION TUBE | 800-523T-035 | 50 | V6_ENG | 44 | 44 | |
| 284 | INJECTION TUBE | 800-523T-045 | 50 | V6_ENG | 44 | 44 | |
| 285 | INJECTION TUBE | 800-523T-055 | 50 | V6_ENG | 44 | 44 | |
| 286 | INJECTION TUBE | 800-523T-065 | 50 | V6_ENG | 44 | 44 | |
| 287 | ENGINE A-650-1 | 650-01-5B130 | 20 | ATC-59 | 15 | 10 | |
| 288 | PAD, LOWER, FRONT | 650-01-5B102 | 100 | ATC-59 | 15 | 1671 | |
| 289 | CLEANER, AIR, ASSY | 650-05-5B139 | 40 | ATC-59 | 49 | 100 | |
| 290 | GEARBOX, ASSY | 650-12-5B5 | 25 | ATC-59 | 133 | 317 | |
| 291 | DRUM, ASSY | 650-14-5B113 | 50 | ATC-59 | 160 | 385 | |
| 292 | COVER | 650-14-78 | 50 | ATC-59 | 161 | 396 | |
| 293 | FLANGE | 650-14-78 | 50 | ATC-59 | 161 | 397 | |
| 294 | SECTOR, FRICTION, LINING | 650-14-138 | 2000 | ATC-59 | 161 | 3777 | |
| 295 | PIPE ASSY | 650-15-5B112 | 50 | ATC-59 | 178 | 408 | |
| 296 | PIPE ASSY | 650-15-5B155 | 50 | ATC-59 | 180 | 412 | |
| 297 | PIPE ASSY | 650-15-5B143 | 50 | ATC-59 | 180 | 415 | |
| 298 | PLUG | 650-21-31 | 50 | ATC-59 | 252 | 3998 | |
| 299 | PIPE ASSY | 650-21-5B241 | 50 | ATC-59 | 274 | 626 | |
| 300 | WEEL ROAD RIGHT HAND ASSY | 650-24-5B153 | 50 | ATC-59 | 326 | 812 | |

Ghanem_Sentencing_00000677

Ghanem-00072443

RFQ # 2 / MC / EST / 2015-2016

| NO | ITEM_NAME | PART_NO | REQ | CATALOG | PAGE | FIG | ITEM |
|----|-----------|---------|-----|---------|------|-----|------|
| 301 | GASKET | 650-29-286 | 100 | ATC-59 | 371 | 1721 | |
| 302 | STRIP GLASS | 650-29-487 | 100 | ATC-59 | 371 | 1691 | |
| 303 | STREP EDGING | 650-29-488 | 100 | ATC-59 | 371 | 1692 | |
| 304 | SAPPORT ST | 650-31-SB291 | 50 | ATC-59 | 417 | 1056 | |
| 305 | SWITCH , TYPE B-45M | 650-35-SB163 | 100 | ATC-59 | 468 | 1214 | |
| 306 | UNIT CABEL | 650-35-SB424 | 50 | ATC-59 | 470 | 1263 | |
| 307 | VOLTAMNE | 712-10-K278 | 50 | ATC-59 | 502 | 1262 | |
| 308 | ROPE, WIRE, ASSY | 712-27-SB137 | 200 | ATC-59 | | 1410 | |
| 309 | SHACKLE, TOWING ASSY | 712-27-SB183 | 200 | ATC-59 | | 1412 | |
| 310 | EJECTOR, RIGHT | 668-07-SB104 | 50 | ATC-G | | 105 | |
| 311 | EJECTOR, LEFT | 668-07-SB105 | 50 | ATC-G | | 106 | |
| 312 | PANEL ASSY | 668-35-SB135 | 20 | ATC-G | 595 | 1324 | |
| 313 | SET PANEL WIRES | 668-35-SB147 | 100 | ATC-G | 599 | 1328 | |
| 314 | PISTON RING OF THE 1 ST.STEP | AK150-017 | 1000 | AK-150S COMP | | T-3 | 3 |
| 315 | PISTON RING OF THE 2 nd.STEP | AK150-018 | 1500 | AK-150S COMP | | T-3 | 4 |
| 316 | SCRAPER RING | AK150-019 | 1000 | AK-150S COMP | | T-3 | 5 |
| 317 | PISTON RING OF THE 3rd.STEP | AK150-020 | 1000 | AK-150S COMP | | T-4 | 3 |
| 318 | PISTON RING | AK150-021 | 1500 | AK-150S COMP | | T-4 | 4 |
| 319 | SCRAPER RING | AK150-022 | 1000 | AK-150S COMP | | T-4 | 5 |
| 320 | SCRAPER RING | AK150-071 | 1000 | AK-150S COMP | | T-4 | 6 |

11 of 11

Ghanem_Sentencing_00000678

Ghanem-00072443

## RFQ Data:

RFQ No.:

| Washington | | London | 159 | Paris | 151 | Berlin | 195 | Rome | 158 |
|---|---|---|---|---|---|---|---|---|---|
| Pyongyang | | Tokyo | | Madrid | 134 | Pretoria | | Prague | 132 |
| Bucharest | 124 | Beijing | | Seoul | | New Delhi | | Ankara | |
| Islam Abad | | Moscow | 135 | Athens | 81 | Brasilia | | Abu Dhabi | 110 |
| Rabat | | Riyadh | | | | | | | |

| Issuance date: | 08/10/2015 |
|---|---|
| Closing date: | 25/11/2015 |

Ghanem-00072443

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA

VS.   GHANEM

PLAINTIFF'S EXHIBIT   646

DATE _____IDEN.

DATE_____EVID.

BY _____
        DEPUTY CLERK

AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|---|---|
| Sent: | Thursday, October 29, 2015 11:04 AM |
| To: | JBL <jbl777@gmail.com> |
| Subject: | RE: SOPMOD Para Rifle 5.56X45 |
| Attach: | 166.pdf; Procedure of doing business in Egypt .docx |

Dear Jean,

It was good talking to you and hoping to for us to start some business in Egypt soon, for now please see attached file concerning the tender for Egypt, also I added one more file for the procedure of doing business with the armed forces in Egypt.

As this is a small tender, please try to work it out for us to start doing the business with the customer.

Thanking you in advance.

Best Regards

*Rami Ghanem*

*Gateway to Egypt. (GTE)*

11 Aflaton Street. Ismailia Square. 5th floor.

Heliopolis. Cairo . Egypt.

Office  : +20224157990

**Iternational Mobile #:  +37282432246**
**Telephone# +201127999552/Viber, WhatsApp/MyChat**

US Telephone: + 1 772 675-4363
**ramithe@gmail.com**
Skype **Address: caravaname**

---

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorised representative of the company.

**From:** JBL [mailto:jbl777@gmail.com]
**Sent:** Thursday, October 29, 2015 6:34 PM

Ghanem-00072443

**To:** JBL <jbl777@gmail.com>
**Subject:** SOPMOD Para Rifle 5.56X45

**If your are interested by a complete SOPMOD upgrade kit for the
Galil or any assault rifle, we can offer you a Z-Rail conversion kit. No modification required
to the rifle. It takes about 5 minutes to install it including the option for the
M203  rail option.**

**See attached dcoument**

**Rgds**


**The Hon. Jean-Bernard Lasnaud**

**General Equipment Co.
Fax: +33821463077
Email: jbl@generalequipment.info**

**Chat & Phone PC to PC free:
Skype: jb-lasnaud
MSN: jblexp@hotmail.com
Gmail: jbl777@gmail.com
BBM: 58E32D07**

**US State Department Arms License: K-5943**

**Visit our website: www.generalequipment.info**

## RFQ

## REQUEST FOR QUOTATION

QUOTATION REQUEST FOR:

> **ASSAULT RIFLE CALIBER 5.56 X 45 MM FULLY AUTOMATIC INCLUDE THE PICATINNY RAIL ADAPTER AND MAGAZINE SET ( 4/30 ROUND MAGAZINES WITH CONNECTOR ), RED DOT SIGHT , TACTICAL LASER AIMING AND TACTICAL LIGHT ILLUMINATOR**

THIS (RFQ) CONSISTS OF:

SECTION 1: GENERAL CONDITIONS

SECTION 2: TECHNICAL SPECIFICATIONS

SIGNATURE (                    )

MAJ. GEN STAFF / ROSHDY ABDELHAMID ABDELAZIZ

DIRECTOR OF ARMAMENT & AMMUNITION DEPARTMENT

## SECTION 1
## GENERAL CONDITIONS

### 1.1 - SUBJECT:

A.R.E invites the recognized manufacturers to bid for supplying egyptian army with: assault rifle caliber 5.56 x 45 mm fully automatic include the picatinny and magazine set ( 4/30 round magazines with connector ), red dot sight, tactical laser aiming and tactical light illuminator in accordance with the following scope and requirements.

### 1.2- SCOPE:

This request for quotation (RFQ) to provide the Government of EGYPT (GOE) with : assault rifle caliber 5.56 x 45 mm fully automatic include the picatinny and magazine set ( 4/30 round magazines with connector ), red dot sight, tactical laser aiming and tactical light illuminator according to the list of the required items as per SECTION 2 (Brand New) .

### 1.3-GENERAL CONDITIONS:

1.3.1 - The offered weapons must be in conformity with specifications in section 2.

1.3.2 - The quotation should include the following:

1.3.2.1- Full technical and tactical specification of assault rifle caliber 5.56 x 45 mm fully automatic include the picatinny and magazine set ( 4/30 round magazines with connector ), red dot sight, tactical laser aiming and tactical light illuminator according to military specifications.

1.3.2.2 - Year of production of the offered weapon.

1.3.2.3 - Time of delivery.

1.4 - Assault rifle caliber 5.56 x 45 mm fully automatic include the picatinny and magazine set ( 4/30 round magazines with connector ), red dot sight, tactical laser aiming and tactical light illuminator should be manufactured According to a military standard.

### 1.5 - MECHANICAL CONDITIONS:

Assault rifle caliber 5.56 x 45 mm fully automatic include the picatinny and magazine set ( 4/30 round magazines with connector ), red dot sight, tactical laser aiming and tactical light illuminator should withstand all tests (Environmental – Safety – Performance – Firing …etc) according to a military standard. Test Procedures for the weapon should be stated.

1.6 - The quotation should be submitted in original and three copies in English language and should be Valid for at least 6 months after closing date.

1.7- The delivery should be within 6 months after signing the contract.

1.8 - Closing date is:   /   /

1.9- Contracting articles: ASSAULT RIFLE CALIBER 5.56 X 45 mm FULLY AUTOMATIC WITH ACCESSORIES.

1.9.1- Delivery: the supplier undertakes to supply   FCA.

1.9.2- Warranty: A warranty against any defects for all supplying items should be offered.

**1.10 - REQUIREMENTS:**

**1.10.1** - Operating temperature:  -10 to + 55 deg. centigrade.

**1.10.2** - Corrosion: The supplier should certify that the materials, processes, coating and finishes used in the weapon resist corrosion in conformity with military standards. The supplier should state accepting treatment of any rusty items, during 5 years period of normal operation, on his expense.

## 1.11 - DOCUMENTATION:

**1.11.1** - Technical manuals.

**1.11.2** - Maintenance and operation documents.

**1.11.3** – Test and repair documents.

**1.11.4** – A copy of the MIL. STD. of testing (Environmental – Safety – Performance – Firing…..etc) of the required weapons and its main components including the evaluation criteria.

## 1.12 – TRAINING :

No training for Assault rifle caliber 5.56 x 45 mm fully automatic include the picatinny and magazine set ( 4/30 round magazines with connector ), red dot sigh, tactical laser aiming and tactical light illuminator is required

## 1.13 – INSPECTION:

**1.12.1** - Inspection should be witnessed by (3) Egyptian representatives for (7) days at the company site.

**1.12.2** - Inspection must be according to the military standard including test and firing for (Environmental – Safety – Performance - Firing …etc).

## 1.14 – CERTIFICATE OF ORIGIN:

Certificate of **OEM** "Original Equipment Manufacturer" **MUST** be submitted for all contracted items.

## 1.15 - SPARE PARTS:

A Guarantee of Continuous Supply with Logistic Support (spare parts) for at least 10 Years .

## 1.16 - TAXES & DUTIES:

All due charges at the seller country will be born by the seller & in-country charges will be born by the buyers.

Payments: according to contracting terms.

00074132                                                                    Ghanem-00072443-0003

Ghanem_Sentencing_00000685

## SECTION 2
### TECHNICAL SPECIFICATIONS FOR
### ASSAULT RIFLE CALIBER 5.56 X 45 MM FULLY AUTOMATIC INCLUDE THE PICATINNY RAIL ADAPTER AND MAGAZINE SET ( 4/30 ROUND MAGAZINES WITH CONNECTOR ), RED DOT SIGHT , TACTICAL LASER AIMING AND TACTICAL LIGHT ILLUMINATOR

2.1 - SCOPE :

This request for quotation (RFQ) to provide the Government of EGYPT (GOE) with Assault rifle caliber 5.56 x 45 mm fully automatic include the picatinny rail adapter and magazine set ( 4/30 round magazines with connector ), red dot sight , tactical laser aiming and tactical light illuminator(Brand New).

## 2.2 - PRODUCT QUANTITIES:

| NO. | DESCRIPTION | QTY. |
|---|---|---|
| 1 | Assault rifle caliber 5.56 x 45 mm fully automatic include the picatinny rail adapter and magazine set ( 4-30 round magazines with connector | 280 |
| 2 | Red dot sight | 280 |
| 3 | Tactical LASER aiming | 280 |
| 4 | Tactical light illuminator | 280 |
| 5 | Recommended spare parts list is required. | |
| 6 | Sample model for all items must be shipped to be tested and accepted as acondition to put the Contract in effect. | |

## 2.3- THE QUOTATION MUST INCLUDE THE FOLLOWING:

2.3.1- Specification Assault rifle caliber 5.56 x 45 mm fully automatic include the picatinny rail adapter and magazine set ( 4/30 round magazines with connector) as follows :

| No. | Data | SPECIFICATION |
|---|---|---|
| 1 | CALIBER | 5.56 X 45 |
| 2 | OPERATION | Fully Automatic |
| 3 | RATE OF FIRE | Not less than 900 r/min |
| 4 | TOTAL LENGTH WITH BUTT UNFOLDED | 85 CM |
| 5 | TOTAL LENGTH WITH BUTT FOLDED | 65 CM |
| 6 | WEIGHT (Without Magazine) | Not more than 3.50 kg |
| 7 | WEIGHT (With Magazine) | Not more than 5 kg |
| 8 | MUZELL VELOCITY | Not less than 940 m/second |
| 9 | EFFECTIVE RANG | Not less than 400 Meter |
| 10 | MAXIMUM RANG | Not less than 1500 Meter |
| 11 | NUMBER OF GROOVES | 6 |
| 12 | Firing modes | Single/Burst / Fully automatic |

2.3.2- Red dot sight for Assault rifle   caliber 5.56 x 45 mm fully automatic   shall conform to Military Standard   (Mil-STD-810F) and supported with the following specifications:

| No | Data | SPECIFICATION |
|----|------|---------------|
| 1 | AIMING DOT | 3.5 -7 MOA |
| 2 | DOT INTENSITY | Auto adjust and manual up to 4 settings |
| 3 | INTERFACE | Fits existing sight mounts |
| 4 | OPERATING TEMPERATURE | -40 ° to +55° |

2.3.3 Tactical Laser aiming module for Assault rifle   caliber 5.56 x 45 mm fully automatic   shall conform to Military Standard (Mil-STD-810F) and supported with the following specifications:

| No | Data | SPECIFICATION |
|----|------|---------------|
| 1 | LASER POWER / TYPE | 6mw IR (835nm) / 5mw visible (635nm) |
| 2 | BORESIGHT ADJUSTABLE | Must be exist |
| 3 | MOUNTING BRACKET | Interface mounts with different submachine mounts |
| 4 | ENVIRONMENTAL TESTS | According with military standard (MIL-STD-810F) |
| 5 | OPERATING TEMPERATURE | -40 ° to +55º |

2.3.4 Tactical ```light "illuminator" for Assault rifle   caliber 5.56 x 45 mm fully automatic   shall conform to Military Standard (Mil-STD-810F) and supported with up to 125 peak lumens / 1 hr runtime

# RFQ

## REQUEST FOR QUOTATION

QUOTATION REQUEST FOR:

> **FULLY AUTOMATIC PISTOL  Cal.9x19mm**
> **COMPLETE WITH ACCESSORIES**

THIS (RFQ) CONSISTS OF:

SECTION 1: GENERAL CONDITIONS

SECTION 2: TECHNICAL SPECIFICATIONS

*SIGNATURE (          )*

*MAJ. GEN STAFF / ROSHDY ABDELHAMID ABDELAZIZ*

*DIRECTOR OF ARMAMENT & AMMUNITION DEPARTMENT*

## SECTION 1
## GENERAL CONDITIONS

### 1.1 - SUBJECT:

A.R.E invites the recognized manufacturers to bid for supplying egyptian army with: Fully automatic pistol cal.9x19mm complete with accessories in accordance with the following scope and requirements.

### 1.2- SCOPE:

This request for quotation (RFQ) to provide the Government of EGYPT (GOE)  with Fully automatic pistol cal.9x19mm complete with accessories (Brand  New) .

### 1.3-GENERAL CONDITIONS:

1.3.1 - The offered weapons must be in conformity with specifications in section 2.

1.3.2 - The quotation should include the following:

1.3.2.1- Full technical and tactical specification of Fully automatic pistol cal.9x19 mm complete with accessories according to military specifications.

1.3.2.2 - Year of production of the offered weapon.

1.3.2.3 - Time of delivery.

1.4 - Fully automatic pistol cal.9x19mm complete with accessories should be manufactured according to a military standard, the military standard for this weapon should be specified.

### 1.5 - MECHANICAL CONDITIONS:

Fully automatic pistol cal.9x19mm complete with accessories should withstand all tests (Environmental – Safety – Performance – Firing …etc) according to a military standard. Test Procedures for the weapon should be stated.

1.6 - The quotation should be submitted in original and three copies in English language and should be Valid for at least 6 months after closing date.

1.7- The delivery should be within 6 months after signing the contract.

1.8 - Closing date is:   /   /

1.9-   Contracting   articles:   Fully   automatic   pistol   cal.9x19mm   complete with accessories.

1.9.1- Delivery: the supplier undertakes to supply   FCA.

1.9.2- Warranty: A warranty against any defects for all supplying items should be offered.

### 1.10 - REQUIREMENTS:

1.10.1- Operating temperature:  -10 to + 55 deg. centigrade.

1.10.2- Corrosion: The supplier should certify that the materials, processes, coating and finishes used in the weapon resist corrosion in conformity with military standards. The supplier should state accepting treatment of any rusty items, during 5 years period of normal operation, on his expense.

**1.11 - DOCUMENTATION:**

    1.11.1 - Technical manuals.

    1.11.2 – Maintenance and operation documents.

    1.11.3 – Test and repair documents.

    1.11.4 – A copy of the MIL. STD. of testing (Environmental – Safety – Performance - Firing.....etc) of the required weapons and its main components including the evaluation criteria.

**1.12 – TRAINING :**

No training for Fully automatic pistol cal.9x19mm is required.

**1.13 – INSPECTION:**

    1.12.1 - Inspection should be witnessed by (2) Egyptian representatives for (7) days at the company site.

    1.12.2 – Inspection must be according to the military standard including test and firing for (Environmental – Safety – Performance - Firing …etc).

**1.14 – CERTIFICATE OF ORIGIN:**

Certificate of **OEM** "Original Equipment Manufacturer" **MUST** be submitted for all contracted items.

**1.15 – SPARE PARTS:**

A Guarantee of Continuous Supply with Logistic Support (spare parts) for at least 10 Years .

**1.16 – TAXES & DUTIES:**

All due charges at the seller country will be born by the seller & in-country charges will be born by the buyers.

Payments: according to contracting terms.

## SECTION 2
## TECHNICAL SPECIFICATIONS
### FOR
## FULLY AUTOMATIC PISTOL Cal.9x19mm COMPLETE
## WITH ACCESSORIES

### 2.1 - SCOPE :

This request for quotation (RFQ) to provide the Government of EGYPT (GOE) with **Fully automatic pistol cal.9x19mm** (Brand New).

### 2.2 - PRODUCT QUANTITY:

| NO. | DESCRIPTION | QTY. |
|---|---|---|
| 1 | Fully automatic pistol cal.9x19mm complete with accessories | 65 |
| 2 | Waist hollister | 65 |
| 3 | Shoulder hollister | 65 |

GENERAL SPECIFICATIONS

| | |
|---|---|
| 1- Caliber: | 9x19mm. |
| 2 - Operation : | Fully Automatic/ Semi Automatic . |
| 3 - Rate of fire : | Not less than 800 r/min |
| 4 - Finish : | Black |
| 5- Weight (Without Magazine) : | Not more than 0.650 kg |
| 6-Magazine Capacity: | 19 Rounds / 33 Rounds |

| 4 | Recommended spare parts list is required. |
|---|---|
| 5 | Sample model for all items must be shipped to be tested and accepted as a condition to put the Contract in effect. |

**RFQ Data:**

<u>RFQ No.:</u>

| Washington | 163 | London | | Paris | | Berlin | 171 | Rome | 142 |
|---|---|---|---|---|---|---|---|---|---|
| Pyongyang | | Tokyo | | Madrid | 117 | Pretoria | | Prague | 115 |
| Bucharest | 112 | Beijing | 120 | Seoul | | New Delhi | | Ankara | |
| Islam Abad | | Moscow | | Athens | | Brasilia | | Abu Dhabi | |
| Rabat | | Riyadh | | | | | | | |

| | |
|---|---|
| **Issuance date:** | 13/09/2015 |
| **Closing date:** | 31/10/2015 |

Procedure of how to do business and submit offer for the Egyptian Armed Forces:

- Receive an RFP

- Prepare a complete technical offer and a financial offer ( must be in 2 deferent offers)

- In the financial offer you should add a 20% the commission of the local agent

- Make a Power of attorney letter for the customer on your company letter head notarized by Chamber of Commerce stating the name of your agent for the offer (please see below the draft power of attorney)

- Also in some of the offers you will be required to add another 30-35% on the top of the prices because it's required by the customer if your company is qualified technically then they will required the agent to meet for negotiation on the prices and the 30-355 will be used to please them when you use it as a discount…… even though they know the prices well but that's the common way of doing business.

- Submitting the original offer to the nearest Egyptian Embassy to the military attaché ….. in case your country does not have an Egyptian military attaché then it have be send to the nearest country whom are handling your country…. In case we run to this matter we will proved you with address of the nearest Egyptian military attaché.

- A copy of the complete offer have to be send to our company for us to print it and submit it to customer Procurement department.

- Validity of the offer have to be 3-6 months

- Try to offer exact specifications and any alternative items


Thanking you in advance for your understanding

To whom it my concern

Reference #

To:     Arab Republic of Egypt

        Ministry of Defense

        Armament Authority

Date:

## POWER OF ATTORNEY

We, the undersigned XXXXXXXX.  Located in XXXXXXXXX. Country
XXXXXXX, represented by general manager
XXXXXXXXXX

### AUTHORIZE

Gateway to Egypt Company, Cairo, Egypt, represented By Mr. Omar Abdel
Aziz Mostafa Zoheiry, to act on behalf of our company in territory of Egypt
doing the Market research, submitting offers and negotiating, all for the
purpose of promoting the business activities of XXXXXXXXXXXX, in Egypt.

Power of attorney herewith is valid until 31 December 2015.  Must be valued
for one year

00074142                                                    Ghanem-00072443

Authorized Signature position

Name & Signature & Stamp

00074142                                                    Ghanem-00072443

Ghanem_Sentencing_00000695

CASE NO. __CR 15-0704 (A)-SJO__

_____UNITED STATES OF AMERICA_____
VS. _____GHANEM_____

PLAINTIFF'S EXHIBIT _____647____

DATE _____IDEN.

DATE_____EVID.

BY _____
_____DEPUTY CLERK
AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
| Sent: | Tuesday, December 1, 2015 10:38 AM |
| To: | Dave Daniel Rachimi <armedpiracydefence@gmail.com> |
| Subject: | FW: RFQs Rifle calibre |
| Attach: | 166.pdf |

Dave,

Attached file for one of the requirement for Egypt Armed Forces, please let me know.

Regards

**Rami Ghanem**

**Gateway to Egypt. (GTE)**

11 Aflaton Street. Ismailia Square. 5th floor.

Heliopolis. Cairo . Egypt.

Office  : +20224157990

**Iternational Mobile #:  +37282432246**
**Telephone# +201127999552/Viber, WhatsApp/MyChat**

US Telephone: + 1 772 675-4363
ramithe@gmail.com
Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message nor disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Ghanem-00072443

# RFQ

## REQUEST FOR QUOTATION

QUOTATION REQUEST FOR:

> ASSAULT RIFLE CALIBER 5.56 X 45 MM FULLY
> AUTOMATIC INCLUDE THE PICATINNY RAIL
> ADAPTER AND   MAGAZINE SET ( 4/30 ROUND
> MAGAZINES WITH CONNECTOR ), RED DOT
> SIGHT , TACTICAL LASER AIMING AND
> TACTICAL LIGHT ILLUMINATOR

THIS (RFQ) CONSISTS OF:

SECTION 1: GENERAL CONDITIONS

SECTION 2: TECHNICAL SPECIFICATIONS

*SIGNATURE (                    )*

*MAJ. GEN STAFF / ROSHDY ABDELHAMID ABDELAZIZ*

*DIRECTOR OF ARMAMENT & AMMUNITION DEPARTMENT*

Ghanem_Sentencing_00000698

Ghanem-00072443

# SECTION 1
## GENERAL CONDITIONS

### 1.1 - SUBJECT:

A.R.E invites the recognized manufacturers to bid for supplying egyptian army with: assault rifle caliber 5.56 x 45 mm fully automatic include the picatinny and magazine set ( 4/30 round magazines with connector ), red dot sight, tactical laser aiming and tactical light illuminator in accordance with the following scope and requirements.

### 1.2- SCOPE:

This request for quotation (RFQ) to provide the Government of EGYPT (GOE) with , assault rifle caliber 5.56 x 45 mm fully automatic include the picatinny and magazine set ( 4/30 round magazines with connector ), red dot sight, tactical laser aiming, and tactical light illuminator according to the list of the required items as per SECTION 2 (Brand New) .

### 1.3-GENERAL CONDITIONS:

    1.3.1 - The offered weapons must be in conformity with specifications in section 2.

    1.3.2 - The quotation should include the following:

        1.3.2.1 - Full technical and tactical specification of assault rifle caliber 5.56 x 45 mm fully automatic include the picatinny and magazine set ( 4/30 round magazines with connector ), red dot sight, tactical laser aiming and tactical light illuminator according to military specifications.

        1.3.2.2 - Year of production of the offered weapon.

        1.3.2.3 - Time of delivery.

1.4 - Assault rifle caliber 5.56 x 45 mm fully automatic include the picatinny and magazine set ( 4/30 round magazines with connector ), red dot sight, tactical laser aiming and tactical light illuminator should be manufactured According to a military standard.

### 1.5 - MECHANICAL CONDITIONS:

Assault rifle caliber 5.56 x 45 mm fully automatic include the picatinny and magazine set ( 4/30 round magazines with connector ), red dot sight, tactical laser aiming and tactical light illuminator should withstand all tests (Environmental – Safety – Performance – Firing ...etc) according to a military standard. Test Procedures for the weapon should be stated.

1.6 - The quotation should be submitted in original and three copies in English language and should be Valid for at least 6 months after closing date.

1.7- The delivery should be within 6 months after signing the contract.

1.8 - Closing date is: /   /

1.9- Contracting articles: ASSAULT RIFLE CALIBER 5.56 X 45 mm FULLY AUTOMATIC WITH ACCESSORIES.

    1.9.1- Delivery: the supplier undertakes to supply   FCA.

    1.9.2- Warranty: A warranty against any defects for all supplying items should be offered.

Ghanem-00072443

## 1.10 - REQUIREMENTS:

1.10.1- Operating temperature:  -10 to + 55 deg. centigrade.

1.10.2- Corrosion: The supplier should certify that the materials, processes, coating and finishes used in the weapon resist corrosion in conformity with military standards. The supplier should state accepting treatment of any rusty items, during 5 years period of normal operation, on his expense.

## 1.11 - DOCUMENTATION:

1.11.1 - Technical manuals.

1.11.2 – Maintenance and operation documents.

1.11.3 – Test and repair documents.

1.11.4 – A copy of the MIL. STD. of testing (Environmental – Safety – Performance – Firing....etc) of the required weapons and its main components including the evaluation criteria.

## 1.12 – TRAINING :

No training for Assault rifle caliber 5.56 x 45 mm fully automatic include the picatinny and magazine set ( 4/30 round magazines with connector ) , red dot sigh, tactical laser aiming and tactical light illuminator is required

## 1.13 – INSPECTION:

1.12.1 – Inspection should be witnessed by (3) Egyptian representatives for (7) days at the company site.

1.12.2 – Inspection must be according to the military standard including test and firing for (Environmental – Safety – Performance - Firing ...etc).

## 1.14 – CERTIFICATE OF ORIGIN:

Certificate of OEM "Original Equipment Manufacturer" MUST be submitted for all contracted items.

## 1.15 - SPARE PARTS:

A Guarantee of Continuous Supply with Logistic Support (spare parts) for at least 10 Years .

## 1.16 – TAXES & DUTIES:

All due charges at the seller country will be born by the seller & in-country charges will be born by the buyers.

Payments: according to contracting terms.

Ghanem-00072443

## SECTION 2
## TECHNICAL SPECIFICATIONS FOR
## ASSAULT RIFLE  CALIBER 5.56 X 45 MM FULLY AUTOMATIC  INCLUDE THE PICATINNY RAIL ADAPTER AND   MAGAZINE SET ( 4/30 ROUND MAGAZINES WITH CONNECTOR ), RED DOT SIGHT , TACTICAL LASER AIMING AND TACTICAL LIGHT ILLUMINATOR

### 2.1 - SCOPE :

This request for quotation (RFQ) to provide the Government of EGYPT (GOE) with  Assault rifle  caliber 5.56 × 45 mm fully automatic  include the picatinny rail adapter and   magazine set ( 4/30 round magazines with connector ), red dot sight , tactical laser aiming and tactical light  illuminator(Brand New).

### 2.2 - PRODUCT QUANTITIES:

| NO. | DESCRIPTION | QTY. |
|---|---|---|
| 1 | Assault rifle  caliber 5.56 x 45 mm fully automatic  include the picatinny rail adapter and   magazine set ( 4-30 round magazines with connector | 280 |
| 2 | Red dot sight | 280 |
| 3 | Tactical LASER aiming | 280 |
| 4 | Tactical light illuminator | 280 |
| 5 | Recommended spare parts list is required. | |
| 6 | Sample model for all items must be shipped to be tested and accepted as acondition  to put the Contract in effect. | |

### 2.3- THE QUOTATION MUST INCLUDE THE FOLLOWING:

2.3.1- Specification Assault rifle  caliber 5.56 x 45 mm fully automatic  include the picatinny rail adapter and magazine set ( 4/30 round magazines with connector) as follows :

| No. | Data | SPECIFICATION |
|---|---|---|
| 1 | CALIBER | 5.56 X 45 |
| 2 | OPERATION | Fully Automatic |
| 3 | RATE OF FIRE | Not less than 900 r/min |
| 4 | TOTAL LENGTH WITH BUTT UNFOLDED | 85 CM |
| 5 | TOTAL LENGTH WITH BUTT FOLDED | 65 CM |
| 6 | WEIGHT (Without Magazine) | Not more than 3.50 kg |
| 7 | WEIGHT (With Magazine) | Not more than 5 kg |
| 8 | MUZELL VELOCITY | Not less than 940 m/second |
| 9 | EFFECTIVE RANG | Not less than  400 Meter |
| 10 | MAXIMUM RANG | Not less than 1500 Meter |
| 11 | NUMBER OF GROOVES | 6 |
| 12 | Firing modes | Single/Burst / Fully automatic |

Ghanem-00072443

2.3.2- Red dot sight for Assault rifle caliber 5.56 x 45 mm fully automatic shall conform to Military Standard (Mil-STD-810F) and supported with the following specifications:

| No | Data | SPECIFICATION |
|---|---|---|
| 1 | AIMING DOT | 3.5-7 MOA |
| 2 | DOT INTENSITY | Auto adjust and manual up to 4 settings |
| 3 | INTERFACE | Fits existing sight mounts |
| 4 | OPERATING TEMPERATURE | -40° to +55° |

2.3.3 Tactical Laser aiming module for Assault rifle caliber 5.56 x 45 mm fully automatic shall conform to Military Standard (Mil-STD-810F) and supported with the following specifications:

| No | Data | SPECIFICATION |
|---|---|---|
| 1 | LASER POWER / TYPE | 6mw IR (835nm) / 5mw visible (635nm) |
| 2 | BORESIGHT ADJUSTABLE | Must be exist |
| 3 | MOUNTING BRACKET | Interface mounts with different submachine mounts |
| 4 | ENVIRONMENTAL TESTS | According with military standard (MIL-STD-810F) |
| 5 | OPERATING TEMPERATURE | -40° to +55° |

2.3.4 Tactical "light "illuminator" for Assault rifle caliber 5.56 x 45 mm fully automatic shall conform to Military Standard (Mil-STD-810F) and supported with up to 125 peak lumens / 1 hr runtime

Ghanem-00072443

# RFQ

## REQUEST FOR QUOTATION

QUOTATION REQUEST FOR:

**FULLY AUTOMATIC PISTOL   Cal.9x19mm
COMPLETE WITH ACCESSORIES**

THIS (RFQ) CONSISTS OF:

SECTION 1: GENERAL CONDITIONS

SECTION 2: TECHNICAL SPECIFICATIONS

*SIGNATURE (          )*
*MAJ. GEN STAFF / ROSHDY ABDELHAMID ABDELAZIZ*
*DIRECTOR OF ARMAMENT & AMMUNITION DEPARTMENT*

Ghanem-00072443

## SECTION 1
## GENERAL CONDITIONS

### 1.1 - SUBJECT:

A.K.E invites the recognized manufacturers to bid for supplying egyptian army with: Fully automatic pistol cal.9x19mm complete with accessories in accordance with the following scope and requirements.

### 1.2- SCOPE:

This request for quotation (RFQ) to provide the Government of EGYPT (GOE)   with Fully automatic pistol cal.9x19mm complete with accessories (Brand New) .

### 1.3-GENERAL CONDITIONS:

1.3.1 - The offered weapons most be in conformity with specifications in section 2.

#### 1.3.2 - The quotation should include the following:

1.3.2.1 - Full technical and tactical specification of Fully automatic pistol cal.9x19 mm complete with accessories according to military specifications.

1.3.2.2 - Year of production of the offered weapon.

1.3.2.3 - Time of delivery.

1.4 – Fully automatic pistol cal.9x19mm complete with accessories should be manufactured according to a military standard, the military standard for this weapon should be specified.

### 1.5 - MECHANICAL CONDITIONS:

Fully automatic pistol cal.9x19mm complete with accessories should withstand all tests (Environmental – Safety – Performance – Firing …etc) according to a military standard. Test Procedures for the weapon should be stated.

1.6 – The quotation should be submitted in original and three copies in English language and should be Valid for at least 6 months after closing date.

1.7- The delivery should be within 5 months after signing the contract.

1.8 – Closing date is:     /    /

1.9-   Contracting   articles:   Fully   automatic   pistol   cal.9x19mm   complete with accessories.

1.9.1- Delivery: the supplier undertakes to supply   FCA.

1.9.2- Warranty: A warranty against any defects for all supplying items should be offered.

### 1.10 - REQUIREMENTS:

1.10.1- Operating temperature:   -10 to + 55 deg. centigrade.

1.10.2- Corrosion: The supplier should certify that the materials, processes, coating and finishes used in the weapon resist corrosion in conformity with military standards. The supplier should state accepting treatment of any rusty items, during 5 years period of normal operation, on his expense.

Ghanem-00072443

## 1.11 - DOCUMENTATION:

1.11.1 – Technical manuals.

1.11.2 – Maintenance and operation documents.

1.11.3 – Test and repair documents.

1.11.4 – A copy of the MIL. STD. of testing (Environmental – Safety – Performance - Firing…..etc) of the required weapons and its main components including the evaluation criteria.

## 1.12 – TRAINING :

No training for Fully automatic pistol cal.9x19mm is required.

## 1.13 – INSPECTION:

1.12.1 - Inspection should be witnessed by (2) Egyptian representatives for (7) days at the company site.

1.12.2 - Inspection must be according to the military standard including test and firing for (Environmental – Safety – Performance - Firing …etc).

## 1.14 – CERTIFICATE OF ORIGIN:

Certificate of OEM "Original Equipment Manufacturer" MUST be submitted for all contracted items.

## 1.15 - SPARE PARTS:

A Guarantee of Continuous Supply with Logistic Support (spare parts) for at least 10 Years .

## 1.16 – TAXES & DUTIES:

All due charges at the seller country will be born by the seller & in-country charges will be born by the buyers.

Payments, according to contracting terms.

## SECTION 2
## TECHNICAL SPECIFICATIONS
## FOR
## FULLY AUTOMATIC PISTOL Cal.9x19mm COMPLETE
## WITH ACCESSORIES

### 2.1 - SCOPE :

This request for quotation (RFQ) to provide the Government of EGYPT (GOE) with Fully automatic pistol cal.9x19mm (Brand New).

### 2.2 - PRODUCT QUANTITY:

| NO. | DESCRIPTION | QTY. |
|---|---|---|
| 1 | Fully automatic pistol cal.9x19mm complete with accessories | 65 |
| 2 | Waist hollister | 65 |
| 3 | Shoulder hollister | 65 |

GENERAL SPECIFICATIONS

| | |
|---|---|
| 1- Caliber: | 9x19mm. |
| 2 - Operation : | Fully Automatic/ Semi Automatic  . |
| 3 - Rate of fire : | Not less than 800 r/min |
| 4 - Finish : | Black |
| 5- Weight (Without Magazine) : | Not more than 0.650 kg |
| 6-Magazine Capacity: | 19 Rounds / 33 Rounds |

| 4 | Recommended spare parts list is required. |
|---|---|
| 5 | Sample model for all items must be shipped to be tested and accepted as a condition to put the Contract in effect. |

Ghanem-00072443

**RFQ Data:**

RFQ No.:

| Washington | 163 | London |  | Paris |  | Berlin | 171 | Rome | 142 |
|---|---|---|---|---|---|---|---|---|---|
| Pyongyang |  | Tokyo |  | Madrid | 117 | Pretoria |  | Prague | 115 |
| Bucharest | 112 | Beijing | 120 | Seoul |  | New Delhi |  | Ankara |  |
| Islam Abad |  | Moscow |  | Athens |  | Brasilia |  | Abu Dhabi |  |
| Rabat |  | Riyadh |  |  |  |  |  |  |  |

| Issuance date: | 13/09/2015 |
|---|---|
| Closing date: | 31/10/2015 |

Ghanem-00072443

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   648

DATE _____ IDEN.

DATE_____ EVID.

BY _____
          DEPUTY CLERK
AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|---|---|
| Sent: | Tuesday, December 1, 2015 9:58 AM |
| To: | Dave Daniel Rachimi <armedpiracydefence@gmail.com> |
| Subject: | Ammunition for various countries |

Dave,

Our office in Bulgaria are looking for the following:

The orders I have at the moment with EUC: 1) 22mm - 10 000 000 pcs
( South Africa).    2) SPG-9 ( anti-tank) or new models - 100 pcs
( Ethiopia).    3) 7,62*9 - 4 000 000 pcs ( Iraq).         4) 9 *19 - 4 000
000 pcs ( Iraq) If you know who has stocks of this projects we can start
right away.

Please let me know.

Thanks


*Rami Ghanem*

*Gateway to Egypt. (GTE)*
**Complex 133, Building 7, Apartment 32**
**Al Rehab City, Cairo  Egypt**
**Telephone# 00201127999552**
**International #: +37282432246**
**Jordan Office**

Tel: 962 6 5685624
Fax: 962 6 5685625
**ramithe@gmail.com**  or  rami@caravaname.com
US Telephone: 772 675-4363     Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CIVE or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.


Life is short.. So love your life.. Be happy.. And Keep smiling.. and


Before you speak »Listen

Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

Ghanem-00072443

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   649

DATE _____ IDEN.

DATE_____ EVID.

BY _____
            DEPUTY CLERK
AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|---|---|
| Sent: | Saturday, July 4, 2015 3:37 AM |
| To: | Tahsin Ammouri <tammouri@hotmail.com> |
| Subject: | FW: Stock |
| Attach: | УТД20 english.doc; УТД20 Rus.doc |

## Rami Ghanem

## Gateway to MENA. (GTM)

**Egypt Office**
Complex 133, Building 7, Apartment 32
Al Rehab City, Cairo  Egypt
Iternational #:  +37282432246
Telephone# 00201127999552
**Jordan Office**

Tel: 962 6 5685624
Fax: 962 6 5685625
ramithe@gmail.com  or  rami@caravaname.com
US Telephone: 772 675-4363    Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

| Application packaging СЗЧ repair engines УТД20,5Д20-240 | | | | |
|---|---|---|---|---|
| | Name | Nomber | unit | Qnty |
| 1 | cylinder liner | 20.01.50.1 | pcs | 360 |
| 2 | wiper ring | Сб 20.04.08 | pcs | 360 |
| 3 | Stuffer piston-rod | Сб 20.04.77 p1 | Pair | 180 |
| 4 | Stuffer piston-rod | Сб. 20.04.23 | pair | 180 |
| 5 | Compression ring | 20.04.06.1 | pcs | 720 |
| 6 | Node seal | Сб 20.11.15.1 | pcs | 60 |
| 7 | Disk seals | Сб 20.11.30 | pcs | 60 |
| 8 | Sprayer | Сб 20.17.01.1 | pcs | 360 |
| 9 | gasket | Сб.20.18.215 | pcs | 480 |
| 10 | Pump element | Сб 327.07.1 | pcs | 360 |
| 11 | Booster pump | Сб 20.32.00.4 | pcs | 30 |
| 12 | Piston | 20.04.05 | pcs | 360 |
| 13 | finger piston | Сб. 04.10.2 | pcs | 60 |
| 14 | Engine УТД-20 | | pcs | 50 |

Stock balance (quantity and price) for BTR-80

| | Заявка на комплектацию СЗЧ для ремонта двигателей УТД20,5Д20-240 | | | |
|---|---|---|---|---|
| | Наименование | Номер | Ед.изм | Кол-во |
| 1 | Гильза цилиндра | 20.01.50.1 | Шт. | 360 |
| 2 | Кольцо маслосбрасывающее | Сб 20.04.08 | Шт. | 360 |
| 3 | Вкладыш шатуна | Сб 20.04.77 р1 | Пар | 180 |
| 4 | Вкладыш шатуна | Сб. 20.04.23 | Пар | 180 |
| 5 | Кольцо компресионное | 20.04.06.1 | Шт. | 720 |
| 6 | Узел уплотнения | Сб 20.11.15.1 | Шт. | 60 |
| 7 | Диск уплотнения | Сб 20.11.30 | Шт. | 60 |
| 8 | Распылитель | Сб 20.17.01.1 | Шт. | 360 |
| 9 | Прокладка | Сб.20.18.215 | Шт. | 480 |
| 10 | Элемент насосный | Сб 327.07.1 | Шт. | 360 |
| 11 | Насос подкачки | Сб 20.32.00.4 | Шт. | 30 |
| 12 | Поршень | 20.04.05 | Шт. | 360 |
| 13 | Палец поршневой | Сб. 04.10.2 | Шт. | 60 |
| 14 | Двигатель УТД-20 | | Шт. | 50 |

Складские остатки (количество и цена) для БТР-80

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   650

DATE _____ IDEN.

DATE _____ EVID.

BY _____
DEPUTY CLERK
AO 386

| From: | Goran Djordjevic - Care Transenergy <gd@caretransenergy.com> |
| Sent: | Tuesday, June 30, 2015 8:58 AM |
| To: | Rami Ghanem <ramithe@gmail.com> |
| Subject: | FW: moj mail |
| Attach: | g- din djordjevica.pdf; Sertifikat.pdf |

Dear Rami

This is a written request for 24 pcs of second hand  T-72, they not need to be in working condition just to be a complete unite , to not matter how old they are ,  they have approved budget for this about 25 to 27000 USD per pcs.

Second document is certificate of acceptance for OT -62 TOBAZ   prototype testing unit  deliver successfully to Egypt there are interested to move one with this order.
Please advise about this two cases what is expected development and some points for contract with between us and them.

They have one more case about Egypt steel factory regarding redactors tomorrow I will have ditels and send to you as well.

Best Regards

Goran Djordjevic
CEO
Care Transenergy Ltd
tel: +35795112327
fax:+35725814036
gd@caretransenergy.com
www.caretransenergy.com



   

KRUŠEVAC-SRBIJA

**INDUSTRIJA MAŠINA I KOMPONENATA • INDUSTRY OF MACHINERY & COMPONENTS**

| | |
|---|---|
| Г-дин Горан Ђорђевић | Za/Att Broj/Numb. 920/15. |
| | Tel.: Strana/Pages 1/1 |
| | Fax: |
| | Od/From Драгише Ивановића |
| | Tel.: |
| | Fax: |
| | Email: imknamenska@gmail.com |
| | Datum/Date: |

PREDMET/SUBJECT: Захтев за понуду

Поштовани,

Молимо Вас да нам доставите најповољнију понуду (цена на паритету F-cо ИМК "14.октобар" а.д., рок испоруке и др.) за испоруку половних тенкова Т-72 (не морају бити у функционално исправном стању), у количини од 24 комада.

Срдачан поздрав,

Директор Фабрике наменске
специјалне производње,

Драгиша Ивановић, дипл.маш.инж.

MB 07144288   PIB 100471663   TEK. RAČUN   SRPSKA BANKA 295-1205194-11   KOMERCIJALNA BANKA205-13633-26
37000 KRUŠEVAC, UL. 14.OKTOBRA 2   TEL: 037/421-502   FAX: 037/429-653   DIREKTOR TEL: 037/428-539
KOMERCIJALA: 037/430-384   FAX: 037/429-686   E-mail:office@14-oktobar.co.rs   Web site: 14-oktobar.co.rs

IMK [logo] 14.Oktober                    [Three illegible logos]

KRUSEVAC-SERBIA

### MACHINES AND COMPONENTS INDUSTRY

**Mr. Goran Djordjevic**                 **Att.:**                    **No.**  *120/15*
                                         **Tel.:**                   **Pages:** 1/1
                                         **Fax:**
                                         **From:**  **Dragisa Ivanovic**
                                         **Date:**


**Subject:  Request for an Offer**


**Greetings,**

**Please provide us with your best offer (price, parity Franco IMK "14 October A.D., delivery time, etc.) for the delivery of 24 used tanks T-72 (they don't have to be in working condition).**

**Best regards,**


                    [Company circular stamp]      **General Manager of Specialized Plant for Special Purpose Production**

                                                  **[Signature]**

                                                  **Dragisa Ivanovic, Grad. Mach. Eng.**


MB 07144288      PIB 100471863      TEK. RACUN SERBIAN BANK 295-1205194-11 COMMERCIAL BANK 205-13633-26
37000 KRUSEVAC, UL. 14. OKTOBER 2 TEL: 037/421-502    FAX: 037/429-653 GEN. MANAGER TEL.: 037/428-539
COMMERCIAL: 037/430-384 FAX: 037/429-686  E-mail: office@14-oktobar.co.rs      Website: 14-oktobar.co.rs



# CERTIFICATE
## OF FINAL TEST IN EGYPT

Contract No.: *KADFA/B/2005/IMK/3*

Producer: *IMK – 14.OKTOBAR*

Product: *POWER-PACK FOR THE OT-62 TOBAZ*

Herewith we confirm,  that testing of the Prototype of Modernized Armored Vehicle OT-62 TOBAZ equipped with the new power pack PWP-350 and corresponding systems, is finished successfully according of the Testing Program in Appendix D of the Contract.

According to the testing results of the Prototype the Certificate is valid document for the payment of 90% of the Contract value.

**For SUPPLIER:**

Director
Of Machines and Vehicle
Division
Dragi Nestorovic B.Sc.Eng.

**For BUYER:**

Eng. Mohamed Khalifa Elsayed

Eng. Abd Elhamid Mohamed Abd Elhamid

M.Shahin

CASE NO. __CR 15-0704 (A)-SJO__

___UNITED STATES OF AMERICA___
VS. ___GHANEM___

PLAINTIFF'S EXHIBIT ___651___

DATE _____IDEN.

DATE_____EVID.

BY _____
DEPUTY CLERK

AO 386

Airplane mode 📶 🔋 73% 6:29 AM

← **cathy**

7/28/15 8:44 PM

For T72 tank spare parts

Can u send the end user certification?

8/1/15 4:47 PM

Duration: 04:36

8/1/15 4:53 PM