

# United States
## v.
# Rami Ghanem

# CR 15-704 (A)-SJO

# Trial Exhibit Book 7

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   700

DATE _____ IDEN.

DATE _____ EVID.

BY _____
DEPUTY CLERK
AO 386

| From: | Lachezar Dinchev <luchikwien@gmail.com> |
|---|---|
| Sent: | Tuesday, November 18, 2014 7:18 AM |
| To: | Rami Ghanem <Ramithe@gmail.com> |
| Subject: | Fwd: P7204521, P7204511, P7204507, P7204490, P7204489, P7204488, P7204485, P7204371, P7204348, P7204337 |
| Attach: | P7204521.jpg; P7204511.jpg; P7204507.jpg; P7204490.jpg; P7204489.jpg; P7204488.jpg; P7204485.jpg; P7204371.jpg; P7204348.jpg; P7204337.jpg |

HELIKOPTERS READY FOR SALE.
4.5 MLN USD AT PRESEN CONDITION.
6.5 MLN USD  AFTER FULL OVERHAUL.

--------- Препратено съобщение ----------
От: "Jiří Tomeš" <TomesJ@dozon.cz>
Дата: 07.11.2014 18:12
Тема: P7204521, P7204511, P7204507, P7204490, P7204489, P7204488, P7204485, P7204371, P7204348, P7204337
До: "luchikwien@gmail.com" <luchikwien@gmail.com>
Як:


Jiri TOMES,PhD.
Managing Director
DOZON s.r.o
Pomezni 9,182 00 Praha 8,CZ

Ghanem_00000241

Ghanem_Sentencing_00000724



00095748

Ghanem_00000241





00095750                                                    Ghanem_00000241



00095751

Ghanem_00000241



Ghanem_00000241

Ghanem_Sentencing_00000729



Ghanem_00000241

Ghanem_Sentencing_00000730



Ghanem_00000241





Ghanem_00000241

Ghanem_Sentencing_00000733



Ghanem_00000241

Ghanem_Sentencing_00000734

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   701

DATE _____ IDEN.

DATE_____ EVID.

BY _____
              DEPUTY CLERK

AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|---|---|
| Sent: | Friday, July 4, 2014 6:47 AM |
| To: | Hseen Jwad <hseenjwad@yahoo.com> |
| Subject: | RE: السلام عليكم و رمضان كريم |
| Attach: | Mi-17 (Mi-8 MTV) 08016 01 03 2014 (3).pdf; Mi-17 (Mi-8 MTV) 08015 01 03 2014.pdf; 1 Proposal-iss-1Mi-17 (FF).pdf; 1 Proposal-iss-1Mi-24 (FF) .pdf; offer for Iraq.pdf |

السلام عليكم ورحمة الله وبركاته

مرفق طيه العرض الاصلي يرجى طباعته وتسليمه للحجي ابو حوراء ولكم الشكر والامتنان

-----Original Message-----
From: Hseen Jwad [mailto:hseenjwad@yahoo.com]
Sent: Thursday, July 3, 2014 10:10 PM
To: ramithc@gmail.com
Subject: السلام عليكم و رمضان كريم

وصلتني رسائلك ونحن بنتظار القائمة

<<...>> <<...>> <<...>> <<...>> <<...>>

ПЕРЕЧЕНЬ

агрегатов и комплектующих изделий с ограниченным ресурсом и сроком службы, установленных

на воздушном судне __Ми-17-1В__, бортовой номер EX-08016____ 17.02.1987 г. выпуска_____

(Бортов      (тип ДС)        (бортовой номер)
ой
номер)

по состоянию на «_01_» _марта__ 2014_г.

ремонт 06.08.2010г.  СНЭ 2373/ ППР 423 часа.

| № п/п | Наименование агрегата / Description | Шифр агрегата изделия / Code | Заводской номер / number | Ресурсы планера и агрегатов / Resources Назнач. appointed Час / hour | | Межрем. Between repair Час / hour | | Дата выпуска / Date of manufacture | Ремонт / Repair Ремонтная организация / Repair organizaton | Дата ремонта / Date of repair | Наработка / Operating СНЭ From the begining hour | ППР After overhaul hour | Остаток ресурса до очеред. капремонта Час / Calendar time expiry date | Дата оконча ния назначе ного ресурса | Остаток назначе ного ресурса | Продления / Extensions Организа ция, осущес твляю ая продле ние Organiz ation realized extensi on | Дата продле ния Date of extensi ons |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Час / hour | Лет / year | Час / hour | Лет / year | | | | | | | | | | |
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 1 | Двигатель Engine | ТВЗ-117ВМ | Н78М1 633173 | 4500 | | 1500 | 10 | 22/08/86 | Ганджа | 20/10/08 | 2030 | 423 | | | | | |
| 2 | Двигатель Engine | ТВЗ-117В | Н78МТ 613006 | 4500 | | 1500 | 10 | 15/01/86 | | 10/09/09 | 1914 | 423 | | | | | |
| 3 | Главный Main Gearbox | ВР-14 | Ю4074 190312 0 | 6000 | | 2000 | 10 | 30/03/89 | Ганджа | 05/12/08 | 989 | 423 | | | | | |
| 4 | ВСУ Auxilary | АИ-9В | 387092 400036 9 | 6000 отб. | | 600 зап. | 1000 отб. | 13/01/81 | | 26/12/08 | 4771 отб. 2388за | 982отб. 491зап. | | | | | |
| 5 | Автомат Swash plate | 8-1950 000 | Г53090 07 | 3000 | | 1500 | 8 | 12/09/85 | Хелисота | 06/08/10 | 1846 | 423 | | | | | |
| 6 | Вал Tail rotor drive | 8А-1516- | Г53090 48 | 6000 | | 2000 | 6 | 18/09/85 | Хелисота | 08/08/10 | 2313 | 423 | | | | | |
| 7 | Промежуточ Intermediate | 8А-1515- | Г54120 7С | 6000 | | 2000 | 6 | 17/12/85 | Хелисота | 06/08/10 | 2371 | 423 | | | | | |
| 8 | Хвостовой Tail gearbox | 246-1517- | Г54122 44 | 6000 | | 2000 | 6 | 30/12/85 | Хелисота | 08/08/10 | 2371 | 423 | | | | | |
| 9 | Втулка НВ Main rotor hub | 8-1930 000 | Г93820 7 | 3000 | | 1500 | 8 | 31/10/89 | Ступино | | 2106 | 423 | | | | | |
| 10 | Рулевой Tail rotor with | 246-3904- | МХ501 0232 | 3000 | | 1000 | 7 | 30/04/85 | | | 1802 | 423 | | | | | |
| 11 | Лопасти ХВ Anti-lorque | 246-3925- | МХ652 /9009 | 1000 | 7 | | | 02.06.09 | | | | 423 | | | | | |
| 12 | Лопасти НВ Main rotor blades | 8АТ-2710-00 8АТ-2710- | 2Т3074 27. 2Т3064 27. 2Т3064 | 2,000 | 7 | | | 19/01/10 | | | | 423 | | | | | |
| 13 | Цепь Control circuit | ПР-15,875 | 781 | 1000 | 7 | | | 16/09/09 | | | | 423 | | | | | |
| 14 | Карданный Universal joint | 8А-6314- | 008442 р | 3000 | | 1500 | 7 | 21/08/90 | Хелисота | 08/08/10 | 1007 | 423 | | | | | |
| 15 | Вентилятор Fan | 8А-6311- | СВ4'50 4028 | 6500 | | 1500 | 7 | 31/10/85 | Хелисота | 06/08/10 | 2371 | 423 | | | | | |
| 16 | Гидроусилит Hydraulic | КАУ-30Б | Н09С52 4230 | 7500 | 30 | 1500 | 8 | 19/09/90 | Хелисота | 06/08/10 | 1853 | 423 | | | | | |
| 17 | Гидроусилит Hydraulic | КАУ-30Б | Н08С38 8621 | 7500 | 30 | 1500 | 8 | 18/08/90 | Хелисота | 06/08/10 | 1853 | 423 | | | | | |
| 18 | Гидроусилит Hydraulic | КАУ-30Б | Н10125 4385 | 7500 | 30 | 1500 | 8 | 16/10/91 | Хелисота | 06/08/10 | 2202 | 423 | | | | | |
| 19 | Гидроусилит Hydraulic | РА-60Б | Н05149 0164 | 7500 | 25 | 1500 | 8 | 12/05/91 | Хелисота | 08/08/10 | 1853 | 423 | | | | | |

ПЕРЕЧЕНЬ

агрегатов и комплектующих изделий с ограниченным ресурсом и сроком службы, установленных

на воздушном судне __Ми-17-1В__ , Бортовой номер __EX-08015__ выпуска 31.01.1987.

(тип ВС)        (бортовой номер)

(Бортов
ой
номер)

по состоянию на «_01__» марта___ 2014_ г.

ремонт 09.08.2010г.  СНЭ 1592/ ППР 397 часа.

| № п/п | Наименование агрегата / Description | Шифр агрегата изделия / Code | Заводской номер / number | Ресурсы планера и агрегатов / Resources | | | | Дата выпуска / Date of manufacture | Ремонт / Repair | | Наработка / Operating | | Остаток ресурса до очеред. ремонта / Remaining repair resource | Дата окончания календарного / Calendar time expiry date | Остаток назначенного ресурса | Продления / Extensions | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Назнач. appointed | | Межрем. Between repair | | | Ремонтная организация / Repair organization | Дата ремонта / Date of repair | СНЭ / From the beginning | ППР / After overhaul | | | | Организация, осущест вляющая продление / Organization realized extension | Дата продления / Date of extension |
| | | | | Час hour | Лет year | Час hour | Лет year | | | | Час hour | Час hour | | | | | |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | |
| 1 | Двигатель / Engine | ТВ3-117В | Н73М7 533215 | 4500 | | 1500 | 10 | 07/09/85 | Гянджа | 12/03/09 | 2094 | 397 | | | | | |
| 2 | Двигатель / Engine | ТВ3-117В | Н73М 892300 | 4500 | | 1500 | 10 | 29/04/89 | Гянджа | 10/10/08 | 2157 | 397 | | | | | |
| 3 | Главный / Main Gearbox | ВР-14 | ТО4074 490342 4 | 6000 | | 2000 | 10 | 17/11/89 | Гянджа | 03/12/08 | 1353 | 397 | | | | | |
| 4 | ВСУ / Auxiliary | АИ-9В | 225092 440032 6 | 6000 отб. | | 600 зап. | 1000 отб. | 19/12/84 | | 12/02/09 | 42/от 6. 2145за | 922от6. 461зап. | 78от6. 139зап. | | | | |
| 5 | Автомат / Swash plate | 8-1950-000 | П53080 07 | 3000 | | 1500 | 8 | 20/08/85 | Хелисо та | 09/08/10 | 1591 | 397 | | | | | |
| 6 | Вал / Tail rotor drive | 8А-1516- | П53090 61 | 6000 | | 2000 | 6 | 19/09/85 | Хелисо та | 09/08/10 | 1591 | 397 | | | | | |
| 7 | Промежуточ / Intermediate | 8А-1515- | П53090 55 | 6000 | | 2000 | 6 | 18/09/85 | Хелисо та | 09/08/10 | 1591 | 397 | | | | | |
| 8 | Хвостовой / Tail gearbox | 246-1517- | П53090 70 | 6000 | | 2000 | 6 | 20/09/85 | Хелисо та | 09/08/10 | 1591 | 397 | | | | | |
| 9 | Втулка НВ / Main rotor hub | 8-1930-000 | С82818 79 | 3000 | | 1500 | 8 | 30/06/88 | Ступин о | 09/08/10 | 1029 | 397 | | | | | |
| 10 | Рулевой / Tail rotor with | 246-3904- | МХ99-0023 | 3000 | | 1000 | 7 | 25/02/99 | | | 788 | 397 | | | | | |
| 11 | Лопасти ХВ / Anti-torque | 246-3925- | МХ652 80009 | 1000 | 7 | | | 02.06.09 | | | 397 | | | | | | |
| 12 | Лопасти НВ / Main rotor blades | 8А-2710-00 8АТ-2710- | 2ТЭ104 27, 2ТЭ044 27, 2ТЭ034 | 2,000 | 7 | | | 19/10/10 | | | 397 | | | | | | |
| 13 | Цепь / Control circuit | ПР-15,875 | 428 | 1000 | 7 | | | 08/07/09 | | | 397 | | | | | | |
| 14 | Карданный / Universal joint | 8А-6314- | 9НКА | 3000 | | 1500 | 7 | 28/12/09 | | | 397 | | | | | | |
| 15 | Вентилятор / Fan | 8А-6311- | ОВ1150 4240 | 6500 | | 1500 | 7 | 04/04/85 | Хелисо та | 09/08/10 | 1591 | 397 | | | | | |
| 16 | Гидроусилит / Hydraulic | КАУ-30S | Н12646 1081 | 7500 | 30 | 1500 | 8 | 31/12/86 | Хелисо та | 09/08/10 | 1620 | 397 | | | | | |
| 17 | Гидроусилит / Hydraulic | КАУ-30S | Н12646 1115 | 7500 | 30 | 1500 | 8 | 31/12/86 | Хелисо та | 09/08/10 | 1620 | 397 | | | | | |
| 18 | Гидроусилит / Hydraulic | КАУ-30S | Н12646 0918 | 7500 | 30 | 1500 | 8 | 31/12/86 | Хелисо та | 09/08/10 | 1692 | 397 | | | | | |
| 19 | Гидроусилит / Hydraulic | РА-60Б | Н11646 0301 | 7500 | 25 | 1500 | 8 | 26/11/86 | Хелисо та | 09/08/10 | 1620 | 397 | | | | | |

# GATEWAY TO MENA

## 1  PROPOSAL: 4 X MI 17'S

This proposal is based on a verbal request and is supplied in generic form.  Certain assumptions are made due to lack of written directive and knowledge of end user.

### 1.1  ASSUMPTIONS

- Original copies of end user certificates from a non-embargoed End User country
- All expenses are to be pre-paid up front in order complete negotiations and contracting
- Flying hours for calculations is assumed at 960 hours per year per helicopter for both types (worst case scenario) practically would entail 480 per a/c per year which extrapolates to 80 hrs per a/c per month.
- Infrastructure for repairs is available
- Infrastructure to house personnel is available

## 2  HELICOPTERS

### 2.1  OPERATIONS REQUIREMENTS

In order to operate a flight of helicopters such as 4 x Mi-17 or equivalent Mi-8 MTV helicopters for a prolonged period, a support system is required.   The helicopters can be operated ideally with Mi-24's as the ground support equipment is largely common as is the spares, consumables and crew requirements.  This proposal is complementary to that of the Mi-24 and should comfortably keep the aircraft serviceable for a period of at least 2 years.

#### 2.1.1  HELICOPTERS

Fully serviceable or fully refurbished units of the following are recommended.  They will have a warranty period of 1 year and 200-300 hours.  No TBO will be required for many years with only periodic servicing.  Suggested helicopters:

- o  4 x Mi-17/Mi-8MTV

#### 2.1.2  OPERATIONAL APPLICATION SCENARIO

- **PERIOD OF OPERATION** (calculation purposes only)

Ghanem_00000241-0001

Ghanem_Sentencing_00000739

# *GATEWAY TO MENA*

- o Once aircraft (fully refurbished) are delivered they will be capable of operations for at least 2 years in terms of ground support & test equipment and most spares. A life before TBO should be around 8 years.

- o A 6 month operation period is provided as an example of the requirement in terms of fuel, crews, consumables etc.  No ammunition will be required but weapons beams can be fitted as an option, which in turn will require underwing pods and weaponry as well as associated ammunition.

- ▪ **DEPLOYMENT SCENARIO**
  - o Deployment calculated for in terms of support equipment is as follows:

    - ▪ Main facility where aircraft & crews are based.  The following is assumed:
      - Permanent structure of sorts should there be a major repair, such as engine, gearbox change.  It is also necessary to service helicopters under cover. Same structure can be used for spares and ground equipment storage
      - Runway structure of sorts even if short
      - Fuel storage
      - Crew quarters

  - o Deployment bases of temporary nature.  Support equipment for 2 such deployments (in support of Mi-24 aircraft are catered for) each of a week in length with possible equipment and personnel

- ▪ **MAINTENANCE DOWNTIME**

  3-5 days at the most will be scheduled for 200hr service which requires around 120 hrs of work.  Scheduling will take place to ensure that 2 aircraft do not have same service requirements at same time.  The personnel recruited to do the operational support are capable of doing all the servicing's required.

## 2.1.3 GROUND SUPPORT & TEST EQUIPMENT

Ground support for the 4 x Mi-17 is proposed.  The list below is a list which will be compatible with that of the Mi-24 and thus has less equipment than normal.  If something additional is required during the 6 month operational deployment this will be optional to the operational budget for miscellaneous mishaps and requirements.



00106466

Ghanem_00000241-0003



### 2.1.3.1   LIST FOR BASIC EQUIPMENT\

| | Helicopter and engine | Description | QTY |
|---|---|---|---|
| 1 | Tow bar | 8AT-9800-00 | 1 |
| 2 | Hydraulic Jacks | 8AT-9907-00 | 4 |
| 3 | Portable pump unit | ПНА-1М | 1 |
| 4 | Multiporpose Ladder | 8AT-9917-00 | 1 |
| 5 | Wheel chocks | 245-9926-01 | 6 |
| 6 | Baleds Mooring Ropes | 246-9900-3080 | 5 |
| 7 | Swash Plate Sling | 8AT-9920-00 | 1 |
| 8 | Installation for engines preservation | 24-99-00 УКД-1 | 1 |
| 9 | Baled Tracking device | 8AT-9937-00 | 1 |
| 10 | Holder for trim tabs bending | 245-9918-00 | 1 |
| 11 | Goniometer for trim tabs of main rotor blades | 8AT-9939-00 | 1 |
| 12 | Sling for main rotor blades lifting | 8AT-9903-00 | 1 |
| 13 | Sling for main rotor hub lifting | 8AT-9921-00 | 1 |
| 15 | Greaser for oil filling in feathering hinge of tail rotor hub | 8-100 | 1 |
| 16 | Engine lifting beam | 8AT-9908-00 | 1 |
| 17 | Engine transportation and Pre-assembly trolley | 140-9802-00, У6360-0769 | 1 |
| 18 | Tool for blades wear checking | У6360-2455 | 1 |
| 19 | Engine and Main Gearbox Separating Fixture | 8AT-9913-00 | 1 |
| 20 | Tail Rotor Sling | 8AT-9925-100 | 1 |
| 21 | Portable Hydraulic Unit | 246-9977-00 | 1 |
| 22 | Fixture for play measurement | 6360/504 | 1 |
| 23 | Fixture  for measurement of bearing axial play | 6360/714 | 1 |
| 24 | Fixture  for checking of tail rotor wobbling | 8AT-9914-00 | 1 |
| 25 | Fixture  for checking of tail rotor misalignment | 8 0071-20 | 1 |
| 26 | Drain Hose for Fuel | 8A-99010-00A | 3 |
| 27 | Hose for draining of oil from main gearbox | 8AT-9918-00 | 1 |
| 28 | Hose for draining of oil from engine | 245-9981-00 | 1 |
| 29 | Fixture for main gearbox lifting | 8AT-9943-00 | 1 |
| 30 | Extractor for wheel tyres | СШ-04 | 1 |
| 31 | Ultrasonic unit for filters flushing | УЗУ-4-1,6 | 1 |
| 32 | Torque wrench, 7 kgf/m | 8AT-9102-130 | 2 |
| 33 | Torque wrench, 135 kgf/m | 8AT-9103-10 | 2 |
| 34 | Torque wrench, 300 kgf/m | 8AT-9114-00 | 2 |
| 35 | Torque wrench, 20 kgf/m | 8AT-9102-80 | 2 |
| 36 | Torque wrench, 0-200 kgf/m | M9500-100 | 2 |



| 37 | Fixture for fire-extinguisher bottles checking/charging | 6600-1570 | 1 |
|----|---------------------------------------------------------|-----------|---|
| 38 | Special wrench for fire-extinguisher bottles | АПС-6600-240-8 | 1 |
| 39 | Tensometer with torque bushes | ИН-11 | 1 |
| 40 | Oil meter for oil level checking in  hinges | В1911М-02 | 1 |
| 41 | Oil meter for oil level checking in hinges | В1911М-03 | 1 |
| 42 | Tool for measurement of pressure in wheel tube | 246-9904-00 | 1 |
| 43 | Drain hose for AMG-10 | 245-9969-00 | 1 |
| 44 | Stand for main gearbox | 8АТ-9906-00 | 1 |
| 45 | Sling for tail rotor lifting | 8АТ-9925-100 | 1 |
| 46 | Datum leveling bar | 246-9982-00 | 1 |
| 47 | Metallic mirror | 8-АТ-9107-01 | 1 |
| 48 | Framed mirror | 8АТ-9101-210 | 1 |
| 49 | Mirror with magnet | 8АТ-9101-150 | 1 |
| 50 | Tape measure 50m | 50m | 1 |
| 51 | Textolite hammer | 6420/0120 | 2 |
| 52 | Duralumin hammer | 6420/0130 | 2 |
| 53 | Set of airborne tools in case | 242-9100-7000 | 1 |
| 54 | Set of universal tools in case | 8АТ-9101-00 | 1 |
| 55 | Special tool | 8ТВ-9112-00 | 1 |
| 56 | Special tool | 8МТ-9102-00 | 1 |
| 57 | Tools set  for radioelectronic equipment | 8АТ-9107-00 | 1 |
| 58 | Tools set for electronic equipment | 8АТ-9106-00 | 1 |
| 59 | Tools set  for instruments | 8АТ-9108-00 | 1 |
| 60 | Tool box for engine | 7818.002 | 1 |
| 61 | Gages set | №2, №3 ГОСТ 882-64 | 2 |
| 62 | Lens 7 | ГОСТ 7594-55 | 1 |
| 63 | Measuring bucket | 4621А | 1 |
| 65 | Funnel for hydrosystem | 1-1-ОСТ110892-73 | 1 |
| 66 | Funnel for sediment collecting | 246-9927-7080 | 1 |
| 67 | Funnel for fuel | 2-2-ОСТ110892-73 | 1 |
| 68 | Littre can | 4623А | 1 |
| 69 | Pan for oil collecting | 242-9927-7100 | 1 |
| 70 | Pan | 4635А-1 | 1 |
| 71 | Funnel with filter | 246-9976-7000 | 1 |
| 72 | 300mm metallic ruler | 300mm | 1 |
| 73 | Main Rotor Hub Bench | 140-9907-00 | 1 |
| | **Aircraft equipment** | | |
| 74 | Grease Gun for generator bearings filling | 8Б-6455000 | 1 |
| 75 | Device for checking of ИВ-500Е | УПИВ-500 УПИВ-У | 1 |
| 76 | Device for ГТ40ПЧ8В generators phasing | 245-9974-00 | 1 |



*GATEWAY TO MENA*

| 78 | Device for checking of 2ИА-6 equipment | КП-5 УПТ-1М | 1 |
|---|---|---|---|
| 79 | Control tachometer device | КТУ-1М | 1 |
| 81 | Pitot Static Checkout equipment | КПА-ПВД | 1 |
| 82 | Checkout installation | КПУ-3 | 2 |
| 84 | Device | ВД-10К | 2 |
| 85 | Device | УС-450К | 2 |
| 86 | Megohmmeter, 500V | М-4100/3 | 1 |
| 87 | Installation for manometers checking | ГУПМ-300 | 1 |
| 88 | Tester for checking of РИО-3 | ТПС-3 | 1 |
| 89 | Battery tester | АП | 2 |
| 90 | Re-winder | ПУ-67М | 1 |
| 91 | Variometer | ВАР-30МК | 1 |
| 92 | Installation for checking of АМП | УКАМП | 1 |
| 93 | Check point of ЭРД-3В | ПНК-3В | 1 |
| 94 | Installation for converters checking | УПП-1 УПП-1М УПП2 | 1 |
| 95 | Device for checking of РТ-12-6 | ПКРТ-27 | 1 |
| 96 | Device for three-pointer instruments checking | ЭУПМ-2М | 1 |
| 97 | Installation for fuel gauges checking | КПА-ТПР-1 | 1 |
| 101 | Checkout console of ССП | ПП-ССП | 1 |
| 102 | Checkout for АП-34Б checking | ПАА-34Б | 1 |
| 103 | Checkout for АГБ-3К checking | ПА-АГД-1 | 1 |
| 104 | Resistance box | Р-33 КМС-6 | 1 |
| 105 | Thermocuple exention | Loom-T/C | 1 |
| 106 | AI-9B thermocuple tester | AI-9B Loom-T/C | 1 |
| 107 | Testing Set for ТВ3-117  and  AI-9B Engines Starting Check | ИЧИ-4 | 1 |
| 109 | Cable for СТГ3-2c Alternator Checking | СТГ-3 Extention loom | 1 |
| 110 | Cable for П-1 Simulator | П-1 Sim | 1 |
| 111 | Cable for ССП-ФК-2С checking | ССП-ФК Loom | 1 |
| 112 | Checking unit (with cables) for САРПП-12 Flight Data Recorder | КПА-САРПП-12 | 1 |
| 113 | BUR Flight Data Recorder Checkout Gear | КПА-4-1 БУР | 1 |
| 114 | Battery Checking Device | 12-САМ | 1 |
| **Avionics** | | | |
| 115 | Device for YADRO-1G1 Radio  checking | Блок 28 | 1 |
| 116 | Device for Baklan-20 Radio checking | КПА-Baklan-20 | 1 |
| 117 | Device for radio altimeters checking | КПА А-037, А-034-4-22 | 1 |
| 118 | Millivoltmeter | В3-13 | 1 |
| 119 | Digital Voltmeter | ВК2-6 | 1 |
| 120 | Microhmmeter | М246 | 1 |

Ghanem_00000241-0006

Ghanem_Sentencing_00000744



*GATEWAY TO MENA*

| | | | |
|---|---|---|---|
| 121 | Pulse generator | Г5-15 | 1 |
| 122 | Voltammeter | Ц4313 | 1 |
| 123 | Oscillograph | С1-35 | 1 |
| 124 | Generator | Г4-11А | 1 |
| 125 | Noise generator | ГД-398 | 1 |
| 126 | Resistance box | Клас 0,1 | 1 |
| 127 | Megaohmmeter | М1101 М4100/3 | 1 |
| 128 | 100V Megaohmmeter | М4100/1 | 1 |
| 129 | DC Ammeter 0…..10A, 0,5 class | Ammeter 0…..10A | 1 |
| 130 | AC Voltmeter, 0…150V 400Hz, 0,5 class | Voltmeter, 0…150V | 1 |
| 131 | Output Power Meter | В3-10А | 1 |
| 132 | Voltmeter | В7-15, В7-16, В7-28 | 1 |
| 133 | Voltmeter | В3-41,В3-57 | 1 |
| 134 | Stopwatch | СМ-60 | 1 |
| 135 | DC bridge, class 0,5 | DC bridge | 1 |
| 136 | Dynamometer with 0,2kg scale | Dynamometer | 1 |
| 137 | Oscillograph | С1-64 С1-65 | 1 |
| 138 | Digital Voltmeter | В7-20, ВК-10А | 1 |
| 139 | Frequency meter | Д-506/3 | 1 |
| 140 | Frequency meter | Ч3-32, Ч3-54, Ч3-64, Ч3-34 | 1 |
| 141 | Galvanometer | ГМП | 1 |
| 142 | Generator | Г3-111 | 1 |
| 143 | Generator | Г4-106, Г4-107 | 1 |
| 144 | Modulation meter | СК3-46 | 1 |
| 145 | Autotransformer | ЛАТР-1 | 1 |
| 146 | Adjustable voltage source | ИРН-64 | 1 |
| 147 | Ground recorder | РИ-65Н | 1 |
| | **Aircraft armament** | | |
| 148 | Attachment for EKCP-46 checking | 242-9106-50 | 2 |
| 149 | Unit for check of safety angles of pivot bolt block | 245-9919-100 | 1 |
| 150 | Beam elevating key ASO-2V | И-Е7Р/575.80.00.000.0 | 2 |
| 151 | Bush for lock check | ИБД3-57КУ.Сб.3 | 2 |
| 152 | Control ball | 9-А-326Ш.Сб. | 2 |
| 153 | Wrench for selsyn | 9-А-020-И-2 | 2 |
| 154 | Control panel for electric circuit of missile system | ПКЦ-РС, ПКЦ-РСМ | 2 |
| 155 | Torque wrench 0-200 kg/cm | М9-500-100 | 1 |
| 156 | Caliper 0…250 | ШЦ-1-250 | 1 |
| 157 | Dynamometer 50 kgf/m | Dynamometer 50 | 1 |
| 158 | Tape measure 50m | 50m | 1 |



| 159 | Optical quadrant | КО-1, КО-30 | 1 |
|-----|------------------|-------------|---|
| 160 | Set of tools for БДЗ-57КрВ | БДЗ-57КрВ-Т | 1 |
| 161 | Tool | 242-9112-7000 | 1 |
| 162 | Tool | 242-9112-7100 | 1 |
| 163 | Tool | 242-9112-7200 | 1 |
| 164 | Tool | 242-9112-7300 | 1 |
| 165 | Tool | 242-9112-7400 | 1 |
| 166 | Tool | 242-9112-7500 | 1 |
| 167 | Cassette - probe | К1-Е7Р.575.50.00.000.0 | 1 |
| 168 | Cassette - probe | К1-Е7Р.575.60.00.000.0 | 1 |
| 169 | Adapter | 242-9983-20 | 1 |
| 170 | Adapter | 242-9983-30 | 1 |
| 171 | Tube for harmonisation | ТХП-12-80 | 1 |
| 172 | Tube for harmonisation | ТХП-7,62-80, УП-7-160 | 1 |



### 2.1.4  SPARES

The spares list is as below.  No alteration is made for the extra helicopters because of certain commonalities between Mi-24 and Mi-17.  Operational usage might determine certain short comings which will need to be replenished when the helicopters are in use.

| No. | Description | Part Number | QTY |
|---|---|---|---|
| 1 | Engine | ТВ3-117МТ | 1 |
| 2 | Main rotor blade | 8АТ-2710-000 | 1 |
| 3 | Main gearbox | ВР-14 | 1 |
| 4 | Main rotor hub | 8-1930-000 | 1 |
| 5 | Swash plate | 8-1950-000 | 1 |
| 6 | Tail rotor assy | 8-3904-000 | 1 |
| 7 | Fan Shaft Assy | 8А-6314-000 | 1 |
| 8 | Air-to-Oil Radiator | 5349Т | 1 |
| 9 | Shut-Off valve | 768600МА | 1 |
| 10 | Forked end trunnion | 8АП-0710-21 | 2 |
| 11 | Tail shaft | 8А-1516-000 | 1 |
| 12 | Intermediate gearbox | 8А-1515-000 | 1 |
| 13 | Exhaust pipe nozzle | 242-6810-20 | 1 |
| 14 | Lug | 8АП-0730-31 | 2 |
| 15 | Hydraulic damper | СДВ-5000-ОА | 1 |
| 16 | Solenoid valve | 610200А | 1 |
| 17 | Bracket | 8АТ-7502-11 | 2 |
| 18 | Bracket | 56-7511-401-2 | 2 |
| 19 | Bracket | 8АТ-9420С-40 | 2 |
| 20 | Bushing | 2414А57-8-11-7 | 6 |
| 21 | Bushing | 2414А57-8-10-3 | 6 |
| 22 | Bushing | 2414А57-8-11-7 | 6 |
| 23 | Tachometer gauge | Д-2МТ | 1 |
| 24 | Hinge | 8АТ-7502-71 | 2 |
| 25 | Cable assy | 8-5200-08/1 | 2 |
| 26 | Bushing | 2414А57-8-10-6 | 4 |
| 27 | Main Rotor Brake | 56-1400-00 | 1 |
| 28 | Bolt | 3027А-30-3.5 | 5 |
| 29 | Two channel solenoid | ГА-185У | 1 |
| 30 | Cable assy | 8-5200-03/2 | 2 |
| 31 | Hinge | 8АТ-0200-5013 | 1 |
| 32 | Hinge | 8АТ-0200-5035 | 1 |
| 33 | Temperature Controller | ТЭР-1М | 3 |

Ghanem_00000241-0009

Ghanem_Sentencing_00000747



| 34 | Lower Hinge | 8AT-0700-23 | 2 |
|----|-------------|-------------|---|
| 35 | Lower Hinge | 8AT-0700-43 | 2 |
| 36 | Upper Hinge | 8AT-0700-13 | 2 |
| 37 | Upper Hinge | 8AT-0700-33 | 2 |
| 38 | Lower Hinge | 8AT-0700-21 | 2 |
| 39 | Lower Hinge | 8AT-0700-41 | 2 |
| 40 | Upper Hinge | 8AT-0700-11 | 2 |
| 41 | Upper Hinge | 8AT-0700-31 | 2 |
| 42 | Bolt | 3014A-8-16-4 | 6 |
| 43 | Brake Cable assy | 56-1400-84 | 2 |
| 44 | Pressure transmitter | ИДТ-8 | |
| 45 | RPM Indicator | ИТЭ-2Т | 1 |
| 46 | Bearing support | 1600-03 | 1 |
| 47 | Bolt | 3051A-6-38-3 | 2 |
| 48 | Bolt | 3001A-8-78 | 2 |
| 49 | Shaft | 1340051-6-32-28,5 | 1 |
| 50 | Inductive sensor | ИД-100 | 1 |
| 51 | Bolt | 3027A-8-6-4 | 2 |
| 52 | Transmitter | УЗП сер. 2 | 1 |
| 53 | Temperature bulb | П-1 | 3 |

### 2.1.5  DOCUMENTS

A full set of documents will be provided.

### 2.1.6  MUNITIONS

No Munitions will be supplied for the Mi-17/Mi-8 MTV unless the beams are ordered as an optional extra together with weaponry pods and thus the ammunition.

### 2.1.7  PERSONNEL

#### 2.1.7.1  FLYING CREW

A total of 20 flying crew is budgeted for to enable leave period every 6 week period on a rotation basis without a break in operations.  There is an overlap of crews to enable effective handover and airline schedules.  Included is an insurance levy as well as a monetary reserve for medical evacuation and repatriation of injured crews. Crews only get paid on station.

#### 2.1.7.2  TECHNICAL CREW

Same as above but crew's total 6 as some of the flying crews double as technical staff.



### 2.1.8 FUEL ESTIMATES (WORST CASE SCENARIO)

Mi-17: 80 hr x 4 per month x 1000kg =320000ltr @ $1.50Ltr

### 2.2 MI-8-17-171/2: BASIC

**Product Code:** H-MI17-002
**Support documents:** Technical Proposal (DN: To be issued), Spares (DN: To be provided), Commercial (DN: To be provided)

<u>Description</u>

**Clarification of designations**

The Mi -17 is a general reference to the following aircraft with certain varying capability:

- Mi-8 T versions with TV-2-engines with VR-8 gearbox- Earlier models from around 1975 year of manufacture

- Mi-8MCB versions with MI- TB3-117BMA CBM1B 4E engines. Modified VR-14 Main Gearbox.

- Mi-8 MTV versions with TV-3-117MT, MTV versions of engine with associated VR -14 Main Gearbox.

- Mi-17 (export designation of Mi-8 MT/MTV series).  This aircraft has TV-3- 117 MT or MTV engines.  A mix of the two types is logistically compatible

- Mi-171/2 is a new series of "Mi-17" with modifies airframe to include port and starboard doors as well as a rear ramp

**General Description**

The Mi-17 is a multifunctional transport helicopter, with superb performance characteristics, capable of performing flights in marginal conditions. This multipurpose transport aircraft is a single-rotor helicopter with a conventional tail rotor.   The main Rotor has five blades with the tail rotor having three blades. The helicopter has tricycle landing gear (with a nose wheel).



# GATEWAY TO MENA

The Mi-17 range of aircraft installed with TV3-117VM engines allow a full performance envelope in operational conditions, especially in high temperatures and reduced air conditions. The auxiliary power unit provides self-regulation of helicopter operation. Mi-17 helicopter in transport and passenger versions can fulfil the following missions:

- transport up to 35 passengers;
- transport up to 4000 kg cargo in the cargo cabin;
- transport up to 4000 kg on the external sling;
- transport of 12 stretcher cases accompanied by medical personnel;
- lifting, loading and unloading of cargoes in flight;
- search and rescue missions;
- fire-fighting operations;
- carrying of up to 14 persons in VIP cabin.
- Weapons capability with weapons beams and systems installed





*Figure 1: Mi-17 with weapons beams 3 x C-8 rocket pods*

**Specification**

Technical:  A separate detailed specification document is available on request. A basic specification follows:

|   |   | Mi-17 |
|---|---|---|
| 1 | Engine type | TB3-117VM |
| 2 | Max Output power (hp) | 2 x 2200 hp |
| 3 | Engine starting system | APU |



| 4 | Operating ceiling (m) | 6000 |
|---|---|---|
| 5 | Definition Dynamic ceiling(m) | 6300 |
| 6 | Practical range (km) | 740 |
| 7 | Fuel consumption (l/h) | 2 x 215 g/hr |
| 8 | Max all up weight (kg) | 13 000 |
| 9 | Standard takeoff weight (kg) | 11100 |
| 10 | Internal cargo, max (kg) | 4 000 |
| 11 | External cargo, max (kg) | 4 000 |
| 12 | Cruise speed at 1000m (km/h) @ standard takeoff weight @ max takeoff weight | 220-230 205-215 |
| 13 | Range with one external Tank | 900km |
| 14 | Maximum ambient temperature @ constant output power | +60°C |



**Delivery status:**

**Used:** A delivery in this state is on condition and on availability. (Commercial considerations to be negotiated prior to sourcing)

**Refurbished:** In this instance suitable airframes are found and returned to Original Equipment Manufacturer (OEM) Plant for full refurbishment. The status on completion is as follows:

- Full resources on airframe: 7000hr and 8 years
- Full resources on major components:
  - Engines ;Time between Overhaul (TBO): 2000hrs and 8 years
  - Auxiliary Power Unit(APU): TBO =1800 starts and 300 hrs
  - Main Gearbox – TBO is 3000hrs and 8 years
  - Maximum resources on all major equipment such as rotor head/swash plates, auxiliary gearboxes etc.

- New main & tail rotor blades.
- Fully corrosion treated and painted in Client colour

**Stock**

|  | New | Used | Refurbished |
|---|---|---|---|
| Availability | Only 171 | Yes conditional | Yes |

**Warranty**
Used:  As is condition.  No warranty usually supplied but is case dependant
Refurbished: Warranty is 300hrs and 1 calendar year.

## 2.3   MI-8/17/171 OPTIONS

The Mi-17 can be modified and fitted with various equipment to standardise its use for specific operations required by certain clients.  These options can be fitted on site after deliveryThe following is a condensed list of items and systems than can be offered:

**Technical Descriptions:**

On request only:

**Optional Equipment**

| No | Description | Included/Excluded |
|---|---|---|
| 1 | Spares 1:1 | Included in spares |
| 2 | NVG modification including Goggles spares package, spares & ground training | Excluded |
| 3 | Chadwick blade balancing system | Excluded |
| 4 | ACO-2B Chaff & Flare | Excluded |
| 5 | BYR-2 Digital data recorder | Excluded |
| 6 | ADROS IR jamming system | Excluded |



| 7 | Weapons Beams | Excluded |
|---|---------------|----------|



**Munitions**



The Mi-17 can have weapons beams fitted which can carry all the munitions that the Mi-24 can carry with the exception of the ATAKA guided missile.

*Figure 2: Mi 17 weapons beams*

Ghanem_00000241-0016



# 1   PROPOSAL: 4 X MI 24'S

This proposal is based on a verbal request and is supplied in generic form.  Certain assumptions are made due to lack of written directive and knowledge of end user.

## 1.1   ASSUMPTIONS

- Original copies of end user certificates from a non-embargoed End User
- All expenses are to be pre-paid up front in order complete negotiations and contracting
- Flying hours for calculations is assumed at 960 hours per year per helicopter for both types (worst case scenario) practically would entail 480 per a/c per year which extrapolates to 80 hrs per a/c per month.
- Infrastructure for repairs is available
- Infrastructure to house personnel is available

# 2   HELICOPTERS

## 2.1   OPERATIONS REQUIREMENTS

In order to operate a flight of compatible helicopters such as 4 x Mi-24, for any reasonable period, a support system is required.  Ideally 2 x extra Mi-17 should be considered if prolonged operations are required. This is a requirement despite this being only a proposal for Mi-24 Helicopters
To adequately support these helicopters for a limited period, the following is recommended.
Note: helicopters, ground support equipment and spares should be adequate for a period of 2 years:

### 2.1.1   HELICOPTERS

Fully serviceable or fully refurbished units of the following are recommended.  They will have a warranty period of 1 year and 200-300 hours.  No TBO will be required for many years with only periodic servicing.  Suggested helicopters:

  o   4 x Mi-24

### 2.1.2   OPERATIONAL APPLICATION SCENARIO

  ▪   **PERIOD OF OPERATION** (calculation purposes only)



- o Once aircraft (fully refurbished) are delivered they will be capable of operations for at least 2 years in terms of ground support & test equipment and most spares. A life before TBO should be around 8 years.

- o A 6 month operation period is provided as an example of the requirement in terms of fuel, crews, consumables etc. Ammunition can be recommended but its use is entirely a Client consideration

- **DEPLOYMENT SCENARIO**
  - o Deployment calculated for in terms of support equipment is as follows:
    - Main facility where aircraft & crews are based. The following is assumed:
      - Permanent structure of sorts should there be a major repair, such as engine, gearbox change. It is also necessary to service helicopters under cover. Same structure can be used for spares and ground equipment storage
      - Runway structure of sorts even if short
      - Fuel storage
      - Munitions storage
      - Crew quarters

  - o Deployment bases of temporary nature. Support equipment for 2 such deployments of a week each is included in possible equipment and personnel

- **MAINTENANCE DOWNTIME**
  3-5 days at the most will be scheduled for 200hr service which requires around 120hrs of work. Scheduling will take place to ensure that 2 aircraft do not have same service requirements at same time

## 2.1.3 GROUND SUPPORT & TEST EQUIPMENT

Ground support for the 4 x Mi-24 is proposed. A detail list with part numbers will be available on contracting with the suppliers is available. This is only reflected as a line item in the commercial table.

## 2.1.4 SPARES

Same as for para 2.1.3

## 2.1.5 DOCUMENTS

A full set of documents will be provided.



### 2.1.6  MUNITIONS

A nominal quantity for each type is placed in the commercial table.  Despite many types of munitions being available only C-8 rockets and 12.7mm nose turret gun is reflected.

### 2.1.7  PERSONNEL

#### 2.1.7.1  FLYING CREW

A total of 20 flying crew is budgeted for to enable leave period every 6 week period on a rotation basis without a break in operations.  There is an overlap of crews to enable effective handover and airline schedules.  Included is an insurance levy as well as a monetary reserve for medical evacuation and repatriation of injured crews. Crews only get paid on station.

#### 2.1.7.2  TECHNICAL CREW

Same as above but crew's total 6 as some of the flying crews double as technical staff.

### 2.1.8  FUEL ESTIMATES (WORST CASE SCENARIO)

Mi-24: 80 hr x 4 per month x 1000kg =320000ltr @ $1.50Ltr





*Figure 1: Mi-24*



**2.2   MI-24 V: BASIC DESCRIPTION**

**Support documents:** Technical Proposal (DN: To be issued), Spares (DN: To be provided), Commercial (DN: To be provided)

<u>Description</u>

The Mi-24 is a two crew (Pilot & Weapons System Officer) combat helicopter capable of carrying 8 x equipped troops in a cabin.  The helicopter has 2 x TV-117V engines with an output of 2200hp each.

**Stub Wings:** Each stub wing has 3 weapons stations capable of 1200kg of ordinance each.  This mix can be a variation of:

- External fuel tanks
- A variety of bombs up to a maximum of 500 kg per single station
- C5 (57mm) ballistic rockets-older ordinance
- C-8 (80mm)ballistic rockets-in use by most users
- KMGU-23 combined 23mm cannon and grenade launcher
  **Note:** choice of weaponry is a Client prerogative and suspended launchers are optional

**Nose Gun:** The WSO is equipped with sighting, arming systems as well as a 12.7mm turreted cannon.  Round capacity is 1200.  The round a universal 12.7mm and can be taken from any ground forces source.

**Operational advantages:**  The range of the helicopter is around 430km (dependant on conditions) using internal fuel @ max speed of 320km.  Refuelling can be done using gravity, and ammunition loading is by hand with the minimum of ground equipment.

<u>Specification</u>

Technical:  A separate detailed specification document is available on request.

**Delivery status:**

**Used:**  A delivery in this state is on condition and on availability. (Commercial considerations to be negotiated prior to sourcing)

**Refurbished:** In this instance suitable airframes are found and returned to Original Equipment Manufacturer (OEM) Plant for full refurbishment.  The status on completion is as follows:

- Full resources on airframe: 4000hr and 8 years
- Full resources on major components:
  - o  Engines :Time between Overhaul (TBO): 2000hrs and 8 years

# GATEWAY TO MENA

- o Auxiliary Power Unit(APU): TBO =1800 starts and 300 hrs
- o Main Gearbox – TBO is 3000hrs and 8 years
- o Maximum resources on all major equipment such as rotor head/swash plates, auxiliary gearboxes etc.
- New main & tail rotor blades.
- Fully corrosion treated and painted in Client colour

**Stock**

|  | New | Used | Refurbished |
|---|---|---|---|
| Availability | Not available | Yes conditional | Yes |

**Warranty**
Used:  As is condition.  No warranty usually supplied but is case dependant
Refurbished: Warranty is 200hrs and 1 calendar year.

## 2.2.1  MI-24 OPTIONS
The Mi-24 can be modified and fitted with various equipment to standardise its use for specific operations required by certain clients.  The following is a condensed list of items and systems than can be offered:  This can in most cases be done after delivery and on site.

**Technical Descriptions:**

On request only:

**Optional Equipment**

| No | Description | Included/Excluded |
|---|---|---|
| 1 | Spares 1:1 | Included in spares list |
| 2 | SAFT Nicad batteries & servicing laboratory | Excluded |
| 3 | NVG modification including Goggles spares package, spares & ground training | Excluded |
| 4 | Chadwick blade balancing system | Excluded |
| 5 | ACO-2B Chaff & Flare | Excluded |
| 6 | BYR-2 Digital data recorder | Excluded |
| 7 | ADROS IR jamming system | Excluded |

**Munitions**

- **12.7mm  Ammunition**





*GATEWAY TO MENA*

- Caliber: 12.7 x 108mm
- Rate of Fire: 4000/4500 rounds per min
- Muzzle velocity: 810 per sec
- Effective range: 1500 m

- **C-8 Rocket**



- Rockets in pod : 20
- length x diameter: 2760 x 520mm
- weight, empty: 160 kg
- weight, loaded: 282 kg

- **ATAKA GUIDED MISSILE**




- Range:1000-5800m
- Mass:  50kg
- Calibre : 130 mm
- Speed: 550 m/sec
- Max on aircraft : 8 per helicopter

- **Universal Cannon container УПК23-250**



- Range: 2000m
- Calibre : 23mm x 2 barrels
- Speed: 550 m/sec
- Rate of fire: 3/400 rounds per sec
- Ammo load: 250 rounds

- **Grenade launcher 9-A-800 (30mm grenade)**





- Range: 800-1700m
- Calibre : 30mm
- Weight : 18 kgs
- Rate of fire: 350-400 per min
- Ammo load: 30 grenades per box



*GATEWAY TO MENA*

- Mine Launcher КМГУ-2



Launch fragmented fire and accumulative warheads
- Internal units: 8 with mined
- Mass: 540 kg full container
- Application altitude 100 -16000m
- Launch speed: < 500km

- Rocket C-24(240mm)



- Range: 2000m
- Calibre : 23mm x 2 barrels
- Speed: 550 m/sec
- Rate of fire: 3/400 rounds per sec
- Ammo load: 250 rounds



**07032014O-IQ**

July 03 2014

Gateway to MENA. Reference Number 07032014O-IQ, hereby submit an official offer of OEM (Original Equipment Manufacturer) military weapons.

| № | Items | Year of Manuf. | Origin | Quantity | Price per Item USD | Total Price USD |
|---|-------|----------------|--------|----------|--------------------|-----------------| 
| 1 | **Sukhoi Su-25** <br> **3 months for delivery** | 2013 new | Georgia | **6** | **$20,000,000** | **$ 120,000,000.** |
| 2 | **Mi 24/35** <br><br> **3 months for delivery** | 1985,19 87,1988 | RU/ Georgia | **6** | **$9,400,000** | **$56,400,000** |
| 3 | **ZPU 14.5mmUlan-Ude MI-17 Aerial Gunships** <br> **subject to export clearance** <br> **Crewed a $1,500,000.00 Per Month, minimum 6 months contract 24 pilots including 08 instructors  32 service technicians and mechanics** <br> **(Peruvian, Mexican, Belorussian nationalities ) GSE support** <br> **1,000 hours before next overhaul** <br> **Includes:   5000 x S5 MKO rockets with 36 pods  UB32 + 150 x Fab 100-120 bombs** | 1981-1986 | RU | **6** | **$66,000,000** | **66,000,000** |
| 4 | **Transport Helicopters Mi-17 (Mi-8 MTV) with the fuselage and main aggregates undergone a complete overhaul** | 1987 | RU | **2** | **$9,800,000** | **$19,600,000** |
| 4 | **Mi-24 Fully refurbished painted in Client color 8 x C-8 Pods Gunship** | 1986, 88, 89, 85 | Ukraine | **4** | **$7,600,000** | **$30,400,000** |
| 5 | **Mi-17 Fully refurbished painted in Client color 8 x C-8 Pods Gunship** | 1985, 86, 87, 86 | Ukraine | **4** | **$9,800,000** | **$39,200,000** |
| 6 | <u>**Observation and Surveillance Balloon**</u> **with Laser and rocket launcher** <br> **2 months for delivery** | New | USA, Ukraine, South Africa | **5** | **$ 1,600,000** | **$ 8,000,000** |
| 7 | **MI-17V-5 (MI-171E)** | New | Russia | **8** | **$17,800,000** | **$142,400,000** |

| № | Items | Year of Manuf. | Origin | Quantity | Price per Item USD | Total Price USD |
|---|-------|----------------|--------|----------|--------------------|-----------------|
| 9 | 82mm Mortar Shells | 1994 | RS | 20,000 | $82.00 | $1,640,000.00 |
| 10 | M1943 (120-PM-43) 120mm Mortar Launcher | 1981 | RU | 100 | $14,500.00 | $1,450,000.00 |
| 11 | Sniper Rifle SVD 7.62×54mmR | New | RU | 1,000 | $5,500.00 | $5,500,000.00 |
| 12 | 7.62×54mmR | New | BH | 500,000 | $750.00/1K | $375,000.00 |
| 13 | PK Machine Gun Bipod Stock | 1990 | RU | 1,000 | $3,600.00 | $3,600,000.00 |
| 14 | Dshk 12.7 Machine Gun Tripod stock | 1987 | RU | 100 | $14,500.00 | $1,450,000.00 |
| 15 | RPG 7 Launchers | 1990 | RU | 1,000 | $2,900 | $2,900,000.00 |
| 16 | PG-7VL A/T | New | BG | 3,000 | $975.00 | $2,925,000.00 |
| 17 | PG-7VLT Tandem | New | BG | 2,000 | $1,800.00 | $3,600,000.00 |
| 18 | AK47 Rifles 7.62×39mm | 1985 | RU | 15,000 | $290.00 | $4,350,000.00 |
| 19 | 7.62×39mm Ammunition | 1982 | RU | 20,000,000 | $215.00/1K | $4,300,000.00 |
| 20 | SPG 9  Kopye | New | BG | 75 | $27,500.00 | $2,062,500.00 |
| 21 | PG-9V  AT | New | BG | 870 | $1,075.00 | $935,250.00 |
|   |   |   |   |   |   |   |

Ghanem_00000241-0002



*GATEWAY TO MENA*

| N☺ | Items | Year of Manuf | Quantity Ready Ship | Price per Item USD | Total Price USD | Origin |
|---|---|---|---|---|---|---|
| 1. | AK-47   wood stock<br>Days For shipping:  Immediately after EUC is approved by government of Export | Stock 1985+ | 1,000 | $ 360 | $ 360,000 | Russia |
| 2. | **RPG-7  Anti-Tank Launcher 85 mm**<br>Days For shipping:  Immediately after EUC is approved by government of Export | Stock | 55 Launchers | $ 2,200 | $ 121,000 | Russia |
| 3. | **PGO-7 (2.7x) or UP -7V Telescopic sight** | Stock | 55 Sights | $ 1,890 | $ 103, 950 | Russia |
| 4. | RPG -7 | Stock | 55 Launchers | $ 2,300 | $126, 500 | Russia |
| 5. | PGO-7 (2.7x) or  UP-7V Telescope sight | Stock | 55 sights | $ 1,950 | $107, 250 | Russia |
| 6. | PG-7VL  85mm Heat Projectiles | Stock | 20,000 projectiles | $ 480 | $ 9,600,000 | Russia |
| 7. | Black Arrow 93  12.7 X 108 sniper rifle with 8x32 optics | 2014 | 50 | $ 18,000 | $ 900,000 | Serbia |
| 8. | ORSIS 5000 .338 LP Sniper Rifle | 2014 | 100 | $ 17,000 | $ 1,700,000 | Russia |
| 9. | ZPU-14.5 mm | 1984+ | 10 | $ 44,000 | $ 440,000 | Russia |
| 10. | PK/PKS  Machine Gun | 1987+ | 449 | $ 4,500 | $ 2,020,500 | Russia |
| 11. | 5.45mm Tantal wz. 88 | 1999+ | 2,500 | $ 400 | $ 1,000,000 | Poland |
| 12. | RPG 2 Launchers | 1986+ | 1500 | $ 2,300 | $ 3,450,000 | Russia |
| 13. | SPG 9 Kopye | 1986+ | 3 | $ 22,000 | $ 66,000 | Russia |
| 14. | ZSU-23-4 Shilka | 1980 (3 months for shipping) | 3 | $ 650,000 | $ 1,950,000 | Russia |
| 15. | Dushk –M 12,7mm | 60 days for shipping | 200 | $ 13,200 | $ 2,640,000 | Russia |
| 16. | 14 mm towed machine Gun single Barrel | 21 days for shipping | 30 | $ 12,900 | $ 387,000 | Croatia |
| 17. | 14.5 mm Gun ZPU | 40 days for shipping | 100 | $ 7,900 | $ 790,000 | Chez |
| 18. | 14.5 mm KPV/T Gun | 40 days to ship | 30 | $3.200 | $ 96,000 | Chez |
| 19. | ZU -23-2 A.A Machine gun 2 Barrel | 60 days to ship | 30 | $ 49,000 | $ 1,470,000 | Russia |
| 20. | 7.62 X 54 mm PKM Machine Gun Bi-pod | 60 days to ship | 450 | $ 4,200 | $ 1,890,000 | Russia |
| 21. | Three Pod for PKM | 60 days to ship | 450 | $ 820 | | |



| N☺ | Items | Year of Manuf | Quantity Ready Ship | Price per Item USD | Total Price USD | Origin |
|---|---|---|---|---|---|---|
| 22. | Machine Gun PK(M) | 12 days to ship | 350 | $ 2,950 | $ 1,032,500 | Bulgaria |
| 23. | PKM 7.62 mm Machine gun | 45 days to ship | 700 | $ 3,920 | $ 2,744,000 | Yugoslavia |
| 24. | **Machine Gun PK (M84)** | 45 days to ship | 700 | $ 2,300 | $ 1,610,000 | Croatia Refurbished |
| 25. | PKM 7.62 mm Machine Gun | 45 days to ship | 700 | $ 3,920 | $ 2,744,000 | Yugoslavia |
| 26. | 7.62 X 54mm Machine Gun type UK-59 with Fplded or Fixed stock | 30 days to ship | 500 | $ 1,275 | $ 637,500 | Chez |
| 27. | Long Range Sniper | 60 days to ship | 100 | $14,200 | $ 1,420,000 | Serbia |
| 28. | RPG 7 A.T Launcher | 60 day to ship | 400 | $ 2,190 | $ 876,000 | Russia |
| 29. | Rocket Launcher RPG | 45 days to ship | 500 | $1,480 | $ 740,000 | Croatia |
| 30. | Rocket Launcher RPG-7(v) | 14 days to ship | 700 | $ 1,790 | $ 1,253,000 | Bulgaria |
| 31. | SPG 9 complete with optical scope +ZIP 1:1 | 45 days to ship | 50 | $ 13,750 | $ 687,500 | Chez |
| 32. | AK 47 refurbished 3 magazines fixed or folded stock | 45 days to ship | 20,000 | $ 180 | $ 3,600,000 | Croatia |
| 33. | AKM(S) 7.62 X 39 | 12 days to ship | 20,000 | $ 270 | $ 5,400,000 | Bulgaria |
| 34. | V-58 Assault rifle 7.62X39mm | 30 days to ship | 4000 | $ 150 | $ 600,000 | Chez |
| 35. | 23mm ZSU-4 Shilka Tank | 60 days to ship | 4 | $ 180,000 | $ 720,000 | Russia |
| 36. | AK 47 M-70  7.62X 39mm | Ready to ship | 12,000 | $ 195 | $ 2,340,000 | Serbia |
| 37. | RPK M-72  7.62X39mm | Ready to ship | 2,800 | $ 245 | $ 686,000 | Serbia |
| 38. | PKM M-84

Tri pod | Ready to ship | 1200 | $ 1,785

$ 600 | $ 2,142,000

$ 720,000 | Serbia

Serbia |



*GATEWAY TO MENA*

| N☺ | Items | Year of Manuf | Quantity Ready Ship | Price per Item USD | Total Price USD | Origin |
|---|---|---|---|---|---|---|
| 39. | 60mm Mortar M57 Bi pod | New 40 days to ship | 100 | $2,300 | $ 230,000 | Bosnia |
| 40. | 60mm Mortar M70 Bi pod Commando | New 40 days to ship | 100 | $ 3,200 | $ 320,000 | Bosnia |
| 41. | **82mm M69A Mortar Bi Pod** | New 40 days to ship | 30 | $ 3,180 | $ 95,400 | Bosnia |
| 42. | 60mm Mortar M70 | Ready to ship | 100 | $ 2,680 | $ 268,000 | Yugoslavia |
| 43. | 60mm Mortar M57 | Ready to ship | 200 | $ 3875 | $ 775,000 | Yugoslavia |
| 44. | 82mm Mortar M69A | Ready to ship | 100 | $ 4500 | $ 450,000 | Yugoslavia |
| 45. | 120mm Mortar M75 | Ready to ship | 25 | $ 14,000 | $ 350,000 | Yugoslavia |



**GATEWAY TO MENA**

| N☺ | Items | Year of Manuf | Quantity Ready Ship | Price per Item USD | Total Price USD | Origin |
|---|---|---|---|---|---|---|
| 46. | **7.62 x39mm (Loose)** AK-47 Ammunition Days For shipping:  Immediately after EUC is approved by government of Export | Stock 1981+ | 3,000,000 | $ .17 | $ 510,000 | Russia |
| 47. | **7.62 x54mm (Belted)** PKM Ammunition Days For shipping:  Immediately after EUC is approved by government of Export | Stock 1978+ | 1,000,000 | $ .39 | $ 390,000 | Russia |
| 48. | **PG-7VR** 85mm HEAT Tandem Projectiles Days For shipping:  Immediately after EUC is approved by government of Export | New or Stock 2013+ | 1,000 | $ 695 | $ 695,000 | Russia |
| 49. | PG-7VR  85 mm HEAT Projectiles | New stock | 2,000 | $ 650 | $ 1,300,000 | Bulgaria |
| 50. | Ammunition 7.62 X 54 for PKC | 1975 | 1,000,000 | $ .25 | $ 250,000 | Russia |
| 51. | Ammunition 7.62 X 39 for AK 47 | 1975 | 1,000,000 | $ .18 | $ 180,000 | Russia |
| 52. | **7.62 x39mm (Loose)** AK-47 Ammunition | 1984+ | 30,000,000 | $ .15 | $ 4,500,000 | Ukraine |
| 53. | RPG- 75 cartridge  68mm | 90's+ | 9,000 | $ 820 | $ 7,380,000 | Bulgaria |


# GATEWAY TO MENA

| tem | Type | QTY | Unit Price USD | Total Price USD |
|---|---|---|---|---|
| 1. | MI-17 | 4 | $4,511,765 | $18,047,060 |
| 2. | MI-14 | 8 | $880,000 | $7,040,000 |
| 3. | Mi-171. | 8 | $22,000,000 | $176,000,000 |
| 4. | MI-24 V | 10 | $900,000 | $9,000,000 |
| 5. | MI-24 P | 6 | $1,800,000 | $10,800,000 |
| 6. | BTR-80 | 200 | $190,000 | $38,000,000 |
| 7. | DshK-M 12,7mn | 200 | $13,800 | $2,760,000 |
| 8. | Kpvt 14,5mm | 200 | $14,800 | $2,960,000 |
| 9. | SA-58 magazin AK-47 | 50000 | $155 | $7,750,000 |
| 10. | AMD-65 | 20,000 | $170 | $3,400,000 |
| 11. | PKM 762 | 450 | $4,486 | $2,018,700 |
| 12. | SV sniper | 100 | $11,000 | $1,100,000 |
| 13. | BM-21 Grad | 60 | $195,500 | $11,730,000 |
| 14. | BMP-1 | 100 | $130,000 | $13,000,000 |
| 15. | BMP-2 | 200 | $224,000 | $44,800,000 |
| 16. | T-55 | 250 | $85,000 | $21,250,000 |
| 17. | T-72 | 105 | $110,000 | $11,550,000 |
| 18. | T-55,T-72 simulator | 2 | $34,000 | $68,000 |
| 19. | T-72 laser gun | 8 | $37,200 | $297,600 |
| 20. | P-18 radar system | 4 | $2,200,000 | $8,800,000 |
| 21. | Pontoon bridge | 2 | $2,000,000 | $4,000,000 |
| 22. | IGLA | 95 | $88,300 | $8,388,500 |
| 23. | ZU-23 | 30 | $48,000 | $1,440,000 |
| 24. | Scorpio | 20000 | $180 | $3,600,000 |
| 25. | RPG-7V | 250 | $2,650 | $662,500 |
| 26. | PG-7 | 4000 | $1,600 | $6,400,000 |
| 27. | RPG-9V | 100 | $4,285 | $428,500 |
| 28. | PG-9 | 2000 | $1,850 | $3,700,000 |
| 29. | FAB-100 bomb | 100 | $260 | $26,000 |
| 30. | FAB-250 bomb | 100 | $410 | $41,000 |
| 31. | D-30 gun | 100 | $26,000 | $2,600,000 |
| 32. | ZU-2 | 45 | $18,800 | $846,000 |

# GATEWAY TO MENA

| | ITEMS | QTY | Unit price USD | Total price | Production |
|---|---|---|---|---|---|
| 1 | Round with antitank grenade PG – 7V (VM) | 30,000 | 255 | $7,658,823.53 | 2014 |
| 2 | Round with antitank grenade PG-7 | 17,000 | 135 | $2,300,000.00 | after 1985 |
| 3 | Round for RPG-7 with antipersonnel grenade OG – 7V | 50,000 | 115 | $5,764,705.88 | 2014 |
| 4 | Round with antitank grenade PG – 9V | 20,000 | 351 | $7,011,764.71 | 2014 |
| 5 | Round for SPG-9  with antipersonnel grenade OG – 9V | 20,000 | 352 | $7,035,294.12 | 2014 |
| 6 | AT Missile System KONKURS: | | - | $0.00 | |
| | -    Launcher 9P135M1 | 100 | 40,353 | $4,035,294.12 | |
| | -    Missile 9M113 | 300 | 18,176 | $5,452,941.18 | |
| 7 | Cartridge 7,62 x 39 mm | 5,000,000 | 0.14 | $685,714.29 | after 1980 |
| 8 | 12,7 mm (API, APIT) | 1,500,000 | 4 | $5,343,750.00 | after 1980 |
| 9 | 14,5 mm (API, APIT) | 1,000,000 | 6 | $6,250,000.00 | after 1980 |
| 10 | 122 mm Rocket for BM-21 MLRS | 10,000 | 684 | $6,835,294.12 | after 1986 |
| 11 | 57 mm unguided rocket "S – 5/KO,KP/ | 30,000 | 452 | $13,552,941.18 | 2014 |
| 12 | 80 mm unguided rocket "S – 8/KOM | 15,000 | 2,071 | $31,058,823.53 | 2014 |
| 13 | Machine Gun PK(M) | 350 | 2,924 | $1,023,235.29 | New from stock/unused |
| 14 | Light Antitank Rocket Launcher - RPG-7(V) | 700 | 1,792 | $1,254,235.29 | New from stock/unused |
| 15 | 7.62 x 39 mm AKM(S) Assault Rifle | 20,000 | 260 | $5,200,000.00 | New from stock/unused |

Ghanem_00000241-0008



*GATEWAY TO MENA*

| Por_abs | Type | Denomination | Year of production | Origin | QTY | Unit Price $ | Total Price $ |
|---|---|---|---|---|---|---|---|
| 1 | Ammunition | 100 mm HE for T-55 | 86+ | RU | 35,000 | $142.86 | $5,000,000.00 |
| 2 | Ammunition | 100 mm HEAT for T-55 | 72+ | RU | 6,500 | $131.43 | $854,285.71 |
| 3 | Ammunition | 100 mm HE for MT-12 | 76+ | RU | 7,200 | $157.14 | $1,131,428.57 |
| 4 | Ammunition | 100 mm HEAT for MT-12 | 84+ | RU | 8,500 | $144.29 | $1,226,429 |
| 5 | Ammunition | 100 mm APFSDS for MT-12 | 80+ | RU | 9,500 | $158.57 | $1,506,429 |
| 5 | Ammunition | 125 mm HE for T-72 | 83+ | RU | 7,500 | $448.57 | $3,364,286 |
| 6 | Ammunition | 125 mm HEAT for T-72 | 76+ | RU | 2,000 | $407.14 | $814,286 |
| 7 | Ammunition | 125 mm APFSDS for T-72 | 75+ | RU | 4,100 | $442.86 | $1,815,714 |
| 8 | Ammunition | 73 mm PG-15 V for BVP-1 | 82+ | RU | 60 000 | $100.00 | $6,000,000 |
| 9 | Ammunition | 73 mm OG-15 VM for BVP-1 | 81+ | RU | 45 000 | $115.71 | $5,206,950 |
| 10 | Ammunition | PG-7V for RPG-7 | 64+ | RU | 9,000 | $134.29 | $1,208,571 |
| 11 | Ammunition | 122 mm HE full for D-30 | 03+ | CZ | 13,700 | $307.14 | $4,207,857 |
| 12 | Ammunition | 122 mm HE reduced for D-30 | 95+ | CZ | 4,860 | $330.00 | $1,603,800 |
| 13 | Ammunition | 122 mm HEAT for D-30 | 70+ | RU | 5,100 | $222.86 | $1,136,571 |
| 14 | Ammunition | 122 mm HE GRAD for BM-21 (or RM-70 czech version) | 88+ | CZ | 8,000 | $467.14 | $3,737,143 |
| 14 | Ammunition | 122 mm HE GRAD for BM-21 (or RM-70 czech version) | 69+ | RU | 0 | $250.00 | $0 |
| 15 | Ammunition | 152 mm HE for D-20, 2S-3, DANA | | CZ | 15,000 | $400.00 | $6,000,000 |
| 16 | Ammunition | 130 mm HE for M-44 | | RU | 40 000 | $440.00 | $17,600,000 |
| 17 | Ammunition | 82 mm mines HE (for 82 mm infantry mortar) | 70+ | RU | 10 000 | $88.57 | $6,885,700 |
| 18 | Ammunition | 120 mm mines HE (for 120 mm PRAM weapons /self-propelled mortar system/ ) | 75+ | RU | 45,000 | $100.00 | $4,500,000 |

Ghanem_00000241-0009

Ghanem_Sentencing_00000772



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 20 | Ammunition | 7,62 x 39 mm PS do AK-47, SA-58, etc... | 70+ | RU | 55,000,000 | $0.14 | $7,817,857 |
| 21 | Ammunition | 7,62 x 54 mm LPS  for PKT, PKM, UK-59, etc... | 76+ | RU | 95,000,000 | $0.14 | $13,571,429 |
| 21 | Ammunition | 7,62 x 54 mm B-32  for PKT, PKM, UK-59, etc... | 76+ | RU | 13,000,000 | $0.17 | $2,228,571 |
| 22 | Ammunition | 23mm OFZ for ZU-23 | 76+ | RU | 1,700,000 | $12.14 | $20,642,857 |
| 23 | Ammunition | 23mm BZT for ZU-23 | 76+ | RU | 620,000 | $11.14 | $6,908,571 |
| 24 | Ammunition | 23mm OFZT for GS-23 | 70+ | RU | 150,000 | $8.34 | $1,251,429 |
| 25 | Ammunition | 152mm HE long range (up to 22km) | 98+ | CZE | 10,000 | $380.00 | $3,800,000 |

| | Item | Caliber | Quantity (pcs) | Price (USD) | Total Price | Remark |
|---|---|---|---|---|---|---|
| 1 | Mortar | 60 | **160** | 2,055.56 | $328,889 | new |
| 2 | Mortar | 82 | **42** | $4,500 | $189,000 | Refurbished |
| 3 | Mortar | 120 | **21** | $9,400 | $197,400 | Refurbished |
| 4 | M80/M84 (PKM type) Ex Yu | 7,62x54 | **12** | $1,700 | $20,400 | Refurbished,with bipod, one big box and one small box |
| 4.a | M80/M84 tripods | | **400** | $650 | $260,000 | refurbished |
| 5 | M72 (RPK type) Ex Yu | 7,62x39 | **28** | $220 | $6,160 | Refurbished, with 4 magazines, extra magazines available at price of 5 USD |
| 6 | RPG 7 | | **11** | $800 | $8,800 | Irani production, from 86-93 mostly |
| 7 | M70 folding stock Ex Yu (AK 47 type) | 7,62x39 | **15** | $170 | $2,550 | Refurbished, with 4 magazines, extra magazines available at price of 5 USD |
| 8 | M70 wooden stock Ex Yu (AK 47 type) | 7,62x39 | **5** | $170 | $850 | Refurbished, with 4 magazines, extra magazines available at price of 5 USD |
| 1 | ZPU 2 Twin barrel | 14,5 | **30** | $13,000 | $390,000 | Refurbished |
| 2 | Ammunition | 7,62x39 | **2000000** | $ 0,15 | $3,000,000 | Steel core, Eastern production |
| 3 | Ammunition | 12,7x108 | **1.500.000** | $2 | $ 2,250,00 | Russian and Chinese production |

Ghanem_00000241-0011

CASE NO.   CR 15-0704 (A)-SJO

_____UNITED STATES OF AMERICA_____
VS. _____GHANEM_____

PLAINTIFF'S EXHIBIT   702

DATE _____IDEN.

DATE_____EVID.

BY _____
            DEPUTY CLERK
AO 386

| | |
|---|---|
| **From:** | Rami Ghanem <ramithe@gmail.com> |
| **Sent:** | Tuesday, November 18, 2014 8:13 AM |
| **To:** | Mohd <aldaboubim@gmail.com> |
| **Subject:** | FW: Mi24infodetail_conf |
| **Attach:** | Mi24infodetail_conf.pdf |

Indicative offer for sale of Mi-24V helicopters

LOM Praha s.p. presents the indicative offer for sale of 6 Mi-24V. Helicopters are registered in military register under the numbers 0702, 0710, 0788, 0790, 0815, 0835.

Helicopters are recently located at 22nd Czech Air Force Base in Sedlec-Vinice. Helicopters are stored, conserved and periodically maintained according to OEM maintenance rules.

For each helicopter is offered also ground equipment 1:1 for basic maintenance, and weapon systems (moveable front Gatling 4 barrel gun caliber 12,7 mm 9A-624, 4 pcs of UB-32A-24 57 mm rocket pods and 2pcs of anti-tank missiles launchers Šturm RP2-149TK).

HELICOPTER DATA
================================================================

MI-24V Helicopter

Manufacture no.: 730702
Year of manufacture: 31. 10. 1985
In service from od: 31. 10. 1985
No. of Overhaul performed – 1
Last Overhaul performed 1.9.2003
Flight hours since production: 2719 hours, 24 minutes, 6852 landings
Flight hours since last Overhaul 723 hours, 25 minutes
TBO: 7 years, 1000 flight hours
Technical life from manufacturer is 26 years, 3000 flight hours
The residual of technical life: 0 years and 0 months; 280 flight hours, 36 minutes

| Helicopter | 0702 | Last GO | Flight from last GO | Residual till the end of technical life | total flight hours |
|---|---|---|---|---|---|
| Engine TV-3-117 | 2257854803010 | - | - | 3333:00:00 | 1167:00:00 |
| Engine TV-3-117 | 7087851103088 | 3.GO | 225:48:00 | 1517:10:00 | 982:50:00 |
| Main rotor head | 92024172046 | 1. GO | 944:25:00 | 355:35:00 | 1644:25:00 |
| Tail rotor head | MCHA017103 | - | - | 1888:51:00 | 111:09:00 |
| Ai-9V | 2250924700727 | 1. GO | 55:30:00 | 449:58:00 | 150:02:00 |
| Gearbox VR-24 | L9102085 | 1. GO | 333:16:00 | 1672:59:00 | 1327:01:00 |

Helicopter was maintained according to OEM rules for Mi-24V/35.

================================================================

MI-24V Helicopter

Manufacture no.: 730710
Year of manufacture: 19. 10. 1985
In service from od: 19. 10. 1985
No. of Overhaul performed - 1
Last Overhaul performed 23. 6. 2005
Flight hours since production: 2237 hours, 19 minutes, 5542 landings
Flight hours since last Overhaul 349 hours, 36 minutes
TBO: 7years, 1000 flight hours

Technical life from manufacturer is 26 years, 3000 flight hours
The residual of technical life: 0 years and 0 months; 762 flight hours, 41 minutes

| Helicopter | 0710 | Last GO | Flight from last GO | Residual till the end of technical life | total flight hours |
|---|---|---|---|---|---|
| Engine TV-3-117 | 7087852703306 | 1.GO | 349:34:00 | 1152:47:00 | 1347:13:00 |
| Engine TV-3-117 | 7087854703411 | 1.GO | 349:34:00 | 1151:31:00 | 1348:29:00 |
| Main rotor head | 92024253027 | 1.GO | 423:11:00 | 77:53:00 | 1922:07:00 |
| Tail rotor head | MCH-9810029 | - | - | 1486:44:00 | 513:16:00 |
| Ai-9V | 2250921700202 | 1.GO | 39.19:00 | 498:31:00 | 101:29:00 |
| GearboxVR-24 | L7103157 | 1.GO | 756:59:00 | 1740:11:00 | 1259:49:00 |

Helicopter was maintained according to OEM rules for Mi-24V/35.

====================================================================

MI-24V Helicopter

Manufacture no.: 730788
Year of manufacture: 30.5.1987
In service from: 30. 5. 1987
No. of Overhaul performed 1
Last Revision performed: 2.4.2004
Flight hours since production: 1614 hours, 26 minutes, 3877 landings
Flight hours since last Overhaul: 730 hours, 1 minute
TBO: 7years, 1000 flight hours
Technical life from manufacturer is 26 years, 3000 flight hours
The residual of technical life: 1 year and 7 months; 1385 flight hours, 34 minutes

| Helicopter | 0788 | Last GO | Flight from last GO | Residual till the end of technical life | total flight hours |
|---|---|---|---|---|---|
| Engine TV-3-117 | 7087852503012 | 2.GO | 734:17:00 | 726:10:00 | 1773:50:00 |
| Engine TV-3-117 | 7087852903004 | 1.GO | 664:24:00 | 841:55:00 | 1658:05:00 |
| Main rotor head | 92024253183 | 1.GO | 734:17:00 | 326:07:00 | 1673:53:00 |
| Tail rotor head | MCHG124103 | - | - | 1358:27:00 | 641:33:00 |
| Ai-9V | 90509222100014 | - | - | 21.4.2011 | 66:12:00 |
| GearboxVR-24 | L7307556 | 1.GO | 734:17:00 | 1266:47:00 | 1733:13:00 |

Helicopter was maintained according to OEM rules for Mi-24V/35.

====================================================================

MI-24V Helicopter

Manufacture no.: 730790
Year of manufacture: 10. 6. 1987
In service from: 10. 6. 1987
No. of Overhaul performed- 1
Last Overhaul performed: 13. 6. 2005
Flight hours since production: 2211 hours, 32 minutes, 5265 landings
From last revision: 730 hours, 30 minutes

TBO: 7years, 1000 flight hours
Technical life from manufacturer is 26 years, 3000 flight hours
The residual of technical life: 1 year and 8 months; 788 flight hours, 28 minutes

| Helicopter | 0790 | Last GO | Flight from last GO | Residual till the end of technical life | total flight hours |
|---|---|---|---|---|---|
| Engine TV-3-117 | 7087851803491 | 1.GO | 572:17:00 | 1364:25:00 | 1135:35:00 |
| Engine TV-3-117 | 7087852103206 | 2.GO | 730:30:00 | 538:50:00 | 1961:10:00 |
| Main rotor head | 92024152709 | 1.GO | 208:39:00 | 1295:12:00 | 704:48:00 |
| Tail rotor head | MCHA014103 | - | | 1852:56:00 | 147:04:00 |
| Ai-9V | 2250922100188 | 1.GO | 71:50:00 | 409:55:00 | 190:05:00 |
| GearboxVR-24 | L0108020 | 1.GO | 891:11:00 | 382:30:00 | 988:00:00 |

Helicopter was maintained according to OEM rules for Mi-24V/35.

========================================================================

MI-24V Helicopter

Manufacture no.: 730815
Year of manufacture: 30. 11. 1987
In service from: 30. 11. 1987
No. of Overhaul performed - 1
Last Overhaul performed: 11. 5. 2004
Flight hours since production: 2346 hours, 52 minutes, 6031 landings
Flight hours since last Overhaul 862 hours, 14   minutes
TBO: 7years, 1000 flight hours
Technical life from manufacturer is 26 years, 3000 flight hours
The residual of technical life: 2 years and 1 month; 653 flight hours, 8 minutes

| Helicopter | 0815 | Last GO | Flight from last GO | Residual till the end of technical life | total flight hours |
|---|---|---|---|---|---|
| Engine TV-3-117 | 7087851703407 | 1.GO | 865:36:00 | 634:24:00 | 1865:36:00 |
| Engine TV-3-117 | 7087854703406 | 1.GO | 865:36:00 | 635:29:00 | 1864:31:00 |
| Main rotor head | 92024173126 | 1.GO | 865:36:00 | 136:54:00 | 1863:06:00 |
| Tail rotor head | MCHB 048103 | - | - | 1171:18:00 | 828:42:00 |
| Ai-9V | 2250924700728 | 2.GO | 40:55:00 | 499:23:00 | 100:37:00 |
| GearboxVR-24 | L20211002 | - | - | 2100:00:00 | 900:00:00 |

Helicopter was maintained according to OEM rules for Mi-24V/35.
========================================================================

MI-24V Helicopter

Manufacture no.: 730835
Year of manufacture: 28. 4. 1988
In service from: 28. 4. 1988
No. of Overhaul performed 1
Last revision performed: 11. 8. 2011
Flight hours since production: 2257 hours, 49 minutes, 5421 landings
Flight hours since last Overhaul 760 hours, 18 minutes,
TBO: 7 years, 1000 flight hours

Ghanem_00000241

Technical life from manufacturer is 26 years, 3000 flight hours
The residual of technical life: 2 years and 6 months; 742 flight hours, 11 minutes

| Helicopter | 0835 | Last GO | Flight from last GO | Residual till the end of technical life | total flight hours |
|---|---|---|---|---|---|
| Engine TV-3-117 | 7087851903263 | 1.GO | 220:04:00 | 1600:55:00 | 899:05:00 |
| Engine TV-3-117 | 7087853703203 | 1.GO | 329:23:00 | 1311:30:00 | 1188:30:00 |
| Main rotor head | 24104S9 | - | - | 1900:51:00 | 99:09:00 |
| Tail rotor head | MCH3010353 | 1.GO | 564:56:00 | 1027:11:00 | 972:49:00 |
| Ai-9V | 9050921100114 | - | - | 523:09:00 | 76:51:00 |
| GearboxVR-24 | L8101014 | 1.GO | 760:18:00 | 1240:47:00 | 1759:13:00 |

Helicopter was maintained according to OEM rules for Mi-24V/35.

Ghanem_00000241

CASE NO. __CR 15-0704 (A)-SJO__

_____UNITED STATES OF AMERICA_____

VS. _____GHANEM_____

PLAINTIFF'S EXHIBIT _____703_____

DATE _____IDEN.

DATE_____EVID.

BY _____
                DEPUTY CLERK

AO 386

| From: | Tomer Avnon <tomer@tarideal.com> |
|---|---|
| Sent: | Wednesday, March 25, 2015 11:13 PM |
| To: | Rami Ghanem <ramithe@gmail.com> |
| Subject: | Re: stock |
| Attach: | image001.jpg |

OK will send you information later

Sent from my Huawei Mobile

-------- Original Message --------
Subject: RE: stock
From: Rami Ghanem
To: Tomer Avnon
CC:

I am very interested in the MI 24 QTY 2 ready to go….. but not the one with Musa.

Thanks

**Rami Ghanem**

**Gateway to MENA. (GTM)**

**Egypt Office**
Complex 133, Building 7, Apartment 32
Al Rehab City, Cairo  Egypt
Iternational #: +37282432246
Telephone# 00201127999552
**Jordan Office**

Tel: 962 6 5685624
Fax: 962 6 5685625
**ramithe@gmail.com**  or  rami@caravaname.com
US Telephone: 772 675-4363     Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information; if you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CM'E or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn

Ghanem_00000241

Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

**From:** Tomer Avnon [mailto:tomer@tarideal.com]
**Sent:** Wednesday, March 25, 2015 3:30 PM
**To:** 'Rami Ghanem'
**Subject:** stock



Hi
We have MI24 & MI29 available

Tomer Avnon
President
TAR Ideal Concepts Ltd.
Tel: +972-3-691-4564
Fax: +972-3-695-5477
tomer@tarideal.com
www.tarideal.com
Mobile: +972-544 88 27 88
Skype: tomeravnon

Ghanem_00000241

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT      704

DATE _____IDEN.

DATE_____EVID.

BY _____
DEPUTY CLERK
AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
| Sent: | Monday, March 30, 2015 6:59 AM |
| To: | Tomer Avnon <tomer@tarideal.com> |
| Subject: | RE: MI24 |

Ok what type of arms does it include?


**Rami Ghanem**

**Gateway to MENA. (GTM)**

Egypt Office
Complex 133, Building 7, Apartment 32
Al Rehab City, Cairo  Egypt
Iternational #: +37282432246
Telephone# 00201127999552
Jordan Office

Tel: 962 6 5685624
Fax: 962 6 5685625
**ramithe@gmail.com**  or  rami@caravaname.com
US Telephone: 772 675-4363   Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct to notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CIVE or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.


Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

**From:** Tomer Avnon [mailto:tomer@tarideal.com]
**Sent:** Monday, March 30, 2015 10:59 AM
**To:** 'Rami Ghanem'
**Subject:** MI24



Rami
We have 5 MI24 available
Price 5,155,000 per unit
EUC required
Delivery 4-8 weeks

Waiting for price & condition for the MI29

Tomer Avnon
President
TAR Ideal Concepts Ltd.
Tel: +972-3-691-4564
Fax: +972-3-695-5477
tomer@tarideal.com
www.tarideal.com
Mobile: +972-544 88 27 88
Skype: tomeravnon

Ghanem_00000241

CASE NO. __CR 15-0704 (A)-SJO__

_____UNITED STATES OF AMERICA_____
VS. _____GHANEM__

PLAINTIFF'S EXHIBIT ____705____

DATE _____IDEN.

DATE_____EVID.

BY _____
            **DEPUTY CLERK**

AO 386

| From: | Gerton Business <gerton.businessllp@gmail.com> |
|---|---|
| Sent: | Thursday, April 2, 2015 10:20 AM |
| To: | Rami Ghanem <ramithe@gmail.com> |
| Subject: | MI-24D |
| Attach: | фото МИ-24Д после КВР (1).JPG; фото МИ-24Д после КВР (2).JPG; фото МИ-24Д после КВР.JPG |

Ghanem_00000241

Ghanem_Sentencing_00000788



Ghanem_00000241





00084858

Ghanem_00000241

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   706

DATE _____ IDEN.

DATE _____ EVID.

BY _____
DEPUTY CLERK
AO 386

| | |
|---|---|
| **From:** | Gerton Business <gerton.businessllp@gmail.com> |
| **Sent:** | Saturday, April 4, 2015 11:10 AM |
| **To:** | Rami Ghanem <ramithe@gmail.com> |
| **Subject:** | MI-24 Bulgary clear price |
| **Attach:** | Bulgari clear price.pdf |



**HARTFORD UNIVERSAL GROUP LTD.**
SOFIA, Blvd. BULGARIA 45, FL. 2, OFFICE 5
LICENSE á  11.00-291-1/19.07.2013
LICENSE á  11.00-616-3/02.10.2014
ID: 200782845,  VAT: BG200782845
Tel: +359 897 036 017, +359 897 975 951
E-mails: office@hartford-unig.com
hartford-unig@mail.ru

Ref.No.00215/03.04.15

## Subj.: Offer for Helicopter Mi-24

Dear Sir,

We are pleased to present to your kind attention our commercial proposal as follows:

**Technical Specifications:**

| Basic data | Mi-24V | Mi-24D |
|---|---|---|
| Built | 1971 | 1972 |
| Crew. | 3 | 3 |
| Number of passengers (airborne) | 8 | 8 |
| Engine Type | TV3-117V | TV3-117 |
| Engine power, hp | 2 x 2225 | 2 x 2200 |
| Rotor diameter | 17.3 | 17.3 |
| Weight of empty helicopter | 8500 | 8340 |
| Takeoff weight, kg | | |
| normal | 11200 | 11100 |
| maximum | 11500 | 11500 |
| The weight of cargo, kg | | |
| normal | 1500 | 1500 |
| maximum | 2400 | 2400 |
| on the external suspension | 2000 | 2000 |
| Flight speed, km / h | | |
| maximum | 320 | 320 |
| Cruising | 264 | 270 |
| Hovering ceiling without the influence of the earth, m | 2000 | 1300 |
| Service ceiling, m | 4600 | 4500 |
| Practical flight range, km | 595 | 595 |
| Ferry range, km | 1000 | 1125 |

Page **1** of **7**

**Armament:**

| | |
|---|---|
| Front Gatling 4 barrel gun caliber 12.7x108mm 9A624 | 1 pcs. |
| UB-32 rocked pod | 2 pcs. |
| UB-16 rocked pod | 2 pcs. |
| Universal gun pod UPK-23-250 with GSh-23mm canon | 2 sets |
| Machine Gun 7.62x54mm PK | 1 pcs. |

**Commercial Proposal:**

| № | Description | Condition | Qty./Pcs. | Unit price in USD |
|---|---|---|---|---|
| 1. | Mi-24V | After Major overhaul | 1 | 7 000 000 |

**Terms and Conditions of Supply:**

1. **Terms of Delivery:** FCA/European Airport.

2. **Time of Delivery:** Up to 1 (one) month after signing the contract and presenting the End-user Certificate.

3. **Terms of Payment:**
   30% on signing of contract.
   70% after inspection prior to shipment.

We express hope and confidence in our long-term mutually and beneficial cooperation.

Sincerely yours,



Kiril Marfulkov

Director
Hartford Universal Group

Page **2** of **7**

### Annex-1 Data Sheet

| Type, Factory number | Date of Manufacture. | Total flight hours | Existing recourse | Residual resource /hours/ | Date of last overhaul | Flight hours since last overhaul | Time before next overhaul |
|---|---|---|---|---|---|---|---|
| **Mi-24D /121/ 410450** | 24.09.1984 | 1484 | 3000 | 1516 | 29.04.1993 | 618 | 382 |
| **TV3-117V 7087854403429** | 14.01.1985 | 835 | 4500 | 3665 | 25.12.1989 | 260 | 315 |
| **TV3-117V 7087852403266** | 20.06.1984 | 805 | 4500 | 3695 | 26.12.1989 | 398 | 176 |
| **VR-24 L9103238** | 11.04.1989 | 523 | 3000 | 2477 | - | - | 477 |
| **AI-9V 3870922400205** | 09.07.1984 | sme. 3265 sapu. | 3600 sme. 6000 sapu. | sme. 2734 sapu. | 24.10.1990 | 657 sme. 1291 sapu. | 143 sme. 709 sapu. |



**Annex 2 Photos**



Page **4** of **7**

Ghanem_00000241

Ghanem_Sentencing_00000797



Page **5** of **7**



Page **6** of **7**



CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA

VS.   GHANEM

PLAINTIFF'S EXHIBIT   707

DATE _____ IDEN.

DATE _____ EVID.

BY _____

DEPUTY CLERK

AO 386

| | |
|---|---|
| **From:** | Gerton Business <gerton.businessllp@gmail.com> |
| **Sent:** | Saturday, April 4, 2015 11:12 AM |
| **To:** | Rami Ghanem <ramithe@gmail.com> |
| **Subject:** | second MI-24 |
| **Attach:** | Resursi 1.docx; МИ-24Д .3 фото.jpg; МИ-24Д.jpg; фото МИ-24Д после КВР.JPG |

Clear price - 6 150 000 $

Ghanem_00000241

### Техническо състояние

на вертолет Ми-24Д борден номер 00, заводски номер 02.

1. <u>Данни за вертолет Ми-24Д/ заводски номер:</u>

Начало на експлоатация –1982 г.;
Назначен общ технически ресурс 3000 ч., 36 год.
Наработка от началото на експлоатация – 1503 ч. 16 м. и 2528 кацания.

Извършен КВР – 24.07.1996 г. (ВРЗ )
Междуремонтен ресурс:
- 1000 ч.**;**
- **Междуремонтен срок на служба – 7** години
Наработка след КВР – 303 ч. 16 м. и 675 кацания.

Дата на последен полет – 05.03.2000 г.

1. <u>Данни за двигателите:</u>

1.1.   ТВЗ-117МТ сер 3 зав. № - ляв
Дата на производство – 25.03.1989 г.
Общ технически ресурс – 4500 ч.
Наработка от началото на експлоатация – 1899 ч. 04 м.
Извършен 2-ри КВР –2012 г. (LOMPrahas.p.).
Междуремонтен ресурс – 1500 ч. 10 години.
Консервация до 22.03.2015 г.

1.2.   ТВЗ-117МТ зав. № - десен
Дата на производство – 13.04.1988 г.
Общ технически ресурс – 4500 ч.
Наработка от началото на експлоатация – 1907 ч. 09 м.
Извършен 2-ри КВР –2012 г. (LOMPrahas.p.).
Междуремонтен ресурс – 1500 ч., 10 години (до 05.03.2017г.).
Консервация до 08.03.2015 г.

1.3.   АИ-9В зав. № 38709

Дата на производство – 17.08.1979 г.

Общ технически ресурс – 6000 отбора, 3600 запуска, 600 ч. (в генераторен режим).

Наработка от началото на експлоатация– 2363 запуска, 4534 отбора,78 ч. 22 м. (в ген. режим), 223 ч. 48 м. (пълно време)

Извършен последен КВР –2013 г. (ЗАО „Двигатели ВК-МС").

Междуремонтен ресурс – 600 запуска, 1000 отбора, 100 ч. (в ген. режим),170 ч. (обща наработка), каледарен срок на служба 6 години.

Консервиран на 31.05.2013 г.

     2. Данни за главния редуктор:

     ВР-14 зав. № Л 7308580

Дата на производство – 17.08.1987 г.

Общ технически ресурс – 3000 ч.

Наработка от началото на експлоатация – 1322 ч. 07 м.

Извършен 1-ви КВР –2012 г. (LOMPrahas.p.).

Междуремонтен ресурс – 1000 ч., 8 години.

Консервация до 10.09.2015 г.


23.01.2015 г.

Ghanem_00000241

Ghanem_Sentencing_00000804

# TECHNICAL CONDITION

of helicopter MI – 24D board number 00, factory/serial number 02

1.   Information about helicopter MI-24D/ factory number:

Operational since 1982;

Designated total technical resource 3000 hrs, 36 years

Total Time Since New (TTSN): 1503 hours, 16 m., 2528 landings.

Overhaul performed on 07/24/1996 (Military Repair Plant)

Time Since Overhaul (TSO):

- 1,000 hrs;
- **Service period between repairs** – 7 years
- Operating time after capital reconditioning – 303 hrs 16 m. and 675 landings

Date of last flight – 03/05/2000

1.   Information about the engines

1.1 TV3-117MT Series 3, factory No. – left

Date manufactured: 03/25/1989

Total technical resource: 4,500 hrs

TTSN: 1,899 hrs 04 m.

Second overhaul performed in 2012 (LOMPrahas.p.)

TSO: 1,500 hrs 10 years

Conservation until 03/22/2015

1.2. TV3-117MT factory No. – right

Date manufactured: 04/13/1988

Total technical resource: 4,500 hrs

TTSN: 1,907 hrs 09 m.

Second overhaul performed in 2012 (LOMPrahas.p.)

TSO: 1,500 hrs 10 years (until 03/05/2017)

Conservation until 03/08/2015

Date manufactured: 08/17/1979

Total technical resource: 6,000 maintenance, 3,600 take offs, 600 hrs (generator mode)

TTSN: 2,363 take offs, 4,534 maintenance, 78 hrs 22 m. (in generator mode), 223 hrs 48 m. (total time)

Latest overhaul performed in 2013 (Airport Equipment Plant "Engines VK-MS")

TSO: 600 take offs, 1,000 maintenance, 100 hrs (in generator mode), 170 hrs (general operation), calendar time of service 6 yeats.

Conservation until 05/31/2013

2.   Information about the Main Gearbox (Reducer)

VR-14 factory No. L7308580

Date manufactured: 08/17/1987

Total technical resource: 3,000 hrs

00084811

TTSN: 1,322 hrs 07 m.
First overhaul performed in 2012 (LOMPrahas.p.)
TSO: 1,000 hrs 8 years
Conservation until 09/10/2015

01/23/2015

00084811



Ghanem_00000241



Ghanem_00000241



CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.      GHANEM

PLAINTIFF'S EXHIBIT      708

DATE _____ IDEN.

DATE_____ EVID.

BY _____
            DEPUTY CLERK
AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
| Sent: | Sunday, April 5, 2015 12:06 AM |
| To: | Engkhalifa64@yahoo.com; mohamedissa70@yahoo.co.uk |
| Cc: | Fakroun <fakrun1@gmail.com>; Mohd <aldaboubim@gmail.com> |
| Subject: | second MI-24 |
| Attach: | МИ-24Д .3 фото.jpg; МИ-24Д.jpg; фото МИ-24Д после КВР.JPG |

الطائره الثانيه

**Rami Ghanem**

**Gateway to MENA. (GTM)**

Egypt Office
Complex 133, Building 7, Apartment 32
Al Rehab City, Cairo Egypt
Iternational #: +37282432246
Telephone# 00201127999552
Jordan Office

Tel: 962 6 5685624
Fax: 962 6 5685625
ramithe@gmail.com or rami@caravaname.com
US Telephone: 772 675 4363   Skype Address: caravaname

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of GME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

00084794.pdf

Ghanem_00000241



Ghanem_00000241

Ghanem_Sentencing_00000812





00084797

Ghanem_00000241

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   709

DATE _____ IDEN.

DATE_____ EVID.

BY _____
DEPUTY CLERK
AO 386

| From: | Tahsin Ammouri <tammouri@hotmail.com> |
| --- | --- |
| Sent: | Sunday, May 10, 2015 1:06 AM |
| To: | rami <ramithe@gmail.com> |
| Subject: | FW: MI-24 |
| Attach: | MI-24V NO SER.NUM.docx |

Dear Rami

This is the range of 6 helicopters of mi-24v// it is compatible to mi-35.

the asking price is 8,500,000 USD

we need EUC to Belarus , Slovenia & Russia, inspection is permitted after signing the contract

Regards

Tahsin Ammouri / President
Golden Wings Inc.

| № п./п. | Description | Part No. | Part No. | Q-ty of overhauls, date of last | Since New | Since last overhaul |
|---|---|---|---|---|---|---|
| | M и-24 v | | | | | |
| | Engine TV3-117V | | 21.03.1988 | 21.03.2008 | 1921 | 929 |
| | | | 15.12.1987 | 04.09.2002 | 1678 | 688 |
| | Engine TV3-117V | | 24.02.1987 | 03.09.2002 | 1595 | 630 |
| | APU AI-9B | | 16.10.1990 | 25.06.2004 | 833/1661/74 | 632/318/28 |
| | Main Gearbox VR-14 | | 31.08.1990 | 30.11.2000 | 1025 | 929 |

| № п./п. | Description | Part No. | Part No. | Q-ty of overhauls, date of last | Since New | Since last overhaul |
|---|---|---|---|---|---|---|
| | M и-24 v | | | | | |
| | | | 21.03.1988 | 31.12.2011 | 1591 | 677 |
| | Engine TV3-117V | | 11.12.1981 | 01.07.2004 | 1905 | 677 |
| | Engine TV3-117V | | 30.04.1985 | 01.07.2004 | 1707 | 677 |
| | APU AI-9B | | 24.09.1991 | 18.11.2009 | 1418/2856/200 | 105/210/2 |
| | Main Gearbox VR-14 | | 20.12.1989 | 26.07.2004 | 1160 | 303 |

| № п./п. | Description | Part No. | Part No. | Q-ty of overhauls, date of last | Since New | Since last overhaul |
|---|---|---|---|---|---|---|
| 1. | M и-24 v | | | | | |
| | | | 18.11.1985 | 31.10.2009 | 2228 | 382 |
| | Engine TV3-117V | | 28.04.1988 | 15.06.2005 | 924 | 381 |
| | Engine TV3-117V | | 17.06.1985 | 12.08.2004 | 1748 | 447 |
| | APU AI-9B | | 29.09.1984 | 19.12.2004 | 1726/3226/215 | 726/364/51 |
| | Main Gearbox VR-14 | | 01.08.1991 | 31.08.2005 | 1218 | 381 |

| № п./п. | Description | Part No. | Part No. | Q-ty of overhauls, date of last | Since New | Since last overhaul |
|---|---|---|---|---|---|---|
| | M и-24 v | | | | | |
| | | | 21.11.1985 | 24.11.2005 | 2204 | 965 |
| | Engine TV3-117V | | 05.11.1988 | 03.09.2002 | 1387 | 393 |
| | Engine TV3-117V | | 14.09.1988 | 03.09.2002 | 1687 | 393 |
| | APU AI-9B | | 30.03.1985 | 14.12.2000 | 1550/3116/168 | 46/19/2 |
| | Main Gearbox VR-14 | | 18.02.1987 | 11.12.2000 | 1226 | 442 |

Ghanem_00000241
00081377.pdf

Ghanem_00000241

| № п./п. | Description | Part No. | Part No. | Q-ty of overhauls, date of last | Since New | Since last overhaul |
|---|---|---|---|---|---|---|
| | М и-24 v | | | | | |
| | Engine TV3-117V | | 30.11.1987 | 30.11.2007 | 5037 | 385 |
| | | | 16.05.1985 | 15.06.2005 | 1039 | 137 |
| | Engine TV3-117V | | 15.05.1985 | 29.09.2006 | 1150 | 191 |
| | APU  AI-9B | | 22.02.1982 | 13.10.2004 | 3623/5379/345 | 2834/1354/122 |
| | Main Gearbox VR-14 | | 30.12.1987 | 31.08.2005 | 1051 | 137 |

| № п./п. | Description | Part No. | Part No. | Q-ty of overhauls, date of last | Since New | Since last overhaul |
|---|---|---|---|---|---|---|
| | М и-24 v | | | | | |
| | Engine TV3-117V | | 30.11.1987 | 29.11.2007 | 1247 | 409 |
| | | | 30.04.1985 | 11.07.2005 | 1212 | 28 |
| | Engine TV3-117V | | 26.03.1988 | 04.12.2004 | 814 | 180 |
| | APU  AI-9B | | 28.04.1980 | | 2973/6025/228 | 2476/1202/104 |
| | Main Gearbox VR-14 | | 26.02.1982 | 12.04.2000 | 1706 | 409 |

Ghanem_Sentencing_00000818

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   710

DATE _____IDEN.

DATE_____EVID.

BY _____
              DEPUTY CLERK
AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|---|---|
| Sent: | Monday, May 11, 2015 6:25 AM |
| To: | Jean-BernardLasnaud <jbl777@gmail.com> |
| Subject: | RE: Follow up and Mi 24 |

Dear Jean,

Thank you for your e-mail, I am sorry I could not understand your data sheet very well, it's not in English, can we maybe speak on Skype (caravaname) to discuss the Mi24 because we are looking for 2 helicopters ready to go for operation with full arms.

If you have then please send me the full technical offer and prices for the complete helicopter with the fully armed and photos if available.

Thanking you in advance.

Best Regards


*Rami Ghanem*

*Gateway to MENA. (GTM)*

Egypt Office
Complex 133, Building 7, Apartment 32
Al Rehab City, Cairo  Egypt
Iternational #: +37282432246
Telephone# 00201127999552
Jordan Office

Tel: 962 6 5685624
Fax: 962 6 5685625
**ramithe@gmail.com**  or  rami@caravaname.com
US Telephone: 772 675-4363    Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CIVE or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.


Life is short.. So love your life.. Be happy.. And Keep smiling.. and


Before you speak »Listen

Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

**From:** Jean-BernardLasnaud [mailto:jbl777@gmail.com]
**Sent:** Saturday, May 9, 2015 5:04 PM
**To:** 'Rami Ghanem'
**Subject:** Follow up and Mi 24

**Subject:** RE: Follow up and Mi 24

**Subject unsold**

МИ-24Д. 5 units. flyable. with resource.

$3.5M per unit.

See attached doc

Rgds

**The Hon. Jean-Bernard Lasnaud**

**General Equipment Co.**
**Fax: +33821463077**
**Email: jbl@generalequipment.info**

**Chat & Phone PC to PC free:**
**Skype: jb-lasnaud**
**MSN: jblexp@hotmail.com**
**Gmail: jbl777@gmail.com**
**BBM: 7AA1AFF7**

**Visit our website: www.generalequipment.info**

**From:** Rami Ghanem [mailto:ramithe@gmail.com]
**Sent:** Saturday, May 09, 2015 1:33 PM
**To:** jbl@generalequipment.info

**Subject:** Follow up and Mi 24

Dear Mr. Lasnaud,

It was very good talking to you and hoping to establish a new business with your
company, for now I am looking for 2 Mi 24 helicopters, please quote me your best offer
for the one ready for delivery, also I want to see if you can work with us we are doing
business in Egypt, Libya, Saudi Arabia, Iraq and some other African countries, we are
also looking for An-26 qty 2 aircrafts, we are looking for ammunitions too, please let me
know if you are able to work with us on such a business.

Hoping to hear from you soon.

Best regards

*Rami Ghanem*

*Gateway to Egypt. (GTE)*
**Complex 133, Building 7, Apartment 32**
**Al Rehab City, Cairo  Egypt**
**Telephone# 00201127999552**
**Iternational #: +37282432246**
<u>**Jordan Office**</u>
Tel: 962 6 5685624
Fax: 962 6 5685625
**ramithe@gmail.com** or  rami@caravaname.com
US Telephone: 772 675-4363    Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

Ghanem_00000241

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.      GHANEM

PLAINTIFF'S EXHIBIT      711

DATE _____ IDEN.

DATE_____ EVID.

BY _____
              DEPUTY CLERK
AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|---|---|
| Sent: | Wednesday, May 13, 2015 8:54 AM |
| To: | Engkhalifa64@yahoo.com |
| Subject: | two Mi 24 |
| Attach: | image (1).jpg; image (2).jpg; image (3).jpg; image.jpg; Ñ Ñ Ñ Ñ.ÑoÑ Ñ |

عرض طائرتين

Mi 24

الطائرات تحتاج الى دهان الا ( صبغ ) فقط جاهزين للعمل والتوصيل خلال 4 اسابيع
من تاريخ توقيع العقد ودفع المبلغ

الثمن واصل الى مصراته
لكل طائرة$ 7,850,000

مجهزة بكامله بالاسلحه

*Rami Ghanem*

**Gateway to MENA. (GTM)**

**Egypt Office**
   **Complex 133, Building 7, Apartment 32**
   **Al Rehab City, Cairo  Egypt**
   **International #: +37282432246**
   **Telephone# 00201127999552**
   Jordan Office

 Tel: 962 6 5685624
Fax: 962 6 5685625
**ramithe@gmail.com**  or  rami@caravaname.com
US Telephone: 772 675-4363    Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive

Before you hurt »Feel

Before you hate »Love

Before you quit »Try

Before you die »Live

That's Life...

Ghanem_Sentencing_00000825



Ghanem_00000241





Ghanem_00000241

Ghanem_Sentencing_00000828



00080998

Ghanem_00000241

**РЕСУРСНОЕ СОСТОЯНИЕ ВЕРТОЛЕТОВ МИ-24В (УЛАН-БАТОР).**

| Предложение, вариант | I | II |
|---|---|---|
| 1 | 2 | 3 |
| **Вертолет** | **Ми-24В** | **Ми-24В** |
| Бортовой номер | 01 | 02 |
| Зав. номер | 527743 | 527744 |
| Дата изготовления | 31.05.86 г. | 31.05.86 г. |
| Дата начала эксплуатации | 24.04.86 г. | 28.04.86 г. |
| Дата заверш. полета (запуска) | 11.12.00 г. | 05.10.00 г. |
| Наработка СНЭ | 421 ч 34 мин | 191 ч 10 мин |
| Посадок СНЭ | ~ 1200 посадок | ~ 500 посадок |
| **Общий ресурс** | **4000 ч 00 мин** | **4000 ч 00 мин** |
| **Остаток ресурса** | **3578 ч 26 мин** | **3808 ч 50 мин** |
| ПКР | - | - |
| **Назначенный** | **1000 ч 00 мин** | **1000 ч 00 мин** |
| **межремонтный** | **10 лет** | **10 лет** |
| **Двигатель левый** | **ТВ3-117В** | **ТВ3-117В** |
| Зав. номер | 7087854503523 | 7087851603025 |
| Дата изготовления | 28.12.85 г. | 21.01.86 г. |
| Дата начала эксплуатации | 24.04.86 г. | 28.04.86 г. |
| Наработка СНЭ | 421 ч 34 мин | 191 ч 10 мин |
| **Общий ресурс** | **4500 ч** | **4500 ч** |
| **Остаток ресурса** | **4078 ч 26 мин** | **4308 ч 50 мин** |
| ПКР | - | - |
| **Двигатель правый** | **ТВ3-117В (без формуляра)** | **ТВ3-117В** |
| Зав. номер | 7087854503514 | 7087854503304 |
| Дата изготовления | 28.12.85 г. (ориентир.) | 28.11.85 г. |
| Дата начала эксплуатации | 24.04.86 г. | 28.04.86 г. |
| Наработка СНЭ | 421 ч 34 мин | 191 ч 10 мин |
| **Общий ресурс** | **4500 ч** | **4500 ч** |
| **Остаток ресурса** | **4078 ч 26 мин** | **4308 ч 50 мин** |
| ПКР | - | - |
| **Главный редуктор ВР-24** | **ВР-24** | **ВР-24** |
| Зав. номер | Л 6102121 | Л 6103160 |
| Дата изготовления | 24.02.86 г. | 28.02.87 г. |
| Наработка СНЭ | 421 ч 34 мин | 191 ч 10 мин |
| **Общий ресурс** | **3000 ч** | **3000 ч** |
| **Остаток ресурса** | **2578 ч 26 мин** | **2808 ч 50 мин** |
| ПКР | - | - |
| **ВСУ** | **АИ-9В** | **АИ-9В** |
| Зав. номер | 2250921600017 | 2250921500502 |
| Дата изготовления | 20.01.86 г. | 10.03.86 г. |
| Наработка СНЭ полная | 421 ч 34 мин | 30 ч 56 мин |
| Наработка СНЭ в генераторном режиме | 28 ч 48 мин | 16 ч 02 мин |
| **Общий ресурс в генератоном режиме** | **600 ч** | **600 ч** |
| Число запусков СНЭ | 530 запусков | 317 запусков |
| **Общий ресурс на число запусков** | **3600 запусков** | **3600 запусков** |
| Число отборов СНЭ | 1040 отборов | 621 отбор |
| **Общий ресурс на число отборов** | **3600 запусков** | **3600 запусков** |
| ПКР | - | - |

Ghanem_00000241

| Втулка НВ | 24-1930-00 | 24-1930-00 |
|---|---|---|
| Зав. номер | 92024454346 | 92024161854 |
| Дата изготовления | 24.12.85 г. | 23.01.86 г. |
| Наработка СНЭ | 421 ч 34 мин | 191 ч 10 мин |
| Общий ресурс | 2000 ч 00 мин | 2000 ч 00 мин |
| Остаток ресурса | 1578 ч 26 мин | 1808 ч 50 мин |
| ПКР | - | - |
| Автомат перекоса | 24-1940-00 | 24-1940-00 |
| Зав. номер | Л 6103005 | Л 6103002 |
| Дата изготовления | 23.03.86 г. | 23.03.86 г. |
| Наработка СНЭ | 421 ч 34 мин | 191 ч 10 мин |
| Общий ресурс | 1750 ч 00 мин | 1750 ч 00 мин |
| Остаток ресурса | 1328 ч 26 мин | 1558 ч 50 мин |
| ПКР | - | - |
| Рулевой винт | 246-3904-00 сер. 01 | 246-3904-00 сер. 01 |
| Зав. номер | 8010159 | МХ-5010361 |
| Дата изготовления | 08.07.88 г. | 23.12.85 г. |
| Наработка СНЭ | нет двнных | 191 ч 10 мин |
| Общий ресурс | 2000 ч 00 мин | 2000 ч 00 мин |
| Остаток ресурса | нет двнных | 1808 ч 50 мин |
| ПКР | нет двнных | - |
| Промежуточный редуктор | 8А-1515-00 (нет паспорта) | 246-1515-00 |
| Зав. номер | Л 6101271 | Л 6101262 |
| Дата изготовления | 1986 г. (ориентир.) | 06.02.86 г. |
| Наработка СНЭ | 421 ч 34 мин | 191 ч 10 мин |
| Общий ресурс | 3000 ч 00 мин | 3000 ч 00 мин |
| Остаток ресурса | 2578 ч 26 мин | 2808 ч 50 мин |
| ПКР | - | - |
| Хвостовой редуктор | 246-1517-00 | 246-1517-00 |
| Зав. номер | Л 6102178 | Л 6102109 |
| Дата изготовления | 10.03.86 г. | 10.03.86 г. |
| Наработка СНЭ | 421 ч 34 мин | 191 ч 10 мин |
| Общий ресурс | 3000 ч 00 мин | 3000 ч 00 мин |
| Остаток ресурса | 2578 ч 26 мин | 2808 ч 50 мин |
| ПКР | - | - |
| Коробка приводов | 24-1512-00 | 24-1512-00 |
| Зав. номер | Л 6103001 | Л 6102073 |
| Дата изготовления | 10.03.86 г. | 10.03.86 г. |
| Наработка СНЭ | 421 ч 34 мин | 191 ч 10 мин |
| Общий ресурс | 3000 ч 00 мин | 3000 ч 00 мин |
| Остаток ресурса | 2578 ч 26 мин | 2808 ч 50 мин |
| ПКР | - | - |
| Хвостовой вал | 24-1526-00 | 24-1526-00 |
| Зав. номер | Л 6102016 | Л 6101088 |
| Дата изготовления | 24.02.86 г. | 31.01.86 г. |
| Наработка СНЭ | 421 ч 34 мин | 191 ч 10 мин |
| Общий ресурс | 3000 ч 00 мин | 3000 ч 00 мин |
| Остаток ресурса | 2578 ч 26 мин | 2808 ч 50 мин |
| ПКР | - | - |
| Карданный вал | 8А-6314-00 | 8А-6314-00 |

Ghanem_00000241

| | | |
|---|---|---|
| Зав. номер | 510731p | 510734p |
| Дата изготовления | 21.10.85 г. | 21.10.85 г. |
| Наработка СНЭ | 421 ч 34 мин | 191 ч 10 мин |
| **Общий ресурс** | **4000 ч 00 мин** | **4000 ч 00 мин** |
| **Остаток ресурса** | **3578 ч 26 мин** | **3808 ч 50 мин** |
| ПКР | - | - |
| **Вентилятор охлаждения** | **8А-6311-00** | **8А-6311-00** |
| Зав. номер | ОВ 41504031 | ОВ 11604023 |
| Дата изготовления | 31.10.85 г. | 04.02.86 г. |
| Наработка СНЭ | 421 ч 34 мин | 191 ч 10 мин |
| **Общий ресурс и срок службы** | **3000 ч / 30 лет** | **3000 ч / 30 лет** |
| **Остаток ресурса** | **2578 ч 26 мин** | **2808 ч 50 мин** |
| ПКР | - | - |
| **Комбинированный  агрегат управления** | **КАУ-115** | **КАУ-115** |
| Зав. номер | 821036340059 | 821036340092 |
| Дата изготовления | 29.03.86 г. | 29.03.86 г. |
| Наработка СНЭ | 421 ч 34 мин | 191 ч 10 мин |
| **Общий ресурс и срок службы** | **4000 ч / 30 лет** | **4000 ч / 30 лет** |
| **Остаток ресурса** | **3578 26 мин** | **3808 ч 50 мин** |
| ПКР | - | - |
| **Комбинированный  агрегат управления** | **КАУ-115** | **КАУ-115** |
| Зав. номер | 821036340103 | 821036340092 |
| Дата изготовления | 30.03.86 г. | 29.03.86 г. |
| Наработка СНЭ | 421 ч 34 мин | 191 ч 10 мин |
| **Общий ресурс и срок службы** | **4000 ч / 30 лет** | **4000 ч / 30 лет** |
| **Остаток ресурса** | **3578 26 мин** | **3808 ч 50 мин** |
| ПКР | - | - |
| **Комбинированный  агрегат управления** | **КАУ-115** | **КАУ-115** |
| Зав. номер | 821036340030 | 821036340025 |
| Дата изготовления | 29.03.86 г. | 22.03.86 г. |
| Наработка СНЭ | 421 ч 34 мин | 191 ч 10 мин |
| **Общий ресурс и срок службы** | **4000 ч / 30 лет** | **4000 ч / 30 лет** |
| **Остаток ресурса** | **3578 26 мин** | **3808 ч 50 мин** |
| ПКР | - | - |
| **Комбинированный  агрегат управления** | **КАУ-115** | **КАУ-115** |
| Зав. номер | 821036340097 | 821036340089 |
| Дата изготовления | 29.03.86 г. | 29.03.86 г. |
| Наработка СНЭ | 421 ч 34 мин | 191 ч 10 мин |
| **Общий ресурс** | **4000 ч / 30 лет** | **4000 ч / 30 лет** |
| **Остаток ресурса** | **3578 26 мин** | **3808 ч 50 мин** |
| ПКР | - | - |
| **Лопасти несущего винта** | **24-2700-00** | **24-2700-00** |
| Зав. номер | В 7125268604 | В 7125618604 |
| | В 7125278604 | В 7125628604 |
| | В 7125288604 | В 7125638604 |
| | В 7125298604 | В 7125648604 |
| | В 7125308604 | В 7125658604 |
| Дата изготовления | 01.04.86 г. | 09.04.86 г. |
| Наработка СНЭ | 421 ч 34 мин | 191 ч 10 мин |
| **Общий ресурс** | **1000 ч / 10 лет** | **1000 ч / 10 лет** |

Ghanem_00000241

Ghanem_Sentencing_00000832

| Остаток ресурса | 578 ч 26 мин | 808 ч 50 мин |
|---|---|---|
| ПКР | - | - |

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.      GHANEM

PLAINTIFF'S EXHIBIT      712

DATE                          IDEN.

DATE                          EVID.

BY
          DEPUTY CLERK
AO 386

| | |
|---|---|
| **From:** | Rami Ghanem <ramithe@gmail.com> |
| **Sent:** | Thursday, May 14, 2015 6:41 AM |
| **To:** | KKG <targama@onet.pl> |
| **Subject:** | RE: stock info |

## Karina, please see below my comments

**From:** KKG [mailto:targama@onet.pl]
**Sent:** Monday, May 11, 2015 10:08 PM
**To:** ramithe@gmail.com
**Subject:** stock info

Dear Rami,

Please find below the goods from the stock available. Once there is serious interest official offer will be presented.

tanks T-72M1 – 22szt. after main overhaul. <span style="color:red">Prices indication and I will offer it to my customers</span>

Mi-24W helicopters – 4 units. very good technical condition <span style="color:red">are they ready for delivery? What is the configuration on each Helicopter , what arms dose it carry, how long is the delivery time? Can you send me photo and technical specifications?</span>

engines to Mi 17 and 24 – 5 pcs <span style="color:red">prices please and are ready for use ( completely overhauled)</span>

best regards

karina

00080354

Ghanem-00072443

CASE NO. __CR 15-0704 (A)-SJO__

_____UNITED STATES OF AMERICA_____
VS. _____GHANEM_____

PLAINTIFF'S EXHIBIT _____713_____

DATE _____IDEN.

DATE_____EVID.

BY _____
                    DEPUTY CLERK

AO 386

Ghanem_Sentencing_00000836

| From: | Rami Ghanem <ramithe@gmail.com> |
|---|---|
| Sent: | Sunday, December 28, 2014 1:23 PM |
| To: | Mohd <aldaboubim@gmail.com> |
| Subject: | MiG 29 |
| Attach: | MiG 29 data.pdf; MiG Photo.pdf |

| № п/п | Планер модификация | Дата изготовления | Назначенный ресурс | | Наработка СНЭ | Кол-во посадок СНЭ | Кол-во ремонтов | Дата крайнего ремонта | Межремонтный ресурс | | Налёт ППР | Кол-во посадок ППР | Дата крайнего вылета | примечание |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | лет | Наработка кол-во Посадок, запусков | | | | | лет | Наработка кол-во Посадок | | | | |
| 1. | 9.13 2960721939 | 31.10.88 | 20 | 2500 час. | 268.06 час. | 465 | - | - | 9 | 800 час. | - | - | 04.02.98 | |
| 2. | 1-ый двигатель Тип 88п.2С сер.2 87088387047 | 12.08.88 | - | 800 час. | 304.34 час./ 707 запус. | - | - | - | 8 | 400ас./ 1200 зап. | - | - | 26.11.02 запуск | |
| 3. | 2-ой двигатель Тип 88п.2С сер.2 870884872070 | 22.11.88 | - | 800 час. | 272.42 час/ 613 зап. | - | - | - | 8 | 500ас./ 1500 зап. | - | - | 26.11.02 запуск | |
| 4. | Тип КСА-3 4200625808190 | 01.09.88 | 14 | 1000 час./ 3760 зап. | 303.50 час/ 787 зап. | - | - | - | 7 | 500 час./ 1880 зап. | - | - | 26.11.02 запуск | |
| 5. | Тип ГТД3 117 4203253808407 | 16.08.88 | 14 | 3500 зап. | 1343 зап. | - | - | - | 7 | До I-го рем. 2910 зап. Межрем. 590 зап. | - | - | 26.11.02 запуск | |

Ghanem_00000241

00092276_1

Ghanem_Sentencing_00000838

| № п/п | Планер модификация | Дата изготовления | Назначенный ресурс лет | Назначенный ресурс Наработка кол-во Посадок, запусков | Наработка СНЭ | Кол-во посадок СНЭ | Кол-во ремонтов | Дата крайнего ремонта | Межремонтный ресурс лет | Межремонтный ресурс Наработка кол-во Посадок | Налёт ППР | Кол-во посадок ППР | Дата крайнего вылета | примечание |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | 9.13 2960721937 | 31.10.88 | 20 | 2500 час. | 325.26 час. | 603 | - | - | 9 | 800 | - | - | 21.01.98 | |
| 2. | 1-ый двигатель Тип 88п.2С сер.2 87088272761140 | 02.07.87 | - | 600 час. | 321.44 час/ 817 запус. | - | 1 | 13.09.91 | 6 | 300час./ 900 зап. | 24.39 час./ 94 зап | - | 24.10.02 запуск | |
| 3. | 2-ой двигатель Тип 88п.2С сер.2 87088256 1056 | 05.85 | - | | 266.21час. | - | 1 | 21.06.91 | - | - | 25.30 час./ 92 зап | - | 24.10.02 запуск | Дубликата формуляра |
| 4. | Тип КСА-3 4200625708908 | 02.09.87 | - | 700 час./ 2632 зап. | 342.44 час/ 1150 зап. | - | - | - | 6 | До I-го рем 500 час./ 1880 зап. Межрем. 200 час. | - | - | 24.10.02 запуск | |
| 5. | Тип ГТД3 117 420325370 8419 | 27.08.87 | 14 | 3500 зап. | 1519 зап. | - | - | - | 7 | До I-го рем. 2910 зап. Межрем. 590 зап. | - | - | 24.10.02 запуск | |

| № п/п | Планер модификация | Дата изготовления | Назначенный ресурс | | Наработка СНЭ | Кол-во посадок СНЭ | Кол-во ремонтов | Дата крайнего ремонта | Межремонтный ресурс | | Налёт ППР | Кол-во посадок ППР | Дата крайнего вылета | примечание |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | лет | Наработка Посадок, запусков | | | | | лет | Наработка кол-во Посадок | | | | |
| 1. | 9.13 2960721514 | 31.10.88 | 20 | 2500 час. | 288.30 час. | 533 | - | - | 9 | 800 | - | - | 21.01.98 | |
| 2. | 1-ый двигатель Тип 88п.2С сер.2 87088377269 | 30.09.87 | - | 1000 час. | 281.29 час/ | - | 1 | 31.03.91 | 6 | До I-го рем 400час./ 1200 зап. Межрем. 350 час. 1050 зап. | 26.25 час. / | - | 19.11.02 запуск | |
| 3. | 2-ой двигатель Тип 88п.2С сер.1 87088277261062 | 29.05.87 | - | 600 час. | 326.35час/ 750зап. | - | 2 | 10.09.91 | - | 300 час/ 900 зап. | 26.35 час/ 114 зап. | - | 19.11.02 запуск | |
| 4. | Тип КСА-3 4200625807171 | 01.08.88 | 14 | 1000 час/ 3760 зап. | 315.44 час/ 829 зап. | - | - | - | 7 | До I-го рем 500 час./ 1880 зап. Межрем. 500 час. | - | - | 19.11.02 запуск | |
| 5. | Тип ГДЭ 117 420325380735 2 | 25.07.88 | 14 | 3500 зап. | 1418 зап. | | - | - | 7 | До I-го рем. 2910 зап. Межрем. 590 зап. | - | - | 19.11.02 запуск | |

Ghanem_00000241

00092276_3

| № п/п | Планер модификация | Дата изготовления | Назначенный ресурс — лет | Назначенный ресурс — Наработка кол-во Посадок, запусков | Наработка СНЭ | Кол-во посадок СНЭ | Кол-во ремонтов | Дата крайнего ремонта | Межремонтный ресурс — лет | Межремонтный ресурс — Наработка кол-во Посадок | Налёт ППР | Кол-во посадок ППР | Дата крайнего вылета | примечание |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | 9.13 2960721938 | 31.10.88 | 20 | 2500 час. | 333.06 час. | 605 | - | - | 9 | 800 | - | - | 14.01.98 | |
| 2. | 1-ый двигатель Тип 88л.2С сер.2 8708834872242 | 30.12.88 | 8 | 800 час. | 280.54 час/ 635 запус. | - | - | - | 8 | До I-го рем 500час./ 1500 зап. Межрем. 500 зап./ 1500 зап. | - | - | 27.11.02 запуск | |
| 3. | 2-ой двигатель Тип 88л.2С сер.1 8708819972065 | 16.02.89 | 8 | 800 час. | 171.24час/ 439зап. | - | 1 | 23.02.90 | - | До I-го рем 500час./ 1500 зап. Межрем. 500 час./ 1500 зап. | 142.32 час. | - | 27.11.02 запуск | |
| 4. | Тип КСА-3 420062571981 | 30.11.87 | 12 | 700 час./ 2632 зап. | 364.25 час/ 1098 зап. | - | - | - | 6 | До I-го рем 500 час/ 1880 зап. Межрем. 200 час. | - | - | 27.11.02 запуск | |
| 5. | Тип ГТДЭ 117 420325350823О | 02.09.85 | - | 3200 зап. | 1496 зап. | - | - | - | 7 | До I-го рем. 1600 зап. Межрем. 1600 зап. | - | - | 27.11.02 запуск | |

Ghanem_00000241

00092276_4

Ghanem_Sentencing_00000841

| № п/п | Планер модификация | Дата изготовления | Назначенный ресурс лет | Назначенный ресурс Наработка Посадок, запусков | Наработка СНЭ | Кол-во посадок СНЭ | Кол-во ремонтов | Дата крайнего ремонта | Межремонтный ресурс лет | Межремонтный ресурс Наработка кол-во Посадок | Налёт ППР | Кол-во посадок ППР | Дата крайнего вылета | примечание |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | 9.13 2960721943 | 31.10.88 | 20 | 2500 час. | 385.00 час. | 594 | - | - | 9 | 800 | - | - | 02.02.98 | |
| 2. | 1-ый двигатель Тип 88п.2С сер.2 87088 3461109 | 29.09.84 | - | | 407.00 час./ 903 зап. | - | 2 | 11.06.91 | 6 | До I-го рем 125час./ 375 зап. | 38.00 час. / 131 зап. | - | 05.11.02 запуск | |
| 3. | 2-ой двигатель Тип 88п.2С сер.1 87088 4461136 | 28.12.84 | - | | 242 час/ 694зап. | - | 2 | 22.02.91 | 6 | До I-го рем 100час./ 300 зап. | 12.00 час./ 64 зап. | - | 05.11.02 запуск | |
| 4. | Тип КСА-3 4200625604566 | 14.05.86 | - | 1000час./ 4160 зап. | 331 час/ 1136 зап. | - | - | - | 6 | Межрем. 500 час. | - | - | 05.11.02 запуск | |
| 5. | Тип ГДЭ 117 420352604120 | 21.04.86 | - | 100 час./ 3500 зап. | 1679 зап. | - | - | - | 7 | Межрем. 50 час./ 1750 зап. | - | - | 05.11.02 запуск | |

Ghanem_00000241

00092276_5

Ghanem_Sentencing_00000842

| № п/п | Планер модификация | Дата изготовления | Назначенный ресурс лет | Назначенный ресурс Наработка кол-во Посадок, запусков | Наработка СНЭ | Кол-во посадок СНЭ | Кол-во ремонтов | Дата крайнего ремонта | Межремонтный ресурс лет | Межремонтный ресурс Наработка кол-во Посадок | Налёт ППР | Кол-во посадок ППР | Дата крайнего вылета | примечание |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | 9.13 2960721933 | 31.10.88 | 20 | 2500 час. | 372.35 час. | 696 | - | - | 9 | 800 | - | - | 14.01.98 | |
| 2. | 1-ый двигатель Тип 88п.2С сер.2 87088477 2302 | 12.01.88 | - | 600 час. | 431.46 час/ 894 запус. | - | 1 | 05.06.91 | 8 | Межрем. 350 час./ 1050 зап. | 79.16 час./ 231 зап. | - | 14.11.02 запуск | |
| 3. | 2-ой двигатель Тип 88п.2С сер.1 87088355 61051 | 29.08.85 | - | 400 час. | 358.41час/ 406зап. | - | 3 | 30.05.91 | - | Межрем. 200 час./ 600 зап.. | 38.41 час./ 99 зап. | - | 14.11.02 запуск | |
| 4. | Тип КСА-3 4200625807187 | 19.08.88 | 14 | 1000 час./ | 413.19 час/ 1054 зап. | - | - | - | 7 | Межрем. 500 час. | - | - | 14.11.02 запуск | |
| 5. | Тип ГДЭ 117 420325380 7385 | 31.07.88 | 14 | 3500 зап. | 1792 зап. | - | - | - | 7 | Межрем. 590 зап. | - | - | 14.11.02 запуск | |

Ghanem_00000241

00092276_6

Ghanem_Sentencing_00000843

# TECHNICAL CERTIFICATE
## AIRCRAFT МиГ-29 (Type 9.13) from September 2009

### 1. Information about the aircraft:

| | | |
|---|---|---|
| 1 | Type of aircraft | МиГ-29 |
| 2 | Factory No | 2960721514 |
| 3 | Registration No | 07 |
| 4 | Date of manufacture | 31.10.1988 |
| 5 | Technical resource (hours/years) | 2500 hours |
| 6 | Total Time Since New | 288-30 |
| 7 | Undergone no overhaul | - |
| 9 | Last technical service (24 $^2/_1$ months) | December 2007 |

### 2. Information about the engine, APU and the gearbox:

| | Type of engine | RD-33 2S series 1 | GTDE - 117 | KSA -3 |
|---|---|---|---|---|
| 1 | | | | |
| 2 | Factory No | 1. 8708837722269<br>2. 8708827761092 | 4203253807354 | 4200625807171 |
| 3 | Total Time Since New | 1. 281-29<br>2. 326-35 | 1424 startings<br>1190 consecutive startings of the engine | 315-44<br>829 startings |
| 4 | Total Time from the last overhaul | 1. 26-25<br>2. 26-35 | - | - |

## TECHNICAL CERTIFICATE
## AIRCRAFT МиГ-29 (Type 9,13) from September 2009

1. **Information about the aircraft:**

| | | |
|---|---|---|
| 1 | Type of aircraft | MiG-29 |
| 2 | Factory No | 2960721938 |
| 3 | Registration No | 44 |
| 4 | Date of manufacture | 31.10.1988 |
| 5 | Technical resource (hours) | 2500 hours |
| 6 | Total Time Since New | 333-06 |
| 8 | Undergone no overhaul | - |
| 9 | Last technical service (24$^{+2}$/₋₁ months) | December 2007 |

2. **Information about the engine, APU and the gearbox:**

| | Type of engine | RD-33 2S series 1 | GTDE - 117 | KSA -3 |
|---|---|---|---|---|
| 1 | | | | |
| 2 | Factory No | 1. 870884872242<br>2. 870881972065 | 420325508230 | 4200625711981 |
| 3 | Total Time Since New | 1. 280-54<br>2. 171-24 | 1496 startings<br>787 consecutive startings of the engine | 365hs |
| 4 | Total Time from the last overhaul | 1. -<br>2. 142 -32 | 1420 startings<br>791 consecutive startings of the engine | - |

Ghanem_00000241

**TECHNICAL CERTIFICATE**
**AIRCRAFT МиГ-29 (Type 9,13) from September 2009**

1. Information about the aircraft:

| | | |
|---|---|---|
| 1 | Type of aircraft | MiG-29 |
| 2 | Factory No | 2960721943 |
| 3 | Registration No | 47 |
| 4 | Date of manufacture | 31.10.1988 |
| 5 | Technical resource (hours/years) | 2500 hours |
| 6 | Total Time Since New | 325-08 |
| 7 | Undergone no overhaul | - |
| 9 | Last technical service ($24^{/2}/_1$ months) | December 2007 |

2. Information about the engine, APU and the gearbox:

| | Type of engine | RD-33 2S series 1 | GTDE - 117 | KSA-3 |
|---|---|---|---|---|
| 1 | | | | |
| 2 | Factory No | 1. 87088346 1109 <br> 2. 87088446 1136 | 4203252604120 | 4200625604566 |
| 3 | Total Time Since New | 1. 407-02 <br> 2. 242-32 | 1679 startings <br> 1088 consecutive <br> startings of the <br> engine | 331-30hs <br> 1136 startings |
| 4 | Total Time from the last overhaul | 1. 38-30 <br> 2. 12-24 | - | - |

00092276_9

Ghanem_00000241

Ghanem_Sentencing_00000846

# TECHNICAL CERTIFICATE
## AIRCRAFT МиГ-29 (Type 9.13) from September 2009

### 1. Information about the aircraft:

| | | |
|---|---|---|
| 1 | Type of aircraft | MiG-29 |
| 2 | Factory No | 2960721939 |
| 3 | Registration No | 45 |
| 4 | Date of manufacture | 31.10.1988 |
| 5 | Technical resource (hours/years) | 2500 hours |
| 6 | Total Time Since New | 268-06 |
| 8 | Undergone no overhaul | - |
| 9 | Last technical service (24*²/₋₁ months) | December 2007 |

### 2. Information about the engine, APU and the gearbox:

| | Type of engine | RD-33 2C series 1 | GTDE -117 | KCA -3 |
|---|---|---|---|---|
| 2 | Factory No | 1. 87088.3872047 <br> 2. 87088.4872070 | 42032.53808407 | 42006.25808190 |
| 3 | Total Time Since New | 1. 304-54 <br> 2. 272-42 | 1343 startings <br> 1104 consecutive <br> startings of the engine | 303-50hs / 787 startings |
| 4 | Total Time from the last overhaul | 1. - <br> 2. - | - | - |

## TECHNICAL CERTIFICATE
### AIRCRAFT МиГ-29 (Type 9.13) from September 2009

1. **Information about the aircraft:**

| | | |
|---|---|---|
| 1 | Type of aircraft | MiG-29 |
| 2 | Factory No | 2960721937 |
| 3 | Registration No | 43 |
| 4 | Date of manufacture | 31.10.1988 |
| 5 | Technical resource (hours/years) | 2500 hours |
| 6 | Total Time Since New | 326-26 |
| 8 | Undergone no overhaul | - |
| 9 | Last technical service (24*²/₋₁ months) | December 2007 |

2. **Information about the engine, APU and the gearbox:**

| | | RD-33 2S series 1 | GTDE -117 | KSA -3 |
|---|---|---|---|---|
| 1 | Type of engine | | | |
| 2 | Factory No | 1. 8708827611-40<br>2. 8708825610-56 | 4203253708419 | 4200625708908 |
| 3 | Total Time Since New | 1. 321<br>2. 266-21 | 1519 startings<br>754 consecutive startings of the engine | 342-44hs / 1150 startings |
| 4 | Time from the last overhaul | 1. 24-39<br>2. 25-30 | - | - |

00092276_11

Ghanem_00000241

Ghanem_Sentencing_00000848

## TECHNICAL CERTIFICATE
### AIRCRAFT МиГ-29 (Type 9,13) from September 2009

**1. Information about the aircraft:**

| 1 | Type of aircraft | MiG-29 |
|---|---|---|
| 2 | Factory No | 2960721933 |
| 3 | Registration No | 42 |
| 4 | Date of manufacture | 31.10.1988 |
| 5 | Technical resource (hours/years) | 2500 hours |
| 6 | Total Time Since New | 372-35 |
| 7 | Undergone no overhaul | - |
| 9 | Last technical service (24$^{(2)}$/$_{-1}$ months) | December 2007 |

**2. Information about the engine, APU and the gearbox:**

| 1 | Type of engine | RD-33 2S series 1 | GTDE - 117 | KSA -3 |
|---|---|---|---|---|
| 2 | Factory No | 1. 870884772302<br>2. 870883561051 | 4203253807385 | 4200625807187 |
| 3 | Total Time Since New | 1. 431-46<br>2.  - | 1792 startings<br>1521 consecutive<br>startings of the<br>engine | 413-19<br>1054 startings |
| 4 | Total Time from the last overhaul | 1. 79-16<br>2.  - |  - | - |

Ghanem_00000241

Ghanem_Sentencing_00000849

| # | AMOD | DMAN | SIL | | TSN | LSN | OH | LOH | TBO | | TSLR H | LSLR | DLF | Comments |
| | | | Y | H/Lan /St | | | | | Y | H/Lan/St | | | | |
|---|------|------|----|-----|-----|-----|-----|-----|----|----------|--------|------|-----|----------|
| 1 | 9.13 2960721939 | 10/31/88 | 20 | 2,500 h | 268.06 h | 465 | - | - | 9 | 800 h | - | - | 02/04/98 | |
| 2 | 1st engine type 88p.25 Series 2 870838872047 | 08/12/88 | - | 800 h | 304.34 h / 707 st. | - | - | - | 8 | 400 h / 1,200 st. | - | - | 11/26/02 start | |
| 3 | 2nd engine type 88 p.25 Series 2 870848872070 | 11/22/88 | - | 800 h | 272.42 h/613 st. | - | - | - | 8 | 500 h / 1,500 st. | - | - | 11/26/02 start | |
| 4 | Type KSA-3 4200625808190 | 09/01/88 | 14 | 1,000 h/ 3,760 st. | 303.50 h/787 st. | - | - | - | 7 | 500 h/ 1,880 st. | - | - | 11/26/02 start | |
| 5 | Type GTDE* 117 4203253808407 | 08/16/88 | 14 | 3,500 st. | 1,343 st. | - | - | - | 7 | 2,910 st. BFO 590 st. BO | - | - | 11/26/02 start | |

*Gas Turbine Engine-Power Generation Unit

Ghanem_00000241-01

00092276 - Translation

| # | AMOD | DMAN | SLL | | TSN | LSN | OH | LOH | TBO | | TSLR | LSLR | DLF | Comments |
|---|------|------|-----|-----|-----|-----|----|----|-----|-----|------|------|-----|----------|
| | | | Y | H/Lan/St | | | | | Y | H/Lan/St | H | | | |
| 1 | 9.13 2960721937 | 10/31/88 | 20 | 2,500 h | 326.26 h | 603 | - | - | 9 | 800 | - | - | 01/21/98 | |
| 2 | 1st engine type 88p.2S Series 2 87088276 1140 | 07/02/87 | - | 600 h | 321.44h/817 st | - | 1 | 09/13/91 | 6 | 300 h/900 st | 24.39 h/94 st. | - | 10/24/02 Start | |
| 3 | 2nd engine type 88 p.2S Series 2 87088256 1056 | 05/85 | - | - | 266.21 h | - | 1 | 06/21/91 | - | - | 25.30 h/92 st. | - | 10/24/02 Start | Form duplicate |
| 4 | Type KSA-3 420062570 8908 | 09/02/87 | - | 700 h/2,632 st. | 342.44h/1,150 st. | - | - | - | 6 | 500 h/1,880 st BFO 200 h BO | - | - | 10/24/02 Start | |
| 5 | Type GTDE* 117 420323370 8419 | 08/27/87 | 14 | 3,500 st. | 1,519 st | - | - | - | 7 | 2,910 st. BFO 590 st BO | - | - | 10/24/02 Start | |

Ghanem_00000241-02

00092276 - Translation

Ghanem_00000241-03

| # | AMOD | DMAN | SIL | | TSN | LSN | OH | LOH | TBO | | TSLR H | LSLR | DLF | Comments |
|---|------|------|-----|---|-----|-----|----|-----|-----|---|--------|------|-----|----------|
| | | | Y | H/Lan /St | | | | | Y | H/Lan/St | | | | |
| 1 | 9.13 2960721514 | 10/31/88 | 20 | 2,500h | 288.30h | 533 | - | - | 9 | 800 | - | - | 01/21/98 | |
| 2 | 1st engine type 88p.25 Series 2 870883772269 | 09/30/87 | - | 1,000h | 281.29h | - | 1 | 03/31/91 | 6 | 400h/1,200st BFO 350h/1,050 st BO | 26.25 h | - | 11/19/02 start | |
| 3 | 2nd engine type 88 p.25 Series 1 870882761062 | 05/29/87 | - | 600 h | 326.35h/ 750 st | - | 2 | 09/10/91 | - | 300h/900st | 26.35 h/ 114 st. | - | 11/19/02 Start | |
| 4 | Type KSA-3 4206625807171 | 08/01/88 | 14 | 1,000h/ 3,760 st | 315.44h/ 829 st | - | - | - | 7 | 500h/1,880 st BFO 500h BO | - | - | 11/19/02 Start | |
| 5 | Type GTDE* 117 4203253807352 | 07/25/88 | 14 | 3,500 st | 1,418 st | - | - | - | 7 | 2,910st BFO 590 st. BO | - | - | 11/19/02 start | |

00092276 - Translation

Ghanem_00000241-04

| # | AMOD | DMAN | SLL | | TSN | LSN | OH | LOH | TBO | | TSLR H | LSLR | DLF | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Y | H/Lan /St | | | | | Y | H/Lan/St | | | | |
| 1 | 9.13 2960721938 | 10/31/88 | 20 | 2,500h | 333.06h | 605 | - | - | 9 | 800 | - | - | 01/14/98 | |
| 2 | 1st engine type 88p.25 Series 2 87088348 72242 | 12/30/88 | 8 | 800h | 280.54h/ 635 st. | - | - | - | 8 | 500h/1,500st BFO 500h/1,500st BO | - | - | 11/27/02 start | |
| 3 | 2nd engine type 88 p.25 Series 1 87088197 2065 | 02/16/89 | 8 | 800h | 171.24h/ 439 st. | - | 1 | 02/23/90 | - | 500h/1,500st BFO 500h/1,500st BO | 142.32 h | - | 11/27/02 start | |
| 4 | Type KSA-3 42006257 11981 | 11/30/87 | 12 | 700h/ 2,632 st | 364.25h/ 1,098 st. | - | - | - | 6 | 500h/1,880st BFO 200h BO | - | - | 11/27/02 start | |
| 5 | Type GTDE* 117 42032535 08230 | 09/02/85 | - | 3,200 st | 1,496 st | - | - | - | 7 | 1,600st BFO 1,600st BO | - | - | 11/27/02 start | |

00092276 - Translation

Ghanem_Sentencing_00000853

| # | AMOD | DMAN | SLL | | TSN | LSN | OH | LOH | TBO | | TSLRH | LSLR | DLF | Comments |
|---|------|------|-----|--|-----|-----|----|----|-----|--|-------|------|-----|----------|
| | | | Y | H/Lan/St | | | | | Y | H/Lan/St | | | | |
| 1 | 9.13 2960721943 | 10/31/88 | 20 | 2,500h | 385 h | 594 | - | - | 9 | 800 | - | - | 02/02/98 | |
| 2 | 1st engine type 88p.25 Series 2 87088346109 | 09/29/84 | - | - | 407h/903 st | - | 2 | 06/11/91 | 6 | 125h/375st BFO | 38h/131st | - | 11/05/02 start | |
| 3 | 2nd engine type 88 p.25 Series 1 87088446136 | 12/28/84 | - | - | 242h/694 st | - | 2 | 02/22/91 | 6 | 100h/300st BFO | 12h/64st | - | 11/05/02 Start | |
| 4 | Type KSA-3 4200625604566 | 05/14/86 | - | 1,000h/4,160st | 331 h/1,136 st | - | - | - | 6 | 500h BO | - | - | 11/05/02 Start | |
| 5 | Type GTDE* 117 4203252604120 | 04/21/86 | - | 100h/3,500st. | 1,679 st | - | - | - | 7 | 50h/1,750st BO | - | - | 11/05/02 start | |

Ghanem_00000241-05

00092276 - Translation

Ghanem_00000241-06

| # | AMOD | DMAN | SLL Y | SLL H/Lan/St | TSN | LSN | OH | LOH | TBO Y | TBO H/Lan/St | TSLRH | LSLR | DLF | Comments |
|---|------|------|-------|--------------|-----|-----|----|-----|-------|--------------|-------|------|-----|----------|
| 1 | 9.13 2960721933 | 10/31/88 | 20 | 2,500 h | 372.35h | 696 | - | - | 9 | 800 | - | - | 01/14/98 | |
| 2 | 1st engine type 88p.2S Series 2 870884772302 | 01/12/88 | - | 600 h | 431.46h/894 st | - | 1 | 06/05/91 | 8 | 350h/1,050st BO | 79.16h/231st | - | 11/14/02 start | |
| 3 | 2nd engine type 88 p.2S Series 1 870883561051 | 08/29/85 | - | 400 h | 358.41 h/406st | - | 3 | 05/30/91 | - | 200h/600st BO | 38.41h/99st | - | 11/14/02 Start | |
| 4 | Type KSA-3 4200625807187 | 08/19/88 | 14 | 1,000 h | 413.19h/1,054st | - | - | - | 7 | 500h BO | - | - | 11/14/02 Start | |
| 5 | Type GTDE* 117 4203253807385 | 07/31/88 | 14 | 3,500st | 1,792st | - | - | - | 7 | 590st BO | - | - | 11/14/02 start | |

**List of Acronyms Used:**

| | |
|---|---|
| AMOD | Aicraft Modification |
| DMAN | Date Manufactured |
| SLL | Service Life Limit |
| Y | years |
| H/h | hours |
| LAN/lan | landings |
| St/st | starts |
| TSN | Time Since New |
| LSN | Landings Since New |
| OH | Overhauls |
| LOH | Last Overhaul |
| TBO | Time between Overhauls |
| TSLR | Time since Last Repair |
| LSLR | Landings since Last Repair |
| DLF | Date of Last Flight |
| BFO | Before the First Overhaul |
| BO | Between Overhauls |

The rest of the file is in English

00092276 - Translation



00092288

Ghanem_00000241-0001





Ghanem_00000241-0003



Ghanem_00000241-0004

Ghanem_Sentencing_00000859



00092288

Ghanem_00000241-0005



Ghanem_00000241-0006



00092288

Ghanem_00000241-0007



Ghanem_00000241-0008







Ghanem_00000241-0011



Ghanem_00000241-0012





Ghanem_00000241-0014



Ghanem_00000241-0015



00092288

Ghanem_00000241-0016







00092288

Ghanem_00000241-0019



00092288                                           Ghanem_00000241-0020



00092288

Ghanem_00000241-0021



Ghanem_00000241-0022



00092288

Ghanem_00000241-0023



Ghanem_00000241-0024

CASE NO.   CR 15-0704 (A)-SJO


UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT      714

DATE                               IDEN.

DATE                               EVID.

BY
DEPUTY CLERK
AO 386

| | |
|---|---|
| **From:** | sora sora <sora1000.sora1000@gmail.com> |
| **Sent:** | Wednesday, December 31, 2014 10:58 AM |
| **To:** | Rami Ghanem <ramithe@gmail.com> |
| **Subject:** | schedule acquisition of aircraft as I promissed |

Schedule acquisition of aircraft:
- 5-7 January 2015 will be announced and published information about the auction for the sale of aircrafts MIG - 29
- 7-10 January 2015 we get a list of all documents for  participation in the auction
- 15-18 January 2015 we must apply to participate in the auction and show our payment for participation in the auction of 3-5 thousand dollars USA and pay the official advance of 10% of the initial value of the lot
- 25-29 January 2015 will be organized the auction with bids for the sale of aircrafts
- after we win the auction in 3 days we will sign the contract
- after we will sign the contract we need to pay full official price 9.1 mln USD and 1/3 of amount from unofficial price (2 mln USD)
- in 7 days after signing the contract we can take first two aircrafts MIG - 29 and after 7-10 days we can take another 2 and after 7 days more we can close deal and to take the last 2 aircrafts.

Dear brother as we talked reparation will be paid separate in unofficial mode to repare all the aircrafts before the auction. The price for all 6 aircrafts reparation will be from 6 to 8 hundred thousands USD.
THE OFFICIAL END PRICE WILL BE 8,7 - 9,1 mln. USD. THE UNNOFICIAL ADDITIONAL PRICE WILL BE = 6 mln. USD. THE PRICE OF REPARATION WILL BE 6-8 hundred thousand USD.

BEST REGARDS
SERGEI

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA

VS.   GHANEM

PLAINTIFF'S EXHIBIT   715

DATE _____ IDEN.

DATE_____ EVID.

BY _____
           DEPUTY CLERK

AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|---|---|
| Sent: | Saturday, October 25, 2014 8:02 AM |
| To: | Dr Wael Suleiman <wmsuleiman@gmail.com>; Rami N Ghanem <rami@allghanem.com> |
| Subject: | MI-24 |

Dear Dr. Wael,

We need fully operational crew day/ night for mi24/35 total of 3 helicopters  also we need one technician airframe and one power train and firing system technician for the same platform .

Thanks & Regards

RG

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   716

DATE _____ IDEN.

DATE_____ EVID.

BY _____
        DEPUTY CLERK
AO 386

| From: | D. CORREA, M.SC. \(STRATEGIC ADVISOR\) <templar@orbenovo.net> |
|---|---|
| Sent: | Thursday, November 6, 2014 5:52 PM |
| To: | ops@mecernaries.eu |
| Subject: | Air Crew |
| Attach: | Air Crew.pdf |



Dear Sirs,

Please let us know of status of data we have discussed
If you have any further questions or you will need to immediately get in touch with me, please call me at direct number from Washington D.C. 1 (202) 407-9900, or by one of the methods listed below.

With all due respect to you

**D. Correa, M.Sc.**

**Knights Templar Commander**
Sovereign Military Order of the Temple of Jerusalem

Mobiles:
**U.S. 1 (202) 817-8000**
UK +44 79 0319 6000
Skype: OrbeNovo

*Si Vis Pacem, Para Bellum*

**Mi17 - Flight Crew**
Pilot and Co-Pilot
$2,000 x 2 = $4,000

Flight Engineer
$1,000 x 1=$1,000

$5,000 per helicopter x 2 = $10,000 per day

x 30 days = $300,000 per month

**12 month base salary $3,600,000.00**

KnR Insurance = $1,900 per person per day x 30 = $171,000 per month
Life Insurance = $50,000 per month x 3 = $150,000 per month
Medical Insurance = $1,100 per day per person x 30 = $99,000 per month
Medivac Insurance = $300 per day per person x 30 = $90,000 per month

12 month insurance costs $510,000 per month

**12 month cost $4,110,000.00**

Hazardous Duty Pay 25% = $1,027,500.00

Daily per diem $150 x 3 = $450 x 30 = $13,500 per month
$162,500

Housing and Security $33,000 per month
$396,000

Airline Flights $2,000 x 3 = $6,000
$36,000

**Total $5,732,000**

Project Management $1,146,400

**12 Month Grand Total $6,878,400**

Monthly Cost $573,200

Ghanem_00000241
Ghanem_Sentencing_00000886

**Mi24 - Flight Crew**
Pilot and Co-Pilot
$3,000 x 2 = $6,000

Flight Engineer
$1,000 x 1=$1,000

Weapons Systems Engineer
$1,000 x 1=$1,000

$8,000 per Helicopter x 2 = $16,000 per day

x 30 Days = $480,000 per month
**12 month base contract $5,760,000.00**

KnR Insurance = $1,900 per person per day x 30 = $171,000 per month
Life Insurance = $50,000 per month x 3 = $150,000 per month
Medical Insurance = $1,100 per day per person x 30 = $99,000 per month
Medivac Insurance = $300 per day per person x 30 = $90,000 per month

12 month insurance costs $510,000 per month

**12 month cost $6,270,000.00**

Hazardous Duty Pay 25% = $1,567,500.00

Daily per diem $150 x 3 = $450 x 30 = $13,500 per month
$162,500

Housing and Security $33,000 per month
$396,000

Airline Flights $2,000 x 3 = $6,000
$36,000

**Total $8,432,000**

Project Management $1,686,400

**12 Month Grand Total $10,118,400**

Monthly Cost $843,200

Ghanem_00000241

**GSE**

1 Engineer

2 Mechanics

2 Technicians

1 Weapons Engineer


$1,000 x 6 = $6,000

x 30 Days = $180,000 per month
**12 month base contract $2,160,000.00**

KnR Insurance = $1,900 per person per day x 30 = $342,000 per month
Life Insurance = $50,000 per month x 6 = $300,000 per month
Medical Insurance = $1,100 per day per person x 30 = $198,000 per month
Medivac Insurance = $300 per day per person x 30 = $54,000 per month

12 month insurance costs $894,000 per month

**12 month cost $3,540,000.00**


Hazardous Duty Pay 25% = $885,000.00


Daily per diem $150 x 6 = $900 x 30 = $27,000 per month
$162,500

Housing and Security $33,000 per month
$396,000

Airline Flights $2,000 x 6 = $12,000
$72,000


**Total $5,055,500**


Project Management $1,011,100


**12 Month Grand Total $6,066,600**

Monthly Cost $505,550

Ghanem_00000241

**Helicopter Pilot Cost**

12 Month Total $16,996,800

Monthly Cost $1,416,400

**Helicopter Pilot Cost**

12 Month Total $6,066,600

Monthly Cost $505,550

**Grand Total Cost $23,063,400**

Monthly Cost $1,921,950

$5,765,850 Deposit (3 months)

Ghanem_00000241

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.     GHANEM

PLAINTIFF'S EXHIBIT     717

DATE _____ IDEN.

DATE_____ EVID.

BY _____
          DEPUTY CLERK
AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|---|---|
| Sent: | Friday, November 7, 2014 4:47 PM |
| To: | philippou@noricum.com.cy |
| Cc: | tomer@tarideal.com |
| Subject: | Libya & Egypt |

Nicolas & Tomer

I hope you are well, as an extra work for you I am looking for the following:

# Libya
## We need fully operational crew for the following:
## MI 24 ( 2 aircraft) Urgent
## MI 24 technicians ( power train , airframe, armament sys ) Urgent
## Later
Flight crew for MI 17 ( 2 aircraft)
 Flight crew and technicians for one MIG 21and one MIG 23
Flight crew and technicians for one IL 76
## All should be one year contract

_

_

_

# Egypt

_

**For Egypt:  please add in your offer 25% extra,  for our company will be 10% and the remaining 15% for the final negotiation with the customer.**

**QTY you can offer only from Stock:**

RBJ-7
*107mm launchers*
*BM21 launcher and ammo*
*Mortars 81 82 60 120*
*14.5mm twin gun with ammo*
*Ammo 7.62x51*
*Ammo 7.62x54*
*23mm twin gun*
*Any small arms from stock and the earliest delivery*

Offer for Egypt please make it is address to the following:
Egyptian Armed Forces
Cairo – Egypt

I need your quick response please

Thanks & Regards

*Rami Ghanem*

*Gateway to Egypt. (GTE)*
Complex 122, Building 16, Apartment 42
Al Rehab City, Cairo  Egypt

Ghanem_00000241

**Telephone# 00201127999552**
**Jordan Office**

Tel: 962 6 5685624
Fax: 962 6 5685625
**ramithe@gmail.com**  or  rami@caravaname.com
US Telephone: 772 675-4363     Skype **Address: caravaname**

The information contained in th s message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee. this message will self destruct so
notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarly represent those of CME or
of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

Ghanem_00000241

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA

VS.   GHANEM

PLAINTIFF'S EXHIBIT   718

DATE _____IDEN.

DATE_____EVID.

BY _____
        DEPUTY CLERK

AO 386

| | |
|---|---|
| **From:** | Rami Ghanem S4 <ramithe@gmail.com> |
| **Sent:** | Saturday, November 8, 2014 8:39 AM |
| **To:** | Mohd <aldaboubim@gmail.com> |
| **Subject:** | Emailing Air Crew Final.pdf |
| **Attach:** | Air Crew Final.pdf |

Sent from Samsung Mobile.