TECHNICAL SERVICES CONTRACT

On this 04 May 2015, between

1. Gateway to Mena for logistic services, registered 200138167, with registered office at 43 Abdul Hamid Sharaf St. P.O. Box 950601 Amman 11195 Jordan, hereinafter referred to as "Mandator" as one of the parties,
and
2. Tulcan Pozo Jose Miguel, born on 13.10.1961, having passport A 5501106 issued by ECU, with permanent address at Ecuador, Guayaquil str. Sauces 5, MZ 240, Villa 6, hereinafter referred to as "Contractor" as the other party,

1.      The Mandator requires from the Contractor the services of Mechanical Technician, Electrical Technician, Radio electrician Technician Cabling     (Grid connection) Technician for installation, maintenance and repair of new renewable (wind) power station (the "Services").

2.      The Contractor, acting as independent contractor, undertakes the provision of the services under the conditions of this agreement.

3.      The place of the Services is Middle East & North Africa.

4.      The contract is valid for 90 days period with posible extencion for another 90 days Starting date of the Services is the date of Contractor`s arrival at 10.05.2015

5.      The Contractor undertakes to execute any and all of his obligations under this agreement with due diligence, at the highest professional level, with skill and to the best of his ability, while maintaining a high professional standard, all subject and in accordance with the Mandator´s needs, instructions and supervision.
        While delivering the Services, the Contractor shall be fully under the operational control and shall strictly follow the instructions of an appointed Supervisor of the Mandator who will be solely responsible for their supervision, daily direction and control.
        Services shall be delivered on 24/7 basis.

6.      The Mandator undertakes to provide the Contractor with all the materials, consumables, etc., concerning the provision of the Services, as well as any information, required by the Contractor, necessary for the proper performance of his duties.
        The Mandator undertakes to position the Contractor for execution of the Services in operational and equipped maintenance warehouses in a zone free from hostile activities.
        The Mandator undertakes to provide the Contractor:
        −  with full hospitality of minimum 3 star accommodation on room and board basis;
        −  life insurance;
        −  health insurance;
        Insurances could be dealt by the Contractor and expenses reimbursed by the Mandator, based on preliminary approval of the insurance policy and cost.

7.      Remuneration of the Contractor for due delivery of his Services is agreed to be 10 000 $ monthly.
        As a guarantee for the due performance of this agreement a 15% deposit is to be withhold from each payment by the Mandator and shall be payed upon the Contractor`s obligations fulfillment and termination of this agreement.
        Payment of the remuneration is monthly, between the 1st and the 5th of each month

1

Ghanem-00072443

Ghanem_Sentencing_00000982

in cash against receipt or by wire transfer to the following bank account: Banco PICHINCHA, acc.N 5724330400 code AHORROS

Each party shall be responsible for its own taxes, social security payments and/or banking charges, etc., in relation to this agreement.

8.    The Contractor fully indemnifies the Mandator for any and all damages to health, life, profits, equipment and personal belongings, given the life and health insurance policies are validly issued and paid for. This indemnification stretches to the heirs of the Contractor. In case the heirs claim against the Mandator any payments for compensation, damage etc., the Mandator is entitled to a compensation lump sum against the Contractor's property/inheritance to the amount of the claims.

9.    Independent Contractor:    Contractor acknowledges that he shall perform his obligations hereunder as an independent contractor and not as an employee nor agent of the Mandator.  Contractor further acknowledge that he is not on Mandator's payroll and social security or tax withholding rolls.

10.    This contract is terminated:
    –    upon its term expiration;
    –    by unilateral notification by the Mandator in case the Contractor fails to provide the required quality of Services – in such case the performance deposit of the Contractor serves as a compensation to the Mandator.

11. All disputes that may arise in connection with the performance of the present contract shall be settled in the way of agreement. If this proves impossible all disputes and disagreements shall be governed by and construed in accordance with Serbian Law by the courts in Belgrade.

This Agreement has been signed in two uniform copies, for each of the Parties.

For and on behalf of the Mandator.                    Contractor:


Name: Banari Sergiu                         Name: Tulcan Pozo Jose
                                            Miguel

Signature:…………………………….            Signature:…………….…………….

For and on behalf of the Mandator:            Contractor:

2

Ghanem-00072443

CASE NO.   CR 15-0704 (A)-SJO

_____ UNITED STATES OF AMERICA _____
VS. _____ GHANEM

PLAINTIFF'S EXHIBIT      729

DATE _____IDEN.

DATE_____EVID.

BY _____
          DEPUTY CLERK
AO 386

| From: | Alexei Alexei <office.hartford@gmail.com> |
|---|---|
| Sent: | Saturday, June 20, 2015 3:38 PM |
| To: | Rami Ghanem <ramithe@gmail.com> |
| Subject: | new docs exel |
| Attach: | maintenance team MI-24 salary 3 moths.xlsx; MIG-23 salary 3 moths.xlsx; Mig-25 salary 3 moths.xlsx; School salary 6 months.xlsx |

Dear rami
sorry I send it so late but i my wife was ill
now is much better
Please see attached files
Also I wait your decision about Borys He was calling me every day
BR

Ghanem-00072443

### Sallary Costs for 6 months

| Functional | Qty | Salary price per month in USD | Total Salary price per 3 month in USD | |
|---|---|---|---|---|
| Engineer for radio-electronic | 2 | 7,500 | 45,000.00 | |
| Engine Technician | 2 | 7,500 | 45,000.00 | |
| Arms Technician | 2 | 7,500 | 45,000.00 | |
| | | Sub Total : | **135,000.00** | |

### Additional costs for 6 months

| | | Add cost per month in USD | | |
|---|---|---|---|---|
| Per Dim (daily for each Function) | 6 | 30 | 16,200.00 | 30 days in each month |
| | | Sub Total : | **16,200.00** | |

Grand Total: **151,200.00**

### One time costs (in aqddition)

| | | | | |
|---|---|---|---|---|
| Full Hospitality | 5 | - | - | |
| General Insurance and Health Insurance | 6 | 3,250.00 | 19,500.00 | |
| One night hotel in before departure | 10 | - | - | |
| Flight Tickets | | - | - | |
| | Addition  Total amount : | | 19,500.00 | |

Sallary Costs for 3 months

| Functional | Qty | Salary price per month in USD | Total Salary price per 3 month in USD | |
|---|---|---|---|---|
| Captain | 1 | 19,000 | 57,000.00 | |
| Engineer for radio-electronic | 1 | 9,000 | 27,000.00 | |
| Engine Technician | 0 | 0 | - | |
| Arms Technician | 0 | 0 | - | |
| | | Sub Total : | **84,000.00** | |

Additional costs for 3 months

| | | Add cost per month in USD | | |
|---|---|---|---|---|
| Per Dim (daily for each Function) | 2 | 30 | 5,400.00 | 30 days in each month |
| | | Sub Total : | **5,400.00** | |

| | | | |
|---|---|---|---|
| | Grand Total: | **89,400.00** | |

One time costs (in aqddition)

| | | | | |
|---|---|---|---|---|
| Full Hospitality | 5 | - | - | |
| General Insurance and Health Insurance | 4 | 3,250.00 | 13,000.00 | |
| One night hotel in  before departure | 10 | - | - | |
| Flight Tickets | | - | - | |
| | Addition  Total amount : | | | |

Ghanem-00000241

Sallary Costs for 3 months

| Functional | Qty | Salary price per month in USD | Total Salary price per 3 month in USD | |
|---|---|---|---|---|
| Captain | 1 | 19,000 | 57,000.00 | |
| Engineer for radio-electronic | 1 | 9,000 | 27,000.00 | |
| Engine Technician | 1 | 9,000 | 27,000.00 | |
| Arms Technician | 1 | 9,000 | 27,000.00 | |
| | | Sub Total : | **138,000.00** | |

Additional costs for 3 months

| | | Add cost per month in USD | | |
|---|---|---|---|---|
| Per Dim (daily for each Function) | 4 | 30 | 10,800.00 | 30 days in each month |
| | | Sub Total : | **10,800.00** | |

| | | | | |
|---|---|---|---|---|
| | | Grand Total: | **148,800.00** | |

One time costs (in aqddition)

| | | | | |
|---|---|---|---|---|
| Full Hospitality | 5 | - | - | |
| General Insurance and Health Insurance | 4 | 3,250.00 | 13,000.00 | |
| One night hotel in before departure | 10 | - | - | |
| Flight Tickets | | - | - | |
| | Addition  Total amount : | | 13,000.00 | |

Sallary Costs for 6 months

| Functional | Qty | Salary price per month in USD | Total Salary price per 6 month in USD | |
|---|---|---|---|---|
| Chief of Staff | 1 | 12,000 | 72,000.00 | |
| Deputy for logistics | 1 | 10,000 | 60,000.00 | |
| Doctor | 1 | 7,500 | 45,000.00 | |
| Fire training | 3 | 10,500 | 189,000.00 | |
| Special tactical training | 3 | 10,000 | 180,000.00 | |
| Mine explosives | 2 | 10,500 | 126,000.00 | |
| Air landing training | 1 | 10,000 | 60,000.00 | |
| Armored equipment and motor vehicles | 2 | 9,000 | 108,000.00 | |
| Physical and special training | 2 | 10,000 | 120,000.00 | |
| | | Sub Total : | **960,000.00** | |

Additional costs for 6 months

| | | Add cost per month in USD | Add cost per 6 month in USD | |
|---|---|---|---|---|
| Chief of Staff | 1 | 30.00 | 5,400.00 | |
| Deputy for logistics | 1 | 30.00 | 5,400.00 | |
| Doctor | 1 | 30.00 | 5,400.00 | |
| Fire training | 3 | 30.00 | 16,200.00 | |
| Special tactical training | 3 | 30.00 | 16,200.00 | |
| Mine explosives | 2 | 30.00 | 10,800.00 | |
| Air landing training | 1 | 30.00 | 5,400.00 | |
| Armored equipment and motor vehicles | 2 | 30.00 | 10,800.00 | |
| Physical and special training | 2 | 30.00 | 10,800.00 | 30 days in each month |
| | | Sub Total : | **86,400.00** | |

Grand Total: **1,046,400.00**

One time costs (in aqddition)

| Recruting Fees | 15 | 500.00 | 7,500.00 | |
|---|---|---|---|---|
| General Insurance and Health Insurance | 16 | 3,250.00 | 52,000.00 | |

| | | | | |
|---|---|---|---|---|
| One night hotel in  before departure | 10 | - | - | |
| Flight Tickets | | - | - | |
| Addition  Total amount : | | | 59,500.00 | |

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   730

DATE _____IDEN.

DATE_____EVID.

BY _____
        DEPUTY CLERK
AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
| Sent: | Monday, July 6, 2015 7:08 AM |
| To: | ILDEFONSO MARTINEZ-PARDO <imarpar_74@hotmail.com> |
| Cc: | mdiez2009@gmail.com |
| Subject: | RE: Job offer |

My friends We are still looking for an F1 pilot, please let me know if any of you interested or now any other pilot could be interested.

Thanks


*Rami Ghanem*

*Gateway to MENA. (GTM)*

**Egypt Office**
Complex 133, Building 7, Apartment 32
Al Rehab City, Cairo  Egypt
Iternational #: +37282432246
Telephone# 00201127999552
**Jordan Office**

Tel: 962 6 5685624
Fax: 962 6 5685625
**ramithe@gmail.com**  or  rami@caravaname.com
US Telephone: 772 675-4363   Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self-destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of GME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.


Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

Ghanem-00072443

## That's Life...

**From:** ILDEFONSO MARTINEZ-PARDO [mailto:imarpar_74@hotmail.com]
**Sent:** Wednesday, May 6, 2015 8:37 PM
**To:** ramithe@gmail.com
**Cc:** mdiez2009@gmail.com
**Subject:** Job offer

Dear Rami,

Find attached down my close friend. He was the one I told you in my last mail. He is a great pilot with much more experience than me. Please, if you are still looking for pilots, send him a mail. He is waiting for your reply.

Best regards.

-------- Original Message --------
Subject: Fwd: F-1 pilots
From: M Diez <mdiez2009@gmail.com>
To: imarpar_74@hotmail.com
CC:

---------- Mensaje reenviado ----------
De: "M Díez" <mdiez2009@gmail.com>
Fecha: 02/05/2015 11:32
Asunto: F-1 pilots
Para: <ramithe@gmail.com>
Cc:

Good morning Rami,

Idelfonso passed me information about the Mirage F-1 pilots requirements.
Firstly, I am interested in the F1 pilot position, but would need to know more information to be able to organize my current job.
I have many years of experience as a fighter pilot not only with Mirage F1, (1000 hrs), but also with F-5 and F-18 Hornet.

Hope to hear from you soon,

Mariano Díez
mdiez2009@gmail.com

Ghanem-00072443

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT      731

DATE                              IDEN.

DATE                              EVID.

BY
DEPUTY CLERK
AO 386

| From: | Bill Grigor <office.gb.defence@gmail.com> |
|-------|-------------------------------------------|
| Sent: | Sunday, August 9, 2015 7:10 AM |
| To: | Rami Ghanem <Ramithe@gmail.com> |
| Subject: | L-39.1 Pilot |
| Attach: | L-39.xlsx; Nikitin.JPG; Galenko.JPG; Паспорт Измайлов.JPG; img439.jpg; Паспорт Аржаковский.JPG |

| name | Function | Documents has been sent sent |
|---|---|---|
| Galenko Yuriy | PILOT | PASSPORT & SERTIFICATION |
| | | |
| | | |
| | | |
| Izmaylov Ivan | TECHNICIANE | PASSPORT & SERTIFICATION |
| Kaidash Ihor | TECHNICIANE | PASSPORT & SERTIFICATION |
| Nikitin Volodymyr | TECHNICIANE | PASSPORT & SERTIFICATION |
| Arzhakovskyi Sergii | TECHNICIANE | PASSPORT & SERTIFICATION |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Passport No. | registration | STATUS |
|---|---|---|
| EP 544955 | Ukraine | Confirmed |
| | | |
| | | |
| | | |
| ET 709099 | Ukraine | Confirmed |
| 068385 EP | Ukraine | Confirmed |
| ET 003203 | Ukraine | Confirmed |
| EA 601552 | Ukraine | Confirmed |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

00076897                                              Ghanem-000072443

Ghanem_Sentencing_00000997



00076898

Ghanem-00072443







Ghanem-00072443

00076902

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   732

DATE _____ IDEN.

DATE _____ EVID.

BY _____
                 DEPUTY CLERK
AO 386

| | |
|---|---|
| **From:** | Alexei Alexei <office.hartford@gmail.com> |
| **Sent:** | Wednesday, September 9, 2015 7:35 AM |
| **To:** | Rami Ghanem <ramithe@gmail.com> |
| **Subject:** | MI-24 crew redact |
| **Attach:** | Mi-24.xlsx; паспорт.docx; img204.jpg; Пилот оператор.jpg; Пилот.jpg; 001.jpg; IMAG1823.jpg; pass G Chernenko.jpg; IMG_20150729_184747.jpg; Бортачь.jpg |

| name | Function | Documents has been sent sent |
|---|---|---|
| Yermolychev Oleh | 1st PILOT | PASSPORT & SERTIFICATION |
| Aleksyeyev Andrian | CO- PILOT | PASSPORT & SERTIFICATION |
| Gordiienko Volodymyr | Flight engineer | PASSPORT & SERTIFICATION |
| Zhytnyk Oleksandr | 1-st Pilot | PASSPORT & SERTIFICATION |
| Chernenko Glib | CO- PILOT | PASSPORT & SERTIFICATION |
| But Stanislav | Flight engineer | PASSPORT & SERTIFICATION |
| Kovaleko Grygorii | Technician Radio | PASSPORT & SERTIFICATION |
| Skrypnyk Sergii | Technician Engine | PASSPORT & SERTIFICATION |
| Shumeiko Volodymyr | Technician Weapon | PASSPORT & SERTIFICATION |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Passport No. | registration | STATUS |
|---|---|---|
| EE 307751 | Ukraine | Confirmed |
| EE 139005 | Ukraine | Confirmed |
| 399795 ES | Ukraine | Confirmed |
| 829213 AK | Ukraine | Confirmed |
| EP 772822 | Ukraine | Confirmed |
| EH 315640 | Ukraine | Confirmed |
| EK 521418 | Ukraine | Confirmed |
| EH 455206 | Ukraine | Confirmed |
| 673751 ES | Ukraine | Confirmed |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

00075480                                          Ghanem-00072443





00075482

Ghanem-00072443

Ghanem_Sentencing_00001008





## Паспорт є власністю України
### This passport is the property of Ukraine

Іменем України Міністр закордонних справ України просить усіх, кого це може стосуватися, всіма можливими заходами полегшити поїздку пред'явника паспорта і надавати йому необхідну допомогу та захист.

In the name of Ukraine, the Minister of Foreign Affairs of Ukraine requests all those whom it may concern to facilitate in every possible way the travel of the bearer of this passport and to provide the bearer with all necessary assistance and protection.

**УКРАЇНА** **UKRAINE**

ПАСПОРТ
PASSPORT

Тип/ Type: P
Код держави/ Country code: UKR
Номер паспорта/ Passport No.: EE307751

Прізвище/ Surname
ЄРМОЛИЧЕВ/YERMOLYCHEV

Ім'я/ Given Names
ОЛЕГ/OLEH

Громадянство/ Nationality
УКРАЇНА/UKRAINE

Дата народження/ Date of birth
18 ЛЮТ/FEB 70

Персональний номер/ Personal No.
2561618177

Стать/ Sex: Ч/М
Місце народження/ Place of birth
ЧЕРКАСЬКА ОБЛ./UKR

Дата видачі/ Date of issue
21 ЛИП/JUL 08

Орган, що видав/ Authority
6511

Дата закінчення строку дії/ Date of expiry
21 ЛИП/JUL 18

Підпис пред'явника/ Holder's signature

```
P<UKRYERMOLYCHEV<<OLEH<<<<<<<<<<<<<<<<<<<<<<<<<
EE307751<9UKR7002184M18072172561618177<<<68
```









Ghanem-72443

Ghanem-00072443

00075489



CASE NO.   CR 15-0704 (A)-SJO

_____UNITED STATES OF AMERICA_____
VS. ____GHANEM____

PLAINTIFF'S EXHIBIT   ___733___

DATE _____IDEN.

DATE_____EVID.

BY _____
              DEPUTY CLERK
AO 386

| | |
|---|---|
| **From:** | Borys Reyes Jr <br.gedeon@rocketmail.com> |
| **Sent:** | Monday, December 7, 2015 4:18 PM |
| **To:** | Rami Ghanem <ramithe@gmail.com> |
| **Subject:** | CV |
| **Attach:** | CV J Horta.pdf |

Good morning Rami

I'm attaching the CV of the second pilot. He will be contacting you on wednesday morning. I told him that he will join us in Istanbul on January when the whole group comes back from Ecuador.

My best regards

**Borys Reyes**

If it's important to you, you will find a way. If not, you will find an excuse.



# José Manuel Lopes Horta

C u r r i c u l u m

**Personal Information**

| | |
|---|---|
| Address | Monte Lemos Lote 1J, 8600117 Lsgos-Luz, Portugal |
| Mobil | + 351 96 0007370 |
| E-Mail | jhorta@yahoo.com |
| Birthday | 16 April 1967 |

**Training**

| | |
|---|---|
| 09/2006 – 05/2008 | Flight Training at AFT in Exeter, Airline Transport Pilot theoretical examinations, Bristol Ground School, Bristol (Great Britain) Certificate: JAA Airline Transport Pilot License (theory) |
| 03/1995 – 03/1996 | Crew Resource Management, Aviation Consulting Services, San Carlos (USA) Certificate: CRM Diploma |
| 03/1995 – 03/1996 | NFWS Tactical training academy, techniques for air-to-air and air-to-ground missions. Developed aerial dogfight tactics using the concept of Dissimilar Air Combat Training (DACT). |

**Flight/Work Experience**

| | |
|---|---|
| 12/2008 – present | **Captain**, DO28-G92 Line pilot with scheduled parachute and cargo operations, DO28 Flugcharter GmbH, Bad Sassendorf (Germany) |
| 05/2001 – 10/2008 | **Competition Acrobatic Pilot** (Unlimited Category)  Sukhoi 31, Yak-52. |
| 03/1986 – 08/2005 | **Naval Flight Officer,** Flying A-4 assigned to Squadron VC-13 to 1990. Then assigned to Squadron VF-11 flying the F-14. Participated in a test pilot program in 2001 flying the Mirage F1 during which over 125 sorties flown , involving 100 flight hours. Discharged in 2005 as O -3. |

00072568

Ghanem-00072443

## Qualifications

**Licenses**
FAA ATP IR
EASA CPL(A) / IR(A)  (ATPL frozen)
MEP (Land), Dornier TR MET (Land)
ATPL (Theory completed)

## Flight Hours

6340 h Total
1600 h IFR
2293 h SEP/T
3130 h Dornier 28/G92
4047 h MEP/T
3737 h Tailwheel
3459 h Turbine
Landings: 11,876

## Aircrafts Flown

T-45, A-4, F-14, Mirage F1, Grob 115C, DA-20, DA-42, 7ECA, 7GCBC, Pitts
S-2B/C, Su-31, Su-26, Yak52, Extra 300, C208, Dornier 28-G92, TBM700C2.

## Languages

English (fluent)
Portuguese (fluent)
Spanish (advanced knowledge)
German (advanced knowledge)

## IT-Computer skills

Microsoft Office (Word, Excel, PowerPoint)DOS, IOs X

## Hobbies

Football (Soccer)
Hockey
Karate, Chanbara

00072568

Ghanem-00072443

Ghanem_Sentencing_00001019

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   734

DATE _____ IDEN.

DATE _____ EVID.

BY _____
DEPUTY CLERK
AO 386

●●●●○ Orange 🇦 23:34 100 % ▭

← **Rami Ghanem**
В сети 2 минуты назад ⚙ 📞

↙ Пропущенный вызов 11:40

↗ Исходящий вызов (2) 14:23

Сегодня

My man is in Nairobi and they are meeting today evening around 6pm, will give you a definite answer by 8pm tonight 12:40

11 июня 2015 г.

. 0:54

Pilot instructor for MiG 25
Pilot Instructor for MiG 23
Maintenance team for MiG 25
Maintenance team for MiG 23
Flight Engineer for An-32  must speak English
0:54

the right one is 0:58

operational and instructor pilot for 25 and 23 maintenance team for 23 only  flight Engeneer for an32 must speak English
0:58

Call me please 11:52

+ 🧸 ◁ ◯ ▢ ⊿ «🎤»

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   735

DATE _____ IDEN.

DATE_____ EVID.

BY _____
DEPUTY CLERK
AO 386

Airplane mode 🔱 🖵 📞 🛏 ⚠ ··· 🔕 ✈ 68% 🔋 6:58 AM

← BR 👤

**Thank you I already have the information... How was your flight? Good achievement?**

Hello Sir. The flight was good, main target destroyed in Sirte. Just one bomb. No possible to release more due to the cartridges. Second one with guns, pretty good

7/6/15 4:53 PM

**Well-done 👍**

7/6/15 4:53 PM

Thank you Sir. Hope for

CASE NO.   CR 15-0704 (A)-SJO

_____ UNITED STATES OF AMERICA _____

VS. _____ GHANEM _____

PLAINTIFF'S EXHIBIT      736

DATE _____ IDEN.

DATE_____ EVID.

BY _____
                DEPUTY CLERK

AO 386

| | |
|---|---|
| **From:** | Rami Ghanem <ramithe@gmail.com> |
| **Sent:** | Monday, March 30, 2015 6:59 AM |
| **To:** | Tomer Avnon <tomer@tarideal.com> |
| **Subject:** | RE: MI24 |

Ok what type of arms does it include?

*Rami Ghanem*

*Gateway to MENA. [GTM]*

**Egypt Office**
**Complex 133, Building 7, Apartment 32**
**Al Rehab City, Cairo  Egypt**
**Iternational #:  +37282432246**
**Telephone# 00201127999552**
**Jordan Office**

Tel: 962 6 5685624
Fax: 962 6 5685625
**ramithe@gmail.com**  or   rami@caravaname.com
US Telephone: 772 675-4363     Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

00085574.pdf

Ghanem_00000241

**From:** Tomer Avnon [mailto:tomer@tarideal.com]
**Sent:** Monday, March 30, 2015 10:59 AM
**To:** 'Rami Ghanem'
**Subject:** MI24



Rami
We have 5 MI24 available
Price 5,155,000 per unit
EUC required
Delivery 4-8 weeks

Waiting for price & condition for the MI29

Tomer Avnon
President
TAR Ideal Concepts Ltd.
Tel: +972-3-691-4564
Fax: +972-3-695-5477
tomer@tarideal.com
www.tarideal.com
Mobile: +972-544 88 27 88
Skype: tomeravnon

Ghanem_00000241