

# United States
## v.
# Rami Ghanem

# CR 15-704 (A)-SJO

# Trial Exhibit Book 8

CASE NO. __CR 15-0704 (A)-SJO__

_____UNITED STATES OF AMERICA_____
VS. ____GHANEM

PLAINTIFF'S EXHIBIT ____800____

DATE _____ IDEN.

DATE_____ EVID.

BY _____
DEPUTY CLERK
AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|---|---|
| Sent: | Sunday, December 14, 2014 12:33 PM |
| To: | Mohd <aldaboubim@gmail.com> |
| Subject: | Invoices |
| Attach: | Mi 24 Tools Invoice.pdf; L39 Invoice.pdf; F1 Invoice.pdf |

**Rami Ghanem**

**Gateway to MENA. (GTM)**

**Egypt Office**
**Complex 122, Building 16, Apartment 42**
**Al Rehab City, Cairo  Egypt**
**Telephone# 00201127999552**
**Jordan Office**

Tel: 962 6 5685624
Fax: 962 6 5685625
**ramithe@gmail.com**  or   rami@caravaname.com
US Telephone: 772 675-4363    Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of GME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

Ghanem_00000241



## COMMERCIAL INVOICE NO: 000082

**PROFORMA INVOICE**

**No:**000082  **Date:** 13.12.2014

| CUSTOMER: | Ministry of Defense | SUPPLIER: | Gateway to MENA |
|---|---|---|---|
| **Address:** | Tripoli  Republic of Libya<br>Tel. +218 21481 2559<br>Fax: +218 21 481 1214 | **Address:** | P.O. Box  830589<br>Amman – Jordan 11183 |
| **ID:** | Gov. order | **ID:** | **200138167** |

| № | Code | Description of services/delivery | Measure | QTY | Price in USD | Value |
|---|---|---|---|---|---|---|
| 1 | 5 | 1)Gun tool ( пушечный инструмент)- 2)Machine gun tool (пулеметный инструмент)- 3)Block tool(блочный инструмент)- 4)Асошный инструмент - 5)ПКЦРС - 6)radioman tool(инструмент радиста) –7)motor/engine tool (двигательный инструмент)- 8)Helicopter tool (вертолетный инструмент)-  9)Pump ( Насос НП-92А-4 первая категориям док)- | Box 9 | 1 | 98,000 | 98,000.00 |
| **AMOUNT:** | | | | | | 98,000.00 |
| **VAT :** | | | | | | **0.00** |
| **TOTAL:** | | | | | | USD 98,000.00 |
| **(Say):** Ninety  Eight thousand USD | | | | | | |

---

**TERMS OF PAYMENT: wire transfer**                **See below the Bank details**

Place of issue: Amman                Issuer and responsible for the operation: Rami

Signature: Identification code - 0011

Recipient:                (signature)

info@Gatewaymena.com
Mobile: +201127999552

**4281 Express Lane. Suite L7503. Sarasota, Florida 34238**

**Mob.: +962 777 100 577  -  +962 777 333 390    P.O Box 830589  Amman 11183   Email: aldaboubim@gmail.com**

00093001                                Ghanem_00000241

Ghanem_Sentencing_00001031



## Bank Details:

**Invest Bank, Shmessani Branch.**
**43 Abdul Hamid Sharaf St.**
**P.O. Box 950601**
**Amman 11195 Jordan**
**Telephone: +9626 5001500**
**Fax+**

**Company Name: Gateway to MENA for Logistics Services**
**Account USD # 00133000021662220001**
**IBAN Number:**
**JO19JIFB00100033000021662220001**

**SWIFT: JIFBJOAM**

Mob.: +962 777 100 577 • 962 777 333 390 • P.O Box 830699 Amman 11183 • Email: aldaboubim@gmail.com

4281 Express Lane. Suite E7505. Sarasota, Florida 34238

00093001                                        Ghanem_00000241

Ghanem_Sentencing_00001032



## COMMERCIAL INVOICE NO: 000083

**PROFORMA INVOICE**

**No:**000083  **Date:** 13.12.2014

| CUSTOMER: | Ministry of Defense | SUPPLIER: | Gateway to MENA |
|---|---|---|---|
| **Address:** | Tripoli  Republic of Libya Tel. +218 21481 2559 Fax: +218 21 481 1214 | **Address:** | P.O. Box  830589 Amman – Jordan 11183 |
| **ID:** | Gov. order | **ID:** | 200138167 |

| № | Code | Description of services/delivery | Measure | Quantity | Price in USD | Value |
|---|---|---|---|---|---|---|
| 1 | 2 | Service and Operational crew for L39  aircraft | Person | 5 x 90 days | 570,000 | 570,000.00 |
| 2 | 2 | Administrative fee Military life insurance included and mobilization until they arrive to Libya all charges are  included | Month | 1 | 120,000 | 120,000.00 |
| **AMOUNT:** | | | | | 690,000.00 | |
| **VAT :** | | | | | **0.00** | |
| **TOTAL:** | | | | | USD 690,000.00 | |
| **(Say):** Six Hundreds & ninety  thousand USD | | | | | | |

---

**TERMS OF PAYMENT: wire transfer**                    **See below the Bank details**

---

Place of issue: Amman                    Issuer and responsible for the operation: Rami

Signature: Identification code - 0011

Recipient:

(signature)

info@Gatewaymena.com
Mobile: +962 777 100577

**4281 Express Lane. Suite L7503. Sarasota, Florida 34238**

**Mob.: +962 777 100 577   -   +962 777 333 390     P.O Box 830589  Amman 11183    Email: aldaboubim@gmail.com**



## Bank Details:

**Invest Bank, Shmessani Branch.**
**43 Abdul Hamid Sharaf St.**
**P.O. Box 950601**
**Amman 11195 Jordan**
**Telephone: +9626 5001500**
**Fax+**

**Company Name: Gateway to MENA for**
**Logistics Services**
**Account USD # 00133000021662220001**
**IBAN Number:**
**JO19JIFB00100330000216622200001**

**SWIFT: JIFBJOAM**

Mob.: +962 777 100 577   +962 777 333 390   P.O Box 830699 Amman 11183   Email: aldahoubim@gmail.com

4281 Express Lane. Suite L7303. Sarasota, Florida 34238



## COMMERCIAL INVOICE NO: 000084

**PROFORMA INVOICE**

**No:**000084  **Date:** 13.12.2014

| CUSTOMER: | Ministry of Defense | SUPPLIER: | Gateway to MENA |
|---|---|---|---|
| Address: | Tripoli  Republic of Libya<br>Tel. +218 21481 2559<br>Fax: +218 21 481 1214 | Address: | P.O. Box  830589<br>Amman – Jordan 11183 |
| ID: | Gov. order | ID: | 200138167 |

| № | Code | Description of services/delivery | Measure | Quantity | Price in USD | Value |
|---|---|---|---|---|---|---|
| 1 | 2 | Service and Operational crew for F1  aircraft | Person | 6 x 90 days | 1,680,000 | 1,680,000.00 |
| 2 | 2 | Administrative fee Military life insurance included and mobilization until they arrive to Libya all charges are  included | Month | 1 | 120,000 | 120,000.00 |
| AMOUNT:<br>VAT :<br>TOTAL: | | | | | | 1,800,000.00<br>0.00<br>USD 1,800,000.00 |
| **(Say):** One Million Eight hundred  thousand USD | | | | | | |

---

**TERMS OF PAYMENT: wire transfer**                    **See below the Bank details**

---

Place of issue: Amman                    Issuer and responsible for the operation: Rami

Signature: Identification code - 0011

Recipient:

(signature)

info@Gatewaymena.com
Mobile: +962 777 100577

**4281 Express Lane. Suite L7503. Sarasota, Florida 34238**

**Mob.: +962 777 100 577  -  +962 777 333 390    P.O Box 830589  Amman 11183   Email: aldaboubim@gmail.com**



# Bank Details:

**Invest Bank, Shmessani Branch.**
**43 Abdul Hamid Sharaf St.**
**P.O. Box 950601**
**Amman 11195 Jordan**
**Telephone: +9626 5001500**
**Fax+**

**Company Name: Gateway to MENA for**
**Logistics Services**
**Account USD # 00133000021662220001**
**IBAN Number:**
**JO19JIFB00100330000216622220001**

**SWIFT: JIFBJOAM**

Mob.: +962 777 100 577, +962 777 333 390 , P.O Box 830699 Amman 11183 , Email: aldabubim@gmail.com

4281 Express Lane. Suite E7505. Sarasota, Florida 34238

00093005                                                    Ghanem_00000241

Ghanem_Sentencing_00001036

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   801

DATE _____ IDEN.

DATE _____ EVID.

BY _____
DEPUTY CLERK
AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|---|---|
| Sent: | Sunday, February 22, 2015 9:33 AM |
| To: | Mohd <aldaboubim@gmail.com> |
| Subject: | Invoices |
| Attach: | MiG 23 & 25 Invoice.pdf; Mi24 tools Invoice.pdf; L39 tools Invoice.pdf; Mi 24 Engines and APU.PDF; Mi 24 Crew for March 2015.pdf |

Boss you have the invoices for the following:

MiG 23 & 25 Crews
Mi24 tools
Mi 24 engines and APU
L39 Tools
Mi24 Crew


*Rami Ghanem*

*Gateway to MENA. (GTM)*

**Egypt Office**
Complex 133, Building 7, Apartment 32
Al Rehab City, Cairo  Egypt
Iternational #:  +37282432246
Telephone# 00201127999552
**Jordan Office**

Tel: 962 6 5685624
Fax: 962 6 5685625
**ramithe@gmail.com**  or  rami@caravaname.com
US Telephone: 772 675-4363     Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love

Before you quit »Try
Before you die »Live

That's Life...



## COMMERCIAL INVOICE NO: 2015/ ASF/11

| SOLD TO: | DELIVERY / CONSIGNEE: |
|---|---|
| **Kayan International Company** **ABDELSALAM ALI** **Misurata, Kirzaz. Libya** | **Kayan International Company** **ABDELSALAM ALI** **Misurata, Kirzaz. Libya** |

| Item | Descriptions of Goods | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|
| 1 | MiG 23 Crew consist of 2 pilots and 3 Technicians & One pilot for MiG 25 | **3 Months** | **$ 290,000** | **$ 870,000.00** |
| | | Total …………….…… $ 870,000.00 Eight Hundred & Seventy  Thousands USD | | |



PAMI GHANEM

info@Gatewaymena.com
Mobile: +201127999552

Mob.: +962 777 100 577    +962 777 333 390    P.O Box 830699 Amman. 11183 . Email: aldahoubim@gmail.com

4281 Express Lane. Suite E7303. Sarasota, Florida 54230

00089218                                                    Ghanem_00000241

Ghanem_Sentencing_00001040



# Bank Details:

**Invest Bank, Shmessani Branch.**
**43 Abdul Hamid Sharaf St.**
**P.O. Box 950601**
**Amman 11195 Jordan**
**Telephone: +9626 5001500**
**Fax+**

**Company Name: Gateway to MENA for**
**Logistics Services**
**Account USD # 00133000021662220001**
**IBAN Number:**
**JO19JIFB00100330000216662220001**

**SWIFT: JIFBJOAM**

Mob.: +962 777 100 577 - +962 777 333 390 - P.O Box 830699 Amman 11183 - Email: aldabouhim@gmail.com

4281 Express Lane. Suite L7303. Sarasota, Florida 34238

00089218                                                     Ghanem_00000241

Ghanem_Sentencing_00001041



## COMMERCIAL INVOICE NO: 2015/ ASF/14

| SOLD TO: | DELIVERY / CONSIGNEE: |
|---|---|
| **Kayan International Company** <br> **ABDELSALAM ALI** <br> **Misurata, Kirzaz.  Libya** | **Kayan International Company** <br> **ABDELSALAM ALI** <br> **Misurata, Kirzaz.  Libya** |

| Item | Descriptions of Goods | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|
| 1 | -Filters for IM -47 ( 4 pcs . )- free as a replacement | | $ 198,000 | $ 198,000 |
| 2 | -Device for measuring fracture and heartbeat transmission shaft (1 piece)- | | | |
| 3 | -HP- 3B (pump control )- | | | |
| 4 | - Ultrasonic device for washing filters ( small-size ) | | | |
| 5 | -Oil drain hose with gear – | | | |
| 6 | -Magazines preparing to fly helicopters (3 pcs.) - | | | |
| 7 | -Automatic pressure (AP-50)- | | | |
| 8 | - Pear Refills axial joints and bushings HB PB- | | | |
| 9 | - Exhaust pipes (1 left and 2 right) 1+1 | | | |
| 10 | -Diodes -20 pcs – | | | |
| 11 | -Electrical panels with cables-10000$ each | | | |

**Total …………….…….. $198,000.00**

**One Hundred & Ninety Eight Thousands USD**



info@Gatewaymena.com
Mobile: +201127999552

Mob.: +962 777 100 577   +962 777 333 390   P.O Box 830699 Amman ,11183   Email: aldabouhim@gmail.com

4281 Express Lane. Suite E7303. Sarasota, Florida 34238

00089220                                                                                       Ghanem_00000241

Ghanem_Sentencing_00001042



# Bank Details:

**Invest Bank, Shmessani Branch.**
**43 Abdul Hamid Sharaf St.**
**P.O. Box 950601**
**Amman 11195 Jordan**
**Telephone: +9626 5001500**
**Fax+**

**Company Name: Gateway to MENA for Logistics Services**
**Account USD # 00133000021662220001**
**IBAN Number:**
**JO19JIFB00100330000021662220001**

**SWIFT: JIFBJOAM**

Mob.: +962 777 100 577 • +962 777 333 390 • P.O Box 830689 Amman 11183 • Email: aldahoubim@gmail.com

4281 Express Lane. Suite E7303. Sarasota, Florida 34238

00089220

Ghanem_00000241

Ghanem_Sentencing_00001043



# COMMERCIAL INVOICE NO: 2015/ ASF/15

| **SOLD TO:** | **DELIVERY / CONSIGNEE:** |
|---|---|
| **Kayan International Company** **ABDELSALAM ALI** Misurata, Kirzaz, Libya | **Kayan International Company** **ABDELSALAM ALI** Misurata, Kirzaz, Libya |

| Item | Descriptions of Goods | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|
| | Tools for L39 **Apparatus for checking aneroid membrane devices КПУ-3 -** **Device with swivel flange to drain the fuel from the fuel tank -** **Control to check the tightness of the enclosure and the fuel system of the aircraft** | | $ 63,000 | $ 63,000 |
| | **Engine tool for engine Al-25TL - used in case of replacement of the engine, as well as the replacement of its various units (25.TL.1900.30) -;** **Tool kit for engine Al-25TL - used during flight operations (25.TL.1900.010) -** 6.Technical documentation for L 39 - MIG -23 1) УЗО МЕС (34,8 кг) - 2) ВИТЭФ-5 (34,8 кг) - | Total ……………..…… $63,000.00 **Sixty Three Thousands USD** | | |





info@Gatewaymena.com
Mobile: +201127999552

Mob.: +962 777 100 577  +962 777 333 390   PO Box 830696 Amman 11183  Email: aldahoubie@gmail.com
428 Express Lane, Suite E7503, Sarasota, Florida 34238

00089222                                                     Ghanem_00000241

Ghanem_Sentencing_00001044



## Bank Details:

**Invest Bank, Shmessani Branch.**
**43 Abdul Hamid Sharaf St.**
**P.O. Box 950601**
**Amman 11195 Jordan**
**Telphone: +9626 5001500**
**Fax+**

**Company Name: Gateway to MENA for**
**Logistics Services**
**Account USD # 00133000021662220001**
**IBAN Number:**
**JO19JIFB00100330000216622200001**

**SWIFT: JIFBJOAM**

Mob.: +962 777 100 577  +962 777 333 390   P.O Box 830594 Shmesan 11183   Email: aldabouling@gmail.com
4281 Express Lane. Suite L7503. Sarasota, Florida 34238

00089222                                                  Ghanem_00000241

Ghanem_Sentencing_00001045



## COMMERCIAL INVOICE NO: 2015/ ASF/8

| SOLD TO: | DELIVERY / CONSIGNEE: |
|---|---|
| **Kayan International Company**<br>**ABDELSALAM ALI**<br>**Misurata, Kirzaz.  Libya** | **Kayan International Company**<br>**ABDELSALAM ALI**<br>**Misurata, Kirzaz.  Libya** |

| Item | Descriptions of Goods | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|
| 1 | **Mi 24 Engine** | **2** | **$ 750,000.00** | **$ 1,500,000.00** |
| 2 | **APU for Mi 24** | **1** | **$ 270,000.00** | **$ 270,000.00** |
| 3 | **Shipping of the above items to Libya** | **1** | **$ 150,000.00** | **$ 150,000.00** |
| | | Total ……………..…… $ 1,920,000.00 |||
| | | One Million, Nine hundred & Twenty Thousands USD |||



info@Gatewaymena.com
Mobile: +201127999552

Mob.: +962 777 100 577 - +962 777 333 390 - P.O Box 830699 Amman, 11183 - Email: aldabouhim@gmail.com

4281 Express Lane. Suite E7505. Sarasota, Florida 34238

00089224                                                                Ghanem_00000241

Ghanem_Sentencing_00001046



# Bank Details:

**Invest Bank, Shmessani Branch.**
**43 Abdul Hamid Sharaf St.**
**P.O. Box 950601**
**Amman 11195 Jordan**
**Telephone: +9626 5001500**
**Fax+**

**Company Name: Gateway to MENA for Logistics Services**
**Account USD # 00133000021662220001**
**IBAN Number:**
**JO19JIFB00100330000021662220001**

**SWIFT: JIFBJOAM**

Mob.: +962 777 100 577  +962 777 333 390   P.O Box 830699 Amman 11183 - Email: aldabouhim@gmail.com

4281 Express Lane. Suite E7505. Sarasota, Florida 34238

00089224                                                                              Ghanem_00000241

Ghanem_Sentencing_00001047



## COMMERCIAL INVOICE NO: 2015/ ASF/3

**SOLD TO:**
Kayan International Company
ABDELSALAM ALI
Misurata, Kirzaz.  Libva

**DELIVERY / CONSIGNEE:**
Kayan International Company
ABDELSALAM ALI
Misurata, Kirzaz.  Libva

| Item | Descriptions of Goods | Quantity | Unit Price | Total Amount |
|------|----------------------|----------|------------|--------------|
| 1 | Mi 24 crew for 3 months | 3 | $ 211,580 | $ 634,740.00 |
| | Total ……………..…… $ 634,740.00 <br><br> Six Hundreds & Thirty Four Thousands & Seven Hundred and Forty USD | | | |



info@Gatewaymena.com
Mobile: +201127999552



# Bank Details:

**Invest Bank, Shmessani Branch.**
**43 Abdul Hamid Sharaf St.**
**P.O. Box 950601**
**Amman 11195 Jordan**
**Telephone: +9626 5001500**
**Fax+**

**Company Name: Gateway to MENA for**
**Logistics Services**
**Account USD # 00133000021662220001**
**IBAN Number:**
**JO19JIFB00100330000021662220001**

**SWIFT: JIFBJOAM**

00089226                                        Ghanem_00000241

Ghanem_Sentencing_00001049

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   802

DATE _____ IDEN.

DATE _____ EVID.

BY _____
DEPUTY CLERK

AO 386

| From: | Gerton Business <gerton.businessllp@gmail.com> |
| Sent: | Sunday, February 22, 2015 6:13 AM |
| To: | Rami Ghanem <ramithe@gmail.com> |
| Subject: | Ammounts |

1) L 39 tools+MIG 23 mastique =12 600$
2) 24 tools = 71 392 $
3) MIG 23 sallary ( pilot-3 months and technicians 1 months)= 111 224$
4) MI24 sallary= 335 800$(81 000$-R. G.)
BR�

CASE NO.   CR 15-0704 (A)-SJO
        UNITED STATES OF AMERICA
VS.      GHANEM

PLAINTIFF'S EXHIBIT      803

DATE _____IDEN.

DATE_____EVID.

BY _____
            DEPUTY CLERK
AO 386

| | |
|---|---|
| **From:** | Gerton Business <gerton.businessllp@gmail.com> |
| **Sent:** | Saturday, April 4, 2015 11:09 AM |
| **To:** | Rami Ghanem <ramithe@gmail.com> |
| **Subject:** | 25 |

As for MIG 25�

1 pilot is ready to go�
1) salary 20 per month=60000
2) pocket money is 900 per month =2700
3) Ins - 4050
4) Cash 1850
Total:68600

If we need technicians it is possible 9000 per months

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   804

DATE _____ IDEN.

DATE_____ EVID.

BY _____
DEPUTY CLERK
AO 386

| From: | Mohd <aldaboubim@gmail com> |
|---|---|
| Sent: | Sunday, April 5, 2015 1:53 AM |
| To: | Rami Ghanem <ramithe@gmail.com> |
| Subject: | Re: 25 |

This is expensive

Sent from my iPhone 

On Apr 5, 2015, at 09:41, Rami Ghanem <ramithe@gmail.com> wrote:

> If you want me to send it directly to Haj Mohammed or Khalifa, I will please fix the prices and send it back to me.
>
> As for MIG 25
> 1 pilot is ready to go
> 1) salary 30 per month=90000
> 2) pocket money is 900 per month =2700
> 3) Ins - 4050
> 4) Cash 1850
> Total:98600
>
> If we need technicians it is possible 15000 per months + other expenses

## *Rami Ghanem*

## *Gateway to MENA. (GTM)*

**Egypt Office**
**Complex 133, Building 7, Apartment 32**
**Al Rehab City, Cairo  Egypt**
**Iternational #: +37282432246**
**Telephone# 00201127999552**
**Jordan Office**

Tel: 962 6 5685624
Fax: 962 6 5685625
ramithe@gmail.com  or  rami@caravaname.com
US Telephone: 772 675-4363   Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender: do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

Ghanem_00000241

CASE NO. ___CR 15-0704 (A)-SJO___

_____UNITED STATES OF AMERICA_____
VS. _____GHANEM_____

PLAINTIFF'S EXHIBIT ____805____

DATE _____IDEN.

DATE_____EVID.

BY _____
DEPUTY CLERK

AO 386

| From: | Alexei Alexei <office.hartford@gmail.com> |
|-------|-------------------------------------------|
| Sent: | Saturday, May 16, 2015 9:15 AM |
| To: | Rami Ghanem <ramithe@gmail.com> |
| Subject: | Full Report |

Total ammount arrived to account:
799 050 $
Transfers:
- Serbia - arrived to them 50 000 $ + bank transfer fee 90 $ + bank service fee (0,3%) 150 $ = 50 240 $
- Ecuador - arrived 100 000 S + bank transfer fee 684,25 $ + bank service fee (0,3%) 300 $ = 100 984,25 $
- Sallary MI 24 + pocket money 4 months - 145 600 $
- Sallary L 39 + pocket money 3 months - 93 500 $
- Insuarance - 3 250 *7 = 22 750 $ + 3 % = 23 432 $
- Debt for Ecuador - 6630 $

Residue on the account for 15.05.2015 : 378 664 $

General need to transfer:
- 145 600 $
- 6 630 $
After that Residue on the account will be ~ 530 894 $


Your Cash money:
Was 45 200 $
Paid:
- Simtravel Rami - 200 $
- David - 2 000 $
Total: 43 000 $
Added to your money:
- Sallary MI 24 + 26 200 $
- Sallary L 39 + 18 500 $
Total your money I have at 16.05.2015 are : 87 700 $

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   806

DATE _____ IDEN.

DATE _____ EVID.

BY _____
                DEPUTY CLERK

AO 386

| From: | Mohd <aldaboubim@gmail com> |
| Sent: | Wednesday, June 24, 2015 3:12 PM |
| To: | Rami Ghanem <ramithe@gmail.com> |
| Subject: | Fwd: Invoices |
| Attach: | Mi24 tools Invoice.pdf; Untitled attachment 01436.htm; L39 tools Invoice.pdf; Untitled attachment 01439.htm; Various items Invoice.pdf; Untitled attachment 01442.htm; L39 Invoice 2nd.pdf; Untitled attachment 01445.htm |

Sent from my iPhone 

Begin forwarded message:

**From:** Mohd <aldaboubim@gmail.com>
**Date:** June 13, 2015 at 18:10:50 GMT+3
**To:** mohammad aldaboubi <mdaboubi@hotmail.com>
**Subject: Fwd: Invoices**

Sent from my iPhone 

Begin forwarded message:

**From:** Mohd <aldaboubim@gmail.com>
**Date:** May 14, 2015 at 18:33:02 GMT+2
**To:** Fakroun <fakrun1@gmail.com>
**Subject: Fwd: Invoices**

السلام عليكم
مرفق جميع الفواتير التي دفعت من قبلنا ولم تسدد من طرفكم

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep
smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn

Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

**From:** Mohd [mailto:aldaboubim@gmail.com]
**Sent:** Thursday, May 14, 2015 4:35 PM
**To:** Rami Ghanem
**Subject:** Fwd: Invoices

Sent from my iPhone 

Begin forwarded message:

> **From:** Mohd <aldaboubim@gmail.com>
> **Date:** February 22, 2015 at 20:16:26 GMT+2
> **To:** Fakroun <fakrun1@gmail.com>
> **Subject: Fwd: Invoices**

Sent from my iPhone 

Begin forwarded message:

> **From:** "Rami Ghanem" <ramithe@gmail.com>
> **Date:** February 22, 2015 at 19:33:29 GMT+2
> **To:** "'Mohd'" <aldaboubim@gmail.com>
> **Subject: Invoices**

Boss you have the invoices for the

Ghanem-00072443

following:

MiG 23 & 25 Crews

Mi24 tools

Mi 24 engines and APU

L39 Tools

Mi24 Crew

*Rami Ghanem*

*Gateway to MENA. (GTM)*
**Egypt Office**

**Complex 133, Building 7, Apartment 32**

**Al Rehab City, Cairo  Egypt**

**Iternational #:  +37282432246**

**Telephone# 00201127999552**

**Jordan Office**

Tel: 962 6 5685624
Fax: 962 6 5685625
**ramithe@gmail.com**  or  rami@caravaname.com
US Telephone: 772 675-4363    Skype **Address:**
**caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen

Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live


That's Life...

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2015.0.6086 / Virus Database: 4392/1 - Release Date: 07/07/15
Internal Virus Database is out of date.

Ghanem-00072443



## COMMERCIAL INVOICE NO: 2015/ ASF/14

**SOLD TO:**
**Kayan International Company**
**ABDELSALAM ALI**
**Misurata, Kirzaz.  Libya**

**DELIVERY / CONSIGNEE:**
**Kayan International Company**
**ABDELSALAM ALI**
**Misurata, Kirzaz.  Libya**

| Item | Descriptions of Goods | Quantity | Unit Price | Total Amount |
|------|----------------------|----------|------------|--------------|
| 1 | -Filters for IM -47 ( 4 pcs . )- free as a replacement | | $ 198,000 | $ 198,000 |
| 2 | -Device for measuring fracture and heartbeat transmission shaft (1 piece)- | | | |
| 3 | -HP- 3B (pump control )- | | | |
| 4 | -Air compressor AK- 50- | | | |
| 5 | - Ultrasonic device for washing filters ( small-size ) | | | |
| 6 | -Oil drain hose with gear – | | | |
| 7 | -Magazines preparing to fly helicopters (3 pcs.) - | | | |
| 8 | -Automatic pressure (AP-50)- | | | |
| 9 | - Pear Refills axial joints and bushings HB PB- | | | |
| 10 | - Exhaust pipes (1 left and 2 right) 1+1 | | | |
| 11 | -Diodes -20 pcs – | | | |
| | -Electrical panels with cables-10000$ each | | | |

**Total ……………..…….. $198,000.00**

**One Hundred & Ninety Eight Thousands USD**



info@Gatewaymena.com
Mobile: +201127999552

Mob.: +962 777 100 577 - +962 777 333 390    P.O Box 830699 Amman 11183  - Email: aldabbubin@gmail.com

4281 Express Lane. Suite E7505. Sarasota. Florida 34238

00078546                                                          Ghanem-00072443

Ghanem_Sentencing_00001064



# Bank Details:

**Invest Bank, Shmessani Branch.**
**43 Abdul Hamid Sharaf St.**
**P.O. Box 950601**
**Amman 11195 Jordan**
**Telephone: +9626 5001500**
**Fax+**

**Company Name: Gateway to MENA for**
**Logistics Services**
**Account USD # 00133000021662220001**
**IBAN Number:**
**JO19JIFB001003300021662220001**

**SWIFT: JIFBJOAM**

Mob.: +962 777 100 577  +962 777 333 390   P.O Box 830689 Amman 11183   Email: aldahoubim@gmail.com

4281 Express Lane. Suite E7505. Sarasota, Florida 54236



## COMMERCIAL INVOICE NO: 2015/ASF/15

| SOLD TO: | DELIVERY / CONSIGNEE: |
|---|---|
| **Kayan International Company** <br> **ABDELSALAM ALI** <br> Misurata, Kirzaz, Libya | **Kayan International Company** <br> **ABDELSALAM ALI** <br> Misurata, Kirzaz, Libya |

| Item | Descriptions of Goods | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|
| | Tools for L39 <br> **Apparatus for checking aneroid membrane devices КПУ-3 -** <br><br> **Device with swivel flange to drain the fuel from the fuel tank -** <br><br> **Control to check the tightness of the enclosure and the fuel system of the aircraft** | | $ 63,000 | $ 63,000 |
| | **Engine tool for engine AI-25TL - used in case of replacement of the engine, as well as the replacement of its various units (25.TL.1900.30) -;** <br><br> **Tool kit for engine AI-25TL - used during flight operations (25.TL.1900.010) -** <br> 6.Technical documentation for L 39 - <br><br> MIG -23 <br> 1) УЗО МЕС (34,8 кг) - <br> 2) ВИТ ЭФ-5 (34,8 кг) - | Total ........................ $63,000.00 <br><br> **Sixty Three Thousands USD** | | |





info@Gatewaymena.com
Mobile: +201127999552

Mob.: +962 777 100 577  428 Express Lane, Suite L7509, Sarasota, Florida 34238

00078549 Ghanem-00072443



# Bank Details:

**Invest Bank, Shmessani Branch.**
**43 Abdul Hamid Sharaf St.**
**P.O. Box 950601**
**Amman 11195 Jordan**
**Telphone: +9626 5001500**
**Fax+**

**Company Name: Gateway to MENA for**
**Logistics Services**
**Account USD # 00133000021662220001**
**IBAN Number:**
**JO19JIFB0010033000021662220001**

**SWIFT: JIFBJOAM**

Mob.: +962 777 100 577  +962 777 333 390    P.O Box 830699 Shmessni, 11183   Email: aldabouliro@gmail.com
4281 Express Lane. Suite E7503. Sarasota, Florida 34238

00078549                                                          Ghanem-00072443

Ghanem_Sentencing_00001068

00078551.pdf

Ghanem-00072443



## COMMERCIAL INVOICE NO: 000055

**PROFORMA INVOICE**

**No:**000055  **Date:** 14.5.2015

| CUSTOMER: | To: Kayan international Co. Mr. Abdualsalam Fakrun | SUPPLIER : | Gateway to MENA |
|---|---|---|---|
| Address: | Misurata - Republic of Libya Tel. +218 21481 2559 | Address: | P.O. Box  830589 Amman – Jordan 11183 |
| ID: | Gov. order | ID: | 200138167 |

| № | Code | Description of services/delivery | Measure | Quantity | Price in USD | Value |
|---|---|---|---|---|---|---|
| 1 | 2 | MiG 23 Canopy | Each | 1 | 87,000 | 87,000 |
| 2 | 7 | GPS for L 39 | Month | 4 | 2,500 | 10,000 |
| 3 | 3 | Electrical blocks for Mi 24 | Each | 2 | 89,000 | 178,000 |
| **AMOUNT:** | | | | | | USD 275,000 |
| **VAT :** | | | | | | **0.00** |
| **TOTAL:** | | | | | | USD 275,000.00 |
| **(Say):** Two Hundreds & Seventy Five USD | | | | | | |

**TERMS OF PAYMENT: wire transfer**          See below the Bank details

Place of issue: Amman                    Issuer and responsible for the operation: Rami
                                    Signature: Identification code - 0011

Recipient:

          (signature)

info@Gatewaymena.com
Mobile: +962 777 100577

**4281 Express Lane. Suite L7503. Sarasota, Florida 34238**

**Mob.: +962 777 100 577   -   +962 777 333 390    P.O Box 830589  Amman 11183   Email: aldaboubim@gmail.com**

00078553.pdf

Ghanem-00072443



## COMMERCIAL INVOICE NO: 000043

**PROFORMA INVOICE**

**No:**000043  **Date:** 14.5.2015

| CUSTOMER: | Ministry of Defense | SUPPLIER: | Gateway to MENA |
|---|---|---|---|
| Address: | Tripoli  Republic of Libya Tel. +218 21481 2559 Fax: +218 21 481 1214 | Address: | P.O. Box  830589 Amman – Jordan 11183 |
| ID: | Gov. order | ID: | 200138167 |

| № | Code | Description of services/delivery | Measure | Quantity | Price in USD | Value |
|---|---|---|---|---|---|---|
| 1 | 2 | Service and Operational crew for L39  aircraft | Person | 5 x 90 days | 570,000 | 570,000.00 |
|  |  |  |  |  |  |  |

| AMOUNT: VAT : TOTAL: | 570,000.00 0.00 USD 570,000.00 |
|---|---|
| **(Say):** Five Hundreds & Seventy  thousand USD | |

**TERMS OF PAYMENT: wire transfer**                    **See below the Bank details**

Place of issue: Amman                    Issuer and responsible for the operation: Rami

Signature: Identification code - 0011

Recipient:

(signature)

info@Gatewaymena.com
Mobile: +962 777 100577

**4281 Express Lane. Suite L7503. Sarasota, Florida 34238**

**Mob.: +962 777 100 577  -  +962 777 333 390    P.O Box 830589  Amman 11183    Email: aldaboubim@gmail.com**

00078554                                                 Ghanem-00072443

Ghanem_Sentencing_00001072

00078555.pdf

Ghanem-00072443

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   807

DATE _____ IDEN.

DATE_____ EVID.

BY _____
DEPUTY CLERK
AO 386

| | |
|---|---|
| **From:** | mohammad aldaboubi <mdaboubi@hotmail.com> |
| **Sent:** | Sunday, July 12, 2015 5:27 AM |
| **To:** | Rami Ghanem <ramithe@gmail.com> |
| **Subject:** | Fwd: new Invoices |
| **Attach:** | Invoice for F1 parts.pdf; Message Text; Crew Invoice 2nd term.pdf; Message Text |

Sent from my iPhone

Begin forwarded message:

> **From:** "Rami Ghanem" <ramithe@gmail.com>
> **To:** mdaboubi@hotmail.com
> **Subject: new Invoices**

### *Rami Ghanem*

### *Gateway to MENA. (GTM)*

Egypt Office
Complex 133, Building 7, Apartment 32
Al Rehab City, Cairo  Egypt
Iternational #: +37282432246
Telephone# 00201127999552
Jordan Office

Tel: 962 6 5685624
Fax: 962 6 5685625
**ramithe@gmail.com**  or  rami@caravaname.com
US Telephone: 772 675-4363     Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender: do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive

Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...



## COMMERCIAL INVOICE NO: 2015/ LAA/23
### Saturday, June 13, 2015

**SOLD TO:**
Libyan Air Academy
Misurata - Libya

**DELIVERY / CONSIGNEE:**
Libyan Air Academy
Misurata - Libya

| Item | Descriptions of Goods | Quantity | Unit Price € | Total Amount € |
|------|----------------------|----------|--------------|----------------|
| 1 | F1 Oxygen Regulators | 2 | 95,000 Euro | 190,000. Euro |
| 2 | F1 Anti G Valves the O2 Regulators | 2 | 78,000 Euro | 156,000. Euro |

Total ……………..……€ 346,000.00 EURO

Three Hundred & Forty Six  Thousands Euro



info@Gatewaymena.com
Mobile: +201127999552

**4281 Express Lane. Suite L7503. Sarasota, Florida 34238**

Mob.: +962 777 100 577  -  +962 777 333 390   P.O Box 830589  Amman 11183   Email: aldaboubim@gmail.com



# Bank Details:

**Invest Bank, Shmessani Branch.**
**43 Abdul Hamid Sharaf St.**
**P.O. Box 950601**
**Amman 11195 Jordan**
**Telphone: +9626 5001500**
**Fax+**

**Company Name: Gateway to MENA for**
**Logistics Services**
**Account USD # 0013300021662220001**
**IBAN Number:**
**JO19JIFB0010033000021662220001**

**SWIFT: JIFBJOAM**

**4281 Express Lane. Suite L7503. Sarasota, Florida 34238**

Mob.: +962 777 100 577 - +962 777 333 390 P.O Box 830589 Amman 11183 Email: aldaboubim@gmail.com



# COMMERCIAL INVOICE NO: 2015/ AFA/21
### Saturday, June 13, 2015

**SOLD TO:**
**Libyan Air Academy**
**Misurata - Libya**

**DELIVERY / CONSIGNEE:**
**Libyan Air Academy**
**Misurata - Libya**

| Functional | Measure | Quantity | Total Salary price per 3 month in USD |
|---|---|---|---|
| Complete team for service and operational crew for Mi 24 Helicopter | Person | 9 X 90 days | 584,720 |
| Mobilization Fees | 1 | 50,000 | 50,000 |
| Other Expenses | 1 | 98,000 | 98,000 |
| Air Tickets & Hotel One night in Kiev | 10 | 1,150 | 11,500 |
| Total amount for 3 months ( Seven Hundred  & Forty Four Thousands & Two Hundred and twenty USD) | | | $ 744,220.00 |



info@Gatewaymena.com
Mobile: +37282432246

Mob.: +962 777 100 577   -   +962 777 333 390     P.O Box 830589  Amman 11183    Email: aldaboubim@gmail.com
**4281 Express Lane. Suite L7503. Sarasota, Florida 34238**

00077633                                                              Ghanem-00072443

Ghanem_Sentencing_00001079



## Bank Details:

**Invest Bank, Shmessani Branch.**
**43 Abdul Hamid Sharaf St.**
**P.O. Box 950601**
**Amman 11195 Jordan**
**Telphone: +9626 5001500**
**Fax+**

**Company Name: Gateway to MENA for Logistics Services**
**Account USD # 00133000021662220001**
**IBAN Number:**
**JO19JIFB00100330000216622200001**

**SWIFT: JIFBJOAM**

Mob.: +962 777 100 577  -  +962 777 333 390    P.O Box 830589  Amman 11183   Email: aldaboubim@gmail.com
**4281 Express Lane. Suite L7503. Sarasota, Florida 34238**

00077633                                                          Ghanem-00072443

Ghanem_Sentencing_00001080

00077635.pdf

Ghanem_Sentencing_00001081

Ghanem-00072443

CASE NO.   CR 15-0704 (A)-SJO

     UNITED STATES OF AMERICA
VS.     GHANEM

PLAINTIFF'S EXHIBIT     808

DATE _____IDEN.

DATE_____EVID.

BY _____
          DEPUTY CLERK
AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
| Sent: | Tuesday, July 14, 2015 6:22 AM |
| To: | Salam <fakrun1@gmail.com> |
| Subject: | 2 Invoices |
| Attach: | L39 Invoice 3rd.pdf; ASF L39 tools Invoice.pdf |

**Rami Ghanem**

## Gateway to MENA. (GTM)

**Egypt Office**
Complex 133, Building 7, Apartment 32
Al Rehab City, Cairo  Egypt
Iternational #:  +37282432246
Telephone# 00201127999552
**Jordan Office**

Tel: 962 6 5685624
Fax: 962 6 5685625
**ramithe@gmail.com**  or  rami@caravaname.com
US Telephone: 772 675-4363    Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...



## COMMERCIAL INVOICE NO: 000093

**PROFORMA INVOICE**

**No:**000093  **Date:** 14.7.2015

| | | | |
|---|---|---|---|
| **CUSTOMER:** | Ministry of Defense | **SUPPLIER:** | Gateway to MENA |
| **Address:** | Tripoli  Republic of Libya Tel. +218 21481 2559 Fax: +218 21 481 1214 | **Address:** | P.O. Box  830589 Amman – Jordan 11183 |
| **ID:** | Gov. order | **ID:** | **200138167** |

| № | Code | Description of services/delivery | Measure | Quantity | Price in USD | Value |
|---|---|---|---|---|---|---|
| 1 | 2 | Service and Operational crew for L39  aircraft For the period of July August & September | Person | 5 x 90 days | 570,000 | 570,000.00 |
| **AMOUNT:** | | | | | 570,000.00 | |
| **VAT :** | | | | | **0.00** | |
| **TOTAL:** | | | | | USD 570,000.00 | |
| **(Say):** Five Hundreds & Seventy  thousand USD | | | | | | |

---

**TERMS OF PAYMENT: wire transfer**                    **See below the Bank details**

Place of issue: Amman                    Issuer and responsible for the operation: Rami
                                        Signature: Identification code - 0011

Recipient:

(signature)

info@Gatewaymena.com
Mobile: +962 777 100577

**4281 Express Lane. Suite L7503. Sarasota, Florida 34238**

**Mob.: +962 777 100 577  -  +962 777 333 390   P.O Box 830589  Amman 11183   Email: aldaboubim@gmail.com**



## COMMERCIAL INVOICE NO: 2015/ ASF/15

**SOLD TO:**
**Kayan International Company**
**ABDELSALAM ALI**
**Misurata, Kirzaz. Libva**

**DELIVERY / CONSIGNEE:**
**Kayan International Company**
**ABDELSALAM ALI**
**Misurata, Kirzaz. Libva**

| Item | Descriptions of Goods | Quantity | Unit Price | Total Amount |
|------|-----------------------|----------|------------|--------------|
| 1 | Device with pressure gauge for check of main fuel tank | 1 Piece | | |
| 2 | Device with pressure gauge for check of tip and underwing tanks. | 1 Piece | | |
| 3 | Device for Checking Air-index indicators | 1 Piece | | |
| 4 | Fuel Hoses of high pressure for two aircraft. | | $ 63,000 | $ 63,000 |
| 5 | Gaskets:<br>Fuel system •<br>Oil System •<br>Hydraulic system •<br>Promoter system •<br>Saphir – 5 •<br>Cabin Sealing •<br>Condition system • | | | |
| 6 | Books for various system of engine, aircraft, rescue. | 6 Pieces | | |
| 7 | Books about various work of aircraft, engine, rescue system. | 1 Piece | | |

Total …………….…….. $63,000.00

**Sixty Three Thousands USD**

Mob.: +962 777 100 577   +962 777 333 390   P.O Box 830699 Amman. 11183   Email: aldahoubim@gmail.com

428T Express Lane. Snte L7 505. Sarasota, Florida 34238

00077554                                                                          Ghanem-00072443

Ghanem_Sentencing_00001085






info@Gatewaymena.com
Mobile: +201127999552

# Bank Details:

**Invest Bank, Shmessani Branch.**
**43 Abdul Hamid Sharaf St.**
**P.O. Box 950601**
**Amman 11195 Jordan**
**Telephone: +9626 5001500**
**Fax+**

**Company Name: Gateway to MENA for**
**Logistics Services**
**Account USD # 00133000021662220001**
**IBAN Number:**
**JO19JIFB00100330000021662220001**

**SWIFT: JIFBJOAM**

Mob.: +962 777 100 577   +962 777 333 390    P.O Box 830699 Amman, 11183    Email: aldahoubim@gmail.com
4281 Express Lane. Snte E7503. Sarasota, Florida 34238

00077554                                                                  Ghanem-00072443

Ghanem_Sentencing_00001086

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   809

DATE _____ IDEN.

DATE _____ EVID.

BY _____

DEPUTY CLERK

AO 386

| | |
|---|---|
| **From:** | Bill Grigor <office.gb.defence@gmail.com> |
| **Sent:** | Tuesday, August 4, 2015 8:34 AM |
| **To:** | Rami Ghanem <Ramithe@gmail.com> |
| **Subject:** | Report |
| **Attach:** | Full report 2.docx |

30.07.2015

INCOMING TRANSFERS : 799 050 $ (07.05.2015) + 238 000$ (04.06.2015) = 1 037 050 $

OUTGOING TRANSFERS :

1) Serbia - arrived to them 50 000 $ + bank transfer fee 90 $ + bank service fee (0,3%) 150 $ = 50 240 $
2) Ecuador - arrived 100 000 $ + bank transfer fee 684,25 $ + bank service fee (0,3%) 300 $ = 100 984,25 $
3) Sallary MI 24 + pocket money - 145 600 $
4) Sallary L 39 + pocket money - 93 500 $
5) Insuarance - 3 250 *7 = 22 750 $ + 3 % = 23 432 $
6) Debt for Ecuador - 6630 $ - 1800 ( cash Libya ) = 4 830 $
7) Israel transfer : 20 000 $ + bank fee transfer 115 $ + bank service 60 $ =20 175 $
8) Moscow cash payment : 18 000 $ + 3,25 % (cash service) = 18 585 $
9) Tickets Ecuador – Istanbul ( technicians) = 2* 1367 euro = 2 734 euro = 3 065 $ + 3% = 3 157 $
10) Tickets Istanbul – Ecuador ( body technician) = 1 115 euro = 1 249 $ + 3% = 1 287 $
11) Sallary for 2 new technicians : 20 000 $ + bank transfer fee 230 $ + bank service 60 $ = 20 290 $
12) Sallary Borys : 20 000 $ + bank transfer fee 120 $ + bank service 60 $ = 20 180 $
13) Sallary L 39 + pocket money : 92 400 $
14) Ticket Istanbul – Chisinau : 160 $
15) Turkey 01.06 -05.06 : 1490 $
16) Sallary for 4 technicians F1 : 40 000 $ + bank transfer fee 460 $ + bank service 120 $ = 40 580 $
17) Sallary for 5 technicians F1 : 50 000 $ + bank transfer fee 575 $ + bank service 150 $ = 50 725 $
18) Sallary for injured technician F1 : 10 000 $ + bank transfer fee 115 $ + bank service 30 $ = 10 145 $
19) Sallary for Borys F1 : 16 180 $ + bank transfer fee 115 $ + bank service 50 $ = 16 345 $
20) Tickets for Borys go-back : 3 350 euro = 3 765 $ + 3% = 3 878 $
21) Transfer for China ( Freddy ) : 930 $ + 3 % = 958 $
22) Company + account + bank service ( Whitebrix LP) : 10 500 euro = 11 815 $ + bank fee 115 $ = 11 930 $
23) Visit to Riga ( hotel + tickets + food ) = 1 325 $
24) Last visit to Sofia ( fruits delivery + ammo company ) : hotel 875 $ + oil 300 $ + green card 60 $ + other 175 $
= 1 410 $ + 3% = 1 452 $
25) Sallary L 39 + pocket money : 92 400 $
26) Paid for lost tickets L 39 : 1 200 $ - 53 % = 564 $
27) Tickets L 39 Istanbul – Kharkov ( 29.07.2015) : 5* 270 euro = 1 350 euro = 1 518 $ +3 % = 1 565 $
28) Visit to Istanbul and Budapest are not included because of No Result

Total on the banking account for 30.07.2015 : 208 873 $

Ghanem_Sentencing_00001089

Rami cash for 07.05.2015 : 45 200 $

Incoming cash :

1) MI 24 : 26 200 $
2) L 39 : 18 500 $
3) L 39 : 18 500 $
4) L 39 : 18 500 $

Paid :

1) Simtravel : 200 $
2) David : 2 000 $
3) Vladimir problem way : 250 $
4) Vladimir problem guys : 1 100 $ ( 1st time) + 700 $ (2nd time) = 1 800 $
5) Tickets Rome – Gabon – Uganda : 1 464 $
6) Tickets Uganda – Istanbul : 744 $
7) Tickets Moldova – Istanbul : 147 $
8) Omar Egypt : 10 500 $
9) Uganda hotel : 2 280 $
10) Uganda ( meal + taxi ) : 350 $
11) Simtravel : 200 $
12) Omar problem guy ( 2 Bottles Hennessey) : 500 $
13) Sister in law  treatment Lebanon : 5 000 $
14) Passport for special school guys : 1 000 $
15) New passport Ukraine : 22 000 $
16) Bulgary Ammo company : 19 500 $
17) Docs for ammo company ( translation + DHL) : 136 $

Total RG cash : 58 830 $

CASE NO. __CR 15-0704 (A)-SJO__

_____UNITED STATES OF AMERICA_____
VS. ____GHANEM____

PLAINTIFF'S EXHIBIT ____810____

DATE _____IDEN.

DATE_____EVID.

BY _____
              DEPUTY CLERK
AO 386

| | |
|---|---|
| **From:** | Alexei Alexei <office.hartford@gmail.com> |
| **Sent:** | Friday, September 4, 2015 8:36 AM |
| **To:** | Rami Ghanem <ramithe@gmail.com> |
| **Subject:** | Fwd: report |
| **Attach:** | report 04.09.2015.doc |

Good afternoon Dear Brother
Please see attached file with financial report on 04.09.2015

Have a nice day

Ghanem-00072443

04.09.2015

**Total on the banking account for 30.07.2015 : 208 873 $**

**INCOMING TRANSFERS : 160 000 $ (02.09.2015)**

**OUTGOING TRANSFERS :**
1) **Sallary  L-39 – 80 000 $**
2) **Round – trip tickets F1 team – 18 584 $ + 3% = 19 140 $**
3) **F1 team hotel and shuttle = 320 $ + 3% = 330 $**
4) **Tickets L 39 team – 1380 $ + 3% = 1 421 $**

**Total on the banking account for 04.09.2015 : 267 982 $**

**Rami cash for 30.07.2015 : 58 830 $**

**Incoming cash :**
1) L 39 : 19 000 $ ( no 3 % cash rate )

Paid:
1) Simtravel :  200 $
2) Egypt ( Omar ) : 70 000 $
3) Bulgary delivery trip:  425 $ ( way fee ) + 630 $ ( hotel ) = 1 055 $
4) Kiev trip :  160 $ ( way fee ) + 136 $ ( hotel ) = 296 $

Total RG cash for 04.09.2015  : 6 280 $

Ghanem-00072443

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   811

DATE _____ IDEN.

DATE_____ EVID.

BY _____
DEPUTY CLERK
AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|---|---|
| Sent: | Monday, November 30, 2015 12:46 AM |
| To: | mohammad almufleh <mdaboubi@hotmail.com> |
| Subject: | New Invoices |
| Attach: | F1 new Invoice.pdf; L39 new Invoice.pdf |

**Rami Ghanem**

**Gateway to Egypt. (GTE)**
Complex 133, Building 7, Apartment 32
Al Rehab City, Cairo  Egypt
Telephone# 00201127999552
Iternational #: +37282432246
Jordan Office

Tel: 962 6 5685624
Fax: 962 6 5685625
**ramithe@gmail.com**  or  rami@caravaname.com
US Telephone: 772 675-4363     Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential anc/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...



## COMMERCIAL INVOICE NO: 000162

**PROFORMA INVOICE**

**No:**000162  **Date:** 20.11.2015

| **CUSTOMER:** | Ministry of Defense | **SUPPLIER:** | Gateway to MENA |
|---|---|---|---|
| **Address:** | Tripoli  Republic of Libya Tel. +218 21481 2559 Fax: +218 21 481 1214 | **Address:** | P.O. Box  830589 Amman – Jordan 11183 |
| **ID:** | Gov. order | **ID:** | 200138167 |

| № | Code | Description of services/delivery | Measure | Quantity | Price in USD | Value |
|---|---|---|---|---|---|---|
| 1 | 2 | Service and Operational crew for F1  aircraft | Person | 6 x 90 days | 1,800,000 | 1,800,000.00 |
| | | | | | | |

| | |
|---|---|
| **AMOUNT:** | 1,800,000.00 |
| **VAT :** | **0.00** |
| **TOTAL:** | USD 1,800,000.00 |
| **(Say):** One Million Eight hundred  thousand USD | |

---

**TERMS OF PAYMENT: wire transfer**                    **See below the Bank details**

---

Place of issue: Amman                    Issuer and responsible for the operation: Rami

Signature: Identification code - 0011

Recipient:

(signature)

info@Gatewaymena.com
Mobile: +962 777 100577

**4281 Express Lane. Suite L7503. Sarasota, Florida 34238**

**Mob.: +962 777 100 577   -   +962 777 333 390   P.O Box 830589  Amman 11183   Email: aldaboubim@gmail.com**

00073319                                                    Ghanem-00072443



## COMMERCIAL INVOICE NO: 000153

**PROFORMA INVOICE**

**No:**000153  **Date:** 20.11.2015

| CUSTOMER: | Ministry of Defense | SUPPLIER: | Gateway to MENA |
|---|---|---|---|
| Address: | Tripoli  Republic of Libya Tel. +218 21481 2559 Fax: +218 21 481 1214 | Address: | P.O. Box  830589 Amman – Jordan 11183 |
| ID: | Gov. order | ID: | 200138167 |

| № | Code | Description of services/delivery | Measure | Quantity | Price in USD | Value |
|---|---|---|---|---|---|---|
| 1 | 2 | Service and Operational crew for L39  aircraft | Person | 5 x 90 days | 690,000 | 690,000 |
|  |  |  |  |  |  |  |

| | |
|---|---|
| **AMOUNT:** | 690,000.00 |
| **VAT :** | **0.00** |
| **TOTAL:** | USD 690,000.00 |
| **(Say):** Six Hundreds & ninety  thousand USD | |

---

**TERMS OF PAYMENT: wire transfer**          **See below the Bank details**

Place of issue: Amman                    Issuer and responsible for the operation: Rami

Signature: Identification code - 0011

Recipient:

(signature)

info@Gatewaymena.com
Mobile: +962 777 100577

**4281 Express Lane. Suite L7503. Sarasota, Florida 34238**

**Mob.: +962 777 100 577  -  +962 777 333 390    P.O Box 830589  Amman 11183    Email: aldaboubim@gmail.com**

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA

VS.   GHANEM

PLAINTIFF'S EXHIBIT   812

DATE _____ IDEN.

DATE_____ EVID.

BY _____

DEPUTY CLERK

AO 386

| | |
|---|---|
| **From:** | Alexei Alexei <office.hartford@gmail.com> |
| **Sent:** | Thursday, December 3, 2015 8:21 AM |
| **To:** | Rami Ghanem <ramithe@gmail.com> |
| **Subject:** | Fwd: report |
| **Attach:** | report november.doc |

01.12.2015

**Total on the banking account for 01.12.2015: 121 976 $**

**INCOMING TRANSFERS: 0 $**

**OUTGOING TRANSFERS:**

    1)  Salary  L-39 : 80 000 $

**Total on the banking account for 01.12.2015: 41 976 $**

    Rami cash for 15.11.2015: 55 700 $

Incoming cash :

    1)  L 39 : 19 000 $ - 3 % = 18 500 $

Paid:

    1)  G&B Defence ( October, November , December ) – 1345 $
        1.1 Accounting company ( G&B Defence – Bulgary) – 3 * 275$ = 825 $ ( Ghanem – 410 $; Banari – 425 $)
        1.2 Salary for director (G&B Defence – Bulgary) – 3 * 450 $ = 1 350 $ (Ghanem – 675 $; Banari – 675 $)
        1.3 Taxes (G&B Defence – Bulgary) – 3* 175 $ = 525 $ (Ghanem – 260 $; Banari – 265 $)

Total RG cash for 01.12.2015: 72 855 $

CASE NO.  CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.  GHANEM

PLAINTIFF'S EXHIBIT  813

DATE _____ IDEN.

DATE_____ EVID.

BY _____
DEPUTY CLERK

AO 386

| | |
|---|---|
| **From:** | Rami Ghanem <ramithe@gmail.com> |
| **Sent:** | Tuesday, November 18, 2014 6:54 PM |
| **To:** | Mohd <aldaboubim@gmail.com> |
| **Subject:** | Emailing: Doroob 9Invoice.pdf, Crew Invoice.pdf |
| **Attach:** | Crew Invoice.pdf; Doroob 9Invoice.pdf |

Boss,

Attached 2 invoices, one to use as a cover for the money transfer and the 2nd one the original invoice for the services.

Regards

Your message is ready to be sent with the following file or link attachments:

Doroob 9Invoice.pdf
Crew Invoice.pdf

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments.  Check your e-mail security settings to determine how attachments are handled.

<<...>> <<...>>

00095693                                                                Ghanem_00000241



## COMMERCIAL INVOICE NO: 2014/ASF/81

**SOLD TO:**
Libyan Air Academy
Tripoli. Libya

**DELIVERY / CONSIGNEE:**
Libyan Air Academy
Tripoli. Libya

2014/11/19

| Functional | QTY | Fees to be paid once per contract | Salary price per month in USD | Total Salary price per 3 month in USD |
|---|---|---|---|---|
| Captain | 2 | X | 19,885 | 119310 |
| Co Pilot | 2 | X | 18,744 | 112464 |
| Flight Engineer | 2 | X | 18,744 | 112464 |
| Had engineer for Engine and Arms | 1 | X | 18,856 | 56,568 |
| Engine Technician | 1 | X | 15,314 | 45,941 |
| **Radio and Avionic Technician** | 1 | X | 15,314 | 45,941 |
| Arms Technician | 1 | X | 15,314 | 45,941 |
| Per Diem (daily for each function) | 10 | 45,000 | | 45,000 |
| Translation additional amount per 3 months | 1 | 150 | X | 150 |
| Mobilization Fees | 1 | 50,000 | X | 50,000 |
| Other Expenses | 1 | 98,000 | X | 98,000 |
| Air Tickets & Hotel One night in Kiev | 10 | 1,150 | X | 11,500 |
| Total amount for 3 months ( Seven Hundred  & Forty Four Thousands & Two Hundred and twenty USD) | | | | **$ 744,220.00** |



RAMI  GHANEM

info@Gatewaymena.com
Mobile: +201127999552

100 577428 Express Lane, Suite 17505, Sarasota, Florida 34238 , Email: oldahoubiry@gmail.com

00095694                                                                    Ghanem_00000241

Ghanem_Sentencing_00001103



## Bank Details:

**Invest Bank, Shmessani Branch.**
**43 Abdul Hamid Sharaf St.**
**P.O. Box 950601**
**Amman 11195 Jordan**
**Telephone: +9626 5001500**
**Fax+**

**Company Name: Gateway to MENA for**
**Logistics Services**
**Account USD # 00133000021662220001**
**IBAN Number:**
**JO19JIFB0010033000021662220001**

**SWIFT: JIFBJOAM**

Mob.: +962 777 100 577 / 962 777 333 390 , P.O.Box 820599 Amman 11183 , Email: aldahouhjo@gmail.com

428 Express Lane. Suite 27503. Sarasota, Florida 34238



## COMMERCIAL INVOICE NO: 2014/ ASF/83
Nov. 17th 2014

| SOLD TO: | DELIVERY / CONSIGNEE: |
|---|---|
| **Doroob Vehicles Import Company** | **KDoroob Vehicles Import Company** |
| . | . |
| **Misurata, Kirzaz.  Libya** | **Misurata, Kirzaz.  Libya** |

| Item | Descriptions of Goods | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|
| 1 | **2014 Toyota Hilux** Warranty: Warranty Available Transmission: Automatic, Engine: 4.0L V6 DOHC, Exterior Color: black, Fuel Type: Diesel **Features & Options Ext / Int Color Luxury Features** Air Conditioning, Clock, Cruise Control Tachometer, Telescoping Steering Wheel Tilt Steering Wheel **Power Equipment,** Power Locks, Power Mirrors, Power Steering, Power Windows **Safety Features** Anti-Lock Brakes, Intermittent Wipers **Interior,** Cloth Seats **Audio / Video,** Factory System, AM/FM, CD Player **Additional Features,** Cup Holders, Night Vision Sliding Rear Window, Bedliner, Child Proof Door Locks, Vanity Mirrors, Front Reading Lights, Front Wheel Independent Suspension , 5 Passenger Seating, Bucket Seats, Lumbar Support, Multiple Airbags, Ventilated Front Disc Brakes | 30 | $ 24,808.00 | $ 744,240.00 |

**Total ……………..…… $ 744,240.00**

.

( Seven Hundred & Forty Four Thousands & Two Hundred and twenty USD)



RAMI GHANEM

info@Gatewaymena.com
Mobile: +201127999552

Mob.: +962 777 100 577 428 Express Lane Suite E77003. Sarasota, Florida 34238 +002 777 333 330 , P.O. Box 830099 Amman, 11183 , Email aldahoubing@gmail.com



## Bank Details:

**Invest Bank, Shmessani Branch.**
**43 Abdul Hamid Sharaf St.**
**P.O. Box 950601**
**Amman 11195 Jordan**
**Telephone: +9626 5001500**
**Fax+**

**Company Name: Gateway to MENA for**
**Logistics Services**
**Account USD # 00133000021662220001**
**IBAN Number:**
**JO19JIFB0010033000021662220001**

**SWIFT: JIFBJOAM**

Mob.: +962 777 100 577   428 Express Lane, Suite 27503, Sarasota, Florida 34238   +962 777 333 390   P.O. Box 830699 Shmessani 11183   Email: aldahoubim@gmail.com

CASE NO. __CR 15-0704 (A)-SJO__

_____UNITED STATES OF AMERICA_____
VS. ____GHANEM__

PLAINTIFF'S EXHIBIT ____814__

DATE _____ IDEN.

DATE_____ EVID.

BY _____
                DEPUTY CLERK
AO 386

From:       Ahmad Qardan
To:         'Rami Ghanem'; aldaboubim@gmail.com
Sent:       11/25/2014 10:39:39 PM
Subject:    RE: Invoice for Transfer

Dear Rami,

All noted well, kindly note that you just received another transfer of 344,194 USD, kindly provide us with the invoice related.

Regards

Ahmad

From: Rami Ghanem [mailto:ramithe@gmail.com]
Sent: Tuesday, November 25, 2014 6:24 PM
To: Ahmad Qardan; aldaboubim@gmail.com
Subject: RE: Invoice for Transfer

Sorry Ahmad I was traveling and did not have the chance to send you a copy of the Invoice, as for the customer we are starting our work with them in December, I am trying to have the trainers ready for the deploying by Sunday to Misurata, we will be invoicing our customer once each month for our work.

The bank is asking to have a copy of our invoice (please see a copy but you have to promise me that our documents will not be distributed to anybody ales, Gen. Mohammad can explain to you his concern.

Thanking you in advance for your great support.

Best Regards

*Rami Ghanem*

Gateway to MENA. (GTM)
Egypt Office
Complex 122, Building 16, Apartment 42
Al Rehab City, Cairo  Egypt
Telephone# 00201127999552
Jordan Office

Tel: 962 6 5685624
Fax: 962 6 5685625
**ramithe@gmail.com**  or  rami@caravaname.com
US Telephone: 772 675-4363   Skype **Address: caravaname**

Ghanem_00068027_01884524

Ghanem_Sentencing_00001108

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

**From:** Ahmad Qardan [mailto:Ahmad.Qardan@investbank.jo]
**Sent:** Monday, November 24, 2014 9:13 AM
**To:** aldaboubim@gmail.com; Rami Ghanem (ramithe@gmail.com); 'Rami N Ghanem'
**Subject:** Invoice for Transfer

Dear's

Compliance just called me notifying about the arrival of the transfer, kindly and its important to send the selling invoice that will be delivered to your customer in Libya, as we have your buying invoice, contract, and now the selling invoice is needed to close the deal circle kindly provide as soon as possible.

Best Regards

Ahmad

Ghanem_00068027_01884525

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.    GHANEM

PLAINTIFF'S EXHIBIT    815

DATE _____ IDEN.

DATE _____ EVID.

BY _____
          DEPUTY CLERK
AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|---|---|
| Sent: | Wednesday, November 26, 2014 6:53 AM |
| To: | Ahmad Qardan <Ahmad.Qardan@investbank.jo> |
| Subject: | Copy of the letters |
| Attach: | IMG-20141126-WA0031.jpg; IMG-20141126-WA0030.jpg |

Dear Ahmad,

You are kindly requested to see attached files which contain the 2 letters from Tebadot General Trading LLC, clarifying that the money transfer was in behalf of our customer M/S DOROB Co. in Libya.

I hope this will end the situation and we all can carry on doing business without any extra thoughts about the transaction.

Thanking you in advance for your continuous support.

Best Regards

**Rami Ghanem**

**Gateway to MENA. (GTM)**

**Egypt Office**
Complex 122, Building 16, Apartment 42
Al Rehab City, Cairo  Egypt
Telephone# 00201127999552
**Jordan Office**

Tel: 962 6 5685624
Fax: 962 6 5685625
**ramithe@gmail.com**  or  rami@caravaname.com
US Telephone: 772 675-4363    Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

Ghanem_00000241



TO:

GATE WAY TO MENA FOR LOGISTIC

Date:26.11.2014

SUBJ: TT USD 344,240.00

DEAR SIR,

WE WOULD LIKE TO INFORM YOU THAT WE MADE THE ABOVE
MENTION TT FOR THE ON BEHALF OF THE FOLLOWING: -
AL DOROB CO - LIBYA

THANKS

BEST REGARDS

TEBADOT GENERAL TRADING LLC



تليفون : ٢٢٩٢٦٩٤ ٤ ٩٧١+، متحرك:٦٦٥٤٩٠٩ ٥٥ ٩٧١+، فاكس: ٢٢٩٢٦٩٥ ٤ ٩٧١+ ، ص.ب: ٣٨١٣٦٢ ، ديرة ، دبي - أ.ع.م.
Tel.: +971 4 2292694, Mob: +971 55 6654909, Fax: +971 4 2292695, P.O.Box:381362, Deira, Dubai - U.A.E.
E-mail:tebadotgt@gmail.com



TO:

GATE WAY TO MENA FOR LOGISTIC

Date:26.11.2014

SUBJ: TT USD 400,000.00 (DATED  23-11-2014)

DEAR SIR,

WE WOULD LIKE TO INFORM YOU THAT WE MADE THE ABOVE
MENTION TT FOR THE ON BEHALF OF THE FOLLOWING: -

AL DOROB CO - LIBYA

THANKS

BEST REGARDS

TEBADOT GENERAL TRADING LLC




تليفون : ٩٧١ ٤ ٢٢٩٢٦٩٤ +متحرك: ٩٧١ ٥٥ ٦٦٥٤٩٠٩ + فاكس: ٩٧١ ٤ ٢٢٩٢٦٩٥+ ، ص.ب: ٣٨١٣٦٢ ، ديرة ، دبي - أ.ع.م.

Tel.: +971 4 2292694, Mob: +971 55 6654909, Fax: +971 4 2292695, P.O.Box:381362, Deira, Dubai - U.A.E.

E-mail:tebadotgt@gmail.com

CASE NO. __ CR 15-0704 (A)-SJO

_____ UNITED STATES OF AMERICA _____
VS. _____ GHANEM

PLAINTIFF'S EXHIBIT ____ 816 ____

DATE _____ IDEN.

DATE_____ EVID.

BY _____
             DEPUTY CLERK
AO 386

| From: | Rami Ghanem S4 <ramithe@gmail.com> |
|---|---|
| Sent: | Tuesday, February 3, 2015 8:06 AM |
| To: | Rami Ghanem <ramithe@gmail.com> |
| Subject: | WhatsApp Chat with محمد الدبوبي |
| Attach: | WhatsApp Chat wi th محمد الدبوبي.txt |

Chat history is attached as "WhatsApp Chat with محمد الدبوبي.txt" file to this email.

Sent from Samsung Mobile.

Ghanem-00000241

Oct 18, 2014, 2:15 PM - ‫محمد الدبوبي‬: <Media omitted>

Oct 18, 2014, 2:16 PM - ‫محمد الدبوبي‬: <Media omitted>

Oct 18, 2014, 2:16 PM - ‫محمد الدبوبي‬: <Media omitted>

Oct 18, 2014, 2:17 PM - ‫محمد الدبوبي‬: <Media omitted>

Oct 21, 2014, 11:35 PM - ‫محمد الدبوبي‬: <Media omitted>

Oct 21, 2014, 11:40 PM - ‫محمد الدبوبي‬: <Media omitted>

Oct 21, 2014, 11:42 PM - Rami N GHANEM: ⬛⬛

Oct 22, 2014, 9:14 PM - ‫محمد الدبوبي‬: <Media omitted>

Oct 22, 2014, 9:30 PM - ‫محمد الدبوبي‬: Where are you now

Oct 22, 2014, 10:37 PM - Rami N GHANEM: ‫ساس حالي زي شلايا الغنم‬

Oct 22, 2014, 10:38 PM - ‫محمد الدبوبي‬: ‫الصبر مفتاح الفرج‬

Oct 22, 2014, 10:40 PM - Rami N GHANEM: ‫يا رجال كنت داخل المطار بحكيلي محترم ومحترم داخل على العسكري عمان لمى شاف‬
‫الغنم شلايا باقي مع بره طلعني ليبيا حكيتله يدخلني وبده جوازي‬

Oct 22, 2014, 10:40 PM - Rami N GHANEM: ⬛⬛⬛⬛⬛

Oct 22, 2014, 10:42 PM - ‫محمد الدبوبي‬: ‫ما لقيت عماد بمكتب الليبيه‬

Oct 22, 2014, 10:42 PM - Rami N GHANEM: ‫مش قادر اصله‬

Oct 22, 2014, 10:42 PM - Rami N GHANEM: ‫وما برد على التلفون‬

Oct 22, 2014, 10:43 PM - Rami N GHANEM: <Media omitted>

Oct 22, 2014, 10:44 PM - ‫محمد الدبوبي‬: ‫ابعتله مسج‬

Oct 22, 2014, 10:44 PM - Rami N GHANEM: ‫تم الارسال وما برد‬

Oct 22, 2014, 10:45 PM - Rami N GHANEM: ‫يا استاذ عماد انا استاذك بالمطار ومش عارف اوصلك لو سمحت ترد علي وشكرا‬

Oct 22, 2014, 10:45 PM - ‫محمد الدبوبي‬: ‫انا بحاول احكي مع ابومالك شكله نايم‬

Oct 22, 2014, 10:55 PM - Rami N GHANEM: ‫مش مشكله الطائره بتقلع الساعه 3 صباحا‬

Oct 22, 2014, 10:58 PM - ‫محمد الدبوبي‬: ‫وطيارتنا تأخرت للساعه ٦‬

Oct 22, 2014, 10:59 PM - Rami N GHANEM: ‫يعني وضع اخو سته وستين ومطبله⬛⬛⬛‬

Oct 22, 2014, 11:00 PM - ‫محمد الدبوبي‬: ‫تاليها من يستر الله‬

Oct 22, 2014, 11:00 PM - Rami N GHANEM: ‫اليوم باشوات 7 مع روح المحارمه‬

Oct 22, 2014, 11:00 PM - Rami N GHANEM: ‫امين‬

المحارمه مين :الدبوبي محمد - Oct 22, 2014, 11:00 PM

محجوب للاستخبارات الاركان هيئة رئيس مساعد :Oct 22, 2014, 11:01 PM - Rami N GHANEM

الوقت عشان معك بتسلي :Oct 22, 2014, 11:01 PM - Rami N GHANEM

كمان ومين :الدبوبي محمد - Oct 22, 2014, 11:01 PM

Oct 22, 2014, 11:02 PM - Rami N GHANEM: <Media omitted>

اسم اول بالموضوع اشي أحسن :الدبوبي محمد - Oct 22, 2014, 11:04 PM

هذا مين :Oct 22, 2014, 11:04 PM - Rami N GHANEM

هوجلا جلاقه :الدبوبي محمد - Oct 22, 2014, 11:05 PM

وعقداء عمداء صفحات 7 :Oct 22, 2014, 11:05 PM - Rami N GHANEM

نتسلى خلينا ابعث :الدبوبي محمد - Oct 22, 2014, 11:05 PM

بالكوبرا كان الي الشركسي :Oct 22, 2014, 11:05 PM - Rami N GHANEM

هاكوز :الدبوبي محمد - Oct 22, 2014, 11:06 PM

الاولى الصفحه بس اياهم عندي ما :Oct 22, 2014, 11:06 PM - Rami N GHANEM

تنازلت اردنية لفتاه فيديو :Oct 22, 2014, 11:15 PM - Rami N GHANEM

والتكاليف الصالة و الذهب و المهر عن

من اجل التخفيف على زوجها!!

http://

الكذبه من اختفى الرابط..

مطعم على زوجته عازم واحد :Oct 22, 2014, 11:16 PM - Rami N GHANEM

بالقائمة ما أغلى فاختارت

: لها وقال زوجها عليها عصب

لو كنتي مع أبوكي حتطلبي كل هذا ..!!؟

قالت : طبعا لأ

قال : ليه؟

قالت : لأن أبوي مش قاعد يخطط ينيكني بعد العشاء ..

Oct 22, 2014, 11:54 PM - محمد الدبوبي: كيف وضعك

Oct 23, 2014, 12:26 AM - Rami N GHANEM: والحمد⌧⌧....الذفت زي ههههه سواه مكروه على يحمد لا الذي لله

Oct 23, 2014, 12:27 AM - Rami N GHANEM: ⌧⌧⌧

Oct 23, 2014, 12:28 AM - Rami N GHANEM: دخلت التواليت بطبوع الروح جيت اعملها على حالي ⌧I feel nuch better
⌧⌧

Oct 23, 2014, 2:00 AM - محمد الدبوبي: طمن

Oct 23, 2014, 2:15 AM - Rami N GHANEM: انا بداخل المطار

Oct 23, 2014, 8:45 AM - Rami N GHANEM: <Media omitted>

Oct 23, 2014, 8:45 AM - Rami N GHANEM: <Media omitted>

Oct 23, 2014, 8:45 AM - Rami N GHANEM: <Media omitted>

Oct 23, 2014, 8:45 AM - Rami N GHANEM: <Media omitted>

Oct 24, 2014, 11:46 PM - Rami N GHANEM: <Media omitted>

Oct 24, 2014, 11:57 PM - Rami N GHANEM: بين

Oct 27, 2014, 4:46 PM - محمد الدبوبي: n/


AERO Vodochody AEROSPACE a.s.


U Letiště 374

250 70 Odolena Voda

Tel: +420 255 761 111

E-mail: pr@aero.cz

AERO Vodochody AEROSPACE a.s.

Oct 27, 2014, 4:47 PM - محمد الدبوبي: Billing address


00090439

Ghanem-00000241-0003

EXCALIBUR ARMY spol. s.r.o.

Kodaňská ul. 521

101 00 Praha 10

http://www.excaliburarmy.com/en

Oct 27, 2014, 4:48 PM - محمد الدبوبي: http://www.aero.cz/en/

Nov 3, 2014, 2:49 PM - Rami N GHANEM: <Media omitted>

Nov 3, 2014, 2:49 PM - Rami N GHANEM: <Media omitted>

Nov 3, 2014, 2:49 PM - Rami N GHANEM: <Media omitted>

Nov 3, 2014, 2:49 PM - Rami N GHANEM: <Media omitted>

Nov 3, 2014, 2:49 PM - Rami N GHANEM: <Media omitted>

Nov 3, 2014, 2:49 PM - Rami N GHANEM: <Media omitted>

Nov 3, 2014, 3:50 PM - محمد الدبوبي: <Media omitted>

Nov 4, 2014, 7:55 AM - Rami N GHANEM: في شحمه مرته تذخت وجابت لدت !

فزعل وعصب كتير

قاثلها مرته شوه دكد ؟تسميها

قال هو وعصب : مايه صرم !!!

بعد شوي اجت هو يشابه المولوده الجديده قاثلها :

تعرف حياتي انه كهشتبي"ه" صرماتي!!

هههه ، لاه هذا حويان.. ديستهال.(😂😂)

😂😂😂😂😂

بردانه انا حبيبي حكثله الكركي جوز ها جنب نايمه وحده

حرام عليكي حطي حكالها

بردانه بعدني حكثله

حرام بكمان تغطي حكالها

الليل طول تحضني كانت بردانه اني احكي لماما اني كنت مااتزوجك قبل انا حكثله

😂😂 بهلليل امكي عند مابوديكي بتموتي لو قصدكي فهمت هسا 🤬 وامكي ابوكي ياملمكي حكالها

Nov 5, 2014, 12:40 AM - محمد الدبوبي: http://www.youtube.com/watch?v=OV3CK-zT7s0&feature=youtube_gdata_player

00090439

Ghanem-00000241-0004

Nov 5, 2014, 12:49 AM - Rami N GHANEM: اللهم صلي على سيد الخلق سيدنا وحبيبنا محمد عليه افضل الصلاة والسلام

Nov 8, 2014, 1:26 AM - Rami N GHANEM: <Media omitted>

Nov 8, 2014, 1:28 AM - Rami N GHANEM: <Media omitted>

Nov 8, 2014, 1:28 AM - Rami N GHANEM: <Media omitted>

Nov 8, 2014, 1:28 AM - Rami N GHANEM: <Media omitted>

Nov 8, 2014, 1:28 AM - Rami N GHANEM: <Media omitted>

Nov 8, 2014, 1:28 AM - Rami N GHANEM: <Media omitted>

Nov 8, 2014, 1:28 AM - Rami N GHANEM: <Media omitted>

Nov 8, 2014, 1:28 AM - Rami N GHANEM: <Media omitted>

Nov 8, 2014, 1:28 AM - Rami N GHANEM: <Media omitted>

Nov 8, 2014, 1:28 AM - Rami N GHANEM: <Media omitted>

Nov 8, 2014, 1:28 AM - Rami N GHANEM: <Media omitted>

Nov 8, 2014, 1:28 AM - Rami N GHANEM: <Media omitted>

Nov 13, 2014, 2:29 PM - Rami N GHANEM: Dear Rami,


We do have the Engineering Team ready to go, whenever you are ready, and consisting of trusted people (3 people total), to inspect these 2 units of '24s.

The inspection as such will take 10 days. The overall price is USD 49,600 plus you provide the following in the country at your expense:

- Ground transport from the airport, all local transport as will be required, and back to the airport upon completion of the inspection.

- Security escort if they need to go anywhere, and during the transport

- Accommodation in the Airbase instead of hotels

- Catering: 3 full meals per day p/person of European standard

- Arabic-Russian interpreter to be available all time

Please kindly advise if you wish to proceed with this offer, and, if so, when are we to plan the trip.

As for the flight crew, this, as I mentioned, is less of a problem, and we have them. To quote you however, we need to know: 1) exact types of missions and tasks; 2) who will be commanding them. This can't be any simpler, as the price of mission types vary significantly as I explained earlier.

Looking forward to your comments and reply,

Kevin Walls

Nov 13, 2014, 2:44 PM - محمد الدبوبي: The missions mainly is an air assault missions against light vehicles and troops that's for the gun ships for the utility helicopters its a classic transportation and medical evacuations for the IL76 it's pure cargo type operations

L39 close air support missions

MIG 23 close air support missions as well

Finally the client point of view that the technicians team that's going to be contracting for one year it's there responsibilities to evaluate and maintain the fleet

Nov 14, 2014, 5:11 PM - Rami N GHANEM: <Media omitted>

Nov 15, 2014, 12:44 AM - محمد الدبوبي: <Media omitted>

Nov 15, 2014, 10:50 PM - محمد الدبوبي: <Media omitted>

Nov 15, 2014, 11:09 PM - Rami N GHANEM: هاظهوره هههههههه

Nov 16, 2014, 2:25 PM - محمد الدبوبي: <Media omitted>

Nov 16, 2014, 2:26 PM - محمد الدبوبي: <Media omitted>

Nov 16, 2014, 2:32 PM - محمد الدبوبي: <Media omitted>

Nov 17, 2014, 3:45 PM - محمد الدبوبي: (( في لندن ))

الصباح .. شاي انجليزي

وفي المساء .. عصير برتقال

(( في اليابان ))

الصباح .. حليب ساخن

صحي اخضر شاهي .. المساء

(( كوريا في ))

ساخن حليب .. الصباح

جوافه عصير .. المساء

((الاردن في ))

قهوه .. الفجر

قهوه ..... الصبح

قهوه .... الظهر

قهوه ....... العصر

قهوه ...... المغرب

قهوه ........ الليل في

قهوه ..... الليل تالي

قهوه ........... السفر في

قهوه .......... الطريق في

00090439

Ghanem-00000241-0007

قهوه .............. السياره في

قهوه ............. مريض زياره

قهوه ............... سجين زياره

قهوه ... عشاء

قهوه ....... غداء

قهوه ........ عرس

قهوه ............. عزاء

قهوه ................. الحلو مع

بالمعده "حرررررقه" بحكيلك اليوم واخر

المخ في حرقة يجيك لازم أنت

وبن هيل شجرة بطنك في يطلعلك ما إللي منيح

اروح لازم إذنكم عن
قهوتي اشرب )


⊠

Nov 17, 2014, 3:45 PM - Rami N GHANEM: ههههههههه

Nov 17, 2014, 3:46 PM - Rami N GHANEM: وانا قهوه

Ghanem-00000241-0008

Nov 17, 2014, 3:46 PM - Rami N GHANEM: انا اكيد اني اردني

Nov 17, 2014, 3:46 PM - محمد الدبوبي: ١٠٠٪

Nov 17, 2014, 8:23 PM - Rami N GHANEM: !!؟بكم تبيع حبيبك

الاخر عليه فرد ؟ صاحبك بعت بكم.. الأول قال شخصين بين حوار شكل على مثلا يروي الرجال حكماء من السن كبار أحد مرة ذات سمعت الصديق ذلك من فذهلت معانيه عند ووقفت كثيرا المثل هذا تأملت . زهيد بثمن بعته اي (أرخصته ) الاول قال ( خطأ) زلة بتسعين بعته ... صاحبه بيع على لامه الذي الأخر الشخص من أكثر و عجبت صداقته عن تخلى التسعين زلته بعد ثم زلة وثمانين تسعة لصديقه غفر الذي زلة بتسعين فقط وبعته قيمته أرخصت لقد ،لصاحبك مناسبا ثمنا ليس زلة التسعون . أكثر تحمل يقول وكأنه زله بتسعين

بكم... أباه أو أمه أحدنا يبيع قد زلة بكم. أخا او صهرا او قريبا كان اذا يساوي كم بل الزلات من صاحبك او صاحبي يساوي كم ترى ؟

او قريبه او صاحبه باع من سيجد الناس أوساط في دبت التي والقطيعة المجتمع في الناس أحوال من القليل ويعرف اليوم واقعنا يتأمل من إن أو صدقه من يتأكد ولم كذابا نماماً أطاع انه سوى ذنب ولا سبب بلا ذلك كل باع من هناك بل أقل او بربعها او واحدة بزلة ، والديه أحد حتى . والجن الإنس شياطين من خبيثا وشيطانا بالسوء أمارة نفسا أطاع قد الحقيقة في أنه

الثمين وبعنا أثمانهم بخسناهم أننا نعلم ثم ثمنها وماهو بعناها بكم وننظر  والأهل والأقارب الأصدقاء من الماضية مبيعاتنا سنراجع هل ترى . ثمن بلا

تكررت او كبرت مهما واخطائهم زلاتهم لازالوا من أسعار سقف سنرفع هل ترى .

سابقا خسرناهم الذين ود استعادة نحاول او سنعيد هل ترى .

نعلم ما بعكس نعمل سنستمر ام ذلك سنفعل ترى ؟

مهما الزلات من عدد باي علاقاتك تبع فلا ... بالموت له النهائي فقدناك حالة في الا تظهر لن علاقة به تربطك شخص لاي الحقيقية القيمة إن . احدهم فكن... العافين يحب الله ان واعلم عظم

راقت لي جدا جدا .

Nov 17, 2014, 8:23 PM - Rami N GHANEM: <Media omitted>

Nov 17, 2014, 8:23 PM - Rami N GHANEM: <Media omitted>

Nov 17, 2014, 8:23 PM - Rami N GHANEM: <Media omitted>

Nov 17, 2014, 8:50 PM - محمد الدبوبي: <Media omitted>

Nov 17, 2014, 8:54 PM - محمد الدبوبي: <Media omitted>

Nov 17, 2014, 8:55 PM - محمد الدبوبي: <Media omitted>

Nov 17, 2014, 11:40 PM - محمد الدبوبي: <Media omitted>

Ghanem_Sentencing_00001125

Nov 18, 2014, 1:09 AM - Rami N GHANEM: وانا كمان

Nov 18, 2014, 2:57 AM - Rami N GHANEM: <Media omitted>

Nov 18, 2014, 3:55 PM - Rami N GHANEM: الاسم: عماد محمود احمد ابو عايشة

Nov 18, 2014, 3:55 PM - Rami N GHANEM: الرقم الوطني: 9721024376

Nov 18, 2014, 9:05 PM - محمد الدبوبي: <Media omitted>

Nov 19, 2014, 11:48 AM - Rami N GHANEM: <Media omitted>

Nov 19, 2014, 6:17 PM - Rami N GHANEM: بالنسبة لمقطع اليوسف هذا أفندي دكتور في المستشفى التخصصي بعد إرسال المقطع له والله اعلم.....!☺

الأحوال اسوء وفي .. ديدان فيها وتكونت تعفنت الصورة في التي اليوسف حبة .. للواقع يمت ولا جاهل كلام .. فندي اليوسف من التحذير وربما وسيتوقف الطعم بتغير المضغ عند سيشعر خطأ اكلها ومن .. الديدان بقتل كفيلة وعصاره حامض تحوي المعده فإن خطأ اكلها من المحتوى يقذف

كالتالي هي المرفقات هذه لمثل طرحه يجب التي والأسئله :

١) كيف علم انها من تدبير أعداء المملكه على حد تعبيره هل ؟ دليل لديه هل ؟

٢) كيف علم انها هذه الديدان الرخوية التي تموت من اقل شئ انها تأكل المعده ؟ هل قام بتجارب على بتثبيت الديدان تأكل اللحم انها ؟

٣) كيف علم ان الشخص يموت بعد شهرين .. هل هناك حالات موثقه ام مجرد تخمين ؟

٤) لماذا لم يفصح عن هويته ليثبت مصداقيته ؟ هل هو تاجر فواكه ولديه تصفية حسابات مع تاجر اليوسف فندي ؟

٥) نشر مثل هذه المرفقات هو عون للخطأ ؟ فالأفضل هو الإبتعاد عن الشبهات .. والله المستعان

Nov 20, 2014, 11:11 PM - محمد الدبوبي: <Media omitted>

Nov 20, 2014, 11:14 PM - Rami N GHANEM: ☺☺☺

Nov 20, 2014, 11:45 PM - Rami N GHANEM: <Media omitted>

Nov 20, 2014, 11:46 PM - Rami N GHANEM: <Media omitted>

Nov 21, 2014, 12:00 AM - Rami N GHANEM: <Media omitted>

Nov 21, 2014, 12:02 AM - Rami N GHANEM: <Media omitted>

Nov 21, 2014, 12:02 AM - Rami N GHANEM: <Media omitted>

Nov 21, 2014, 2:02 PM - Rami N GHANEM: <Media omitted>

Nov 21, 2014, 7:44 PM - محمد الدبوبي: <Media omitted>

Nov 21, 2014, 7:44 PM - Rami N GHANEM: ابو محمد الكهربائي اكيد احلام

Nov 21, 2014, 7:45 PM - محمد الدبوبي: شو رأيك

Nov 21, 2014, 7:46 PM - Rami N GHANEM: اكيد

Nov 21, 2014, 7:51 PM - Rami N GHANEM: شوف رعد ابو يا سمحت لو الفيبر

Nov 21, 2014, 7:51 PM - Rami N GHANEM: الفايبر

Nov 21, 2014, 7:52 PM - Rami N GHANEM: السلام عبد مع تحكي وممكن

Nov 23, 2014, 8:45 PM - محمد الدبوبي: <Media omitted>

Nov 23, 2014, 9:16 PM - Rami N GHANEM: <Media omitted>

Nov 23, 2014, 9:17 PM - Rami N GHANEM: هاي الفيديو الاب بضرب فيها الشغاله وحالقلها شعرها

Nov 23, 2014, 9:18 PM - Rami N GHANEM: الاخبار التي وصلت التي الشغالة عن ضربت البنت وداست عليها


قتلها ينوي كان الأب ومنع الناس تدخل ولولا هستيري بشكل البنت والد ضربها أن بعد غيبوبة في المركزة العناية في الآن هي

الشغالة ضد قتل محاولة قضية برفع الأب قام وكذلك

للسجن الغيبوبة من يعني

أو غدنا في حصلت القصة وهذه

او غاندا في شغاله هذي

توفت البن هاطفله ضربت

الانعاش محطوطه الشغاله والحين ضرب ضربها البنت وأبو

كلبه تموت يارب

☝قتل بجريمة قضيه عندها والحين

Nov 23, 2014, 10:49 PM - محمد الدبوبي: <Media omitted>

Nov 23, 2014, 10:53 PM - Rami N GHANEM: <Media omitted>

Nov 24, 2014, 5:07 PM - محمد الدبوبي: <Media omitted>

Nov 24, 2014, 5:22 PM - Rami N GHANEM: ههههههه

Nov 24, 2014, 6:03 PM - محمد الدبوبي: قوانين غريبة .....


الحكومة من الاذن طلب بعد الا الفأر قتل تستطيع لا 👁.

الهند : الدولة.


الوزارات جميع من الإذن اخذ بعد الا النت استخدام ممنوع 👁 .

الشمالية كوريا : الدولة.

⊙ ممنوع مشاهدة التلفاز بعد الساعة 12 صباحاً .

الدولة : كاميرون.


⊙ ممنوع ان تسمي ابنك " محمد ، عبدالله ، احمد " .

الدولة : بورما.


⊙ يحق لك ان تتزوج أي من حيوان بشرط ان يكون انثى .

الدولة : منغوليا.


⊙ فتح المرأة لجوال زوجها جريمة تعاقب عليها.

الدولة : مونتانا.


⊙ لا يجب عليك دفع الفاتورة إذا لم تشبع، فان انتهيت من وجبتك ولم تكن شبعانًا يمكنك الذهاب دون الدفع.

مطاعم الدينمارك.


⊙ يمنع شرب اي شي من السوائل اثناء القيادة حتى لو كان ماء.

الدولة : اليونان.


⊙ تدفع نصف سعر السيارة اذا كان نوع السيارة الماني وانت لديك الجنسية الالمانية ، " تدفع الحكومة النصف الأخر ".

الدولة : المانيا.


⊙ تستطيع تغيير اسمك ولا تستطيع زوجتك الاعتراض على ذلك.

الدولة : هولندا.


⊙ تعتبر زيادة وزنك جريمة يعاقب عليها القانون.

الدولة : اليابان.

⊕ تستطيع الزوجة الطلب بأن تعرف المحكمة من مكان اي وقت في زوجها " بوضع وذلك وقت اي في زوجها مكان تعرف بأن المحكمة من الطلب الزوجة تستطيع " رجله على للتتبع جهاز .

الدولة : جنوب افريقيا.

⊕ إكهرباء توجد لم لو حتي الكهرباء فاتورة تدفع

الدولة : الاردن

Nov 24, 2014, 6:05 PM - Rami N GHANEM: قانون اخر هيه الصح الوحيده

Nov 26, 2014, 1:35 AM - Rami N GHANEM: كمان غلطان مش اذا النعاس ال من

Nov 26, 2014, 1:38 AM - Rami N GHANEM: <Media omitted>

Nov 26, 2014, 10:18 AM - Rami N GHANEM: RAMI, THERE NO NEW TRANSFER

Nov 26, 2014, 10:18 AM - Rami N GHANEM: it's the same 744000 but came in 2 payments

Nov 26, 2014, 10:18 AM - Rami N GHANEM: Told u they stupid

Nov 26, 2014, 10:18 AM - Rami N GHANEM: So u have only on total transfer 744 came in two payments 400 +344

Nov 26, 2014, 10:18 AM - Rami N GHANEM: Ok beciuse I was looking for the contracts I have to see who is sending from that account.  Good enough. Thank you

Nov 26, 2014, 10:18 AM - Rami N GHANEM: Now what the relationship between TEBADOT and the names on the invoice

Nov 26, 2014, 10:18 AM - Rami N GHANEM: The company name in Dubai (sender) and the sold to name

Nov 26, 2014, 10:18 AM - Rami N GHANEM: They r different, so they want the relationship

Nov 26, 2014, 10:18 AM - Rami N GHANEM: We have contract, invoice, and transfer sender name

Nov 26, 2014, 10:19 AM - Rami N GHANEM: <Media omitted>

Nov 26, 2014, 10:19 AM - Rami N GHANEM: <Media omitted>

Nov 26, 2014, 10:27 AM - Rami N GHANEM: In Libya the transfer of money is not so easy they have accounts outside Libya or use other accounts to transfer

Nov 26, 2014, 1:59 PM - الدبوبي محمد: <Media omitted>

Nov 26, 2014, 1:59 PM - الدبوبي محمد: <Media omitted>

Nov 26, 2014, 2 PM - الدبوبي محمد: <Media omitted>

Nov 26, 2014, 2:00 PM - الدبوبي محمد: جاهزه فيز هم هدول

Nov 26, 2014, 2:00 PM - محمد الدبوبي: &lt;Media omitted&gt;

Nov 26, 2014, 2:00 PM - محمد الدبوبي: &lt;Media omitted&gt;

Nov 26, 2014, 2:00 PM - محمد الدبوبي: Please confirm

Nov 26, 2014, 4:06 PM - محمد الدبوبي: &lt;Media omitted&gt;

Nov 26, 2014, 4:07 PM - محمد الدبوبي: &lt;Media omitted&gt;

Nov 26, 2014, 8:47 PM - Rami N GHANEM: &lt;Media omitted&gt;

Nov 26, 2014, 8:47 PM - Rami N GHANEM: &lt;Media omitted&gt;

Nov 26, 2014, 8:47 PM - Rami N GHANEM: &lt;Media omitted&gt;

Nov 26, 2014, 8:47 PM - Rami N GHANEM: &lt;Media omitted&gt;

Nov 26, 2014, 8:47 PM - Rami N GHANEM: &lt;Media omitted&gt;

Nov 26, 2014, 8:47 PM - Rami N GHANEM: &lt;Media omitted&gt;

Nov 26, 2014, 8:47 PM - Rami N GHANEM: &lt;Media omitted&gt;

Nov 26, 2014, 8:47 PM - Rami N GHANEM: &lt;Media omitted&gt;

Nov 26, 2014, 9:36 PM - Rami N GHANEM: &lt;Media omitted&gt;

Nov 27, 2014, 12:45 PM - Rami N GHANEM: اما حكيت مع احمد وقلي انك كلمته والساعه رح 1:30 تمر عليه انت وابو علي الطيارين مع بخير تكون الامور ما بعد يحول واقوله الاحد يوم اكلمه ما لحين عنده ويخليها انت وتوقعها الحواله باقي يجهز منه طلبت تسحبهم بدك للطيارين بالنسبه per dim والفندق والتذاكر

الك النهائي والامر والقرار يجهزهم لاحمد حكيت البلاد خارج تكون ممكن وانت سفر جاييني الفيزا بحساب الاف 7 كمان اخلي بدي وكمان شكرا معلم يا

Nov 28, 2014, 7:11 PM - محمد الدبوبي: &lt;Media omitted&gt;

Nov 28, 2014, 7:12 PM - محمد الدبوبي: &lt;Media omitted&gt;

Nov 28, 2014, 7:20 PM - Rami N GHANEM: معلم

Nov 28, 2014, 7:22 PM - Rami N GHANEM: مشان كل النبياء خلي المحترم حسان يخلص هالتذاكر

Nov 28, 2014, 7:23 PM - Rami N GHANEM: الي ساعه مقعد الجماعه باللوبي بانتظاري ومش عارف ايش اعمل الطيارين بحكوا وبسئلوا اكيد الهم حجز ومسافرين

Nov 28, 2014, 8:27 PM - محمد الدبوبي: &lt;Media omitted&gt;

Dec 3, 2014, 9:20 PM - محمد الدبوبي: &lt;Media omitted&gt;

Dec 3, 2014, 9:52 PM - Rami N GHANEM: هههههه

Dec 3, 2014, 9:53 PM - Rami N GHANEM: يا حبيبي يا ابو رعد هذا رضى الوالدين هذا اسمه اكل هوا

Dec 3, 2014, 10:51 PM - Rami N GHANEM: &lt;Media omitted&gt;

Dec 5, 2014, 9:34 PM - Rami N GHANEM: <Media omitted>

Dec 5, 2014, 9:40 PM - محمد الدبوبي: <Media omitted>

Dec 5, 2014, 9:40 PM - محمد الدبوبي: <Media omitted>

Dec 5, 2014, 10:05 PM - Rami N GHANEM: <Media omitted>

Dec 6, 2014, 12:23 AM - Rami N GHANEM: <Media omitted>

Dec 6, 2014, 12:24 AM - محمد الدبوبي: <Media omitted>

Dec 6, 2014, 12:29 AM - Rami N GHANEM: <Media omitted>

Dec 6, 2014, 12:45 AM - Rami N GHANEM: <Media omitted>

Dec 6, 2014, 10:01 AM - محمد الدبوبي: <Media omitted>

Dec 6, 2014, 2:57 PM - Rami N GHANEM: <Media omitted>

Dec 6, 2014, 4:45 PM - محمد الدبوبي: <Media omitted>

Dec 6, 2014, 4:46 PM - محمد الدبوبي: <Media omitted>

Dec 6, 2014, 4:47 PM - محمد الدبوبي: <Media omitted>

Dec 6, 2014, 4:47 PM - محمد الدبوبي: <Media omitted>

Dec 8, 2014, 2:33 AM - Rami N GHANEM: <Media omitted>

Dec 8, 2014, 9:50 AM - Rami N GHANEM: <Media omitted>

Dec 8, 2014, 3:13 PM - محمد الدبوبي: <Media omitted>

Dec 8, 2014, 7:18 PM - محمد الدبوبي: <Media omitted>

Dec 8, 2014, 10:37 PM - محمد الدبوبي: <Media omitted>

Dec 11, 2014, 7:57 AM - محمد الدبوبي: شو قصتك

Dec 11, 2014, 8:01 AM - محمد الدبوبي: <Media omitted>

Dec 11, 2014, 11:45 PM - محمد الدبوبي: <Media omitted>

Dec 15, 2014, 2:25 PM - Rami N GHANEM: <Media omitted>

Dec 15, 2014, 9:19 PM - Rami N GHANEM: <Media omitted>

Dec 18, 2014, 1:39 AM - Rami N GHANEM: صباح الورد، لم يصل شي رامي حتى انا لم استلم، ارسل مرة اخرى لكندا وايضا
ل Amjad.Attiyat@investbank.jo

Dec 18, 2014, 1:39 AM - Rami N GHANEM: صديقي، صباح الورد، هل ارسلت صور؟ ارجو الحوالة ارسالها الى
Omar.ajam@investbank.jo and kinda.Hajar@investbank.jo

Dec 18, 2014, 2:02 PM - Rami N GHANEM: 079-688-8464 هذا رقم كندا يرجى الاتصال

Dec 18, 2014, 2:03 PM - Rami N GHANEM: وشوف ليش الايميل ما عم يوصل

Dec 19, 2014, 8:14 PM - محمد الدبوبي: USED  vs. LOVED


 While a man was polishing his new car, his 6 yr old son picked up a stone and scratched lines on the side of the car. In anger, the man took the child's hand and hit it many times; not realizing he was using a wrench. At the hospital, the child lost all his fingers due to multiple fractures. When the child saw his father.....with painful eyes he asked, 'Dad when will my fingers grow back?' The man was so hurt and speechless; he went back to his car and kicked it a lot of times. Devastated by his own actions.......sitting in front of that car he looked at the scratches; the child had written 'LOVE YOU DAD'.The next day that man committed suicide. . .Anger and Love have no limits; choose the latter to have a beautiful, lovely life..... Things are to be used and people are to be loved. But the problem in today's world is that, People are used and things are loved.... In this year, let's be careful to keep this thought in mind: Things are to be used, but People are to be loved. Watch your thoughts; they become words. Watch your words; they become actions. Watch your actions; they become habits. Watch your habits they become character;Watch your character; it becomes your destiny. I'm glad a friend forwarded this to me as a reminder. God bless you. If you don't pass this on nothing bad will happen; if you do, you might change someones life.                        Do u know the relationship between your two eyes? They blink together, move together, cry together, see things together & sleep together. Even though they never see each other. Friendship should be just like that! Life is vanity without FRIENDS. IT'S "WORLD BEST FRIENDS WEEK". Who is your best friend? Send this to all your good friends. Even me, if I am one of them. See how many u get back. If u get more than 7, then u are really a lovable person!⍰🐾

Dec 21, 2014, 2:18 AM - Rami N GHANEM: 😊👊

واحد يقول: الوالد صحياني لصلاة الفجر

أصلي سجدت و أمي عباية ولبست قمت دخل ابوي صوت سمعت ولما بالصالة ونمت


جا ابوي وصفق طيزي و قال:

و بتقوليلي جاييتك الدوره يالنصابه


يقولون الولد توفى من الضحك وهو ساجد

Dec 23, 2014, 2:30 PM - محمد الدبوبي: <Media omitted>

Dec 23, 2014, 11:34 PM - محمد الدبوبي: خيار راح للدكتور يسوي تحليل خصوبة ... طلب الدكتور عينة من الحيوانات المنويه ..
وعطاء قنينة يحط فيها العينة ... ثاني يوم رجع القارورة والقاروره فارغه

قال له الطبيب ليش فارغه

قال: اسمع يادكتور البارحة اول شي جربت بيدي اليمين ما مشى الحال ... جربت بايسار مافي فايده ... ناديت ام العيال تساعدني ... جربت
بيدها اليمين ماقدرت .. ولا شي ... جربت بأيدينها الثنتين مافي فايده ... جربت بتمها ما مشت الأمور

فيه ما كله ... فخاذها بين حطته انها حتى نتيجة ماجاب بتمها جربت ... فايده فيه ما بأديها جارتنا حاولت ... جارتنا مساعدة طلبنا شي آخر
.. فايده

؟؟؟؟ نفع ولا جربتوا كلكم ... الختيار وسأل أنهيل الدكتور


يفتح قدر فينا واحد ولا .... دكتور يا والله اي كلنا الختيار

هههههههههههههههههههههههه بقوه مقفلها إنت القنينة غطا


النية صفوا حملة وتستمر

النيه صفوا قلتلكو

. كاتبة وحدة :الدبوبي محمد - Dec 23, 2014, 11:34 PM

!!!!!!! الدكتوراه وعقبال 51 بمعدل بالتوجيهي اخوي نجاح مبروووووووك

؟؟؟ دكتوراه اي

السجن مابيدخله بمعدله اخوكي ياحمارة ولك

☺ اخوكي معدل من اعلى بالسعودية الحرارة درجة ولك

...مشحر يا ليش قالتله...وجهك بنص ادعس بدي...لمرته قال اردني[☻ ]

..القمر على رجله يحط أردني أول أكون عشان قال

..ابتسمت

رومانسي مو الأردني وبقولوا


هههههههههههههه

; حكالها مرتو مع اتمشكل محشش مره

لزلمه زلمه نتواجه خلينا المكياج شيلي☺☺

هههههههههههههههههههههههههه

النسوان على هجوم

تاني نوع في ليش ... باستغراب رفيقو جاوبو ؟ النكد النوع من مرتك .. رفيقو سأل واحد

.........

واحد يأشرلو ما كل يالصين يشتغل عم تكسي شوفير

ويقلو فيه يطلع

؟ وصلتك هلأ مش حريشك يحرق

.........

ون طن غا تالو فو شنج هنج :قال صوته صدى يسمع وحب الكهف على دخل صيني

حفظتها ما ثانية مر عيدها ياخذك الله : الصدى قال

.........

؟؟؟ عالبيانو اعزف بقدر الجبس وافك اتعالج بس الدكتور سأل ، كلهم ومجبرين اصابعو مكسورين واحد

قبل اعزف كنت ما اني مع .. غريبة : المريض قال اكيد .. طبعاً : الدكتور قال

.........

والبعد الفراق الم من ويشتكي اليك اشتياقه شدة من يبكي وهو الناس امام بشدة وعانقك الطريق في حبيبك قابلتي اذا الفتاة عزيزتي

الزواج خاتم لتقديم الملأ امام وركع يدك لتقبيل وانحنى

منيح متغطية ومش نايمة انك فاعلمي

دماغك اكلت الي التركية المسلسلات ابو يلعن الله

.........

اليوم حكمة

. خبرتهما من للاستفادة الشيطان وسكت.. الا امرأتان اجتمعت ما

.........

قوة بيعطيك الحليب بيقولو

لحالو بتحرك الحيط حتلاقي حشيش سيجارتين شربت لو بس يتحرك رح مش الحيط تحرك وحاول كبايات ثلاث اشرب

.........

هي الزوجات تعدد عقوبة ان تعلم هل

الحماوات تعدد

.........

ضعفها عللى دليلا ذلك فليس صامتة وبقيت امرأة منك غضبت اذا

تهدئتها يحاول وابليس عليك للقضاء خطة على ابليس مع تتناقش هي بل

.........

.. وللمرأة للرجل كذبتين اشهر

جاهزة واكون دقائق 5 : المرأة

البيت في واكون دقائق 5 : الرجل

.........

خطة عليه اقترحت هيه قامت عجبتها ما خطة اعطاها ، تستشيره ابليس عند فراحت تنتقم وقررت زوجها من زعلت وحدة

ولادك وابو جوزك بضل الله وحدي : ابليس صرخ

.........

[|= الشرطة على دق محشش

ميت واحد 16و وقتابل واسلحه وسكاكين دم في الحقو : يقولهم

/: o: وين وين : وقال انهبل الشرطي

بسرعة اكشن سي بي لم على حط: قال

هههههههههه

.........

: وقالها ويراضيها يدلعها بدو قام كيك بتاكل جنب قاعده ز علانه وحدة

؟ ناكل شو نحنا كيك بياكل الكيك لما

قالتله :

.

. ... ...

وبتبسكت هوا بتاكل

.........

حشاش دعاء

------

لربو يدعي عم محشش

مني واخدتها الطفولة عطيتني يارب : قال

مني واخدته الشباب واعطيتني

رب يا ارادتك انتظر قاعد وهيني مرتي واعطيتني

.........

؟ تموت حماتك بتتمنى ........ محشش سألو

!!!!!! لأ اكيد المحشش

.. الفرحة من وراها موت ما مشان قال : ليش سألوه

هههههههه

☺☺☺☺☺☺☺

فارس من رجلا أن يقال :الدبوبي محمد - Dec 23, 2014, 11:35 PM

بطلاقة العربية اللغة يجيد

00090439                                                                 Ghanem-00000241-0019

حتى أن العرب عندما يكلمهم

يسألونه من أي قبائل العرب أنت ؟

فيضحك ،،،،

ويقول : أنا فارسي

وأجيد العربية أكثر من العرب !

ذات يوم وكعادته ....

وجد مجلس قوم من العرب...

فجلس عندهم وتكلم معهم : -

وسألوه : من أي قبائل العرب أنت ؟!

فضحك ....

و قال : أنا من فارس

وأجيد العربية خيراً منكم.

فقام أحد الجلوس وقال له : -

اذهب الى فلان بن فلان

رجل من الأعراب

وكلمه ... فإن لم يعرف أنك من ( العجم )

فقد نجحت كما وغلبتنا زعمت !

وكان ذلك الأعرابي ذا فراسة شديدة ..

فذهب إلى بيت الفارسي الأعرابي

و طرق الباب

فإذا بابنة الأعرابي وراء الباب ..

تقول : من بالباب ؟!

فرد الفارسي : أنا رجل من العرب
وأريد أباك.

فقالت :

أبي فاء الى الفيافي

فإذا فاء الفي أفا ..

(( و هي تعني أن أباها ذهب إلى الصحراء

فإذا حل الظلام أتى .. ))

فقال لها : إلى أين ذهب ؟! .

فردت عليه :

أبي فاء الى الفيافي

فإذا فاء الفي أفا

فأخذ الفارسي يراجع الطفلة

ويسأل و هي تجيب من وراء الباب

حتى سألتها أمها :

يآ ابنتي من بالباب

فردت : -

- [ أعجمي على الباب يا أمي ] .

(( فكيف لو قابل أباها ! ))

كان معاناً عايش لو {أباها} أتوقع

أفينا ما وحنا الفيء أفى

..... الترجمة

( سرينا ما وحنا الليل سرى)

😊😊

Dec 23, 2014, 11:49 PM - Rami N GHANEM: هههههههه

Dec 24, 2014, 11:49 AM - الدبوبي محمد: <Media omitted>

Dec 24, 2014, 11:56 AM - الدبوبي محمد: <Media omitted>

Dec 24, 2014, 11:57 AM - الدبوبي محمد: <Media omitted>

Dec 24, 2014, 11:57 AM - الدبوبي محمد: <Media omitted>

Dec 24, 2014, 11:57 AM - الدبوبي محمد: <Media omitted>

Dec 26, 2014, 8:37 AM - Rami N GHANEM: <Media omitted>

Dec 26, 2014, 8:54 AM - Rami N GHANEM: هذا الدعاء من لك كل قلبي

أخي انه اللهم

مايتمناه له وحقق يأرب فاسعده إسعاده على وقادر ربه وانت

* الذنوب آلآف له فاغفر . . ذنباً لي غفرت إن اللهم

* القيامة يوم بي وذكره . . القيامة يوم به ذكرني اللهم

* . . العتقآء قآئمة في إسمي اكتب أللهم

و اجعل إسمه على راس القآئمة

* كريم يا احوالناً فاصلح بحاله مني اعلم و . . بحالي منه اعلم انت اللهم

* . إلا الجنة في قصراً لي تبن لا اللهم

و قد بنيت له آ قصرا بجواري

* اللهم اجمعني بمن احب . . واجمعه بمن يحب
واجمعنا تحت آجنحة الرحمة يا قدير

* اللهم لا تحملني فوق طاقتي . .
ولاتحمله ماً هما
ولو كان بوزن ريشة

{{هذاً هو أسبوع أفضل أخ }}

محمد الديبوي: اللهم امين - Dec 26, 2014, 11:47 AM

Rami N GHANEM - Dec 28, 2014, 12:12 AM: من أصدم مقارت:

أنثى الصراصير يكفيها معاشرة الذكر مرة واحدة ,,, لتظل طول حياتها
وانا بقول ليش مابيخلصو الصراصير(😊)
أتاريها حامل مؤبد😊😊😊😊 والله وطلع مفعولو قوي أبو شوارب🐜
البنات مابلوم لما يخافووووو منوو

فوائد الصرصور 🐞 :

١-اقتصادي :E:E:E:E:E:E:E
يفاجىٔ الشخص بالحمام ليجعله ينهي
استحمامه سريعا بدلا من هدر الماء بلا
فائده

٢-ستايل ::D:D:D:D:D:D:D:D
يتمتع بالوان هادئه / عنابي- احمر -بني
و حتى احيانا مبقع

٣-رياضي :😊😊😊😊😊😊

يجبر البعض على الركض و النطو

٤-اخصائي اجتماعي : :p:p:p:p:p:p
ان حيث الاسري الترابط على يساعد
رؤيته حال بزوجها تلتصق الزوجه
و يهرع الاطفال الى احضان ابنائهم

5- عامل نظافة مجاني . حيث ان الزوجة اذا علمت بوجوده قامت بتنظيف
البيت و خاصة المطبخ .
☺☺☺☺☺

شكرا مستر صرصور☺☺☺☺☺☺☺☺☺☺☺
حملة صرصارك رفيق دارك...🐛🐛🐜🐜🐛🐛🐛

مستحيل. تقرأها بدون ما ترسلها

واحد طنشها له طلع صرصور في بنطلونه

Dec 28, 2014, 12:22 AM - Rami N GHANEM: <Media omitted>

Dec 28, 2014, 9:59 PM - محمد الدبوبي: <Media omitted>

Dec 28, 2014, 10:01 PM - محمد الدبوبي: <Media omitted>

Dec 29, 2014, 10:07 PM - Rami N GHANEM: <Media omitted>

Dec 31, 2014, 3:01 PM - Rami N GHANEM: <Media omitted>

Dec 31, 2014, 5:49 PM - Rami N GHANEM: الدكتور ادريس علي محمود طلفاح رقمه العسكري 5862

Dec 31, 2014, 5:55 PM - محمد الدبوبي: ايش

Dec 31, 2014, 5:55 PM - Rami N GHANEM: ايش ايش

Jan 1, 12:36 AM - Rami N GHANEM: <Media omitted>

Jan 1, 10:30 PM - Rami N GHANEM: <Media omitted>

Jan 2, 1:01 AM - Rami N GHANEM: <Media omitted>

Jan 2, 1:02 AM - محمد الدبوبي: <Media omitted>

Jan 2, 8:19 AM - Rami N GHANEM: على زمان أيام

البسبي كان أمسا وكازوز

🏆 🏆 🏆

والبوظة كان أسمها ادراد

🍦 🍦 🍦

والجينز كان أسم وكابوي

🎽 🎽 🎽

سلفانا والشوكلاته

🍫 🍫 🍫

ناشد والتوفي

🍬 🍬 🍬

والكيك كبيكس

🍰 🍰 🍰 🍰

وحلاوة السميد كريزة

🍥 🍥 🍥

غزل البنات شعر البنات

🍭 🍭 🍭

وفرنجي وعالصفر بشلن والحلاقة .....🔮

والخبزذوعوندبلدي وفرنجي

والطلّة حاجتزين وقناصه مهم والكبد

كانت الأكياس ورقة

بالشارع يمر السكاكين مجلخ كان

شراب اسمه كان العصير

ومترو تويست كان كات والكت المارس قبل

زمان كانت العروس تسكت بعرسها وأم العروس عيب تضحك.

زمان كان العطر المفضل اللي ريحته تقيله...

زمان كان اللي بدربي يشعر ريحسي خفيف 🐎 تحلق والشرطة اياه...

زمان البطيخ 🐢 ملان بزر اسود

؟؟؟؟؟؟؟؟؟؟

زمان الرحلة تنعقد اسبوع حضر لها.

والكيوي يملمع أحذية فكاهة مش.

كان التلفون☎أجت الحرارة لا لسه.

كان الراديو والترانزستر صديقة🔋🔌المالم انذلزم خاصة بروانج جماعة لقها الظهيرة.

كان الخياط يتشرطي بعداد بكير نضمة قريبة معهم تحت تختب...

كان التلفزيون📺يفتح الساعة 6 ويغلق 12...

كانت تجمة العربي بشلنين معه ملحة.

القضامة الوقية بتعتبر تغيير.

زمان كانت اباعنا المفضلة تسبع حجار،الفنة،سيرات كلاس،اسلاك تارايط،ورق الطميه،الربعية،الغميضة...

زمان كانت المسلسلات المفضلة عزاء المفضلة وصال الليل حمود وصور المنو وشجر النوم للهمها صال الليل فزاء الليل وشجر المنو وساري بالباللا رارس عليص🙈🙈🙈

زمان يا دويرويح سوريا الزمجيب معه بروازق🙈🙈🙈🙈🙈

والعراق حماسات ومن السلوى وشلوة عجوة🙊👁️🙊

ولبنان تبل شتورة حمود منه بربر او بسكوت غراوي وغندور.

زمان كان بربجي السفر من عجم لازم يجيب هداية للكل...🎁🎁🎁

ولمسافر الكلذبه المطار لتلدوعيد حيث يكون عدد المودعين اكثر من المسافرين

✈✈✈

زمان الخان الخيار والكوسا والبطيخ والبندورة مواسم

🍉🍎🍇

والباص كل شيء بزمرفيه ما ادا الزامور

🚐🔧

زمان كانت الضحكة حلوة والناس طيبة وعلى البركة

😄

زمان كانت الناس تستقرض رغيف الخبز

🍵🍶

زمان نصحون الكلاسيريفرين البيوت

👀👀

زمان كان القمر احلى ❤ والسماء احلى🌙💕 والحب احلى❣

ايام زمان🍫

تلفزيون !💻

والعشاء خفيف🍜

والرومه على 5 قعاد دحتة وجاب بطخ.☀️

-- كانت ديام جميله.

ذكريات حلوووووة:☺

* كل مناقشوف طرابم تقعد نصر خوسوي لها ياب ياب.. ☜

* انك تنتظر باره عبارة انتدابي عشان تكتب بالحرب 🏃

* استأكل اكما عاسة ؟؟؟مكسدته على الصغير والصبرا على الكبير لها تقول...☺

* حذ بانجنا زا حرف وشي عظيم اذا تعطت الشمس احنا الى الاننا مذنا... ⚙ ... ...

* تنتطر الاحتمالات عشان ما خاذن شنطتب.. 💼

و تنتطر قوت الشهادة عشان نذبس بطبس حلو ونكشخ.. ⛄

اكبيييبد سوشت منهو ا لهما كلها

1-يوم تنكت صغير تسمس الشمس في واز ثبية لقروق...☺

2-يوم تنكت صغير تنكر انكل لشكبت بقلبي انجذ بري🖤

3-تبركبار باب اللاجمة شوي شوي عشان تعرف يتم تنطفي المبلها كذاء...💡

4-تلواد ن زواد يافتيج عابرا ديب ON و OFF.💡

5-اما لما احد من كلها بطيولكب كذء مثس اكة مام سا تشرب تقبوي هبوية ته خدا لقمب مستجح مدح فرعير احد من اكتا شرتب....💡

اكيد تنا تبستم جن لان. تلك على الايام الحلوة...☺☺

حواد ل رسلها لاصحابك... ✉💨

راح تشوف فضف تكسفم برسم بسم ترسة موجو على موسم كداس شنكييييبر...☺☺

ميلادي 2015

إلَّا حَيَاتِهِمْ في تُرِيهُمْ ولا ٭ صَدْرًا؛ لَهُمْ واشرَح ٭ عُمْرًا؛ لهم وأطِل٭ وِزْرًا؛ لَهُمْ واغفِر ٭ أمْرًا؛ لَهُمْ وأصلِح ٭ ،ذِكْرًا لأْحَبَابي ارْفع اللهم ٭ قَصْرًا؛ الفُردوس جَنَّات في وَلوْالذَيهُمْ لَهُمْ وابن٭ يُسَرًا؛ عُسَر كُلَّ مِنْ لَهُمْ واجعل٭ سُرُورًا؛ و َفرَحًا قُلَبُهُمْ واملأ ٭ خَيْرًا؛

٭ ○، ،،أمين اللُّهُمَّ .

مباركة جمعه .

Jan 2, 1:45 PM - Rami N GHANEM: <Media omitted>

Jan 3, 6:05 PM - محمد الدبوبي: <Media omitted>

Jan 3, 8:05 PM - محمد الدبوبي: <Media omitted>

Jan 3, 11:38 PM - Rami N GHANEM: <Media omitted>

Jan 3, 11:38 PM - Rami N GHANEM: الحامي يحماه

Jan 3, 11:45 PM - محمد الدبوبي: اللداده اصولهم ترجع للطفايله

Jan 3, 11:45 PM - Rami N GHANEM: هههههههه

Jan 4, 7:16 AM - Rami N GHANEM: <Media omitted>

Jan 4, 9:40 PM - Rami N GHANEM: <Media omitted>

Jan 6, 6:43 PM - Rami N GHANEM: يعلم من صوبه ان احدا لايمتلك ثمن المحتاج هذا بخبر ان بالتوجه الى شركة الصناعه
: للاستفسار محتاج كل يستفيد حتى لمعارفكم اخواتي ابعثوها.. ......صوبه لاستلام ...والاستثمار للتجارة المتكامله

065655567

الموقع عمان بالعبدلي

Jan 7, 2:08 AM - Rami N GHANEM: نحذيركم لجاعادم

من أمان الطرق بالكملكمة الأردنيه االهاشميه
اذا تيار تعقم على جناح السيارة على جناح الطريق،
التلفون فوتق واتصل بأم الطرق عليك او فورا 911 تخوذ
الاحذر :O كانهبات تصاباب وصلوصور طخطون الأنعلى
طرق تختلفةلحصل على أشخاص اقلياف سيرتهم
والخروج من السيارة، تطركذ اهتركت تباصه كانهبات
حماليةبهنا يضعون تعقم على سيارة بناح الطريق عم

ميدتّ توهم الامارتبأرب نفطلقتطيق ختلىعنه هما له !

لتقوّف ـه وانتقاذ هذا الطفل :( .

وعندها متّ الضرب والإغتصاب والسرقة

وعاد ما تترك ضحيّةً ملتّوة، أليّ تتقوّف لا لذلك

بسبب !

بل قنّذ حياة غريرة بالاستصال تكريه أمن الطرق

وإذا تذكّت قوذ السيارة بالليل ، على البيض مركم متّ

الجزاج الأماميّ للسيارة ، السيارة حفظ تتقوّف لا ، و

لا تشغل المساحات ولا ترذ شرب ماء لأنّ البيض المزنوح

بالماء ديمحبح مثل الحليب ويمنع الرؤيّة الخاصّة لكدحتى

الطريقة ٌية تنقوّف ـه على ارغامكمتّ متّ ومن 92، 5 %

وتصبح ضحيّة لهؤلاء المجرمين .

هذا هو الأسلوب الجديد الذي يبتخدم المحتشّ والتحرير

جاري عن القاطلين

_____

( المصدر صحيفة المدينة اليوم )

إرسلوا الأبناكم وأخواناكم وكل قريبة لكم ررّ مرّة

أخرى للرجاء انشر و نشكر لكم جزيل الأجر و الشكر

Jan 7, 10:50 PM - Rami N GHANEM: <Media omitted>

Jan 7, 10:50 PM - Rami N GHANEM: <Media omitted>

Jan 7, 10:50 PM - Rami N GHANEM: <Media omitted>

Jan 7, 10:50 PM - Rami N GHANEM: <Media omitted>

Jan 7, 10:50 PM - Rami N GHANEM: <Media omitted>

Jan 7, 10:50 PM - Rami N GHANEM: <Media omitted>

Jan 7, 10:50 PM - Rami N GHANEM: <Media omitted>

Jan 7, 10:50 PM - Rami N GHANEM: <Media omitted>

Jan 7, 10:50 PM - Rami N GHANEM: <Media omitted>

Jan 7, 10:50 PM - Rami N GHANEM: <Media omitted>

Jan 7, 10:50 PM - Rami N GHANEM: <Media omitted>

Jan 7, 10:50 PM - Rami N GHANEM: <Media omitted>

Ghanem-00000241-0031

Jan 7, 10:50 PM - Rami N GHANEM: <Media omitted>

Jan 7, 10:50 PM - Rami N GHANEM: <Media omitted>

Jan 7, 10:50 PM - Rami N GHANEM: ⊠

صغره من عبقري العبقري..

ذكي خليلي طفل دخل ( دائما الخلايلة كعادة ) مع والده الى احد متاجر الحلويات والمكسرات ،،،،،،

( صغار هم يوم من الخلايلة صفات هذي للمعلومية ) الجميل البرئ مظهره و الطفولية تصرفاته بسبب البائع فاستلطفه

وطلب أن يأخذ من شينا من المكسرات كهدية له فرفض بكل اباء و شمم ،

فأخذ البائع المكسرات ووضعها في جيبه بالقوة ،

وحين خرج سأله والده :

لِمَ لم تأخذ بنفسك يا إبني؟

فقال الطفل الصغير بكل براءه : أحببت أن يعطيني هو

⊠لأن يده أكبر من يدي⊠

خليلي يا منبح محسوبه

اوفا برافو عليك⊠⊠⊠⊠⊠

Jan 7, 10:50 PM - Rami N GHANEM: <Media omitted>

Jan 7, 10:50 PM - Rami N GHANEM: دبس شويه اليه مضاف تلج الخلايله بوظه وظه

Jan 7, 11:31 PM - Rami N GHANEM: <Media omitted>

Jan 7, 11:31 PM - Rami N GHANEM: <Media omitted>

Jan 7, 11:31 PM - Rami N GHANEM: <Media omitted>

Jan 7, 11:31 PM - Rami N GHANEM: <Media omitted>

Jan 9, 12:02 PM - Rami N GHANEM: ﴾ بسـم ﴿

00090439

Ghanem-00000241-0032

(إِنَّ اللهَ وَمَلَائِكَتَهُ يُصَلُّونَ عَلَى النَّبِيِّ يَا أَيُّهَا الَّذِينَ آمَنُوا صَلُّوا عَلَيْهِ وَسَلِّمُوا تَسْلِيمًا)"

人 ...

.. ( ◎ )

.. ‖ ∩ ‖____ 人

.. ‖ ∩ ‖__ .-:"""""";-.

.. ‖ ∩ ‖(*(*(*|*)*)*)

.. ‖ ∩ ‖∩∩∩∩∩ ‖


اللَّهُمَّ لَا تُخْرِجْنَا مِنْ هَذِهِ الْجُمُعَةِ إِلَّا وَقَدْ غَفَرْتَ لَنَا جَمِيعَ ذُنُوبِنَا وَفَرَّجْتَ هُمُومَنَا وَفَتَحْتَ لَنَا أَبْوَابَ الرِّزْقِ وَالسَّعَادَةِ مِنْ قَلْبِ يدعي لكم.


جمعة طيبة مباركة

Jan 9, 6:01 PM - محمد الدبوبي: <Media omitted>

Jan 9, 9:52 PM - محمد الدبوبي: <Media omitted>

Jan 14, 4:05 PM - محمد الدبوبي: <Media omitted>

Jan 17, 10:30 PM - Rami N GHANEM: <Media omitted>

Jan 20, 9:09 PM - محمد الدبوبي: <Media omitted>

Jan 20, 9:10 PM - محمد الدبوبي: هذا مطلوب منه ٢٠ قطعه

Jan 21, 4:42 AM - Rami N GHANEM: ابو رعد ايش رايك تنزل معي برمادا

Jan 23, 12:57 AM - Rami N GHANEM: <Media omitted>

Jan 23, 1:06 AM - محمد الدبوبي: <Media omitted>

Jan 23, 1:09 AM - Rami N GHANEM: كيفك يا معلم

Jan 23, 1:10 AM - محمد الدبوبي: انت كيفك تعبان جداً

Jan 23, 1:11 AM - Rami N GHANEM: سلامة قلبك

Jan 23, 1:12 AM - محمد الدبوبي: الله يسلمك

Jan 23, 1:21 AM - Rami N GHANEM: كيف الاوضاع عندك

Jan 23, 1:22 AM - Rami N GHANEM: انا جوازي الامريكي اخروا 5 دقائق وسألوني اني انا اصلي اردني

Jan 23, 1:23 AM - محمد الدبوبي: ما حكينا بالمواضيع انا وعَبد لانه انشغلنا بترتيب أمور الشباب

Jan 23, 1:24 AM - محمد الدبوبي: حكالي عبد السلام عن جوازك وكان قلقان عليك وحكيتله هاي بركات الشغل معكم

00090439

Ghanem-00000241-0033

Jan 23, 1:29 AM - Rami N GHANEM: الحكي وهذا سوري او اردني انا اذا عن يسال الحق له حد فيش امريكي كمواطن انا حكيتلهم الكلام قلة. كلمه حكيت ولا ليش سالته لا طبعا..... الجواز وسلمني رجع دقائق 5 وبعد المكتب على جوازي واخذ الضابط اجا علي جديد وشكرا في مرحب غير يحكولي عندي الهم اشي اكثر لانه فيهم سائل مش انا  احسن☺☺

Jan 23, 1:30 AM - Rami N GHANEM: <Media omitted>

Jan 23, 1:30 AM - الدبوبي محمد: مات السعودية ملك

Jan 23, 1:31 AM - الدبوبي محمد: 👆

Jan 23, 1:32 AM - Rami N GHANEM: جميعا المسلمين اموات يرحم الله

Jan 23, 1:32 AM - الدبوبي محمد: آمين

Jan 23, 8:28 AM - Rami N GHANEM: <Media omitted>

Jan 23, 8:28 AM - Rami N GHANEM: ما وانطقني مني وتقبله فيه لي فيسره الكريم لوجهك هذا يومي احتسب إني اللهم رزقا احتسب لا حيث من وارزقني رحمتك أبواب لي وافتح طاعتك في واستعملني ... يرضيك ما أرني و يرضيك ما واسمعني يرضيك أجمعين وصحبه آله وعلى محمد سيدنا على والسلام والصلاة العالمين رب يا يرضيني طيبا وفيرا حلالا ..

مباركة جمعة

Jan 27, 7:23 PM - الدبوبي محمد: <Media omitted>

Jan 27, 7:27 PM - الدبوبي محمد: <Media omitted>

Jan 27, 7:27 PM - الدبوبي محمد: <Media omitted>

Jan 27, 7:27 PM - الدبوبي محمد: <Media omitted>

Jan 27, 7:27 PM - الدبوبي محمد: <Media omitted>

Jan 29, 8:25 PM - الدبوبي محمد: <Media omitted>

Jan 29, 8:25 PM - الدبوبي محمد: <Media omitted>

Jan 29, 8:25 PM - الدبوبي محمد: <Media omitted>

Jan 29, 8:26 PM - الدبوبي محمد: <Media omitted>

Jan 29, 8:26 PM - الدبوبي محمد: Corn flex

Biscuit

Macaroni not spaghetti

Jan 29, 8:26 PM - Rami N GHANEM: يصديقي يا هذا ايش

Jan 29, 8:28 PM - الدبوبي محمد: الباب على بدنلك يوم كل كباب البدوي تطعمي لا بحكي مثل في هذا

لروان غلوتن بدون أشياء هاي

Jan 29, 8:29 PM - Rami N GHANEM: رقيه زي روان رجال يا.....بدأت ما روان بدوي انت

Jan 29, 8:30 PM - Rami N GHANEM: صديقي يا فيها ما اقل

الدبوبي محمد - Jan 29, 8:41 PM: بعمرك ويطول يسلمك ربي

الدبوبي محمد - Jan 29, 9:59 PM: عصابات دخلت صنعاء جوامع اليوم الحوثي# أنزلت وأستولت المنابر من الخطباء وأستولت عليها.

كان القرامطة.. أجداد ملالي طهران يفعلون الشيء نفسه.

العدو المتخفي.

◆ كان سنة 317 هـ كان المسلمون يطوفون حول الكعبة فاكتسح الكعبة جيش من القرامطة الشيعة وذبحوا في يوم واحد (30,000) ثلاثين ألف حاج من الرجال والنساء والأطفال...

◆ وقف قائد الشيعة أبو طاهر القرمطي على باب الكعبة ونادى في الحجيج لمن الملك اليوم؟! فلم يجبه أحد فقال :

أنا وبالله أنا
أنا الخلق يخلق وأفنيهم

◆ هدم الشيعة بئر زمزم فيها ورموا الجثث من الذين قتلوهم من الحجيج حتى امتلأت البئر بالجثث وجمعوا وفوقها بقية الجثث حتى صارت الجثث "جبلاً ضخماً"...

◆ أمر قائد الشيعة القرامطة جيشه بخلع باب الكعبة ومزق كسوة الكعبة "إربا إربا" ونادى في الناس أين الطير الأبابيل أين الحجارة من سجيل ولم يجبه أحد.

◆ هرب الحجيج من جيش الشيعة وتعلق باستار الكعبة (1700) رجل وامراة لعل وتشفع أستار الكعبة عند قائد الشيعة فنادى قائد الشيعة بدأوا بهم هم فاذبحوهم...

◆ جمع قائد الشيعة القرامطة حاجات النساء من الله بيت حول الكعبة وفي حجر إسماعيل وأمر جنوده باغتصابهنّ ثم علنا ذبحوهن ورموا جثثهنّ في بئر زمزم...

◆ أمر قائد الشيعة القرامطة بخلع ميزاب الكعبة فصعد رجل من الشيعة ولما وصل الميزاب سقط على الرجل فانكسرت رأسه رقبته فقال قائدهم لا يصعد له أحدا...

◆ هتك الشيعة القرامطة باب الكعبة ودنسوها ونهبوا منها "كنوزاً عظيمة كان الملوك يهدونها للكعبة المشرفة وساقوها معهم إلى القطيف...

Ghanem-00000241-0035

Ghanem_Sentencing_00001151

◆❖ يتقهقهون وهم الأبابيل والطير والفيل أبرهة أين جيشة في ونادى المشرفة الكعبة على الجنابي طاهر أبو القرامطة الشيعة قائد تبوّل
كالسكارى ويضحكون.

◆❖ وظلّ القطيف إلى معهم حملوه ثم شقين فانكسر الأسود الحجر بفاسه وضرب الأسود الحجر مكان يُهدم أن القرامطة الشيعة زعيم أمر
سنة (22) معهم الأسود الحجر...

◆❖ بمجزرة قام تسليمه رفضوا ولما الشيعة قائد وتوعدهم فهددهم آمن مكان في مكة أهل فدسه إبراهيم مقام يسرقوا أن القرامطة الشيعة أراد
مكة شعاب في كبرى...

◆❖ ألف (30،000) العصر إلى الصباح من وقتل كالسيل الكعبة حول الدم أنهار سالت حتى الحجيج جميع بذبح القرامطة الشيعة قائد أمر
"أحدا يترك ولم وحاجة حاج...

◆❖ كعبتهم إلى حج فمن الحجاج تعترض أن جيوشه وأمر الأسود الحجر عليها ووضعوا القطيف عن "بدلا لهم كعبة الشيعة بنى
وقتلوه سلبوه رفض ومن تركوه...

◆❖ وروعوا "فسادا الأرض في فعاثوا الزنوج ثورة مع بحرب وانشغالها لدويلات وتفككها العباسية الدولة ضعف القرامطة الشيعة استغل
الأعراض وهتكوا الآمنين...

◆❖ دينار ألف (50،000) بـ العباسي للخليفة الأسود الحجر الشيعة باع القطيف في الشيعة كعبة إلى الحج والمسلمون العرب رفض لما
"عاما (22) بعد وعادت "ذهبيا.

◆❖ لشدة الحج والعراق الشام أهل فألغى الحجاج طريق في خاصة كبرى مجازر وارتكبوا العربية الجزيرة على القرامطة الشيعة سيطر
القطيف شيعة من الرعب...

◆❖ إلى القبلة تحويل على الناس وأجبروا مكة من "بدلا القطيف كعبة إلى بصلاتهم يتوجهوا أن الناس جميع القرامطة الشيعة زعيم أمر
ذبحوه رفض ومن القطيف...

◆❖ النساء يغتصبون وكانوا التاريخ في لها مثيل لا جماعية بمجازر وقاموا العربية الجزيرة من كثير على القرامطة الشيعة سيطر
القتلى جثث فوق...

◆❖ المسلمين نساء واغتصبوا الأموال واستباحوا "يوما (17) استمرت كبرى بمجزرة وقاموا البصرة مدينة بجيوشهم القرامطة الشيعة هاجم
وأذلوهم أعراضهم وهتكوا.

◆❖ من فيها بما القرية يحرقون ثم النساء واغتصبوا الرجال وقتلوا الأموال سلبوا بقرية مروا كلما وكانوا الشام أطراف القرامطة الشيعة غزا
وعجائز أطفال.

00090439                                                                           Ghanem-00000241-0036

✦ من وأمنهم) وصل حتى (قريش لإيلاف): (ويتلو يضحك فرسه على وهو ألف (30،000) وعددهم الحجيج جثث حول الشيعة قائد وقف
خوفنا من أمنهم ما :وقال فقيهه.(خوف...

✦ وأجبروا منى سموه وآخر عرفات سموه "وموضعا الحرام المشعر سموه "موضعا حولها وبنوا القطيف في كعبة القرامطة الشيعة بنى
كعبتهم إلى الحج على العوام...

✦ فضله ومن الأمهات مع البنات أحلّ" : نصوصه في مرجعهم فقال وبناتهم بأمهاتهم الفاحشة فعل لأتباعهم القرامطة الشيعة زعماء أباح
الصبي جلّ زاد" .

معهم للتقارب ويدعو يواليهم من وشر شرهم وبلادهم المسلمين الله كفى ..

http://www.alharamain.gov.sa/index.cfm?do=cms.conarticle&contentid=5940&categoryid=1022

المرجع + المعلومات.                هؤلا خطر الجميع يعلم حتى انشروها

Feb 3, 12:33 PM - الدبوبي محمد: <Media omitted>

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT      817

DATE _____ IDEN.

DATE_____ EVID.

BY _____
DEPUTY CLERK
AO 386

| | |
|---|---|
| **From:** | Rami Ghanem <ramithe@gmail.com> |
| **Sent:** | Tuesday, February 10, 2015 11:01 AM |
| **To:** | Fakroun <fakrun1@gmail.com> |
| **Subject:** | Emailing: Tebadot Inv.pdf |
| **Attach:** | Tebadot Inv.pdf |

Your message is ready to be sent with the following file or link attachments:

Tebadot Inv.pdf

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments. Check your e-mail security settings to determine how attachments are handled.

<<...>>



## COMMERCIAL INVOICE NO: 2014/ ASF/83
### Nov.17th 2014

**SOLD TO:**
Tebadot General Trading LLC

Libya

**DELIVERY / CONSIGNEE:**
Tebadot General Trading LLC

Libya

| Item | Descriptions of Goods | Quantity | Unit Price | Total Amount |
|------|----------------------|----------|------------|--------------|
| 1 | **2014 Toyota Hilux** Warranty: Warranty Available Transmission: Automatic, Engine: 4.0L V6 DOHC, Exterior Color: black, Fuel Type: Diesel **Features & Options Ext / Int Color Luxury Features** Air Conditioning, Clock, Cruise Control Tachometer, Telescoping Steering Wheel Tilt Steering Wheel **Power Equipme**nt, Power Locks, Power Mirrors, Power Steering, Power Windows **Safety Features** Anti-Lock Brakes, Intermittent Wipers **Interior,** Cloth Seats **Audio / Video,** Factory System, AM/FM, CD Player **Additional Features,** Cup Holders, Night Vision Sliding Rear Window, Bedliner, Child Proof Door Locks, Vanity Mirrors, Front Reading Lights, Front Wheel Independent Suspension , 5 Passenger Seating, Bucket Seats, Lumbar Support, Multiple Airbags, Ventilated Front Disc Brakes | 30 | $ 24,808.00 | $ 744,240.00 |
| | | **Total ……………..……. $ 744,240.00** .  ( Seven Hundred  & Forty Four Thousands & Two Hundred and twenty USD) | | |



info@Gatewaymena.com
Mobile: +201127999552

Mob.: +962 777 100 577   +962 777 333 390 , P.O Box 830699 Amman, 11183 , Email: aldahoubim@gmail.com
4281 Express Lane. Suite E7505. Sarasota, Florida 34238



# Bank Details:

**Invest Bank, Shmessani Branch.**
**43 Abdul Hamid Sharaf St.**
**P.O. Box 950601**
**Amman 11195 Jordan**
**Telephone: +9626 5001500**
**Fax+**

**Company Name: Gateway to MENA for**
**Logistics Services**
**Account USD # 00133000021662220001**
**IBAN Number:**
**JO19JIFB0010033000021662220001**

**SWIFT: JIFBJOAM**

Mob.: +962 777 100 577 +962 777 333 390   P.O Box 830699 Amman 11183   Email: aldaboubim@gmail.com

4281 Express Lane. Suite L7505. Sarasota, Florida 54238

00090086                                                          Ghanem_00000241

Ghanem_Sentencing_00001157

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA

VS.   GHANEM

PLAINTIFF'S EXHIBIT   818

DATE _____ IDEN.

DATE _____ EVID.

BY _____

DEPUTY CLERK

AO 386

| From: | Ahmad Qardan <Ahmad.Qardan@investbank.jo> |
| --- | --- |
| Sent: | Tuesday, November 25, 2014 10:40 PM |
| To: | Rami Ghanem <ramithe@gmail.com>; aldaboubim@gmail.com |
| Subject: | RE: Invoice for Transfer |

Dear Rami,

All noted well, kindly note that you just received another transfer of 344,194 USD, kindly provide us with the invoice related.

Regards

Ahmad

**From:** Rami Ghanem [mailto:ramithe@gmail.com]
**Sent:** Tuesday, November 25, 2014 6:24 PM
**To:** Ahmad Qardan; aldaboubim@gmail.com
**Subject:** RE: Invoice for Transfer

Sorry Ahmad I was traveling and did not have the chance to send you a copy of the Invoice, as for the customer we are starting our work with them in December, I am trying to have the trainers ready for the deploying by Sunday to Misurata, we will be invoicing our customer once each month for our work.

The bank is asking to have a copy of our invoice (please see a copy but you have to promise me that our documents will not be distributed to anybody ales, Gen. Mohammad can explain to you his concern.

Thanking you in advance for your great support.

Best Regards


*Rami Ghanem*

*Gateway to MENA. (GTM)*
**Egypt Office**
Complex 122, Building 16, Apartment 42
Al Rehab City, Cairo  Egypt
Telephone# 00201127999552
**Jordan Office**

Tel: 962 6 5685624
Fax: 962 6 5685625

**ramithe@gmail.com**  or  rami@caravaname.com
US Telephone: 772 675-4363    Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

**From**: Ahmad Qardan [mailto:Ahmad.Qardan@investbank.jo]
**Sent:** Monday, November 24, 2014 9:13 AM
**To**: aldaboubim@gmail.com; Rami Ghanem (ramithe@gmail.com); 'Rami N Ghanem'
**Subject:** Invoice for Transfer

Dear's

Compliance just called me notifying about the arrival of the transfer, kindly and its important to send the selling invoice that will be delivered to your customer in Libya, as we have your buying invoice, contract, and now the selling invoice is needed to close the deal circle kindly provide as soon as possible.

Best Regards

Ahmad

CASE NO. __CR 15-0704 (A)-SJO__

_____UNITED STATES OF AMERICA_____
VS. _____GHANEM_____

PLAINTIFF'S EXHIBIT _____819_____

DATE _____IDEN.

DATE_____EVID.

BY _____
_____DEPUTY CLERK

AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|---|---|
| Sent: | Sunday, January 25, 2015 12:40 PM |
| To: | Mohd <aldaboubim@gmail.com> |
| Cc: | Fakroun <fakrun1@gmail.com> |
| Subject: | New Invoices |
| Attach: | Doroob Invoice 08.pdf; Doroob Invoice 11.pdf |

## *Rami Ghanem*

## *Caravana Middle East CME*

Behind ABC Bank. Al-Shmeisani
Abdul Al-Rahim Al- Waked St. - Shmeisani. Bldg. No. 42
P.O. Box 830589
Amman-11183 Jordan
Tel: 962 6 5685624 Ext.104
Fax: 962 6 5685625   Mobile: **Iternational #: +37282432246**
**ramithe@gmail.com**  or  rami@caravaname.com
US Telephone: 772 675-4363   Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...



## COMMERCIAL INVOICE NO: 2015/ MED/08

| SOLD TO: | DELIVERY / CONSIGNEE: |
|---|---|
| **Doroob Vehicles Import Company.**<br>**Mr. Mohamed El Taher Eisa**<br>**Misurata,  Libya** | **Doroob Vehicles Import Company.**<br>**Mr. Mohamed El Taher Eisa**<br>**Misurata,  Libya** |

| Item | Descriptions of Goods | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|
| 1 | **2015 Toyota**  Land Cruiser Pickup S-Cab DLX<br>Power Windows<br>Central Locking<br>Bluetooth Kit*<br>High Grade Speedometer<br>Single Airbag (Driver  Only)<br>Floor Mats<br>Wood Grain Instrument Panel<br>Manual Air Conditioning<br>Audio AM/FM/CD + 2 Speakers<br>Power Steering<br>Tilt and Telescopic steering column (Manual)<br>Leather & Wood Steering Wheel<br>Fabric Seats<br>Bench Type Front Seat<br>Glove Box With Key<br>Electric Winch<br>Rear Differential Lock<br>Wireless Door Lock<br>Daytime Running Lights*<br>Door Mirrors - Chrome Plated & Powered<br>Back Outside Buzzer<br>Front Fog Lamps<br>Side Stripes*<br>Chrome Plated Air Vents*<br>Rear Bumper - Chrome Plated<br>Spare Wheel Carrier with Lock<br>Rear Glass - Slide<br>Towing Hook - Front Closed & Rear Pintle<br>Halogen Headlamps<br>16 Inch Steel Wheels | 27 | $ 37,037.04 | $ 1,000,000.00 |

**Total ………………..…….. $ 1,000,000.00**

**One Million USD**



info@Gatewaymena.com
Mobile: +37282432246
1/25/2015

Mob.: +962 777 100 577 , +962 777 333 390 , P.O Box 830699 Amman 11183 , Email: aldaboubim@gmail.com

4281 Express Lane. Suite L7305. Sarasota, Florida 34238

00091001                                                    Ghanem_00000241

Ghanem_Sentencing_00001163



## Bank Details:

**Invest Bank, Shmessani Branch.**
**43 Abdul Hamid Sharaf St.**
**P.O. Box 950601**
**Amman 11195 Jordan**
**Telephone: +9626 5001500**
**Fax+**

**Company Name: Gateway to MENA for Logistics Services**
**Account USD # 00133000021662220001**
**IBAN Number:**
**JO19JIFB0010033000021662220001**

**SWIFT: JIFBJOAM**

Mob.: +962 777 100 577   +962 777 333 390   P.O Box 830699 Amman 11183   Email: aldahabubim@gmail.com

4281 Express Lane. Suite L7303. Sarasota, Florida 34238

00091001                                                                        Ghanem_00000241

Ghanem_Sentencing_00001164



## COMMERCIAL INVOICE NO: 2015/ MED/11 1/25/2015

| **SOLD TO:** | **DELIVERY / CONSIGNEE:** |
|---|---|
| Doroob Vehicles Import Company.<br>Mr. Mohamed El Taher Eisa<br>Misurata,  Libya | Doroob Vehicles Import Company.<br>Mr. Mohamed El Taher Eisa<br>Misurata,  Libya |

| Item | Descriptions of Goods | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|
| 1 | **2015 Toyota** Land Cruiser Pickup S-Cab DLX Top<br>Power Windows<br>Central Locking   Bluetooth Kit*<br>High Grade Speedometer<br>Single Airbag (Driver  Only)<br>Floor Mats     Fabric Seats<br>Wood Grain Instrument Panel<br>Manual Air Conditioning<br>Audio AM/FM/CD + 2 Speakers<br>Power Steering<br>Tilt and Telescopic steering column (Man<br>Leather & Wood Steering Wheel<br>Bench Type Front Seat<br>Glove Box With Key   Electric Winch<br>Rear Differential Lock   Fender Flares<br>Wireless Door Lock<br>Daytime Running Lights*<br>Door Mirrors - Chrome Plated & Powered<br>Back Outside Buzzer<br>Front Fog Lamps   Side Stripes*<br>Chrome Plated Air Vents*<br>Rear Bumper - Chrome Plated<br>Spare Wheel Carrier with Lock<br>Rear Glass - Slide<br>Towing Hook - Front Closed & Rear Pintl<br>Halogen Headlamps<br>16 Inch Alloy Wheels | 16 | $ 38,937.50 | $ 623,000.00 |

Total ……………..…….. $ 623,000.00

**Six Hundred & Twenty Three Thousands USD**

info@Gatewaymena.com



Mobile: +37282432246



# Bank Details:

**Invest Bank, Shmessani Branch.**
**43 Abdul Hamid Sharaf St.**
**P.O. Box 950601**
**Amman 11195 Jordan**
**Telephone: +9626 5001500**
**Fax+**

**Company Name: Gateway to MENA for**
**Logistics Services**
**Account USD # 00133000021662220001**
**IBAN Number:**
**JO19JIFB00100330000021662220001**

**SWIFT: JIFBJOAM**

Mob.: +962 777 100 577 +962 777 333 390   P.O Box 830699 Amman 11183   Email: aldahoubim@gmail.com

4281 Express Lane, Suite E7303, Sarasota, Florida 34238

CASE NO.  CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.  GHANEM

PLAINTIFF'S EXHIBIT   820

DATE _____ IDEN.

DATE _____ EVID.

BY _____
            DEPUTY CLERK
AO 386

| | |
|---|---|
| **From:** | Rami Ghanem <ramithe@gmail.com> |
| **Sent:** | Monday, January 26, 2015 10:21 AM |
| **To:** | Mohd <aldaboubim@gmail.com> |
| **Subject:** | Emailing: Invoice for MOD.pdf |
| **Attach:** | Invoice for MOD.pdf |

Your message is ready to be sent with the following file or link
attachments:

Invoice for MOD.pdf

Note: To protect against computer viruses, e-mail programs may prevent
sending or receiving certain types of file attachments.  Check your e-mail
security settings to determine how attachments are handled.

<<...>>

Ghanem_Sentencing_00001168



## COMMERCIAL INVOICE NO: 2015/ MED/16
### 1/26/2015

**SOLD TO:**
**Ministry of Defense**
**Tripoli, Libya**

**DELIVERY / CONSIGNEE:**
**Ministry of Defense**
**Tripoli, Libya**

| Item | Descriptions of Goods | Quantity | Unit Price | Total Amount |
|------|----------------------|----------|-----------|-------------|
| 1 | Spare Parts for Mi 24 Helicopter | 1 | $ 98,000. | $ 98,000.00 |
| 2 | L39 Crew | 1 | $ 690,000. | $ 690,000.00 |
| 3 | Night Vision sets for Mi 24 Helicopters | 4 | $ 55,000. | $ 220,000.00 |
| 4 | Guided missile kit for mi 24 | 2 | $ 160,000. | $ 320,000.00 |
| 5 | Quadrat crew | 1 | $ 185,000. | $ 185,000.00 |
| 6 | F-1 Mirage crew | 1 | $ 110,000. | $ 110,000.00 |

| Total One Million & Six Hundred Thousands and Twenty Six USD ……………….. | $ 1,623,000.00 |
|---|---|



info@Gatewaymena.com
Mobile: +37282432246

Mob.: +962 777 100 577   +962 777 333 390   P.O Box 830699 Amman 11183   Email: aldabouhim@gmail.com

4281 Express Lane. Suite L7303. Sarasota, Florida 34238



## Bank Details:

**Invest Bank, Shmessani Branch.**
**43 Abdul Hamid Sharaf St.**
**P.O. Box 950601**
**Amman 11195 Jordan**
**Telphone: +9626 5001500**

**Company Name: Gateway to MENA for Logistics Services**
**Account USD # 00133000021662220001**
**IBAN Number:**
**JO19JIFB00100330000216622220001**

**SWIFT: JIFBJOAM**

Mob.: +962 777 100 577 • +962 777 333 390 . P.O Box 830699 Amman 11183 . Email: aldaboubim@gmail.com

4281 Express Lane, Suite E7505, Sarasota, Florida 54238

CASE NO. __CR 15-0704 (A)-SJO__

_____UNITED STATES OF AMERICA_____
VS. ____GHANEM____

PLAINTIFF'S EXHIBIT ___821___

DATE _____IDEN.

DATE_____EVID.

BY _____
            DEPUTY CLERK
AO 386

| | |
|---|---|
| **From:** | Gerton Business <gerton.businessllp@gmail.com> |
| **Sent:** | Tuesday, February 3, 2015 3:22 AM |
| **To:** | Rami Ghanem <ramithe@gmail.com> |
| **Subject:** | Sal 24 |
| **Attach:** | draft invoice sora MI24-1.doc |



**TO:**   Company: Gateway to MENA for logistic Services
Address: 43 Abdul Hamid Sharaf St.
P.O. Box 950601
Amman 11195 Jordan
Telephone: +9626 5001500

## COMMERCIAL INVOICE No 01-02/15
### dated 03.02.2015

| Full description of goods or services | Quantity | Unit Value, Currency | Total value, Currency |
|---|---|---|---|
| 1.   Computer equipment | 750 pcs | 328 USD | 246 000.00 USD |
| 2.   Installation | - | This amount you need to confirm | 81 000.00 USD |
| 3.   Banking fees | - | - | 8829.00 USD |

**TOTAL TO BE PAID: 335 829 $ USD**

**Bank Details:**
Account of: DORA IMPEX LLP
Acco. No: LV27PRTT0265021252900
AS"PRIVATBANK", Muitas street 1, Riga, LV-1134, Latvia
SWIFT: PRTTLV22
Registration Nr. : 50003086271

DEUTSCHE BANK TRUST COMPANY AMERICAS, NEW YORK, USA
SWIFT CODE: BKTRUS33   № 04-411-712

Signature:

CASE NO.   CR 15-0704 (A)-SJO

_____UNITED STATES OF AMERICA_____
VS. ___GHANEM___

PLAINTIFF'S EXHIBIT ___822___

DATE _____IDEN.

DATE_____EVID.

BY _____
          DEPUTY CLERK
AO 386

| From: | Gerton Business <gerton.businessllp@gmail.com> |
| Sent: | Thursday, February 5, 2015 9:37 AM |
| To: | Rami Ghanem <ramithe@gmail.com> |
| Subject: | 23 sponsor fee |
| Attach: | 23-1.jpg; 23-2.jpg |

P: 24500 *3=73500
T:  8500 *3=25500
Ins: 400*3=1200
     4500*1=4500
P.M: 900*4=3600
Cash 2,7%= 2924

T: 111224

00090319

Ghanem_00000241

Ghanem_Sentencing_00001175



TO:     Company: Gateway to MENA for logistic
Services
Address: 43 Abdul Hamid Sharaf St.
P.O. Box 950601
Amman 11195 Jordan
Telephone: +9626 5001500

## COMMERCIAL INVOICE No 05/1-02/15
### dated 05.02.2015

| Full description of goods or services | Quantity | Unit Value, Currency | Total value, Currency |
|---|---|---|---|
| 1. Building Construction Materials | 140 pcs | 451.25 USD | 63175.00 USD |
| 2. Logistic fees | - | - | 2924.00 USD |

## TOTAL TO BE PAID: 66 099 $ USD

**Bank Details:**
Account of: DORA IMPEX LLP
Acco. No: LV27PRTT0265021252900
AS "PRIVATBANK", Muitas street 1, Riga, LV-1134, Latvia
SWIFT: PRTTLV22
Registration Nr. : 50003086271

DEUTSCHE BANK TRUST COMPANY AMERICAS, NEW YORK, USA
SWIFT CODE: BKTRUS33   № 04-411-712

Signature:



TO:      Company: Gateway to MENA for logistic Services
Address: 43 Abdul Hamid Sharaf St.
P.O. Box 950601
Amman 11195 Jordan
Telephone: +9626 5001500

## COMMERCIAL INVOICE No 05/2-02/15
### dated 05.02.2015

| Full description of goods or services | Quantity | Unit Value, Currency | Total value, Currency |
|---|---|---|---|
| 1.  Building Construction Materials | 100 pcs | 451.25 USD | 45125.00 USD |

**TOTAL TO BE PAID: 45 125 $ USD**

**Bank Details:**
Account of: DORA IMPEX LLP
Acco. No: LV27PRTT0265021252900
AS"PRIVATBANK", Muitas street 1, Riga, LV-1134, Latvia
SWIFT: PRTTLV22
Registration Nr. : 50003086271

DEUTSCHE BANK TRUST COMPANY AMERICAS, NEW YORK, USA
SWIFT CODE: BKTRUS33  № 04-411-712

Signature:

00090321                                                  Ghanem_00000241

CASE NO.   CR 15-0704 (A)-SJO
            UNITED STATES OF AMERICA
VS.        GHANEM

PLAINTIFF'S EXHIBIT        823

DATE                              IDEN.

DATE                              EVID.

BY
            DEPUTY CLERK
AO 386

| From: | Gerton Business <gerton.businessllp@gmail.com> |
|---|---|
| Sent: | Tuesday, February 10, 2015 8:47 AM |
| To: | Rami Ghanem <ramithe@gmail.com> |
| Subject: | Re: mi 24 sall |
| Attach: | fee 24.jpg |

On Tue, Feb 10, 2015 at 6:45 PM, Rami Ghanem <ramithe@gmail.com> wrote:

No invoice we attached

## Rami Ghanem

## Caravana Middle East CME

Behind ABC Bank. Al-Shmeisani
Abdul Al-Rahim Al- Waked St. - Shmeisani. Bldg. No. 42
P.O. Box 830589
Amman-11183 Jordan
Tel: 962 6 5685624 Ext.104
Fax: 962 6 5685625   Mobile: **Iternational #: +37282432246**
**ramithe@gmail.com** or rami@caravaname.com
US Telephone: 772 675-4363   Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

**From:** Gerton Business [mailto:gerton.businessllp@gmail.com]
**Sent:** Tuesday, February 10, 2015 5:59 PM
**To:** Rami Ghanem
**Subject:** mi 24 sall

Dear brother

This is a new invoice for sallary for MI 24

Pleasetell the general when he will make transfer to indicate in detailes of payment:

PAYMENT FOR BUILDING MATERIALS

Thank you

## INVOICE № 2

**Date: 09.21.2015**

**SELLER:** "SOLARA TRADING INC"

Address: 50TH STREET, GLOBAL PLAZA TOWER,19TH FLOOR, SUITE H, PANAMA CITY, PANAMA

**Beneficiary bank:**

Bank: AS PrivatBank , Address: Riga, Latvia,LV-1134,1,Muitas str.

**SWIFT:** PRTTLV22XXX   **Account:** LV18PRTT0265020365900

**Buyer:** "Gateway to MENA for logistic Services" , Reg. No: 35019 P.O. Box 830589, Amman – 11183,  Jordan

**Bank:** Invest Bank, Shmessani Branch.

Bank`s address: 43 Abdul Hamid sharaf St. P.O. box 950601, Amman 11195, Jordan

**SWIFT:** JIFBJOAM   **IBAN:** JO19JIFB0011003300021662220001

**G O O D S :  Building materials**

**Prise:  326 800 USD**

**Amount: 326 800 (three hundred twenty-six thousand eight hundred) USD**

**Attorney: Jorjiany Leon**

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT      824

DATE                         IDEN.

DATE                         EVID.

BY
DEPUTY CLERK
AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
| Sent: | Wednesday, July 29, 2015 3:53 AM |
| To: | mdaboubi@hotmail.com |
| Subject: | Emailing: RV GT Invoice 0125-1.pdf |
| Attach: | RV GT Invoice 0125-1.pdf |

Your message is ready to be sent with the following file or link attachments:

RV GT Invoice 0125-1.pdf

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments. Check your e-mail security settings to determine how attachments are handled.

-----
No virus found in this message.
Checked by AVG - www.avg.com
Version: 2015.0.6086 / Virus Database: 4392/10330 - Release Date: 07/29/15

<<...>>



## COMMERCIAL INVOICE NO: 00125

**SOLD TO:**
**Royal Valley General Trading LLC**
**Misurata, Libya**
Date:  **July- ²⁵ᵗʰ -2015**

**DELIVERY / CONSIGNEE:**
**Royal Valley General Trading LLC**
**Misurata, Libya**

| Item | Descriptions of Goods | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|
| 1 | **2014 GMC Regular Cab 1500 SLE 5.3L V8 355HP** <br> - 6-speed automatic transmission; Airbags; split bench cloth seat. <br> - Single –Zone automatic climate; cruise control; Bluetooth for phone. <br> - 17" aluminum wheels (18' wheels for Z71 package) <br> - AM/FM stereo, USB, AUX, SD card, 6-speaker <br> - Power windows and door lock <br> - Rear view mirror | 27 | $ 32,421.00 | $ 875,363.00 |

**Total …………….……… $ 875,363.00**

**Eight Hundred & Seventy Five Thousands & Three Hundreds  & Sixty Three USD**



info@Gatewaymena.com
Mobile: +37282432246



428T Express Lane. Suite E7505. Sarasota, Florida 34238



# Bank Details:

**Invest Bank, Shmessani Branch.**
**43 Abdul Hamid Sharaf St.**
**P.O. Box 950601**
**Amman 11195 Jordan**
**Telphone: +9626 5001500**
**Fax+**

**Company Name: Gateway to MENA for Logistics Services**
**Account USD # 00133000021662220001**
**IBAN Number:**
**JO19JIFB00100330000216622220001**

**SWIFT: JIFBJOAM**

Mob.: +962 777 100 577   +962 777 333 390     P.O Box 930699 Amman 11183   Email: aldahoubim@gmail.com

4281 Express Lane. Suite E7303. Sarasota, Florida 34238

00077212                                                                                    Ghanem-00072443

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.    GHANEM

PLAINTIFF'S EXHIBIT    825

DATE _____ IDEN.

DATE_____ EVID.

BY _____
DEPUTY CLERK
AO 386

| | |
|---|---|
| **From:** | Mohammad <aldaboubim@gmail.com> |
| **Sent:** | Wednesday, July 29, 2015 3:28 PM |
| **To:** | Rami Ghanem <ramithe@gmail.com> |
| **Subject:** | Fwd: ZG000248-$475,363.pdf |
| **Attach:** | ZG000248-$475,363.pdf; Message Text |

Sent from my iPhone

Begin forwarded message:

> **From:** Salam <fakrun1@gmail.com>
> **Date:** July 29, 2015 at 19:11:29 GMT+3
> **To:** ابو عد <aldaboubim@gmail.com>
> **Subject: ZG000248-$475,363.pdf**

**International Wire Transfer Confirmation**
**ROYAL VALLEY GENERAL TRADING L.L.C**
**29/07/2015 14:41**

| | |
|---|---|
| **Tracking ID:** | 23143816650303900 |
| **Application ID:** | 000000000004162725 |

> **Send Wire To**

| > Beneficiary Info | | > Beneficiary Bank Info | |
|---|---|---|---|
| **Beneficiary Name** | GATEWAY TO MENA FOR LOGISTICS SERVI | **Bank Name** | JORDAN INVESTMENT AND FINANCE BANK |
| **Nickname** | | **Address 1** | ISSAM AJLOUNI STREET |
| **Address 1** | JORDAN | **Address 2** | SHMEISANI |
| **Address 2** | | **City** | AMMAN |
| **City** | | **Country** | Jordan |
| **Country** | Jordan | **FED ABA** | |
| **Contact Person** | | **SWIFT** | JIFBJOAMXXX |
| **Beneficiary Scope** | Business | **CHIPS National** | |
| **Account Number/IBAN** | JO19JIFB0010033000021662220001 | | |

> **Debit Info**

| | | | |
|---|---|---|---|
| **Debit Account** | 16914931-Current Account - USD | **Debit Currency** | USD |
| **Amount** | 475363.00 | **Contract Number** | |
| **Requested Processing Date** | 29/07/2015 | **Charge Type** | SHA |
| **Settlement Date** | 29/07/2015 | **Charge Account** | 16914931-1 |
| **Expected Processing Date** | 29/07/2015 | | |

> **Payment Info**

**Payment Currency** USD

> **Sender's Reference**

FREIGHT CHARGES

> **Originator to Beneficiary Information**

PURPOSE CODE 0403

**Confidential**

Ghanem_Sentencing_00001188

Sent from my iPhone

00077115.pdf

Ghanem-00072443

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.     GHANEM

PLAINTIFF'S EXHIBIT     826

DATE _____ IDEN.

DATE _____ EVID.

BY _____

DEPUTY CLERK

AO 386

| From: | Mohammad <aldaboubim@gmail.com> |
|---|---|
| **Sent:** | Friday, July 31, 2015 1:27 AM |
| **To:** | Rami Ghanem <ramithe@gmail.com> |
| **Subject:** | Fwd: ADVICE 400,000.pdf |
| **Attach:** | ADVICE 400,000.pdf; Message Text |

Sent from my iPhone

Begin forwarded message:

> **From:** Salam <fakrun1@gmail.com>
> **Date:** July 31, 2015 at 07:48:36 GMT+3
> **To:** ابو عد <aldaboubim@gmail.com>, rami@allghanem.com
> **Subject: ADVICE 400,000.pdf**

OUTWARD REMITTANCE CUSTOMER ADVICE
ROYAL VALLEY GENERAL TRADING LLC
39634
DUBAI

| | |
|---|---|
| TRANCACTION DATE | : 30-JULY-2015 |
| OUR REF | : FCSF10071406982 |
| YOUR REF | : |

Dear Customer,

We advise of having made an Outward Fund Transfer from your account, details of which are as Follows:

| | |
|---|---|
| Beneficiary Bank | : INVEST BANK |
| | : JIFBJOAM |
| Our Correspondent Bank | : |
| Beneficiary Bank's correspondent | : |
| Beneficiary Name | : GATEWAY TO MENA FOR LOGISTICS SERVICES |
| | : JORDAN |
| | : |
| | : |
| Beneficiary Account No | : JO19JIFB0010033000021662220001 |
| Remittance Amount | : USD 400,000.00 |
| Exchange Rate | : 1 |
| Total Debit Amount | : USD 400,000.00 |
| Correspondent Bank Charges | : SHA |
| Payment Value Date | : 31-JULY-2015 |
| Debit Account Number | : 16914931 |

We thank you for banking with Abu Dhabi Islamic Bank and are pleased to be serve you.

**This is a computer generated advice, no signature will be required**

Ghanem-00072443

Ghanem_Sentencing_00001192

Sent from my iPhone

Ghanem-00072443

CASE NO.   CR 15-0704 (A)-SJO

___UNITED STATES OF AMERICA___
VS. ____GHANEM___

PLAINTIFF'S EXHIBIT ____827___

DATE _____IDEN.

DATE_____EVID.

BY _____
        DEPUTY CLERK
AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|---|---|
| Sent: | Thursday, July 30, 2015 5:28 AM |
| To: | mdaboubi@hotmail.com |
| Subject: | Emailing: RVGT Invoice 127.pdf |
| Attach: | RVGT Invoice 127.pdf |

Your message is ready to be sent with the following file or link attachments:

RVGT Invoice 127.pdf

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments. Check your e-mail security settings to determine how attachments are handled.

 <<...>>

Ghanem-00072443



## COMMERCIAL INVOICE NO: 00127

| SOLD TO:<br>**Royal Valley General Trading LLC**<br>**Dubai - UAE**<br>Date:  **July- 25th -2015** | DELIVERY / CONSIGNEE:<br>**Royal Valley General Trading LLC**<br>**Dubai - UAE** |
| --- | --- |

| Item | Descriptions of Goods | Quantity | Unit Price | Total Amount |
| --- | --- | --- | --- | --- |
| 1 | **2014 GMC Regular Cab 1500 SLE 5.3L V8 355HP**<br>- 6-speed automatic transmission; Airbags; split bench cloth seat.<br>- Single –Zone automatic climate; cruise control; Bluetooth for phone.<br>- 17" aluminum wheels (18' wheels for Z71 package)<br>- AM/FM stereo, USB, AUX, SD card, 6-speaker<br>- Power windows and door lock<br>- Rear view mirror | 30 | $ 32,421.00 | $ 972,630.00 |
| | | **Total ………….……. $ 972,630.00**<br><br>**Nine Hundred & Seventy Two Thousands & Six Hundreds & Thirty USD** | | |



info@Gatewaymena.com
Mobile: +37282432246



Mob.: +962 777 100 577   Tel.: +962 777 133 390   P.O Box 830689-Amman- 11183   Email: aldahoubinn@gmail.com

428T Express Lane. Suite E7503. Sarasota, Florida 34238

00077049            Ghanem-00072443



## Bank Details:

**Invest Bank, Shmessani Branch.**
**43 Abdul Hamid Sharaf St.**
**P.O. Box 950601**
**Amman 11195 Jordan**
**Telphone: +9626 5001500**
**Fax+**

**Company Name: Gateway to MENA for Logistics Services**
**Account USD # 00133000021662220001**
**IBAN Number:**
**JO19JIFB00100330000216622220001**

**SWIFT: JIFBJOAM**

Mob.: +962 777 100 577   +962 777 333 390    P.O Box 830689 Amman 11183   Email: aldahoubim@gmail.com
4281 Express Lane. Suite L7503. Sarasota, Florida 34238

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.      GHANEM

PLAINTIFF'S EXHIBIT      828

DATE _____IDEN.

DATE_____EVID.

BY _____
         DEPUTY CLERK
AO 386

| | |
|---|---|
| **From:** | Mohammad <aldaboubim@gmail.com> |
| **Sent:** | Friday, July 31, 2015 1:27 AM |
| **To:** | Rami Ghanem <ramithe@gmail.com> |
| **Subject:** | Fwd: USD 972 630.pdf |
| **Attach:** | USD 972 630.pdf; Message Text |

This transaction for spare parts

Sent from my iPhone 

Begin forwarded message:

**From:** Salam <fakrun1@gmail.com>
**Date:** July 31, 2015 at 07:47:35 GMT+3
**To:** rami@allghanem.com, ابو رعد <aldaboubim@gmail.com>
**Subject: USD 972 630.pdf**

:

**Expanded Swift Message**

| | |
|---|---|
| Sender | BOMLAEADXXX<br>MASHREQBANK PSC.<br>AL GHURAIR CITY ,339-C, AGC<br>AL RIQQA STREET,DUBAI<br>AE |
| Receiver | MSHQGB2LXXX<br>MASHREQ BANK PSC<br>TRITON COURT ,FLOOR 4 NEPTUNE HOUSE<br>14-16 FINSBURY SQUARE,LONDON<br>GB |
| 20 | Sender's Reference<br>08813629053003 |
| 23B | Bank Operation code<br>CRED |
| 26T | Transaction Type code<br>REM |
| 32A | Value Date/Currency/Interbank Settled Amount<br>Date : 31-July-2015<br>Currency :USD<br>Amount: 972,630.00 |
| 50K | Ordering Customer--Name and Address<br>AE280330000019100053826<br>SEVENTY FIVE GENERAL TRADING LLC<br>PO BOX NO 41870<br>DUBAI |
| 57A | Account With Institution---BIC<br>JIFBJOAM<br>INVEST BANK, SHIVESSANI BRANCH |
| 59 | Beneficiary Customer--Name and Address<br>JO19JIFB0010033000021662220001<br>GATEWAY TO MENA FOR LOGISTICS SERVICES |
| 70 | Remittance Information<br>SPARE PARTS |
| 71A | Details of Charges<br>SHA |

Disclaimers:
1) Please be advised that, as per Central Bank guidelines, credit to accounts held in banks operating in UAE will be affected solely based on the beneficiary IBAN. All other information provided such as the beneficiary name and other details will not be used.
2)For Incoming Funds, credit into the account will be subjected to the completion of banks internal standard procedures. The UAEFTS/Swift message does not constitute an advice for credit.

Ghanem_Sentencing_00001200

Ghanem-00072443

Sent from my iPhone

Ghanem-00072443

Ghanem_Sentencing_00001201

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   829

DATE _____ IDEN.

DATE _____ EVID.

BY _____
DEPUTY CLERK
AO 386

| From: | Salam <fakrun1@gmail.com> |
|---|---|
| Sent: | Sunday, August 2, 2015 2:17 AM |
| To: | Rami Ghanem <ramithe@gmail.com> |
| Subject: | Re: FW: |

Majorlond lp company

this is the company name
Sent from my iPhone

On Aug 2, 2015, at 2:19 AM, Rami Ghanem <ramithe@gmail.com> wrote:

> Check the website below and then let's discuss it

> Regards

> **From:** Samir Ghanem [mailto:samir@alghanem.com.jo]
> **Sent:** Wednesday, July 29, 2015 5:38 PM
> **To:** Rami Ghanem
> **Subject:**

> http://www.briggsandstratton.com/us/en/portable-generators

> Samir Ghanem
> Managing Director



> Amman Commercial Complex,
> Ommaya Str., Al-Abdali
> P.O Box 7109, Amman 11118 - Jordan
> Tel: +962-6-5698500 ext 211
> Fax:+962-6-5658750
> samir@alghanem.com.jo
> www.alghanemgroup.com

> The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or
> privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information
> by persons or entities other than the intended recipient are prohibited. If you received this in error, please contact the sender and delete
> the material from any computer

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2015.0.6086 / Virus Database: 4392/10330 - Release Date: 07/29/15

Ghanem-00072443

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.    GHANEM

PLAINTIFF'S EXHIBIT      830

DATE _____ IDEN.

DATE_____ EVID.

BY _____
              DEPUTY CLERK
AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|---|---|
| Sent: | Monday, August 3, 2015 5:56 AM |
| To: | mdaboubi@hotmail.com |
| Subject: | Invoice |
| Attach: | Majorlond LB Company Invoice 00118.pdf, Majorlond lp company Invoice.pdf |

**Rami Ghanem**

**Gateway to MENA. (GTM)**

**Egypt Office**
**Complex 133, Building 7, Apartment 32**
**Al Rehab City, Cairo  Egypt**
**Iternational #:  +37282432246**
**Telephone# 00201127999552**
**Jordan Office**

Tel: 962 6 5685624
Fax: 962 6 5685625
**ramithe@gmail.com**  or   rami@caravaname.com
US Telephone: 772 675-4363    Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorised representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...



## COMMERCIAL INVOICE NO: 00118
### July- 25th-2015

| SOLD TO: | DELIVERY / CONSIGNEE: |
|---|---|
| **Majorlond LB Company**<br>**Dubai – UAE**<br>Date:  July- 25th -2015 | **Majorlond LB Company**<br>**Dubai – UAE** |

| Item | Descriptions of Goods | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|
| 1 | **Spare Parts for the Air Ambulance Mi 171 as per to our attached list of items and Quantities** | **As per to our list** | **As per to our list** | **$ 972,630.00** |
| | | **Total ……………..…… $ 972,630.00**<br><br>**Nine Hundred & Seventy Two Thousands & Six Hundreds USD** | | |

info@Gatewaymena.com
Mobile: +37282432246





Mob: +962 777 100 577 / +962 777 333 390 , P.O Box 830699 Amman .11183 , Email aldahoubima@gmail.com

428T Express Lane, Suite E7303, Sarasota, Florida 34238

00076991

Ghanem-00072443



| No | Part Description | QTY |
|---|---|---|
| 1. | TV3-117V engine | 1 |
| 2. | NR-3V fuel regulator | 1 |
| 3. | APU AI-9V | 1 |
| 4. | ERD-3V | 1 |
| 5. | Flexible oil pipe 242-6200-25 | 2 |
| 6. | Spare parts set for main rotor hub | 1 |
| 7. | Spare parts set for tail rotor hub | 1 |
| 8. | Rubber brush for windscreen | 6 |
| 9. | Device for lifting engine 246-9908-00 | 1 |
| 10. | Cart for transportation 140-9802 | 1 |
| 11. | transportable hydraulic plant | 1 |
| 12. | Hydraulic ram 24-9907-00 and 8AT-9907 | 2 |
| 13. | Device for mounting wheel tire  60-9903-00 | 1 |
| 14. | Sling for lifting main rotor blade 24-9903-00 | 1 |
| 15. | Device 8AT-9937-00 | 1 |
| 16. | Device 246-9900 3080 | 15 |
| 17. | Device 776AT-24-9953 420 | 1 |
| 18. | Flexible pipe 8AT-9918 | 1 |
| 19. | Flexible pipe 246-9981-00 | 1 |
| 20. | grease gun 246-9104-00 | 1 |
| 21. | tools 8AT-9100-00 | 4 |
| 22. | Tools 8AT-9105-00 | 1 |
| 23. | Case 8AT-9101 | 1 |
| 24. | Special tools 24-9102-00 | 1 |
| 25. | Tool 8AT-9114-00 | 1 |
| 26. | tool 242-9100-700 | 1 |
| 27. | Tool 242-9101-700 | 1 |
| 28. | Step ladder 242-9917-00 | 1 |
| 29. | Cart 8AT-9803-00 | 1 |
| 30. | Cover 242-9113-00-3 | 3 |
| 31. | Cover 246-9113-3010 | 3 |
| 32. | Fire-extinguisher UBSH-1-4-4 (charged) | 2 |
| 33. | Exhaust pipe TV3-117 (right) | 2 |
| 34. | Radio altimeter RV-5 set | 1 |
| 35. | Radio altimeter RV-5M set | 1 |



# Bank Details:

**Invest Bank, Shmessani Branch.**
**43 Abdul Hamid Sharaf St.**
**P.O. Box 950601**
**Amman 11195 Jordan**
**Telephone: +9626 5001500**
**Fax+**

**Company Name: Gateway to MENA for**
**Logistics Services**
**Account USD # 00133000021662220001**
**IBAN Number:**
**JO19JIFB0010033000021662220001**

**SWIFT: JIFBJOAM**

Mob.: +962 777 100 577   +962 777 333 390   P.O Box 830689 Amman, 11183   Email: aldahoubjm@gmail.com

4281 Express Lane. Suite E7505. Sarasota, Florida 34238

00076991
Ghanem-00072443

Ghanem_Sentencing_00001209



# COMMERCIAL INVOICE NO: 00127

| | |
|---|---|
| **SOLD TO:**<br>**Majorlond LP Company**<br>Dubai - UAE<br>Date:  July- 25th -2015 | **DELIVERY / CONSIGNEE:**<br>**Majorlond LP Company**<br>Dubai - UAE |

| Item | Descriptions of Goods | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|
| 1 | **2014 GMC Regular Cab 1500 SLE 5.3L V8 355HP**<br>- 6-speed automatic transmission; Airbags; split bench cloth seat.<br>- Single –Zone automatic climate; cruise control; Bluetooth for phone.<br>- 17" aluminum wheels (18' wheels for Z71 package)<br>- AM/FM stereo, USB, AUX, SD card, 6-speaker<br>- Power windows and door lock<br>- Rear view mirror | 30 | $ 32,421.00 | $ 972,630.00 |
| | | **Total ……………..……. $ 972,630.00**<br><br>**Nine Hundred & Seventy Two Thousands & Six Hundreds & Thirty USD** | | |



info@Gatewaymena.com
Mobile: +37282432246



Mob.: +962 777 100 577   +962 777 333 390    P.O Box 830699 Amman, 11183    Email: aldahoubinn@gmail.com

4281 Express Lane. Suite E7503. Sarasota, Florida 54238

00076994                                        Ghanem-00072443



# Bank Details:

**Invest Bank, Shmessani Branch.**
**43 Abdul Hamid Sharaf St.**
**P.O. Box 950601**
**Amman 11195 Jordan**
**Telphone: +9626 5001500**
**Fax+**

**Company Name: Gateway to MENA for**
**Logistics Services**
**Account USD # 00133000021662220001**
**IBAN Number:**
**JO19JIFB0010033000021662220001**

**SWIFT: JIFBJOAM**

Mob.: +962 777 100 577    +962 777 333 390    P.O Box 830689 Amman 11183   Email: aldahoubim@gmail.com
4281 Express Lane. Suite E7503. Sarasota, Florida 34238

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   831

DATE _____ IDEN.

DATE_____ EVID.

BY _____
            DEPUTY CLERK
AO 386

| From: | Salam <fakrun1@gmail.com> |
|---|---|
| Sent: | Monday, August 3, 2015 1:11 PM |
| To: | ابو رعد <aldaboubim@gmail.com>; Rami Ghanem <ramithe@gmail.com> |
| Subject: | Fwd: 972,630 $ |

Sent from my iPhone

Begin forwarded message:

**From:** Mohamed Zoghbia <mohamed.zoghbia@gmail.com>
**Date:** August 3, 2015 at 6:30:18 PM GMT+2
**To:** Maher fiture <m.mf.f117@gmail.com>, Fakrun1@gmail.com
**Subject: 972,630 $**

```
-------------------- Instance Type and Transmission -------------
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery Status  : Network Ack
Priority/Delivery        : Normal
Message Input Reference  : 1541 150803CBBRLV22AXXX0866805512
------------------------- Message Header -------------------------
Swift Input              : FIN 103.STP Single Customer Credt Transfer
Sender  : CBBRLV22XXX
        BALTIKUMS BANK AS
        RIGA LV
Receiver : BKTRUS33XXX
        DEUTSCHE BANK TRUST COMPANY AMERICAS
        NEW YORK,NY US
------------------------- Message Text --------------------------
20: Sender's Reference
    201508032350095
23B: Bank Operation Code
    CRED
32A: Val Dte/Curr/Interbnk Settld Amt
    Date     : 05 AUGUST 2015
    Currency : USD (US DOLLAR)
    Amount   :          #972630,#
33B: Currency/Instructed Amount
    Currency : USD (US DOLLAR)
    Amount   :          #972630,#
50K: Ordering Customer-Name & Address
    /LV72CBBR1123320000010
    MAJORLOND LP
    4 FULLARTON STREET - SUITE 6093
    AYR, SCOTLAND,GB
57A: Account With Institution - FI BIC
    JIFBJOAMXXX
    INVEST BANK SHMESSANI BRANCH
    JORDAN
59: Beneficiary Customer-Name & Addr
    /00133000021662220001
    GATEWAY TO MENA FOR LOGISTICS
    SERVICES
    AMMAN
70: Remittance Information
    PAYMENT FOR BUILDING MATERIAL

71A: Details of Charges
    OUR
------------------------- Message Trailer -----------------------
```

Ghanem_Sentencing_00001213

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA

VS.   GHANEM

PLAINTIFF'S EXHIBIT   832

DATE _____ IDEN.

DATE_____ EVID.

BY _____
DEPUTY CLERK

AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|---|---|
| Sent: | Wednesday, August 5, 2015 6:00 PM |
| To: | mdaboubi@hotmail.com |
| Subject: | New Invoice #00118 for MAJORLOND LP company |
| Attach: | MAJORLOND LP Invoice 00118.pdf |

Please see attached file the required invoice for **MAJORLOND LP company.**

Regards

*Rami Ghanem*

*Gateway to MENA (GTM)*

**Egypt Office**
**Complex 133, Building 7, Apartment 32**
**Al Rehab City, Cairo Egypt**
**Iternational #: +37282432246**
**Telephone# 00201127999552**
**Jordan Office**

Tel: 962 6 5685624
Fax: 962 6 5685625
**ramithe@gmail.com** or rami@caravaname.com
US Telephone: 772 675-4363    Skype Address: **caravaname**

The information contained in this message is for the intenced addressee only and may contain confidential ard/or privileged information. If you are not the intended addressee, this message will self cestruct so notify the sender: do not copy or distribute this message or disc ose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed or this message without confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...



## COMMERCIAL INVOICE NO: 00118
July- 25th-2015

**SOLD TO:**
MAJORLOND LP
4 FULLARTON STREET - SUITE 6093 AYR,
SCOTLAND,GB
Date:  July- 25th -2015

**DELIVERY / CONSIGNEE:**
MAJORLOND LP Company
Dubai – UAE

| Item | Descriptions of Goods | Quantity | Unit Price | Total Amount |
|------|----------------------|----------|-----------|-------------|
| 1 | **Supply of construction materials for a complete Scaffolding Material system** Please see bill of quantities and unit prices as below | **As per to our list** | **As per to our list** | **$ 972,630.00** |
| | Total ……………..…….. $ 972,630.00  Nine Hundred & Seventy Two Thousands & Six Hundreds USD | | | |

info@Gatewaymena.com
Mobile: +37282432246



Mob.: +962 777 100 577   +962 777 333 390   P.O Box 830689 Amman, 11183   Email. aldahoubim@gmail.com

4281 Express Lane. Suite E7303. Sarasota, Florida 34238

00076954

Ghanem-00072443

Ghanem_Sentencing_00001216



## Invoice # 00118 : for the Supply Of Scaffolding Material

| item no. | Description | QTY | Unit Price | Total price |
|---|---|---|---|---|
| | Scaffold Pipes, welded, The outside diameter is 48.3 mm and the wall thickness is 4.0 mm, the pipes shall be hot dip galvanized and then marine epoxy coating for offshore applications with the following sizes: | | | |
| 1 | Scaffold Pipes 6 m (Length) | 6675 | $ 29.42 | $ 196,389. |
| 2 | 5000mm (Length) | 1800 | $ 24.25 | $ 43,655. |
| 3 | 4000mm (Length) | 3029 | $ 19.42 | $ 58,828. |
| 4 | 3500mm (Length) | 1135 | $ 16.99 | $ 19,281. |
| 5 | 3000mm (Length) | 3736 | $ 14.55 | $ 54,374. |
| 6 | 2500mm (Length) | 4201 | $ 12.13 | $ 50,968. |
| 7 | 2000mm (Length) | 2350 | $ 9.70 | $ 22,792. |
| 8 | 1500mm (Length) | 3748 | $ 7.27 | $ 27,229. |
| 9 | 1200mm (Length) | 1556 | $ 5.82 | $ 9,054. |
| 10 | 1000mm (Length) | 1475 | $ 4.86 | $ 7,161. |
| 11 | 300mm (Length) | 1045 | $ 1.45 | $ 1,510. |
| | | | | |
| | Scaffold Fireproof Boards with the following sizes: | | | |
| 12 | Board 4m | 10137 | $ 18.82 | $ 190,771. |
| 13 | Board 3m | 1648 | $ 14.37 | $ 23,687. |
| 14 | Board 2m | 1480 | $ 9.88 | $ 14,621. |
| 15 | Board 1m | 2360 | $ 7.69 | $ 18,140. |
| 16 | Board 1.5m | 800 | $ 5.48 | $ 4,385. |
| | | | | |
| | Scaffold Fittings | | | |
| 17 | Double couplers | 17790 | $ 2.43 | $ 43,296. |
| 18 | Beam clamps | 19362 | $ 3.86 | $ 74,648. |
| 19 | Swivel coupler | 5731 | $ 2.81 | $ 16,088. |
| 20 | Put-log couplers | 17940 | $ 1.51 | $ 27,018. |
| 21 | Board clamps | 14220 | $ 1.51 | $ 21,415. |
| 22 | joint  Sleeves | 3772 | $ 2.14 | $ 8,089. |
| 23 | Base-plates | 1300 | $ 1.06 | $ 1,378. |
| 24 | Alluminium Ladder   6m | 150 | $ 43.25 | $ 6,487. |
| 25 | Alluminium ladder 3m | 150 | $ 58.53 | $ 8,779. |
| 26 | Alluminium ladder 4m | 150 | $ 87.98 | $ 13,197. |
| 27 | Steel Ladder beam 6m | 60 | $ 41.30 | $ 2,478. |
| 28 | Steel Ladder beam 2m | 60 | $ 115.00 | $ 6,900. |



## Bank Details:

**Invest Bank, Shmessani Branch.**
**43 Abdul Hamid Sharaf St.**
**P.O. Box 950601**
**Amman 11195 Jordan**
**Telephone: +9626 5001500**
**Fax+**

**Company Name: Gateway to MENA for**
**Logistics Services**
**Account USD # 00133000021662220001**
**IBAN Number:**
**JO19JIFB001003300021662220001**

**SWIFT: JIFBJOAM**

Mob.: +962 777 100 577   +962 777 333 390   P.O Box 830689 Amman 11183   Email: aldahoubim@gmail.com

4281 Express Lane. Suite E7303. Sarasota, Florida 34238

CASE NO. __CR 15-0704 (A)-SJO__

_____UNITED STATES OF AMERICA_____
VS. ____GHANEM____

PLAINTIFF'S EXHIBIT ____833____

DATE _____ IDEN.

DATE_____ EVID.

BY _____
_____DEPUTY CLERK

AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|---|---|
| Sent: | Wednesday, October 29, 2014 6:03 AM |
| To: | Abdul Salam <fakrun1@gmail.com> |
| Cc: | Mohd <aldaboubim@gmail.com> |
| Subject: | New Invoice |
| Attach: | Abdusalam Invoice.pdf |

Dear Sir,

You are kindly requested to settle   the amount as per to our attached invoice.

We will have the shipment ready as soon as we receive the funds.

Thanks & Regards

## *Rami Ghanem*
## Gateway to MENA

Behind ABC Bank. Al-Shmeisani
Abdul Al-Rahim Al- Waked St. - Shmeisani. Bldg. No. 42
P.O. Box 830589
Amman-11183 Jordan
Tel: 962 6 5685624 Ext.104
Fax: 962 6 5685625   Mobile: 962 787 321 000
**ramithe@gmail.com**   or   rami@allghanem.com
US Telephone: 772 675-4363   Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

Ghanem_00000241



## COMMERCIAL INVOICE NO: 2014/ ASF/66

| SOLD TO: | DELIVERY / CONSIGNEE: |
|---|---|
| **Kayan International Company** **ABDELSALAM ALI** **Misurata, Kirzaz.  Libva** | **Kayan International Company** **ABDELSALAM ALI** **Misurata, Kirzaz.  Libva** |

| Item | Descriptions of Goods | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|
| 1 | **2014 Toyota Hilux** Warranty: Warranty Available Transmission: Automatic, Engine: 4.0L V6 DOHC, Exterior Color: black, Fuel Type: Diesel **Features & Options Ext / Int Color Luxury Features** Air Conditioning, Clock, Cruise Control Tachometer, Telescoping Steering Wheel Tilt Steering Wheel **Power Equipme**nt, Power Locks, Power Mirrors, Power Steering, Power Windows **Safety Features** Anti-Lock Brakes, Intermittent Wipers **Interior,** Cloth Seats **Audio / Video,** Factory System, AM/FM, CD Player **Additional Features,** Cup Holders, Night Vision Sliding Rear Window, Bedliner, Child Proof Door Locks, Vanity Mirrors, Front Reading Lights, Front Wheel Independent Suspension , 5 Passenger Seating, Bucket Seats, Lumbar Support, Multiple Airbags, Ventilated Front Disc Brakes | 20 | $ 25,000.00 | $ 500,000.00 |

Total ……………..…… $ 500,00.00

**Five Hundreds  Thousands USD**



info@Gatewaymena.com
Mobile: +201127999552

Mob.: +962 777 100 577    +962 777 333 390      P.O Box 830699 Amman 11183   Email: aldaboubim@gmail.com
428T Express Lane. Suite E7509. Sarasota, Florida 34238



# Bank Details:

**Invest Bank, Shmessani Branch.**
**43 Abdul Hamid Sharaf St.**
**P.O. Box 950601**
**Amman 11195 Jordan**
**Telephone: +9626 5001500**
**Fax+**

**Company Name: Gateway to MENA for**
**Logistics Services**
**Account USD # 00133000021662220001**
**IBAN Number:**
**JO19JIFB00100330000021662220001**

**SWIFT: JIFBJOAM**

Mob.: +962 777 100 577   +962 777 333 390   P.O Box 830699 Amman 11183   Email: aldab_ub_m@gmail.com

4281 Express Lane. Suite E7505. Sarasota, Florida 54238

00099240                                                          Ghanem_00000241

Ghanem_Sentencing_00001223

CASE NO. __CR 15-0704 (A)-SJO__

_____UNITED STATES OF AMERICA_____
VS. ____GHANEM__

PLAINTIFF'S EXHIBIT ____834____

DATE _____IDEN.

DATE_____EVID.

BY _____
          DEPUTY CLERK
AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|---|---|
| Sent: | Wednesday, October 29, 2014 10:39 AM |
| To: | Ahmad Qardan <Ahmad.Qardan@investbank.jo> |
| Subject: | FW: New Invoice |
| Attach: | Abdusalam Invoice.pdf |

FYI

The money will be transferred to the account within 2 days.

Regards

**Rami Ghanem**

**ramithe@gmail.com**  or  rami@caravaname.com
US Telephone: 772 675-4363    Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

**From:** Rami Ghanem [mailto:ramithe@gmail.com]

**Sent:** Wednesday, October 29, 2014 3:03 PM
**To:** 'Abdul Salam'
**Cc:** Mohd
**Subject:** New Invoice

Dear Sir,

You are kindly requested to settle   the amount as per to our attached invoice.

We will have the shipment ready as soon as we receive the funds.

Thanks & Regards

*Rami Ghanem*
**Gateway to MENA**

Behind ABC Bank. Al-Shmeisani
Abdul Al-Rahim Al- Waked St. - Shmeisani. Bldg. No. 42
P.O. Box 830589
Amman-11183 Jordan
Tel: 962 6 5685624 Ext.104
Fax: 962 6 5685625   Mobile: 962 787 321 000
**ramithe@gmail.com**  or  rami@allghanem.com
US Telephone: 772 675-4363     Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

Ghanem_00000241

Ghanem_00000241



## COMMERCIAL INVOICE NO: 2014/ASF/66

| **SOLD TO:** | **DELIVERY / CONSIGNEE:** |
|---|---|
| Kayan International Company<br>ABDELSALAM ALI<br>Misurata, Kirzaz.  Libya | Kayan International Company<br>ABDELSALAM ALI<br>Misurata, Kirzaz.  Libya |

| Item | Descriptions of Goods | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|
| 1 | **2014 Toyota Hilux**<br>Warranty: Warranty Available Transmission: Automatic, Engine: 4.0L V6 DOHC, Exterior Color: black, Fuel Type: Diesel **Features & Options Ext / Int Color Luxury Features** Air Conditioning, Clock, Cruise Control Tachometer, Telescoping Steering Wheel Tilt Steering Wheel **Power Equipme**nt, Power Locks, Power Mirrors, Power Steering, Power Windows **Safety Features** Anti-Lock Brakes, Intermittent Wipers **Interior,** Cloth Seats **Audio / Video,** Factory System, AM/FM, CD Player **Additional Features,** Cup Holders, Night Vision Sliding Rear Window, Bedliner, Child Proof Door Locks, Vanity Mirrors, Front Reading Lights, Front Wheel Independent Suspension , 5 Passenger Seating, Bucket Seats, Lumbar Support, Multiple Airbags, Ventilated Front Disc Brakes | 20 | $ 25,000.00 | $ 500,000.00 |
| | | Total ………….……. $ 500,00.00<br><br>**Five Hundreds  Thousands USD** | | |



info@Gatewaymena.com
Mobile: +201127999552

Mob.: +962 777 100 577   +962 777 333 390    P.O Box 830699 Amman 11183 - Email: aldahoubim@gmail.com

428T Express Lane. Suite E7503. Sarasota; Florida 54238



# Bank Details:

**Invest Bank, Shmessani Branch.**
**43 Abdul Hamid Sharaf St.**
**P.O. Box 950601**
**Amman 11195 Jordan**
**Telphone: +9626 5001500**
**Fax+**

**Company Name: Gateway to MENA for Logistics Services**
**Account USD # 00133000021662220001**
**IBAN Number:**
**JO19JIFB0010033000021662220001**

**SWIFT: JIFBJOAM**

Mob.: +962 777 100 577   +962 777 333 390   P.O Box 830699 Amman 11183   Email: aldabaubim@gmail.com

4281 Express Lane. Suite E7505. Sarasota, Florida 34238

00099215

Ghanem_00000241

Ghanem_Sentencing_00001229

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT      835

DATE _____ IDEN.

DATE _____ EVID.

BY _____
            DEPUTY CLERK

AO 386

| From: | Ahmad Qardan <Ahmad.Qardan@investbank.jo> |
|---|---|
| Sent: | Thursday, October 30, 2014 4:22 AM |
| To: | Rami Ghanem <ramithe@gmail.com> |
| Subject: | RE: New Invoice |

Dear Rami,

The transfer just arrived, 499,974.00 USD.

Regards

Ahmad

**From:** Rami Ghanem [mailto:ramithe@gmail.com]
**Sent:** Wednesday, October 29, 2014 8:39 PM
**To:** Ahmad Qardan
**Subject:** FW: New Invoice

FYI

The money will be transferred to the account within 2 days.

Regards


**Rami Ghanem**

**ramithe@gmail.com** or rami@caravaname.com
US Telephone: 772 675-4363   Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.


Life is short.. So love your life.. Be happy.. And Keep smiling.. and


Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love

Before you quit »Try
Before you die »Live

That's Life...

**From:** Rami Ghanem [mailto:ramithe@gmail.com]
**Sent:** Wednesday, October 29, 2014 3:03 PM
**To:** 'Abdul Salam'
**Cc:** Mohd
**Subject:** New Invoice

Dear Sir,

You are kindly requested to settle   the amount as per to our attached invoice.

We will have the shipment ready as soon as we receive the funds.

Thanks & Regards

*Rami Ghanem*
## Gateway to MENA

Behind ABC Bank. Al-Shmeisani
Abdul Al-Rahim Al- Waked St. - Shmeisani. Bldg. No. 42
P.O. Box 830589
Amman-11183 Jordan
Tel: 962 6 5685624 Ext. 104
Fax: 962 6 5685625   Mobile: 962 787 321 000
**ramithe@gmail.com**  or  rami@allghanem.com
US Telephone: 772 675-4363   Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self-destruct to notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive

Ghanem_00000241

Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

CASE NO.  CR 15-0704 (A)-SJO

  UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   836

DATE                     IDEN.

DATE                     EVID.

BY
        DEPUTY CLERK
AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
| Sent: | Sunday, April 5, 2015 8:01 AM |
| To: | Fakroun <fakrun1@gmail.com> |
| Cc: | Mohd <aldaboubim@gmail.com> |
| Subject: | Invoices |
| Attach: | Doroob Invoice 51.pdf.pdf; Doroob Invoice 55.pdf.pdf; Doroob Invoice 58.pdf.pdf |

Please see the 3 requested invoices for the amount of 169,000.00

Regards


**Rami Ghanem**

**Gateway to Egypt. (GTE)**

**Complex 133, Building 7, Apartment 32**
**Al Rehab City, Cairo  Egypt**
**Telephone# 00201127999552**
**Iternational #:  +37282432246**
**Jordan Office**

Tel: 962 6 5685624
Fax: 962 6 5685625
**ramithe@gmail.com**  or  rami@caravaname.com
US Telephone: 772 675-4363     Skype Address: **caravaname**

The information contained in this message is for the interded addressee only and may contain confidential and/or privileged information. If you are not the intenced addressee, this message will self destruct so notify the sender; do not copy or distribute this message and disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.


Life is short.. So love your life.. Be happy.. And Keep smiling.. and


Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live


That's Life...



## COMMERCIAL INVOICE NO: 2015/ MED/51 3/25/2015

| SOLD TO: | DELIVERY / CONSIGNEE: |
|---|---|
| **Alkawafel Company for Car Trading Misurata, Libya** | **Alkawafel Company for Car Trading Misurata, Libya** |

| Item | Descriptions of Goods | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|
| 1 | **2015 Toyota** Land Cruiser Pickup S-Cab DLX Top<br>Power Windows<br>Central Locking    Bluetooth Kit*<br>High Grade Speedometer<br>Single Airbag (Driver  Only)<br>Floor Mats      Fabric Seats<br>Wood Grain Instrument Panel<br>Manual Air Conditioning<br>Audio AM/FM/CD + 2 Speakers<br>Power Steering<br>Tilt and Telescopic steering column (Man<br>Leather & Wood Steering Wheel<br>Bench Type Front Seat<br>Glove Box With Key   Electric Winch<br>Rear Differential Lock   Fender Flares<br>Wireless Door Lock<br>Daytime Running Lights*<br>Door Mirrors - Chrome Plated & Powered<br>Back Outside Buzzer<br>Front Fog Lamps    Side Stripes*<br>Chrome Plated Air Vents*<br>Rear Bumper - Chrome Plated<br>Spare Wheel Carrier with Lock<br>Rear Glass - Slide<br>Towing Hook - Front Closed & Rear Pintl<br>Halogen Headlamps<br>16 Inch Alloy Wheels | 28 | $ 33,800.00 | $ 946,400.00 |

**Total ………….…….. $ 946,400.00**

**Nine Hundred & Forty Six Thousands & Four Hundreds USD**

info@Gatewaymena.com

Mobile: +37282432246

Mob.: +962 777 100 577   +962 777 333 390   P.O Box 830699 Amman, 11183   Email: aldahoubim@gmail.com
4281 Express Lane, Suite E7505, Sarasota, Florida 34238

00084762                                                                Ghanem_00000241

Ghanem_Sentencing_00001236



# Bank Details:

**Invest Bank, Shmessani Branch.**
**43 Abdul Hamid Sharaf St.**
**P.O. Box 950601**
**Amman 11195 Jordan**
**Telephone: +9626 5001500**
**Fax+**

**Company Name: Gateway to MENA for Logistics Services**
**Account USD # 00133000021662220001**
**IBAN Number:**
**JO19JIFB001003300021662220001**

**SWIFT: JIFBJOAM**

Mob.: +962 777 100 577 - +962 777 333 390 - P.O Box 830699 Amman 11183 - Email: aldabbubin@gmail.com
4281 Express Lane. Suite E7505. Sarasota, Florida 34238



## COMMERCIAL INVOICE NO: 2015/ MED/55 4/5/2015

**SOLD TO:**
**Alkawafel Company for Car Trading**
**Misurata, Libya**

**DELIVERY / CONSIGNEE:**
**Alkawafel Company for Car Trading**
**Misurata, Libya**

| Item | Descriptions of Goods | Quantity | Unit Price | Total Amount |
|---|---|---|---|---|
| 1 | **2015 Toyota** Land Cruiser Pickup S-Cab DLX Top<br>Power Windows<br>Central Locking   Bluetooth Kit*<br>High Grade Speedometer<br>Single Airbag (Driver  Only)<br>Floor Mats    Fabric Seats<br>Wood Grain Instrument Panel<br>Manual Air Conditioning<br>Audio AM/FM/CD + 2 Speakers<br>Power Steering<br>Tilt and Telescopic steering column (Man<br>Leather & Wood Steering Wheel<br>Bench Type Front Seat<br>Glove Box With Key  Electric Winch<br>Rear Differential Lock   Fender Flares<br>Wireless Door Lock<br>Daytime Running Lights*<br>Door Mirrors - Chrome Plated & Powered<br>Back Outside Buzzer<br>Front Fog Lamps   Side Stripes*<br>Chrome Plated Air Vents*<br>Rear Bumper - Chrome Plated<br>Spare Wheel Carrier with Lock<br>Rear Glass - Slide<br>Towing Hook - Front Closed & Rear Pintl<br>Halogen Headlamps<br>16 Inch Alloy Wheels | 14 | $ 33,800.00 | $ 473,200.00 |

Total …………….…… $ 473,200.00

**Four Hundred & Seventy Three Thousands & Two Hundreds USD**

info@Gatewaymena.com

Mobile: +37282432246

Mob.: +962 777 100 577 , +962 777 333 390 , P.O Box 830699 , Amman 11183 , Email: aldabouhim@gmail.com
4281 Express Lane, Suite L7305, Sarasota, Florida 54238

00084764                                      Ghanem_00000241

Ghanem_Sentencing_00001238



# Bank Details:

**Invest Bank, Shmessani Branch.**
**43 Abdul Hamid Sharaf St.**
**P.O. Box 950601**
**Amman 11195 Jordan**
**Telephone: +9626 5001500**
**Fax+**

**Company Name: Gateway to MENA for Logistics Services**
**Account USD # 00133000021662220001**
**IBAN Number:**
**JO19JIFB0010033000021662220001**

**SWIFT: JIFBJOAM**

Mob.: +962 777 100 577   +962 777 333 390   P.O Box 830699 Amman 11183   Email: aldahoubim@gmail.com

4281 Express Lane. Suite E7503. Sarasota, Florida 54238

00084764                                                    Ghanem_00000241

Ghanem_Sentencing_00001239



## COMMERCIAL INVOICE NO: 2015/ MED/58
### April- 1st-2015

**SOLD TO:**
**Alkawafel Company for Car Trading**
**Misurata, Libya**

**DELIVERY / CONSIGNEE:**
**Alkawafel Company for Car Trading**
**Misurata, Libya**

| Item | Descriptions of Goods | Quantity | Unit Price | Total Amount |
|------|----------------------|----------|------------|--------------|
| 1 | **2015 Toyota** Land Cruiser Pickup S-Cab DLX Top<br>Power Windows<br>Central Locking   Bluetooth Kit*<br>High Grade Speedometer<br>Single Airbag (Driver  Only)<br>Floor Mats     Fabric Seats<br>Wood Grain Instrument Panel<br>Manual Air Conditioning<br>Audio AM/FM/CD + 2 Speakers<br>Power Steering<br>Tilt and Telescopic steering column (Man<br>Leather & Wood Steering Wheel<br>Bench Type Front Seat<br>Glove Box With Key   Electric Winch<br>Rear Differential Lock   Fender Flares<br>Wireless Door Lock<br>Daytime Running Lights*<br>Door Mirrors - Chrome Plated & Powered<br>Back Outside Buzzer<br>Front Fog Lamps   Side Stripes*<br>Chrome Plated Air Vents*<br>Rear Bumper - Chrome Plated<br>Spare Wheel Carrier with Lock<br>Rear Glass - Slide<br>Towing Hook - Front Closed & Rear Pintl<br>Halogen Headlamps<br>16 Inch Alloy Wheels | 8 | $ 33,800.00 | $ 270,400.00 |

**Total …………….…….. $ 270,400.00**

**Two Hundred & Seventy Thousands & Four Hundreds USD**

info@Gatewaymena.com

Mobile: +37282432246



# Bank Details:

**Invest Bank, Shmessani Branch.**
**43 Abdul Hamid Sharaf St.**
**P.O. Box 950601**
**Amman 11195 Jordan**
**Telephone: +9626 5001500**
**Fax+**

**Company Name: Gateway to MENA for**
**Logistics Services**
**Account USD # 00133000021662220001**
**IBAN Number:**
**JO19JIFB0010033000021662220001**

**SWIFT: JIFBJOAM**

Mob.: +962 777 100 577 - +962 777 333 390   P.O Box 830699 Amman 11183   Email: aldabouben@gmail.com
4281 Express Lane. Suite E7505. Sarasota, Florida 54236

00084766                                                                Ghanem_00000241

Ghanem_Sentencing_00001241

CASE NO.   CR 15-0704 (A)-SJO

     UNITED STATES OF AMERICA
VS.      GHANEM

PLAINTIFF'S EXHIBIT      837

DATE                      IDEN.

DATE                      EVID.

BY
          DEPUTY CLERK
AO 386

| | |
|---|---|
| **From:** | Gerton Business <gerton.businessllp@gmail.com> |
| **Sent:** | Thursday, March 26, 2015 6:44 AM |
| **To:** | Rami Ghanem <ramithe@gmail.com> |
| **Subject:** | Invoice 1 |
| **Attach:** | Invice 11.doc |

111900$ - salary� for MI-24

**TASKO MANAGEMENT LTD**

Address: Suite 102, Ground Floor, Blake Building, Corner Eyre & Hutson Streets, Belize City, Belize

# TASKO MANAGEMENT LTD

# INVOICE # 38

Data: March 25th, 2015

Gateway to MENA for logistic Services
Address: 43 Abdul Hamid Sharaf St. P.O. Box 950601 Amman 11195 Jordan

| Description | Q-ty | Prise | Amount |
|---|---|---|---|
| Payment for building materials and transport services acc contr11/15 dd 02.02.15 | 1 | 111900 | 111900 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Total: | | | 111900 USD |

**TASKO MANAGEMENT LTD**

Reg No: 114,298

Address: Suite 102, Ground Floor, Blake Building, Corner Eyre &Hutson Streets,Belize City,Belize

LV91LAPB0000056056113

Bank: AS LATVIJAS PASTA BANKA

Bank's address:  : Brivibas str. 54, Riga, LV-1011, Latvia

SWIFT: LAPBLV2X

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   838

DATE _____ IDEN.

DATE _____ EVID.

BY _____
DEPUTY CLERK
AO 386

| | |
|---|---|
| **From:** | Gerton Business <gerton.businessllp@gmail.com> |
| **Sent:** | Thursday, March 26, 2015 6:45 AM |
| **To:** | Rami Ghanem <ramithe@gmail.com> |
| **Subject:** | Invoice 3 |
| **Attach:** | INVOICE 25.doc |

25000$ - pocket money mi-24 for 3 months

# TASKO MANAGEMENT LTD

## INVOICE  #  40

**Data:  March 26th, 2015**

Gateway to MENA for logistic Services
Address: 43 Abdul Hamid Sharaf St. P.O. Box 950601 Amman 11195 Jordan

| Description | Q-ty | Prise | Amount |
|---|---|---|---|
| Payment for building materials acc contr11/15 dd 02.02.15 | 1 | 25000 | 25000 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Total: | | | 25000 USD |

**TASKO MANAGEMENT LTD**

Reg No: 114,298

Address: Suite 102, Ground Floor, Blake Building, Corner Eyre &Hutson Streets,Belize City,Belize

LV91LAPB0000056056113

Bank: AS LATVIJAS PASTA BANKA

Bank's address:  : Brivibas str. 54, Riga, LV-1011, Latvia

SWIFT: LAPBLV2X

CASE NO. __CR 15-0704 (A)-SJO__

_____UNITED STATES OF AMERICA_____
VS. ____GHANEM__

PLAINTIFF'S EXHIBIT ____839__

DATE _____IDEN.

DATE_____EVID.

BY _____
             **DEPUTY CLERK**

AO 386

| | |
|---|---|
| **From:** | Gerton Business <gerton.businessllp@gmail.com> |
| **Sent:** | Thursday, April 9, 2015 2:10 AM |
| **To:** | Rami Ghanem <ramithe@gmail.com> |
| **Subject:** | Invoice |
| **Attach:** | Invoice 25 25.03.pdf; Invoice11 08.04.pdf; Invoice 11 25.03.pdf |

1. invoice pocket money for 3 month
2. salary for MI-24 - april
3. salary for MI-24 - may

Ghanem_00000241

**TASKO MANAGEMENT LTD**

Address: Suite 102, Ground Floor, Blake Building, Corner Eyre & Hutson Streets, Belize City, Belize

# TASKO MANAGEMENT LTD

# INVOICE  #  37

**Data:  March 25th, 2015**

Gateway to MENA for logistic Services
Address: 43 Abdul Hamid Sharaf St. P.O. Box 950601 Amman 11195 Jordan

| Description | Q-ty | Prise | Amount |
|---|---|---|---|
| Concrete mixer | 1 | 1225 | 1225 |
| Construction mixer | 2 | 12146 | 24292 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Total:    Payment for building materials/equipment acc contr11/15 dd 02.02.15 |  |  | 25517 USD |

**TASKO MANAGEMENT LTD**

Reg No: 114,298

Address: Suite 102, Ground Floor, Blake Building, Corner Eyre &Hutson Streets,Belize City,Belize

LV91LAPB0000056056113

Bank: AS LATVIJAS PASTA BANKA

Bank's address:  : Brivibas str. 54, Riga, LV-1011, Latvia

SWIFT: LAPBLV2X

**TASKO MANAGEMENT LTD**

Address: Suite 102, Ground Floor, Blake Building, Corner Eyre & Hutson Streets, Belize City, Belize

# TASKO MANAGEMENT LTD

# INVOICE  #  41

**Data:  April 08th, 2015**

Gateway to MENA for logistic Services
Address: 43 Abdul Hamid Sharaf St. P.O. Box 950601 Amman 11195 Jordan

| Description | Q-ty | Prise | Amount |
|---|---|---|---|
| Bulldozer | 1 | 90500 | 90500 |
| Construction mixer | 1 | 12146 | 12146 |
| Concrete mixer | 3 | 1225 | 3675 |
| Scaffolding | 1 | 5500 | 5500 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Total:   Payment for building materials/equipment acc contr11/15 dd 02.02.15 |  |  | 111821 USD |

**TASKO MANAGEMENT LTD**

Reg No: 114,298

Address: Suite 102, Ground Floor, Blake Building, Corner Eyre &Hutson Streets,Belize City,Belize

LV91LAPB0000056056113

Bank: AS LATVIJAS PASTA BANKA

Bank's address:  : Brivibas str. 54, Riga, LV-1011, Latvia

SWIFT: LAPBLV2X

**TASKO MANAGEMENT LTD**

Address: Suite 102, Ground Floor, Blake Building, Corner Eyre & Hutson Streets, Belize City, Belize

# TASKO MANAGEMENT LTD

# INVOICE  #  38

**Data:  March 25th, 2015**

Gateway to MENA for logistic Services
Address: 43 Abdul Hamid Sharaf St. P.O. Box 950601 Amman 11195 Jordan

| Description | Q-ty | Prise | Amount |
|---|---|---|---|
| Bulldozer | 1 | 90500 | 90500 |
| Construction mixer | 1 | 12146 | 12146 |
| Concrete mixer | 3 | 1225 | 3675 |
| Scaffolding | 1 | 5500 | 5500 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Total:     Payment for building materials/equipment acc contr11/15 dd 02.02.15 |  |  | 111821 USD |

**TASKO MANAGEMENT LTD**

Reg No: 114,298

Address: Suite 102, Ground Floor, Blake Building, Corner Eyre &Hutson Streets,Belize City,Belize

LV91LAPB0000056056113

Bank: AS LATVIJAS PASTA BANKA

Bank's address:  : Brivibas str. 54, Riga, LV-1011, Latvia

SWIFT: LAPBLV2X

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   840

DATE _____ IDEN.

DATE _____ EVID.

BY _____
DEPUTY CLERK

AO 386

| | |
|---|---|
| **From:** | Alexei Alexei <office.hartford@gmail.com> |
| **Sent:** | Wednesday, July 15, 2015 5:00 AM |
| **To:** | Rami Ghanem <ramithe@gmail.com> |
| **Subject:** | invoice L39 |
| **Attach:** | Tasko- Gtw15.07.pdf |

TASKO MANAGEMENT LTD

Address: Suite 102, Ground Floor, Blake Building, Corner Eyre & Hutson Streets, Belize City, Belize

# TASKO MANAGEMENT LTD

## INVOICE # 75

Data: July 15th, 2015

Gateway to MENA for logistic Services
Address: 43 Abdul Hamid Sharaf St. P.O. Box 950601 Amman 11195 Jordan

| Description | Q-ty | Prise | Amount |
|---|---|---|---|
| Payment acc Loan Agreement 1 dd 01.07.15 | 1 | | 93500 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Total:  Payment for building materials/equipment | | | 93500 USD |

Beneficiary name: TASKO MANAGEMENT LTD
Beneficiary Reg No: 114,298
Beneficiary's address: Suite 102, Ground Floor, Blake Building, Corner Eyre &Hutson Streets,Belize City,Belize
Beneficiary's  account: LV19CBBR1122197B00010
Beneficiary's Bank: BALTIKUMS BANK AS
Beneficiary's Bank's address:  Smilsu lela 6  Riga LV-1050 LATVIA
Beneficiary's bank  SWIFT: CBBRLV22
  Correspondence bank: COMMERZBANK AG
  Correspondence bank address. Frankfurt/Main
  Correspondence account: 400 886  885 300
  Correspondence SWIFT: COBA DE FF XXX



CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA

VS.   GHANEM

PLAINTIFF'S EXHIBIT   841

DATE _____ IDEN.

DATE_____ EVID.

BY _____

DEPUTY CLERK

AO 386

| | |
|---|---|
| **From:** | Gerton Business <gerton.businessllp@gmail.com> |
| **Sent:** | Tuesday, April 21, 2015 3:33 PM |
| **To:** | Rami Ghanem <ramithe@gmail.com> |
| **Subject:** | Pocket money |
| **Attach:** | Invoice Gateway 3.pdf |

Describtion:
We paid pocket money for mi24 only for december 2014
So in invoice are included pocket money for january, february, march and april 2015
Best regards

TASKO MANAGEMENT LTD

Address: Suite 102, Ground Floor, Blake Building, Corner Eyre & Hutson Streets, Belize City, Belize

# TASKO MANAGEMENT LTD

## INVOICE # 50

Data: April 20th, 2015

Gateway to MENA for logistic Services
Address: 43 Abdul Hamid Sharaf St, P.O. Box 950501 Amman 11195 Jordan

| Description | Q-ty | Prise | Amount |
|---|---|---|---|
| Concrete mixer | 3 | 1225 | 3675 |
| Construction mixer | 2 | 12146 | 24292 |
| Scaffolding | 1 | 5500 | 5500 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Total: Payment for building materials/equipment acc. contr I 1/15 dd 02.02.15 | | | 33467USD |

TASKO MANAGEMENT LTD

Reg No: 114.298

Address: Suite 102, Ground Floor, Blake Building, Corner Eyre &Hutson Streets,Belize City,Belize

LV91LAPB0000056056113

Bank: AS LATVIJAS PASTA BANKA

Bank's address: : Brivibas str. 54, Riga, LV-1011, Latvia

SWIFT: LAPBLV2X

CASE NO. __CR 15-0704 (A)-SJO__

_____UNITED STATES OF AMERICA_____
VS. ___GHANEM___

PLAINTIFF'S EXHIBIT ___842___

DATE _____IDEN.

DATE_____EVID.

BY _____
                  DEPUTY CLERK
AO 386

| From: | Gerton Business <gerton.businessllp@gmail.com> |
| Sent: | Tuesday, April 21, 2015 7:54 AM |
| To: | Rami Ghanem <ramithe@gmail.com> |
| Subject: | Fwd: инвойсы |
| Attach: | Inv Gateway PART I.pdf; Invoice Gateway 3.pdf |

1.1 )Sallary L 39 and pocket money for 3 months
1.2) Sallary MI 24

2) Pocket money MI 24 for 4 months

TASKO MANAGEMENT LTD

Address: Suite 102, Ground Floor, Blake Building, Corner Eyre & Hutson Streets, Belize City, Belize

# TASKO MANAGEMENT LTD

## INVOICE # 51

Data: April 21th, 2015

Gateway to MENA for logistic Services
Address: 43 Abdul Hamid Sharaf St. P.O. Box 950601 Amman 11195 Jordan

| Description | Q-ty | Prise | Amount |
|---|---|---|---|
| Concrete mixer | 3 | 1225 | 3675 |
| Bulldozer | 1 | 90500 | 90500 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Total: Payment for building materials/equipment acc contr11/15 dd 02.02.15 | | | 94175 USD |

TASKO MANAGEMENT LTD

Reg No: 114,298

Address: Suite 102, Ground Floor, Blake Building, Corner Eyre &Hutson Streets, Belize City, Belize

LV91LAPB0000056056113

Bank: AS LATVIJAS PASTA BANKA

Bank's address:  : Brivibas str. 54, Riga, LV-1011, Latvia

SWIFT: LAPBLV2X

TASKO MANAGEMENT LTD

Address: Suite 102, Ground Floor, Blake Building, Corner Eyre & Hutson Streets, Belize City, Belize

# TASKO MANAGEMENT LTD

## INVOICE # 52

Data: April 21st, 2015

Gateway to MENA for logistic Services
Address: 43 Abdul Hamid Sharaf St. P.O. Box 950601 Amman 11195 Jordan

| Description | Q-ty | Prise | Amount |
|---|---|---|---|
| Concrete mixer | 3 | 1225 | 3675 |
| Construction mixer | 1 | 12146 | 12146 |
| Buildozer | 1 | 90500 | 90500 |
| Scaffolding | 1 | 5500 | 5500 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Total: Payment for building materials/equipment acc contr11/15 dd 02.02.15 | | | 111821 USD |

TASKO MANAGEMENT LTD

Reg No: 114,298

Address: Suite 102, Ground Floor, Blake Building, Corner Eyre &Hutson Streets,Belize City,Belize

LV91LAPB0000056056113

Bank: AS LATVIJAS PASTA BANKA

Bank's address:  : Brivibas str. 54, Riga, LV-1011, Latvia

SWIFT: LAPBLV2X

Ghanem_00000241

TASKO MANAGEMENT LTD

Address: Suite 102, Ground Floor, Blake Building, Corner Eyre & Hutson Streets, Belize City, Belize

# TASKO MANAGEMENT LTD

## INVOICE # 50

Data: April 20th, 2015

Gateway to MENA for logistic Services
Address: 43 Abdul Hamid Sharaf St. P.O. Box 950501 Amman 11195 Jordan

| Description | Q-ty | Prise | Amount |
|---|---|---|---|
| Concrete mixer | 3 | 1225 | 3675 |
| Construction mixer | 2 | 12146 | 24292 |
| Scaffolding | 1 | 5500 | 5500 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Total: Payment for building materials/equipment acc. contr 11/15 dd 02.02.15 | | | 33467USD |

TASKO MANAGEMENT LTD

Reg No: 114.298

Address: Suite 102, Ground Floor, Blake Building, Corner Eyre &Hutson Streets,Belize City,Belize

LV91LAPB0000056056113

Bank: AS LATVIJAS PASTA BANKA

Bank's address: : Brivibas str. 54, Riga, LV-1011, Latvia

SWIFT: LAPBLV2X

CASE NO.   CR 15-0704 (A)-SJO
          UNITED STATES OF AMERICA
VS.       GHANEM

PLAINTIFF'S EXHIBIT        843

DATE                              IDEN.

DATE                              EVID.

BY
              DEPUTY CLERK
AO 386

| From: | Gerton Business <gerton.businessllp@gmail.com> |
| Sent: | Wednesday, April 22, 2015 2:39 AM |
| To: | Rami Ghanem <ramithe@gmail.com> |
| Subject: | Fwd: инвойсы |
| Attach: | Inv Gateway-Tasko 21.04.pdf; Inv Gateway-Tasko22.04.pdf |

Hi brother
Invoice N 53 is for L 39
Invoice N 54 is for MI 24

TASKO MANAGEMENT LTD

Address: Suite 102, Ground Floor, Blake Building, Corner Eyre & Hutson Streets, Belize City, Belize

# TASKO MANAGEMENT LTD

## INVOICE # 53

Data: April 21th, 2015

Gateway to MENA for logistic Services
Address: 43 Abdul Hamid Sharaf St. P.O. Box 950601 Amman 11195 Jordan

| Description | Q-ty | Prise | Amount |
|---|---|---|---|
| cement | 1190 | 80 | 95200 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Total: | Payment for building materials/equipment acc contr11/15 dd 02.02.15 | 95200 USD |
|---|---|---|

TASKO MANAGEMENT LTD

Reg No: 114,298

Address: Suite 102, Ground Floor, Blake Building, Corner Eyre &Hutson Streets, Belize City, Belize

LV91LAPB0000056056113

Bank: AS LATVIJAS PASTA BANKA

Bank's address:  : Brivibas str. 54, Riga, LV-1011, Latvia

SWIFT: LAPBLV2X





TASKO MANAGEMENT LTD

Address: Suite 102, Ground Floor, Blake Building, Corner Eyre & Hutson Streets, Belize City, Belize

# TASKO MANAGEMENT LTD

## INVOICE # 54

Data: April 22[th], 2015

Gateway to MENA for logistic Services
Address: 43 Abdul Hamid Sharaf St. P.O. Box 950601 Amman 11195 Jordan

| Description | Q-ty | Prise | Amount |
|---|---|---|---|
| cement | 1820 | 80 | 145600 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Total    Payment for building materials/equipment acc contr11/15 dd 02.02.15 | | | 145600USD |

TASKO MANAGEMENT LTD

Reg No: 114,298

Address: Suite 102, Ground Floor, Blake Building, Corner Eyre &Hutson Streets, Belize City, Belize

LV91LAPB0000056056113

Bank: AS LATVIJAS PASTA BANKA

Bank's address:  : Brivibas str. 54, Riga, LV-1011, Latvia

SWIFT: LAPBLV2X



Ghanem_Sentencing_00001267

Ghanem_00000241

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   844

DATE _____ IDEN.

DATE_____ EVID.

BY _____
DEPUTY CLERK
AO 386

| | |
|---|---|
| **From:** | Mohd <aldaboubim@gmail.com> |
| **Sent:** | Tuesday, April 28, 2015 10:17 AM |
| **To:** | Rami Ghanem <ramithe@gmail.com> |
| **Subject:** | Fwd: GATEWAY TO MENA FOR LOGISTIC |
| **Attach:** | image001.jpg; Message Text; swift.docx; Message Text |

Sent from my iPhone 

Begin forwarded message:

> **From:** Amjad Attiyat <Amjad.Attiyat@investbank.jo>
> **Date:** April 28, 2015 at 17:57:50 GMT+3
> **To:** "Mohd <aldaboubim@gmail. com>" <aldaboubim@gmail.com>
> **Subject: Fwd: GATEWAY TO MENA FOR LOGISTIC**
>
> Dear Mohd,
>
> Please find the attached upon your request
>
> Best Regards,
> Amjad
>
> Sent from my iPhone
>
> Begin forwarded message:
>
> > **From:** Alaa Hindi <Alaa.Hindi@investbank.jo>
> > **Date:** April 28, 2015 at 16:03:44 GMT+3
> > **To:** Amjad Attiyat <Amjad.Attiyat@investbank.jo>
> > **Subject: GATEWAY TO MENA FOR LOGISTIC**
> >
> > Amjad
> > Attached
> >
> > Thanks
> > **Alaa AL-Hindi**
> > **Assistant Relationship Manager**
> > **Commercial Financial Services**



00083329

Ghanem_00000241

P.O.Box 950601, Amman, 11195

Tel: +9626 5001500 Ext. 1213 Fax: +9625 5672652

Mobile : 0798858655

Alaa.hindi@investbank.jo

www.investbank.jo

STANDARD CHARTERED BANK
NEW YORK,NY 10036
NEW YORK,NY
US
UNITED STATES


20: Sender's Reference
   001FTOU251160004
23B: Bank Operation Code
   CRED
32A: Val Dte/Curr/Interbnk Settld Amt
   Date        : 27 April 2015
   Currency    : USD (US DOLLAR)
   Amount      :         #145600,#
33B: Currency/Instructed Amount
   Currency    : USD (US DOLLAR)
   Amount      :         #145600,#
50K: Ordering Customer-Name & Address
   /JO19JIFB0010033000021662220001
   GATEWAY TO MENA FOR LOGISTIC
   SERVICES
   BLDG.NO.25,ABDOUN
   P.O.BOX 830589 AMMAN 11183 JORDAN
57A: Account With Institution - FI BIC
   LAPBLV2XXXX
   LATVIJAS PASTA BANKA

   RIGA  LV
59: Beneficiary Customer-Name & Addr
   /LV91LAPB0000056056113
   TASKO MANAGEMENT LTD
   SUITE 102,GROUND FLOOR,BLAKE
   BUILDING,CORNER EYRE AND HUTSON
   STREETS,BELIZE CITY,BELIZE
70: Remittance Information
   0806
   PAYMENT FOR BUILDING MATERIALS
   INV.NO.54 DTD 22/4/2015
71A: Details of Charges
   SHA
71F: Sender's Charges
   Currency    : USD (US DOLLAR)
   Amount      :         #0,#

CASE NO. __CR 15-0704 (A)-SJO__

_____UNITED STATES OF AMERICA_____
VS. _____GHANEM_____

PLAINTIFF'S EXHIBIT _____845_____

DATE _____ IDEN.

DATE_____ EVID.

BY _____
　　　　　　DEPUTY CLERK
AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|---|---|
| Sent: | Sunday, May 3, 2015 6:10 PM |
| To: | Tina cao <scf@hummerwindgenerator.cn> |
| Subject: | RE: Latest price for 5kw wind turbine off grid system |

Dear Tina,

Could you please send me an offer for 20 KW with a complete specifications with delivery to Cairo –Egypt.

Thanks & regards

*Rami Ghanem*

*Gateway to Egypt. (GTE)*
Complex 133, Building 7, Apartment 32
Al Rehab City, Cairo Egypt
Telephone# 00201127999552
Iternational #: +37282432246
**Jordan Office**

Tel: 962 6 5685624
Fax: 962 6 5685625
**ramithe@gmail.com**  or  rami@caravaname.com
US Telephone: 772 675-4363   Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message and disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

**From**: Tina cao [mailto:scf@hummerwindgenerator.cn]
**Sent**: Wednesday, May 15, 2013 9:06 AM
**To**: rami
**Subject**: Fw:Latest price for 5kw wind turbine off grid system

Dear Friend,

Hope you are fine.

Now i'm writing for keeping in touch with you for further business.How about your plan for wind turbine?

Our hotsales 5kw wind turine latest price information is as follows:

| S/N | Standard parts | | Price (USD) |
|---|---|---|---|
| 1 | Generator System | Blade Generator Yaw Shaft | US$4,384.00 |
| 2 | On grid Rectifier / Dumping Controller | | US$521.00 |
| 3 | Dumping Load | | US$408.00 |
| 4 | Siemens PLC Controller | | US$800.00 |
| 5 | **Off grid Inverter (Single-phase)** | | **US$1,340.00** |
| 6 | Guyed tower(12m) | | US$1,288.00 |
| 7 | Free Standing Tower(12m) | | US$2,916.00 |
| Total | with Guyed Tower | | US$8,741.00 |
| | with Free Standing Tower | | US$10,369.00 |

You can visit our website  http://www.scfwindturbine.com/Global-Projects_5/  and see the detailed project.

If there's anything i can do for you,please don't hesitate to contact me.

Best Regards,

Tina Cao
**ANHUI HUMMER DYNAMO CO.,LTD**
Factory Add:Lujiang County Economic Development Zone, Anhui Province, China
Marketing Center Add: Room 302, No. E2 building, HuaYi Industrial Park, High and New Technology Industrial Development Zone ,Hefei,Anhui Province,China
Tel: 0086-551-5314300
Fax:0086-551-3442991
E-mail:sales33@chinahummer.cn
        hummer-633@hotmail.com
MSN: hummer-633@hotmail.com
Skype: hummer-633
Web: www.scfwindturbine.com
        www.hummerwindgenerator.cn

Ghanem_00000241

CASE NO.  CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.  GHANEM

PLAINTIFF'S EXHIBIT  846

DATE _____ IDEN.

DATE _____ EVID.

BY _____
DEPUTY CLERK

AO 386

| From: | Hummer Tina <windturbinehummer@163.com> |
|---|---|
| Sent: | Monday, May 4, 2015 5:23 AM |
| To: | ramithe <ramithe@gmail.com> |
| Subject: | Re:答复：Latest price for 5kw wind turbine off grid system |
| Attach: | 20KW wind turbine specification.pdf; price of 20kw wind turbine off grid system.pdf |

Dear Rami,

Thanks for your email.

As you require,firstly i attach the FOB price of 20kw wind turbine off grid system.The price don't include battery.
Do you need off grid or on grid system?
Because now it's off time.Shipping company is not online.I can't check the sea freigt,Tomorrow i will check the sea freight for you.

Best Regards,

Tina Cao

在 2015-05-04 18:36:18，"Tina cao" <scf@hummerwindgenerator.cn> 写道：

-----------------------------------------------------------------
发件人：Rami Ghanem <ramithe@gmail.com>
发送时间：2015年5月4日(星期一) 09:10
收件人：tina cao <scf@hummerwindgenerator.cn>
主　题：RE: Latest price for 5kw wind turbine off grid system

Dear Tina,

Could you please send me an offer for 20 KW  with a complete specifications with delivery to Cairo –Egypt.

Thanks & regards

## *Rami Ghanem*

## *Gateway to Egypt. (GTE)*

**Complex 133, Building 7, Apartment 32**

**Al Rehab City, Cairo  Egypt**

**Telephone# 00201127999552**

**Iternational #:  +37282432246**

**Jordan Office**

Tel: 962 6 5685624

Fax: 962 6 5685625

**ramithe@gmail.com**  or  rami@caravaname.com

US Telephone: 772 675-4363    Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen

Before you write »Think

Before you spend »Earn

Before you pray »Forgive

Before you hurt »Feel

Ghanem_00000241

Before you hate »Love

Before you quit »Try

Before you die »Live

That's Life...

**From:** Tina cao [mailto:scf@hummerwindgenerator.cn]

**Sent:** Wednesday, May 15, 2013 9:06 AM

**To:** rami

**Subject:** Fw:Latest price for 5kw wind turbine off grid system

Dear Friend,

Hope you are fine.

Now i'm writing for keeping in touch with you for further business.How about your plan for wind turbine?

Our hotsales 5kw wind turine latest price information is as follows:

| S/N | Standard parts | | Price (USD) |
|---|---|---|---|
| 1 | Generator System | Blade Generator Yaw Shaft | US$4,384.00 |
| 2 | On grid Rectifier / Dumping Controller | | US$521.00 |
| | | | |

| 3 | Dumping Load | | US$408.00 |
|---|---|---|---|
| 4 | Siemens PLC Controller | | US$800.00 |
| 5 | **Off grid Inverter (Single-phase)** | | **US$1,340.00** |
| 6 | Guyed tower(12m) | | US$1,288.00 |
| 7 | Free Standing Tower(12m) | | US$2,916.00 |
| Total | with Guyed Tower | | US$8,741.00 |
| | with Free Standing Tower | | US$10,369.00 |

You can visit our website  http://www.scfwindturbine.com/Global-Projects_5/  and see the detailed project.

If there's anything i can do for you,please don't hesitate to contact me.

Best Regards,

Tina Cao

**ANHUI HUMMER DYNAMO CO.,LTD**

Factory Add:Lujiang County Economic Development Zone, Anhui Province, China

Marketing Center Add: Room 302, No. E2 building, HuaYi Industrial Park, High and New Technology Industrial Development Zone ,Hefei,Anhui Province,China

Tel: 0086-551-5314300
Fax:0086-551-3442991
E-mail:sales33@chinahummer.cn

   hummer-633@hotmail.com

MSN: hummer-633@hotmail.com
Skype: hummer-633

Web: www.scfwindturbine.com

   www.hummerwindgenerator.cn

Ghanem_00000241

Ghanem_00000241

 

安徽蜂鸟电机有限公司
ANHUI HUMMER DYNAMO CO.,LTD

# Model: H9.0-20kW

Hummer 20kW wind turbine can be applied in both on-grid and off-grid systems. It outputs single-phase or three-phase AC and can drive a load below 20kW.

# I. Features:



### 1. SCF Supercritical generator

Hummer's wind generator adopts SCF supercritical technology which won a gold award in the 37th Salon Eureka in Brussels. This technology significantly reduces generator's weight and size down to 20% to 30% of the traditional one, and the production efficiency is 10% to 30% higher. This ensures that the generator functions perfectly in small wind condition.



### 2. SKF bearings

Hummer wind turbine adopts two SKF (Svenska Kullager Fabriken) bearings which are produced by the largest bearing manufacturer in the world, with the perfect internal geometric structure, known for its life-time endurance and reliable quality. Ordinary bearings need to be changed every two or three years, while SKF bearings can greatly reduce the maintenance costs on this matter.



### 3. PLC integrated with Siemens module

Hummer wind turbine's controlling system adopts the smart touch-screen PLC (Programmable Logic Controller) which is integrated with Siemens controlling unit. The PLC will alarm and adjust the abnormal running status of the wind turbine automatically both timely and efficiently. Siemens module offers high reliability to our PLC and its customers worldwide can testify for that.



### 4. Low noise

The design of the rotor blade of Hummer wind turbine absorbs the highlights of the small aircraft's airfoil, which is compliance with the aerodynamic standards. It provides a more aesthetic look and a higher efficiency and reduces the noise production as much as possible.



### 5. Triple braking protection

Hummer wind turbine generally adopts the yawing system and the electromagnetic braking system to regulate the rotation of the wind turbine. Besides, customer can order the hydraulic braking system as well as a third protection. It is easy and convenient to shut down the whole system both manually and automatically.

00082338

Ghanem_00000241



安徽蜂鸟电机有限公司
ANHUI HUMMER DYNAMO CO.,LTD

## II. Specifications:

| | |
|---|---|
| **Rated power (W)** | 20000 |
| **Maximum output power (W)** | 28000 |
| **Battery bank voltage (VDC)** | 240 |
| **Cut-in wind speed (m/s)** | 3 |
| **Rated wind speed (m/s)** | 11.5 |
| **Working wind speed (m/s)** | 3-25 |
| **Survival wind speed (m/s)** | 50 |
| **Generator efficiency** | >0.87 |
| **Wind energy utilizing ratio (Cp)** | 0.4 |
| **Generator type** | Permanent Magnet Alternator |
| **Generator weight (kg)** | 496 |
| **Blade material/quantity** | GRP/3 |
| **Blade diameter (m)** | Φ9.0 |
| **Over speed control** | Yaw + Electromagnetic brake / Hydraulic brake (optional) |
| **Shutting down method** | Manual + Automatic |

## III. Curve:



Ghanem_00000241



安徽蜂鸟电机有限公司
ANHUI HUMMER DYNAMO CO.,LTD

# IV. Structure and component parts:

## 1. Generator Part

It is composed of the patented SCF generator, the nose cone, and the protection cover. Hummer adopts the state-of-the-art SCF supercritical generator, which is installed in the hub, easy to radiate heat and reduce wind resistance. It is made of high-efficiency magnetic materials, special copper alloy, high-strength stainless steel and aeronautic aluminum alloys, which is extremely light in weight and small in size, but with higher power producing efficiency.



## 2. Nose Cone & Protection Cover

Both of them are made of the reinforced aluminum alloy. Nose cone is fixed in front of the rotor blades to reduce the wind resistance and radiate the heat produced by the generator. While the protection cover between the rotor blades and the nose cone to provide extra protection to the generator.



00082338

Ghanem_00000241

Ghanem_Sentencing_00001284

## 3. SKF Bearings

Two SKF bearings ensure the reliability the longevity of our generator. Wide temperature ranges: operation in the high temperature (150-350ºC). Long life span, reach up to 60000-100000 hours. User may not change the bearing during the wind turbine using. It can greatly reduce the maintenance costs.



## 4. Flange & Blades

The flange is made of fine steel, used to fix the blades to the rotor. The blades are made of glass reinforced plastic; efficiently turn the wind energy into the mechanical energy. Every set of the three blades has passed the strict balance test before the shipping. It is important to fix the blades together which belongs to one set to the flange and never mix them up with other blades which belongs to another wind turbine.



- 4 -

Ghanem_00000241



安徽蜂鸟电机有限公司
ANHUI HUMMER DYNAMO CO.,LTD

## 5. Yaw Shaft

It is made of fine steel and used to connect the generator and the blades to the tower. Powered with a 24V motor and integrated with a gear box, which is able to regulate the direction of the generator.



## 6. Dogvane & Anemometer

They receive the signals of the wind direction and the wind speed.

The dogvane reads the average value of the wind direction every 120 seconds. If the angle between the dogvane and the wind generator axis surpasses 10°, the 24V motor will drive the yaw shaft to turn and follow the wind direction automatically.

The anemometer measures the real-time wind speed. If the wind blows non-stop over 3m/s during 20 seconds, the automatic wind tracking program will start to make the rotor blades surface face the wind correctly; if the wind speed drops below 3m/s, the tracking program will turn to stand-by.



00082338                                                                                    Ghanem_00000241

Ghanem_Sentencing_00001286



安徽蜂鸟电机有限公司
ANHUI HUMMER DYNAMO CO.,LTD

## 7. Off-grid Inverter & On-grid Inverter

Hummer off-grid inverter adopts SPWM (Sinusoidal Pulse Width Modulation) technology, is able to invert DC with higher efficiency into AC with stable frequency and voltage, and filters the noise as well. It is used in the off-grid power system.

Hummer on-grid inverter adopts MPPT (Maximum Power Point Tracking) technology and IGBT (Insulated Gate Bipolar Transistor), is able to invert DC with a high power producing capacity and a wider AC voltage output range. It connects to the public grid and there is no need for any power storage device.



Off-grid inverter          On-grid inverter

## 8. Siemens Module PLC

Hummer PLC (Programmable Logic Controller) adopts the Siemens controlling module and is equipped with a touch screen. It can alarm and adjust the abnormal running status of the wind turbine automatically. Siemens module offers high reliability to our PLC and its customers worldwide can testify for that. It is easy to control and operate your wind turbine via our PLC easily and efficiently.



- 6 -

 

## 9. Rectifier/Dump Load Controller & Dump Load Box

The controller controls the process of which the AC produced by wind turbine being rectified into DC and eventually charges the battery bank with DC. It also controls the switching on and off of the dump load to protect the system against the risk of being overloaded with too much power.

Metal box design of the dump load radiates the heat of the resistance inside quickly via the air convection. So there is no need for an extra fan.



Rectifier/Dump load controller                    Dump load box

00082338                                                                                                    Ghanem_00000241

Ghanem_Sentencing_00001288



**Anhui Hummer Dynamo Co., Ltd.**

## Hummer H9.0-20KW Wind Turbine Off Grid system Quotation

| S/N | Standard parts | | Price (USD) |
|---|---|---|---|
| 1 | Generator System | Blade | US$14,454.00 |
| | | Generator | |
| | | Yaw Shaft (with hydraulic braking) | |
| 2 | Rectifier / Dumping Controller | | US$707.00 |
| 3 | Dump Load | | US$1,039.00 |
| 4 | Off grid  Inverter(single-phase) | | US$4,945.00 |
| 5 | Siemens PLC Controller | | US$771.00 |
| 6 | Free Standing Tower(16m) | | US$6,210.00 |
| Total | | | US$28,126.00 |

### Remarks

| 1 | MOQ: 1 set |
|---|---|
| 2 | Price terms: FOB Shanghai (China) |
| 3 | Payment Terms: 30% deposite in advance & balance before delivery |
| 4 | Delivery Time: 30 working days after receiving deposite |
| 5 | Valid Terms: December 31,2014 |
| 6 | **All tems above are based on our standard system. Terms may change in case of special requirements.** |

## Schematic diagram



 **Anhui Hummer Dynamo Co., Ltd.**

**Picture**



CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA

VS.   GHANEM

PLAINTIFF'S EXHIBIT   847

DATE _____ IDEN.

DATE_____ EVID.

BY _____

DEPUTY CLERK

AO 386

| | |
|---|---|
| **From:** | Rami Ghanem <ramithe@gmail.com> |
| **Sent:** | Tuesday, May 5, 2015 7:17 AM |
| **To:** | gerton.businessllp@gmail.com |
| **Subject:** | Document21 |
| **Attach:** | Document21.docx |

Ghanem_00000241

| S/N | Standard parts | | QTY | Price (USD)/U | Total prices |
|---|---|---|---|---|---|
| 1. | Generator System 20KW | Blade | 20 | US$ 14,384.00 | $ 287,680 |
| 2. | | Generator | 20 | | |
| 3. | | Yaw Shaft | 20 | | |
| 4. | Dumping Load | | 20 | US$ 1,009.00 | $ 20,180 |
| 5. | Off grid Rectifier / Dumping Controller | | 20 | US $ 687.00 | $ 13,740 |
| 6. | Siemens PLC Controller | | 20 | US$ 800.00 | $ 16,000 |
| 7. | **Off grid Inverter (Single-phase)** | | **20** | **US$ 4,805.00** | **$ 96,100** |
| 8. | 6 Guyed tower(12m) | | 20 | US$ 1,288.00 | $ 25,760 |
| 9. | 7 Free Standing Tower(12m) | | 20 | US$ 3,435.00 | $ 68,700, |
| 10. | with Guyed Tower | | 20 | US$ 5,966.00 | $ 119,320 |
| 11. | with Free Standing Tower | | 20 | US$ 7,594.00 | $ 151,880 |
| Total ……………………………………………………. | | | | | $ 799,360.00 |

Ghanem_00000241

Ghanem_Sentencing_00001293

CASE NO.   CR 15-0704 (A)-SJO


_____UNITED STATES OF AMERICA_____
VS. _____GHANEM_____

PLAINTIFF'S EXHIBIT    848

DATE _____IDEN.

DATE_____EVID.

BY _____
            DEPUTY CLERK
AO 386

| From: | Alexei Alexei <office.hartford@gmail.com> |
| Sent: | Tuesday, May 5, 2015 3:00 PM |
| To: | Rami Ghanem <ramithe@gmail.com> |
| Subject: | Fwd: invoice 64.1 |
| Attach: | Inv-Tasko64.1.doc; Inv-Tasko64.2.doc; Inv-Tasko64.doc |

hi
As you wanted
done for all transfers

Ghanem_00000241

**TASKO MANAGEMENT LTD**

Address: Suite 102, Ground Floor, Blake Building, Corner Eyre & Hutson Streets, Belize City, Belize

# TASKO MANAGEMENT LTD

# INVOICE # 64/1

Data: May 5th, 2015

Gateway to MENA for logistic Services
Address: 43 Abdul Hamid Sharaf St. P.O. Box 950601 Amman 11195 Jordan

| Description | Q-ty | Prise | Amount |
|---|---|---|---|
| Generator system 20 KW: | | | |
| blade | 8 | 2520 USD | 20160 USD |
| generator | 8 | 2850 USD | 22800 USD |
| Yaw shaft | 8 | 2800 USD | 22400 USD |
| Dumping Load | 7 | 2130 USD | 14910 USD |
| Off grid Rectifier / Dumping Controller | 11 | 2655 USD | 29205 USD |
| Siemens PLC Controller | 9 | 5240 USD | 47160 USD |
| Off grd Inverter (Single-phase) | 18 | 1560 USD | 28080 USD |
| Guyed tower(12m) | 14 | 3420 USD | 47880 USD |
| Free Standing Tower(12m) | 9 | 2755 USD | 24795 USD |
| with Guyed Tower | 10 | 1580 USD | 15800 USD |
| with Free Standing Tower | 11 | 1710 USD | 18810 USD |
| | | | |
| Total:  **Payment for building materials/equipment acc contr11/15 dd 02.02.15** | | | 292 000 USD |

*Beneficiary name: TASKO MANAGEMENT LTD*
*Beneficiary Reg No: 114,298*
*Beneficiary's address: Suite 102, Ground Floor, Blake Building, Corner Eyre &Hutson Streets,Belize City,Belize*
*Beneficiary's  account: LV91LAPB0000056056113*
*Beneficiary's Bank: AS LATVIJAS PASTA BANKA*
*Beneficiary's  Bank's address: : Brivibas str. 54, Riga, LV-1011, Latvia*
*Beneficiary's bank  SWIFT: LAPBLV2X*

*Correspondence bank: Bank of Georgia*
*Correspondence bank address: Tbilisi, Georgia*
*Correspondence account: GE98BG0000000881562400*
*Correspondence SWIFT: BAGAGE22*



**TASKO MANAGEMENT LTD**

Address: Suite 102, Ground Floor, Blake Building, Corner Eyre & Hutson Streets, Belize City, Belize

# TASKO MANAGEMENT LTD

# INVOICE  #  64/2

**Data:  May 5th, 2015**

Gateway to MENA for logistic Services
Address: 43 Abdul Hamid Sharaf St. P.O. Box 950601 Amman 11195 Jordan

| Description | Q-ty | Prise | Amount |
|---|---|---|---|
| Generator system 20 KW: | | | |
| blade | 8 | 2520 USD | 20160 USD |
| generator | 8 | 2850 USD | 22800 USD |
| Yaw shaft | 8 | 2800 USD | 22400 USD |
| Dumping Load | 13 | 2130 USD | 27690 USD |
| Off grid Rectifier / Dumping Controller | 11 | 2655 USD | 29205 USD |
| Siemens PLC Controller | 9 | 5240 USD | 47160 USD |
| Off grid Inverter (Single-phase) | 19 | 1560 USD | 29640 USD |
| Guyed tower(12m) | 14 | 3420 USD | 47880 USD |
| Free Standing Tower(12m) | 9 | 2755 USD | 24795 USD |
| with Guyed Tower | 10 | 1580 USD | 15800 USD |
| with Free Standing Tower | 11 | 1710 USD | 18810 USD |
| | | | |
| Total:   **Payment for building materials/equipment acc contr11/15 dd 02.02.15** | | | 306 340 USD |

*Beneficiary name: TASKO MANAGEMENT LTD*
*Beneficiary Reg No: 114,298*
*Beneficiary's address: Suite 102, Ground Floor, Blake Building, Corner Eyre &Hutson Streets,Belize City,Belize*
*Beneficiary's  account: LV91LAPB0000056056113*
*Beneficiary's Bank: AS LATVIJAS PASTA BANKA*
*Beneficiary's  Bank's address:  : Brivibas str. 54, Riga, LV-1011, Latvia*
*Beneficiary's bank  SWIFT: LAPBLV2X*

*Correspondence bank: Bank of Georgia*
*Correspondence bank address: Tbilisi, Georgia*
*Correspondence account: GE98BG0000000881562400*
*Correspondence SWIFT: BAGAGE22*



**TASKO MANAGEMENT LTD**

Address: Suite 102, Ground Floor, Blake Building, Corner Eyre & Hutson Streets, Belize City, Belize

# TASKO MANAGEMENT LTD

# INVOICE # 64

**Data: May 5th, 2015**

Gateway to MENA for logistic Services
Address: 43 Abdul Hamid Sharaf St. P.O. Box 950601 Amman 11195 Jordan

| Description | Q-ty | Prise | Amount |
|---|---|---|---|
| Generator system 20 KW: | | | |
| blade | 3 | 2520 USD | 7560 USD |
| generator | 3 | 2850 USD | 8550 USD |
| Yaw shaft | 3 | 2800 USD | 8400 USD |
| Dumping Load | 5 | 2130 USD | 10650 USD |
| Off grid Rectifier / Dumping Controller | 8 | 2655 USD | 21240 USD |
| Siemens PLC Controller | 7 | 5240 USD | 36680 USD |
| Off grid Inverter (Single-phase) | 18 | 1560 USD | 28080 USD |
| Guyed tower(12m) | 6 | 3420 USD | 20520 USD |
| Free Standing Tower(12m) | 9 | 2755 USD | 24795 USD |
| with Guyed Tower | 10 | 1580 USD | 15800 USD |
| with Free Standing Tower | 11 | 1710 USD | 18810 USD |
| | | | |
| Total: **Payment for building materials/equipment acc contr11/15 dd 02.02.15** | | | 201 085 USD |

*Beneficiary name: TASKO MANAGEMENT LTD*
*Beneficiary Reg No: 114,298*
*Beneficiary's address: Suite 102, Ground Floor, Blake Building, Corner Eyre &Hutson Streets,Belize City,Belize*
*Beneficiary's  account: LV91LAPB0000056056113*
*Beneficiary's Bank: AS LATVIJAS PASTA BANKA*
*Beneficiary's  Bank's address:  : Brivibas str. 54, Riga, LV-1011, Latvia*
*Beneficiary's bank  SWIFT: LAPBLV2X*

*Correspondence bank: Bank of Georgia*
*Correspondence bank address: Tbilisi, Georgia*
*Correspondence account: GE98BG0000000881562400*
*Correspondence SWIFT: BAGAGE22*



CASE NO.  CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA

VS.  GHANEM

PLAINTIFF'S EXHIBIT  849

DATE _____ IDEN.

DATE _____ EVID.

BY _____

DEPUTY CLERK

AO 386