| From: | Rami Ghanem <ramithe@gmail.com> |
|---|---|
| Sent: | Tuesday, May 5, 2015 3:42 PM |
| To: | gerton.businessllp@gmail.com |
| Subject: | Invoice |
| Attach: | Inv-Tasko64.pdf; Inv-Tasko 65.pdf; Inv-Tasko 66.pdf |

**Rami Ghanem**

**Gateway to Egypt. (GTE)**
**Complex 133, Building 7, Apartment 32**
**Al Rehab City, Cairo  Egypt**
**Telephone# 00201127999552**
**Iternational #:  +37282432246**
**Jordan Office**

Tel: 962 6 5685624
Fax: 962 6 5685625
**ramithe@gmail.com**  or  rami@caravaname.com
US Telephone: 772 675-4363    Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may certain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

**TASKO MANAGEMENT LTD**

Address: Suite 102, Ground Floor, Blake Building, Corner Eyre & Hutson Streets, Belize City, Belize

# TASKO MANAGEMENT LTD

## INVOICE # 64

**Data:  May 5th, 2015**

Gateway to MENA for logistic Services
Address: 43 Abdul Hamid Sharaf St. P.O. Box 950601 Amman 11195 Jordan

| Description | Q-ty | Prise | Amount |
|---|---|---|---|
| Generator system 20 KW: | | | |
| blade | 3 | 2520 USD | 7560 USD |
| generator | 3 | 2850 USD | 8550 USD |
| Yaw shaft | 3 | 2800 USD | 8400 USD |
| Dumping Load | 5 | 2130 USD | 10650 USD |
| Off grid Rectifier / Dumping Controller | 8 | 2655 USD | 21240 USD |
| Siemens PLC Controller | 7 | 5240 USD | 36680 USD |
| Off grid Inverter (Single-phase) | 18 | 1560 USD | 28080 USD |
| Guyed tower(12m) | 6 | 3420 USD | 20520 USD |
| Free Standing Tower(12m) | 9 | 2755 USD | 24795 USD |
| with Guyed Tower | 10 | 1580 USD | 15800 USD |
| with Free Standing Tower | 11 | 1710 USD | 18810 USD |
| | | | |
| Total:   **Payment for building materials/equipment acc contr11/15 dd 02.02.15** | | | **201 085 USD** |

*Beneficiary name: TASKO MANAGEMENT LTD*
Beneficiary Reg No: 114,298
Beneficiary's address: Suite 102, Ground Floor, Blake Building, Corner Eyre &Hutson Streets,Belize City,Belize
Beneficiary's  account: LV91LAPB0000056056113
Beneficiary's Bank: AS LATVIJAS PASTA BANKA
Beneficiary's  Bank's address:  : Brivibas str. 54, Riga, LV-1011, Latvia
Beneficiary's bank  SWIFT: LAPBLV2X

Correspondence bank: Bank of Georgia
Correspondence bank address: Tbilisi, Georgia
Correspondence account: GE98BG0000000881562400
Correspondence SWIFT: BAGAGE22



**TASKO MANAGEMENT LTD**

Address: Suite 102, Ground Floor, Blake Building, Corner Eyre & Hutson Streets, Belize City, Belize

# TASKO MANAGEMENT LTD

# INVOICE # 65

**Data: May 5th, 2015**

Gateway to MENA for logistic Services
Address: 43 Abdul Hamid Sharaf St. P.O. Box 950601 Amman 11195 Jordan

| Description | Q-ty | Prise | Amount |
|---|---|---|---|
| Generator system 20 KW: | | | |
| blade | 8 | 2520 USD | 20160 USD |
| generator | 8 | 2850 USD | 22800 USD |
| Yaw shaft | 8 | 2800 USD | 22400 USD |
| Dumping Load | 13 | 2130 USD | 27690 USD |
| Off grid Rectifier / Dumping Controller | 11 | 2655 USD | 29205 USD |
| Siemens PLC Controller | 9 | 5240 USD | 47160 USD |
| Off grid Inverter (Single-phase) | 19 | 1560 USD | 29640 USD |
| Guyed tower(12m) | 14 | 3420 USD | 47880 USD |
| Free Standing Tower(12m) | 9 | 2755 USD | 24795 USD |
| with Guyed Tower | 10 | 1580 USD | 15800 USD |
| with Free Standing Tower | 11 | 1710 USD | 18810 USD |
| | | | |
| Total: **Payment for building materials/equipment acc contr11/15 dd 02.02.15** | | | **306 340 USD** |

*Beneficiary name: TASKO MANAGEMENT LTD*
*Beneficiary Reg No: 114,298*
*Beneficiary's address: Suite 102, Ground Floor, Blake Building, Corner Eyre &Hutson Streets,Belize City,Belize*
*Beneficiary's  account: LV91LAPB0000056056113*
*Beneficiary's Bank: AS LATVIJAS PASTA BANKA*
*Beneficiary's  Bank's address:  : Brivibas str. 54, Riga, LV-1011, Latvia*
*Beneficiary's bank  SWIFT: LAPBLV2X*

*Correspondence bank: Bank of Georgia*
*Correspondence bank address: Tbilisi, Georgia*
*Correspondence account: GE98BG0000000881562400*
*Correspondence SWIFT: BAGAGE22*



**TASKO MANAGEMENT LTD**

Address: Suite 102, Ground Floor, Blake Building, Corner Eyre & Hutson Streets, Belize City, Belize

# TASKO MANAGEMENT LTD

## INVOICE  #  66

**Data:  May 5th, 2015**

Gateway to MENA for logistic Services
Address: 43 Abdul Hamid Sharaf St. P.O. Box 950601 Amman 11195 Jordan

| Description | Q-ty | Prise | Amount |
|---|---|---|---|
| Generator system 20 KW: | | | |
| blade | 8 | 2520 USD | 20160 USD |
| generator | 8 | 2850 USD | 22800 USD |
| Yaw shaft | 8 | 2800 USD | 22400 USD |
| Dumping Load | 7 | 2130 USD | 14910 USD |
| Off grid Rectifier / Dumping Controller | 11 | 2655 USD | 29205 USD |
| Siemens PLC Controller | 9 | 5240 USD | 47160 USD |
| Off grid Inverter (Single-phase) | 18 | 1560 USD | 28080 USD |
| Guyed tower(12m) | 14 | 3420 USD | 47880 USD |
| Free Standing Tower(12m) | 9 | 2755 USD | 24795 USD |
| with Guyed Tower | 10 | 1580 USD | 15800 USD |
| with Free Standing Tower | 11 | 1710 USD | 18810 USD |
| Total:  **Payment for building materials/equipment acc contr11/15 dd 02.02.15** | | | **292 000 USD** |

*Beneficiary name: TASKO MANAGEMENT LTD*
*Beneficiary Reg No: 114,298*
*Beneficiary's address: Suite 102, Ground Floor, Blake Building, Corner Eyre &Hutson Streets,Belize City,Belize*
*Beneficiary's  account: LV91LAPB0000056056113*
*Beneficiary's Bank: AS LATVIJAS PASTA BANKA*
*Beneficiary's  Bank's address:  : Brivibas str. 54, Riga, LV-1011, Latvia*
*Beneficiary's bank  SWIFT: LAPBLV2X*

*Correspondence bank: Bank of Georgia*
*Correspondence bank address: Tbilisi, Georgia*
*Correspondence account:* GE98BG0000000881562400
*Correspondence SWIFT: BAGAGE22*



CASE NO.   CR 15-0704 (A)-SJO

_____UNITED STATES OF AMERICA_____
VS. _____GHANEM_____

PLAINTIFF'S EXHIBIT      850

DATE _____IDEN.

DATE_____EVID.

BY _____
            DEPUTY CLERK
AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|---|---|
| Sent: | Tuesday, May 5, 2015 3:32 PM |
| To: | Mohd <aldaboubim@gmail.com> |
| Subject: | Invoice |
| Attach: | Inv-Tasko64.pdf |

Good morning boss, please see attached 1<sup>st</sup> invoice for you to see the best way to transfer it ASAP, we are trying to have the money available for Surgau while he is in Ecuador to make arrangements for the team to move as arranged.

Regards

*Rami Ghanem*

*Gateway to MENA. (GTM)*

**Egypt Office**
**Complex 133, Building 7, Apartment 32**
**Al Rehab City, Cairo Egypt**
**Iternational #: +37282432246**
**Telephone# 00201127999552**
**Jordan Office**

Tel: 962 6 5685624
Fax: 962 6 5685625
**ramithe@gmail.com** or rami@caravaname.com
US Telephone: 772 675-4363    Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self-destruct so notify the sender, do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

Ghanem_00000241

**TASKO MANAGEMENT LTD**

Address: Suite 102, Ground Floor, Blake Building, Corner Eyre & Hutson Streets, Belize City, Belize

# TASKO MANAGEMENT LTD

## INVOICE  #  64

**Data:  May 5th, 2015**

Gateway to MENA for logistic Services
Address: 43 Abdul Hamid Sharaf St. P.O. Box 950601 Amman 11195 Jordan

| Description | Q-ty | Prise | Amount |
|---|---|---|---|
| Generator system 20 KW: | | | |
| blade | 3 | 2520 USD | 7560 USD |
| generator | 3 | 2850 USD | 8550 USD |
| Yaw shaft | 3 | 2800 USD | 8400 USD |
| Dumping Load | 5 | 2130 USD | 10650 USD |
| Off grid Rectifier / Dumping Controller | 8 | 2655 USD | 21240 USD |
| Siemens PLC Controller | 7 | 5240 USD | 36680 USD |
| Off grid Inverter (Single-phase) | 18 | 1560 USD | 28080 USD |
| Guyed tower(12m) | 6 | 3420 USD | 20520 USD |
| Free Standing Tower(12m) | 9 | 2755 USD | 24795 USD |
| with Guyed Tower | 10 | 1580 USD | 15800 USD |
| with Free Standing Tower | 11 | 1710 USD | 18810 USD |
| | | | |
| Total:  **Payment for building materials/equipment acc contr11/15 dd 02.02.15** | | | **201 085 USD** |

*Beneficiary name: TASKO MANAGEMENT LTD*
*Beneficiary Reg No: 114,298*
*Beneficiary's address: Suite 102, Ground Floor, Blake Building, Corner Eyre &Hutson Streets,Belize City,Belize*
*Beneficiary's  account: LV91LAPB0000056056113*
*Beneficiary's Bank: AS LATVIJAS PASTA BANKA*
*Beneficiary's  Bank's address:  : Brivibas str. 54, Riga, LV-1011, Latvia*
*Beneficiary's bank  SWIFT: LAPBLV2X*

*Correspondence bank: Bank of Georgia*
*Correspondence bank address: Tbilisi, Georgia*
*Correspondence account:* GE98BG0000000881562400
*Correspondence SWIFT: BAGAGE22*



CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.     GHANEM

PLAINTIFF'S EXHIBIT     851

DATE _____ IDEN.

DATE_____ EVID.

BY _____
            DEPUTY CLERK
AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
| Sent: | Tuesday, May 5, 2015 4:40 PM |
| To: | Mohd <aldaboubim@gmail.com> |
| Subject: | 2nd & 3rd Invoices |
| Attach: | Inv-Tasko 65.pdf; Inv-Tasko 66.pdf |

As soon as you send the 1st invoice please try to release the attached invoices before this weekend.

Thanks

*Rami Ghanem*

*Gateway to MENA. (GTM)*

**Egypt Office**
Complex 133, Building 7, Apartment 32
Al Rehab City, Cairo  Egypt
Iternational #:  +37282432246
Telephone# 00201127999552
**Jordan Office**

Tel: 962 6 5685624
Fax: 962 6 5685625
**ramithe@gmail.com**  or  rami@caravaname.com
US Telephone: 772 675-4363      Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

Ghanem_00000241

**TASKO MANAGEMENT LTD**

Address: Suite 102, Ground Floor, Blake Building, Corner Eyre & Hutson Streets, Belize City, Belize

# TASKO MANAGEMENT LTD

# INVOICE  #  65

**Data:  May 5th, 2015**

Gateway to MENA for logistic Services
Address: 43 Abdul Hamid Sharaf St. P.O. Box 950601 Amman 11195 Jordan

| Description | Q-ty | Prise | Amount |
|---|---|---|---|
| Generator system 20 KW: | | | |
| blade | 8 | 2520 USD | 20160 USD |
| generator | 8 | 2850 USD | 22800 USD |
| Yaw shaft | 8 | 2800 USD | 22400 USD |
| Dumping Load | 13 | 2130 USD | 27690 USD |
| Off grid Rectifier / Dumping Controller | 11 | 2655 USD | 29205 USD |
| Siemens PLC Controller | 9 | 5240 USD | 47160 USD |
| Off grid Inverter (Single-phase) | 19 | 1560 USD | 29640 USD |
| Guyed tower(12m) | 14 | 3420 USD | 47880 USD |
| Free Standing Tower(12m) | 9 | 2755 USD | 24795 USD |
| with Guyed Tower | 10 | 1580 USD | 15800 USD |
| with Free Standing Tower | 11 | 1710 USD | 18810 USD |
| | | | |
| Total:   **Payment for building materials/equipment acc contr11/15 dd 02.02.15** | | | **306 340 USD** |

*Beneficiary name: TASKO MANAGEMENT LTD*
*Beneficiary Reg No: 114,298*
*Beneficiary's address: Suite 102, Ground Floor, Blake Building, Corner Eyre &Hutson Streets,Belize City,Belize*
*Beneficiary's  account: LV91LAPB0000056056113*
*Beneficiary's Bank: AS LATVIJAS PASTA BANKA*
*Beneficiary's  Bank's address:  : Brivibas str. 54, Riga, LV-1011, Latvia*
*Beneficiary's bank  SWIFT: LAPBLV2X*

*Correspondence bank: Bank of Georgia*
*Correspondence bank address: Tbilisi, Georgia*
*Correspondence account:* GE98BG0000000881562400
*Correspondence SWIFT: BAGAGE22*



**TASKO MANAGEMENT LTD**

Address: Suite 102, Ground Floor, Blake Building, Corner Eyre & Hutson Streets, Belize City, Belize

# TASKO MANAGEMENT LTD

# INVOICE  #  66

**Data:  May 5th, 2015**

Gateway to MENA for logistic Services
Address: 43 Abdul Hamid Sharaf St. P.O. Box 950601 Amman 11195 Jordan

| Description | Q-ty | Prise | Amount |
|---|---|---|---|
| Generator system 20 KW: | | | |
| blade | 8 | 2520 USD | 20160 USD |
| generator | 8 | 2850 USD | 22800 USD |
| Yaw shaft | 8 | 2800 USD | 22400 USD |
| Dumping Load | 7 | 2130 USD | 14910 USD |
| Off grid Rectifier / Dumping Controller | 11 | 2655 USD | 29205 USD |
| Siemens PLC Controller | 9 | 5240 USD | 47160 USD |
| Off grid Inverter (Single-phase) | 18 | 1560 USD | 28080 USD |
| Guyed tower(12m) | 14 | 3420 USD | 47880 USD |
| Free Standing Tower(12m) | 9 | 2755 USD | 24795 USD |
| with Guyed Tower | 10 | 1580 USD | 15800 USD |
| with Free Standing Tower | 11 | 1710 USD | 18810 USD |
| | | | |
| Total:  **Payment for building materials/equipment acc contr11/15 dd 02.02.15** | | | **292 000 USD** |

*Beneficiary name: TASKO MANAGEMENT LTD*
Beneficiary Reg No: 114,298
Beneficiary's address: Suite 102, Ground Floor, Blake Building, Corner Eyre &Hutson Streets,Belize City,Belize
Beneficiary's  account: LV91LAPB0000056056113
Beneficiary's Bank: AS LATVIJAS PASTA BANKA
Beneficiary's  Bank's address:  : Brivibas str. 54, Riga, LV-1011, Latvia
Beneficiary's bank  SWIFT: LAPBLV2X

Correspondence bank: Bank of Georgia
Correspondence bank address: Tbilisi, Georgia
Correspondence account: GE98BG0000000881562400
Correspondence SWIFT: BAGAGE22



CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   852

DATE _____ IDEN.

DATE _____ EVID.

BY _____
DEPUTY CLERK

AO 386

| | |
|---|---|
| **From:** | Rami Ghanem <ramithe@gmail.com> |
| **Sent:** | Wednesday, May 6, 2015 8:35 AM |
| **To:** | Alexei Alexei <office.hartford@gmail.com> |
| **Subject:** | FW: |

**From:** Mohd [mailto:aldaboubim@gmail.com]
**Sent:** Wednesday, May 6, 2015 4:59 PM
**To:** Rami Ghanem
**Subject:** Fwd:

Sent from my iPhone 

Begin forwarded message:

> **From:** Amjad Attiyat <Amjad.Attiyat@investbank.jo>
> **Date:** May 6, 2015 at 16:49:13 GMT+3
> **To:** "Mohd <aldaboubim@gmail. com>" <aldaboubim@gmail.com>
> **Subject:** Fwd:
>
> Upon your request
>
> Best Regards,
> Amjad
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** Muna Asfour <Muna.Asfour@investbank.jo>
>> **Date:** May 6, 2015 at 16:48:04 GMT+3
>> **To:** Amjad Attiyat <Amjad.Attiyat@investbank.jo>
>>
>> STANDARD CHARTERED BANK
>> NEW YORK,NY 10036
>> NEW YORK,NY
>> US
>> UNITED STATES
>> Block 4:
>> 20: Sender's Reference
>>   001FTOU251260021
>> 23B: Bank Operation Code
>>   CRED
>> 32A: Val Dte/Curr/Interbnk Settld Amt
>>   Date       : 07 May 2015
>>   Currency   : USD (US DOLLAR)
>>   Amount     :        #201085,#
>> 33B: Currency/Instructed Amount

Currency      : USD (US DOLLAR)
Amount        :         #201085,#
50K: Ordering Customer-Name & Address
  /JO19JIFB0010033000021662220001
  GATEWAY TO MENA FOR LOGISTIC
  SERVICES
  BLDG.NO.25,ABDOUN
  P.O.BOX 830589 AMMAN 11183 JORDAN
56A: Intermediary Institution - FI BIC
  BAGAGE22
  BANK OF GEORGIA

  TBILISI  GE
57A: Account With Institution - FI BIC
  /GE98BG0000000881562400
  LAPBLV2XXXX
  LATVIJAS PASTA BANKA

  RIGA  LV
59: Beneficiary Customer-Name & Addr
  /LV91LAPB0000056056113
  TASKO MANAGEMENT LTD
  SUITE 102,GROUND FLOOR,BLAKE
  BUILDING,CORNER EYRE AND HUTSON
  STRRETS BELIZE CITY,BELIZE
70: Remittance Information
  0604
  SETTLEMENT OF INVOICE NO.64
  DTD 05/05/2015
71A: Details of Charges
  SHA
71F: Sender's Charges
  Currency      : USD (US DOLLAR)
  Amount        :         #0,#

**MUNA ASFOUR**
**CENTRAL OPERATIONS UNIT**



Description: Description:
Description: Description:

P.O.Box 950601, Amman, 11195
Tel: +9626 566 5145  Fax: +9626 569 2471
MUNA.ASFOUR@INVESTBANK.JO

www.investbank.jo

Confidentiality Notice: The information in this document and attachments is confidential and may also be legally privileged. It is intended only for the use of the named recipient. Internet communications are not secure and therefore Investbank does not accept legal responsibility for the contents of this message. If you are not the intended recipient, please notify us immediately and then delete this document. Do not disclose the contents of this document to any other person, nor take any copies



INVESTBANK
البنك الإستثماري

CASE NO.   CR 15-0704 (A)-SJO

_____UNITED STATES OF AMERICA_____
VS. ____GHANEM____

PLAINTIFF'S EXHIBIT   __853__

DATE _____IDEN.

DATE_____EVID.

BY _____
          DEPUTY CLERK
AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|---|---|
| Sent: | Wednesday, May 6, 2015 8:34 AM |
| To: | Alexei Alexei <office.hartford@gmail.com> |
| Subject: | FW: |

**From:** Mohd [mailto:aldaboubim@gmail.com]
**Sent:** Wednesday, May 6, 2015 4:58 PM
**To:** Rami Ghanem
**Subject:** Fwd:

Sent from my iPhone 

Begin forwarded message:

> **From:** Amjad Attiyat <Amjad.Attiyat@investbank.jo>
> **Date:** May 6, 2015 at 16:49:43 GMT+3
> **To:** "Mohd <aldaboubim@gmail.com>" <aldaboubim@gmail.com>
> **Subject:** Fwd:
>
> Upon your request
>
> Best Regards,
> Amjad
>
> Sent from my iPhone
>
> Begin forwarded message:
>
> > **From:** Muna Asfour <Muna.Asfour@investbank.jo>
> > **Date:** May 6, 2015 at 16:48:33 GMT+3
> > **To:** Amjad Attiyat <Amjad.Attiyat@investbank.jo>
> >
> > STANDARD CHARTERED BANK
> > NEW YORK,NY 10036
> > NEW YORK,NY
> > US
> > UNITED STATES
> > Block 4:
> > 20: Sender's Reference
> >    001FTOU251260024
> > 23B: Bank Operation Code
> >    CRED
> > 32A: Val Dte/Curr/Interbnk Settld Amt
> >    Date      : 07 May 2015
> >    Currency   : USD (US DOLLAR)
> >    Amount    :       #306340,#
> > 33B: Currency/Instructed Amount

Currency    : USD (US DOLLAR)
Amount      :        #306340,#
50K: Ordering Customer-Name & Address
   /JO19JIFB0010033000021662220001
   GATEWAY TO MENA FOR LOGISTIC
   SERVICES
   BLDG.NO.25,ABDOUN
   P.O.BOX 830589 AMMAN 11183 JORDAN
56A: Intermediary Institution - FI BIC
   BAGAGE22XXX
   BANK OF GEORGIA

   TBILISI  GE
57A: Account With Institution - FI BIC
   /GE98BG0000000881562400
   LAPBLV2XXXX
   LATVIJAS PASTA BANKA

   RIGA  LV
59: Beneficiary Customer-Name & Addr
   /LV91LAPB0000056056113
   TASKO MANAGEMENT LTD
   SUITE 102,GROUND FLOOR,BLAKE
   BUILDING,CORNER EYRE AND HUTSON
   STREETS,BELIZE CITY,BELIZE
70: Remittance Information
   0604
   SETTLEMENT OF INVOICE NO.65
   DTD 5/5/2015
71A: Details of Charges
   SHA
71F: Sender's Charges
   Currency    : USD (US DOLLAR)
   Amount      :        #0,#

**MUNA ASFOUR**
**CENTRAL OPERATIONS UNIT**



Description: Description:
Description: Description:

P.O.Box 950601, Amman, 11195
Tel: +9626 566 5145  Fax: +9626 569 2471
MUNA.ASFOUR@INVESTBANK.JO

www.investbank.jo

Confidentiality Notice: The information in this document and attachments is confidential and may also be legally privileged. It is intended only for the use of the named recipient. Internet communications are not secure and therefore Investbank does not accept legal responsibility for the contents of this message. If you are not the intended recipient, please notify us immediately and then delete this document. Do not disclose the contents of this document to any other person, nor take any copies



INVESTBANK
البنك الإستثماري

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   854

DATE _____ IDEN.

DATE _____ EVID.

BY _____
             DEPUTY CLERK

AO 386

| | |
|---|---|
| **From:** | Mohd <aldaboubim@gmail.com> |
| **Sent:** | Wednesday, May 6, 2015 6:58 AM |
| **To:** | Rami Ghanem <ramithe@gmail.com> |
| **Subject:** | Fwd: |

Sent from my iPhone 

Begin forwarded message:

> **From:** Amjad Attiyat <Amjad.Attiyat@investbank.jo>
> **Date:** May 6, 2015 at 16:50:04 GMT+3
> **To:** "Mohd <aldaboubim@gmail. com>" <aldaboubim@gmail.com>
> **Subject: Fwd:**
>
> Upon your request
>
> Best Regards,
> Amjad
>
> Sent from my iPhone
>
> Begin forwarded message:
>
> > **From:** Muna Asfour <Muna.Asfour@investbank.jo>
> > **Date:** May 6, 2015 at 16:49:06 GMT−3
> > **To:** Amjad Attiyat <Amjad.Attiyat@investbank.jo>
> >
> > STANDARD CHARTERED BANK
> > NEW YORK,NY 10036
> > NEW YORK,NY
> > US
> > UNITED STATES
> > Block 4:
> > 20: Sender's Reference
> >    001FTOU251260027
> > 23B: Bank Operation Code
> >    CRED
> > 32A: Val Dte/Curr/Interbnk Settld Amt
> >    Date      : 07 May 2015
> >    Currency  : USD (US DOLLAR)
> >    Amount    :      #292000,#
> > 33B: Currency/Instructed Amount
> >    Currency  : USD (US DOLLAR)
> >    Amount    :      #292000,#
> > 50K: Ordering Customer-Name & Address
> >    /JO19JIFB0010033000021662220001
> >    GATEWAY TO MENA FOR LOGISTIC
> >    SERVICES
> >    BLDG.NO.25,ABDOUN
> >    P.O.BOX 830589 AMMAN 11183 JORDAN
> > 56A: Intermediary Institution - FI BIC

BAGAGE22XXX
BANK OF GEORGIA

TBILISI  GE
57A: Account With Institution - FI BIC
    /GE98BG0000000881562400
    LAPBLV2XXXX
    LATVIJAS PASTA BANKA

    RIGA  LV
59: Beneficiary Customer-Name & Addr
    /LV91LAPB0000056056113
    TASKO MANAGEMENT LTD
    SUITE 102,GROUND FLOOR,BLAKE BLDG.,
    CORNER EYRE AND HUSTON
    STREETS,BELIZE CITY BELIZE
70: Remittance Information
    0604
    SETTLE.OF INVOICE NO.66
    DTD 5/5/2015
71A: Details of Charges
    SHA
71F: Sender's Charges
    Currency    : USD (US DOLLAR)
    Amount    :        #0,#

**MUNA ASFOUR**
**CENTRAL OPERATIONS UNIT**



Description: Description:
Description: Description:
Description: Invest Bank

P.O.Box 950601, Amman, 11195
Tel: +9626 566 5145  Fax: +9626 569 2471
MUNA.ASFOUR@INVESTBANK.JO

www.investbank.jo

Confidentiality Notice: The information in this document and attachments is confidential and may also be legally privileged. It is intended only for the use of the named recipient. Internet communications are not secure and therefore Investbank does not accept legal responsibility for the contents of this message. If you are not the intended recipient, please notify us immediately and then delete this document. Do not disclose the contents of this document to any other person, nor take any copies



INVESTBANK
البنك الإستثماري

CASE NO.  CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA

VS.  GHANEM

PLAINTIFF'S EXHIBIT  855

DATE _____IDEN.

DATE_____EVID.

BY _____
              DEPUTY CLERK

AO 386

| | |
|---|---|
| **From:** | Rami Ghanem <ramithe@gmail.com> |
| **Sent:** | Sunday, May 31, 2015 2:46 AM |
| **To:** | mohammad aldaboubi <aldaboubim@gmail.com>; Rami Ghanem <ramithe@gmail.com> |
| **Subject:** | 2 Invoices |
| **Attach:** | KAZAR .pdf; Inv-Tasko011.doc |

---

Good morning boss,

The attached invoice are for the undelivered last money transfer + the new L39 salary for 5th month

--

## *Rami Ghanem*

## Gateway to MENA. (GTM)

### Egypt Office

**Complex 133, Building 7, Apartment 32**

**Al Rehab City, Cairo  Egypt**

**Iternational #:  +37282432246**

**Telephone# 00201127999552**

### Jordan Office

Tel: 962 6 5685624
Fax: 962 6 5685625
**ramithe@gmail.com**  or  rami@caravaname.com
US Telephone: 772 675-4363     Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

# KAZAR BUSINESS LIMITED

**9 BARRACK ROAD, BELIZE CITY, BELIZE**

# COMMERCIAL INVOICE

**COMMERCIAL Invoice:** 07051
**DATE:** MAY 27TH 2015

**BUYER:**

*GATEWAY TO MENA FOR LOGISTIC SERVICES*
Amman - Jordan

| ITEM | DESCRIPTIONS OF GOODS | QUANTITY | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|
| 1. | Control and navigation Equipement rack Unit bУ Unit KP Unit ЭБ Unit БВК Including installation at customers site | 2 sets | $ 50,000.00 | $100,000.00 |

| PACKING | ORIGIN | DELIVERY | VALUE | PAYMENT | |
|---|---|---|---|---|---|
| N/A | Ukraine | C&F | N/A | Bank Transfer | $ 100,000.00 |

**UNITED STATE DOLLARS ONE HUNDRED THOUSANDS DOLLARS 00 CENT ONLY\*\***
**SELLER'S BANKING DETAILS**
Bank Name:       TRASTA KOMERC BANKA
Bank Address:    RIGA, LATVIA
Account Name:    KAZAR BUSINESS LIMITED
Swift Code:      KBRBLV2XXXX
IBAN & ABA:      LV1G K3RB 1111 2172 4900 1

Sing&Stamp



**TASKO MANAGEMENT LTD**

Address: Suite 102, Ground Floor, Blake Building, Corner Eyre & Hutson Streets, Belize City, Belize

TASKO MANAGEMENT LTD

# INVOICE  #  011

**Data:  June 1th, 2015**

Gateway to MENA for logistic Services
Address: 43 Abdul Hamid Sharaf St. P.O. Box 950601 Amman 11195 Jordan

| Description | Q-ty | Prise | Amount |
|---|---|---|---|
| Generator system 20 KW: | | | |
| blade | 8 | 2520 USD | 20160 USD |
| generator | 8 | 2850 USD | 22800 USD |
| Yaw shaft | 8 | 2800 USD | 22400 USD |
| Dumping Load | 7 | 2130 USD | 14910 USD |
| Off grid Rectifier / Dumping Controller | 7 | 2655 USD | 18585 USD |
| Siemens PLC Controller | 4 | 5240 USD | 20960 USD |
| Off grid Inverter (Single-phase) | 18 | 1560 USD | 28080 USD |
| Guyed tower(12m) | 9 | 3420 USD | 30780 USD |
| Free Standing Tower(12m) | 9 | 2755 USD | 24795 USD |
| with Guyed Tower | 10 | 1580 USD | 15800 USD |
| with Free Standing Tower | 11 | 1710 USD | 18810 USD |
| Total:  **Payment for building materials/equipment acc contr11/15 dd 02.02.15** | | | **238 080 USD** |

*Beneficiary name: TASKO MANAGEMENT LTD*
*Beneficiary Reg No: 114,298*
*Beneficiary's address: Suite 102, Ground Floor, Blake Building, Corner Eyre &Hutson Streets,Belize City,Belize*
*Beneficiary's  account: LV91LAPB0000056056113*
*Beneficiary's Bank: AS LATVIJAS PASTA BANKA*
*Beneficiary's  Bank's address:  : Brivibas str. 54, Riga, LV-1011, Latvia*
*Beneficiary's bank  SWIFT: LAPBLV2X*

*Correspondence bank: Bank of Georgia*
*Correspondence bank address: Tbilisi, Georgia*
*Correspondence account:* GE98BG0000000881562400
*Correspondence SWIFT: BAGAGE22*

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   856

DATE _____ IDEN.

DATE_____ EVID.

BY _____
DEPUTY CLERK
AO 386

| | |
|---|---|
| **From:** | Mohd <aldaboubim@gmail.com> |
| **Sent:** | Thursday, June 4, 2015 5:30 AM |
| **To:** | Rami Ghanem <ramithe@gmail.com> |
| **Subject:** | Fwd: swift mena gate |
| **Attach:** | Message Text; image001.jpg; swift.docx; Message Text |

P.O.Box 950601, Amman, 11195

Tel: +9626 5001500 Ext. 1213 Fax: +9626 5672652

Mobile : 0798858655

Alaa.hindi@investbank.jo

www.investbank.jo

Sent from my iPhone

Begin forwarded message:

> **From:** Amjad Attiyat <Amjad.Attiyat@investbank.jo>
> **Date:** June 4, 2015 at 12:14:51 GMT+3
> **To:** "Mohd <aldaboubim@gmail. com>" <aldaboubim@gmail.com>
> **Subject: Fwd: swift mena gate**
>
> Upon your request
>
> Best Regards,
> Amjad
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** Alaa Hindi <Alaa.Hindi@investbank.jo>
>> **Date:** June 4, 2015 at 11:59:10 GMT+3
>> **To:** Amjad Attiyat <Amjad.Attiyat@investbank.jo>
>> **Subject: swift mena gate**
>>
>> Amjad
>>
>> **Alaa AL-Hindi**
>> **Assistant Relationship Manager**
>> **Commercial Financial Services**



STANDARD CHARTERED BANK
NEW YORK,NY 10036
NEW YORK,NY
US
UNITED STATES OF AMERICA
20: Sender's Reference
    001FTOU251540031
23B: Bank Operation Code
    CRED
32A: Val Dte/Curr/Interbnk Settld Amt
    Date        : 04 June 2015
    Currency    : USD (US DOLLAR)
    Amount      :           #238080,#
33B: Currency/Instructed Amount
    Currency    : USD (US DOLLAR)
    Amount      :           #238080,#
50K: Ordering Customer-Name & Address
    /JO19JIFB0010033000021662220001
    GATEWAY TO MENA FOR LOGISTIC
    SERVICES
    BLDG.NO.25,ABDOUN
    AMMAN-JORDAN
56A: Intermediary Institution - FI BIC
    BAGAGE22
    JSC BANK OF GEORGIA

    TBILISI  GE
57A: Account With Institution - FI BIC
    /GE98BG0000000881562400
    LAPBLV2X
    LATVIJAS PASTA BANKA

    RIGA  LV
59: Beneficiary Customer-Name & Addr
    /LV91LAPB0000056056113
    TASKO MANAGEMENT LTD
    SUITE 102,GROUND FLOOR,BLAKE
    BLD,CORNER EYRE AND HUTSON ST,
    BELIZE CITY
70: Remittance Information
    0101
    SETTLEMENT OF INV.NO.011
    DTD 1/6/2015
71A: Details of Charges
    SHA
71F: Sender's Charges
    Currency    : USD (US DOLLAR)
    Amount      :           #0,#

STANDARD CHARTERED BANK
NEW YORK,NY 10036
NEW YORK,NY
US
UNITED STATES OF AMERICA

20: Sender's Reference
   001FTOU251540032
23B: Bank Operation Code
   CRED
32A: Val Dte/Curr/Interbnk Settld Amt
   Date       : 04 June 2015
   Currency   : USD (US DOLLAR)
   Amount     :        #100000,#
33B: Currency/Instructed Amount
   Currency   : USD (US DOLLAR)
   Amount     :        #100000,#
50K: Ordering Customer-Name & Address
   /JO19JIFB0010033000021662220001
   GATEWAY TO MENA FOR LOGISTIC
   SERVICES
   BLDG.NO.25,ABDOUN
   P.O.BOX 950601 AMMAN 11195 JORDAN
56A: Intermediary Institution - FI BIC
   BKTRUS33
   DEUTSCHE BANK TRUST COMPANY AMERICAS

   NEW YORK,NY  US
57A: Account With Institution - FI BIC
   KBRBLV2XXXX
   TRASTA KOMERCBANKA

   RIGA  LV
59: Beneficiary Customer-Name & Addr
   /LV16KBRB1111217249001
   KAZAR BUSINESS LIMITED
   9 BARRACK ROAD,BELIZE CITY
   BELIZE
70: Remittance Information
   0101
   SETTLEMENT OF COMMERCIAL INV.NO.
   07051 DTD 27/5/2015
71A: Details of Charges
   SHA
71F: Sender's Charges
   Currency   : USD (US DOLLAR)
   Amount     :         #0,#

Ghanem-00072443

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA

VS.   GHANEM

PLAINTIFF'S EXHIBIT   857

DATE _____ IDEN.

DATE_____ EVID.

BY _____
DEPUTY CLERK
AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
| Sent: | Thursday, June 4, 2015 9:36 PM |
| To: | gorlus <gorlus@mail.ru> |
| Subject: | RE: |

STANDARD CHARTERED BANK
NEW YORK,NY 10036
NEW YORK,NY
US
UNITED STATES OF AMERICA

20: Sender's Reference
001FTOU251540032
23B: Bank Operation Code
CRED
32A: Val Dte/Curr/Interbnk Settld Amt
Date          : 04 June 2015
Currency      : USD (US DOLLAR)
Amount        :          #100000,#
33B: Currency/Instructed Amount
Currency      : USD (US DOLLAR)
Amount        :          #100000,#
50K: Ordering Customer-Name & Address
/JO19JIFB0010033000021662220001
GATEWAY TO MENA FOR LOGISTIC
SERVICES
BLDG.NO.25,ABDOUN
P.O.BOX 950601 AMMAN 11195 JORDAN
56A: Intermediary Institution - FI BIC
BKTRUS33

# DEUTSCHE BANK TRUST COMPANY AMERICAS

NEW YORK,NY  US

57A: Account With Institution - FI BIC
    KBRBLV2XXXX
    TRASTA KOMERCBANKA

    RIGA  LV

59: Beneficiary Customer-Name & Addr
    /LV16KBRB1111217249001
    KAZAR BUSINESS LIMITED
    9 BARRACK ROAD,BELIZE CITY
    BELIZE

70: Remittance Information
    0101
    SETTLEMENT OF COMMERCIAL INV.NO.
    07051 DTD 27/5/2015

71A: Details of Charges
    SHA

71F: Sender's Charges
    Currency      : USD (US DOLLAR)
    Amount        :              #0,#

*Rami Ghanem*

*Gateway to MENA. (GTM)*

Egypt Office
Complex 133, Building 7, Apartment 32
Al Rehab City, Cairo  Egypt
Iternational #: +37282432246
Telephone# 00201127999552
Jordan Office

Ghanem-00072443

Tel: 962 6 5685624
Fax: 962 6 5685625
**ramithe@gmail.com**  or  rami@caravaname.com
US Telephone: 772 675-4363   Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message wil self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   858

DATE _____ IDEN.

DATE _____ EVID.

BY _____
DEPUTY CLERK
AO 386

| From: | Alexei Alexei <office.hartford@gmail.com> |
|---|---|
| Sent: | Wednesday, August 26, 2015 6:16 AM |
| To: | Rami Ghanem <ramithe@gmail.com> |
| Subject: | Fwd: invoice |
| Attach: | Inv -Irew-Gateway.xls |

Good afternoon
Please see attached invoice for L-39



**IREWORK TRADING LP**                    **Reg**
**No: SL11876**

| COMMERCIAL INVOICE |
|---|

| Invoice No.: | 49/15 |
|---|---|
| Invoice Date: | 8/21/2015 |

Reference:

Invoicing Address:

Gateway to MENA for logistic Services

Address: 43 Abdul Hamid Sharaf St. P.O. Box 950601
Amman 11195 Jordan

Terms of payment:  USD

Transfer invoice amount within 120 days to:

Company: IREWORK TRADING LP
Reg No: SL11876
Company's address: SUITE 4350, MITCHELL HOUSE, 5
MITCHELL STREET, Edinburgh, Scotland, UK, EH6 7BD
Account in IBAN format:LV64 CBBR 1122623700010
Beneficiary Bank: BALTIKUMS BANK AS
Bank's address: Smilsu Iela 6  Riga LV-1050 LATVIA
SWIFT: CBBRLV22

| Description | Q-TY | Price (USD) | Payment conditions |
|---|---|---|---|
| Guyed tower(12m) | 18 | 3420 | 61,560.00 |
| Siemens PLC Controller | 18 | 5240 | 94,320.00 |
| Dumping Load | 2 | 2130 | 4,260.00 |
| Total (USD): payment for building equipment  according Contract N19/12 from 19.12.2014 | | | 160,140.00 |

| | Discount | VAT Amount | Quantity | Amount |
|---|---|---|---|---|
| | 0.00 | 0.00 | | 160,140.00 |

**IREWORK TRADING LP**                                                    **Add: SUITE**
**4350, MITCHELL HOUSE, 5 MITCHELL STREET, Edinburgh, Scotland, UK, EH6 7BD**

Plamen Stanev



00075996                                                    Ghanem-00072443

Ghanem_Sentencing_00001338

CASE NO.   CR 15-0704 (A)-SJO

    UNITED STATES OF AMERICA
VS.    GHANEM

PLAINTIFF'S EXHIBIT    859

DATE _____ IDEN.

DATE_____ EVID.

BY _____
          DEPUTY CLERK
AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
| Sent: | Saturday, August 29, 2015 4:17 PM |
| To: | mdaboubi@hotmail.com |
| Subject: | L39 Invoice |
| Attach: | Inv -Irew-Gateway.pdf |

**Rami Ghanem**

**Gateway to Egypt. (GTE)**
Complex 133, Building 7, Apartment 32
Al Rehab City, Cairo  Egypt
Telephone# 00201127999552
Iternational #: +37282432246
Jordan Office

Tel: 962 6 5685624
Fax: 962 6 5685625
**ramithe@gmail.com**  or  rami@caravaname.com
US Telephone: 772 675-4363    Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...



**IREWORK TRADING LP**          Reg
**No: SL11876**

| COMMERCIAL INVOICE | | Invoice No.: | 49/15 |
|---|---|---|---|
| | | Invoice Date: | 8/21/2015 |

**Invoicing Address:**                              **Reference:**

Gateway to MENA for logistic Services

Address: 43 Abdul Hamid Sharaf St. P.O. Box 950601
Amman 11195 Jordan

**Terms of payment:  USD**

Transfer invoice amount within 120 days to:

Company: IREWORK TRADING LP
Reg No: SL11876
Company's address: SUITE 4350, MITCHELL HOUSE, 5
MITCHELL STREET, Edinburgh, Scotland, UK, EH6 7BD
Account in IBAN format LV64 CBBR 1122623700010
Beneficiary Bank: BALTIKUMS BANK AS
Bank's address: Smilsu Iela 6  Riga LV-1050 LATVIA
SWIFT: CBBRLV22

| Description | Q-TY | Price (USD) | Payment conditions |
|---|---|---|---|
| Guyed tower(12m) | 18 | 3420 | 61,560.00 |
| Siemens PLC Controller | 18 | 5240 | 94,320.00 |
| Dumping Load | 2 | 2130 | 4,260.00 |
| Total (USD): | | | 160,140.00 |
| payment for building equipment  according Contract N19/12 from 19.12.2014 | | | |

| Discount | VAT Amount | Quantity | Amount |
|---|---|---|---|
| 0.00 | 0.00 | | 160,140.00 |

**IREWORK TRADING LP**                                          **Add: SUITE**
**4350, MITCHELL HOUSE, 5 MITCHELL STREET, Edinburgh, Scotland, UK, EH6 7BD**

Plamen Stanev



CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   860

DATE _____ IDEN.

DATE_____ EVID.

BY _____
DEPUTY CLERK
AO 386

| **From:** | Mohammad <aldaboubim@gmail.com> |
| **Sent:** | Thursday, September 3, 2015 1:00 AM |
| **To:** | Rami Ghanem <ramithe@gmail.com> |
| **Subject:** | Fwd: Swifts |

Sent from my iPhone 

Begin forwarded message:

> **From:** Amjad Attiyat <Amjad.Attiyat@investbank.jo>
> **Date:** September 3, 2015 at 10:45:24 GMT+3
> **To:** "Mohd <aldaboubim@gmail.com> (aldaboubim@gmail.com)" <aldaboubim@gmail.com>
> **Subject: Swifts**

Upon your request.

**Best Regards,**

**Amjad S. Attiyat**
**Executive Manager - Liability / Commercial / SME**

**INVESTBANK**
البنك الإستثماري

P.O.Box 950601, Amman, 11195
Tel: +9626 5001500 Ext. 1370  Mobile: + 962 79 5855145
Fax: +9626 5687517
Amjad.Attiyat@investbank.jo

www.investbank.jo
Confidentiality Notice: The information in this document and attachments is confidential and may also be legally privileged. It is intended only for the use of the named recipient. Internet communications are not secure and therefore Investbank does not accept legal responsibility for the contents of this message. If you are not the intended recipient, please notify us immediately and then delete this document. Do not disclose the contents of this document to any other person, nor take any copies.

**From:** Muna Asfour
**Sent:** Thursday, September 03, 2015 10:32 AM
**To:** Amjad Attiyat
**Subject:**

Block 4:
20: Sender's Reference
    001FTOU252440003
23B: Bank Operation Code
    CRED
32A: Val Dte/Curr/Interbnk Settld Amt
    Date        : 02 September 2015
    Currency   : USD (US DOLLAR)
    Amount     :          #160140,#
33B: Currency/Instructed Amount
    Currency   : USD (US DOLLAR)

```
Amount      :        #160140,#
50K: Ordering Customer-Name & Address
    /JO19JIFB0010033000021662220001
    GATEWAY TO MENA FOR LOGISTIC
    SERVICES COMPANY
    ABDOUN-BLDG.NO.25
    AMMAN-JORDAN
56A: Intermediary Institution - FI BIC
    BKTRUS33
    DEUTSCHE BANK TRUST COMPANY AMERICAS

    NEW YORK,NY  US
57A: Account With Institution - FI BIC
    CBBRLV22XXX
    BALTIKUMS BANK AS

    RIGA  LV
59: Beneficiary Customer-Name & Addr
    /LV64CBBR1122623700010
    IREWORK TRADING LP
    SUITE 4350,MITCHELL HOUSE,5
    MITCHEL STR.EDINBURGH,SCOTLAND,UK,
    EH6 7BD
70: Remittance Information
    0101
    SETTLE.OF INVOICE NO.49/15
    DATED 21/08/2015
71A: Details of Charges
    SHA
71F: Sender's Charges
    Currency    : USD (US DOLLAR)
    Amount      :        #0,#
```

CASE NO.   CR 15-0704 (A)-SJO

_____UNITED STATES OF AMERICA_____
VS. ____GHANEM____

PLAINTIFF'S EXHIBIT    ___861___

DATE _____IDEN.

DATE_____EVID.

BY _____
           DEPUTY CLERK
AO 386

| | |
|---|---|
| **From:** | Alexei Alexei <office.hartford@gmail.com> |
| **Sent:** | Thursday, October 15, 2015 6:28 AM |
| **To:** | Rami Ghanem <ramithe@gmail.com> |
| **Subject:** | Invoice Renault + L |
| **Attach:** | Inv Irework-Gateway15.10.pdf |



# IREWORK TRADING LP

**IREWORK TRADING LP**
No: SL11876

Reg

| COMMERCIAL INVOICE | | Invoice No.: | 51/15 |
| --- | --- | --- | --- |
| | | Invoice Date: | 15.10.2015 |
| | | Reference: | |

Invoicing Address:

Gateway to MENA for logistic Services

Address: 43 Abdul Hamid Sharaf St. P.O. Box 950601
Amman 11195 Jordan

Terms of payment:  USD

Transfer invoice amount within 120 days to:

Company IREWORK TRADING LP
Reg No: SL11876
Company's address: SUITE 4350, MITCHELL HOUSE, 5
MITCHELL STREET, Edinburgh, Scotland, UK, EH6 7BD
Account in IBAN format LV64 C6BR 1122623700010
Beneficiary Bank: BALTIKUMS BANK AS
Bank's address: Smilsu iela 6 Riga LV-1050 LATVIA
SWIFT: C6BRLV22

| Description | Q-TY | Price (USD) | Payment conditions |
| --- | --- | --- | --- |
| Guyed tower(12m) | 13 | 3420 | 61 560,00 |
| Siemens PLC Controler | 18 | 5240 | 94 320,00 |
| Damping Load | 2 | 2 130 | 4 260,00 |
| | | | |
| Total (USD): | | | 160 140,00 |
| payment for building equipment  according Contract N19/12 | | | |
| from 19.12.2014 | | | |

| | Discount | VAT Amount | Quantity | Amount |
| --- | --- | --- | --- | --- |
| | 0,00 | 0,00 | | 160 140,00 |

IREWORK TRADING LP                                                      Add: SUITE
4350, MITCHELL HOUSE, 5 MITCHELL STREET, Edinburgh, Scotland, UK, EH6 7BD

Plamen Stanev



CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.    GHANEM

PLAINTIFF'S EXHIBIT      862

DATE _____IDEN.

DATE_____EVID.

BY _____
            DEPUTY CLERK
AO 386

| From: | Rami Ghanem <ramithe@gmail.com> |
|---|---|
| Sent: | Sunday, November 1, 2015 1:38 AM |
| To: | mohammad almufleh <mdaboubi@hotmail.com> |
| Subject: | FW: Invoice+100 000 |
| Attach: | Inv -Irew-Gateway27.10.pdf |

L39 + F

## *Rami Ghanem*

## *Gateway to MENA. (GTM)*

**Egypt Office**
Complex 133, Building 7, Apartment 32
Al Rehab City, Cairo  Egypt
Iternational #:  +37282432246
Telephone# 00201127999552
**Jordan Office**

Tel: 962 6 5685624
Fax: 962 6 5685625
**ramithe@gmail.com**  or  rami@caravaname.com
US Telephone: 772 675-4363    Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct to notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...



# IREWORK TRADING LP

**IREWORK TRADING LP**    Reg
No: SL11876

| COMMERCIAL INVOICE | Invoice No.: | 51/15 |
|---|---|---|
| | Invoice Date: | 15.10.2015 |

Invoicing Address:                          Reference:

Gateway to MENA for logistic Services

Address: 43 Abdul Hamid Sharaf St. P.O. Box 950601
Amman 11195 Jordan

Terms of payment:   USD

Transfer invoice amount within 120 days to:

Company: IREWORK TRADING LP
Reg No: SL11876
Company's address: SUITE 4350, MITCHELL HOUSE, 5
MITCHELL STREET, Edinburgh, Scotland, UK, EH6 7BD
Account in IBAN format LV64 CBBR 1122623700010
Beneficiary Bank: BALTIKUMS BANK AS
Bank's address: Smilsu Iela 6 Riga LV-1050 LATVIA
SWIFT: CBBRLV22

| Description | Q-TY | Price (USD) | Payment conditions |
|---|---|---|---|
| Guyed tower(12m) | 18 | 3420 | 61 560,00 |
| Siemens PLC Controller | 18 | 5240 | 94 320,00 |
| Dumping Load | 32 | 2130 | 68 160,00 |
| Dogvane | 2 | 526 | 1 052,00 |
| Total (USD):<br>payment for building equipment according Contract N19/12<br>from 19.12.2014 | | | 225 092,00 |

| Discount | VAT Amount | Quantity | Amount |
|---|---|---|---|
| 0.00 | 0.00 | | 225 092,00 |

**IREWORK TRADING LP**                                  Add: SUITE
4350, MITCHELL HOUSE, 5 MITCHELL STREET, Edinburgh, Scotland, UK, EH6 7BD

Plamen Stanev



CASE NO. __CR 15-0704 (A)-SJO__

_____UNITED STATES OF AMERICA_____
VS. _____GHANEM_____

PLAINTIFF'S EXHIBIT ____863____

DATE _____ IDEN.

DATE_____ EVID.

BY _____
         DEPUTY CLERK
AO 386

| | |
|---|---|
| **From:** | AA Diamonds <aa.diamonds@hotmail.com> |
| **Sent:** | Tuesday, September 29, 2015 12:34 AM |
| **To:** | ramithe@gmail.com |
| **Subject:** | S.Muhammad |
| **Attach:** | 201509290923.pdf |

Please find attached

**DOCKARMS CC**
**AVALON BUILDING**
**93 CENTRAL ROAD**
**CNR. GILLIES STREET**
**FORDSBURG**
**2033**



**P. O. BOX 1503**
**CROWN MINES**
**2025**
**TEL: +27 (0) 11 838 2826**
**FAX: +27 (0) 11 838 6483**
**E-MAIL: MOE@DOCKARMS.COM**

28 September 2015

**TO:** A A Diamonds
**ATT:** Mr. M. Shaibne
**FROM:** MUHAMMED I. DOCKRAT

**RE: QUOTATION**

Dear Sir

It gives us great pleasure in quoting you as follows:

**Pistols**
Option A: 50 x GLOCK 19 / 17 threaded Gen 3 @ R12,750.00ea (Total: R637,500.00)
Option B: 50 x GLOCK 19 / 17 threaded Gen 4 @ R13,850.00ea. (Total: R692,500.00)
ASE Utra Silencers for the above @ R5,750.00ea. (Total: R287,500.00)

**.50BMG Rifles**
**10 x CMS Sniper Rifle in 12,7x99mm @ R115,000.00ea. (Total: R1,150,000.00)**
Including:
5 shot magazine, extra magazine,
Gibbs Bipod
Muzzle Brake
Adjustable Cheek Piece
Cleaning Kit (Otis)
Plain Rifle Bag for Packaging Purposes

Documentation: Operator Manual with every rifle
1 x Illustrated Parts Catalogue and Exploded View

Optional Extras:
Silencers @ R16,500.00ea. (Total: R165,000.00)
On Board Spares  (1 set per rifle) @ R2,000.00ea. (Total: R20,000.00)
Set of Gauges (1 set per 10 rifles) @ R4,500.00
Canvas Drag Bag @ R5,000.00ea. (Total: R50,000.00)
Sling @ R1,500.00ea. (Total: R15,000.00)
Aluminium Case @ R25,000.00ea. (Total: R250,000.00)
Shooter Mat @ R2,250.00ea. (Total: R22,500.00)

Packaging Crate (for transportation) @ R7,000.00

Manuals:
In English consist of Operator Manual supplied with each rifle and one Illustrated Parts Catalogue and Parts Identification List.
(Exploded View)

Cleaning Kit:
Consists of: oil bottle, flannelette, brush brass, cleaning rod, set of alien keys.

On Board Spares:
Extractor Kit comprising of: Extractor, Extractor Pin and Extractor Spring supplied with all calibre rifles.
Firing Pin Kit comprising of: Firing Pin and Firing Pin Spring supplied with all calibre rifles.
Ejector Kit comprising of: Ejector, Ejector Pin and Ejector Spring to be supplied with 12,7x99mm rifles.

Set of Gauges for Headspacing:
Only 1 set of Gauges (Go and No-go Head Space Gauges, Firing Pin Protrusion Gauge and Bore Life Gauge) will be supplied with
the purchase of every 10 rifles.

**DOCKARMS CC**
**AVALON BUILDING**
**93 CENTRAL ROAD**
**CNR. GILLIES STREET**
**FORDSBURG**
**2033**



**P. O. BOX 1503**
**CROWN MINES**
**2025**
**TEL: +27 (0) 11 838 2826**
**FAX: +27 (0) 11 838 6483**
**E-MAIL: MOE@DOCKARMS.COM**

**Ammunition**
50,000 rounds of 9mm Parabellum FMJ 115gr @ R5.00ea. (Immediately available - Total: R250,000.00)
12,7x99 (.50BMG) @ R100.00ea. (12,000 pcs immediately available – Total: R1,200,000.00)

**Terms and Conditions**
Delivery Times:
Delivery to commence 4-6 months from receipt of :
•Signed written order.
•End User Certificate
•Receipt of 50% advance payment into Sellers Bank

Marking and Packing:
Manufacturer's standard packing will apply, unless otherwise agreed beforehand at cost to the Buyer.

General:
The exportation of military related equipment is subject to the authorisation of contracting and export permits by the South African Government. Should these permits not be granted, neither party shall be under any obligation whatsoever to the other party.

Inspection:
The Buyer may at their own cost inspect the Goods in South Africa prior to the shipment. All costs thereof will be borne by the Buyer for a maximum of 2 representatives of the Buyer. The inspection may take place 30 days prior to the shipment.

End User Certificate:
An acceptable, original, End User Certificate, must be submitted to Truvelo Manufacturers (Pty) Ltd. after having been authenticated by the South African Embassy / Consulate in Buyer's country as per requirement by the National Conventional Arms Control Committee of South Africa.

The End User Certificate must state the final destination of the items and that the items are intended for use by the buyer and must be stamped by the relevant Department.

Import Permit:
The BUYER will be responsible to obtain an import permit and all other authorisations required in the BUYERS country.

Export Permit:
Delivery of goods must be approved as described by the South African Government. Goods may not be re-exported without the approval of the South African Government.

Warranty on Truvelo (Rifles) Products:
12 months from date of delivery on faulty workmanship and material on the rifles.

Warranty on Non-Truvelo Products: Canvas Products, Aluminium Cases 6 months from date of delivery.

Terms of Payment:
60% non-refundable advance payment by telegraphic transfer into Dockarms account. 40% Balance on acceptance documents.

Kind Regards

Muhammed
082 444 1133

CASE NO.   CR 15-0704 (A)-SJO

UNITED STATES OF AMERICA
VS.   GHANEM

PLAINTIFF'S EXHIBIT   864

DATE _____ IDEN.

DATE_____ EVID.

BY _____
DEPUTY CLERK
AO 386

| | |
|---|---|
| **From:** | AA Diamonds <aa.diamonds@hotmail.com> |
| **Sent:** | Wednesday, September 30, 2015 7:46 AM |
| **To:** | ramithe@gmail.com |
| **Subject:** | S.Muhammad |
| **Attach:** | 201509301644.pdf |

Please find attached

## MI-24V HELICOPTER

QUANTITY: **4 UNITS** (Board numbers: 125, 129, 131, 132)

BASIC OVERHAUL TIME: 7.5 years, i.e. 1000 flight hours

FACTORY GUARANTEE: 1 year, i.e. 120 flight hours

OVERHAUL TIME FOR THE 4 HELICOPTERS: 3 – 6 months *(Can accelerate once order confirmed)*

**ARMAMENT** (included for one helicopter):
- UPK-23-250 Container for aerogun GSH23L, quantity: 2 pcs.
- Gun GSH-23L - 2 pcs. with 250 shots for each
- Blocks, type UB32A-24 (for NURS C-5), quantity: 4 pcs.
- Machine Gun 9A624 (Yakb-12,7) calibre 12,7x108mm - 1 pc.
- Machine guns PKM, calbre 7,62x54mm - 2 pcs.
- Submachine Guns AK47 /short barrel/ calibre 7,62x39mm, quantity: 10 pcs.
- Pistols with silencers, calibre 9x19mm or 9x18mm, quantity: 10 pcs.

**New navigation equipment** (included for one helicopter):
- A night sight and options for night flying capability;
- Black box, digital storage for flight data and for all technical parameters as well as pilots and operator's at real time;
- Aviation GPS - 2 pcs. ;
- Instead of Karat radios, a new TSY – CN024-01 navigation & communication module will be installed. This unit includes: digital portable radio set, transponder, coding unit, GPS and an interface for joint work with the board conversational network, top insure the communications air to air, ground to air and police channels.
- The aviation radio station R-863 is on board to insure the military and civil channels.

**Special settings for the weather conditions for one helicopter:**
- The engines will be set to work in hot weather;
- The filters for anti-sand/dust will be included with the helicopter.

Ghanem-00072443





Ghanem-00072443







Ghanem-00072443

CASE NO. __CR 15-0704 (A)-SJO__

_____UNITED STATES OF AMERICA_____
VS. _____GHANEM_____

PLAINTIFF'S EXHIBIT ___865___

DATE _____ IDEN.

DATE_____ EVID.

BY _____
_____DEPUTY CLERK
AO 386

| | |
|---|---|
| **From:** | Rami Ghanem <ramithe@gmail.com> |
| **Sent:** | Friday, October 9, 2015 7:51 AM |
| **To:** | Bill Grigor <office.gb.defence@gmail.com> |
| **Cc:** | Alexei Alexei <office.hartford@gmail.com> |
| **Subject:** | Fwd: Invoice |
| **Attach:** | 201510091632.pdf |

--

Sent from myMail app for Android

Ghanem-00072443



# AA DIAMONDS (PTY) LTD.

Reg No. 2001/005209/07
Tel No.: (011) 615 0554
Fax No.: (011) 615 0149
Email: info@aa-diamonds.co.za

VAT No: 4660262033
No.08 Kloof Road
Bedfordview
2007-JHB-R.S.A

## AA. Metals

## Proforma Invoice 052
### Invoice Date: 9/10/2015

Company Name:  Deal Logic Dox LP
Registration No.: SL15607          Vat Number:
Tel: ---
Email: ---
Address: 12 South Bridge Suite 1 ,Edinburg Scotland UK

### Purchase of Polished Diamond

| Description | Price | Total Price |
|---|---|---|
| 1X Round Brilliant Diamond | $ 42 500 Pct | $200 000.00 |
| Carat - 4.70 | | |
| Colour - G | | |
| Clarity - VSS2 | | |
| | | |
| Deposit of | | $ 20 000.00 |
| Total Amount | | $ 200 000.00 |

## AA Diamonds

**RANDS**

Bank Name: Nedbank
Account Holder: AA Diamonds PTY LTD
Account Number: 1924306646
Branch Name: Eastgate
Branch code: 192/405

**CFC**

Bank Name: Nedbank
Account Number: 7710015417
Swift Codes: NEDZSAJJ

A.A. DIAMONDS PTY LTD
2001/005209/07
8 Kloof Road
Bedfordview, Johannesburg
South Africa

00074633

Ghanem-00072443

CASE NO. __CR 15-0704 (A)-SJO__

_____UNITED STATES OF AMERICA_____
VS. ____GHANEM____

PLAINTIFF'S EXHIBIT ___866___

DATE _____IDEN.

DATE_____EVID.

BY _____
DEPUTY CLERK
AO 386

| | |
|---|---|
| **From:** | Alexei Alexei <office.hartford@gmail.com> |
| **Sent:** | Thursday, November 5, 2015 3:16 AM |
| **To:** | Rami Ghanem <ramithe@gmail.com> |
| **Subject:** | Fwd: сверка свифт |
| **Attach:** | 0400195812-02.txt |

English Translation

From: Alexei Alexei &lt;Office. hartford@gmail.

Sent: Thursday, November 5, 2015 3:16 AM

To: Rami Ghanem

Subject: Fwd: Reconciliation Swift

Attach: 0400195812-02.txt

```
--------------------- Instance Type and Transmission --------------
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery Status   : Network Ack
Priority/Delivery         : Normal
Message Input Reference   : 1741 151104CBBRLV22AXXX0900879419
-------------------------- Message Header -------------------------
Swift Input               : FIN 103.STP Single Customer Credt Transfer
Sender  : CBBRLV22XXX
        BALTIKUMS BANK AS
        RIGA LV
Receiver : BKTRUS33XXX
        DEUTSCHE BANK TRUST COMPANY AMERICAS
        NEW YORK,NY US
-------------------------- Message Text ---------------------------
 20: Sender's Reference
     201511041870056
23B: Bank Operation Code
     CRED
32A: Val Dte/Curr/Interbnk Settld Amt
     Date      : 05 November 2015
     Currency  : USD (US DOLLAR)
     Amount    :          #20000,#
33B: Currency/Instructed Amount
     Currency  : USD (US DOLLAR)
     Amount    :          #20000,#
50K: Ordering Customer-Name & Address
     /LV64CBBR1122623700010
     IREWORK TRADING LP
     SUITE 4350,MITCHELL HOUSE,5
     MITCHELL STREET
     EDINBURGH, EH6 7BD, SCOTLAND,GB
57A: Account With Institution - FI BIC
     NEDSZAJJXXX
     NEDBANK LIMITED
     JOHANNESBURG  ZA
 59: Beneficiary Customer-Name & Addr
     /7710015417
     AA DIAMONDS PTY LTD
     8 KLOOF ROAD BEDFORDVIEW
     JOHANNESBURG
     /ID/2001/005209
 70: Remittance Information
     PAYMENT FOR DIAMOND ACC INV 052 DD
     09.10.15
71A: Details of Charges
     OUR
-------------------------- Message Trailer ------------------------
{CHK:57CFB1082CA8}
```