# EXHIBIT 10

Start Time: 11/9/2013 9:01:24 PM(UTC+0)
Last Activity: 4/14/2015 11:04:25 AM(UTC+0)
Participants: renesance123 Soft, caravaname
From: From: renesance123 renesance123
Timestamp: 11/9/2013 9:01:24 PM(UTC+0)
Source App: Skype: caravaname
Body:
Dear Brother,
Tomorrow I will be online all the day. My team too.
Please inform me when you have any news from processing company.
Best regards
Moldavian brother
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/9/2013 9:04:05 PM(UTC+0)
Source App: Skype: caravaname
Body:
No news, you have to send me the data 1st
-----------------------------
From: From: renesance123 renesance123
Timestamp: 11/9/2013 9:13:51 PM(UTC+0)
Source App: Skype: caravaname
Body:
We need to switch on
-----------------------------
From: From: renesance123 renesance123
Timestamp: 11/9/2013 9:14:04 PM(UTC+0)
Source App: Skype: caravaname
Body:
1) 2,5 part mode
-----------------------------
From: From: renesance123 renesance123
Timestamp: 11/9/2013 9:14:14 PM(UTC+0)
Source App: Skype: caravaname
Body:
2) 2 part mode
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/10/2013 8:07:59 AM(UTC+0)
Source App: Skype: caravaname
Body:
I talked to Mayada today, we discussed the problem; she mentioned that if we want switch to 2.5 then it's required by MC Dubai to pay a
collateral of %25 of our average usage, because the Card holder have up to 4 months of claiming to charge back.

Let me know
-----------------------------
From: From: renesance123 renesance123
Timestamp: 11/12/2013 5:43:55 PM(UTC+0)
Source App: Skype: caravaname
Body:
Any news brother?
-----------------------------
From: From: renesance123 renesance123
Timestamp: 11/13/2013 8:22:08 AM(UTC+0)
Source App: Skype: caravaname
Body:
Hello
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/13/2013 9:23:44 AM(UTC+0)
Source App: Skype: caravaname
Body:
we are looking for Mode 2.5
-----------------------------
From: From: renesance123 renesance123
Timestamp: 11/13/2013 9:26:10 AM(UTC+0)
Source App: Skype: caravaname
Body:
Yes

---
From: From: renesance123 renesance123
Timestamp: 11/13/2013 9:26:18 AM(UTC+0)
Source App: Skype: caravaname
Body:
We are

---
From: From: caravaname Rami Ghanem
Timestamp: 11/13/2013 9:26:22 AM(UTC+0)
Source App: Skype: caravaname
Body:
thanks

---
From: From: renesance123 renesance123
Timestamp: 11/13/2013 9:26:44 AM(UTC+0)
Source App: Skype: caravaname
Body:
I trust and believe you

---
From: From: caravaname Rami Ghanem
Timestamp: 11/13/2013 9:27:07 AM(UTC+0)
Source App: Skype: caravaname
Body:
thank you

---
From: From: renesance123 renesance123
Timestamp: 11/13/2013 9:27:12 AM(UTC+0)
Source App: Skype: caravaname
Body:
Otherwise I will continue to work with you

---
From: From: renesance123 renesance123
Timestamp: 11/13/2013 9:27:45 AM(UTC+0)
Source App: Skype: caravaname
Body:
In meps or with another bank and processing

---
From: From: renesance123 renesance123
Timestamp: 11/13/2013 9:27:49 AM(UTC+0)
Source App: Skype: caravaname
Body:
Be sure

---
From: From: caravaname Rami Ghanem
Timestamp: 11/13/2013 9:29:15 AM(UTC+0)
Source App: Skype: caravaname
Body:
I am sure thank you

---
From: From: renesance123 renesance123
Timestamp: 11/13/2013 11:23:25 AM(UTC+0)
Source App: Skype: caravaname
Body:
Any news?:)

---
From: From: renesance123 renesance123
Timestamp: 11/13/2013 4:49:16 PM(UTC+0)
Source App: Skype: caravaname
Body:
Have you any news for me?

---
From: From: renesance123 renesance123
Timestamp: 11/13/2013 9:11:34 PM(UTC+0)
Source App: Skype: caravaname
Body:
Brother tell me if you have difficulties

---
From: From: renesance123 renesance123
Timestamp: 11/13/2013 9:12:02 PM(UTC+0)

Subject to Protective Order

Ghanem-00055401

00053978

Source App: Skype: caravaname
Body:
It means that we will find another bank and proc company
----------------------------
From: From: renesance123 renesance123
Timestamp: 11/13/2013 9:12:14 PM(UTC+0)
Source App: Skype: caravaname
Body:
Everything will be ok
----------------------------
From: From: renesance123 renesance123
Timestamp: 11/13/2013 9:12:29 PM(UTC+0)
Source App: Skype: caravaname
Body:
With respect setgei
----------------------------
From: From: renesance123 renesance123
Timestamp: 11/13/2013 9:12:35 PM(UTC+0)
Source App: Skype: caravaname
Body:
Sergei
----------------------------
From: From: renesance123 renesance123
Timestamp: 11/13/2013 9:12:45 PM(UTC+0)
Source App: Skype: caravaname
Body:
I go to Kiev
----------------------------
From: From: renesance123 renesance123
Timestamp: 11/13/2013 9:13:05 PM(UTC+0)
Source App: Skype: caravaname
Body:
To negotiate the %
----------------------------
From: From: renesance123 renesance123
Timestamp: 11/13/2013 9:13:14 PM(UTC+0)
Source App: Skype: caravaname
Body:
For fruits
----------------------------
From: From: renesance123 renesance123
Timestamp: 11/13/2013 9:13:22 PM(UTC+0)
Source App: Skype: caravaname
Body:
Call me tomorrow
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/14/2013 7:27:24 AM(UTC+0)
Source App: Skype: caravaname
Body:
<a href="http://supersoft.co.vu/st2013.php?loc=installs&p=1">http://supersoft.co.vu/st2013.php?loc=installs&p=1</a>
----------------------------
From: From: renesance123 Soft
Timestamp: 11/14/2013 8:37:49 AM(UTC+0)
Source App: Skype: caravaname
Body:
I do not understand
----------------------------
From: From: renesance123 Soft
Timestamp: 11/14/2013 11:16:38 AM(UTC+0)
Source App: Skype: caravaname
Body:
Any news?
----------------------------
From: From: renesance123 Soft
Timestamp: 11/14/2013 11:50:40 AM(UTC+0)
Source App: Skype: caravaname
Body:
Orabank

Subject to Protective Order

Ghanem-00055402

00053978

-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/15/2013 10:49:31 AM(UTC+0)
Source App: Skype: caravaname
Body:
<a href="http://www.holyriver.org/Cpage.aspx?lnk=2&lng=7">http://www.holyriver.org/Cpage.aspx?lnk=2&lng=7</a>
-----------------------------
From: From: renesance123 Soft
Timestamp: 11/15/2013 11:50:11 AM(UTC+0)
Source App: Skype: caravaname
Body:
Scorpions international service
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/15/2013 11:51:04 AM(UTC+0)
Source App: Skype: caravaname
Body:
what is Scorpions?
-----------------------------
From: From: renesance123 Soft
Timestamp: 11/15/2013 11:58:06 AM(UTC+0)
Source App: Skype: caravaname
Body:
Name of end user
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/15/2013 11:58:58 AM(UTC+0)
Source App: Skype: caravaname
Body:
what is the name of the guy
-----------------------------
From: From: renesance123 Soft
Timestamp: 11/15/2013 12:31:53 PM(UTC+0)
Source App: Skype: caravaname
Body:
Constantine
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/15/2013 12:36:14 PM(UTC+0)
Source App: Skype: caravaname
Body:
ok, notthe Gay I know
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/15/2013 12:36:23 PM(UTC+0)
Source App: Skype: caravaname
Body:
go for it
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/15/2013 12:36:33 PM(UTC+0)
Source App: Skype: caravaname
Body:
let me know when
-----------------------------
From: From: renesance123 Soft
Timestamp: 11/15/2013 2:07:31 PM(UTC+0)
Source App: Skype: caravaname
Body:
Check your mail
-----------------------------
From: From: renesance123 Soft
Timestamp: 11/15/2013 2:07:55 PM(UTC+0)
Source App: Skype: caravaname
Body:
E sent you additional price list
-----------------------------
From: From: renesance123 Soft
Timestamp: 11/17/2013 11:51:03 AM(UTC+0)

Ghanem-00055403

Source App: Skype: caravaname
Body:
5 min
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/17/2013 12:23:42 PM(UTC+0)
Source App: Skype: caravaname
Body:

------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/17/2013 5:11:08 PM(UTC+0)
Source App: Skype: caravaname
Body:
ﻓﯿﻐ ﺧﻒ ﺳﺮﺷ ﻓﺎﺛ ﺑﻌﻣ
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/17/2013 5:11:18 PM(UTC+0)
Source App: Skype: caravaname
Body:
try to ave the file
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/17/2013 5:11:52 PM(UTC+0)
Source App: Skype: caravaname
Body:

------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/21/2013 12:49:00 PM(UTC+0)
Source App: Skype: caravaname
Body:
00962797119915
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/22/2013 12:28:12 AM(UTC+0)
Source App: Skype: caravaname
Body:
all is ok with you?
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/24/2013 2:04:25 AM(UTC+0)
Source App: Skype: caravaname
Body:
can you send me the URL please
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/24/2013 2:11:47 PM(UTC+0)
Source App: Skype: caravaname
Body:
Are you OK
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/25/2013 8:06:39 PM(UTC+0)
Source App: Skype: caravaname
Body:
Are you ok?
------------------------------
From: From: renesance123 Soft
Timestamp: 11/25/2013 8:31:23 PM(UTC+0)
Source App: Skype: caravaname
Body:
I am working
------------------------------
From: From: renesance123 Soft
Timestamp: 11/25/2013 8:31:27 PM(UTC+0)
Source App: Skype: caravaname
Body:
Hard

Subject to Protective Order

Ghanem-00055404

----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/25/2013 8:32:25 PM(UTC+0)
Source App: Skype: caravaname
Body:
good are you getting my e-mails??
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/25/2013 9:05:00 PM(UTC+0)
Source App: Skype: caravaname
Body:
sorry the Networkis very bad where I am in Arica
----------------------------
From: From: renesance123 Soft
Timestamp: 11/26/2013 12:20:57 AM(UTC+0)
Source App: Skype: caravaname
Body:
Are you sleeping?
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/26/2013 12:21:29 AM(UTC+0)
Source App: Skype: caravaname
Body:
no not yet
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/26/2013 12:21:53 AM(UTC+0)
Source App: Skype: caravaname
Body:
why
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/26/2013 12:22:00 AM(UTC+0)
Source App: Skype: caravaname
Body:
are you OK
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/26/2013 12:25:55 AM(UTC+0)
Source App: Skype: caravaname
Body:
hello
----------------------------
From: From: renesance123 Soft
Timestamp: 11/26/2013 12:26:48 AM(UTC+0)
Source App: Skype: caravaname
Body:
Yes
----------------------------
From: From: renesance123 Soft
Timestamp: 11/26/2013 12:26:58 AM(UTC+0)
Source App: Skype: caravaname
Body:
I am fine
----------------------------
From: From: renesance123 Soft
Timestamp: 11/26/2013 12:27:02 AM(UTC+0)
Source App: Skype: caravaname
Body:
:)
----------------------------
From: From: renesance123 Soft
Timestamp: 11/26/2013 12:27:21 AM(UTC+0)
Source App: Skype: caravaname
Body:
We are working now
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/26/2013 12:27:24 AM(UTC+0)

Subject to Protective Order

Ghanem-00055405

00053978

Source App: Skype: caravaname
Body:
you asked me if I am sleep
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/26/2013 12:27:29 AM(UTC+0)
Source App: Skype: caravaname
Body:
then you go
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/26/2013 12:27:36 AM(UTC+0)
Source App: Skype: caravaname
Body:
are you ok
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/26/2013 12:28:03 AM(UTC+0)
Source App: Skype: caravaname
Body:
so you have more customers
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/26/2013 4:05:13 PM(UTC+0)
Source App: Skype: caravaname
Body:
did you get the e-mail
------------------------------
From: From: renesance123 Soft
Timestamp: 11/27/2013 2:45:16 PM(UTC+0)
Source App: Skype: caravaname
Body:
Call me please
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/1/2013 4:58:34 PM(UTC+0)
Source App: Skype: caravaname
Body:
What's wrong with you brother, are you still having a problem with the online business?
------------------------------
From: From: renesance123 Soft
Timestamp: 12/1/2013 5:13:07 PM(UTC+0)
Source App: Skype: caravaname
Body:
No
------------------------------
From: From: renesance123 Soft
Timestamp: 12/1/2013 5:13:23 PM(UTC+0)
Source App: Skype: caravaname
Body:
Everything is Ok now
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/1/2013 5:13:35 PM(UTC+0)
Source App: Skype: caravaname
Body:
are you ok
------------------------------
From: From: renesance123 Soft
Timestamp: 12/1/2013 5:13:40 PM(UTC+0)
Source App: Skype: caravaname
Body:
But we took 2 days for rest
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/1/2013 5:14:17 PM(UTC+0)
Source App: Skype: caravaname
Body:
so you are ok after resting?

Subject to Protective Order

Ghanem-00055406

-----------------------------
From: From: renesance123 Soft
Timestamp: 12/1/2013 5:14:23 PM(UTC+0)
Source App: Skype: caravaname
Body:
We were all very tired and this night I am going to start
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/1/2013 5:14:58 PM(UTC+0)
Source App: Skype: caravaname
Body:
good, do you know any buye for Bitumen
-----------------------------
From: From: renesance123 Soft
Timestamp: 12/1/2013 5:15:17 PM(UTC+0)
Source App: Skype: caravaname
Body:
Now I am with my family and will free in 3 hours
-----------------------------
From: From: renesance123 Soft
Timestamp: 12/1/2013 5:15:28 PM(UTC+0)
Source App: Skype: caravaname
Body:
What is this
-----------------------------
From: From: renesance123 Soft
Timestamp: 12/1/2013 5:15:36 PM(UTC+0)
Source App: Skype: caravaname
Body:
?
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/1/2013 5:16:20 PM(UTC+0)
Source App: Skype: caravaname
Body:
made from oil used for making streets
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/1/2013 5:17:07 PM(UTC+0)
Source App: Skype: caravaname
Body:
битум
-----------------------------
From: From: renesance123 Soft
Timestamp: 12/1/2013 5:18:23 PM(UTC+0)
Source App: Skype: caravaname
Body:
Yes
-----------------------------
From: From: renesance123 Soft
Timestamp: 12/1/2013 5:18:40 PM(UTC+0)
Source App: Skype: caravaname
Body:
It is for roads reparation
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/1/2013 5:18:56 PM(UTC+0)
Source App: Skype: caravaname
Body:
yes
-----------------------------
From: From: renesance123 Soft
Timestamp: 12/1/2013 5:19:13 PM(UTC+0)
Source App: Skype: caravaname
Body:
Where is it produced?
-----------------------------
From: From: renesance123 Soft
Timestamp: 12/1/2013 5:19:50 PM(UTC+0)

Ghanem-00055407

00053978

Source App: Skype: caravaname
Body:
I need certificate of quality and price
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/1/2013 5:20:05 PM(UTC+0)
Source App: Skype: caravaname
Body:
I have over 250,000 MT for sale  Bitumen 60/70
According to Bahrain Petroleum Company
Bahrain Refinery Product Typical Specification
 (Code. No. B1138 Bitumen 60/70)
----------------------------
From: From: renesance123 Soft
Timestamp: 12/1/2013 5:20:23 PM(UTC+0)
Source App: Skype: caravaname
Body:
After that I can try to speak with somebody
----------------------------
From: From: renesance123 Soft
Timestamp: 12/1/2013 5:21:09 PM(UTC+0)
Source App: Skype: caravaname
Body:
Price of delivery for our region?
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/1/2013 5:22:51 PM(UTC+0)
Source App: Skype: caravaname
Body:

----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/3/2013 5:01:04 PM(UTC+0)
Source App: Skype: caravaname
Body:
where are yyou man
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/4/2013 3:21:32 PM(UTC+0)
Source App: Skype: caravaname
Body:
Majdi called me today and asked me why we don't have any business yet    He is not seeing ant traffic passing by our account
----------------------------
From: From: renesance123 Soft
Timestamp: 12/4/2013 3:23:29 PM(UTC+0)
Source App: Skype: caravaname
Body:
Tell him everything will be ok
----------------------------
From: From: renesance123 Soft
Timestamp: 12/4/2013 3:24:10 PM(UTC+0)
Source App: Skype: caravaname
Body:
Tell the promotion company is started and in 24 hours we will have sales
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/4/2013 6:17:15 PM(UTC+0)
Source App: Skype: caravaname
Body:
Ok
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/4/2013 6:21:18 PM(UTC+0)
Source App: Skype: caravaname
Body:
Ok
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/8/2013 7:56:10 PM(UTC+0)

Ghanem-00055408

Source App: Skype: caravaname
Body:
hello

------------------------------

From: From: renesance123 Soft
Timestamp: 12/11/2013 8:54:39 PM(UTC+0)
Source App: Skype: caravaname
Body:
I am in plane

------------------------------

From: From: caravaname Rami Ghanem
Timestamp: 12/11/2013 8:54:51 PM(UTC+0)
Source App: Skype: caravaname
Body:
OK

------------------------------

From: From: caravaname Rami Ghanem
Timestamp: 12/11/2013 8:55:00 PM(UTC+0)
Source App: Skype: caravaname
Body:
have a safe flight

------------------------------

From: From: caravaname Rami Ghanem
Timestamp: 12/11/2013 8:56:48 PM(UTC+0)
Source App: Skype: caravaname
Body:
but I don't understand what is the changes with you, you keep telling me that you are very busy and you will call me in the evening and
you never do!!!

------------------------------

From: From: caravaname Rami Ghanem
Timestamp: 12/13/2013 1:58:25 AM(UTC+0)
Source App: Skype: caravaname
Body:
???

------------------------------

From: From: renesance123 Soft
Timestamp: 12/15/2013 1:59:15 PM(UTC+0)
Source App: Skype: caravaname
Body:
Dear Rami
You are right about my everything. But believe me I am doing my best. All this time I was spending big money. Only this Friday we found
a mistake. Till the end of this year we will have great sales. Now I am working together with my team we transfer all our dates to another
servers. The guys who cripted our product made a mistake and our product was not working correct. Now we are changing everything. I
will call you after 6 hours and we shall discuss everything. Believe me I will keep my word.
Best regards
Sergei

------------------------------

From: From: renesance123 Soft
Timestamp: 12/15/2013 9:01:18 PM(UTC+0)
Source App: Skype: caravaname
Body:
I need 30 minutes more please

------------------------------

From: From: renesance123 Soft
Timestamp: 12/15/2013 9:01:20 PM(UTC+0)
Source App: Skype: caravaname
Body:
Sorry

------------------------------

From: From: renesance123 Soft
Timestamp: 12/16/2013 10:28:23 PM(UTC+0)
Source App: Skype: caravaname
Body:
Rami hello
I still have no information about Azerbaijan company.  My guy spent all the day in the police.
About software I need this night . Tomorrow I will start 100 %
on the afternoon you will receive the presentation of the company
BR

------------------------------

Ghanem-00055409

From: From: caravaname Rami Ghanem
Timestamp: 12/25/2013 10:38:27 AM(UTC+0)
Source App: Skype: caravaname
Body:
Merry Christmas & Happy new year
------------------------------
From: From: renesance123 Soft
Timestamp: 12/31/2013 9:14:19 PM(UTC+0)
Source App: Skype: caravaname
Body:
Merry Christmas& Happy New Year
I wish to you and your family health and safety
Believe I was I am and I will be your partner
I was very disappointed of this stupid processing company but all this has nothing with you
------------------------------
From: From: renesance123 Soft
Timestamp: 12/31/2013 9:14:58 PM(UTC+0)
Source App: Skype: caravaname
Body:
I hope you will wish to work with me this year
------------------------------
From: From: renesance123 Soft
Timestamp: 12/31/2013 9:15:56 PM(UTC+0)
Source App: Skype: caravaname
Body:
From tomorrow I am ready to discuss with you everything any time you want
------------------------------
From: From: renesance123 Soft
Timestamp: 12/31/2013 9:16:02 PM(UTC+0)
Source App: Skype: caravaname
Body:
Best regards
------------------------------
From: From: renesance123 Soft
Timestamp: 1/3/2014 4:23:04 PM(UTC+0)
Source App: Skype: caravaname
Body:
I am not alone now.
------------------------------
From: From: renesance123 Soft
Timestamp: 1/3/2014 4:23:21 PM(UTC+0)
Source App: Skype: caravaname
Body:
I will be free in 2 hours
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 1/3/2014 4:23:39 PM(UTC+0)
Source App: Skype: caravaname
Body:
when will you call me then???
------------------------------
From: From: renesance123 Soft
Timestamp: 1/3/2014 4:23:44 PM(UTC+0)
Source App: Skype: caravaname
Body:
Brother I hope everything is ok
------------------------------
From: From: renesance123 Soft
Timestamp: 1/3/2014 4:23:55 PM(UTC+0)
Source App: Skype: caravaname
Body:
2 hours I will call you
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 1/3/2014 4:26:32 PM(UTC+0)
Source App: Skype: caravaname
Body:
I am waiting for you.....A brother and partners do not ignore each other like you are doing if you are not interested to carry on then just let me know and I will close this chapter!!!!

Subject to Protective Order

Ghanem-00055410

```
--------------------------
From: From: renesance123 Soft
Timestamp: 1/3/2014 6:48:31 PM(UTC+0)
Source App: Skype: caravaname
Body:
20 minutes
--------------------------
From: From: renesance123 Soft
Timestamp: 1/3/2014 8:24:36 PM(UTC+0)
Source App: Skype: caravaname
Body:
TeamViewer
--------------------------
From: From: caravaname Rami Ghanem
Timestamp: 1/5/2014 9:40:20 PM(UTC+0)
Source App: Skype: caravaname
Body:
5 days
--------------------------
From: From: caravaname Rami Ghanem
Timestamp: 1/9/2014 3:04:17 PM(UTC+0)
Source App: Skype: caravaname
Body:
Hello man,
--------------------------
From: From: renesance123 Soft
Timestamp: 1/15/2014 2:50:33 PM(UTC+0)
Source App: Skype: caravaname
Body:
Sorry
--------------------------
From: From: renesance123 Soft
Timestamp: 1/15/2014 2:50:44 PM(UTC+0)
Source App: Skype: caravaname
Body:
I am busy just now
--------------------------
From: From: caravaname Rami Ghanem
Timestamp: 1/15/2014 2:50:55 PM(UTC+0)
Source App: Skype: caravaname
Body:
Are free to talk
--------------------------
From: From: renesance123 Soft
Timestamp: 1/15/2014 2:51:08 PM(UTC+0)
Source App: Skype: caravaname
Body:
I will call you in the evening
--------------------------
From: From: caravaname Rami Ghanem
Timestamp: 1/15/2014 8:51:41 PM(UTC+0)
Source App: Skype: caravaname
Body:
Are you going to call me?
--------------------------
From: From: renesance123 Soft
Timestamp: 1/16/2014 1:14:35 PM(UTC+0)
Source App: Skype: caravaname
Body:
 Check your email
--------------------------
From: From: renesance123 Soft
Timestamp: 1/20/2014 2:35:44 PM(UTC+0)
Source App: Skype: caravaname
Body:
Hi Brother
--------------------------
From: From: renesance123 Soft
Timestamp: 1/20/2014 2:35:50 PM(UTC+0)
```

Ghanem-00055411

Source App: Skype: caravaname
Body:
I am going to start
-----------------------------
From: From: renesance123 Soft
Timestamp: 1/20/2014 2:36:07 PM(UTC+0)
Source App: Skype: caravaname
Body:
please arrange online banking ASAP
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 1/20/2014 2:36:21 PM(UTC+0)
Source App: Skype: caravaname
Body:
hello for sure
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 1/20/2014 2:38:49 PM(UTC+0)
Source App: Skype: caravaname
Body:
can you talk?
-----------------------------
From: From: renesance123 Soft
Timestamp: 1/20/2014 2:40:37 PM(UTC+0)
Source App: Skype: caravaname
Body:
not now
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 1/25/2014 10:45:10 AM(UTC+0)
Source App: Skype: caravaname
Body:
I have no idea what is going on with you and our business, I am very annoyed  with your behavior lately, you are looking to disconnect with me very soon, before you did very well in communicating with me now days you are avoiding to talk to me......very bad
-----------------------------
From: From: renesance123 Soft
Timestamp: 1/28/2014 10:22:10 AM(UTC+0)
Source App: Skype: caravaname
Body:
Rami I had very big problem with esed nod antivirus:( I think that our business is not wite one . All the investitons were paid by me. Today in the night I want to start but I asked you about the online banking administration.  Second I wrote you that I was busy and did not call me later . I am free for you. If the guys from meps want to deduct money and to pay charge backs let them to do it. For me it is not a problem because these money is nothing:) call me when you want. I am free for you. But please solve the situation with online banking administration
BR
SERGEI
-----------------------------
From: From: renesance123 Soft
Timestamp: 2/6/2014 11:11:35 AM(UTC+0)
Source App: Skype: caravaname
Body:
Team Viewer
-----------------------------
From: From: renesance123 Soft
Timestamp: 2/6/2014 11:23:47 AM(UTC+0)
Source App: Skype: caravaname
Body:
Email
-----------------------------
From: From: renesance123 Soft
Timestamp: 2/6/2014 11:28:57 AM(UTC+0)
Source App: Skype: caravaname
Body:
2a26jc
-----------------------------
From: From: renesance123 Soft
Timestamp: 2/6/2014 9:53:19 PM(UTC+0)
Source App: Skype: caravaname
Body:

Subject to Protective Order

Ghanem-00055412

00053978

Rami I am going to sleep. Please call me tomorrow any time
BR
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 2/6/2014 10:02:50 PM(UTC+0)
Source App: Skype: caravaname
Body:
I will be flying to Dubai tommorow
------------------------------
From: From: renesance123 Soft
Timestamp: 2/11/2014 3:03:52 PM(UTC+0)
Source App: Skype: caravaname
Body:
Rami are you OK?
------------------------------
From: From: renesance123 Soft
Timestamp: 2/11/2014 3:04:21 PM(UTC+0)
Source App: Skype: caravaname
Body:
I want to speak after 5-6 hours
------------------------------
From: From: renesance123 Soft
Timestamp: 2/11/2014 3:04:35 PM(UTC+0)
Source App: Skype: caravaname
Body:
Write me if I can call you
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 2/11/2014 3:11:47 PM(UTC+0)
Source App: Skype: caravaname
Body:
any time
------------------------------
From: From: renesance123 Soft
Timestamp: 2/11/2014 3:12:02 PM(UTC+0)
Source App: Skype: caravaname
Body:
Ok
------------------------------
From: From: renesance123 Soft
Timestamp: 2/12/2014 1:48:02 AM(UTC+0)
Source App: Skype: caravaname
Body:
Sorry brother
------------------------------
From: From: renesance123 Soft
Timestamp: 2/12/2014 1:48:14 AM(UTC+0)
Source App: Skype: caravaname
Body:
I am still with my team
------------------------------
From: From: renesance123 Soft
Timestamp: 2/12/2014 1:48:26 AM(UTC+0)
Source App: Skype: caravaname
Body:
It was a very stupid night
------------------------------
From: From: renesance123 Soft
Timestamp: 2/12/2014 1:48:43 AM(UTC+0)
Source App: Skype: caravaname
Body:
But everything is going well
------------------------------
From: From: renesance123 Soft
Timestamp: 2/12/2014 1:49:00 AM(UTC+0)
Source App: Skype: caravaname
Body:
I will call you tommorr in the afternoon
------------------------------

Ghanem-00055413

00053978

From: From: renesance123 Soft
Timestamp: 2/12/2014 1:49:06 AM(UTC+0)
Source App: Skype: caravaname
Body:
Good night
----------------------------
From: From: renesance123 Soft
Timestamp: 2/16/2014 10:04:37 AM(UTC+0)
Source App: Skype: caravaname
Body:
Hi
----------------------------
From: From: renesance123 Soft
Timestamp: 2/16/2014 10:04:40 AM(UTC+0)
Source App: Skype: caravaname
Body:
Brother
----------------------------
From: From: renesance123 Soft
Timestamp: 2/16/2014 10:04:43 AM(UTC+0)
Source App: Skype: caravaname
Body:
Sorry
----------------------------
From: From: renesance123 Soft
Timestamp: 2/16/2014 10:04:54 AM(UTC+0)
Source App: Skype: caravaname
Body:
I was sleeping tonihgt
----------------------------
From: From: renesance123 Soft
Timestamp: 2/16/2014 10:05:12 AM(UTC+0)
Source App: Skype: caravaname
Body:
I need 2 hours
----------------------------
From: From: renesance123 Soft
Timestamp: 2/16/2014 10:05:19 AM(UTC+0)
Source App: Skype: caravaname
Body:
I am driving
----------------------------
From: From: renesance123 Soft
Timestamp: 2/16/2014 10:05:33 AM(UTC+0)
Source App: Skype: caravaname
Body:
I will call you myself
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 2/16/2014 10:06:13 AM(UTC+0)
Source App: Skype: caravaname
Body:
ok, please let me know if you did start the work
----------------------------
From: From: renesance123 Soft
Timestamp: 2/16/2014 10:08:26 AM(UTC+0)
Source App: Skype: caravaname
Body:
Rami we are waiting the site will start working
----------------------------
From: From: renesance123 Soft
Timestamp: 2/16/2014 10:09:06 AM(UTC+0)
Source App: Skype: caravaname
Body:
The company we are hosting in from Amsterdam he's renovated ns
----------------------------
From: From: renesance123 Soft
Timestamp: 2/16/2014 10:09:31 AM(UTC+0)
Source App: Skype: caravaname

Subject to Protective Order

Ghanem-00055414

Body:
We are waiting when site will work and we start immediatly

----------------------------
From: From: renesance123 Soft
Timestamp: 2/16/2014 10:09:57 AM(UTC+0)
Source App: Skype: caravaname
Body:
I do not want to have problems with MEPS

----------------------------
From: From: renesance123 Soft
Timestamp: 2/16/2014 10:10:14 AM(UTC+0)
Source App: Skype: caravaname
Body:
I will call you and tell everything today

----------------------------
From: From: renesance123 Soft
Timestamp: 2/16/2014 10:10:21 AM(UTC+0)
Source App: Skype: caravaname
Body:
:)

----------------------------
From: From: renesance123 Soft
Timestamp: 2/27/2014 11:42:03 AM(UTC+0)
Source App: Skype: caravaname
Body:
hi brother

----------------------------
From: From: renesance123 Soft
Timestamp: 2/27/2014 11:42:13 AM(UTC+0)
Source App: Skype: caravaname
Body:
i hope you are ok

----------------------------
From: From: renesance123 Soft
Timestamp: 2/27/2014 11:42:26 AM(UTC+0)
Source App: Skype: caravaname
Body:
i stopped yesterday everything

----------------------------
From: From: renesance123 Soft
Timestamp: 2/27/2014 11:43:04 AM(UTC+0)
Source App: Skype: caravaname
Body:
now i finished all my technical profilaxy and i am going to start after 2 hours

----------------------------
From: From: renesance123 Soft
Timestamp: 2/27/2014 11:43:09 AM(UTC+0)
Source App: Skype: caravaname
Body:
Yuors Sergei

----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 2/27/2014 11:43:12 AM(UTC+0)
Source App: Skype: caravaname
Body:
yes I am how about you?

----------------------------
From: From: renesance123 Soft
Timestamp: 2/27/2014 11:43:48 AM(UTC+0)
Source App: Skype: caravaname
Body:
i was not sleeping all this night now after i will start everything and i am going to sleep

----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 2/27/2014 11:46:38 AM(UTC+0)
Source App: Skype: caravaname
Body:
good then have a good sleep, I am going to Indounisia for 2 weeks as soon as you have aby money ready for transfer please send me
your account # and then I will send a fax for the transfer until I come back, I will be flying out on Saturday

Subject to Protective Order

Ghanem-00055415

---------------------------
From: From: renesance123 Soft
Timestamp: 2/27/2014 11:47:14 AM(UTC+0)
Source App: Skype: caravaname
Body:
i will call you in the evening brother
---------------------------
From: From: renesance123 Soft
Timestamp: 2/27/2014 11:47:16 AM(UTC+0)
Source App: Skype: caravaname
Body:
ok&
---------------------------
From: From: caravaname Rami Ghanem
Timestamp: 2/27/2014 11:47:24 AM(UTC+0)
Source App: Skype: caravaname
Body:
ok
---------------------------
From: From: renesance123 Soft
Timestamp: 3/5/2014 6:14:01 AM(UTC+0)
Source App: Skype: caravaname
Body:
vpc_Message=E5000%3A+No+bank+links+are+configured+for+merchant+%5B9800000100%5D.&
---------------------------
From: From: renesance123 Soft
Timestamp: 3/5/2014 6:14:46 AM(UTC+0)
Source App: Skype: caravaname
Body:
Rami this is the message we receive last 4 days
---------------------------
From: From: renesance123 Soft
Timestamp: 3/5/2014 6:15:06 AM(UTC+0)
Source App: Skype: caravaname
Body:
I tried to correct it by myself but no result
---------------------------
From: From: renesance123 Soft
Timestamp: 3/5/2014 6:16:02 AM(UTC+0)
Source App: Skype: caravaname
Body:
Can you tell me if the banking account connected with merchant is active or not
---------------------------
From: From: renesance123 Soft
Timestamp: 3/5/2014 6:16:45 AM(UTC+0)
Source App: Skype: caravaname
Body:
I spent some money for traffic and have no sale because of this mistake
---------------------------
From: From: renesance123 Soft
Timestamp: 3/5/2014 6:18:35 AM(UTC+0)
Source App: Skype: caravaname
Body:
I did not want to disturb you when you are away but I can not wait
---------------------------
From: From: renesance123 Soft
Timestamp: 3/5/2014 7:01:13 AM(UTC+0)
Source App: Skype: caravaname
Body:
Lease tell me what is going on
---------------------------
From: From: renesance123 Soft
Timestamp: 3/5/2014 7:01:15 AM(UTC+0)
Source App: Skype: caravaname
Body:
I need to know
---------------------------
From: From: renesance123 Soft
Timestamp: 3/5/2014 7:01:36 AM(UTC+0)

Subject to Protective Order

Ghanem-00055416

Source App: Skype: caravaname
Body:
If you stopped everything let me know please
----------------------------
From: From: renesance123 Soft
Timestamp: 3/5/2014 7:02:25 AM(UTC+0)
Source App: Skype: caravaname
Body:
And I need to know brother today I want to go Cyprus
----------------------------
From: From: renesance123 Soft
Timestamp: 3/5/2014 7:23:59 AM(UTC+0)
Source App: Skype: caravaname
Body:
I tried to call you but no result
----------------------------
From: From: renesance123 Soft
Timestamp: 3/7/2014 10:16:30 PM(UTC+0)
Source App: Skype: caravaname
Body:
Rami I know that you are not in Jordan please call me when you see this message.  I need to start ASAP but we have the problem on
processing company side. BR
----------------------------
From: From: renesance123 Soft
Timestamp: 3/8/2014 6:17:32 PM(UTC+0)
Source App: Skype: caravaname
Body:
 Rami please call me when you will read all these messages
----------------------------
From: From: renesance123 Soft
Timestamp: 3/8/2014 6:18:12 PM(UTC+0)
Source App: Skype: caravaname
Body:
If you do not want to speak with me inform me about your decision
----------------------------
From: From: renesance123 Soft
Timestamp: 3/8/2014 6:18:15 PM(UTC+0)
Source App: Skype: caravaname
Body:
BR
----------------------------
From: From: renesance123 Soft
Timestamp: 3/8/2014 6:24:41 PM(UTC+0)
Source App: Skype: caravaname
Body:
vpc_Message=E5000%3A+No+bank+links+are+configured+for+merchant+%5B9800000100%5D.&
----------------------------
From: From: renesance123 Soft
Timestamp: 3/10/2014 12:01:55 PM(UTC+0)
Source App: Skype: caravaname
Body:
Are you here?
----------------------------
From: From: renesance123 Soft
Timestamp: 3/10/2014 12:14:45 PM(UTC+0)
Source App: Skype: caravaname
Body:
I try to speak with this woman but she does not understand what I am talking about
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 3/10/2014 12:18:00 PM(UTC+0)
Source App: Skype: caravaname
Body:
please call me asap
----------------------------
From: From: renesance123 Soft
Timestamp: 3/11/2014 12:46:38 PM(UTC+0)
Source App: Skype: caravaname
Body:

Subject to Protective Order

Ghanem-00055417

00053978

Majdi <a href="skype:+96265002250">+96265002250</a> ext.1008
----------------------------
From: From: renesance123 Soft
Timestamp: 3/11/2014 1:08:26 AM(UTC+0)
Source App: Skype: caravaname
Body:
Call mee
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 3/22/2014 3:55:38 PM(UTC+0)
Source App: Skype: caravaname
Body:
Please call me as soon as you can.
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 3/22/2014 9:10:01 PM(UTC+0)
Source App: Skype: caravaname
Body:
please call me
----------------------------
From: From: renesance123 Soft
Timestamp: 3/22/2014 9:10:23 PM(UTC+0)
Source App: Skype: caravaname
Body:
Rami I am still is not at home
----------------------------
From: From: renesance123 Soft
Timestamp: 3/22/2014 9:10:36 PM(UTC+0)
Source App: Skype: caravaname
Body:
I will call you in 30 minutes
----------------------------
From: From: renesance123 Soft
Timestamp: 3/22/2014 9:10:41 PM(UTC+0)
Source App: Skype: caravaname
Body:
Is it ok?
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 3/22/2014 9:10:44 PM(UTC+0)
Source App: Skype: caravaname
Body:
ok
----------------------------
From: From: renesance123 Soft
Timestamp: 3/22/2014 9:10:56 PM(UTC+0)
Source App: Skype: caravaname
Body:
Thanks for understanding
----------------------------
From: From: renesance123 Soft
Timestamp: 3/22/2014 9:11:00 PM(UTC+0)
Source App: Skype: caravaname
Body:
:)
----------------------------
From: From: renesance123 Soft
Timestamp: 3/22/2014 10:02:35 PM(UTC+0)
Source App: Skype: caravaname
Body:
15 min
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 3/22/2014 10:07:38 PM(UTC+0)
Source App: Skype: caravaname
Body:
call me when you are ready
----------------------------
From: From: renesance123 Soft

Subject to Protective Order

Ghanem-00055418

Timestamp: 3/22/2014 10:08:12 PM(UTC+0)
Source App: Skype: caravaname
Body:
Just now
------------------------------
From: From: renesance123 Soft
Timestamp: 3/22/2014 10:08:16 PM(UTC+0)
Source App: Skype: caravaname
Body:
2 min
------------------------------
From: From: renesance123 Soft
Timestamp: 3/23/2014 9:51:22 AM(UTC+0)
Source App: Skype: caravaname
Body:
I have a Buyer that is interested to buy USD and old Deutsch Marks that are still on the full sheets of paper, not cut. May be still on the pallets seating somewhere. Even the ones that have a black line across, it means that they are taken out of circulation.
------------------------------
From: From: renesance123 Soft
Timestamp: 3/23/2014 9:51:33 AM(UTC+0)
Source App: Skype: caravaname
Body:
I need a sample and full information about them.
------------------------------
From: From: renesance123 Soft
Timestamp: 3/23/2014 10:10:01 AM(UTC+0)
Source App: Skype: caravaname
Body:
This full sheets of USD had been delivered to Iran, Irak long time ego and still not used. But, my opinion is, if you ask the right powerful people in these countries, they will tell you a lot more about where to find them. This sheets don't have  financial value. It's just paper.
------------------------------
From: From: renesance123 Soft
Timestamp: 3/23/2014 8:38:51 PM(UTC+0)
Source App: Skype: caravaname
Body:
brother please let me know if you received info
------------------------------
From: From: renesance123 Soft
Timestamp: 3/27/2014 6:42:03 PM(UTC+0)
Source App: Skype: caravaname
Body:
Rami sorry I can not speak now
------------------------------
From: From: renesance123 Soft
Timestamp: 3/27/2014 6:42:38 PM(UTC+0)
Source App: Skype: caravaname
Body:
I will call you today in the nights and will explane everything
------------------------------
From: From: renesance123 Soft
Timestamp: 3/27/2014 10:35:00 PM(UTC+0)
Source App: Skype: caravaname
Body:
Rami sorry
------------------------------
From: From: renesance123 Soft
Timestamp: 3/27/2014 10:35:18 PM(UTC+0)
Source App: Skype: caravaname
Body:
I had a very stupid day
------------------------------
From: From: renesance123 Soft
Timestamp: 3/27/2014 10:35:49 PM(UTC+0)
Source App: Skype: caravaname
Body:
Police made searches on all my companies in Moldova
------------------------------
From: From: renesance123 Soft
Timestamp: 3/27/2014 10:35:58 PM(UTC+0)

Subject to Protective Order

Ghanem-00055419

00053978

Source App: Skype: caravaname
Body:
Natalia can confirm it
-----------------------------
From: From: renesance123 Soft
Timestamp: 3/27/2014 10:36:28 PM(UTC+0)
Source App: Skype: caravaname
Body:
I tried to call but it is too late and you are sleeping
-----------------------------
From: From: renesance123 Soft
Timestamp: 3/27/2014 10:36:43 PM(UTC+0)
Source App: Skype: caravaname
Body:
Tomorrow when you want call me
-----------------------------
From: From: renesance123 Soft
Timestamp: 3/27/2014 10:37:04 PM(UTC+0)
Source App: Skype: caravaname
Body:
And we are working just now with MEPS
-----------------------------
From: From: renesance123 Soft
Timestamp: 3/27/2014 10:37:15 PM(UTC+0)
Source App: Skype: caravaname
Body:
And have sales
-----------------------------
From: From: renesance123 Soft
Timestamp: 4/2/2014 9:52:25 PM(UTC+0)
Source App: Skype: caravaname
Body:
rami how are you?
-----------------------------
From: From: renesance123 Soft
Timestamp: 4/2/2014 9:52:33 PM(UTC+0)
Source App: Skype: caravaname
Body:
Are you ok&
-----------------------------
From: From: renesance123 Soft
Timestamp: 4/2/2014 9:52:59 PM(UTC+0)
Source App: Skype: caravaname
Body:
as for me I can tell you that you will not be dissapointed
-----------------------------
From: From: renesance123 Soft
Timestamp: 4/2/2014 9:53:07 PM(UTC+0)
Source App: Skype: caravaname
Body:
we are working
-----------------------------
From: From: renesance123 Soft
Timestamp: 4/2/2014 9:53:14 PM(UTC+0)
Source App: Skype: caravaname
Body:
and we have sales
-----------------------------
From: From: renesance123 Soft
Timestamp: 4/2/2014 9:53:25 PM(UTC+0)
Source App: Skype: caravaname
Body:
as i promissed  to you
-----------------------------
From: From: renesance123 Soft
Timestamp: 4/2/2014 9:53:39 PM(UTC+0)
Source App: Skype: caravaname
Body:
please call me when you will ghave possibility

Subject to Protective Order

Ghanem-00055420

---------------------------
From: From: renesance123 Soft
Timestamp: 4/2/2014 9:53:48 PM(UTC+0)
Source App: Skype: caravaname
Body:
best regards
---------------------------
From: From: renesance123 Soft
Timestamp: 4/6/2014 4:53:42 PM(UTC+0)
Source App: Skype: caravaname
Body:
rami
---------------------------
From: From: renesance123 Soft
Timestamp: 4/6/2014 4:53:45 PM(UTC+0)
Source App: Skype: caravaname
Body:
hello
---------------------------
From: From: renesance123 Soft
Timestamp: 4/6/2014 4:53:53 PM(UTC+0)
Source App: Skype: caravaname
Body:
i can speak later
---------------------------
From: From: caravaname Rami Ghanem
Timestamp: 4/6/2014 4:54:01 PM(UTC+0)
Source App: Skype: caravaname
Body:
hello
---------------------------
From: From: caravaname Rami Ghanem
Timestamp: 4/6/2014 4:54:17 PM(UTC+0)
Source App: Skype: caravaname
Body:
 I have a very important question
---------------------------
From: From: renesance123 Soft
Timestamp: 4/6/2014 4:54:18 PM(UTC+0)
Source App: Skype: caravaname
Body:
i have nomicrophone
---------------------------
From: From: caravaname Rami Ghanem
Timestamp: 4/6/2014 4:54:57 PM(UTC+0)
Source App: Skype: caravaname
Body:
your friend is looking for the papers which he can change it to Euro & Dollars
---------------------------
From: From: renesance123 Soft
Timestamp: 4/6/2014 4:55:13 PM(UTC+0)
Source App: Skype: caravaname
Body:
?
---------------------------
From: From: renesance123 Soft
Timestamp: 4/6/2014 4:55:30 PM(UTC+0)
Source App: Skype: caravaname
Body:
i do not understand
---------------------------
From: From: renesance123 Soft
Timestamp: 4/6/2014 4:55:52 PM(UTC+0)
Source App: Skype: caravaname
Body:
i propose to wait 1 hour
---------------------------
From: From: caravaname Rami Ghanem
Timestamp: 4/6/2014 4:56:04 PM(UTC+0)

Subject to Protective Order

Ghanem-00055421

00053978

Source App: Skype: caravaname
Body:
you send me a request to see in Iraq or Iran
------------------------------
From: From: renesance123 Soft
Timestamp: 4/6/2014 4:56:12 PM(UTC+0)
Source App: Skype: caravaname
Body:
i will be at home in 1 hour and i will call you
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 4/6/2014 4:56:27 PM(UTC+0)
Source App: Skype: caravaname
Body:
ok
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 4/6/2014 4:59:43 PM(UTC+0)
Source App: Skype: caravaname
Body:
but it's very important
------------------------------
From: From: renesance123 Soft
Timestamp: 4/6/2014 8:39:05 PM(UTC+0)
Source App: Skype: caravaname
Body:
brother send me the description of the money you have
------------------------------
From: From: renesance123 Soft
Timestamp: 4/6/2014 8:39:09 PM(UTC+0)
Source App: Skype: caravaname
Body:
regards
------------------------------
From: From: renesance123 Soft
Timestamp: 4/7/2014 9:27:14 AM(UTC+0)
Source App: Skype: caravaname
Body:
Uncut Sheets of USD, nominal can be $20,$50,$100
------------------------------
From: From: renesance123 Soft
Timestamp: 4/7/2014 10:13:18 AM(UTC+0)
Source App: Skype: caravaname
Body:
<quote author="liliandanila" authorname="Lilian" conversation="liliandanila"
guid="x9eee39afac255a35d4efea1808867fb9fc7f3e72b45698d2b17ce246176903be"
timestamp="1395570672"><legacyquote>[23.03.2014 13:31:12] Lilian: </legacyquote>I have a Buyer that is interested to buy USD and
old Deutsch Marks that are still on the full sheets of paper, not cut. May be still on the pallets seatering somewhere. Even the ones that
have a black line across, it means that they are taken out of circulation.
I need a sample and full information about them.
This full sheets of USD had been delivered to Iran, Irak long time ego and still not used. But, my opinion is, if you ask the right powerful
people in these countries, they will tell you a lot more about where to find them. This sheets don't have  financial value. It's just
paper.<legacyquote>

<<< </legacyquote></quote>
------------------------------
From: From: renesance123 Soft
Timestamp: 4/7/2014 11:13:32 AM(UTC+0)
Source App: Skype: caravaname
Body:
I have read your letter and I want to understand how we are going to proceed in this case?
------------------------------
From: From: renesance123 Soft
Timestamp: 4/7/2014 11:13:54 AM(UTC+0)
Source App: Skype: caravaname
Body:
please let me knoh how it can be done
------------------------------
From: From: renesance123 Soft

Subject to Protective Order

Ghanem-00055422

00053978

Timestamp: 4/7/2014 12:53:47 PM(UTC+0)
Source App: Skype: caravaname
Body:
I need the description of the money you have and it will be perfect if you can ask your people to make some photoes
------------------------------
From: From: renesance123 Soft
Timestamp: 4/7/2014 1:52:36 PM(UTC+0)
Source App: Skype: caravaname
Body:
let me know when you can speak
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 4/7/2014 1:53:08 PM(UTC+0)
Source App: Skype: caravaname
Body:
It's a white pepper money note each one is the same size of the 500 Euro other ones same size of the 100 Euro also we have the one
for the 100 USD, if you look at it through the light you will be able to see the serial number like a shadow
------------------------------
From: From: renesance123 Soft
Timestamp: 4/7/2014 3:03:22 PM(UTC+0)
Source App: Skype: caravaname
Body:
seriously I do mnot understand what is going on with bank:)
------------------------------
From: From: renesance123 Soft
Timestamp: 4/7/2014 3:07:56 PM(UTC+0)
Source App: Skype: caravaname
Body:
also my people ask where are this money from?
------------------------------
From: From: renesance123 Soft
Timestamp: 4/7/2014 3:08:12 PM(UTC+0)
Source App: Skype: caravaname
Body:
and if they are white?
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 4/7/2014 4:37:30 PM(UTC+0)
Source App: Skype: caravaname
Body:
Libya
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 4/7/2014 4:39:23 PM(UTC+0)
Source App: Skype: caravaname
Body:
you add chemicals to it and it and you use original money to copy the exact shape each 1 (500 Euro makes 2 more of the white one)
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 4/7/2014 4:47:28 PM(UTC+0)
Source App: Skype: caravaname
Body:
can you call me
------------------------------
From: From: renesance123 Soft
Timestamp: 4/7/2014 7:36:43 PM(UTC+0)
Source App: Skype: caravaname
Body:
 are eou here&
------------------------------
From: From: renesance123 Soft
Timestamp: 4/7/2014 7:37:06 PM(UTC+0)
Source App: Skype: caravaname
Body:
It's a white pepper money note each one is the same size of the 500 Euro other ones same size of the 100 Euro also we have the one
for the 100 USD, if you look at it through the light you will be able to see the serial number like a shadow
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 4/7/2014 7:38:10 PM(UTC+0)

Subject to Protective Order

Ghanem-00055423

00053978

Source App: Skype: caravaname
Body:
Yes
----------------------------
From: From: renesance123 Soft
Timestamp: 4/7/2014 7:38:28 PM(UTC+0)
Source App: Skype: caravaname
Body:
i am speaking now about your money
----------------------------
From: From: renesance123 Soft
Timestamp: 4/7/2014 7:39:28 PM(UTC+0)
Source App: Skype: caravaname
Body:
what is the price for this money?
----------------------------
From: From: renesance123 Soft
Timestamp: 4/7/2014 7:39:53 PM(UTC+0)
Source App: Skype: caravaname
Body:
and can you make one photo?
----------------------------
From: From: renesance123 Soft
Timestamp: 4/7/2014 7:57:25 PM(UTC+0)
Source App: Skype: caravaname
Body:
are you here call me please
----------------------------
From: From: renesance123 Soft
Timestamp: 4/7/2014 7:57:33 PM(UTC+0)
Source App: Skype: caravaname
Body:
we have a lot to discuss
----------------------------
From: From: renesance123 Soft
Timestamp: 4/7/2014 8:15:23 PM(UTC+0)
Source App: Skype: caravaname
Body:
???????????????????
----------------------------
From: From: renesance123 Soft
Timestamp: 4/7/2014 9:02:27 PM(UTC+0)
Source App: Skype: caravaname
Body:
what happened?
----------------------------
From: From: renesance123 Soft
Timestamp: 4/7/2014 9:31:10 PM(UTC+0)
Source App: Skype: caravaname
Body:
are you here?
----------------------------
From: From: renesance123 Soft
Timestamp: 4/8/2014 7:55:32 AM(UTC+0)
Source App: Skype: caravaname
Body:
I was sleeping when you called me
----------------------------
From: From: renesance123 Soft
Timestamp: 4/8/2014 11:17:39 AM(UTC+0)
Source App: Skype: caravaname
Body:
Let me know when you are here
----------------------------
From: From: renesance123 Soft
Timestamp: 4/8/2014 11:17:42 AM(UTC+0)
Source App: Skype: caravaname
Body:
Regards

Subject to Protective Order

Ghanem-00055424

00053978

```
----------------------------
From: From: renesance123 Soft
Timestamp: 4/8/2014 2:36:44 PM(UTC+0)
Source App: Skype: caravaname
Body:
rami call me when you are free
----------------------------
From: From: renesance123 Soft
Timestamp: 4/8/2014 3:46:20 PM(UTC+0)
Source App: Skype: caravaname
Body:
rami what is happened?
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 4/8/2014 4:27:42 PM(UTC+0)
Source App: Skype: caravaname
Body:
please call me
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 4/8/2014 4:48:14 PM(UTC+0)
Source App: Skype: caravaname
Body:
hello
----------------------------
From: From: renesance123 Soft
Timestamp: 4/8/2014 4:48:19 PM(UTC+0)
Source App: Skype: caravaname
Body:
HI
----------------------------
From: From: renesance123 Soft
Timestamp: 4/8/2014 4:48:42 PM(UTC+0)
Source App: Skype: caravaname
Body:
i need 5 minutes
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 4/8/2014 4:48:48 PM(UTC+0)
Source App: Skype: caravaname
Body:
can you call
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 4/8/2014 4:48:54 PM(UTC+0)
Source App: Skype: caravaname
Body:
ok
----------------------------
From: From: renesance123 Soft
Timestamp: 4/8/2014 4:49:04 PM(UTC+0)
Source App: Skype: caravaname
Body:
yes in 5 minutes
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 4/8/2014 4:49:15 PM(UTC+0)
Source App: Skype: caravaname
Body:
ok brother
----------------------------
From: From: renesance123 Soft
Timestamp: 4/10/2014 1:52:18 PM(UTC+0)
Source App: Skype: caravaname
Body:
rami sorry
----------------------------
From: From: renesance123 Soft
Timestamp: 4/10/2014 1:52:28 PM(UTC+0)
```

Subject to Protective Order

Ghanem-00055425

00053978

Source App: Skype: caravaname
Body:
i did not hear your call
------------------------------
From: From: renesance123 Soft
Timestamp: 4/10/2014 1:52:43 PM(UTC+0)
Source App: Skype: caravaname
Body:
i will call you when arrive to my office
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 4/16/2014 1:07:25 PM(UTC+0)
Source App: Skype: caravaname
Body:
<a href="http://youtu.be/TQjHFLBMlcs">http://youtu.be/TQjHFLBMlcs</a>
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 4/16/2014 1:12:46 PM(UTC+0)
Source App: Skype: caravaname
Body:
the one we have is white not black, but they do fix it the same way
------------------------------
From: From: renesance123 Soft
Timestamp: 4/16/2014 1:13:37 PM(UTC+0)
Source App: Skype: caravaname
Body:
so please tell me why you need my guys if you can do it yourself
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 4/16/2014 1:15:36 PM(UTC+0)
Source App: Skype: caravaname
Body:
I can't do it an I do not trust to call the No. on the YouTube, you never no who is watching them
------------------------------
From: From: renesance123 Soft
Timestamp: 4/16/2014 1:16:04 PM(UTC+0)
Source App: Skype: caravaname
Body:
you are right brother
------------------------------
From: From: renesance123 Soft
Timestamp: 4/16/2014 1:16:13 PM(UTC+0)
Source App: Skype: caravaname
Body:
now I understand
------------------------------
From: From: renesance123 Soft
Timestamp: 4/16/2014 1:16:22 PM(UTC+0)
Source App: Skype: caravaname
Body:
what ammount you have&
------------------------------
From: From: renesance123 Soft
Timestamp: 4/16/2014 1:16:33 PM(UTC+0)
Source App: Skype: caravaname
Body:
?
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 4/16/2014 1:17:35 PM(UTC+0)
Source App: Skype: caravaname
Body:
thanks
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 4/16/2014 1:24:10 PM(UTC+0)
Source App: Skype: caravaname
Body:
7 m

Ghanem-00055426
00053978

```
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 4/16/2014 1:24:24 PM(UTC+0)
Source App: Skype: caravaname
Body:
million
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 4/16/2014 1:24:24 PM(UTC+0)
Source App: Skype: caravaname
Body:
miloion
----------------------------
From: From: renesance123 Soft
Timestamp: 4/16/2014 1:24:29 PM(UTC+0)
Source App: Skype: caravaname
Body:
mln or bil?
----------------------------
From: From: renesance123 Soft
Timestamp: 4/16/2014 1:24:36 PM(UTC+0)
Source App: Skype: caravaname
Body:
ok
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 4/16/2014 10:28:12 PM(UTC+0)
Source App: Skype: caravaname
Body:
Hello
----------------------------
From: From: renesance123 Soft
Timestamp: 4/17/2014 12:16:55 PM(UTC+0)
Source App: Skype: caravaname
Body:
 Email
----------------------------
From: From: renesance123 Soft
Timestamp: 4/17/2014 9:26:47 PM(UTC+0)
Source App: Skype: caravaname
Body:
I tried to call you
----------------------------
From: From: renesance123 Soft
Timestamp: 4/18/2014 11:00:22 AM(UTC+0)
Source App: Skype: caravaname
Body:
кфыш нщг вщ тще цфте ещ ызуфл цшер ьу?
----------------------------
From: From: renesance123 Soft
Timestamp: 4/18/2014 11:00:43 AM(UTC+0)
Source App: Skype: caravaname
Body:
rami you do not want to speak with me&
----------------------------
From: From: renesance123 Soft
Timestamp: 4/18/2014 11:47:28 AM(UTC+0)
Source App: Skype: caravaname
Body:
rami are you ok &
----------------------------
From: From: renesance123 Soft
Timestamp: 4/18/2014 6:24:09 PM(UTC+0)
Source App: Skype: caravaname
Body:
call me please
----------------------------
From: From: renesance123 Soft
Timestamp: 4/22/2014 8:11:25 PM(UTC+0)
```

Subject to Protective Order

Ghanem-00055427

00053978

Source App: Skype: caravaname
Body:
let me know when you are here?
----------------------------
From: From: renesance123 Soft
Timestamp: 4/22/2014 9:22:12 PM(UTC+0)
Source App: Skype: caravaname
Body:
are you here?
----------------------------
From: From: renesance123 Soft
Timestamp: 4/23/2014 10:24:25 PM(UTC+0)
Source App: Skype: caravaname
Body:
rami i have a problem our volume is growing up
----------------------------
From: From: renesance123 Soft
Timestamp: 4/23/2014 10:24:42 PM(UTC+0)
Source App: Skype: caravaname
Body:
and it is very difficult to stop
----------------------------
From: From: renesance123 Soft
Timestamp: 4/23/2014 10:25:06 PM(UTC+0)
Source App: Skype: caravaname
Body:
80 % of all sales are visa
----------------------------
From: From: renesance123 Soft
Timestamp: 4/23/2014 11:58:09 PM(UTC+0)
Source App: Skype: caravaname
Body:
rami are you here?
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 4/23/2014 11:58:35 PM(UTC+0)
Source App: Skype: caravaname
Body:
Yes
----------------------------
From: From: renesance123 Soft
Timestamp: 4/24/2014 8:52:58 AM(UTC+0)
Source App: Skype: caravaname
Body:
Any news?
----------------------------
From: From: renesance123 Soft
Timestamp: 4/24/2014 8:53:46 AM(UTC+0)
Source App: Skype: caravaname
Body:
You need to save our business brother:)
----------------------------
From: From: renesance123 Soft
Timestamp: 4/24/2014 8:54:19 AM(UTC+0)
Source App: Skype: caravaname
Body:
I will have no possibility to pay my people and to buy traffic
----------------------------
From: From: renesance123 Soft
Timestamp: 4/24/2014 8:54:40 AM(UTC+0)
Source App: Skype: caravaname
Body:
Let me know if you have any news
----------------------------
From: From: renesance123 Soft
Timestamp: 4/24/2014 8:54:48 AM(UTC+0)
Source App: Skype: caravaname
Body:
I believe in you

Subject to Protective Order

Ghanem-00055428

---------------------------
From: From: renesance123 Soft
Timestamp: 4/24/2014 8:54:53 AM(UTC+0)
Source App: Skype: caravaname
Body:
Best regards
---------------------------
From: From: renesance123 Soft
Timestamp: 4/24/2014 10:35:28 AM(UTC+0)
Source App: Skype: caravaname
Body:
For the period 01.03-24.04.2014 we have
Master Card =319.80
Visa Card= 7435.35
Just for information
---------------------------
From: From: caravaname Rami Ghanem
Timestamp: 4/24/2014 10:37:01 AM(UTC+0)
Source App: Skype: caravaname
Body:
I understand
---------------------------
From: From: renesance123 Soft
Timestamp: 4/24/2014 10:39:42 AM(UTC+0)
Source App: Skype: caravaname
Body:
Any news?
---------------------------
From: From: caravaname Rami Ghanem
Timestamp: 4/24/2014 10:40:31 AM(UTC+0)
Source App: Skype: caravaname
Body:
not yet
---------------------------
From: From: renesance123 Soft
Timestamp: 4/24/2014 10:41:58 AM(UTC+0)
Source App: Skype: caravaname
Body:
I am waiting very much
---------------------------
From: From: renesance123 Soft
Timestamp: 4/24/2014 10:42:40 AM(UTC+0)
Source App: Skype: caravaname
Body:
Please speak with them to pay us to realize our plans together
---------------------------
From: From: caravaname Rami Ghanem
Timestamp: 4/24/2014 10:50:39 AM(UTC+0)
Source App: Skype: caravaname
Body:
brother, I am doing my best to solve this problem,   I don't understand the rush you are doing since that our volume is very small if VISA
had seen so many charge back then we have a problem we have to solve, please understand that it's a major matter with VISA and the
2 companies are working in there negotiation to solve it.
---------------------------
From: From: renesance123 Soft
Timestamp: 4/24/2014 10:51:36 AM(UTC+0)
Source App: Skype: caravaname
Body:
Yes my big brother:)
---------------------------
From: From: renesance123 Soft
Timestamp: 4/24/2014 10:52:05 AM(UTC+0)
Source App: Skype: caravaname
Body:
It is a big honor to work with you
---------------------------
From: From: caravaname Rami Ghanem
Timestamp: 4/24/2014 10:52:08 AM(UTC+0)
Source App: Skype: caravaname

Subject to Protective Order

Ghanem-00055429

00053978

Body:
thank you

----------------------------

From: From: caravaname Rami Ghanem
Timestamp: 4/24/2014 10:52:21 AM(UTC+0)
Source App: Skype: caravaname
Body:
like wise

----------------------------

From: From: renesance123 Soft
Timestamp: 4/24/2014 10:53:01 AM(UTC+0)
Source App: Skype: caravaname
Body:
And do not forget that I am young and very emotional guy:)

----------------------------

From: From: caravaname Rami Ghanem
Timestamp: 4/24/2014 10:54:19 AM(UTC+0)
Source App: Skype: caravaname
Body:
that is why a good brothers can be for each others

----------------------------

From: From: renesance123 Soft
Timestamp: 4/24/2014 7:38:29 PM(UTC+0)
Source App: Skype: caravaname
Body:
any news?

----------------------------

From: From: caravaname Rami Ghanem
Timestamp: 4/24/2014 8:05:15 PM(UTC+0)
Source App: Skype: caravaname
Body:
not until Sunday late afternoon

----------------------------

From: From: renesance123 Soft
Timestamp: 4/24/2014 10:39:12 PM(UTC+0)
Source App: Skype: caravaname
Body:
we had 22 approves and 27 declines

----------------------------

From: From: renesance123 Soft
Timestamp: 4/24/2014 11:43:54 PM(UTC+0)
Source App: Skype: caravaname
Body:
orderid=781&
vpc_3DSECI=06&
vpc_3DSXID=IshAZiCcncMYZyrCNGPj4claRKg%3D&
vpc_3DSenrolled=Y&
vpc_3DSstatus=A&
vpc_AVSResultCode=Unsupported&
vpc_AcqAVSRespCode=Unsupported&
vpc_AcqCSCRespCode=M&
vpc_AcqResponseCode=51&
vpc_Amount=7995&
vpc_BatchNo=20140425&
vpc_CSCResultCode=M&
vpc_Card=VC&
vpc_Command=pay&
vpc_Locale=en&
vpc_MerchTxnRef=781&
vpc_Merchant=9800000100&
vpc_Message=Insufficient+Funds&
vpc_OrderInfo=Futurro+Soft&
vpc_ReceiptNo=411506340023&
vpc_SecureHash=DE700151D79B232E8E666A7EE57C9AE56D5FF133577C45ABF59FC1FDFA4A6048&
vpc_SecureHashType=SHA256&
vpc_TransactionNo=2000000211&
vpc_TxnResponseCode=5&
vpc_VerSecurityLevel=06&
vpc_VerStatus=M&

Subject to Protective Order

Ghanem-00055430

vpc_VerToken=BwAQBIUFYQEAABOYNwVhEErDCdI%3D&
vpc_VerType=3DS&
vpc_Version=1
-----------------------------
From: From: renesance123 Soft
Timestamp: 4/27/2014 7:37:34 PM(UTC+0)
Source App: Skype: caravaname
Body:
rami I am preparing a letter for you just now
-----------------------------
From: From: renesance123 Soft
Timestamp: 4/28/2014 9:02:49 AM(UTC+0)
Source App: Skype: caravaname
Body:
rami i need to know what is going on?
-----------------------------
From: From: renesance123 Soft
Timestamp: 4/28/2014 9:03:04 AM(UTC+0)
Source App: Skype: caravaname
Body:
it is not very good situation
-----------------------------
From: From: renesance123 Soft
Timestamp: 4/28/2014 9:03:39 AM(UTC+0)
Source App: Skype: caravaname
Body:
if we shall have no any answer today we will stop everything
-----------------------------
From: From: renesance123 Soft
Timestamp: 4/28/2014 9:04:56 AM(UTC+0)
Source App: Skype: caravaname
Body:
we nrrd to be sure that they are going to pay 100% it can be a dangerous situation when daily turnover will be 100000 usd
-----------------------------
From: From: renesance123 Soft
Timestamp: 4/28/2014 9:05:09 AM(UTC+0)
Source App: Skype: caravaname
Body:
please inform me
-----------------------------
From: From: renesance123 Soft
Timestamp: 5/4/2014 1:32:20 PM(UTC+0)
Source App: Skype: caravaname
Body:
I am here
-----------------------------
From: From: renesance123 Soft
Timestamp: 5/4/2014 1:32:41 PM(UTC+0)
Source App: Skype: caravaname
Body:
Call me
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 5/4/2014 2:31:41 PM(UTC+0)
Source App: Skype: caravaname
Body:
I am trying to call you but I am not getting through
-----------------------------
From: From: renesance123 Soft
Timestamp: 5/4/2014 3:20:27 PM(UTC+0)
Source App: Skype: caravaname
Body:
I can not reach you
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 5/12/2014 10:25:48 PM(UTC+0)
Source App: Skype: caravaname
Body:
Happy Birthday

Subject to Protective Order

Ghanem-00055431

---------------------------
From: From: renesance123 Soft
Timestamp: 5/12/2014 10:26:10 PM(UTC+0)
Source App: Skype: caravaname
Body:
thanks brother
---------------------------
From: From: renesance123 Soft
Timestamp: 5/12/2014 10:26:29 PM(UTC+0)
Source App: Skype: caravaname
Body:
I will call you tomorrow
---------------------------
From: From: renesance123 Soft
Timestamp: 5/12/2014 10:26:47 PM(UTC+0)
Source App: Skype: caravaname
Body:
we are doing our job and have sales
---------------------------
From: From: caravaname Rami Ghanem
Timestamp: 5/12/2014 10:27:58 PM(UTC+0)
Source App: Skype: caravaname
Body:
very good, did you get the copy of the sweft?
---------------------------
From: From: renesance123 Soft
Timestamp: 5/12/2014 10:28:14 PM(UTC+0)
Source App: Skype: caravaname
Body:
yes i got it
---------------------------
From: From: renesance123 Soft
Timestamp: 5/12/2014 10:28:18 PM(UTC+0)
Source App: Skype: caravaname
Body:
yhanks
---------------------------
From: From: renesance123 Soft
Timestamp: 5/14/2014 10:55:39 AM(UTC+0)
Source App: Skype: caravaname
Body:
Rami I am trying to call you
---------------------------
From: From: renesance123 Soft
Timestamp: 5/14/2014 10:55:50 AM(UTC+0)
Source App: Skype: caravaname
Body:
Call me please any moment
---------------------------
From: From: renesance123 Soft
Timestamp: 5/21/2014 1:20:53 PM(UTC+0)
Source App: Skype: caravaname
Body:
rami any news????
---------------------------
From: From: renesance123 Soft
Timestamp: 5/21/2014 1:20:55 PM(UTC+0)
Source App: Skype: caravaname
Body:
hi
---------------------------
From: From: renesance123 Soft
Timestamp: 5/21/2014 8:26:11 PM(UTC+0)
Source App: Skype: caravaname
Body:
call me when you have any news
---------------------------
From: From: renesance123 Soft
Timestamp: 5/22/2014 6:04:44 AM(UTC+0)

Ghanem-00055432

Source App: Skype: caravaname
Body:
Any news brother?
------------------------------
From: From: renesance123 Soft
Timestamp: 5/22/2014 5:47:45 PM(UTC+0)
Source App: Skype: caravaname
Body:
rami let me know the situation with meps
------------------------------
From: From: renesance123 Soft
Timestamp: 5/22/2014 5:48:01 PM(UTC+0)
Source App: Skype: caravaname
Body:
i will arrive in 1 hour
------------------------------
From: From: renesance123 Soft
Timestamp: 5/22/2014 5:48:19 PM(UTC+0)
Source App: Skype: caravaname
Body:
and i want to call you
------------------------------
From: From: renesance123 Soft
Timestamp: 5/27/2014 7:31:30 AM(UTC+0)
Source App: Skype: caravaname
Body:
rami brother hi
------------------------------
From: From: renesance123 Soft
Timestamp: 5/27/2014 7:31:45 AM(UTC+0)
Source App: Skype: caravaname
Body:
habe you any news for me?
------------------------------
From: From: renesance123 Soft
Timestamp: 5/27/2014 7:32:03 AM(UTC+0)
Source App: Skype: caravaname
Body:
what is going on with MEPS?
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 5/27/2014 7:32:43 AM(UTC+0)
Source App: Skype: caravaname
Body:
not yet
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 5/27/2014 7:33:00 AM(UTC+0)
Source App: Skype: caravaname
Body:
I did not call them yet for today
------------------------------
From: From: renesance123 Soft
Timestamp: 5/27/2014 7:33:23 AM(UTC+0)
Source App: Skype: caravaname
Body:
when we can speak?
------------------------------
From: From: renesance123 Soft
Timestamp: 5/27/2014 7:33:33 AM(UTC+0)
Source App: Skype: caravaname
Body:
in the afternoon?
------------------------------
From: From: renesance123 Soft
Timestamp: 5/27/2014 7:34:06 AM(UTC+0)
Source App: Skype: caravaname
Body:
are they going to make payment or i need to stop sales?

Ghanem-00055433

---

From: From: caravaname Rami Ghanem
Timestamp: 5/27/2014 7:35:16 AM(UTC+0)
Source App: Skype: caravaname
Body:
no presser please

---

From: From: caravaname Rami Ghanem
Timestamp: 5/27/2014 7:35:34 AM(UTC+0)
Source App: Skype: caravaname
Body:
let them read understand and reply

---

From: From: caravaname Rami Ghanem
Timestamp: 5/27/2014 7:36:36 AM(UTC+0)
Source App: Skype: caravaname
Body:
Friday, Saturday was a weekend, Sunday it was a national holiday in Jordan

---

From: From: renesance123 Soft
Timestamp: 5/27/2014 7:41:28 AM(UTC+0)
Source App: Skype: caravaname
Body:
okey

---

From: From: renesance123 Soft
Timestamp: 5/27/2014 7:42:26 AM(UTC+0)
Source App: Skype: caravaname
Body:
but i do not press I just ask you. your words are important for me

---

From: From: renesance123 Soft
Timestamp: 5/27/2014 7:00:49 PM(UTC+0)
Source App: Skype: caravaname
Body:
Rami brother have you any news?

---

From: From: renesance123 Soft
Timestamp: 5/28/2014 5:59:59 AM(UTC+0)
Source App: Skype: caravaname
Body:
rami hi

---

From: From: renesance123 Soft
Timestamp: 5/28/2014 6:00:24 AM(UTC+0)
Source App: Skype: caravaname
Body:
i do not want to press but let me know what we need to do

---

From: From: renesance123 Soft
Timestamp: 5/28/2014 6:00:42 AM(UTC+0)
Source App: Skype: caravaname
Body:
are they going to make transfer?

---

From: From: renesance123 Soft
Timestamp: 5/28/2014 6:00:58 AM(UTC+0)
Source App: Skype: caravaname
Body:
Please let me know what is going on

---

From: From: renesance123 Soft
Timestamp: 5/28/2014 3:24:14 PM(UTC+0)
Source App: Skype: caravaname
Body:
Rami brotheer have you any news&

---

From: From: renesance123 Soft
Timestamp: 5/28/2014 3:24:19 PM(UTC+0)

Subject to Protective Order

Ghanem-00055434

00053978

Source App: Skype: caravaname
Body:
for me
------------------------------
From: From: renesance123 Soft
Timestamp: 5/28/2014 9:38:50 PM(UTC+0)
Source App: Skype: caravaname
Body:
Are you here????
------------------------------
From: From: renesance123 Soft
Timestamp: 5/28/2014 9:41:27 PM(UTC+0)
Source App: Skype: caravaname
Body:
Rami call me because today I found my best guy with traff it means that 100000$ per day is not a problem. Please call I need to know
what we are going to do
------------------------------
From: From: renesance123 Soft
Timestamp: 5/28/2014 11:01:05 PM(UTC+0)
Source App: Skype: caravaname
Body:
????
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 5/28/2014 11:01:19 PM(UTC+0)
Source App: Skype: caravaname
Body:
????
------------------------------
From: From: renesance123 Soft
Timestamp: 5/28/2014 11:01:32 PM(UTC+0)
Source App: Skype: caravaname
Body:
Are you here?
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 5/28/2014 11:01:37 PM(UTC+0)
Source App: Skype: caravaname
Body:
yes
------------------------------
From: From: renesance123 Soft
Timestamp: 5/29/2014 12:12:28 AM(UTC+0)
Source App: Skype: caravaname
Body:
i am very happy that i am your partner
------------------------------
From: From: renesance123 Soft
Timestamp: 5/29/2014 12:12:40 AM(UTC+0)
Source App: Skype: caravaname
Body:
have a good night
------------------------------
From: From: renesance123 Soft
Timestamp: 5/29/2014 5:24:53 PM(UTC+0)
Source App: Skype: caravaname
Body:
Hi Rami. Any result or we wait till monday??
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 5/30/2014 9:17:56 AM(UTC+0)
Source App: Skype: caravaname
Body:
hello
------------------------------
From: From: renesance123 Soft
Timestamp: 6/2/2014 10:47:48 AM(UTC+0)
Source App: Skype: caravaname
Body:

Subject to Protective Order

Ghanem-00055435

00053978

<a href="http://www.only-soft.net">www.only-soft.net</a>
-----------------------------
From: From: renesance123 Soft
Timestamp: 6/3/2014 8:20:47 PM(UTC+0)
Source App: Skype: caravaname
Body:
call me ASAP. I have found the solution for  MEPS the best one:) But let me know when we can speak
-----------------------------
From: From: renesance123 Soft
Timestamp: 6/3/2014 9:28:03 PM(UTC+0)
Source App: Skype: caravaname
Body:
Rami i need you very much
-----------------------------
From: From: renesance123 Soft
Timestamp: 6/3/2014 9:29:18 PM(UTC+0)
Source App: Skype: caravaname
Body:
I found the turnover for MEPS only Master Card
-----------------------------
From: From: renesance123 Soft
Timestamp: 6/3/2014 9:29:49 PM(UTC+0)
Source App: Skype: caravaname
Body:
30000 transactions Per month only Master
-----------------------------
From: From: renesance123 Soft
Timestamp: 6/3/2014 9:30:40 PM(UTC+0)
Source App: Skype: caravaname
Body:
Let me know the situation with transfer and to start normal turnover
-----------------------------
From: From: renesance123 Soft
Timestamp: 6/3/2014 9:30:57 PM(UTC+0)
Source App: Skype: caravaname
Body:
I will be here MAX 1 h
-----------------------------
From: From: renesance123 Soft
Timestamp: 6/4/2014 9:11:22 PM(UTC+0)
Source App: Skype: caravaname
Body:
Are you ok?
-----------------------------
From: From: renesance123 Soft
Timestamp: 6/5/2014 7:43:58 AM(UTC+0)
Source App: Skype: caravaname
Body:
Are you HERE rami?
-----------------------------
From: From: renesance123 Soft
Timestamp: 6/5/2014 7:44:08 AM(UTC+0)
Source App: Skype: caravaname
Body:
What is happened?
-----------------------------
From: From: renesance123 Soft
Timestamp: 6/5/2014 7:44:16 AM(UTC+0)
Source App: Skype: caravaname
Body:
Are you OK????
-----------------------------
From: From: renesance123 Soft
Timestamp: 6/5/2014 8:15:16 AM(UTC+0)
Source App: Skype: caravaname
Body:
ok Rami I will not disturb you any more. When you will be ready call me. Tomorrow I am going back to moldova and I have very big
financial problems. have a nice day Brother
-----------------------------

Subject to Protective Order

From: From: renesance123 Soft
Timestamp: 6/5/2014 7:11:40 PM(UTC+0)
Source App: Skype: caravaname
Body:
Are you here?
----------------------------
From: From: renesance123 Soft
Timestamp: 6/5/2014 7:20:41 PM(UTC+0)
Source App: Skype: caravaname
Body:
I will be here online MAX 2 hours
----------------------------
From: From: renesance123 Soft
Timestamp: 6/9/2014 11:04:03 PM(UTC+0)
Source App: Skype: caravaname
Body:
Hello Rami
Let me know what is going on. I found a good traffic with Master but we can not work like this . Let me know if MEPS is going to pay and when ?
BR
----------------------------
From: From: renesance123 Soft
Timestamp: 6/10/2014 10:25:25 AM(UTC+0)
Source App: Skype: caravaname
Body:
Hello,
Rami i just want to know what is going on?
BR
----------------------------
From: From: renesance123 Soft
Timestamp: 6/10/2014 5:44:40 PM(UTC+0)
Source App: Skype: caravaname
Body:
Hello Rami have you any news or I need to be ready for loosing Jordan processing and money we have there
----------------------------
From: From: renesance123 Soft
Timestamp: 6/12/2014 12:56:02 PM(UTC+0)
Source App: Skype: caravaname
Body:
Have you any news from MEPS???
----------------------------
From: From: renesance123 Soft
Timestamp: 6/12/2014 8:23:54 PM(UTC+0)
Source App: Skype: caravaname
Body:
Happy birthday to you!!!!!
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 6/12/2014 9:28:15 PM(UTC+0)
Source App: Skype: caravaname
Body:
Not yet my friend
----------------------------
From: From: renesance123 Soft
Timestamp: 6/12/2014 9:29:14 PM(UTC+0)
Source App: Skype: caravaname
Body:
It is was a joke rami
----------------------------
From: From: renesance123 Soft
Timestamp: 6/12/2014 9:29:29 PM(UTC+0)
Source App: Skype: caravaname
Body:
Have you any news????
----------------------------
From: From: renesance123 Soft
Timestamp: 6/17/2014 9:58:41 AM(UTC+0)
Source App: Skype: caravaname
Body:

Subject to Protective Order

Ghanem-00055437

00053978

Hi brother
-----------------------------
From: From: renesance123 Soft
Timestamp: 6/17/2014 9:59:00 AM(UTC+0)
Source App: Skype: caravaname
Body:
please tell me have you any nes for me?
-----------------------------
From: From: renesance123 Soft
Timestamp: 6/17/2014 9:59:25 AM(UTC+0)
Source App: Skype: caravaname
Body:
I want to start very much and I am ready to start any moment
-----------------------------
From: From: renesance123 Soft
Timestamp: 6/17/2014 10:56:17 AM(UTC+0)
Source App: Skype: caravaname
Body:
10 minutes
-----------------------------
From: From: renesance123 Soft
Timestamp: 6/17/2014 10:56:28 AM(UTC+0)
Source App: Skype: caravaname
Body:
10 min
-----------------------------
From: From: renesance123 Soft
Timestamp: 6/17/2014 10:56:45 AM(UTC+0)
Source App: Skype: caravaname
Body:
ive me 10 minutes
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 6/17/2014 10:57:43 AM(UTC+0)
Source App: Skype: caravaname
Body:
I am in Paris I will be going out to a meeting shortly
-----------------------------
From: From: renesance123 Soft
Timestamp: 6/17/2014 7:11:35 PM(UTC+0)
Source App: Skype: caravaname
Body:
rami any news from mayada
-----------------------------
From: From: renesance123 Soft
Timestamp: 6/17/2014 7:11:40 PM(UTC+0)
Source App: Skype: caravaname
Body:
????
-----------------------------
From: From: renesance123 Soft
Timestamp: 6/17/2014 7:11:49 PM(UTC+0)
Source App: Skype: caravaname
Body:
let me know
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 6/17/2014 11:42:37 PM(UTC+0)
Source App: Skype: caravaname
Body:
no she did not call me back
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 6/17/2014 11:42:57 PM(UTC+0)
Source App: Skype: caravaname
Body:
any news for me
-----------------------------
From: From: renesance123 Soft

Ghanem-00055438

00053978

Timestamp: 6/18/2014 5:28:28 PM(UTC+0)
Source App: Skype: caravaname
Body:
hi
------------------------------
From: From: renesance123 Soft
Timestamp: 6/18/2014 5:28:37 PM(UTC+0)
Source App: Skype: caravaname
Body:
any news????
------------------------------
From: From: renesance123 Soft
Timestamp: 6/18/2014 8:29:24 PM(UTC+0)
Source App: Skype: caravaname
Body:
Let me know when you are here
------------------------------
From: From: renesance123 Soft
Timestamp: 11/10/2014 7:13:52 PM(UTC+0)
Source App: Skype: caravaname
Body:
Is it actual?
------------------------------
From: From: renesance123 Soft
Timestamp: 11/11/2014 10:08:01 PM(UTC+0)
Source App: Skype: caravaname
Body:
Are you here?
------------------------------
From: From: renesance123 Soft
Timestamp: 11/18/2014 7:25:16 PM(UTC+0)
Source App: Skype: caravaname
Body:
Do you come in 2 days
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/18/2014 8:21:27 PM(UTC+0)
Source App: Skype: caravaname
Body:
Yes Thursday
------------------------------
From: From: renesance123 Soft
Timestamp: 11/18/2014 9:01:01 PM(UTC+0)
Source App: Skype: caravaname
Body:
Oĸ
------------------------------
From: From: renesance123 Soft
Timestamp: 11/18/2014 9:01:13 PM(UTC+0)
Source App: Skype: caravaname
Body:
Let me know at what time
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/18/2014 9:33:58 PM(UTC+0)
Source App: Skype: caravaname
Body:
Yes tomorrow evening I will
------------------------------
From: From: renesance123 Soft
Timestamp: 11/18/2014 9:37:01 PM(UTC+0)
Source App: Skype: caravaname
Body:
Tomorrow or Thursday?
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/18/2014 9:38:20 PM(UTC+0)
Source App: Skype: caravaname
Body:

Ghanem-00055439

00053978

Tomorrow I will send you my flight details
----------------------------
From: From: renesance123 Soft
Timestamp: 11/18/2014 9:39:05 PM(UTC+0)
Source App: Skype: caravaname
Body:
Ok
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/20/2014 11:36:44 AM(UTC+0)
Source App: Skype: caravaname
Body:
Departure time:19:35, Th, November 20 2014
Arrival time:20:50, Th, November 20
----------------------------
From: From: renesance123 Soft
Timestamp: 11/20/2014 11:56:27 AM(UTC+0)
Source App: Skype: caravaname
Body:
Ок
----------------------------
From: From: renesance123 Soft
Timestamp: 11/23/2014 10:37:17 AM(UTC+0)
Source App: Skype: caravaname
Body:
Are you here?
----------------------------
From: From: renesance123 Soft
Timestamp: 11/23/2014 10:37:20 AM(UTC+0)
Source App: Skype: caravaname
Body:
:)
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/23/2014 10:44:29 AM(UTC+0)
Source App: Skype: caravaname
Body:
Yes I am are you ok
----------------------------
From: From: renesance123 Soft
Timestamp: 11/23/2014 11:04:56 AM(UTC+0)
Source App: Skype: caravaname
Body:
It is 13:56 I did it
----------------------------
From: From: renesance123 Soft
Timestamp: 11/23/2014 11:13:49 AM(UTC+0)
Source App: Skype: caravaname
Body:
You need voltaren?
----------------------------
From: From: renesance123 Soft
Timestamp: 11/23/2014 11:14:03 AM(UTC+0)
Source App: Skype: caravaname
Body:
Correct
----------------------------
From: From: renesance123 Soft
Timestamp: 11/23/2014 11:14:42 AM(UTC+0)
Source App: Skype: caravaname
Body:
???
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/23/2014 11:15:05 AM(UTC+0)
Source App: Skype: caravaname
Body:
yes
----------------------------

Ghanem-00055440

From: From: renesance123 Soft
Timestamp: 11/23/2014 11:15:22 AM(UTC+0)
Source App: Skype: caravaname
Body:
I will bring it to you
---------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/23/2014 11:24:20 AM(UTC+0)
Source App: Skype: caravaname
Body:
I want to have a Syringe of Voltaren to treat my Back Pain
---------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/23/2014 11:28:58 AM(UTC+0)
Source App: Skype: caravaname
Body:
is it ok
---------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/24/2014 10:42:42 PM(UTC+0)
Source App: Skype: caravaname
Body:
Имеет контроль в аэропорту Waliyah базе ксантан .. самолета были уничтожены и овец действительный .. самолет после его бомбили аэропорт Mitiga сегодня.
---------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/24/2014 11:05:18 PM(UTC+0)
Source App: Skype: caravaname
Body:
<a href="http://simple.wikipedia.org/wiki/Type_99_155_mm_self-propelled_howitzer">http://simple.wikipedia.org/wiki/Type_99_155_mm_self-propelled_howitzer</a>
---------------------------
From: From: renesance123 Soft
Timestamp: 11/25/2014 12:01:47 PM(UTC+0)
Source App: Skype: caravaname
Body:
Rami please if you have some free minutes send me info about crypt phones and medical nurses
---------------------------
From: From: renesance123 Soft
Timestamp: 11/25/2014 2:02:38 PM(UTC+0)
Source App: Skype: caravaname
Body:
15 minutes I will call you
---------------------------
From: From: renesance123 Soft
Timestamp: 11/25/2014 7:58:09 PM(UTC+0)
Source App: Skype: caravaname
Body:
call me when you are here
---------------------------
From: From: renesance123 Soft
Timestamp: 11/25/2014 9:32:42 PM(UTC+0)
Source App: Skype: caravaname
Body:
sent
---------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/25/2014 9:36:04 PM(UTC+0)
Source App: Skype: caravaname
Body:
how many passports?
---------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/25/2014 9:37:55 PM(UTC+0)
Source App: Skype: caravaname
Body:
hello
---------------------------
From: From: renesance123 Soft

Ghanem-00055441

Timestamp: 11/25/2014 9:39:36 PM(UTC+0)
Source App: Skype: caravaname
Body:
5
------------------------------
From: From: renesance123 Soft
Timestamp: 11/25/2014 9:48:20 PM(UTC+0)
Source App: Skype: caravaname
Body:
5 sec
------------------------------
From: From: renesance123 Soft
Timestamp: 11/25/2014 9:56:10 PM(UTC+0)
Source App: Skype: caravaname
Body:
tell him that invoice will be tommorow
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/27/2014 5:46:07 PM(UTC+0)
Source App: Skype: caravaname
Body:
Sergiu, this time you have to listen to what I am saying, answer my call otherwise even if you have all teams in the world I say sorry I
don't want anything from you, 5 weeks ago I called you and asked you for me to fly and discuss this business... you know your answer,
today I am repeating what I am saying answer my call and let me know what you have already and let me handle the situation with you, I
always have some solutions for work, but with your stubborn behaver I am sorry I reserved my flight to see you tommorow and close this
business and close all relation with you, if you do not respect me enough to communicate with me then there are no reason for us to be
friend. In 10 minutes if I don't hear back from you then I will be arriving
Bucharest (Otopen...
Departure: 20:10 Bucharest (Otopeni International)  21:10  Chisinau (Kishinev)
Thanking you for your understanding
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/27/2014 11:53:35 PM(UTC+0)
Source App: Skype: caravaname
Body:
Why are you trying to confuse me, I asked just to send the passport, you keep sending the e-mail as is too many documents, I very tired
of this undeveloped communication
------------------------------
From: From: renesance123 Soft
Timestamp: 11/27/2014 11:55:52 PM(UTC+0)
Source App: Skype: caravaname
Body:
10 minutes. Sorry
------------------------------
From: From: renesance123 Soft
Timestamp: 11/27/2014 11:55:58 PM(UTC+0)
Source App: Skype: caravaname
Body:
I am tired
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/27/2014 11:56:18 PM(UTC+0)
Source App: Skype: caravaname
Body:
I just sent you the list can you correct it and fix what names are missing
------------------------------
From: From: renesance123 Soft
Timestamp: 11/28/2014 7:07:54 PM(UTC+0)
Source App: Skype: caravaname
Body:
Spoke with both first pilots They are ready and their teams too
------------------------------
From: From: renesance123 Soft
Timestamp: 11/28/2014 7:08:06 PM(UTC+0)
Source App: Skype: caravaname
Body:
Have a good evening
------------------------------
From: From: caravaname Rami Ghanem

Subject to Protective Order

Ghanem-00055442

00053978

Timestamp: 11/28/2014 8:41:06 PM(UTC+0)
Source App: Skype: caravaname
Body:
(y)
----------------------------
From: From: renesance123 Soft
Timestamp: 11/28/2014 8:41:42 PM(UTC+0)
Source App: Skype: caravaname
Body:
(handshake)
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/28/2014 9:12:37 PM(UTC+0)
Source App: Skype: caravaname
Body:
(bandit)(bandit)(bandit)(bandit)(bandit)(bandit)(bandit)(bandit)(bandit)(bandit)(bandit)(bandit)(bandit)(bandit)
----------------------------
From: From: renesance123 Soft
Timestamp: 11/28/2014 9:17:36 PM(UTC+0)
Source App: Skype: caravaname
Body:
?
----------------------------
From: From: renesance123 Soft
Timestamp: 11/28/2014 9:17:56 PM(UTC+0)
Source App: Skype: caravaname
Body:
What is happened?
----------------------------
From: From: renesance123 Soft
Timestamp: 11/28/2014 9:18:04 PM(UTC+0)
Source App: Skype: caravaname
Body:
Are you ok?
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 11/28/2014 9:18:29 PM(UTC+0)
Source App: Skype: caravaname
Body:
yes i a playing with you
----------------------------
From: From: renesance123 Soft
Timestamp: 11/28/2014 9:36:02 PM(UTC+0)
Source App: Skype: caravaname
Body:
Ok :)
----------------------------
From: From: renesance123 Soft
Timestamp: 11/29/2014 6:35:09 AM(UTC+0)
Source App: Skype: caravaname
Body:
Hi I Hava only one good news: No news :)
----------------------------
From: From: renesance123 Soft
Timestamp: 12/3/2014 4:44:06 PM(UTC+0)
Source App: Skype: caravaname
Body:
Hi I have wi fi
----------------------------
From: From: renesance123 Soft
Timestamp: 12/3/2014 4:44:14 PM(UTC+0)
Source App: Skype: caravaname
Body:
Call me
----------------------------
From: From: renesance123 Soft
Timestamp: 12/3/2014 4:44:54 PM(UTC+0)
Source App: Skype: caravaname
Body:

Subject to Protective Order

Ghanem-00055443

I will have time after 1,5 hours because we just came back from the airports
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/3/2014 4:55:25 PM(UTC+0)
Source App: Skype: caravaname
Body:
How are you my man, I will see you tomorrow as soon as you arrive to Istanbul
I am in daily contact with the General.......
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/3/2014 5:07:01 PM(UTC+0)
Source App: Skype: caravaname
Body:
You will have a copy of SWIFT in your email, as matter of fact the money already in your account.  I sent a message to Ahmad he forgot to send me the copy and promised me to be the 1st thing to do tomorrow morning,,,,,, I was extremely very busy I forgot to call him too (sorry).
Thank you for not discussing any business with them also General had informed about what you informed him the Rami asked me not to discuss any business (cool  have a safe flight and see you tomorrow
-----------------------------
From: From: renesance123 Soft
Timestamp: 12/3/2014 5:17:54 PM(UTC+0)
Source App: Skype: caravaname
Body:
Hi brother
-----------------------------
From: From: renesance123 Soft
Timestamp: 12/3/2014 5:18:54 PM(UTC+0)
Source App: Skype: caravaname
Body:
Can you tell me I sleep tomorrow in Istanbul or I will go home
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/3/2014 5:22:32 PM(UTC+0)
Source App: Skype: caravaname
Body:
Hi
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/3/2014 5:22:58 PM(UTC+0)
Source App: Skype: caravaname
Body:
I know completely what is going on.... Remember som
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/3/2014 5:23:18 PM(UTC+0)
Source App: Skype: caravaname
Body:
So many problems so much to do ;)
-----------------------------
From: From: renesance123 Soft
Timestamp: 12/3/2014 6:15:54 PM(UTC+0)
Source App: Skype: caravaname
Body:
You are very good brother and partner
-----------------------------
From: From: renesance123 Soft
Timestamp: 12/3/2014 6:16:01 PM(UTC+0)
Source App: Skype: caravaname
Body:
:)
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 12/3/2014 6:16:45 PM(UTC+0)
Source App: Skype: caravaname
Body:
(y)
-----------------------------
From: From: renesance123 Soft
Timestamp: 12/3/2014 6:17:12 PM(UTC+0)

Source App: Skype: caravaname
Body:
I sleep in Istanbul or go to Moldova ?
------------------------------
From: From: renesance123 Soft
Timestamp: 12/8/2014 2:14:41 PM(UTC+0)
Source App: Skype: caravaname
Body:
I am here
------------------------------
From: From: renesance123 Soft
Timestamp: 12/8/2014 5:13:16 PM(UTC+0)
Source App: Skype: caravaname
Body:
Find time for me urgent
------------------------------
From: From: renesance123 Soft
Timestamp: 1/24/2015 1:42:29 PM(UTC+0)
Source App: Skype: caravaname
Body:
<URIObject content-type="image/jpeg" uri="https://api.asm.skype.com/v1//objects/0-neu-d4-
1d42d9bb205340098d4d452f633aca67"><Text>Soft sent a photo.

This device doesn't support Skype's new photo sharing features yet, but you can still view it in your browser here: <a
href="https://api.asm.skype.com/s/i?0-neu-d4-1d42d9bb205340098d4d452f633aca67">https://api.asm.skype.com/s/i?0-neu-d4-
1d42d9bb205340098d4d452f633aca67</a></Text><meta type="photo" subtype="" originalName=""/></URIObject>
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 1/24/2015 2:27:40 PM(UTC+0)
Source App: Skype: caravaname
Body:


------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 1/24/2015 2:29:23 PM(UTC+0)
Source App: Skype: caravaname
Body:


------------------------------
From: From: renesance123 Soft
Timestamp: 1/25/2015 12:09:15 PM(UTC+0)
Source App: Skype: caravaname
Body:
565 000 $ BTR
------------------------------
From: From: renesance123 Soft
Timestamp: 1/25/2015 1:07:47 PM(UTC+0)
Source App: Skype: caravaname
Body:
Concern our discussion it is interesting price
------------------------------
From: From: renesance123 Soft
Timestamp: 1/25/2015 1:08:13 PM(UTC+0)
Source App: Skype: caravaname
Body:
Let me know if I need to continue with these guys
------------------------------
From: From: renesance123 Soft
Timestamp: 1/25/2015 4:49:51 PM(UTC+0)
Source App: Skype: caravaname
Body:
Are you free???
------------------------------
From: From: renesance123 Soft
Timestamp: 1/26/2015 8:58:39 AM(UTC+0)
Source App: Skype: caravaname
Body:
Dear brother
I can not Close deal without you

Subject to Protective Order

Ghanem-00055445

00053978

----------------------------
From: From: renesance123 Soft
Timestamp: 1/26/2015 11:07:45 AM(UTC+0)
Source App: Skype: caravaname
Body:
838750$
----------------------------
From: From: renesance123 Soft
Timestamp: 1/26/2015 11:08:01 AM(UTC+0)
Source App: Skype: caravaname
Body:
EUC=45000
----------------------------
From: From: renesance123 Soft
Timestamp: 1/27/2015 10:02:18 AM(UTC+0)
Source App: Skype: caravaname
Body:
All data for New Board ingenier i will send today
----------------------------
From: From: renesance123 Soft
Timestamp: 1/27/2015 10:02:33 AM(UTC+0)
Source App: Skype: caravaname
Body:
Hi Dear big brother
----------------------------
From: From: renesance123 Soft
Timestamp: 1/27/2015 10:02:47 AM(UTC+0)
Source App: Skype: caravaname
Body:
Now i try to resolve engines
----------------------------
From: From: renesance123 Soft
Timestamp: 1/27/2015 10:02:55 AM(UTC+0)
Source App: Skype: caravaname
Body:
As i promissed you
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 1/27/2015 10:17:59 AM(UTC+0)
Source App: Skype: caravaname
Body:
1. Fruits & Vegetables
2. Engines
3. Crew for MiG 23 one pilot and maintenance team
4. Igla Operator
5. Quadrat    (one maintenance guy, one operator & one Armament technical)
6. Computers for the Mi 24
7. NV QTY for the MI 24
----------------------------
From: From: renesance123 Soft
Timestamp: 1/27/2015 12:39:51 PM(UTC+0)
Source App: Skype: caravaname
Body:
Done
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 1/27/2015 12:40:31 PM(UTC+0)
Source App: Skype: caravaname
Body:
thank you
----------------------------
From: From: renesance123 Soft
Timestamp: 1/27/2015 1:07:56 PM(UTC+0)
Source App: Skype: caravaname
Body:
Send me your passport to viber
----------------------------
From: From: renesance123 Soft
Timestamp: 1/27/2015 1:08:07 PM(UTC+0)

Subject to Protective Order

Ghanem-00055446

00053978

Source App: Skype: caravaname
Body:
4000? Correct?
-----------------------------
From: From: renesance123 Soft
Timestamp: 1/27/2015 10:13:04 PM(UTC+0)
Source App: Skype: caravaname
Body:
good evening
-----------------------------
From: From: renesance123 Soft
Timestamp: 1/27/2015 10:13:33 PM(UTC+0)
Source App: Skype: caravaname
Body:
So you was right that second guy lied us
-----------------------------
From: From: renesance123 Soft
Timestamp: 1/27/2015 10:13:57 PM(UTC+0)
Source App: Skype: caravaname
Body:
i decided to send them back together with another guy
-----------------------------
From: From: renesance123 Soft
Timestamp: 1/28/2015 1:02:26 PM(UTC+0)
Source App: Skype: caravaname
Body:
Sergiu Banari: 697-964-9384
-----------------------------
From: From: renesance123 Soft
Timestamp: 1/28/2015 1:03:08 PM(UTC+0)
Source App: Skype: caravaname
Body:
Olesea Banari:534-709-2562
-----------------------------
From: From: renesance123 Soft
Timestamp: 1/28/2015 1:03:53 PM(UTC+0)
Source App: Skype: caravaname
Body:
Andrei Busuioc:045-889-3208
-----------------------------
From: From: renesance123 Soft
Timestamp: 1/28/2015 1:04:31 PM(UTC+0)
Source App: Skype: caravaname
Body:
Elena Busuioc: 320-682-1266
-----------------------------
From: From: renesance123 Soft
Timestamp: 1/28/2015 1:04:42 PM(UTC+0)
Source App: Skype: caravaname
Body:
Did you receive it?
-----------------------------
From: From: renesance123 Soft
Timestamp: 1/29/2015 6:08:49 PM(UTC+0)
Source App: Skype: caravaname
Body:
Sorry i was offline
-----------------------------
From: From: renesance123 Soft
Timestamp: 1/29/2015 6:08:59 PM(UTC+0)
Source App: Skype: caravaname
Body:
I just arrived to kiev
-----------------------------
From: From: renesance123 Soft
Timestamp: 1/29/2015 6:09:19 PM(UTC+0)
Source App: Skype: caravaname
Body:
When you will be ready to speak?

Subject to Protective Order

Ghanem-00055447

------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 1/29/2015 6:10:13 PM(UTC+0)
Source App: Skype: caravaname
Body:
i am on the other line
------------------------------
From: From: renesance123 Soft
Timestamp: 1/29/2015 6:11:07 PM(UTC+0)
Source App: Skype: caravaname
Body:
When we can speak? Half an hour?
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 1/29/2015 6:11:53 PM(UTC+0)
Source App: Skype: caravaname
Body:
Ok
------------------------------
From: From: renesance123 Soft
Timestamp: 1/29/2015 6:11:59 PM(UTC+0)
Source App: Skype: caravaname
Body:
Ok
------------------------------
From: From: caravaname Rami Ghanem
Timestamp: 1/29/2015 6:20:05 PM(UTC+0)
Source App: Skype: caravaname
Body:
Call me when you are ready
------------------------------
From: From: renesance123 Soft
Timestamp: 1/29/2015 6:42:04 PM(UTC+0)
Source App: Skype: caravaname
Body:
Speak with Volodea
------------------------------
From: From: renesance123 Soft
Timestamp: 1/30/2015 8:32:26 AM(UTC+0)
Source App: Skype: caravaname
Body:
Call me on sim travel
------------------------------
From: From: renesance123 Soft
Timestamp: 1/30/2015 11:43:38 PM(UTC+0)
Source App: Skype: caravaname
Body:
????
------------------------------
From: From: renesance123 Soft
Timestamp: 1/31/2015 2:13:56 PM(UTC+0)
Source App: Skype: caravaname
Body:
Are you free????
------------------------------
From: From: renesance123 Soft
Timestamp: 2/1/2015 10:06:37 AM(UTC+0)
Source App: Skype: caravaname
Body:
When you can speak????
------------------------------
From: From: renesance123 Soft
Timestamp: 2/1/2015 9:29:39 PM(UTC+0)
Source App: Skype: caravaname
Body:
Call me when you are
------------------------------
From: From: renesance123 Soft
Timestamp: 2/2/2015 10:11:57 AM(UTC+0)

Ghanem-00055448

00053978

Source App: Skype: caravaname
Body:
Rami can you ask the general to call his agent and to arrange tickets for 2 our guys?

------------------------------

From: From: renesance123 Soft
Timestamp: 2/2/2015 10:12:06 AM(UTC+0)
Source App: Skype: caravaname
Body:
Let me know please

------------------------------

From: From: renesance123 Soft
Timestamp: 2/2/2015 9:13:06 PM(UTC+0)
Source App: Skype: caravaname
Body:
Hi

------------------------------

From: From: renesance123 Soft
Timestamp: 2/2/2015 9:13:12 PM(UTC+0)
Source App: Skype: caravaname
Body:
Are you here?

------------------------------

From: From: caravaname Rami Ghanem
Timestamp: 2/2/2015 11:09:10 PM(UTC+0)
Source App: Skype: caravaname
Body:
yes

------------------------------

From: From: caravaname Rami Ghanem
Timestamp: 2/2/2015 11:14:37 PM(UTC+0)
Source App: Skype: caravaname
Body:
call me when you are ready

------------------------------

From: From: renesance123 Soft
Timestamp: 2/2/2015 11:15:28 PM(UTC+0)
Source App: Skype: caravaname
Body:
Sorry i am sleping

------------------------------

From: From: renesance123 Soft
Timestamp: 2/2/2015 11:15:39 PM(UTC+0)
Source App: Skype: caravaname
Body:
Please let speak tomorow

------------------------------

From: From: renesance123 Soft
Timestamp: 2/2/2015 11:15:44 PM(UTC+0)
Source App: Skype: caravaname
Body:
Thanks

------------------------------

From: From: renesance123 Soft
Timestamp: 2/2/2015 11:32:59 PM(UTC+0)
Source App: Skype: caravaname
Body:
Garmin 496

------------------------------

From: From: renesance123 Soft
Timestamp: 2/2/2015 11:33:03 PM(UTC+0)
Source App: Skype: caravaname
Body:
4 pcs

------------------------------

From: From: renesance123 Soft
Timestamp: 2/4/2015 9:11:27 AM(UTC+0)
Source App: Skype: caravaname
Body:
Please let me know what you decided with my letters

Subject to Protective Order

Ghanem-00055449

00053978

Thanks
----------------------------
From: From: renesance123 Soft
Timestamp: 2/4/2015 9:11:40 AM(UTC+0)
Source App: Skype: caravaname
Body:
Good morning :)
----------------------------
From: From: renesance123 Soft
Timestamp: 2/4/2015 4:03:23 PM(UTC+0)
Source App: Skype: caravaname
Body:
What happenned ?
----------------------------
From: From: renesance123 Soft
Timestamp: 2/4/2015 4:03:29 PM(UTC+0)
Source App: Skype: caravaname
Body:
Any news?
----------------------------
From: From: renesance123 Soft
Timestamp: 2/5/2015 9:36:35 AM(UTC+0)
Source App: Skype: caravaname
Body:
Hi teacher
----------------------------
From: From: renesance123 Soft
Timestamp: 2/5/2015 9:37:14 AM(UTC+0)
Source App: Skype: caravaname
Body:
When you have time for me
----------------------------
From: From: renesance123 Soft
Timestamp: 2/5/2015 11:30:21 AM(UTC+0)
Source App: Skype: caravaname
Body:
Something wrong with network
----------------------------
From: From: renesance123 Soft
Timestamp: 2/5/2015 11:47:00 AM(UTC+0)
Source App: Skype: caravaname
Body:
237000 +6400
----------------------------
From: From: renesance123 Soft
Timestamp: 2/5/2015 11:53:05 AM(UTC+0)
Source App: Skype: caravaname
Body:
Call me
----------------------------
From: From: renesance123 Soft
Timestamp: 2/6/2015 4:39:23 PM(UTC+0)
Source App: Skype: caravaname
Body:
Hi brother
----------------------------
From: From: renesance123 Soft
Timestamp: 2/7/2015 6:58:33 PM(UTC+0)
Source App: Skype: caravaname
Body:
Hi brother
----------------------------
From: From: renesance123 Soft
Timestamp: 2/7/2015 6:58:52 PM(UTC+0)
Source App: Skype: caravaname
Body:
Today is my son Luka birthday
----------------------------
From: From: renesance123 Soft

Subject to Protective Order

Ghanem-00055450

00053978

Timestamp: 2/7/2015 6:59:11 PM(UTC+0)
Source App: Skype: caravaname
Body:
In 1 hour I will be free and will call you
----------------------------
From: From: renesance123 Soft
Timestamp: 2/9/2015 9:03:01 AM(UTC+0)
Source App: Skype: caravaname
Body:
Hi rami
----------------------------
From: From: renesance123 Soft
Timestamp: 2/9/2015 9:03:21 AM(UTC+0)
Source App: Skype: caravaname
Body:
I am doing everything as we discussed yesterday
----------------------------
From: From: renesance123 Soft
Timestamp: 2/9/2015 9:03:34 AM(UTC+0)
Source App: Skype: caravaname
Body:
I need something urgent
----------------------------
From: From: renesance123 Soft
Timestamp: 2/9/2015 9:04:06 AM(UTC+0)
Source App: Skype: caravaname
Body:
Can you ask general if he sent money for MI24 salary ?
----------------------------
From: From: renesance123 Soft
Timestamp: 2/9/2015 9:04:26 AM(UTC+0)
Source App: Skype: caravaname
Body:
I want to give another company
----------------------------
From: From: renesance123 Soft
Timestamp: 2/9/2015 10:05:51 AM(UTC+0)
Source App: Skype: caravaname
Body:
Octopus Consulting & Trading ltd
Ref N: B20150117-1EM :


Attn.: Mr. Evgeni Malamud
----------------------------
From: From: renesance123 Soft
Timestamp: 2/9/2015 10:06:13 AM(UTC+0)
Source App: Skype: caravaname
Body:
5000000*14,20
----------------------------
From: From: renesance123 Soft
Timestamp: 2/9/2015 10:06:19 AM(UTC+0)
Source App: Skype: caravaname
Body:
23 мм
----------------------------
From: From: renesance123 Soft
Timestamp: 2/9/2015 10:57:50 AM(UTC+0)
Source App: Skype: caravaname
Body:
I am here
----------------------------
From: From: renesance123 Soft
Timestamp: 2/9/2015 11:38:13 AM(UTC+0)
Source App: Skype: caravaname
Body:

Subject to Protective Order

Ghanem-00055451

00053978

I am here
------------------------------
From: From: renesance123 Soft
Timestamp: 2/9/2015 6:15:11 PM(UTC+0)
Source App: Skype: caravaname
Body:
I will be online very long
Call me when you can speak
------------------------------
From: From: renesance123 Soft
Timestamp: 2/10/2015 2:02:49 PM(UTC+0)
Source App: Skype: caravaname
Body:
Check you mail please
------------------------------
From: From: renesance123 Soft
Timestamp: 2/11/2015 6:46:12 PM(UTC+0)
Source App: Skype: caravaname
Body:
ok. Sergei, every fees you find in our website (Price list of servis) <a
href="http://www.montpellier.do/documents/">http://www.montpellier.do/documents/</a> , but open account means : 2.000 USD/EUR
and monthly fee is 200 USD/EUR. transfers fee we accountig via corespondent banks...
------------------------------
From: From: renesance123 Soft
Timestamp: 2/11/2015 8:45:34 PM(UTC+0)
Source App: Skype: caravaname
Body:
Good evening
------------------------------
From: From: renesance123 Soft
Timestamp: 2/11/2015 8:46:02 PM(UTC+0)
Source App: Skype: caravaname
Body:
This is the opinion of the pilot I 39
------------------------------
From: From: renesance123 Soft
Timestamp: 2/11/2015 8:46:06 PM(UTC+0)
Source App: Skype: caravaname
Body:
We all goes well, today is my Volodya flew with a local pilot to fly about with guns hanging empty at first, all went well. Then he decided
to charge each of 10 pieces and fly to the landfill, left loaded normally, and jammed right when charging it had to remove and
disassemble, three shells for some reason have become skewed to the end of the day ate pulled. Tomorrow everything promoem
smazhem paste it again in a gondola on the new charges and if everything will be fine to fly to the landfill. Let's see what will be the
result. Do not know why they are behind these guns so clung, in the first version of this suspension in general is not provided, should not
enhanced and conventional racks that are not designed for this load, and secondly efficiency defeat nupravlyaemymi missiles are much
higher. And if as I said Volodya (helicopter pilot) we want to use to cover them against air targets and ground to suppress the firing
points, in this case, would be the most effective option suspension is two blocks UB-16 (a 32 neupr.rakety, on the ground and air) guided
missiles and two R 3c (from which the air is practically impossible to go, and which can already start with 5-6km, not as effective gun with
a range 300-1200m) i.e. for solving the problem of cover - ideal suspension.
------------------------------
From: From: renesance123 Soft
Timestamp: 2/11/2015 8:46:27 PM(UTC+0)
Source App: Skype: caravaname
Body:
Just for you to know
------------------------------
From: From: renesance123 Soft
Timestamp: 2/11/2015 8:46:45 PM(UTC+0)
Source App: Skype: caravaname
Body:
this is not a problem just info
------------------------------
From: From: renesance123 Soft
Timestamp: 2/12/2015 9:31:09 AM(UTC+0)
Source App: Skype: caravaname
Body:
The name of the company for the EUC is UNIMESKO Co. ltd.
------------------------------
From: From: renesance123 Soft

Subject to Protective Order

Ghanem-00055452

Timestamp: 2/12/2015 12:56:59 PM(UTC+0)
Source App: Skype: caravaname
Body:
Dear Rami
-----------------------------
From: From: renesance123 Soft
Timestamp: 2/12/2015 12:57:09 PM(UTC+0)
Source App: Skype: caravaname
Body:
money are sent
-----------------------------
From: From: renesance123 Soft
Timestamp: 2/12/2015 12:57:21 PM(UTC+0)
Source App: Skype: caravaname
Body:
- 10 100 $
-----------------------------
From: From: renesance123 Soft
Timestamp: 2/12/2015 12:58:08 PM(UTC+0)
Source App: Skype: caravaname
Body:
your guy will receive in euro=8695 euro
-----------------------------
From: From: renesance123 Soft
Timestamp: 2/12/2015 12:58:29 PM(UTC+0)
Source App: Skype: caravaname
Body:
confirm please thar you received my message please
-----------------------------
From: From: renesance123 Soft
Timestamp: 2/12/2015 12:59:25 PM(UTC+0)
Source App: Skype: caravaname
Body:
swift i will send you tommorrow in the morning
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 2/12/2015 3:26:30 PM(UTC+0)
Source App: Skype: caravaname
Body:
yes I did thank you
-----------------------------
From: From: renesance123 Soft
Timestamp: 2/12/2015 6:50:18 PM(UTC+0)
Source App: Skype: caravaname
Body:
I am happy :)
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 2/12/2015 6:50:52 PM(UTC+0)
Source App: Skype: caravaname
Body:
very good you are happy but why
-----------------------------
From: From: renesance123 Soft
Timestamp: 2/12/2015 7:36:33 PM(UTC+0)
Source App: Skype: caravaname
Body:
That you received :)
-----------------------------
From: From: renesance123 Soft
Timestamp: 2/12/2015 7:36:52 PM(UTC+0)
Source App: Skype: caravaname
Body:
Do you have any news ?
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 2/12/2015 7:53:58 PM(UTC+0)
Source App: Skype: caravaname
Body:

Subject to Protective Order

Ghanem-00055453

00053978

Send me the instruction for how to send money to your account
----------------------------
From: From: renesance123 Soft
Timestamp: 2/12/2015 9:03:22 PM(UTC+0)
Source App: Skype: caravaname
Body:
I sent you invoices
----------------------------
From: From: renesance123 Soft
Timestamp: 2/12/2015 9:03:28 PM(UTC+0)
Source App: Skype: caravaname
Body:
One week ago
----------------------------
From: From: renesance123 Soft
Timestamp: 2/13/2015 12:51:55 PM(UTC+0)
Source App: Skype: caravaname
Body:
Guys from Kenya are ready for discussion
----------------------------
From: From: renesance123 Soft
Timestamp: 2/13/2015 12:52:20 PM(UTC+0)
Source App: Skype: caravaname
Body:
One of them is waiting for me in Bulgary
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 2/13/2015 12:52:42 PM(UTC+0)
Source App: Skype: caravaname
Body:
(y)
----------------------------
From: From: renesance123 Soft
Timestamp: 2/13/2015 6:14:14 PM(UTC+0)
Source App: Skype: caravaname
Body:
Received you letter
Also I need the company registration number, company's bank and account
And the ammount
----------------------------
From: From: renesance123 Soft
Timestamp: 2/14/2015 12:47:38 PM(UTC+0)
Source App: Skype: caravaname
Body:
Are you here?
----------------------------
From: From: renesance123 Soft
Timestamp: 2/14/2015 4:10:53 PM(UTC+0)
Source App: Skype: caravaname
Body:
Are you here???
----------------------------
From: From: renesance123 Soft
Timestamp: 2/14/2015 5:50:04 PM(UTC+0)
Source App: Skype: caravaname
Body:
15 minutes please
----------------------------
From: From: renesance123 Soft
Timestamp: 2/14/2015 5:50:10 PM(UTC+0)
Source App: Skype: caravaname
Body:
Ok?
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 2/14/2015 5:50:26 PM(UTC+0)
Source App: Skype: caravaname
Body:
ok

Ghanem-00055454

---------------------------
From: From: renesance123 Soft
Timestamp: 2/14/2015 5:50:36 PM(UTC+0)
Source App: Skype: caravaname
Body:
Thanks
---------------------------
From: From: caravaname Rami Ghanem
Timestamp: 2/14/2015 6:50:25 PM(UTC+0)
Source App: Skype: caravaname
Body:
hello
---------------------------
From: From: renesance123 Soft
Timestamp: 2/15/2015 10:30:34 PM(UTC+0)
Source App: Skype: caravaname
Body:
Hi dear brother
I have 2 good news:
1) Vladimir came back from his trip. Everything is ok. Our friends are happy
2) yurii was doing his job today . First time with one Arab friend and communication was ok because all these guys studied in Russia .
After that they made one flight together with another guy from our team. The communication with ground support was very good and
without any problem.
So everything is ok
---------------------------
From: From: renesance123 Soft
Timestamp: 2/15/2015 11:34:09 PM(UTC+0)
Source App: Skype: caravaname
Body:
Are you ok?
---------------------------
From: From: renesance123 Soft
Timestamp: 2/16/2015 10:44:44 AM(UTC+0)
Source App: Skype: caravaname
Body:


---------------------------
From: From: renesance123 Soft
Timestamp: 2/16/2015 10:49:24 AM(UTC+0)
Source App: Skype: caravaname
Body:


---------------------------
From: From: caravaname Rami Ghanem
Timestamp: 2/16/2015 10:52:11 AM(UTC+0)
Source App: Skype: caravaname
Body:
yes but it's not important for now thank you for the information anyway we will get to this matter later brother
---------------------------
From: From: caravaname Rami Ghanem
Timestamp: 2/16/2015 10:53:22 AM(UTC+0)
Source App: Skype: caravaname
Body:
focus on getting the goods
---------------------------
From: From: renesance123 Soft
Timestamp: 2/16/2015 10:57:25 AM(UTC+0)
Source App: Skype: caravaname
Body:


---------------------------
From: From: renesance123 Soft
Timestamp: 2/16/2015 10:57:41 AM(UTC+0)
Source App: Skype: caravaname
Body:


---------------------------
From: From: renesance123 Soft
Timestamp: 2/16/2015 10:58:04 AM(UTC+0)

Subject to Protective Order

Ghanem-00055455

Source App: Skype: caravaname
Body:

----------------------------
From: From: renesance123 Soft
Timestamp: 2/16/2015 10:58:22 AM(UTC+0)
Source App: Skype: caravaname
Body:

----------------------------
From: From: renesance123 Soft
Timestamp: 2/16/2015 10:58:51 AM(UTC+0)
Source App: Skype: caravaname
Body:

----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 2/16/2015 2:35:36 PM(UTC+0)
Source App: Skype: caravaname
Body:
Any update
----------------------------
From: From: renesance123 Soft
Timestamp: 2/16/2015 2:35:47 PM(UTC+0)
Source App: Skype: caravaname
Body:
Yes
----------------------------
From: From: renesance123 Soft
Timestamp: 2/16/2015 2:35:51 PM(UTC+0)
Source App: Skype: caravaname
Body:
Working
----------------------------
From: From: renesance123 Soft
Timestamp: 2/16/2015 2:36:12 PM(UTC+0)
Source App: Skype: caravaname
Body:
May be we will have full delivery
----------------------------
From: From: renesance123 Soft
Timestamp: 2/16/2015 2:36:19 PM(UTC+0)
Source App: Skype: caravaname
Body:
3 kinds
----------------------------
From: From: renesance123 Soft
Timestamp: 2/16/2015 2:36:22 PM(UTC+0)
Source App: Skype: caravaname
Body:
3 planes
----------------------------
From: From: renesance123 Soft
Timestamp: 2/16/2015 2:36:35 PM(UTC+0)
Source App: Skype: caravaname
Body:
I will tell you later
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 2/16/2015 2:38:08 PM(UTC+0)
Source App: Skype: caravaname
Body:
(y)
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 2/16/2015 2:38:32 PM(UTC+0)
Source App: Skype: caravaname
Body:
Ok

Ghanem-00055456

00053978

---------------------------
From: From: renesance123 Soft
Timestamp: 2/16/2015 2:38:56 PM(UTC+0)
Source App: Skype: caravaname
Body:
With our guys no more problems?
---------------------------
From: From: renesance123 Soft
Timestamp: 2/17/2015 1:31:14 PM(UTC+0)
Source App: Skype: caravaname
Body:
Dear Rami do you this company:
AVIOCOM TECH NOLOGIES
---------------------------
From: From: renesance123 Soft
Timestamp: 2/17/2015 1:31:22 PM(UTC+0)
Source App: Skype: caravaname
Body:
Jordan
---------------------------
From: From: renesance123 Soft
Timestamp: 2/17/2015 1:31:45 PM(UTC+0)
Source App: Skype: caravaname
Body:
Do you know this company?
---------------------------
From: From: caravaname Rami Ghanem
Timestamp: 2/17/2015 1:31:53 PM(UTC+0)
Source App: Skype: caravaname
Body:
name of the manager
---------------------------
From: From: renesance123 Soft
Timestamp: 2/17/2015 1:32:03 PM(UTC+0)
Source App: Skype: caravaname
Body:
I have no it
---------------------------
From: From: renesance123 Soft
Timestamp: 2/17/2015 1:33:25 PM(UTC+0)
Source App: Skype: caravaname
Body:
Address: 87 Gardens, St. Haddad Center Amman, Jordan
---------------------------
From: From: caravaname Rami Ghanem
Timestamp: 2/17/2015 1:35:02 PM(UTC+0)
Source App: Skype: caravaname
Body:
no i don't know nless i know the manager's name but why
---------------------------
From: From: renesance123 Soft
Timestamp: 2/17/2015 1:35:42 PM(UTC+0)
Source App: Skype: caravaname
Body:
They appeared on hirizont
---------------------------
From: From: renesance123 Soft
Timestamp: 2/17/2015 1:35:58 PM(UTC+0)
Source App: Skype: caravaname
Body:
I will explain you in the evening
---------------------------
From: From: caravaname Rami Ghanem
Timestamp: 2/17/2015 1:36:03 PM(UTC+0)
Source App: Skype: caravaname
Body:
and
---------------------------
From: From: renesance123 Soft

Subject to Protective Order

Ghanem-00055457

00053978

Timestamp: 2/17/2015 1:36:16 PM(UTC+0)
Source App: Skype: caravaname
Body:
If you will have time for  me
----------------------------
From: From: renesance123 Soft
Timestamp: 2/17/2015 1:36:23 PM(UTC+0)
Source App: Skype: caravaname
Body:
Joke:)
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 2/17/2015 1:36:33 PM(UTC+0)
Source App: Skype: caravaname
Body:
(rofl)
----------------------------
From: From: renesance123 Soft
Timestamp: 2/17/2015 1:37:00 PM(UTC+0)
Source App: Skype: caravaname
Body:
I like that you have good disposition
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 2/17/2015 1:37:22 PM(UTC+0)
Source App: Skype: caravaname
Body:
(y)
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 2/17/2015 1:38:32 PM(UTC+0)
Source App: Skype: caravaname
Body:
try to get the name of the owner and I will know all what it require about them
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 2/17/2015 1:39:35 PM(UTC+0)
Source App: Skype: caravaname
Body:
it looks like a communication company they worked with the mobile companies in Jordan but get me some names
----------------------------
From: From: renesance123 Soft
Timestamp: 2/17/2015 1:44:22 PM(UTC+0)
Source App: Skype: caravaname
Body:
I will try
----------------------------
From: From: renesance123 Soft
Timestamp: 2/17/2015 1:53:19 PM(UTC+0)
Source App: Skype: caravaname
Body:
Check your viber
----------------------------
From: From: renesance123 Soft
Timestamp: 2/17/2015 1:53:21 PM(UTC+0)
Source App: Skype: caravaname
Body:
Please
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 2/17/2015 1:55:47 PM(UTC+0)
Source App: Skype: caravaname
Body:
got it but no names I am sorry I don't know them...... last name of the family is how we know who is who
----------------------------
From: From: renesance123 Soft
Timestamp: 2/17/2015 1:56:36 PM(UTC+0)
Source App: Skype: caravaname
Body:

Subject to Protective Order

Ghanem-00055458

00053978

Yes I understand but you seen no name indicated
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 2/17/2015 2:16:14 PM(UTC+0)
Source App: Skype: caravaname
Body:
hello
----------------------------
From: From: renesance123 Soft
Timestamp: 2/17/2015 2:51:57 PM(UTC+0)
Source App: Skype: caravaname
Body:
Rami sorry
----------------------------
From: From: renesance123 Soft
Timestamp: 2/17/2015 2:52:02 PM(UTC+0)
Source App: Skype: caravaname
Body:
Can not speak
----------------------------
From: From: renesance123 Soft
Timestamp: 2/17/2015 2:52:11 PM(UTC+0)
Source App: Skype: caravaname
Body:
Very hard discussion
----------------------------
From: From: renesance123 Soft
Timestamp: 2/17/2015 2:52:20 PM(UTC+0)
Source App: Skype: caravaname
Body:
I will call you later
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 2/17/2015 2:52:28 PM(UTC+0)
Source App: Skype: caravaname
Body:
ok
----------------------------
From: From: renesance123 Soft
Timestamp: 2/17/2015 2:52:51 PM(UTC+0)
Source App: Skype: caravaname
Body:
I hope you will not be abset that I do not answer
----------------------------
From: From: renesance123 Soft
Timestamp: 2/17/2015 2:53:10 PM(UTC+0)
Source App: Skype: caravaname
Body:
Please believe I try to do impossible things
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 2/17/2015 2:53:23 PM(UTC+0)
Source App: Skype: caravaname
Body:
be happy
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 2/17/2015 2:53:32 PM(UTC+0)
Source App: Skype: caravaname
Body:
carry on with your work
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 2/17/2015 2:53:39 PM(UTC+0)
Source App: Skype: caravaname
Body:
 I am fine
----------------------------
From: From: renesance123 Soft

Ghanem-00055459

Timestamp: 2/18/2015 8:26:49 PM(UTC+0)
Source App: Skype: caravaname
Body:
Hi
----------------------------
From: From: renesance123 Soft
Timestamp: 2/18/2015 8:27:06 PM(UTC+0)
Source App: Skype: caravaname
Body:
I am still on the meeting will call you later
----------------------------
From: From: renesance123 Soft
Timestamp: 2/18/2015 8:27:11 PM(UTC+0)
Source App: Skype: caravaname
Body:
Thanks
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 2/18/2015 8:27:24 PM(UTC+0)
Source App: Skype: caravaname
Body:
ok
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 2/18/2015 11:42:12 PM(UTC+0)
Source App: Skype: caravaname
Body:
still
----------------------------
From: From: renesance123 Soft
Timestamp: 2/19/2015 9:44:09 AM(UTC+0)
Source App: Skype: caravaname
Body:
Hi my brother
----------------------------
From: From: renesance123 Soft
Timestamp: 2/19/2015 9:44:18 AM(UTC+0)
Source App: Skype: caravaname
Body:
Do not be abset
----------------------------
From: From: renesance123 Soft
Timestamp: 2/19/2015 9:44:31 AM(UTC+0)
Source App: Skype: caravaname
Body:
I try to resolve everything
----------------------------
From: From: renesance123 Soft
Timestamp: 2/19/2015 9:45:02 AM(UTC+0)
Source App: Skype: caravaname
Body:
Yesterday i arrived to my hotel practical dead and very tired
----------------------------
From: From: renesance123 Soft
Timestamp: 2/19/2015 9:45:13 AM(UTC+0)
Source App: Skype: caravaname
Body:
I am on the meeting now
----------------------------
From: From: renesance123 Soft
Timestamp: 2/19/2015 9:45:36 AM(UTC+0)
Source App: Skype: caravaname
Body:
We try to finish everything till tommorrow
----------------------------
From: From: renesance123 Soft
Timestamp: 2/19/2015 9:45:56 AM(UTC+0)
Source App: Skype: caravaname
Body:

Subject to Protective Order

Ghanem-00055460

When i finish my meeting I will call you
-----------------------------
From: From: renesance123 Soft
Timestamp: 2/19/2015 7:58:32 PM(UTC+0)
Source App: Skype: caravaname
Body:
Dear brother
-----------------------------
From: From: renesance123 Soft
Timestamp: 2/19/2015 7:58:38 PM(UTC+0)
Source App: Skype: caravaname
Body:
I am online
-----------------------------
From: From: renesance123 Soft
Timestamp: 2/19/2015 7:58:49 PM(UTC+0)
Source App: Skype: caravaname
Body:
Let me know when you are here
-----------------------------
From: From: renesance123 Soft
Timestamp: 2/19/2015 7:58:53 PM(UTC+0)
Source App: Skype: caravaname
Body:
Thanks
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 2/19/2015 8:31:32 PM(UTC+0)
Source App: Skype: caravaname
Body:
call me when ready
-----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 2/19/2015 8:56:31 PM(UTC+0)
Source App: Skype: caravaname
Body:
Nikos Georgoulas
Principal

Mob <a href="skype:+306932298000">+30693 22 98000</a>
<a href="mailto:n.p.georgoulas@whitesteps.com">n.p.georgoulas@whitesteps.com</a>


<a href="http://www.whitesteps.com">www.whitesteps.com</a>
<a href="mailto:info@whitesteps.com">info@whitesteps.com</a>

| WHITESTEPS S.A. | WHITESTEPS S.A. | WHITESTEPS HK LTD. | WHITESTEPS CO LTD. |
|---|---|---|---|
| Rue Pierre-Aeby 10 | 353 Irakliou Aven. | 701/702 Fu Fai Com. Ctr. | Kasemkij Building |
| 1702 Fribourg | 141 22 Athens | 27 Hillier Street | 120 Silom Road |
| Switzerland | Greece | Hong Kong | Bangkok |

· <a href="skype:+41225100633">+41 225100633</a>   · <a href="skype:+302130317370">+30 2130317370</a>   · <a
href="skype:+85236789919">+852 36789919</a>   · <a href="skype:+66825852177">+668 25852177</a>
-----------------------------
From: From: renesance123 Soft
Timestamp: 2/21/2015 5:43:51 PM(UTC+0)
Source App: Skype: caravaname
Body:
Manchjucov
-----------------------------
From: From: renesance123 Soft
Timestamp: 2/22/2015 1:25:04 PM(UTC+0)
Source App: Skype: caravaname
Body:
Check mail
-----------------------------
From: From: renesance123 Soft
Timestamp: 2/22/2015 1:54:29 PM(UTC+0)

Subject to Protective Order

Ghanem-00055461

Source App: Skype: caravaname
Body:
Are you ?here
-----------------------------
From: From: renesance123 Soft
Timestamp: 2/22/2015 1:54:39 PM(UTC+0)
Source App: Skype: caravaname
Body:
I need to go
-----------------------------
From: From: renesance123 Soft
Timestamp: 2/22/2015 1:54:44 PM(UTC+0)
Source App: Skype: caravaname
Body:
But i have news
-----------------------------
From: From: renesance123 Soft
Timestamp: 2/22/2015 2:02:27 PM(UTC+0)
Source App: Skype: caravaname
Body:
Are you here?
-----------------------------
From: From: renesance123 Soft
Timestamp: 2/22/2015 3:51:13 PM(UTC+0)
Source App: Skype: caravaname
Body:
I am back
-----------------------------
From: From: renesance123 Soft
Timestamp: 2/22/2015 3:51:21 PM(UTC+0)
Source App: Skype: caravaname
Body:
Call any moment
-----------------------------
From: From: renesance123 Soft
Timestamp: 2/22/2015 3:51:27 PM(UTC+0)
Source App: Skype: caravaname
Body:
Thanks :)
-----------------------------
From: From: renesance123 Soft
Timestamp: 2/22/2015 4:01:00 PM(UTC+0)
Source App: Skype: caravaname
Body:
Sorry I did not hear your call
-----------------------------
From: From: renesance123 Soft
Timestamp: 2/22/2015 6:33:18 PM(UTC+0)
Source App: Skype: caravaname
Body:
    Dear Rami
Please find out if MR Omar is able to come tomorrow at 17:00or 18:00 to the address I sent to you few days ago
-----------------------------
From: From: renesance123 Soft
Timestamp: 2/22/2015 6:51:28 PM(UTC+0)
Source App: Skype: caravaname
Body:
Rami stop
I will arrange everything in Kiev
Tomorrow in the evening when Andrei arrive to Kiev I will inform you
-----------------------------
From: From: renesance123 Soft
Timestamp: 2/22/2015 11:04:00 PM(UTC+0)
Source App: Skype: caravaname
Body:
Are you sleeping?
-----------------------------
From: From: renesance123 Soft
Timestamp: 2/22/2015 11:13:47 PM(UTC+0)

Ghanem-00055462

00053978

Source App: Skype: caravaname
Body:
I sent you budget
-----------------------------
From: From: renesance123 Soft
Timestamp: 2/22/2015 11:14:17 PM(UTC+0)
Source App: Skype: caravaname
Body:
The only thing is not indicated there is cash fees-6700$
-----------------------------
From: From: renesance123 Soft
Timestamp: 2/23/2015 9:47:50 AM(UTC+0)
Source App: Skype: caravaname
Body:
Tried to call you but nothing
-----------------------------
From: From: renesance123 Soft
Timestamp: 2/23/2015 9:48:12 AM(UTC+0)
Source App: Skype: caravaname
Body:
Let me know when you are here dear brother
-----------------------------
From: From: renesance123 Soft
Timestamp: 2/23/2015 9:48:19 AM(UTC+0)
Source App: Skype: caravaname
Body:
Have a nice day
-----------------------------
From: From: renesance123 Soft
Timestamp: 2/23/2015 3:41:53 PM(UTC+0)
Source App: Skype: caravaname
Body:
Good evening
Address:1-й km road Kiev-Odesa village Gatnoe str. Institutskaia 73 hotel Terra nova
-----------------------------
From: From: renesance123 Soft
Timestamp: 2/23/2015 3:42:06 PM(UTC+0)
Source App: Skype: caravaname
Body:
At 20:00 it will be ok
-----------------------------
From: From: renesance123 Soft
Timestamp: 2/23/2015 5:00:42 PM(UTC+0)
Source App: Skype: caravaname
Body:
I am here
-----------------------------
From: From: renesance123 Soft
Timestamp: 2/28/2015 7:58:03 PM(UTC+0)
Source App: Skype: caravaname
Body:
All this noise with my guys is a stupid joke
They hâd a free day yesterday and nobody refused missions
-----------------------------
From: From: renesance123 Soft
Timestamp: 2/28/2015 8:31:29 PM(UTC+0)
Source App: Skype: caravaname
Body:
Garmin 495
-----------------------------
From: From: renesance123 Soft
Timestamp: 3/1/2015 9:21:50 AM(UTC+0)
Source App: Skype: caravaname
Body:
Hi Rami
Do you have any news about oficial ceremony rifles?
-----------------------------
From: From: renesance123 Soft
Timestamp: 3/1/2015 9:21:54 AM(UTC+0)

Ghanem-00055463

00053978

Source App: Skype: caravaname
Body:
Thanks
----------------------------
From: From: renesance123 Soft
Timestamp: 3/1/2015 8:04:28 PM(UTC+0)
Source App: Skype: caravaname
Body:
Dear Rami
Please send me the Draft of EUC without name of the city! As we discussed
----------------------------
From: From: renesance123 Soft
Timestamp: 3/1/2015 8:05:08 PM(UTC+0)
Source App: Skype: caravaname
Body:
What about airbus the guy is in India and come back only next Sunday
----------------------------
From: From: renesance123 Soft
Timestamp: 3/1/2015 8:07:01 PM(UTC+0)
Source App: Skype: caravaname
Body:
Please send Draft ASAP to send it to Kenia
Thanks in advance
Hope you are ok
I will be online next 2 hours
Tomorow as you know i have a trip but my number+359 and viber will be switch on
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 3/4/2015 5:29:51 PM(UTC+0)
Source App: Skype: caravaname
Body:
Moon Storm Enterprises Ltd
----------------------------
From: From: renesance123 Soft
Timestamp: 3/4/2015 5:31:38 PM(UTC+0)
Source App: Skype: caravaname
Body:
TIM grup bulgary
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 3/4/2015 5:44:27 PM(UTC+0)
Source App: Skype: caravaname
Body:

----------------------------
From: From: renesance123 Soft
Timestamp: 3/20/2015 8:28:41 AM(UTC+0)
Source App: Skype: caravaname
Body:
I am in Moscow :)
----------------------------
From: From: renesance123 Soft
Timestamp: 3/20/2015 8:29:00 AM(UTC+0)
Source App: Skype: caravaname
Body:
After 2 hours first meeting
----------------------------
From: From: renesance123 Soft
Timestamp: 3/20/2015 8:29:17 AM(UTC+0)
Source App: Skype: caravaname
Body:
And of course GOOD MORNING
----------------------------
From: From: caravaname Rami Ghanem
Timestamp: 3/30/2015 9:05:46 AM(UTC+0)
Source App: Skype: caravaname
Body:
where did you go
----------------------------

Ghanem-00055464

00053978

From: From: renesance123 Soft
Timestamp: 4/3/2015 9:16:43 PM(UTC+0)
Source App: Skype: caravaname
Body:
Rami are you here?
----------------------------
From: From: renesance123 Soft
Timestamp: 4/5/2015 5:03:19 PM(UTC+0)
Source App: Skype: caravaname
Body:
Sergei, I.will not mention prices before he sees you in person. Please do your best to come to Sofia.
----------------------------
From: From: renesance123 Soft
Timestamp: 4/5/2015 5:03:37 PM(UTC+0)
Source App: Skype: caravaname
Body:
Hallo my friend! I. suggests we meet Tuesday in Sofia. Would you be able to come?
----------------------------
From: From: renesance123 Soft
Timestamp: 4/14/2015 11:03:33 AM(UTC+0)
Source App: Skype: caravaname
Body:
Hi brother
----------------------------
From: From: renesance123 Soft
Timestamp: 4/14/2015 11:03:39 AM(UTC+0)
Source App: Skype: caravaname
Body:
How are you
----------------------------
From: From: renesance123 Soft
Timestamp: 4/14/2015 11:04:08 AM(UTC+0)
Source App: Skype: caravaname
Body:
we can not speak with each other  for 2 days
----------------------------
From: From: renesance123 Soft
Timestamp: 4/14/2015 11:04:25 AM(UTC+0)
Source App: Skype: caravaname
Body:
please vlet me know when we can speak
----------------------------

Subject to Protective Order

Ghanem-00055465

00053978

# EXHIBIT 11



00031733                    Subject to Protective Order                    Ghanem-0003755

# EXHIBIT 12

Ghanem-00072445

# EXHIBIT 13



00143055.pdf

Ghanem-00072445

# EXHIBIT 14



Subject to Protective Order



Subject to Protective Order

# EXHIBIT 15

| | |
|---|---|
| **From:** | Alexei Alexei <office.hartford@gmail.com> |
| **Sent:** | Sunday, June 28, 2015 12:50 AM |
| **To:** | Rami Ghanem <ramithe@gmail.com> |
| **Subject:** | Jordan |





Ghanem-00072443



Ghanem-00072443



Ghanem-00072443



**With best regard,**
**Pavlo Heine**
**General Director**

Metorg Farm
Kiev,Ukraine, 04074
2a,Avtozavodskaya str.,of.1-4
tel/fax: +38 044 586 20 11
mob: � �+38 093 598 98 98
e-mail: boss@metorgfarm.com
www.metorgfarm.com

Ghanem-00072443

# EXHIBIT 16



