





Sergei
Last seen 18 October 2015

Mail

My people arrived just now to moldova

Good evening

I will have news tonight

My people from Ukraine suppose me to not take Ukrainian name because of language difficulties you can have in future

They think it is better to use Arabic name and to show that you was married in Ukraine and obtained citizenship

But they told that we nav

Write a message

| | |
|---|---|
| **From:** | Rami Ghanem |
| **To:** | "Alexei Alexei" |
| **Subject:** | Name |
| **Date:** | Saturday, July 4, 2015 11:15:14 AM |

# Rony Youssef Karam

# Mother: Lara Talal Arsalan
# Father: Youssef Sami Karam

# Born on April 1st 1964 in Zgharta

**Rami Ghanem**

**Gateway to Egypt. (GTE)**

**Complex 133, Building 7, Apartment 32**
**Al Rehab City, Cairo  Egypt**
**Telephone# 00201127999552**
**Iternational #: +37282432246**
**Jordan Office**

Tel: 962 6 5685624
Fax: 962 6 5685625
**ramithe@gmail.com**  or  rami@caravaname.com
US Telephone: 772 675-4363     Skype Address: **caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct to notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn

Before you pray »Forgive
Before you hurt »Feel
Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

`

# EXHIBIT 17



Ghanem_00039830

00038408

# EXHIBIT 18

| | |
|---|---|
| **From:** | GMAIL <ramithe@gmail.com> |
| **Sent:** | Friday, July 3, 2015 2:20 PM |
| **To:** | Alexei Alexei <office.hartford@gmail.com> |
| **Subject:** | Re: NEW Rami |

I have to go back to school to remember those names

Sent from my Huawei Mobile


-------- Original Message --------
Subject: NEW Rami
From: Alexei Alexei
To: Rami Ghanem
CC:


1) you: Roman Tarasovici Boico
2) mother: Hristina Nicolaevna Kostiuc
3) father: Taras Vasilievich Boico

Date�of born - ????

Ghanem_00072443

# EXHIBIT 19



Airplane mode  〰  ⬭   🖥 ⚠ ⋯      🔕 ✈ 58% 🔋 7:40 AM

 **Sergei**
Last seen 18 October 2015



Mail

Thanks

My people arrived just now to moldova

Good evening

I will have news tonight

My people from Ukraine suppose me to not take Ukrainian name because of language difficulties you can have in future

They think it is better to use Arabic name and to show that you was married in Ukraine and obtained citizenship

 Write a message        

    

Ghanem_00072445



Airplane mode 58% 7:40 AM



### Sergei
Last seen 18 October 2015

 

They think it is better to use Arabic name and to show that you was married in Ukraine and obtained citizenship — 6:32 PM

But they told that we pay we decide — 6:32 PM

Think please about it — 6:33 PM

6:33 PM 

I think that when we pay we pay for to make life easier — 6:33 PM

↙ **Incoming call** - 00:00 — 6:33 PM

Are you busy ??? — 6:33 PM

Wait your letter with names — 7:12 PM

 Write a message 

  



**Sergei**
Last seen 18 October 2015

Wait your letter with names

It was sent..did you get it

Got it

Dr rami



It will be Dr. Rony

Not Dr. Rami

It is a joke




Write a message

00142463                                        Ghanem 00072445

# EXHIBIT 20

| | |
|---|---|
| **From:** | Rami Ghanem <ramithe@gmail.com> |
| **Sent:** | Saturday, July 4, 2015 11:15 AM |
| **To:** | Alexei Alexei <office.hartford@gmail.com> |
| **Subject:** | Name |

# Rony Youssef Karam

# Mother: Lara Talal Arsalan
# Father: Youssef Sami Karam

# Born on April 1st 1964 in Zgharta

**Rami Ghanem**

**Gateway to Egypt. (GTE)**
**Complex 133, Building 7, Apartment 32**
**Al Rehab City, Cairo  Egypt**
**Telephone# 00201127999552**
**Iternational #: +37282432246**
**Jordan Office**

Tel: 962 6 5685624
Fax: 962 6 5685625
**ramithe@gmail.com**  or  rami@caravaname.com
US Telephone: 772 675-4363     Skype **Address: caravaname**

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, this message will self destruct so notify the sender; do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of CME or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorized representative of the company.

Life is short.. So love your life.. Be happy.. And Keep smiling.. and

Before you speak »Listen
Before you write »Think
Before you spend »Earn
Before you pray »Forgive
Before you hurt »Feel

Before you hate »Love
Before you quit »Try
Before you die »Live

That's Life...

# EXHIBIT 21

Airplane mode 🎤 ○ 📧⚠ ⋯ 🔕 ✈ 41% 🔋 8:50 AM

‹ Sergei 📞 ⚙ ⋮

10-09-2015

Good morning my people decided the next you need to scan very simple signature according to the name we choose :
Rony Youssef Karam
- english,
Рони Юсуфович Карам-russian,
they will sign all documents and we will come Monday to Lvov and Tuesday from the morning till the evening we will finish everything, max Wednesday in the morning and after that we can go to Nigeria

9:24 AM

+ 🐻 Type to compose ((◦))

◁ ○ ▢

Ghanem-00072445



Airplane mode ⌁ ◯  ☖ ⚠ ⋯  🔇 ✈ 41% 🔋 8:50 AM

‹ Sergei                    📞    ⚙    ⋮

**10-09-2015**

My fight to Moldova is at 14:20 pm

9:25 AM

Cairo-Istanbul-Chisinau

3  MS 735 Y 10SEP 4
CAIIST HK2    3 1420
1730  *1A/E*

5  TK 271 Y 10SEP 4
ISTKIV HK2    I 1915
2045  *1A/E*

9:26 AM

Please create simple signature for new name:

Rony Youssef Karam



＋  🐻   Type to compose        «(◯)»

◁    ◯    ▢

‹ **Sergei**

10-09-2015    9:26 AM

Please create simple signature for new name:

Rony Youssef Karam

Рони Юсуфович Карам
Scan it And send me to my mail
Thanks

11:08 AM

I leave the hotel in 30 minutes and to the airport
Will call you after arrive to Moldova
Br

11:19 AM

**call me please**    11:20 AM

Type to compose

Airplane mode 🎙 ▢ 🚗 ⚠ ⋯ 🔇 ✈ 41% 🔋 8:51 AM

‹ Sergei 📞 ⚙ ⋮

10-09-2015

I leave the hotel in 30 minutes and to the airport
Will call you after arrive to Moldova
Br

11:19 AM

call me please 11:20 AM



11:30 AM

＋ 🐻 Type to compose ((🎤))

◁ ◯ ▢

00142717.pdf

Ghanem-00072445



00142718                                                                 Ghanem-00072445





Ghanem-00072445

# EXHIBIT 22

| | |
|---|---|
| **From:** | Rami Ghanem <ramithe@gmail.com> |
| **Sent:** | Thursday, September 10, 2015 2:39 AM |
| **To:** | Alexei Alexei <office.hartford@gmail.com> |
| **Cc:** | Bill Grigor <office.gb.defence@gmail.com> |
| **Subject:** | Hello from Roney |
| **Attach:** | 03fc5cc6f8f11b53a47a42275c79162ab74c8695345568a1282d320e1ae9b7e0.jpg |

<<...>>