NICOLA T. HANNA
United States Attorney
PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division
MELISSA MILLS (Cal. Bar No. 248529)
GEORGE E. PENCE (Cal. Bar No. 257595)
Assistant United States Attorney
Terrorism and Export Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-0627/2253
    Facsimile:  (213) 894-2927
    Email:  Melissa.Mills@usdoj.gov
        George.Pence@usdoj.gov
CHRISTIAN E. FORD (Cal. Bar No. 264564)
Trial Attorney
Counterintelligence and Export Control Section
National Security Division
Department of Justice
    600 E. Street, NW, 10th Floor
    Washington, DC 20004
    Telephone:  (202) 233-2049
    Email:  Christian.Ford@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 15-704-SJO |
|---|---|
| Plaintiff, | NOTICE OF LODGING |
| v. | |
| RAMI GHANEM, | |
| Defendant. | |

The United States, by its attorney of record, the United States Attorney's Office for the Central District of California and undersigned counsel, hereby lodges sentencing exhibits 1100-1135, which were originally submitted with erroneous numbering.

Dated: May 14, 2019                    Respectfully submitted,

                                            NICOLA T. HANNA
                                            United States Attorney

                                            PATRICK R. FITZGERALD
                                            Assistant United States Attorney
                                            Chief, National Security Division

                                            _____/s/_____
                                            MELISSA MILLS
                                            GEORGE E. PENCE
                                            Assistant United States Attorneys

                                            Attorneys for Plaintiff
                                            UNITED STATES OF AMERICA