# EXHIBIT 1105

DEPARTMENT OF DEFENSE
OFFICE OF INSPECTOR GENERAL

DEPUTY INSPECTOR GENERAL FOR
ADMINISTRATIVE INVESTIGATIONS


AUDIO TRANSCRIPTION


```
x - - - - - - - - - - - - - x
:                           :
:                           :
:       RECORDING OF        :
:                           :
:     UNDERCOVERMEETING     :
:     ODF AUD FO EXHIBIT 32 :
:                           :
:                           :
x - - - - - - - - - - - - - x
```

Case Number DCIS-2015000882


Tuesday, December 8, 2015


THIS IS A PRIVILEGED DOCUMENT.  Neither this document nor
information contained in this document will be disclosed
outside the Office of the Inspector General, Department of
Defense, without the approval of the Deputy Inspector
General for Administrative Investigations, Office of the
Inspector General, Department of Defense.


FOR OFFICIAL USE ONLY

Diversified Reporting Services, Inc.
1426 Duke Street
Alexandria, Virginia 22314
(202) 467-9200

Undercover Meeting 12/8/15                              2

1                P R O C E E D I N G S

2           UNKNOWN MALE 1:  It's on.  Don't worry about it.

3    All right.  Today's date is December 8th --

4           UCO:  9th.  8th.

5           UNKNOWN MALE 1:  2015.  It's approximately 8:45

6    a.m.  This is an undercover meeting between HSI UC UC

7    Operator and Rami Ghanem.  The mike is there.

8           UC OPERATOR:  And then the button?

9           UNKNOWN MALE 1:  The button is down here.

10          (Chatter.)

11          UNKNOWN MALE 2:  How do you want to do this?

12   You're going to talk to Mr. Ghanem and that tape

13   (inaudible).

14          UC OPERATOR:  Say come back in 15 minutes.

15          UNKNOWN MALE 2:  Okay.

16          UC OPERATOR:  I'll go like this.

17          UNKNOWN MALE 2:  (Inaudible.)

18          UC OPERATOR:  All right.  Turn on the volume?

19          UNKNOWN MALE 2:  Yeah.

20          UC OPERATOR:  This shit is fucking crazy.

21          (Long background noise until)

22          UC OPERATOR:  Hi, good morning.

23          WAITRESS:  Good morning.

24          UC OPERATOR:  Room 522.

25          WAITRESS:  522.

FOR OFFICIAL USE ONLY

Undercover Meeting 12/8/15                                    3

1              UC OPERATOR:  Yeah, thank you.

2              WAITRESS:  Good morning.

3              UC OPERATOR:  Good morning.  Coffee.

4              (Long background noise)

5              UC OPERATOR:  Excuse me.  Do you have a phone

6    here I can call a guest?

7              WAITRESS:  Yes.  What's your number?

8              UC OPERATOR:  531.

9              WAITRESS:  Dial it?

10             UC OPERATOR:  Good morning.  How are you?  Good.

11   I'm in the breakfast area, so whenever you want to come

12   down.  No problem.  See you.  Bye.  Thank you very much.

13             WAITRESS:  You're welcome.

14             (Long background noise)

15             WAITRESS:  Do you want more coffee?

16             UC OPERATOR:  Yes, please.  Do you have creamer

17   too?

18             WAITRESS:  Excuse me?

19             UC OPERATOR:  Creamer for coffee?

20             WAITRESS:  Yes, yes, of course.

21             UC OPERATOR:  Thank you.

22             (Long background noise.)

23             MR. GHANEM:  Good morning.

24             UC OPERATOR:  Good morning.  How are you?

25             MR. GHANEM:  Did you order yet?

FOR OFFICIAL USE ONLY

Undercover Meeting 12/8/15                           4

1              UC OPERATOR:  Not yet.  I was waiting for you.

2              MR. GHANEM:  You ready?

3              UC OPERATOR:  Yeah.

4              MR. GHANEM:  It's easy to identify you.

5              UC OPERATOR:  From a mile away.

6              MR. GHANEM:  Did you hear the news.

7              UC OPERATOR:  What news?

8              MR. GHANEM:  The shooting.

9              UC OPERATOR:  Oh.  The whole world is on fire.

10    I'm watching NFL.

11             MR. GHANEM:  You're watching NFL?  Good.

12             UC OPERATOR:  Did you -- did you hear, Dallas?

13             MR. GHANEM:  What about it?

14             UC OPERATOR:  Pulled a last second 54 yard field

15    goal to beat the Redskins 16 to 19.

16             MR. GHANEM:  Today?

17             UC OPERATOR:  Well, yeah, Monday night.

18             MR. GHANEM:  Monday night, Monday night.  Yeah.

19             WAITRESS:  Good morning, sir.  Some coffee or tea

20    for you?

21             MR. GHANEM:  Coffee.

22             WAITRESS:  Coffee.

23             MR. GHANEM:  Do you have some water?

24             WAITRESS:  Water?  Yes.

25             MR. GHANEM:  (Inaudible.)

FOR OFFICIAL USE ONLY

1          UC OPERATOR:  Yeah.  54 yard field goal.

2          MR. GHANEM:  They're not doing so good. *bad/7*

3          UC OPERATOR:  No.  They're 4 and 8.

4          MR. GHANEM:  Yeah, they lost to last time to

5    Falcons.

6          UC OPERATOR:  The Falcons they lost to?  Yeah,

7    they've been losing left and right.  You know Romo broke

8    his collarbone again.

9          MR. GHANEM:  Ah.

10         UC OPERATOR:  Twice.  I mean --

11         MR. GHANEM:  (Inaudible) only.

12         UC OPERATOR:  Yeah.  I mean, that's bad.  Poor

13   guy, man, I feel bad for him.  *watching the news*

14         MR. GHANEM:  So you are (inaudible) Donald Trump?

15         UC OPERATOR:  Huh?

16         MR. GHANEM:  Mr. Trump.

17         UC OPERATOR:  Trump is going crazy, man.

18         MR. GHANEM:  Did you hear what he said?

19         UC OPERATOR:  That he doesn't want to let any

20   Muslims in, right?  That's crazy.  I mean, how you can

21   close the door on everybody, right.

22         MR. GHANEM:  Somebody advised him wrong so they
     *Can burn him very fast*
23   (inaudible).  Because he could have been -- he could have

24   been a good player.

25         UC OPERATOR:  Yeah.  But I think he's just trying

1   to, you know, instigate, right.

2          MR. GHANEM:  (Inaudible.) *Convince the Jews*

3          UC OPERATOR:  Yeah.  It will be interesting to

4   see who is going to emerge from the Republican side.

5          MR. GHANEM:  I think Bush.

6          UC OPERATOR:  Bush?  I don't know, man.  The way

7   he burnt -- I don't know if you saw one of the debates.

8   Supposedly what's his name, Rubio, is his friend, you know,

9   like protégé.  He was the mentor.

10          MR. GHANEM:  Did they have, what do you call it,

11   debate?  They (inaudible) debate?

12          UC OPERATOR:  Yeah, yeah, yeah.  They've been

13   debating for a while now.

14          MR. GHANEM:  Who -- who is in front?

15          UC OPERATOR:  I mean, the front runner right now,

16   at least for now, is Trump on the Republican side.

17          MR. GHANEM:  He's the front runner?

18          UC OPERATOR:  Yeah.

19          MR. GHANEM:  Who is second front runner?

20          UC OPERATOR:  You know, after him Ted Cruz I

21   think is -- I don't know.  I wouldn't say he's second.

22   It's a mix.  It's a mix between the surgeon, Ben Carson,

23   Ted Cruz, Rubio.  The three of them are making noise at

24   different levels, different issues.  But Trump is still in

25   --

1          MR. GHANEM:  Who do you like, who do you like?

2          UC OPERATOR:  I don't, I don't like any of them.

3    It's -- I don't know.  I guess I don't get into it until a

4    couple of months before the election, you know, when the

5    candidates are going at it from, you know, different

6    parties.  But right now the infighting and trying to see

7    who is going to win doesn't interest me.

8          MR. GHANEM:  How about --

9          UC OPERATOR:  What's that?

10         MR. GHANEM:  -- the Democrats?

11         UC OPERATOR:  Oh, I think Hillary is going to

12   take it.

13         MR. GHANEM:  You think?

14         UC OPERATOR:  I think so.

15         MR. GHANEM:  Is she popular?

16         UC OPERATOR:  She seems to be the popular choice.

17   Bernie Sanders maybe, but I think Hillary is the

18   frontrunner.

19         MR. GHANEM:  I think she will be burn them if she

20   (inaudible).

21         UC OPERATOR:  Yeah.

22         MR. GHANEM:  (Inaudible) America.  (Inaudible.)

23         UC OPERATOR:  Well, things have changed right,

24   times are changing.

25         MR. GHANEM:  Yeah.  But if Hillary takes over I

Undercover Meeting 12/8/15                                    8

1    think America is going to really go down.

2           UC OPERATOR:  Going to go down?

3           MR. GHANEM:  Yeah.

4           UC OPERATOR:  Because of the foreign issues?

5           MR. GHANEM:  America has (inaudible).  It needs a

6    strong man.

7           UC OPERATOR:  A strong man, like Reagan?

8           MR. GHANEM:  Reagan was strong in his own time.

9           UC OPERATOR:  Yeah.

10          MR. GHANEM:  (Inaudible.) No internet back then

11          UC OPERATOR:  That's true.

12          MR. GHANEM:  The Cold War.

13          UC OPERATOR:  There were two super powers and

14   nobody else dared to, you know, make noise.

15          MR. GHANEM:  Exactly.  Nobody knows what's going
                                 hitter
16   on.  I think George Bush, is too (inaudible).  He flex --

17          UC OPERATOR:  His muscle, yeah.  He did.

18          MR. GHANEM:  He made everybody kneel down.

19          UC OPERATOR:  Recognize, yeah.

20          MR. GHANEM:  His way of saying you're either with

21   us or against us.  He said it in his stupid way and scared
                        everyone
22   the shit out of (inaudible).  You have not -- no place to -
                                 I'm            I'm
23   - you know, you can't stay in Switzerland, that neutral.

24          UC OPERATOR:  The Iranians were caught off guard

25   by he mentioned like the axis of evil.  Iran, Iraq, North

FOR OFFICIAL USE ONLY

1    Korea, like when did Iran come into the equation.  But it
2    is what it is.
3    [Afghanistan] MR. GHANEM:  It was the whole war in Iraq and
4    (inaudible) created out of nothing.  But that's flexing
5    muscle, you know.  It doesn't matter (inaudible).  They
6    could probably bring that Iraq is the fifth largest power
7    in the world.  They forgot Russia, they forgot China, they
8    forgot India, and --
9              UC OPERATOR:  Even France.
10             MR. GHANEM:  England, France, Germany.
11             UC OPERATOR:  Germany.  Japan.
12             MR. GHANEM:  But (inaudible) Ukraine had more
13   (inaudible).  But, you know, it's the commercial before the
14   movie.
15             UC OPERATOR:  Yeah.
16             MR. GHANEM:  It's how you see it.  That's -- this
17   is (inaudible). [Republicans]  You probably can come, I call it blood
18   with Republicans.  They come with the blood.  They create
19   more, absolutely --
20             UC OPERATOR:  Animosity, yeah. [co-]
21             MR. GHANEM:  -- than the (inaudible) guy can say
22   let's create jobs, let's -- (inaudible).
23             So you ask me for my business, I like
24   Republicans.  I like stupit people like Bush.(inaudible).
25             UC OPERATOR:  Huh.  Well, we'll see who is going

Undercover Meeting 12/8/15                              10

1     to get elected.     *Eight years, it's been*

2              MR. GHANEM:  ~~It is~~ Obama (inaudible) mistake.

3     For your work Obama is good.

4              UC OPERATOR:  He's good?

5              MR. GHANEM:  Yeah.

6              UC OPERATOR:  Yeah, I mean, he did straighten out

7     or tighten the sanctions against Iran, which in turn --

8              MR. GHANEM:  Not only, for that.  No war ~~and~~

      *military companies have no sales*

9     everybody (inaudible) ~~don't have service~~.  They give you

10    anything.

11             UC OPERATOR:  You would be surprised.  Yeah,

12    you're right.  You're right.

13             MR. GHANEM:  Yeah, this is where (inaudible) draw

14    the line.

15             UC OPERATOR:  But now did you read that U.S. is

16    running out of missiles to fight ISIS?

17             MR. GHANEM:  What's that?

18             UC OPERATOR:  They're running out of missiles and

19    rockets and bombs.

20             MR. GHANEM:  Who told you that?

21             UC OPERATOR:  It was in the news.

22             MR. GHANEM:  The news?

23             UC OPERATOR:  No, no, no.  I mean, they're

24    putting it out like, hey, we're running out of ammunition.

25             MR. GHANEM:  You (inaudible).

FOR OFFICIAL USE ONLY

1          UC OPERATOR:  No, no, I'm just saying that's what

2     they're putting out there.  Push for more money to be

3     allocated, right, their defense.

                                                    to OBAMA

4          MR. GHANEM:  Maybe they're saying ~~we~~ (inaudible)

5 ~~we~~ need more budget.  But I will answer honest to God do you
            military / U.S. military

6     think that (inaudible) can~~'t~~ sleep if they don't have

7     storages for five years?

8          UC OPERATOR:  No, of course not.  How could --

9     the budget, the national budget goes to defense.

10         MR. GHANEM:  I ask you a second question.  Do you

11    think any military, U.S. military, would allow that to

12    happen?

13         UC OPERATOR:  Of course not.

14         MR. GHANEM:  Third question.  Do you believe

15    these stories?

16         UC OPERATOR:  It's propaganda.

17         MR. GHANEM:  I'm just trying to repeat to you

18    same bullshit (inaudible).

19         UC OPERATOR:  Yeah, yeah, yeah.

20         MR. GHANEM:  My friend, what (inaudible) means.

21    In America when they fought with Iraq they made Iraq like

22    (inaudible).

23         UC OPERATOR:  Yeah.

24         MR. GHANEM:  You see, you see Baghdad at night

25    () it's like a daytime from the ~~right~~ (inaudible).  You
                                   light at night from the bombs

1   tell me --

2          UC OPERATOR:  Yeah.

3          MR. GHANEM:  -- (inaudible.)

4          UC OPERATOR:  Of course not.

5          MR. GHANEM:  It's (inaudible). That's bullshit.

6   It doesn't pass by me.  It doesn't fly.  See, always joking

7   my friend.  A lot of them are -- they laugh because Iraq,

8   you know, cries.  You know, I know when people say

9   (inaudible), you know, make peace all over, we need to live

10  in peace and we're tired of ISIS, we're tired of this,

11  we're tired of that.

12          I said to the guys I(inaudible) wake up every day

13  in the morning.  First two things I do at the same time,

14  coffee, the cigarette is ready.  I go to the TV and press (

15  on the news.  I go on news. If there is peace I go, if

16  there is war I will come _wake up_.  I'm happy.  There is more

17  business for me.

18          UC OPERATOR:  Yeah.

19          MR. GHANEM:  It doesn't matter where is the

20  business, where is the war.  Even if it's in Haiti I will

21  fly there.

22          UC OPERATOR:  You are the original lord of war.

23          MR. GHANEM:  I love war because it's business,

24  you know.

25          UC OPERATOR:  Yes.

Undercover Meeting 12/8/15                              13

1        MR. GHANEM:  And don't tell me I am ~~creating~~ the creator of

2   war,   god's ~~creating~~ war. God (inaudible). *makes war happen*

3        UC OPERATOR:  You just must make sure people

4   don't run out of supplies.

5        MR. GHANEM:  I am the mailman.  I am the mailman

6   only.

7        UC OPERATOR:  Speaking of mailman, remember Karl

8   Malone, that was his nickname.

9        MR. GHANEM:  Who?

10       UC OPERATOR:  The basketball player.

11       MR. GHANEM:  Yes, yes.

12       UC OPERATOR:  And he came over to the Lakers and

13   tried to win that one championship ring, couldn't.

14       MR. GHANEM:  ~~He was~~ just retired?

15       UC OPERATOR:  Kobe is going to retire.

16       MR. GHANEM:  Kobe is?

17       UC OPERATOR:  It's about time, man.  He's been,

18   he's been injured for the past three years.

19       MR. GHANEM:  Kobe playing for?

20       UC OPERATOR:  The Lakers.  But I think this is

21   like season 20 for him.  You want to get a bite to eat?

22   I'm going to call a cab to pick us up.

23       MR. GHANEM:  You are (inaudible).

24       (Background noise)

25

FOR OFFICIAL USE ONLY

1

2              MR. GHANEM:  I talked to (inaudible).

3              UC OPERATOR:  (Inaudible), right?  Right away.

4              MR. GHANEM:  What, you need help?  My Greek

5    friend is here.

6              (Background noise)

7              MR. GHANEM:  What are you eating my friend?  You

8    don't eat food?  There's food.

9              UC OPERATOR:  I know.  I'm going to eat.

10             MR. GHANEM:  What are you going to eat?

11             UC OPERATOR:  Probably some croissant with jelly. *NUTELLA*

12   I've been eating a lot of sweets lately, man.

13             MR. GHANEM:  Really?

14             UC OPERATOR:  Yeah.

15             MR. GHANEM:  Normal.

16             UC OPERATOR:  I got to cut down, man.

17             MR. GHANEM:  Your body crave inaudible).

18             UC OPERATOR:  Yeah.

19             MR. GHANEM:  Have I ever told you that?  No, man.

20   People eat a lot of sweets.

21             UC OPERATOR:  Yeah.  I've been eating a lot of

22   cheese here too.  Every time I come back to Greece my

23   cheese intake goes up.

24             MR. GHANEM:  What do you eat back home?

25             UC OPERATOR:  Omelet, feta, feta cheese with --

Undercover Meeting 12/8/15                                    15

1   you know, have you had Iranian bread, barbari?  Its' really
2   good bread.
3            MR. GHANEM:  (inaudible)
4            UC OPERATOR:  It's like ethnic Iranian.  They
5   call it barbari.
6            MR. GHANEM:  Uhm.
7            UC OPERATOR:  It goes great with like cheese and
8   tomatoes and cucumbers.
9            MR. GHANEM:  Habibi.  You know habibi  I love
10  bread altogether.  When I go, my favorite is Iranian then
11  Indian.
12           UC OPERATOR:  Indians do it too.
13           MR. GHANEM:  Both.
14           UC OPERATOR:  Yeah.  Curries that the Indians
15  have.  Love it.  Tikka Masala.
16           MR. GHANEM:  I am not good to this (inaudible)
17  even if -- I don't care, even black people I like.  You
18  understand?  I'm not going to listen to ideas of ~~terror,~~ Arab
19  Iranian.  I don't follow it.  I enjoy my life.  If the food
20  is good in Tel Aviv I'll go and eat it and come back.
21           UC OPERATOR:  Tel Aviv.  I hear it's a nice city.
22           MR. GHANEM:  Very nice.
23           UC OPERATOR:  Why can't we all just get along,
24  huh?
25           MR. GHANEM:  Yeah.

1              UC OPERATOR:  It's sad.

2              MR. GHANEM:  Are you Muslim?  Are you?

3              UC OPERATOR:  Yeah.

4              MR. GHANEM:  Have you ever read the Koran?

5              UC OPERATOR:  Not in depth.

6              MR. GHANEM:  Have you ever read any of the

7    chapters of the Koran?

8              UC OPERATOR:  When I was younger I was --I had it

9    read to me, but to tell you that I read Arabic it would be

10   a lie.

11             MR. GHANEM:  Let me tell you a very important

12   chapter of the Koran.

13             UC OPERATOR:  Yeah.

14             MR. GHANEM:  When he talks about the Jews.  They

15   give a heck of a time to all the prophets.  Do you think

16   they would get along with us?  It's very stupid

17   (inaudible).  Don't go very far.  It's not -- it's not us

18   who's fighting the Jews.  They're fighting each other.  You

19   know what my (inaudible) tell everybody?  You want to get

20   rid of the Jews make peace with them.  They'll get busy

21   with themselves and each other and kill each other.

22             Now they have a direct enemy called Arab of and

23   Muslims.  They are joining each other, working together.

24   Take that off their hands and don't give them the chance.

25             UC OPERATOR:  And then you'll see what happens.

1              MR. GHANEM:  Exactly.  It's nature of humans.

2              UC OPERATOR:  Yeah.  Did you sleep well last

3      night?

4              MR. GHANEM:  Huh?  I was so tired that I was up

5      every (inaudible).  I was at the airport at 8:00.

6              UC OPERATOR:  8:00 in the morning.  This airport

7      or in Egypt to fly out?  What time did you get here,

8      yesterday?

9              MR. GHANEM:  My flight was at 7:15.  What -- an

10     hour and 30 minutes.

11             UC OPERATOR:  And Egypt is the same time zone,

12     right?

13             MR. GHANEM:  Uh-huh.

14             UC OPERATOR:  So what like 12, 12:30 over here?

15             MR. GHANEM:  Huh?

16             UC OPERATOR:  By, 12:00, 12:30 you were here?

17             MR. GHANEM:  Uh-huh.  I got into a good taxicab.

18             UC OPERATOR:  Yeah.

19             MR. GHANEM:  He let me smoke.

20             UC OPERATOR:  You're like, my friend, I need to

21     smoke.

22             MR. GHANEM:  He said no problem.  I took a nap,

23     not (inaudible).  He took me to the wrong hotel.  He

24     brought me here.  He won't charge me the extra.

25             UC OPERATOR:  I see.

Undercover Meeting 12/8/15                          18

1            MR. GHANEM:  Very nice guy.

2            UC OPERATOR:  Is there another Crowne Plaza here?

3            MR. GHANEM:  No.  The Royal Crown.

4            UC OPERATOR:  He misunderstood.

5            MR. GHANEM:  So going back, if you're ever

6    (inaudible).

7            UC OPERATOR:  Yeah, Iranian cuisine is really

8    good.  I enjoy it, different stews and kabobs.

9            MR. GHANEM:  Rice.

10           UC OPERATOR:  The rice, oh, God.

11           MR. GHANEM:  The bread.

12           UC OPERATOR:  The bread.

13           MR. GHANEM:  And Lebanese I enjoy.  Indian's

14   good.

15           UC OPERATOR:  And their naan is great.

16           MR. GHANEM:  Huh?

17           UC OPERATOR:  Naan.  Their bread.

18           MR. GHANEM:  That chicken.  Nader why you never

19   tell your name?

20           UC OPERATOR:  I did.

21           MR. GHANEM:  Your passport.

22           UC OPERATOR:  It's Anthony, Anthony.

23           MR. GHANEM:  In the passport?  Ah.  It's not

24   Nader?

25           UC OPERATOR:  It's Anthony but I kept Nader as my

1    middle name.

2              MR. GHANEM:  Okay.

3              UC OPERATOR:  Because it's difficult.  You go and

4    you try to talk to some people that have an opinion about

5    Middle East and Iranians and this and that, and the first

6    thing they do they see the name Nader and they're like, oh,

7    where you from.  Anthony is more Western.  At least you

8    have a chance --

9              MR. GHANEM:  Yeah.

10             UC OPERATOR:  -- you know, to engage, to

11   maneuver.

12             MR. GHANEM:  And your last name?

13             UC OPERATOR:  My last name?  Kalani.

14             MR. GHANEM:  You didn't change it?

15             UC OPERATOR:  Change it to what?  I mean, it's a

16   pretty mainstream last name.  I know --

17             MR. GHANEM:  You know what's Kalani in Arab.

18             UC OPERATOR:  What's that?

19             MR. GHANEM:  Who is the Kalani?

20             UC OPERATOR:  In where.

21             MR. GHANEM:  In the Islam.

22             UC OPERATOR:  No.

23             MR. GHANEM:  Very important leader in Islam.   .

24   The family Kalani.

25             UC OPERATOR:  Kalani.

Undercover Meeting 12/8/15                              20

1        MR. GHANEM:  They are the common -- I forgot

2    (inaudible).  You have so much in the religion.  The family

3    of Kalani goes back to him about 900 years ago.

4        UC OPERATOR:  Interesting.

5        MR. GHANEM:  Very important people.  We call them

6    holy people.

7        UC OPERATOR:  That's funny because it's my the same

8    understanding you don't have in the Persian culture, the

9    Iranian culture, the understanding of the importance of the

10   name Kalani.

11       MR. GHANEM:  They don't?  The name Kalani is

12   Muslim leader, it's not Arab (inaudible).   *word*

13       UC OPERATOR:  Right, right.

14       MR. GHANEM:  He is -- he was very, very holy man

15   and he is the one who carried a lot of the -- what was

16   (inaudible).  He's one of the most important leaders.

17   (Inaudible) have his way.  I'm trying to remember the name,

18   but it's a very, very, very -- it goes deep in the religion

19   to a point it can get (inaudible), they can get a knife

20   from here and get it out of here.  Pick it out.

21       UC OPERATOR:  In the state of trance, right?

22       MR. GHANEM:  Yeah.  They use, what we were

23   talking about --

24       UC OPERATOR:  Meditation, deep meditation.

25       MR. GHANEM:  Deep meditation, exactly.  The

1    Kalani Way.  It's called the Kalani Way.

2            UC OPERATOR:  Interesting.

3            MR. GHANEM:  I don't know how you don't know

4    about it.  Somebody has not (inaudible) she is Kalani.  How

5    your life isn't (inaudible) any problem with it (inaudible)

6    Kalani.

7            UC OPERATOR:  Wow.

8            MR. GHANEM:  I don't know why you don't know

9    about it.

10           UC OPERATOR:  I don't.

11           MR. GHANEM:  I have so many friends Kalani, so

12   many friends.

13           UC OPERATOR:  You do?

14           MR. GHANEM:  Yeah.

15           UC OPERATOR:  Originally from -- where did they

16   come from, is it all Persia too or Arabs too?  JORDANIAN

17           MR. GHANEM:  They are Iraqi, Kuwait, Palestinian.

18           UC OPERATOR:  All over.  Interesting.

19           MR. GHANEM:  That's why I'm saying they are not

20   related to a nationality.

21           UC OPERATOR:  Sure.  Interesting the way you

22   frame your question, like you never changed your name, as

23   if you did a background check on me.

24           MR. GHANEM:  No, no.  I didn't mean it that way.

25           UC OPERATOR:  Yeah.

FOR OFFICIAL USE ONLY

1       MR. GHANEM:   I can do a background check, but ~~I open a real flag on you from the~~

2   there is one problem.   ~~I don't (inaudible) the people I~~

3   ~~have, you understand?~~  people I asle, you undelstand

4       UC OPERATOR:   Yeah.

5       MR. GHANEM:   I will tell you I'm (inaudible) colleague

6   close and (inaudible) friend.   His name is Steve Cash.

7       UC OPERATOR:   Steve Cash?

8       MR. GHANEM:   Former CIA.   His unit, his team,

9   they're all from FBI, CIA .

10      UC OPERATOR:   Retired, retired.

11      MR. GHANEM:   One of the services I do ~~with~~ is due deligent

12  intelligence service.   We do intelligence, we do

13  investigations, internationally(.   The government and companies

14  (inaudible).   I offer the service.

15      UC OPERATOR:   You what?

16      MR. GHANEM:   I offer the service of my business.

17      UC OPERATOR:   Okay.   So it's basically exchange

18  of information for money is what it comes down to.

19      MR. GHANEM:   Uh-huh.   Ultimately, yeah.   Right

20  now we are offering the Nigerian Government --

21      UC OPERATOR:   Which government?

22      MR. GHANEM:   Nigeria.

23      UC OPERATOR:   Oh, Nigeria.

24      MR. GHANEM:   We are doing two things.

25  (Inaudible) and Iraq everybody was involved in the selling

1    of Nigerian oil.  (Inaudible) money and I would take all

2    the money and then for lawyers to freeze their money until

3    (inaudible) that way.  The president is leaving now

4    (inaudible).

5              UC OPERATOR:  How big of a problem do you think

6    Boko Haram is in the region?

7              MR. GHANEM:  Boko Haram?  It's going to be big.

8    If they don't if they can't stop of it it's going to be

9    big, you know.  Have you traveled to Africa?

10             UC OPERATOR:  Have I what?

11             MR. GHANEM:  Africa.

12             UC OPERATOR:  Have I traveled through Africa?

13   No.

14             MR. GHANEM:  (Inaudible) tribal there.  For

15   example --

16             UC OPERATOR:  No middle class.

17             MR. GHANEM:  Two worlds, two fights in Africa,

18   the Christian and the Muslims.  The Christian spend money,

19   convert the Muslim to Christian with money.  Showing you

20   that God is helping you because you're a Christian.  Some

21   Muslims are (inaudible).

22             UC OPERATOR:  They are doing it.

23             MR. GHANEM:  Very small.  You are dealing with a

24   very poor people.  Somebody come through with money and

25   I'll tell you a lie and tell you that God send it to you

1  Don't you believe in that God?

2        UC OPERATOR:  Yeah, no matter if you're Christian

3  or Muslim, right.  It can go both ways.

4        MR. GHANEM:  Boko Haram is doing that in

5  villages.  Not only that, (inaudible) you see.  Boko Haram

6  is (inaudible) to all the countries around Nigeria. That's

7  going to be a major problem with--

8        UC OPERATOR:  Nigeria is a huge country.

9        MR. GHANEM:  Nigeria?

10        UC OPERATOR:  Yeah.

11        MR. GHANEM:  Africa is huge.

12        UC OPERATOR:  Yeah, but by comparison Nigeria is

13  probably the biggest, if not one of the biggest, right, on

14  the continent.

15        MR. GHANEM:  It's not one of the biggest, no.

16  Libya is bigger.

17        UC OPERATOR:  Libya is bigger, yeah.

18        MR. GHANEM:  So --

19        UC OPERATOR:  Yeah, Libya is huge.  Libya is

20  huge.

21        MR. GHANEM:  Yeah.  One of my group people, you

22  know, Libya and Egypt it's not -- (inaudible) size.  It's

23  not the same (inaudible). (inaudible) Egypt is (inaudible)

24  the Eastern part.  One of the guys in the group yesterday

25  they were (inaudible) ISIS is becoming very strong in

1    Libya.  We have to join with the Russians to make a team to

2    fight the ISIS in Libya.

3            So I sent to him, and this is much the same

4    (inaudible), I thought you had (inaudible), you know.  ISIS

5    and Libya is as far from you as Mecca (inaudible), you

6    know.  Going to Mecca(is much faster for you than going to

7    that part of Libya.  And the more the (inaudible).  And the

8    (inaudible) that's a long way.

9            UC OPERATOR:  Huh.

10           MR. GHANEM:  He said -- he said, yes, I'm getting

11   to be aware that they are (inaudible).  I haven't seen the

12   East and the Western part (inaudible).

13           Well, somebody -- see, this is what I'm saying.

14   For somebody in the Middle East or Egypt is (inaudible)

15   they are close to getting us.  What do you mean close?  But

16   they need 900 kilo driving.  You know, what's 900 kilo

17   driving?  This is exactly between Amman(and (inaudible)

18   Cairo and Jeddah or (inaudible).  It's a long distance.

19   But the problem is not the distance, the problem is people

20   are changing very fast with the money.  Sometimes some way

21   this Boko Haram is having a lot of money.  Where is the

22   resources, that's the question.

23           UC OPERATOR:  Stolen oil.

24           MR. GHANEM:  Huh?

25           UC OPERATOR: Stolen oil, no?

FOR OFFICIAL USE ONLY

1            MR. GHANEM:  Could be.

2            UC OPERATOR:  Blood diamonds, who knows.  I mean,

3    that region is full of natural resources.

4            MR. GHANEM:  If Boko Haram become big

5    (inaudible).  By comparison they are broke.

6            UC OPERATOR:  That's crazy.

7            MR. GHANEM:  Boko Haram they go to villages,

8    small villages.  Anybody against them they kill on the

9    spot, anybody

10           UC OPERATOR:  It's terrible.

11           MR. GHANEM:  You say you are with them, they pour

12   money on you, they make your life different in the village.

13           UC OPERATOR:  Give you an AK-47 and, a bag full

14   of cash?

15           MR. GHANEM:  What's that?

16           UC OPERATOR:  They give you an AK-47 and a bag

17   full of cash and now they own you.

18           MR. GHANEM:  Yes.  Money and arms.  They give

19   your kids, your daughters (inaudible) for doing things for

20   them.  Not only sex, cooking baking

21           UC OPERATOR:  It's horrible.

22           MR. GHANEM:  They're creating an army (inaudible)

23   out.  Now I am a very big believer ISIS is their strategy

24   can be (inaudible) at the highest level of (inaudible).

25   It's completely Israeli (inaudible).  (inaudible) Muslims.

1          UC OPERATOR:  Yeah.  One thing that is not very
2     clear to me at this moment and looking at it from, I don't
3     know, the optics of living in the U.S. and not being in the
4     middle of the conflict, why are you killing your own
5     Muslims?  I mean, why you are destroying the history behind
6     the civilization that the Muslim culture has embraced for
7     hundreds of years, you know.
8          MR. GHANEM:  Yeah.
9          UC OPERATOR:  It's just bad public relations if
10    nothing else.
11         MR. GHANEM:  We have -- we have (inaudible) about
12    ISIS.  Why do they not fight the Israelis?  Only fight
13    Muslims.  We say what, why ISIS not fight the Israelis.
14    The answer is when they became Muslims we start.
15         UC OPERATOR:  Wow.
16         MR. GHANEM:  ISIS only killing Muslims.
17         UC OPERATOR:  It's horrible.
18         MR. GHANEM:  I have a belief that, it is my
19    belief, that is Muslims fighting strategies Israelis
20    (inaudible).  I don't believe (inaudible) and there's
21    Israeli intelligence.
22         UC OPERATOR:  But are they or are we giving them
23    too much credit?
24         MR. GHANEM:  (Inaudible.)
25         UC OPERATOR:  The Israelis and their

1   intelligence.  Because the propaganda that Israeli

2   intelligence is strong, I'm sure they are, but with

3   conspiracy theories and with I don't know opinions that

4   circulate in social settings like this, it just perpetuates

5   and becomes like a propaganda machine for them that they

6   don't have to do anything except to sit back and allow it

7   to become its own like energy.  Oh, yeah, Israeli

8   intelligence is so strong.  They're fueling conflict in the

9   region.

10          I see your point, but Muslims are not stupid, you

11  know.  You can manipulate maybe, you know a tribe here, and

12  a city there, and a village here.  We outnumber them.

13          MR. GHANEM:  Outnumber them by far.

14          UC OPERATOR:  By far.

15          MR. GHANEM:  There are people all over, all over,

16  all across over them with trouble, doing nothing, just

17  being over there.  But that's not the case my friend.

18          UC OPERATOR:  Yeah, I know.  It's easier said

19  than --

20          MR. GHANEM:  You have sheep.  What do you call

21  the guy who control all the sheep?

22          UC OPERATOR:  The shepherd?

23          MR. GHANEM:  That shepherd is the boss in our

24  country and we are sheep.  We have nothing to do.  He gets

25  his orders from them, so he will stay as shepherd.  Do you

1   understand?

2            UC OPERATOR:  Yeah, I understand.

3            MR. GHANEM:  That's the difference in politics

4   and (inaudible).  The shepherd, there is a shepherd there

5   as well.  They're all shepherds.

6            UC OPERATOR:  Huh.

7            MR. GHANEM:  And in Jordan for example, Egypt for

8   example, what's the population of Egypt?

9            UC OPERATOR:  I think you mentioned 90 million.

10           MR. GHANEM:  And one guy is controlling it.

11           UC OPERATOR:  Sisi.  How do you like Sisi?

12           MR. GHANEM:  In which direction?

13           UC OPERATOR:  Overall, compared to --

14           MR. GHANEM:  There's no overall.  For business

15   he's good, for religion no.

16           UC OPERATOR:  Is he a mainstream?

17           MR. GHANEM:  He is for Israel.

18           UC OPERATOR:  Is he?  Is he -- because he

19   recognizes that, you know, it's better to have a civilized

20   relationship with them or -- I doubt he fears Israel.

21           MR. GHANEM:  The Muslim brothers called on him

22   (inaudible) Israel is going to (inaudible) to Egypt.

23           UC OPERATOR:  So he wants to control it before it

24   gets out of control.

25           MR. GHANEM:  And now (inaudible) partner.  You

FOR OFFICIAL USE ONLY

1   know my check, how much is it and (inaudible).

2               UC OPERATOR:  Huh.

3               MR. GHANEM:  He's working (inaudible).

4               UC OPERATOR:  The Israelis?

5               MR. GHANEM:  Yeah.  You know, he's worried about

6   security.

7               UC OPERATOR: He was probably set up by them, huh?

8               MR. GHANEM:  It was set up not probably, it was

9   set up by the Israelis.

10              UC OPERATOR:  I thought it was the Brits but --

11  who knows, the Brits have their hands in everything too.

12              MR. GHANEM:  Now I want to give you the story of

13  how the Americans, the western (look at the Israelis.

14              Imagine there is three, four brothers living

15  together.  Each one have kids.  They live around each

16  other.  One of these brothers he is a son of a bitch.  He's

17  a mean, mean dude.  And he had a boy.  His boy is probably

18  5 years old and all his cousins are 15 and 20 -- above 15

19  years old.  But his family has always -- he's a

20  troublemaker.

21              The cousins father is the son of a bitch.  None

22  of the kids dare talk to him because his father could

23  create a problem.  They're scared of his father.  Even

24  though he's a midget, you know, he's five years old --

25              UC OPERATOR:  He can always bring his father into

1    the fight.

2          MR. GHANEM:  And his father create some problems.

3    So the big brothers try to avoid any conflict with their

4    brother.  The kids try to avoid conflict with their cousin.

5    It's making everybody's life miserable.

6          That says it all.  They are not strong.  They are

7    supported by the Americans, by the British, by the French.

8    (Inaudible.)

9          UC OPERATOR:  Huh.

10         MR. GHANEM:  And (inaudible) with one of these

11   and the Arabs are going like that.  Let the Israelis go to

12   conflict.  Islam is going to change probably if we don't

13   have any conflict.  We will fight with Israel (inaudible)

14   the Americans (inaudible).  Do you understand?  So they

15   keep us busy with that and then let this busy boy enjoy his

16   life.

17         Don't think about it less or more.  All the

18   different (inaudible) that Israeli have technology they

19   brought them from somewhere, and they thought they are

20   believers in medicine, they are believers in (inaudible).

21   No, you are (inaudible) American citizen.  You live and you

22   were born in America.

23         As an example, and you lived all your life in

24   America, you created something new.  All of a sudden that

25   (inaudible) is Jewish, all of a sudden (inaudible) home.

FOR OFFICIAL USE ONLY

1   Your home is (inaudible) Moses is from, you know?.  The

2   story of Israelis ready to be (inaudible).  But the

3   (inaudible), because again this shepherd he's feeding his

4   soldiers to make all the sheeps--

5            UC OPERATOR:  Busy with something, huh.

6            MR. GHANEM:  You have that, we have the dog

7   (inaudible) story.  From what I say, I'm not stronger than

8   them.  God knows how He created these people or created

9   this.  He knows how to deal with them.  Does Putin

10  (inaudible)?

11           UC OPERATOR:  What's that?

12           MR. GHANEM:  Putin (inaudible).

13           UC OPERATOR:  What does that mean?

14           MR. GHANEM:  Putin.

15           UC OPERATOR:  Putin, oh, yeah, yeah.

16           MR. GHANEM:  What do you think of him?

17           UC OPERATOR:  I think he's a powerful man.

18           MR. GHANEM:  You think?

19           UC OPERATOR:  I think so.

20           MR. GHANEM:  I'll tell you what.

21           UC OPERATOR:  I think he loves his country and

22  everything he does is to maintain or.  Better yet bring

23  back the --

24           MR. GHANEM:  I think Putin is the most stupid

25  person in the world.

FOR OFFICIAL USE ONLY

Undercover Meeting 12/8/15                              33

1            UC OPERATOR:  You think so?  Why?

2            MR. GHANEM:  He never learned from the Cold War.

3            UC OPERATOR:  In what sense?

4            MR. GHANEM:  How they're going to make him shoot

5    himself.  I want to tell you the worst country in the

6    world, not United States(inaudible).  (Inaudible)If you

7    ever wear dark glass you will always get lost.  England the

8    most (inaudible) people in the world, the most untrusting

9    people in the world.  They are the ones who cannot just

10   leave until they have revenge, they cannot.  Even after 50

11   years they will come back to you.

12           England, England (inaudible) America to the

13   (inaudible) language, English mechanism(.  My friend Russia

14   is going to be fucked (inaudible) you.  Russia is a one man

15   show.  America is a system, England is a system --

16           UC OPERATOR:  Yeah.

17           MR. GHANEM:  -- if the President would die

18   tomorrow in the United States.  Would that stop America?

19           UC OPERATOR:  No, it will continue, right.

20           MR. GHANEM:  Continue normal.  There is

21   procedure.  Vice President will take over and do the

22   funeral and be sorry and all this but the country will

23   continue.  If Putin died tomorrow what's going to happen to

24   Russia?

25           UC OPERATOR:  Yeah, because everything he's got

1  it's up here, right.  It's his decisions.  No, in that

2  sense you're right, but that's how the infrastructure is

3  set up, Lenin, Stalin, right.

4           MR. GHANEM:  That's why they telling you

5  (inaudible) they're going to make him shoot himself in the

6  head.  All of this let them, let them  Forget about the

7  dispute.  The system. Me and you,  (inaudible)

8           UC OPERATOR:  Yeah.

9           MR. GHANEM:  You think he can finish ISIS?

10          UC OPERATOR:  No, but I --

11          MR. GHANEM:  Why?

12          UC OPERATOR:  Why is he involved?

13          MR. GHANEM:  Why is it he cannot finish ISIS?

14          UC OPERATOR:  Because you don't have ground

15  forces on the ground fighting.  There's only so much that

16  you can do from the air, right.

17          MR. GHANEM:  Is that the case?

18          UC OPERATOR:  That's my view.  I don't know.  I'm

19  not --

20          MR. GHANEM:  (inaudible) tell you .  Can you

21  finish a lie (phonetic).

22          UC OPERATOR:  A lie?  It'll continue, right.

23          MR. GHANEM:  Can you finish a lie?

24          UC OPERATOR:  I don't know.  I don't know how to

25  answer to that.

1          MR. GHANEM:  (inaudible)_alie.

2          UC OPERATOR:  So if you take care of a lie here,

3     a lie is going to grow over here.

4          MR. GHANEM:  A lie is coming (inaudible).  Now

5     it's going to Africa.  Now all of a sudden (inaudible) we

6     hear about Al Qaeda.  All of a sudden we don't hear

7     anything about Osama Bin Laden (inaudible) all of a sudden.

8     Do you hear about that?

9          UC OPERATOR:  It's fallen off -- no.

10         MR. GHANEM:  That lies finished.

11         UC OPERATOR:  And a new one has begun.

12         MR. GHANEM:  Do you believe they killed Osama Bin

13    Laden?

14         UC OPERATOR:  I don't know, to be honest with

15    you.  I don't know.  I like it --

16         MR. GHANEM:  Too many questions.  I like to ask

17    you the questions.  You will know that.  Enough not

18    insulting your intelligence.

19         UC OPERATOR:  But if they didn't where is he?

20    Did he die a long time ago?  Is it a cover up?

21         MR. GHANEM:  (Inaudible.)  Who is Osama Bin

22    Laden?  Who in the fuck is Osama Bin Laden.  This midget

23    who's creating the whole problem for the world.  Yet he

24    would do that.

25         UC OPERATOR:  That's certainly what they want us

FOR OFFICIAL USE ONLY

1    to believe, right.

2           MR. GHANEM:   Iraqis are the first power of the

3    world.  Do you believe that?

4           UC OPERATOR No.

5           MR. GHANEM:     Enough insulting our intelligence.

6           UC OPERATOR:   That's true.

7           MR. GHANEM:   Now there is business, I'm happy.

8    They are straightforward, they are (inaudible).  No problem.

9    All of this no problem.  But you know the fact of the

10   matter it's business.

11          UC OPERATOR:   It is business.

12          MR. GHANEM:   (Inaudible) coffee.

13          UC OPERATOR:   And call a cab.  How about if we

14   take a smoke outside?

15          MR. GHANEM:   Smoke together?

16          UC OPERATOR:   Here, and then I'll ask the cab to

17   be here in about ten minutes.  We'll walk out.  I brought

18   cigarettes.

19          MR. GHANEM:   Let me get my jacket.

20          UC OPERATOR:   Do you want to go get it?

21          MR. GHANEM:   Yeah.

22          UC OPERATOR:   Okay.

23          MR. GHANEM:   You sitting here?

24          UC OPERATOR:   Hello, hi, I would like to order a

25   cab please for Crowne Plaza.  About ten minutes please if

1   possible.  If not we will wait about 15 minutes.  That's

2   okay, too, but ten minutes is fine.  We're just going to be

3   outside smoking, so thank you.  Bye bye.

4              MR. GHANEM:  What?

5              UC OPERATOR:  Ten minutes.

6              MR. GHANEM:  I'll go and get my jacket.

7              UC OPERATOR:  I'm going to go outside.

8              MR. GHANEM:  I'll smoke in my room and come down.

9              UC OPERATOR:  Whatever you want.

10             MR. GHANEM:  Or you wait for me.  Go get it and

11  come back and we smoke together.

12             UC OPERATOR:  No, no, no.  I got my cigarette.

13             MR. GHANEM:  You wait for me, no?

14             UC OPERATOR:  I will wait.  No, no, no.

15             MR. GHANEM:  You going to smoke ahead of me or --

16             UC OPERATOR:  No, no, no.  I'll wait.  I'll wait.

17             MR. GHANEM:  You do smoke together or --

18             UC OPERATOR:  We'll go smoke together.

19             MR. GHANEM:  Okay.

20             UC OPERATOR:  We'll smoke together.  Thank you.

21             WAITRESS:  Have a good day.

22             MR. GHANEM:  (Inaudible.)

23             UC OPERATOR:  I know, it's cold.

24             MR. GHANEM:  But (inaudible) coffee.

25             UC OPERATOR:  Do you have a to go cup or --

```
 1              WAITRESS:  To go cup we don't have.

 2              UC OPERATOR:  It's just hot.  That's good coffee.

 3              MR. GHANEM:  (Inaudible) coffee.  I'm picking up

 4  -- can you make me -- can you ask her to get me coffee?

 5              UC OPERATOR:  Yeah, yeah, yeah.

 6              MR. GHANEM:  Yeah, I will let me go get my

 7  jacket. (

 8              UC OPERATOR:  Okay.  Perfect, thank you.  And

 9  that will be his.  Do you mind pouring some in here too?

10              WAITRESS:  No problem, of course.

11              UC OPERATOR:  You are very kind, thank you.

12              WAITRESS:  You're welcome.

13              (Background noise.)

14              UC OPERATOR:  He's going to come down and we're

15  going to step outside, have a smoke and then get in the

16  car.  So the time -- yeah.  Okay, all right.  Bye.

17              (Background noise)

18              MR. GHANEM:  (Inaudible.)  They don't smoke.

19              UC OPERATOR:  They don't smoke?  The whole city

20  is filled with smoke.

21              MR. GHANEM:  (Inaudible.) pollution.

22              UC OPERATOR:  Yeah.

23              MR. GHANEM:  (Inaudible.)

24              UC OPERATOR:  Right.

25              MR. GHANEM:  Very hard.
```

1           UC OPERATOR:  Where can you smoke?

2           MR. GHANEM:  You go outside (inaudible). You

3    can't smoke in the room.  It's terrible.

4           UC OPERATOR:  They don't smoke in the room?

5           MR. GHANEM:  Not allowed.  I used (inaudible).

6    They wrote me (inaudible) outside.

7           UC OPERATOR:  Wow, that strict, huh.

8           MR. GHANEM:  I'll tell you what, always third

9    world counties when they take that new regulation or they

10   do it (inaudible).  I was in Ghana when the new law on

11   cigarettes came out.  Man, these black people I tell them

12   guys the law is created from the ground and it goes up.  It

13   doesn't go like this.  I am staying always the Golden

14   Tulip.  The Golden Tulip you go down in the lobby and there

15   is stairs and you go down the restaurant is there.  You can

16   eat breakfast lunch whatever.  Outside of that there is --

17   I think there is for people who smoke.  And then there is a

18   swimming pool.

19          When the laws came out the hotel you cannot smoke

20   inside, you cannot smoke in the room.  But when the laws

21   came out you cannot even smoke outside.  You have to walk

22   50 meters right there and go to that, that building.  There

23   is another area you can sit down.  Guys don't see me

24   outside.  Everywhere allow us to smoke outside.

25          UC OPERATOR:  So what's the difference between

1    the air here and air 50 meters away?  Nothing.

2            MR. GHANEM:  It's air, it's not controlled.  The

3    air is not controlled by the government.  This is

4    (inaudible).  Now you (inaudible) of that.

5            You go back to rule number one.  Cheap people

6    always going to be cheap.  When you go to somewhere that

7    you pay some money they'll let you smoke.

8            UC OPERATOR:  That's true.

9            MR. GHANEM:  When you go -- I got (inaudible) no

10   smoking at all.  Very tough.  What I do, I go to the clean

11   room.  They have all the soda drinks and it has a hole in

12   the top.  I give them some money and I sit down there and

13   they bring me coffee I smoke.  No problem.

14           UC OPERATOR:  Well, it was kind of cold this

15   morning.  It was a little cold this morning.

16           MR. GHANEM:  Yeah.

17           UC OPERATOR:  When I went to buy a pack of

18   cigarettes it was chilly.

19           MR. GHANEM:  Where did you go, which way?

20           UC OPERATOR:  That way.

21           MR. GHANEM:  Oh, yeah, 24 hours.

22           UC OPERATOR:  Downhill.

23           MR. GHANEM:  This is not --

24           UC OPERATOR:  Yeah, yeah, yeah.

25           MR. GHANEM:  Why did you have to be (inaudible)?

FOR OFFICIAL USE ONLY

1    Better I go this way.  I'm going this way.  It's not
2    downhill.  Coming back is easy to.
3            UC OPERATOR:  It's easy, yeah.
4            MR. GHANEM:  There's a place open 24 hours.  I
5    went and I bought some water and some stuff there
6    yesterday.  You like this hotel?
7            UC OPERATOR:  It's nice.  It's low key.  Not a
8    lot of traffic.  The staff is nice.
9            MR. GHANEM:  I could have reserved it cheaper but
10   I sent you over (inaudible).
11           UC OPERATOR:  Did you get yours for that price?
12           MR. GHANEM:  What's that?
13           UC OPERATOR:  Did you get yours for that price?
14           MR. GHANEM:  Oh, no.  (Inaudible.)  How much did
15   you pay?  100 Euros?
16           UC OPERATOR:  136.
17           MR. GHANEM:  That's about 100 Euros for
18   (inaudible).  I didn't know which way you were reserving
19   here.  I didn't want to do it (inaudible).  Next time I
20   have it reserved for me and you.
21           UC OPERATOR:  You got it.
22           MR. GHANEM:  (Inaudible) my phone I pay.  I just
23   come and check in.  They take my credit card in case if I
24   have any --
25           UC OPERATOR:  Incidentals.

1          MR. GHANEM:   Yeah.

2          UC OPERATOR:   Man, I thought I was going to see

3    like refugees all over the city here.   I don't.

4          MR. GHANEM:   They're not allowed here.

5          UC OPERATOR:   So they just pick them up and then

6    transport them?

7          MR. GHANEM:   You don't follow the news.   Don't

8    (inaudible) news.   Don't be a typical American is naïve.

9    America is a great country.   The best people and

10   (inaudible) people.   There are smart people in (inaudible).

11         UC OPERATOR:   Should we leave our coffee here?

12   They'll take it in.   They'll take it in.

13         MR. GHANEM:   I'll get it.   How far is it from

14   here?

15         UC OPERATOR:   About 20 minutes, 20, 25 minutes.

16   Let me make sure this guy understands the address.

17         Hello.   So this is where we want to go, okay?

18         CAB DRIVER:   Okay.

19         US OPERATOR:   Okay.   Give me one second and let

20   me finish smoking.

21         MR. GHANEM:   I am (inaudible).   If he will allow

22   you I will never (inaudible).

23         UC OPERATOR:   No?

24         MR. GHANEM:   No.   But our (inaudible) and all

25   this. It's not good.

FOR OFFICIAL USE ONLY

Undercover Meeting 12/8/15                          43

1          UC OPERATOR:  It's okay.

2          MR. GHANEM:  Don't do that (inaudible).  I follow

3  in your step.

4          UC OPERATOR:  I'll get it, I'll get it.  1037.

5

6          UC OPERATOR:  I'm good.  You want to sit in the

7  front or you want --

8          MR. GHANEM:  (Inaudible.)

9          UC OPERATOR:  Okay.

10          MR. GHANEM:  His back is (inaudible).

11          UC OPERATOR:  Okay, go ahead then.  If you want

12  to --

13          MR. GHANEM:  No, I'll go on the other side.

14  Where did you want to sit, the front or the back?

15          UC OPERATOR:  I'll go on the other side.

16          MR. GHANEM:  Okay, I'll sit here.

17          UC OPERATOR:  It's okay if my friend sits in the

18  front?  Hold on.

19          MR. GHANEM:  Okay.

20          UC OPERATOR:  What I like about here is you don't

21  have to put on your seatbelt.

22          MR. GHANEM:  Yeah.

23          UC OPERATOR:  So how much time do you think

24  you're going to need over there, about maybe 10 minutes, 15

25  minutes?

FOR OFFICIAL USE ONLY

1          MR. GHANEM:  Yeah.

2          UC OPERATOR:  So I'll have him --

3          MR. GHANEM:  wait for us?

4          UC OPERATOR:  You can wait for -- yeah.  But it's

5    an industrial area, so I don't want him to like stay in the

6    area.  I'll just tell him like come back in 15 minutes.

7          MR. GHANEM:  Okay.

8          UC OPERATOR:  Is that good?

9          MR. GHANEM:  Yeah.

10         UC OPERATOR:  Traffic is worse than Bangkok.

11   Like Bangkok you have two lanes, maybe three lanes going

12   and like five, six cars next to each other fighting for,

13   you know, the advantage of getting in front of each other.

14         MR. GHANEM:  And you've never been to China?

15         UC OPERATOR:  Not -- I've flown on the way to

16   Thailand through China but never left the airport.

17         MR. GHANEM:  (Inaudible.)

18         UC OPERATOR:  No.

19         MR. GHANEM:  They are very organized, very

20   organized.

21         UC OPERATOR:  Yeah.

22         MR. GHANEM:  Yeah.  People go by the book and it

23   has two lanes.  Each one has six, seven (lanes and

24   (inaudible).

25         UC OPERATOR:  Where was it in China?  It wasn't

1  Beijing it was -- I can't remember the city.  The air was

2  so bad when the airplane was about to land I didn't even

3  realize how low the airplane was until it hit the ground.

4  It was so much pollution.  Unbelievable.

5          MR. GHANEM:  Now (inaudible) the government

6  issued warning.

7          UC OPERATOR:  Yeah, it's ridiculous.

8          MR. GHANEM:  I didn't -- I didn't understand this

9  is (inaudible).  What do they mean high pollution?  What is

10  going to happen to you if you breathe the air?

11          UC OPERATOR:  I don't know.  I don't know.  I

12  think it's the carbon monoxide count, right, in the air

13  because of the industrial -- the plants and all the

14  pollution that it creates running those machinery.  I've

15  got to stop buying Chinese shit.  That's one way to clean

16  the air.  Funny how China became this super power in less

17  than what, 50, 60 years.

18          MR. GHANEM:  How many years?

19          UC OPERATOR:  50 maybe, 60.

20          MR. GHANEM:  That comes with war and just the

21  last 20 years.

22          UC OPERATOR:  But opening the doors for

23  capitalist investment.

24          MR. GHANEM:  Oh, (inaudible) twenty years.

25  Before that they were (inaudible).

FOR OFFICIAL USE ONLY

1            UC OPERATOR:  You want to go to that meat market

2    later?

3            MR. GHANEM:  Yeah.

4            UC OPERATOR:  Or you want to do it later this

5    evening?

6            MR. GHANEM:  This evening, whatever.

7            UC OPERATOR:  Okay.  So what do you want to do

8    after we come back?  Let's go rest a little bit.

9            MR. GHANEM:  Yeah.

10           UC OPERATOR:  Okay.

11           MR. GHANEM:  Rest and I have some emails to

12   answer. (

13           UC OPERATOR:  Okay.

14           MR. GHANEM:  You leaving tonight or tomorrow?

15           UC OPERATOR:  Tomorrow.  Are you planning on

16   leaving tonight or tomorrow?

17           MR. GHANEM:  Tomorrow is what?

18           UC OPERATOR:  Tomorrow is 9th.  Today is the 8th.

19           MR. GHANEM:  What day is tomorrow, tomorrow is --

20           UC OPERATOR:  Tomorrow is Wednesday.

21           MR. GHANEM:  Maybe I'll leave on Thursday.

22           UC OPERATOR:  Thursday?

23           MR. GHANEM:  Yeah.  I need to -- I have some

24   meetings I want to do here, but I'm delaying it

25   (inaudible).

FOR OFFICIAL USE ONLY

1              UC OPERATOR:  You have what?

2              MR. GHANEM:  Some meetings.

3              UC OPERATOR:  Oh, here?

4              MR. GHANEM:  Yeah.  I could not arrange it until

5    we finish.

6              UC OPERATOR:  Okay.  I'm tired.  Have you ever

7    been outside of Athens or just Athens?

8              MR. GHANEM:  Only Athens.  You mean in the whole

9    Greece?

10             UC OPERATOR:  Yeah, like sightseeing and

11             MR. GHANEM:  Oh, yeah, yeah.  I've (inaudible) I

12   use to visit a lot with my ex-wife.  I can -- we went all

13   over the island.

14             UC OPERATOR:  Oh.

15             MR. GHANEM:  I've been to Thessaloniki so many

16   times in the north.

17             UC OPERATOR:  Yeah.

18             MR. GHANEM:  I (inaudible).  Most of the big

19   islands I visited.

20             UC OPERATOR:  It's a different lifestyle, huh,

21   here?

22             MR. GHANEM:  I could live it.  It's a better

23   style of life.

24             UC OPERATOR:  Yeah.  Somebody was telling me 80

25   percent of Greek's population, Greece's population, the

1    Greeks live either in Athens or, you know, outside of

2    Athens.   80 percent.    Huge number.

3              MR. GHANEM:   Well, it's the most important city.

4              UC OPERATOR:   Yeah.

5              MR. GHANEM:   Second one is Thessaloniki (.

6              UC OPERATOR:   Thessaloniki (phonetic).

7              MR. GHANEM:   Yeah.

8              UC OPERATOR:   Did you visit Greece around the

9    Olympics back in 2004?

10             MR. GHANEM:   I (inaudible) before and after.

11             UC OPERATOR:   Yeah.

12             (Background noise)

13             UC OPERATOR:   Can you meet me in 15 minutes?

14   Yeah, come back and Crown Plaza.   Okay?

15             Take a nap?

16             MR. GHANEM:   Oh, yeah.   (Inaudible.)

17             UC OPERATOR:   Watch out, watch out, watch out.

18             MR. GHANEM:   (Inaudible.)

19             UC OPERATOR:   It wasn't that bad, right, 15

20   minutes?

21             MR. GHANEM:   I think.

22             UNKNOWN MALE:   (Inaudible.)

23             UC OPERATOR:   Good morning.   How are you?

24             UNKNOWN MALE:   Fine.

25             UC OPERATOR:   My friend.   Do you have the cutter?

1          UNKNOWN MALE:  I have the (inaudible)?

2          UC OPERATOR:  Yeah, please.  (Inaudible.).

3          MR. GHANEM:  (Inaudible.)

4          UC OPERATOR:  Container number.

5          UNKNOWN MALE:  Police, don't move.  Don't move.

6     (Inaudible.)

7          MR. GHANEM:  (Inaudible.)

8          UNKNOWN MALE:  Stand back down, down, down, down,

9     down, down.  Don't move.  Don't move.  (Inaudible.)

10         UC OPERATOR:  What's going on here?

11         MR. GHANEM:  I don't know.  (Inaudible.)

12         UC OPERATOR:  Hey, what's going on here?

13         UNKNOWN MALE:  (Inaudible.)

14         UC OPERATOR:  Yeah.

15         UNKNOWN MALE:  (Inaudible.)

16         UC OPERATOR: What's going on here?

17         UNKNOWN MALE:  Excellent, excellent.

18         UC OPERATOR:  What are you guys doing?  What's

19    going on here?  Huh?

20         UNKNOWN MALE:  Don't talk.

21         UC OPERATOR:  Hey. What are you guys doing?

22              (End of recording.)

23                   *  *  *  *  *

24

25

Undercover Meeting 12/8/15                                    50

1

2

3



FOR OFFICIAL USE ONLY