# EXHIBIT 1106



**JAYJAY JH JOHN...**

Sergiu money. 5:39 PM

JUNE 4, 2015

Will you be interested in uranat in Niger 9:18 PM

I mean uranium 9:22 PM

JUNE 5, 2015

Yes but the French are controlling it in Niger and I have somebody from China 12:31 PM

This from black market. It will be suplied

00038464
Ghanem-00039886



**JAYJAY JH JOHN...**

JUNE 3, 2015

Yes but the French are controlling it in Niger and I have somebody from China  12:31 PM

This from black market. It will be suplied outside Niger. The people are here in Benin. It is very very serious. Think about  1:10 PM

The people doing are also from Niger. They are very powerfull  1:12 PM

00038465　　　Ghanem-00039887



> 1:10 PM
> The people doing are also from Niger. They are very powerfull  1:12 PM

> I don't understand are you selling the uranium or you are offering the mining opportunity
> 1:39 PM

> It is selling business in the black not officially
> 1:43 PM

> But the minister of mines is involved, top secret

00038466
Ghanem-00039888



**JAYJAY JH JOHN…**

But the minister of mines is involved, top secret. — 1:44 PM

How much per M/Ton — 2:22 PM

I do not know yet since I did not know whether you might be interested. Now that you make me know, i will find out and come back to you. — 2:29 PM

Soon while i am in China

00038467

Ghanem-00039889



00038468
Ghanem-00039890



00038469

Ghanem-00039891