# EXHIBIT 1110

