**EXHIBIT 1127**

//FOR OFFICIAL USE//LAW ENFORCEMENT SENSITIVE//

1

TRANSCRIPTION OF AUDIO FILE

PHONE CONVERSATION

RAMI GHANEM

RECORDING TAKEN

ON October 10, 2015

TRANSCRIBED BY:   DAWN M. WILCOX

COURT REPORTER

DEPARTMENT OF DEFENSE INSPECTOR GENERAL OFFICE

1  UCA: Hello. Hello.

2  MR. GHANEM: Hey, Nader?

3  UCA: Sorry. I was turning down the TV.

4  MR. GHANEM: Yes.

5  UCA: How are you?

6  MR. GHANEM: I'm fine. Sunday, yes, I'm sorry.

7  UCA: No worries.

8  MR. GHANEM: It's Friday?

9  UCA: What's that?

10  MR. GHANEM: It's Friday today, right?

11  UCA: Yes.

12  MR. GHANEM: Yeah, okay. How are you?

13  UCA: Good. For a week I haven't heard anything from you, my

14  friend. Is everything okay?

15  MR. GHANEM: I have been having trouble again. I've been

16  very sick. I was in hospital.

17  UCA: Oh, got you. Got you.

18  MR. GHANEM: I went from South Africa, back to ~~Saudi.~~

19  UCA: Good.

20  MR. GHANEM: To Istanbul, and I got a little -- I got sick

21  too.

22  UCA: Oh, boy.

23  MR. GHANEM: I am trying to recover.

//FOR OFFICIAL USE//LAW ENFORCEMENT SENSITIVE//

3

1  UCA: Uh, huh [affirmative response].

2  MR. GHANEM: I am not [inaudible].

3  UCA: Oh.

4  MR. GHANEM: I'm going to visit London for two days, then
5  I'm going back to Egypt for a few days.

6  UCA: Okay. So the chances of me seeing you in -- in Athens
7  in the next couple of weeks are probably very small, huh?

8  MR. GHANEM: I don't know.

9  UCA: Okay.

10  MR. GHANEM: You going anyway, right?

11  UCA: I am going anyway, yeah, because I have to accept that
12  shipment like I told you.

13  MR. GHANEM: Yeah, okay.

14  UCA: Keep in touch with me. Let me know.

15  MR. GHANEM: Keep me updated, please.

16  UCA: Of course.

17  MR. GHANEM: And then I can drop by for one day.

18  UCA: Absolutely. Absolutely. Were you able to arrange for
19  that second wire transfer yet?

20  MR. GHANEM: No, I need to arrange it.

21  UCA: Okay.

22  MR. GHANEM: Let me ask you a question.

23  UCA: Yes, sir.

1   MR. GHANEM: Is it possible if you can --

2   UCA: I'm sorry? Hello?

3   MR. GHANEM: Is it possible that you can give me some photos
4   for the items?

5   UCA: Uhm.

6   MR. GHANEM: You're [inaudible] [listening]

7   UCA: Everything is packaged up, Rami, and put together with
8   other stuff.

9   MR. GHANEM: Okay.

10  UCA: If you know what I mean.

11  MR. GHANEM: That is -- that's packaged. No problem.

12  UCA: Yeah, yeah. How about if --

13  MR. GHANEM: [Inaudible].

14  UCA: How about if I send you --

15  MR. GHANEM: That package --

16  UCA: How about if I send you a picture -- I can't do it
17  this couple of days next week. How about if I send you pictures
18  of the container and when they seal it and everything? How's
19  that?

20  MR. GHANEM: Container from the outside of it? Does it show
21  anything from inside?

22  UCA: It can show things from inside, yeah, but like I said,
23  you know, everything is packaged up ready to go. I mean, they're

1  going to have to go back in and try to take pictures, and it's
2  basically going to show crates, and you know water, and stuff
3  like that put around it.
4      MR. GHANEM: Okay.
5      UCA: You know I mean, it's not going to show exactly what
6  you want to see. I know what you are looking for, but that's for
7  our protection.
8      MR. GHANEM: I have to tell you, my partner [the General] -- my partner is
9  arguing with me all the time about it. ~~They~~ said there is no
10 chance this thing will go through.
11     UCA: Okay.
12     MR. GHANEM: Okay? I'm taking full responsibility because
13 you are -- and then at the end of the day I'm taking too much.
14     UCA: Yeah, oh, I understand. I understand. Look, I'm going
15 to take pictures of the container inside the container.
16     MR. GHANEM: If you can do anything -- if you can do
17 anything to help me I just wanted to verify that. It's not --
18 it's not much, [inaudible], yes. [its not necessarily]
19     UCA: No, I understand.
20     MR. GHANEM: So to verify that I have other things to worry [every small detail]
21 about. You know, I don't want to be -- [inaudible].
22     UCA: Of course.
23     MR. GHANEM: You know what time we have on it, brother?

//FOR OFFICIAL USE//LAW ENFORCEMENT SENSITIVE//

6

1   UCA: No, of course. I'll give you the tracking information.
2   You can see the shipment as it's moving you know, but there's
3   some things that I have to do to protect myself here. I can't
4   have like pictures floating around of things that are moving in
5   real time. You know, that just doesn't make sense.
6   MR. GHANEM: Okay, yeah, yeah. Okay, just whatever you can
7   help me --
8   UCA: Absolutely.
9   MR. GHANEM: -- I have told you it's not a must -- it's not
10  a must.
11  UCA: Yeah.
12  MR. GHANEM: But whatever you can help me. He's in South
13  Africa right now.
14  UCA: No problem.
15  MR. GHANEM: He will be flying to Jordan on Tuesday.
16  UCA: No problem.
17  MR. GHANEM: As soon as he arrives there I will ask him to
18  finish this.
19  UCA: Okay. So, when are you -- because the guys' not going
20  to -- like I said, the container is full, ready to go, but they
21  have to send it from Arizona back to California for me to put it
22  on a boat here. He's not going to do it until I give him the

//FOR OFFICIAL USE//LAW ENFORCEMENT SENSITIVE//

//FOR OFFICIAL USE//LAW ENFORCEMENT SENSITIVE//

7

1  remaining amount. So, when do you think you're going to send
2  that money?
3      MR. GHANEM: Maximum by the end of this week it will be out.
4      UCA: Okay. End of this week meaning like when Saturday
5  starts?
6      MR. GHANEM: This week not -- the end of the week to us
7  because our weekend is Friday to Saturday.
8      UCA: Okay. So you're weekend then?
9      MR. GHANEM: Your week is over. Our week is over. We will
10 send it.
11     UCA: Okay. So, in the next five days or so?
12     MR. GHANEM: Yes.
13     UCA: Okay. Okay.
14     MR. GHANEM: How much money we need? How much money we need
15 to send?
16     UCA: Just another 90 or 88,000 thousand or whatever the 40
17 percent of it was. Just so I can pay the guy off.
18     MR. GHANEM: Okay. All right.
19     UCA: Did you, on a different note, did you get a chance to
20 talk to your Chinese guys about the traveling wave tubes?
21     MR. GHANEM: I am --I sent them the information that they
22 are very interested. They need to talk to me. I'm going there in
23 [inaudible].

//FOR OFFICIAL USE//LAW ENFORCEMENT SENSITIVE//

//FOR OFFICIAL USE//LAW ENFORCEMENT SENSITIVE//

8

1   UCA: Okay. Good. That's a good sign.

2   MR. GHANEM: I promise you I'll open a big channel for you
3   there.

4   UCA: Thank you. I appreciate it, and I hope to be able to
5   make some good things happen for you too. So, that's why, you
6   know, if you could -- if you could stop by and see that piece of
7   -- that equipment that I'm talking about and take some pictures
8   yourself and just kind of take it in your hand and see how light
9   it is, and how easy it would be for us move them, with such a
10  large profit margin. I'm sure you're going to be impressed, but
11  no pressure.

12  MR. GHANEM: Yes. Okay.

13  UCA: Okay?

14  MR. GHANEM: When are you going to be there? When are you
15  going to be there?

16  UCA: I'm scheduled to -- let me check my calendar here. I
17  want to say on the 19th or the 20th. I think it's going to be
18  like a Monday or a Tuesday of -- I think Tuesday or Wednesday,
19  sorry, the 20th or 21st.

20  MR. GHANEM: I will get somebody from China to see you,
21  would it help?

22  UCA: It would be very helpful. Yeah. Yeah.

23  MR. GHANEM: Okay.

//FOR OFFICIAL USE//LAW ENFORCEMENT SENSITIVE//

1    UCA: I'll block that entire week for you, if you can -- if
2    you can bring somebody from China. You know, I'll stay a couple
3    of days longer, and hopefully by then I'll have tracking
4    information for your shipment.
5    MR. GHANEM: Okay.
6    UCA: Okay?
7    MR. GHANEM: Let me check with these people and see if we
8    can to see if we can
9    UCA: Okay.
10   MR. GHANEM: All right?
11   UCA: Okay my brother. I hope you feel better, and God
12   willing we'll see each other soon.
13   MR. GHANEM: Did you hear from that guy?
14   UCA: I haven't, man. The guy's --
15   MR. GHANEM: The guy?
16   UCA: No. When was it? I talked to him last week, maybe ten
17   days ago. He said you know, "Rami's very mad with me." And we
18   were supposed to meet. It didn't happen. I said, "Look, we're
19   all friends and the reason why I know Rami is because of you.
20   You know we all need to, you know, come together." And I said,
21   "You know, next time we come together let's just sit down and
22   enjoy the time that we're going to spend with each other and
23   just put this nonsense away." He said, "No, yeah I agree. I'm

1   going to talk to him, but I know that he's very mad with me
2   right now." I said, "Well, you know, if you tell him you're
3   going to call and you don't call and the man feels offended. So,
4   just make it right." But that was the extent of it.
5       MR. GHANEM: He doesn't know how to make it right. We tell
6   him the same. We tell him to give in. He talks about he needs
7   his family. He doesn't know when to stop.
8       UCA: No, I know, man. I know.
9       MR. GHANEM: Anyway.
10      UCA: Anyway.
11      MR. GHANEM: How is your relationship with South Africa?
12      UCA: I'm sorry?
13      MR. GHANEM: South Africa.
14      UCA: What about it? The market there?
15      MR. GHANEM: I have very good ~~friends~~ relations in there.
16      UCA: Well, if you can open up some doors for me, you know,
17  I'm ready to move. Let me know what they're looking for. If you
18  have somebody from South Africa you can bring to Greece, maybe
19  we can sit down and talk to them too, and just work like two or
20  three deals.
21      MR. GHANEM: Okay. Let me see. Let me see what we can do.
22  They -- I have been in very deep talk there.
23      UCA: What are they looking for?

1  MR. GHANEM: No, no, it's a good relationship I have ~~with~~ *at the level*
2  the President. *of the*
3  UCA: Wow
4  MR GHANEM: And they're all involved in ~~business~~ *arm business* [inaudible]
5  you have like uh, hand piece -- it's not a hand piece.
6  [Inaudible]. He has everything a whole bunch of [inaudible].
7  UCA: Oh.
8  MR. GHANEM: He has every American items you can think of.
9  UCA: Interesting. A few years ago somebody came to me was
10 from South Africa, and he had connections. Some solid
11 connections there, but they wanted weapons, but they wouldn't
12 want to pay cash. They didn't want to pay with cash. They wanted
13 to pay with diamonds, and liquidating diamonds, and you know,
14 turning them into dollars, and paying the dollar it was just
15 going to take too much time and I didn't go for it. But it was -
16 - the guy was offering a pretty good chunk of profit. You know,
17 double the amount of what I would have made, but you know, it
18 was too --
19 MR. GHANEM: If they want to -- I can help you with that.
20 UCA: Back then I just --
21 MR. GHANEM: I can change diamonds to dollars.
22 UCA: Okay. Well, that's good to know, but like I didn't
23 have the trust in them.

//FOR OFFICIAL USE//LAW ENFORCEMENT SENSITIVE//

12

1  MR. GHANEM: If they are paying in diamonds, I will look
2  into it to 2,000 in gold.
3  UCA: 2,000 what?
4  MR. GHANEM: Of gold.
5  UCA: Okay. Well, hopefully we can sit down and talk about
6  this too, man. This is -- this potential is unbelievable. We
7  just need to prioritize it and see which one we're going to make
8  it a priority and go after, and then start working on the rest.
9  MR. GHANEM: Okay. We established enough information -- I
10 establish a new company in Bulgaria.
11 UCA: You did?
12 MR. GHANEM: And the first time I received 20 licenses for
13 arms.
14 UCA: Nice. That's going to open up huge doors.
15 MR. GHANEM: That's what we are going to have to use that
16 [inaudible].
17 UCA: Uhm. That's awesome. Where are you going to be based
18 out, Sophia?
19 MR. GHANEM: No, we're going to have just an office in
20 Sophia because they are too quiet. But we're going to be using
21 Moldova office, we're going to have a region office, and Sophia
22 just as the front, you know.
23 UCA: Good. I'm excited, man. This is --

1    MR. GHANEM: The Russians allow us -- the Russians allow us
2    to deal it and make track to it and government that we don't
3    need a local company to export. So we submit our own license for
4    exports.
5    UCA: So, you -- you're going to basically be a legitimate
6    government representative and you can just basically produce
7    your own End User Certificates and right?
8    MR. GHANEM: No, not End User, export user. We receive End
9    User and we do export.
10   UCA: Wow. That's huge. Rami, that's huge. Good for you
11   brother.
12   MR. GHANEM: I want to introduce you to my guy. He is
13   originally from Moldova. He speaks English. He speaks Russian
14   and he speak Slovenian. He's a young guy. He's like 35 years old.
15   He's the one handling now the business.
16   UCA: What --
17   MR. GHANEM: It's his -- almost [inaudible] but he's very [first year in the arm business]
18   good.
19   UCA: Well, any chance you can bring him down there too?
20   MR. GHANEM: I will check and see if he has a Visa because [shengen]
21   he has a Moldovian Passport.
22   UCA: Okay.

1    MR. GHANEM: He's very good. He learned very fast. He's
2  black and white now.
3    UCA: Good.
4    MR. GHANEM: All right?
5    UCA: Okay, brother. So, I will work very hard on getting
6  you some -- at least some pictures of container or the seal just
7  to give you something to show your partner. And then let me know
8  when you do the wire transfer.
9    MR. GHANEM: What are you -- what are you going to put in
10 the front as your?
11   UCA: What am I going to what?
12   MR. GHANEM: What you gonna use as the front cover?
13   UCA: Look there is a -- because of the refuge situation, a
14 lot of humanitarian aid is going from U.S. Water, food --
15   MR. GHANEM: Yes, okay.
16   UCA: -- household goods. That's what I'm saying.
17   MR. GHANEM: Okay.
18   UCA: When we open it, I mean, this -- you look inside the
19 container and you --
20   MR. GHANEM: Okay. Okay. Don't worry about it.
21   UCA: You see what I'm saying? Do you know where I'm -- you
22 know where I'm going with this, right?

```
1    MR. GHANEM: Yeah, yeah. We don't want to talk much. We
2    don't want to talk too much about it. Okay.
3    UCA: Good. So, try to convince your partner that, you know,
4    even if I send a picture it's going to look --
5    MR. GHANEM: Yes.
6    UCA: -- something different than what he wants to see, but
7    it's coming. Believe me it's coming.
8    MR. GHANEM: Okay.
9    UCA: And then just do the wire transfer and then --
10   MR. GHANEM: Okay.
11   UCA: -- we'll -- I'll get the shipping information out to
12   you and hopefully if we get a chance to see each other around
13   the 20 or 21st of October, I'll give you all that information in
14   person, which I think is the best way instead of just
15   transmitting.
16   MR. GHANEM: Okay. Very good.
17   UCA: All right?
18   MR. GHANEM: I have a question for you.
19   UCA: Yep.
20   MR. GHANEM: One second. . I'll ask you. If it's not great.
21   UCA: Sorry.
22   MR. GHANEM: Hold on a second. I actually have a --
23   UCA: I'm sorry.
```

//FOR OFFICIAL USE//LAW ENFORCEMENT SENSITIVE//

16

| | |
|---|---|
| 1 | MR. GHANEM: What is your e-mail address? |
| 2 | UCA: N-KALANI at |
| 3 | MR. GHANEM: Okay. Just -- I found it. |
| 4 | UCA: Are you sending something now? |
| 5 | MR. GHANEM: Yeah. yeah |
| 6 | UCA: Let me go to my e-mail. |
| 7 | MR. GHANEM: It is -- if you still have a chance. |
| 8 | UCA: Uh, huh [affirmative response]. |
| 9 | MR. GHANEM: This company. |
| 10 | UCA: Did you send it to NKalani.consultant@gmail? |
| 11 | MR. GHANEM: Yes, yes, yes. |
| 12 | UCA: Okay. |
| 13 | MR. GHANEM: Can you look, can you put on the type? |
| 14 | UCA: You want me to add -- |
| 15 | MR. GHANEM: What was I going to tell you? |
| 16 | UCA: You want me to add this to it? |
| 17 | MR. GHANEM: Where it says there [Firearm] -- can you open it? |
| 18 | UCA: Firearm. Image not available. This is rubber for the |
| 19 | grips? |
| 20 | MR. GHANEM: No, no, no. This is not rubber. |
| 21 | UCA: Yeah, we saw rubber grips we're selling on arms. |
| 22 | MR. GHANEM: No, no. Go to Bondarms. |
| 23 | UCA: Bondarm. Okay. |

//FOR OFFICIAL USE//LAW ENFORCEMENT SENSITIVE//

17

1   MR. GHANEM: You've got it?

2   UCA: I'm in BondArms.com.

3   MR. GHANEM: Okay.

4   UCA: Okay. What am I --

5   MR. GHANEM: [Inaudible.] It's to -- just this one.

6   UCA: What are you looking for specifically?

7   MR. GHANEM: This is the small one to deliver to the guys
8   just to keep it mixed up when they go to the region. When they
9   go to restaurants like [inaudible] --

10  UCA: Okay. I see. I see.

11  MR. GHANEM: Now, I have to [inaudible]. Very small one.

12  UCA: Okay. You're looking for basically something to throw
13  in a pocket?

14  MR. GHANEM: But this is 45. Yes, yes.

15  UCA: How many -- what capacity are you looking for?

16  MR. GHANEM: All of them right there is -- I'll take 10 of
17  them, just I want to give to the guy.

18  UCA: You want me to see if I can get this right away and
19  just throw it in the shipment?

20  MR. GHANEM: Yes, if you can.

21  UCA: Okay. I'll see. I'll see what I can do. How many
22  rounds do you want it to carry?

23  MR. GHANEM: What's that?

1    UCA: How many, like two, three rounds is going to be okay?

2    MR. GHANEM: Two three, what?

3    UCA: Two or three round, because it looks like it only

4    carries like two maybe three rounds.

5    MR. GHANEM: Yes, yes. Like each one if it has capacity

6    [inaudible] round, it's good.

7    UCA: Okay. I'll look in to it.

8    MR. GHANEM: Yeah, okay. But I see those -- which one is the

9    most strongest out of these?

10   UCA: I'll have to do research and let you know.

11   MR. GHANEM: Just let me know. Okay. Just check it out. I

12   gave they're not that much.

13   UCA: Okay. You got it. I'll let you know.

14   MR. GHANEM: All right.

15   UCA: I'm excited about this Chinese guy, man.

16   MR. GHANEM: Okay.

17   UCA: That will be good, and everything else. Let me talk to her    her

18   MR. GHANEM: ~~I already talked to~~ -- yes, let me talk to ~~them~~

19   and see.

20   UCA: Okay. Sounds good.

21   MR. GHANEM: Okay.

22   UCA: I'll talk to you later.

23   MR. GHANEM: All right.

//FOR OFFICIAL USE//LAW ENFORCEMENT SENSITIVE//

19

1   UCA: All right, brother. Talk to you later. Bye.

2   MR. GHANEM: Bye.

3   UCA: Today's date is Saturday, October 10th, 2015, at 7:32
4   am. I received a call from Rami Ghanem approximately 21 minutes
5   ago. This is the end of the recording.

6                          [END OF PAGE]

//FOR OFFICIAL USE//LAW ENFORCEMENT SENSITIVE//