# EXHIBIT A

Dear Judge Aenlle-Rocha,

My name is Samir Ghanem, I am the older brother of Rami Ghanem. I am witting to share with your Honor what Rami stands for in his family and to give you some of his background. When attempting to write about my brother Rami, a person who was always full of love, affection, kindness and positiveness towards everyone around him, including our whole family and a large number of friends, I'm overwhelmed with thoughts and words.

Rami is a person with a kind heart, who regularly devoted a good part of his time for helping others. He frequently went way out of his way to help a person in need. Rami also had his own way of giving very warm attention to my mother, my sisters and to his children as well as all of the family youngsters.

Rami is the youngest in the family of six children and was very close to my parents. When my father passed away in Feb. 1982, Rami was 13 years old. My mother and I gave a lot of attention to help Rami overcome the absence of my father.

After completing his high school, Rami traveled to the USA to continue his higher education. He actually joined our third brother, Ghanem N.A. Ghanem, who was studying at that time for an MBA (Master of Business Administration) in Oklahoma. Rami studied computer engineering. Rami started his study for his degree and quickly became attached to the United States. During his studies, Rami married his wife Jemmi Polard. Together they moved to Dallas County in Texas to complete his education, during this time they received their first baby, Rami’s eldest daughter, Ki.

During Rami's stay in the USA, he kept in touch with my mother, constantly asking her to visit him. With great enthusiasm, my mother traveled to the USA to visit Rami and his family twice. Once in Texas and the other in Colorado. (After Rami finished his studies, he moved to Boulder/Denver area in Colorado). My mother was extremely happy during both visits, as Rami took exceptional care of her.

Later, Rami and his wife decided to relocate to Amman, Jordan, because he wanted to be near my mother. While in Jordan, his wife gave birth to their second daughter, Diana, who suffered from a brain stroke during her birth and as a result suffered from critical health problems. While growing up, Diana’s mind remained like an innocent child. She was really a walking angel. Every member of our family handled her with the special care she deserved. Diana needed a lot

of medical attention and health care. Diana became the main focus of Rami's attention. He sought medical advice for her case wherever he could find it. Very quickly, Rami's wife returned to the United States to give Diana the health care she needed. Diana had to undergo several serious operations.

Rami and his wife decided to separate. Rami remained in Jordan and Jami returned back to the USA, but they maintained a very good relationship and very good communication in order to take care of their daughters. The daughters were spending every summer in Jordan. So they grew up as a part of the family in Jordan. Rami's x-wife continued to be friendly to the whole family. Unfortunately, Diana passed away in 2015. Rami was extremely emotional about her loss. All of the family miss this pure angel.

Rami married his second wife Hadeel. They received three children, Samir, Haya and Saif. Rami named his first son after me which shows how deeply he cares for me. A strong emotional bond Rami demonstrated once more. Rami paid great attention to keeping his children (from the two mothers) close together, especially when his daughters come to Jordan every summer. They lived among their brothers and sisters with the heartly attention of Rami. Rami still pays attention to every detail in his children's lives, even while in prison these many years.

The news of Rami’s arrest shattered us all, especially my mother who was very depressed for a long time. Rami’s wife and children were in great desperation. My mother has been waiting to see Rami since the beginning of this nightmare. She had many serious health problems. She was 78 years old when Rami was arrested when this nightmare began. My mother at that time was in a very good health. Over the last several years while Rami has been in custody, her health condition deteriorated sharply, she now suffers from heart problems, serious kidney failure, problems in the knees and legs. Actually she suffered from a serious physical reaction that resulted in a severe skin reaction, and deterioration in the kidneys until complete failure. My mother is now 84 years old and she is only living to see Rami. This is her only ambition, wish, and dream.

The last several years were also critical in the lives of Rami's children. Ki (his eldest daughter) was still at university when Rami was arrested, she needed his guidance and support to get through this stage of her life and complete her studies. Ki got married and received Rami’s first grandson, who he has never been able to hug or even see.

His eldest son, Samir, was still at school when Rami was arrested. He needed his father’s guidance and support for also continuing his university studies. His daughter Haya, who was also still at middle school at that time. She greatly

suffered emotionally from Rami’s absence. But with the little communication she could have with Rami, he encouraged her to study law at university. She is now in her third year. His youngest son Saif began studying film-making at university this year. Each one of them waited for Rami's words, as they felt that Rami was always their true guardian who could lead them toward a good purpose of life, no matter how hard it was for him, he always did his best to help each member of his family.

We are a well-respected family in our community, and Rami's arrest came as a complete blow to all of us. This arrest is completely out of norm for us. My grandfather, father, and our generation were all good members of our community. Rami has always had a very big number of friends in our community. They were always willing to stand up for Rami because he is always kind, supportive and helpful. When Rami was arrested, we were flooded with numerous contacts from his friends. They were all surprised and expressed their support.  We are all willing to take him back in open arms.

Yours faithfully,

Samir Ghanem

April 14th, 2022

Dear Judge Aenlle-Rocha,

My name is Samir Jr, Rami Ghanem's oldest son. I'm 23 and my birthday is in the upcoming days I will be 24. It will be the 7th birthday without my father around, same as school graduation, same as university graduation, and much more important events he has missed while serving many years in prison.

I graduated this semester from university business administration, and I am planning to continue studying master's in safety and environment studies. It was my father's idea to continue my schooling and he had always encouraged to study more and more.

When I heard about my father's arrest, I was so disappointed. I have always looked up to him and felt proud whenever he helped someone in need. I know how soft hearted he is. My father, Rami, is a great father, he was always the big hearted giver, he was a democratic father and husband to his wife and his kids. The reports of his arrest are not the only side to him.

As a family we always talk before doing anything and we deal with each other as a team. My father always helped us to be more productive and professional, in all circumstances. He has been a devoted son to my grandma, and a supportive sibling to his brothers and sisters. Although he was the youngest, he was one of the high energetic, reliable men. I hope he can see his mother before anything happens to her as her health situation isn't good at all. Everyone around him loves him, from his mother to his siblings, wife, kids, and co-workers. I believe there's a huge missing piece about my father as a person. It is a huge pain that is falling on us every night since he was away these many years, I really hope he can be near me soon and be there for my engagement with my girlfriend.

Thank you for considering this letter.

April 6th, 2022

Dear Honorable Judge,

My name is Heyam Ghanem, sister of Rami Ghanem. I am 2 years older than Rami and I used to teach Arabic as a second language in different international schools in the UAE including the American Community School. I am now a PhD student, and although my brother Rami is going through a very difficult situation, he keeps pushing me and encouraging me in my academic pursuit.

Rami's lengthy incarceration is a nightmare that has affected the whole family. Rami is a very kind and generous person with every member of the family. He always cared about those in need. Even while in prison, he is still monitoring his mother's medical situation and tried to find a doctor for her critical case. All he wants is to see her before she passes away. Rami's absence has had a tremendous impact on our mother's health, she is now 85 years old and we don't know if she will still be with us next year.

Rami constantly follows his kids academic progress on a regular basis. He tries to guide them and solve their problems despite his circumstances in prison. Even though Rami lost his father at 13 years old, he inspired my now 37 years old son, Adnan, to become an engineer. Rami supported him when he was a teenager and allowed him to train at his computer company in Amman, Jordan. Rami's support was a major reason that my son is now leading a successful life. We owe it to Rami. Rami is a kind and supportive person whose presence was enjoyed by all of us. He used to prepare yummy food for me back in the day and is an amazing uncle to my kids. During his time in prison, Rami spent his time reading and learning and encouraged his kids to do so.

Almost seven years have passed without seeing my brother. Nothing can fill the void for us. His family awaits him day after day. We are all hopeful that the court will show him mercy. It is my sincere hope that the court takes this letter into consideration at the time of sentencing.

Thank you, your honor, for your time and attention to my letter.

Sincerely yours,

Heyam Ghanem

Dear Honorarble Judge,

My name is Haya Rami Ghanem, I'm Rami Ghanem's daughter. I'm 21, I'm going to be 22 on 11th of May. I'm a law student and will graduate next year. It's very hard to graduate and your dad is not here.

Although he has not been physically with us for several years, my Dad has always supported us, through the rough and tough times. He is a good person and encourages me to help the poor. The most important thing to him, though, is taking care of family. When his kids need something, he takes on his responsibility, even now, although he has been in prison for so long, he helps us by giving advice and solving our problems and needs.

My father is a person no one on this planet can replace. Even while in prison, he always gives me a positive energy despite his hard life circumstances. He always wants me to be the greatest person that I can be, but it is difficult without him. He's not only a father, he's my friend, and our life is so sad without him. I hope he can be with us soon, and he can be with me in my graduation .

Please show him mercy,

Haya Rami Ghanem