TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
MELISSA MILLS (Cal. Bar No. 248529)
Assistant United States Attorney
Public Corruption and Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0627
     Facsimile: (213) 894-2927
     Email: Melissa.Mills@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 15-704-FLA |
|---|---|
| Plaintiff, | EXHIBITS 843-1034M TO GOVERNMENT'S SENTENCING POSITION |
| v. | |
| RAMI NAJM ASAD GHANEM, aka "Rami Ghanem," | Hearing Date: July 8, 2022<br>Hearing Time: 10:30 a.m.<br>Location: Courtroom of the Hon. Fernando L. Aenlle-Rocha |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Melissa Mills, hereby files Exhibits 843-1034M to Government's Sentencing Position.

Dated: May 6, 2022

Respectfully submitted,

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

_____
MELISSA MILLS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA