# EXHIBIT A

Dear Judge Aenlle-Rocha,

I am writing this letter on behalf of my dear friend Rami Ghanem in hope that he will be shown leniency by the Court. I have known Rami since April of 2009. I first met Rami while I was working as the Deputy Director of the King Abdullah II Special Operations Training Center (KASOTC). KASOTC was a strategic training center located in Amman, Jordan. The facility was jointly managed by US and Jordanian military and government personnel. It was intended to be a global center of excellence for the training of U.S. Military Personnel and our Allies in support of the Global War on Terror (GWOT). Rami was recommended by U.S. intelligence officials in the region as a prime source for logistics and life support at the facility and for the allied forces transiting through Jordan enroute to Iraq and Afghanistan. These recommendations were based on past performance on other U.S. Government initiatives in the region. Rami played a critical role in U.S. efforts to develop, build, operate, and maintain KASOTC and provided important support for U.S. forces in the region. I worked with Rami at KASOTC for almost four years.

During the four years that I worked with Rami, I never saw or heard anything that would cause me to suspect Rami of conduct that would not be in the best interest of the United States or our allies. On many occasions Rami was consulted as an advisor and expert in regional affairs. Rami was trustworthy. He had many opportunities to take advantage of U.S. organizations in the region but never offered anything but honest and professional services. He often helped guide our efforts to ensure compliance and kept us from dealing with bad players.

Rami was and is a loving and beloved family man and a very gracious and welcoming friend to U.S. personnel. Rami is patriotic. He always displayed and expressed pride in the fact that he was a U.S. citizen and took great pride in the fact that he was a Dallas Cowboys fan.

I am unfamiliar with the details of Rami's case and do not know the background of his arrest and subsequent detention. I do know that in all of my dealings with him I found him to be honest, trustworthy and loyal. I pray that the court will show grace and compassion to a dear friend who has been away from his family so very long.

With respectful regards,
Dr. Norman Hooten
U.S. Army Master Sergeant (RET)

Dear Judge Aenlle-Rocha:

I was introduced to Rami Ghanem by former Senator and Presidential Candidate Gary Hart because of my assignment in Amman, Jordan. Rami was his friend and an accomplished businessman living in Jordan. Senator Hart's introduction proved to be invaluable, and I have remained in contact with Rami for more than 20 years. At the time we met, I was an officer of the Central Intelligence Agency serving in Jordan. I continued that affiliation until I retired from the CIA in 1998 when I was Associate Deputy Director for Operations. Following that I served as Advisor to senior officers of the FBI and, subsequently, at the Department of Homeland Security, as Advisor to the head of Intelligence and Analysis. I was unable to give testimony at Rami's trial and would like to take this opportunity to speak to his character.

Rami attended University in the United States where he became an American Citizen. He married a classmate with whom he had 2 children. His stay in America and his achievement of US Citizenship are one of the most defining and important periods of his life. He was extremely proud of his American citizenship and carried that pride with him when he left the United States and returned to Jordan and the Middle East. As I learned when I first met him, that pride and loyalty to the U.S. was truly a distinguishing and important element in his life. (And he still follows his favorite teams in American football and baseball!)

At various times, Rami established and managed a Computer Operations Company and a Public Relations company. Both were successful. He had additional children later when he lived in Jordan. In a reflection of his own beliefs, he raised them as pro-American.

Because of his strong loyalty to and respect for the United States, Rami shared with me important information on a variety of subjects beginning soon after we first met in Jordan. Rami has never had a formal relationship with CIA. He provided information to me because of our friendship and because he believed the US Government would indirectly benefit as a result. His contributions provided insights I would not otherwise have had, and ultimately contributed to our National Security interests. I of course shared some of his information with the U.S. Government.

While it would not be appropriate to provide details on these sensitive matters we discussed, I can say that information on international terrorism was one of the subjects involved. He opposed all forms of terrorism against the U.S. and other countries. He was also able to provide information on adversarial governments which he was able to acquire during his business travels and also on discussions with government officials. The clearest and most interesting examples of Rami's determination to assist and support America comes years later with regard to the country of Libya.

In late 2011 Rami told me that he had established important, senior contacts among the new leadership and government in Libya which had come to power after the overthrow and death of Muammar Qaddhafi. Rami said that the officials of the new government were pro-American and that he was certain they would welcome a good, cooperative relationship with

the United States similar to the one which had existed under King Idris before Qaddhafi came to power and Libya became a power hostile to the United States. Rami urged me to ensure that appropriate US Government officials were aware of this change in Libyan attitude and the potential for establishing a cooperative relationship between the two countries. He offered to help the U.S. achieve this. Although he had no formal involvement in establishing improved relations with Libya, he remained supportive of improved US/Libyan relations in the period that followed.

Rami also assisted in other areas. For example, prior to the election of Hamas in the Gaza strip, Rami arranged that a major U.S. firm could have a sole source strategy contract for the Palestinian National Authority's public safety system. While the U.S. Government ultimately decided not to pursue this opportunity, it was recognized as important to our national interests. These are just two examples of where and how Rami demonstrated commitment to the U.S.

Throughout my 30-year experience at CIA and the FBI, I have had extended contact with many people of foreign origin. Among them, Rami clearly stands out as an intelligent, extremely hardworking, outstanding person. His attachment and loyalty to the United States is truly unique. I would be happy to discuss this further should the Court wish. But most of all, I hope my presentation will assist the Court in understanding that Rami is an exceptional individual, deserving of our sympathy and assistance.

Sincerely,

John MacGaffin